# EXHIBIT 11

**Cameron R. Partovi**

| | |
|---|---|
| **From:** | Guy Ravine <guyravine@gmail.com> |
| **Sent:** | Tuesday, December 15, 2015 11:02 PM |
| **To:** | Sam Altman |
| **Subject:** | Re: Open.AI collective engineering AI initiative + OpenAI? |

Hey Sam, I'm meeting Greg tomorrow (Wed) around 2pm at Tesla to discuss working together on the Open.AI collective engineering platform. If you can come let us know. Otherwise, let me know if you have time later in the day, and I can stop by YC to say hello.

> On Dec 12, 2015, at 10:46 AM, Sam Altman <sam@ycombinator.com> wrote:
>
> Hi Guy--
>
> Adding Greg here too.
>
> Best,
> Sam
>
> On Fri, Dec 11, 2015 at 9:12 PM, guy@open.ai <guyravine@gmail.com> wrote:
>> Hi Ilya and Sam,
>>
>> We've been working on an initiative called Open.AI to build a collective engineering platform to enable researchers from around the world to collectively engineer deep learning algorithms together through a fast collective iterative process using a number of new tools and principles. It's in development and is also a non-profit.
>>
>> The initiative has the same goals as yours, which are the accelerate the arrival of general AI through an open effort.
>>
>> We think the way research is done today is grossly inefficient, and a platform for collective engineering designed for AI like the one we have been developing could dramatically accelerate progress in the field through a better application of collective intelligence to the problem
>>
>> We also believe that by applying collective intelligence to refine and simplify deep learning teaching materials in an iterative process through this platform, a lot more people would get involved in improving AI.
>>
>> I've spent several years thinking about the problem of how to apply collective intelligence to large scale engineering projects, and in particular to AI, in an effective way. The conclusions were a number of key principles towards this end. My team has built a collective engineering platform called Wikineering (wiki engineering, www.wikineering.org), and then I decided that it would make most sense to focus on AI, so we started working on the foundations for Open.AI.
>>
>> I've been working with Peter Norvig, Richard Socher and others to push a proposal for an AI School within Alphabet. The AI School would be a physical space that would teach its students as well as people online how to improve deep learning algorithms. In the proposal we are working on, the idea is that the AI School would also develop and maintain the Open.AI platform, and improve its teaching materials in an iterative process on Open.AI.

Before we go the Alphabet route (and we are not clear yet whether Larry will approve it being funded), I think it would make sense for us to meet and see if we could team up because we are working towards the same goals. This is bigger than us and I think it could benefit from working together. By the way, Nick Bostrom has also been advising us on the evolution of open AI.

Guy

Guy Ravine
guy@open.ai
(415) 515-7234