# EXHIBIT 15

**Cameron R. Partovi**

---

**From:** Sam Altman <sama@openai.com>
**Sent:** Friday, March 4, 2022 1:58 PM
**To:** Guy Ravine
**Subject:** Re:

So sorry to hear; great you are doing that...

On Thu, Mar 3, 2022 at 8:13 PM Guy Ravine <guyravine@gmail.com> wrote:
> Hey Sam, sorry for the delay. Will get back to you after I get a moment to consider this. Been working to get my Russian team and their families out in time in an operation that turned into a James Bond plot that keeps getting more insane. Will be in touch soon.
>
>> On Feb 27, 2022, at 8:11 PM, Sam Altman <sama@openai.com> wrote:
>>
>> Thanks for getting back, and sorry for the delay. Can you give me some more details about the academic collaboration and what you would be interested in from us?
>>
>> Best,
>> Sam
>>
>> On Sat, Feb 19, 2022 at 1:47 PM Guy Ravine <guyravine@gmail.com> wrote:
>>> Hi Sam,
>>>
>>> Elon Musk paid $11 million for the Tesla domain and trademark in 2017. As we both know, OpenAI holds the potential to become larger than Tesla, and in either event, will become one of the largest companies in the world in a relatively short period of time. So the ultimate value of the domain and the brand are substantial.
>>>
>>> The issue is that if you offered me a sum, I have no use for the money. As an individual, I'm already well off. In fact, I'm about to sell my company, video.io, which will make me even more money. So I'm not sure that giving money to someone who doesn't need it is a great use of resources for the world (assuming that your goal is to make the most good in the world).
>>>
>>> So here's something else you should think about that may align our values better.
>>>
>>> I'm selling my company so I could focus on funding academic AI research. The type of research I'm passionate about is also the type of research that OpenAI is interested in.
>>>
>>> Suppose that instead of giving a rich guy more money that he doesn't need, you donate the money to an academic collaboration that I am gearing to launch that funds academic research in transformers.
>>>
>>> In that case, OpenAI would benefit in several ways:
>>> 1. OpenAI would of course get the domain and IP.
>>> 2. Instead of giving the money away, it would be a donation to an organization that funds academic AI research which that would translate to good will with the academic AI community.

3. The organization would also take input from OpenAI as to which research makes most sense to fund. Since OpenAI benefits from new research discoveries in areas that OpenAI sees as important, doing this is something that effectively pays back to OpenAI.
4. The money would not be wasted, the transaction would result in good karma for the world, the academic community would view OpenAI more positively, and the donation would pay back for itself.

Guy

On Feb 19, 2022, at 9:09 AM, Sam Altman <sama@openai.com> wrote:

Hi Guy,

I'm following up on past conversations between you, me and Greg Brockman regarding your Open.AI academic collaboration initiative. It looks like open.ai currently redirects to our website. OpenAI is working on building out our own domain portfolio - would you be open to us acquiring the open.ai domain name and related IP rights from you?

Thanks!

Sam

2