DocuSign Envelope ID: C668889A-92FE-47CD-BB38-498E8874F116

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
 bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000

Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron H. Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 S. Figueroa St., 10th Fl.
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000

Sam S. Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:     (415) 875-6600

*Attorneys for OpenAI, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC., a Delaware corporation, | Case No. 4:23-CV-03918-YGR |
| Plaintiff, | Assigned to the Hon. Yvonne Gonzalez Rogers |
| vs. | **DECLARATION OF GREG BROCKMAN IN SUPPORT OF OPENAI, INC.'S MOTION FOR A PRELIMINARY INJUNCTION** |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual, | |
| Defendants. | Date: November 7, 2023<br>Time: 1:00 p.m.<br>Place: Courtroom 1 (4th Fl.)<br>1301 Clay St.<br>Oakland, CA 94612 |

Case No. 4:23-cv-03918-YGR
DECLARATION OF GREG BROCKMAN ISO OPENAI'S MOTION FOR A PRELIMINARY INJUNCTION

# DECLARATION OF GREG BROCKMAN

I, Greg Brockman, declare as follows:

1. I am the President, Chairman, and Co-Founder of Plaintiff OpenAI, Inc. I submit this declaration in response to Defendants Open Artificial Intelligence, Inc.'s and Guy Ravine's opposition to OpenAI's motion for a preliminary injunction. I have personal knowledge of the facts stated in this declaration, except as otherwise noted, and if called as a witness, I could and would competently testify to them.

2. In 2015, I co-founded OpenAI with Sam Altman and Ilya Sutskever, among others. OpenAI's mission is to ensure that artificial intelligence benefits all of humanity. We announced OpenAI's founding (https://openai.com/blog/introducing-openai) on December 11, 2015. Attached as **Exhibit A** is a true and correct copy of this announcement on December 11, 2015 from OpenAI's website.

3. On the night of OpenAI's founding, December 11, 2015 at 9:12 p.m. Pacific Time, Mr. Ravine sent an e-mail to Mr. Altman and Mr. Sutskever. The next day Mr. Altman forwarded me the e-mail, which I reviewed. Attached as **Exhibit B** is a true and correct copy of this December 11-12, 2015 e-mail chain.

4. Mr. Ravine's December 11, 2015 e-mail did not state that he was using the name "Open AI" at that time to offer any products or services. The e-mail used future-looking verbs, explaining that he was "working on an initiative called Open.AI to build a collective engineering platform to enable researchers from around the world to collectively engineer deep learning algorithms," he was still "developing" the platform, it was still "in development," and he had only "started working" on it. Mr. Ravine's e-mail referenced his "idea[s]" and "proposal[s]" for his initiative, such as partnering with a third-party to create a school that could "develop and maintain" his proposed platform. Mr. Ravine's e-mail references a separate "collective engineering platform called Wikineering" that was "built" before his "focus on AI." Nothing in Mr. Ravine's e-mail suggested that he had already created and released an artificial intelligence service that was actually in use with the name "Open AI."

5.	When I visited the open.ai domain name after receiving Mr. Ravine's e-mail, I saw the webpage reflected in the Internet Archive's capture of it in December 2015.  Attached as **Exhibit C** is a true and correct copy of the Internet Archive's capture of that webpage as of December 14, 2015, as retrieved on October 20, 2023.  The webpage did not have a menu or links to any other webpages.  It featured a large font "AI" with the word "OPEN" above it, and the words (in all capital letters) "open industry wide & academia," and then "wide deep learning initiative" under "AI."  Beneath that, the website stated that an "ANNOUNCEMENT WILL BE MADE SOON."  The webpage did not provide or reference any platform, and it offered no interactive use beyond a box to enter an e-mail address "to be informed of developments."  The appearance of the webpage when I visited Mr. Ravine's webpage in December 2015 was consistent with Mr. Ravine only having "idea[s]", not a product or service he was actually offering.

6.	Mr. Ravine's December 2015 e-mail did not mention him having applied for a trademark in the name "Open AI."  In the e-mail, Mr. Ravine did not claim any ownership rights in an "Open AI" trademark or claim to be using "Open AI" as a trademark or brand.

7.	I met with Mr. Ravine in person on or about December 16, 2015.  As with his e-mail, during that meeting, Mr. Ravine did not mention that he applied to register the name "Open AI" as a trademark or claim to be using the name "Open AI" as a brand.  Mr. Ravine stated during that meeting that he had not released any actual product, platform, or service relating to his artificial intelligence plans.  Instead, he said he had future plans to develop a platform for academia using his domain name and was looking for help or collaboration to develop it.  I politely declined Mr. Ravine's request.

8.	Because I understood Mr. Ravine not to be making any actual use in commerce of his domain name or offering any artificial intelligence services under any brand, I asked Mr. Ravine to change his potential project name, and said that OpenAI would be willing to purchase his "Open.AI" domain name.

9.	Later that day, Mr. Ravine e-mailed Mr. Altman, and I was copied on the e-mail chain.  Attached as **Exhibit D** is a true and correct copy of that e-mail chain.  As with all his prior communications with OpenAI, Mr. Ravine's December 16, 2015 e-mail did not mention his having applied to register the "Open AI" name or claim that he used that name as a brand, his having

trademark rights in "Open AI," or his using the phrase "Open AI" (only "Open.AI" was mentioned). Mr. Ravine's December 16, 2015 e-mail also did not suggest that he had created or launched any product or service for use on the "Open.AI" domain name. Rather, Mr. Ravine asked Mr. Altman if he would "help [] launch" the collaboration platform, after I had already declined his proposal to do so.

10.   Having met with, and read e-mail communications with, Mr. Ravine, I did not believe at any time in 2015 that Mr. Ravine had used the name "Open AI" to offer any goods or services related to artificial intelligence, claimed trademark rights in "Open AI," or had applied to register "Open AI" as a trademark. I also did not believe he had any product or service for use on the "Open.AI" domain name – to the contrary, we declined his repeated proposals to "help [] launch" a platform.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 23 day of October 2023, in San Francisco, California.

DocuSigned by:

*Greg Brockman*

Greg Brockman