# Exhibit D

From: **Guy Ravine** <guyravine@gmail.com>
Date: Thu, Dec 17, 2015 at 10:56 AM
Subject: Re: Open.AI Follow up
To: Sam Altman <sam@ycombinator.com>
CC: Greg Brockman <gdb@gregbrockman.com>

Sure, can we put a date on the calendar in two months? Perhaps by then we'll have more as well.

> On Dec 17, 2015, at 8:59 AM, Sam Altman <sam@ycombinator.com> wrote:
>
> Hi Guy--
>
> Apologies--I'm super busy the next couple of months :(  Trying to get caught up on everything I put off for OpenAI...
>
> Sam
>
> On Wed, Dec 16, 2015 at 8:47 PM, Guy Ravine <guyravine@gmail.com> wrote:
>> Hi Sam,
>>
>> I met with Greg today and we discussed the Open.AI collective engineering platform to allow everyone in academia to collaborate on AI algorithms in a faster iterative environment.
>>
>> Greg thinks our goals are aligned, but said the OpenAI lab is focused on internal research. So he suggested that my group would start Open.AI as a separate effort.
>>
>> Would you care to meet and see if you'd be able to help us launch the Open.AI AI collaboration platform? I believe it could accelerate progress in AI research by a factor of 2x or more by reducing iteration times when improving deep learning algorithms, and involving the open community in AI research.
>>
>> Guy
>>
>> Open.AI
>> guy@open.ai
>> (415) 515-7234