UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** November 20, 2023 | **Time:** 2 Hours 5 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 23-cv-03918-YGR | **Case Name:** OpenAI v. Open Artificial Intelligence, Inc. et al ||

**Attorney for Plaintiff:** Dylan Scher, Margret Caruso, Robert Feldman, Aaron Perahia, and Joseph LeRoy (Paralegal)
**Attorney for Defendant:** Ekwan Rhow, Cameron Partovi, and Paul Chan

**Deputy Clerk:** Edwin Cuenco      **Court Reporter:** Pamela Batalo-Hebel

**PROCEEDINGS:**

Hearing on Motion for Preliminary Injunction – **HELD.**