DocuSign Envelope ID: 74519016-D0D3-451B-9415-6542395E6683

Ryan G. Baker (Bar No. 214036)
  rbaker@waymakerlaw.com
Scott M. Malzahn (Bar No. 229204)
  smalzahn@waymakerlaw.com
Patricia Rojas-Castro (Bar No. 339087)
  projas-castro@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone:   (424) 652-7800
Facsimile:    (424) 652-7850

Attorneys for Defendants Guy Ravine & Open Artificial Intelligence, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Defendants. | Case No. 3:23-cv-3918<br><br>**DECLARATION OF J. LUKE TENERY IN SUPPORT OF DEFENDANTS OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINE'S NOTICE OF MOTION AND MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e), OR IN THE ALTERNATIVE, FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT TO FED. R. CIV. P. 60(b)**<br><br>Hearing Date: May 7, 2024<br>Time: 2:00 p.m.<br>Location: Courtroom 1 |

DocuSign Envelope ID: 74519016-D0D3-451B-9415-6542395E6683



## DECLARATION OF J. LUKE TENERY

I, J. Luke Tenery, declare as follows:

1. I am J. Luke Tenery. I make this Declaration in support of Defendants Open Artificial Intelligence, Inc. ("Open AI") and Guy Ravine's Notice of Motion and Motion to Alter or Amend a Judgment in the above-captioned matter. I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify competently thereto.

2. I am a Partner and the global practice leader for cybersecurity at StoneTurn Group, LLP ("StoneTurn"), a global professional services firm founded in 2004, with operations and physical presence across five continents. My CV is attached hereto as **Exhibit A**.

3. StoneTurn's cybersecurity practice consists of a multidisciplinary team of security leaders, cyber technology and risk management professionals who leverage decades of hands-on experience to support legal actions and related matters. As such, StoneTurn employs experts in corporate information security risk management, incident response, digital media forensics, cyber threat pursuit, system security, and data analysis.

4. I have been employed by StoneTurn since November 2020. I live in Oak Brook, Illinois, and I graduated from Lipscomb University in Nashville, Tennessee, with a Bachelor of Science degree in Information Systems Management. I also earned a graduate degree from Northwestern University's Kellogg School of Management with a Master of Business Administration ("MBA") degree.

5. I currently have, and have held, professional certifications in the fields of information security, cybersecurity, and digital forensics including the Certified Chief Information Security Officer (C/CISO) executive certification from the Carnegie Mellon Heinz School of Technology, Certified Information Systems Security Professional (CISSP), Certified Information Security Manager (CISM), and GIAC Penetration Tester (GPEN), Encase Certified Examiner (EnCE), among others.

6. Prior to being employed by StoneTurn, I was employed by Ankura Consulting Group (ACG) as a Senior Managing Director where I founded and led their global cybersecurity practice. Prior to ACG, I worked for Kroll, Inc. for approximately fifteen years where I started my

professional career, directly following completion of my undergraduate degree. I rose to the title of Associate Managing Director serving as the Deputy Practice Leader of Kroll Cyber Risk. Prior to the deputy practice leader role, I served as the Incident Response Practice Leader with Kroll's Cyber Risk practice.

7. In my current role at StoneTurn, I am responsible for leading the firm's cybersecurity client service operations which includes cybersecurity case management, product development and management, operations, and client development work. I am also responsible for integrated cybersecurity services with other StoneTurn practice areas including business intelligence, forensic accounting, physical security, construction advisory, data analytics, among others. I am responsible for StoneTurn's cybersecurity practice which delivers service capabilities including incident response, cyber investigations, national security, auditing, electronic discovery, data analytics, threat intelligence, cybersecurity assessments, interim cybersecurity support, managed services, digital forensics, expert services, risk management, compliance, and governance, among others.

8. Throughout my professional career, my consulting services have spanned a multitude of technological dimensions. Some of the primary technological skillsets that have supported my professional services include cloud security, endpoint security, malware analysis, digital forensics, threat hunting, log analysis, digital asset and block chain analysis, cybersecurity architecture, network security device management, system administration, web application security, penetration testing, vulnerability management, disaster recovery and business continuity, and security operations.

9. I have worked on matters spanning a multitude of industries and global geographies. Case matter types have included, but are not limited to, cybersecurity incident and data breach response, digital investigations, mergers and acquisitions, enterprise risk assessments, incident remediation, compliance mitigation, national security and Committee for Foreign Investment in the US (CFIUS), threat modeling and mitigation, cyber intelligence investigation, public key infrastructure (PKI) assurance, intellectual property theft, insider threats, data theft, extortion, and digital asset security, among other corporate risk situations.

DocuSign Envelope ID: 74519016-D0D3-451B-9415-6542395E6683

10. Pertinent to this matter, I have investigated numerous cyber matters that involved forensically analyzing web page artifacts including logs, access telemetry, version history, and both authorized and unauthorized use. Through the course of these investigations and my training in the fields above, I learned how to retrieve, preserve, and assess evidence related to web servers and use of the resources used by entities accessing and interacting with websites.

## I. ASSIGNMENT AND SUMMARY OF OBSERVATIONS

11. StoneTurn was retained on March 22, 2024, by Counsel as an independent advisor to investigate, test, assess and confirm the history and use of internet facing properties related to Open.ai and associated principals. Specifically, StoneTurn, under my direction conducted analysis activities to include identifying unique users and individual interactions on websites in scope.

12. StoneTurn's investigation included log review and other internet artifacts and my team, and I found evidence and concluded that: (i) the Open.AI website existed since at least April of 2015. (ii) Furthermore, internet users interacted with the Open.AI website before the Plaintiff ("OpenAI") was officially founded. (iii) The Wiki tool at Decentralized.open.ai existed for several years between 2017 and 2022 and had users and interactions. (iv) Prior, but related to, Open.AI, evidence indicates the Wikineering.org ("Wikineering") web site was regularly used from April 18, 2014, to December 29, 2016. (iv) Additionally, log evidence showed that an iteration of the "Initial Collaboration Tool" was on the internet since at least September 13, 2014.

13. These facts show the existence, accessibility, functionality, and usage of Wikineering website and related domain names, the "Initial Collaboration Tool," and the "Open.AI" website, the "Open AI" wiki collaboration site on Decentralized.open.ai and related subdomain name sites.

## II. DESCRIPTION OF INFORMATION COLLECTED AND MEANS OF PRESERVATION

14. StoneTurn collected various artifacts through the course of our investigation. Web server and web proxy logs (referred to as "the logs") from three servers were provided to us, (identified as "Server 1", "Server 2", and "Server 3"). It is important to note that we did not archive or otherwise preserve these servers in their entirety. Individual files were downloaded as

DECLARATION OF J. LUKE TENERY IN SUPPORT OF MOTION FOR RELIEF

DocuSign Envelope ID: 74519016-D0D3-451B-9415-6542395E6683

1 needed using WinSCP with settings to maintain time stamps and preserved in a logical evidence
2 container. A list containing the name and location of each log file analyzed is attached as
3 **Exhibit B**.

4     15.    Recreations of the "Initial Collaboration Tool" displayed in Exhibit 2 of Mr.
5 Ravine's declaration identified a page titled "Convolutional Neural Network". This page was
6 hosted at the Path "/index.php/Main Page".

7     16.    The Wayback Machine hosted by the Internet Archive contained an archive of the
8 website "Sunglass.io" dated December 21, 2014, which contained the Wikineering logo and
9 branding. (https://web.archive.org/web/20141221225633/https://sunglass.io/)

10     17.    Google Analytics data was gathered from the Open AI property (ID: 253637511).
11 We preserved this information by exporting a report for the period of November 2022 to March
12 2024. We were provided access through two of our Gmail accounts to this property for both
13 analysis and data collection.

14     18.    Open AI hosted at decentralized.open.ai, a wiki service. Revision, user interaction,
15 and Company (i.e. project) information for the wiki service hosted on decentralized.open.ai was
16 collected from an export of the PostgreSQL database hosted on Server 2.

17     19.    Between May 23, 2015, and July 18, 2017, open.ai hosted, among other services, a
18 form with the ability for users to enter their email address to be "informed of developments or join
19 the initiative."

20     20.    An archive of Ravine's Google Drive account contained two PDF brochures titled
21 "AI School Keynote Presentation 006c.pdf" and "AI School Keynote Presentation 006d.pdf" that
22 are dated October 15, 2015, and October 16, 2015, respectively. The brochures contain 27 and 26
23 slides, respectively. These brochures are similar, and both include the Open AI logo and branding
24 as well as an excerpt of the article hosted on the "Initial Collaboration Tool" as recreated in
25 Exhibit 2 of Mr. Ravine's declaration dated October 16, 2023.

26 **III.    <u>DESCRIPTION OF ANALYSIS METHODOLOGY</u>**

27     21.    The access logs were parsed and analyzed using a custom-built script. This script
28 enabled our analysis of the large volume of logs we were provided and excluded bots and

administrator traffic from our dataset. This ensured that our counts, to the best of our ability, included only unique and "legitimate" (users who were not obviously bots) users. To filter the data, we examined the fields "User Agent" and "Path" in the logs. User Agents are strings of text that identify the web browser, operating system, and other details about a user's application and system. (https://developer.mozilla.org/en-US/docs/Web/HTTP/Headers/User-Agent) Typically, automated bots use specific, known User Agent strings associated with their programming language, scanning application, or organization. We employed the use of a well-known programming library named "is-bot" to do this bot checking. (https://github.com/omrilotan/isbot and https://pypi.org/project/is-bot/) Additionally, we wrote our own custom application to be sure the bots identified in the logs were properly filtered. To filter out administrator traffic (those who developed the server), we examined the Path field in the logs. This field identified what webpages the user attempted to access. A list of known webpages that only administrators had access to was compiled and used to filter out log entries that included traffic from those users. While these administrators did legitimately use the service, we did not include them in our results to ensure we only identified the external users of the platform. For both filters, we exclude the user's IP address from all log events if they were identified as either a bot or administrator. Unique users were determined based on the number of unique IP addresses. While this was determined to be adequate for our analysis, the number of actual unique users is likely greater than our analysis identifies as there are instances where multiple users may interact with the service from the same IP address, such as a business with multiple employees accessing the service. The number of interactions was derived from the unique number of log entries present for a given time period and keyword of interest (e.g. the string "open.ai" in the Referer field between April 6, 2015, and December 10, 2015). All keyword searches were done case-insensitive and did not include the use of pattern matching.

   22. The web proxy logs did not specify the domain the request was being routed to. To identify the service associated with an interaction, we analyzed the "Referer" field from the HTTP request header. The Referer field contains either the complete or partial address from which a website resource has been requested by the user. For instance, when a user clicks a link, the

DocuSign Envelope ID: 74519016-D0D3-451B-9415-6542395E6683

Referer field would contain the address of the page the user originated from. (https://developer.mozilla.org/en-US/docs/Web/HTTP/Headers/Referer) While we could not definitively determine what service the user was accessing, we can assume that if the Referer field present in the log included the domain of interest, the user had visited the web page populated in the field.

23. While the domain could not be found using the logs, by inspecting the Paths the services used, we identified the individual service the user accessed. This technique was used to find early usage of the "Initial Collaboration Tool" using the search term "Main_Page".

24. Our team investigated publicly available archives to discover additional references to Open AI and Wikineering, as well as their respective domains.

25. The Google Analytics data was analyzed using the web dashboard.

26. Revisions, user interactions, and Company information from decentralized.open.ai was analyzed in the PostgreSQL tool pgAdmin4. (https://www.pgadmin.org/) A list of queries used to format and export the relevant data points is attached hereto as **Exhibit C**. Administrator and employee traffic was identified and disregarded. Active editors were classified as any user that had created or revised a page.

27. The identified text file containing the users' email addresses was analyzed to determine the number of unique users who signed up to receive more information. The service stored users' email addresses in a text file without timestamps. This required our team to determine when the sign-up page was live to understand when these users were submitting their email addresses. To do this, we utilized the Linux file timestamps found in the Open.ai source code directory on Server 1. The timestamps showed the most recent modification to the web application source code as May 23, 2015, and the most recent modification to the emails.txt file as July 18, 2017. While Linux file timestamps can be modified, these dates aligned with our expectations. The number of emails contained in the emails.txt file totaled 8,439. The email file contained duplicate and likely fictitious email addresses from users potentially entering their email address multiple times or by intentionally abusing the web form. We filtered out 2,237 email addresses leaving our total count of users who signed up with email addresses at 6,202. Due to the

file not containing timestamps, we created a formula to calculate the ratio of the number of unique users visiting the platform while the sign-up page was live to the total number of sign-ups. This ratio was then used for each time period we analyzed for Open.AI to estimate the number of users who signed up during that time period. Based on a total unique user count of 16,334 (collected from logs containing open.ai in the Referer field between May 23, 2015, and July 19, 2017) and the total number of users who signed up with their email addresses at 6,202, our formula calculated a user to email sign-up ratio of approximately 2.634.

28. The selective archive of Mr. Ravine's Google Drive was done using the industry-recognized forensics tool Axiom by Magnet Forensics.

IV. **OBSERVATIONS**

    A. **The Open.AI Website**

29. The logs provide evidence that Open.AI existed and had users before OpenAI was created. Between April 6, 2015, and December 10, 2015, the logs show 2,575 interactions and 393 unique, legitimate users from logs with open.ai in the Referer field. Based on the logs, open.ai averaged 286 interactions per month, and the estimated email sign-ups for this time period are 149. The number of interactions over time can be seen in the chart in **Exhibit D Figure 1**.

30. Our team searched for publicly available archives as well as mentions or references to the Open.AI website dating back to the first timestamp of the logs on April 6, 2015. The earliest artifact we found was the previously identified "Wayback Machine" archive dated September 5, 2015. (https://web.archive.org/web/20150905165533/http://open.ai/). It is important to note that current searches for evidence of a website that was active in 2015 returns a limited and incomplete view. Search engines such as Google and webpage archives such as the Wayback Machine do not collect or store a 1:1 copy of the internet and the absence of information in either service does not mean the Open.AI website was not active before September 5, 2015 (https://www.forbes.com/sites/kalevleetaru/2015/11/16/how-much-of-the-internet-does-the-wayback-machine-really-archive/). It could mean search engines like Google either did not index or maintain information from the site and that the Wayback Machine did not create a capture

before that date. Both scenarios are common issues and known challenges with investigations looking for historical website information.

31. The logs suggest Open.AI and its family of subdomain sites that include decentralized.open.ai and beta.open.ai had substantial users for a period of over two years for which we have logs. Between May 22, 2015, and July 18, 2017, the logs show 119,717 events and 16,334 unique, legitimate users from logs with "open.ai" in the Referer field. Based on the logs, open.ai averaged 4,434 interactions per month, the estimated email sign-ups for this time period are 6,202. The number of interactions over time can be seen in the chart in **Exhibit D Figure 2**.

32. Logs between 2017 and 2022 were unavailable for our analysis. We are aware of user activity during this time period as evidenced by data from both the Google Analytics and PostgreSQL data but cannot accurately quantify the totality of activity.

33. The Google Analytics dashboard was configured to stream data from the Open.ai domain starting approximately on November 18, 2022.

- Between November 18, 2022, and November 30, 2022, the open.ai domain had approximately 7.2 thousand unique users, approximately 22 thousand page views, and approximately 61 thousand events.

- From the start of logging through the end of calendar year 2022, the open.ai domain had approximately 171 thousand unique users, approximately 501 thousand page views, and approximately 1.5 million events.

- Between November 18, 2022, and January 3, 2023, the open.ai domain had approximately 185 thousand unique users, approximately 544 thousand page views, and approximately 1.6 million events.

- Between November 18, 2022, and April 12, 2023, the open.ai domain had approximately 1.1 million unique users, approximately 2.9 million page views, and approximately 9.3 million events. For the 2023 calendar year the open.ai domain had approximately 2.5 million unique users, approximately 6.5 million page views, and approximately 21 million events.

The number of users, views, and events for these time periods can be seen in **Exhibit D Figure 3**.

34. The PostgreSQL database containing the user and edit history for "decentralized.open.ai" was analyzed to determine the level of user interaction. After removing traffic associated with developers and administrators, we identified 453 revisions across the active companies made by 13 active editors. Revisions were made between October 25, 2017, and November 16, 2022. We specifically analyzed traffic through December 31, 2022. Traffic after this time frame was identified by Open AI as being "defaced". Examples of "defaced" companies can be seen in the database by viewing the active "Companies" table. The majority of Companies were created pre-2023. The companies created post 2022 are generally blank or filled with nonsensical information. One notable example created on October 6, 2023, is titled "TEST" with the description "dumpster company". The "Companies" table is attached hereto as **Exhibit E**.

B. **Wikineering**

35. Wikineering existed and was regularly used for over two years. Between April 18, 2014, and December 29, 2016, the logs show 15,932 events and 1,289 unique, legitimate users from logs with "wikineering" in the Referer field. Based on the logs, Wikineering averaged 483 interactions per month. The number of interactions over time can be seen in the chart in **Exhibit D Figure 4**.

36. Our team searched for publicly available archives to the Wikineering.org website dating back to the first timestamp of the logs on April 18, 2014. The earliest artifact we found was the previously identified "Wayback Machine" archive dated November 16, 2015. (https://web.archive.org/web/20151116131324/http://wikineering.org/). It is important to note that current searches for evidence of a website that was active in 2014 return a limited and incomplete view. Search engines such as Google and webpage archives such as the Wayback Machine do not collect or store a 1:1 copy of the internet and the absence of information in either service does not mean the Wikineering.org website was not active before November 16, 2015. (https://www.forbes.com/sites/kalevleetaru/2015/11/16/how-much-of-the-internet-does-the-wayback-machine-really-archive/) It could mean search engines like Google didn't either index or maintain information from the site and that the Wayback Machine doesn't have a capture before

1  that date. Both scenarios are common issues and known challenges with investigations looking for
2  historical information.
3      37.   Our team identified an archive of the website "Sunglass.io" dated December 21,
4  2014, which contains the Wikineering logo in the top left corner of the page and "Copyright 2014
5  – Wikineering" in the footer. A screenshot of this webpage is included in **Exhibit F**.
6      C.    **Initial Collaboration Tool**
7      38.   The "Initial Collaboration Tool" existed on the internet since at least September 13,
8  2014. The logs show 4 interactions from 2 legitimate, unique users on September 13, 2014, and
9  December 17, 2014. Two out of the three interactions on September 13 successfully returned the
10 webpage the user requested. The request on December 17 contains the URL
11 "https://duckduckgo.com/" in the Referer field, indicating that the user originated from the search
12 engine DuckDuckGo. While the request was not successful, the request does indicate that this
13 webpage was indexed by DuckDuckGo (i.e. the webpage's URL was stored and served to users),
14 and a user clicked on a link from the search engine's website. The 4 interactions are presented in
15 spreadsheet format as **Exhibit G**. It is important to note that the Path presented as Exhibit 2 in Mr.
16 Ravine's declaration includes "/index.php/" before the Path "/Main_Page". We believe this is
17 likely due to the webpage presented in the declaration merely being a recreation of the legitimate
18 "Initial Collaboration Tool."
19     39.   The archive of Mr. Ravine's Google Drive uncovered two brochures titled "AI
20 School Keynote Presentation 006c.pdf" and "AI School Keynote Presentation 006d.pdf" which
21 advertise the Open AI and AI School projects. Three slides contain the Open AI logo and
22 branding. The three slides with Open AI branding can be seen in **Exhibit H Figures 5, 7, & 8**.
23 The earlier of the two, "AI School Keynote Presentation 006c.pdf", on Slide 14 contains an
24 excerpt of the article hosted on the "Initial Collaboration Tool" as recreated in Exhibit 2 of Mr.
25 Ravine's declaration. The archive preserved the creation date of October 15, 2015. A screenshot of
26 the artifact containing the creation date for both brochures can be seen in **Exhibit H Figures 1 &**
27 **3**. Unlike the file creation and modification dates on most operating systems, Google Drive's dates
28 are extremely unlikely to be tampered with. The brochures were also shared with the public

DocuSign Envelope ID: 74519016-D0D3-451B-9415-6542395E6683

through Google Drive's link sharing permissions on the same date. The artifact containing the permission change date for both brochures can be seen in **Exhibit H Figures 2 & 4**.

D.     Other Analysis

40.    Between January 23, 2014, and December 23, 2014, the logs show 137 events and 23 unique, legitimate users interacting with a web server using the same technology that was later used to create the collaboration tools. Based on the logs, the Hyperloop page by itself averaged 12 interactions per month. The number of interactions over time can be seen in the chart in **Exhibit D Figure 5**. These interactions are solely to the Hyperloop page, the total number of interactions and users of this web server is likely greater than what this analysis shows. The Referer field for some of these interactions indicates that this page was hosted on the domains "qa.ineed.com" and "wikineering.org".

41.    Upon request, our team conducted analysis on the Google Trends for the search terms "OpenAI", "ChatGPT", and "Dall-E" between August 2022, and March 2024. In Google Trends, the numbers represent search interest relative to the highest point on the chart for the given region and time. A value of 100 is the peak popularity for the term. A value of 50 means that the term is half as popular. A score of 0 means there was not enough data for this term. Throughout the period identified, OpenAI and Dall-E consistently had low search interest ratings, with averages below 1 and 5.9, respectively. ChatGPT, on the other hand, had an average of 60, which includes the four months preceding its public release with less than 1 search interest per month. Between April 16 and April 22, 2023, the Google Trends popularity of the search term ChatGPT peaked. The search interest for these three terms over time can be seen in the chart and legend in **Exhibit D Figure 5**.

V.     CONCLUSIONS

42.    StoneTurn's investigation included log review and other internet artifacts and my team, and I found evidence and concluded that: (i) the Open.AI website existed since at least April of 2015. (ii) Furthermore, internet users interacted with the Open.AI website before the Plaintiff ("OpenAI") was officially founded. (iii) Prior, but related to, Open.AI, evidence indicates the Wikineering.org ("Wikineering") web site was regularly used from April 18, 2014, to December

1 | 29, 2016. (iv) Additionally, log evidence showed that "The Initial Collaboration Tool" on the
2 | internet since at least September 13, 2014. (v) Decentralized.open.ai had usage and interactions
3 | between 2017 and 2022.

These facts show the existence, accessibility, and functionality of Wikineering website and related domain names, the "Initial Collaboration Tool," and the "Open.AI" website and related subdomain sites including decentralized.open.ai. The logs suggest Open.AI and its family of subdomain sites that include decentralized.open.ai and beta.open.ai, which hosted wiki collaboration tools had substantial users for a period of over two years for which we have logs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of March 2024, at Oak Brook, in Illinois.

DocuSigned by:

168A16036441144A...

J. Luke Tenery