# EXHIBIT H

# Exhibit G

Figure 1

**ARTIFACT INFORMATION**

| | |
|---:|:---|
| User | **Guy Ravine** |
| Email | **guyravine@gmail.com** |
| User ID | **103718470693632700875** |
| Actor Type | **User** |
| Date/Time | **10/15/2015 9:22:34.644 AM** |
| Action | **Create** |
| Action Type | **Upload** |
| File Name | **AI School Keynote Presentation 006c.pdf** |
| File ID | **0B6W5QbS1k882bXJENjBxLWVIUU0** |
| MIME Type | **application/pdf** |
| Artifact type | **Cloud Google Drive Activity** |
| Item ID | **14238** |

Figure 2



Figure 3

**ARTIFACT INFORMATION**

| | |
|---:|:---|
| User | **Guy Ravine** |
| Email | **guyravine@gmail.com** |
| User ID | **103718470693632700875** |
| Actor Type | **User** |
| Date/Time | **10/16/2015 8:30:55.162 AM** |
| Action | **Create** |
| Action Type | **Upload** |
| File Name | ==**AI School Keynote Presentation 006d.pdf**== |
| File ID | **0B6W5QbS1k882UTFEenB2QIRKU0U** |
| MIME Type | **application/pdf** |
| Artifact type | **Cloud Google Drive Activity** |
| Item ID | **14228** |

Figure 4

**ARTIFACT INFORMATION**

| | |
|---|---|
| User | **Guy Ravine** |
| Email | **guyravine@gmail.com** |
| User ID | **103718470693632700875** |
| Actor Type | **User** |
| Date/Time | **10/16/2015 8:31:03.470 AM** |
| Action | **Permission Change** |
| File Name | **AI School Keynote Presentation 006d.pdf** |
| File ID | **0B6W5QbS1k882UTFEenB2QIRKU0U** |
| Added Permissions | **Anyone as Viewer** |
| MIME Type | **application/pdf** |
| Artifact type | **Cloud Google Drive Activity** |
| Item ID | **14226** |

Figure 5



Figure 6

## Details [edit]

### Backpropagation [edit]

When doing propagation, the momentum and weight decay values are chosen to reduce oscillation during stochastic gradient descent. See Backpropagation for more.

### Different types of layers [edit]

#### Convolutional layer [edit]

Unlike a hand-coded convolution kernel (Sobel, Prewitt, Roberts), in a convolutional neural net, the parameters of each convolution kernel are trained by the backpropagation algorithm. There are many convolution kernels in each layer, and each kernel is replicated over the entire image with the same parameters. The function of the convolution operators is to extract different features of the input. The capacity of a neural net varies, depending on the number of layers. The first convolution layers will obtain the low-level features, like edges, lines and corners. The more layers the network has, the higher-level features it will get.

#### ReLU layer [edit]

ReLU is the abbreviation of Rectified Linear Units. This is a layer of neurons that use the non-saturating activation function $f(x) = max(0, x)$. It increases the nonlinear properties of the decision function and of the overall network without affecting the receptive fields of the convolution layer.

Other functions are used to increase nonlinearity. For example the saturating hyperbolic tangent $f(x) = tanh(x)$, $f(x) = |tanh(x)|$, and the sigmoid function $f(x) = (1 + e^{-x})^{-1}$. Compared to tanh units, the advantage of

Figure 7



Figure 8

