Ryan G. Baker (Bar No. 214036)
  rbaker@waymakerlaw.com
Scott M. Malzahn (Bar No. 229204)
  smalzahn@waymakerlaw.com
Patricia Rojas-Castro (Bar No. 339087)
  projas-castro@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

Attorneys for Defendants Guy Ravine &
Open Artificial Intelligence, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Defendant. | Case No. 3:23-cv-3918-YGR<br><br>**DEFENDANTS' DECLARATION OF COMPLIANCE WITH PRELIMINARY INJUNCTION ORDER** |

# DECLARATION OF GUY RAVINE RE COMPLIANCE WITH THE COURT'S FEBRUARY 28, 2024 PRELIMINARY INJUNCTION ORDER

I, Guy Ravine, declare as follows:

1. I am a party in the above-entitled action, and principal of Defendant Open Artificial Intelligence, Inc. ("Open Artificial Intelligence"). I make this Declaration setting forth the manner in which Open Artificial Intelligence and I (together, "Defendants") have complied with this Court's February 28, 2024 Preliminary Injunction Order ("Order") (DE 63). I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify competently thereto.

2. Pursuant to the Paragraphs 1.a. and 1.b. of Order, on or about March 14, 2024, I instructed or otherwise caused Open Artificial Intelligence, and each of its officers, directors, employees, agents, servants, representatives, and affiliates (including myself), to refrain from using the "Open AI" mark, or any other logo, design, or word mark that is a colorable imitation of, or similar to, it, including without limitation "Open AI" and "open.ai," in connection with the display, advertising, development marketing, production, promotion, sale, and/or distribution of any artificial intelligence products or services, including the results generated by such products or services; and to refrain from using any "Open AI" mark in connection with any website, app, or social media account, including as a domain name or social media handle, until further notice.

3. Pursuant to Paragraph 1.c. of the Order, I instructed or otherwise caused Open Artificial Intelligence, and each of its officers, directors, employees, agents, servants, representatives, and affiliates (including myself), to refrain from representing in any manner or by any method whatsoever that goods, services, or other products branded with the "Open AI" mark are sponsored, approved, or authorized by, or originate from, OpenAI, or otherwise taking any action likely to

1  cause confusion, mistake or deception as to the origin, approval, sponsorship, or
2  certification of such goods, products, or services, until further notice.
3    4. Pursuant to the Order, as of March 25, 2024, Defendants have
4  suspended and/or disabled the https://open.ai website, ensured that the domain name
5  servers would not route https://open.ai to Open Artificial Intelligence's servers.
6  Nothing is displayed on that website at this time. Defendants also disabled all
7  emails with the open.ai domain name. Defendants have discontinued all cloud
8  service to open.ai. Attached as **Exhibit A** are true and correct copies of screenshots
9  of the https://open.ai website as viewed on Microsoft Edge, Google Chrome, and
10 Safari on March 28, 2024, reflecting that the website has been suspended.
11   5. Pursuant to the Order, as of approximately March 21, 2024, Defendants
12 have stopped using its only Open AI social media handle – the X/Twitter handle
13 "@openopenai." Attached as **Exhibit B** is a true and correct copy of a screenshot of
14 the only social media account account (X/Twitter) previously operated by
15 Defendants with the openai mark as of March 28, 2024, reflecting that the social
16 media account has been disabled, deleted, or unassociated with the @openopenai
17 handle.
18   6. Pursuant to Paragraph 2 of the Order, on March 28, 2024, I contacted
19 Google, GoDaddy.com, and X (formerly Twitter), and provided them a copy of the
20 Court's Order. I also instructed these non-parties that they were enjoined as
21 provided for in the Order, and requested that the website https://open.ai be
22 suspended and that nothing may be displayed on https://open.ai other than a notice
23 of suspension. I also informed X/Twitter of the Order and confirmed the account
24 using the @openopenai username was disabled. True and correct copies of this
25 correspondence to these nonparties is attached as **Exhibit C**.
26   7. Although none of the above-mentioned nonparties was "acting in active
27 concert or participation at the direction of [Defendants]," pursuant to Paragraph 3 of
28 the Order, the contact information for the above-mentioned nonparties is as follows:

1    • X: Adam Mehes, Senior Director, Legal; X Corp.; 1335 Market St., Suite 900 San Francisco, CA 94103; amehes@x.com;

   • GoDaddy.Com: hq@godaddy.com;

   • Google: google-cloud-compliance@google.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of March 2024, at Sunnyvale, California.



Guy Ravine

---

3                                                              Case No. 3:23-cv-3918
DEFENDANTS' DECLARATION OF COMPLIANCE