# EXHIBIT 3

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1     ETAS ID: TM822995
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Guy Ravine | | 06/30/2023 | INDIVIDUAL: UNITED STATES |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Open Artificial Intelligence Inc. |
| Street Address: | 95 3rd Street |
| City: | San Francisco |
| State/Country: | CALIFORNIA |
| Postal Code: | 94103 |
| Entity Type: | Corporation: DELAWARE |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5258002 | OPEN AI |

### CORRESPONDENCE DATA

| | |
|---|---|
| Fax Number: | 2123553333 |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 2128138800 |
| Email: | TMADMIN@GOODWINLAW.COM |
| Correspondent Name: | Goodwin Procter LLP/Janis Nici |
| Address Line 1: | 620 Eighth Avenue |
| Address Line 4: | New York, NEW YORK 10018 |

| NAME OF SUBMITTER: | Janis Nici |
|---|---|
| SIGNATURE: | /janis nici/ |
| DATE SIGNED: | 07/10/2023 |

Total Attachments: 2
source=Open Artificial Intelligence - Trademark Assignment Agreement FE#page1.tif
source=Open Artificial Intelligence - Trademark Assignment Agreement FE#page2.tif

# TRADEMARK REGISTRATION ASSIGNMENT

This TRADEMARK REGISTRATION ASSIGNMENT (this "Trademark Assignment") is made by Guy Ravine, a California resident ("Assignor"), and Open Artificial Intelligence Inc., a Delaware corporation with an office at 95 3rd Street, San Francisco, California, 94103 ("Assignee").

WHEREAS, Assignee desires to acquire Assignor's entire right, title and interest in and to U.S. Trademark Registration No. 5,258,002 for OPEN AI (the "Trademark Properties"), together with the goodwill of the business symbolized by the Trademark Properties.

NOW THEREFORE, the parties agree as follows:

1. _Assignment_. For good and valuable consideration, receipt of which is acknowledged, Assignor hereby irrevocably conveys, assigns and transfers to Assignee, and Assignee hereby accepts, all of Assignor's right, title, and interest in and to the following:

    (a) all right, title and interest in and to the Trademark Properties, together with the goodwill of the business connected with the use of, and symbolized by, the Trademark Properties;

    (b) all rights of any kind whatsoever of Assignor accruing under any of the foregoing provided by applicable law of any jurisdiction, by international treaties and conventions, and otherwise throughout the world;

    (c) any and all royalties, fees, income, payments, and other proceeds now or hereafter due or payable with respect to any and all of the foregoing; and

    (d) any and all claims and causes of action with respect to any of the foregoing, whether accruing before, on, or after the date hereof, including all rights to and claims for damages, restitution, and injunctive and other legal and equitable relief for past, present, and future infringement, dilution, misappropriation, violation, misuse, breach, or default, with the right but no obligation to sue for such legal and equitable relief and to collect, or otherwise recover, any such damages.

2. _Recordation and Further Actions_. Assignor hereby authorizes the Commissioner for Trademarks in the United States Patent and Trademark Office to record and register this Trademark Assignment. Following the date hereof, upon Assignee's reasonable request, Assignor shall take such steps and actions, and provide such cooperation and assistance to Assignee and its successors, assigns, and legal representatives, including the execution and delivery of any affidavits, declarations, oaths, exhibits, assignments, powers of attorney, or other documents, as may be necessary to effect, evidence, or perfect the assignment of the Trademark Properties to Assignee, or any assignee or successor thereto.

3. _Counterparts_. This Trademark Assignment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed one and the same agreement. A signed copy of this Trademark Assignment delivered by facsimile, e-mail, or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Trademark Assignment.

4. _Successors and Assigns_. This Trademark Assignment shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

TRADEMARK
REEL: 008127 FRAME: 0690

- 2 -

IN WITNESS WHEREOF, the parties have duly executed this Trademark Assignment as of June 30, 2023

ASSIGNOR:

Guy Ravine

*[DocuSigned signature: Guy Ravine, 1AA6A27162A4452...]*

---

ASSIGNEE:

Open Artificial Intelligence Inc.

By *[DocuSigned signature: Guy Ravine, 1AA6A27162A4452...]*
Name: Guy Ravine
Title: President