| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Robert P. Feldman (Bar No. 69602)<br> bobfeldman@quinnemanuel.com<br>Margret M. Caruso (Bar No. 243473)<br> margretcaruso@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:     (650) 801-5000<br><br>Robert M. Schwartz (Bar No. 117166)<br> robertschwartz@quinnemanuel.com<br>Aaron H. Perahia (Bar No. 304554)<br> aaronperahia@quinnemanuel.com<br>865 S. Figueroa St., 10th Fl.<br>Los Angeles, California 90017-2543<br>Telephone:     (213) 443-3000<br><br>Sam S. Stake (Bar No. 257916)<br> samstake@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4624<br>Telephone:     (415) 875-6600<br><br>Dylan I. Scher (*pro hac vice*)<br> dylanscher@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:     (212) 849-7000<br><br>*Attorneys for OpenAI, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (pro hac vice application forthcoming)<br> osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:     (212) 351-4000<br><br>Brian M. Lutz (Bar No. 255976)<br> blutz@gibsondunn.com<br>Rosemarie T. Ring (Bar No. 220769)<br> rring@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone:     (415) 393-8200<br><br>*Attorneys for OpenAI, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:23-cv-03918-YGR<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF DYLAN I. SCHER IN SUPPORT OF MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS** |

I, Dylan I. Scher, declare as follows:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Plaintiff OpenAI, Inc. ("OpenAI") in the above-captioned action, admitted to practice before this Court *pro hac vice*. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters. submit this declaration in support of OpenAI's request that the Court take judicial notice of certain matters in connection with OpenAI's Motion to Dismiss Defendants' Counterclaims.

2. Attached hereto as **Exhibit A** is a true and correct copy of "Introducing OpenAI," dated December 11, 2015, available at https://openai.com/index/introducing-openai/. I caused this URL to be visited, and this document printed, on June 20, 2024.

3. Attached hereto as **Exhibit B** is a true and correct copy of "OpenAI and Elon Musk," dated March 5, 2024, available at https://openai.com/index/openai-elon-musk/. I caused this URL to be visited, and this document printed, on June 20, 2024.

4. Attached hereto as **Exhibit C** is a true and correct copy of the definition of "open" from Merriam-Webster Dictionary, available at https://www.merriam-webster.com/dictionary/open#dictionary-entry-1. I caused this URL to be visited, and this document printed, on June 20, 2024.

5. Attached hereto as **Exhibit D** is a true and correct copy of a printout from a search I conducted on the trademark database maintained by the USPTO on dated June 20, 2024. The printout reflects (i) that the search was for live registrations of trademarks on the principal register that include or incorporate the term OPEN in the name of the mark, (ii) that the search yielded 1,174 hits, and (iii) identification of the first 200 of those registered trademarks.

6. Attached hereto as **Exhibit E** is a true and correct copy of a collection of electronic versions of federal trademark registration certificates, which I caused to be obtained from the United States Patent and Trademark Office ("USPTO") electronic database on June 19, 2024.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed on June 21, 2024, at New York, New York.

*Dylan Scher*

Dylan I. Scher