# Exhibit A

PageVault

| | |
|---|---|
| Document title: | Introducing OpenAI \| OpenAI |
| Capture URL: | https://openai.com/index/introducing-openai/ |
| Page loaded at (UTC): | Thu, 20 Jun 2024 13:38:37 GMT |
| Capture timestamp (UTC): | Thu, 20 Jun 2024 13:39:53 GMT |
| Capture tool: | 10.47.5-beta.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 5 |
| Capture ID: | ibfvSn9wHUBRgzNEHKeLPs |
| User: | quinn-general |

PDF REFERENCE #:        hA9zvDWRMiMWosCfVMwmag



Research    Products    Safety    Company

December 11, 2015

# Introducing OpenAI



OpenAI is a non-profit artificial intelligence research company. Our goal is to advance digital intelligence in the way that is most likely to benefit humanity as a whole, unconstrained by a need to generate financial return. Since our research is free from financial obligations, we can better focus on a positive human impact.

We believe AI should be an extension of individual human wills and, in the spirit of liberty, as broadly and evenly distributed as possible. The outcome of this venture is uncertain and the work is difficult, but we believe the goal and the structure are right. We hope this is what matters most to the best in the field.

## Background

Artificial intelligence has always been a surprising field. In the early days, people thought that solving certain tasks (such as chess) would lead us to discover human-level

▶ Read aloud  🔊

Background
Looking forward
OpenAI

## Background

Artificial intelligence has always been a surprising field. In the early days, people thought that solving certain tasks (such as chess) would lead us to discover human-level intelligence algorithms. However, the solution to each task turned out to be much less general than people were hoping (such as doing a search over a huge number of moves).

The past few years have held another flavor of surprise. An AI technique explored for decades, deep learning, started achieving state-of-the-art results in a wide variety of problem domains. In deep learning, rather than hand-code a new algorithm for each problem, you design architectures that can twist themselves into a wide range of algorithms based on the data you feed them.

This approach has yielded outstanding results on pattern recognition problems, such as recognizing objects in images, machine translation, and speech recognition. But we've also started to see what it might be like for computers to be creative, to dream, and to experience the world.

## Looking forward

AI systems today have impressive but narrow capabilities. It seems that we'll keep whittling away at their constraints, and in the extreme case they will reach human performance on virtually every intellectual task. It's hard to fathom how much human-level AI could benefit society, and it's equally hard to imagine how much it could damage society if built or used incorrectly.

## OpenAI

Because of AI's surprising history, it's hard to predict when human-level AI might come within reach. When it does, it'll be important to have a leading research institution which can prioritize a good outcome for all over its own self-interest.

We're hoping to grow OpenAI into such an institution. As a non-profit, our aim is to build value for everyone rather than shareholders. Researchers will be strongly encouraged to publish their work, whether as papers, blog posts, or code, and our patents (if any) will be shared with the world. We'll freely collaborate with others across many institutions and expect to work with companies to research and deploy new technologies.

OpenAI's research director is Ilya Sutskever, one of the world experts in machine learning. Our CTO is Greg Brockman, formerly the CTO of Stripe. The group's other founding members are world-class research engineers and scientists: Trevor Blackwell, Vicki Cheung, Andrej Karpathy, Durk Kingma, John Schulman, Pamela Vagata, and Wojciech Zaremba. Pieter Abbeel, Yoshua Bengio, Alan Kay, Sergey Levine, and Vishal Sikka are advisors to the group. OpenAI's co-chairs are Sam Altman and Elon Musk.

Sam, Greg, Elon, Reid Hoffman, Jessica Livingston, Peter Thiel, Amazon Web Services (AWS), Infosys, and YC Research are donating to support OpenAI. In total, these funders have committed $1 billion, although we expect to only spend a tiny fraction of this in the next few years.

▶ Read aloud

Background
Looking forward
OpenAI

Sam, Greg, Elon, Reid Hoffman, Jessica Livingston, Peter Thiel, Amazon Web Services (AWS), Infosys, and YC Research are donating to support OpenAI. In total, these funders have committed $1 billion, although we expect to only spend a tiny fraction of this in the next few years.

You can follow us on Twitter at @OpenAI.

Announcements

Authors

Greg Brockman, Ilya Sutskever, OpenAI

## Related articles

View all Company >



Jun 10, 2024

OpenAI and Apple announce partnership



Jun 10, 2024

OpenAI welcomes Sarah Friar (CFO) and Kevin Weil (CPO)



May 29, 2024

The Newsroom AI Catalyst: a global program with WAN-IFRA

Read aloud



| Our research | ChatGPT | Safety overview | Company | Terms & policies |
|---|---|---|---|---|
| Overview | For Everyone | Safety overview | About us | Terms of use |
| Index | For Teams | Safety standards | News | Privacy policy |
| | For Enterprises | | Our Charter | Brand guidelines |
| Latest advancements | ChatGPT login ↗ | Teams | Security | Other policies |
| GPT-4 | Download | Safety Systems | Residency | |
| DALL·E 3 | | Preparedness | Careers | |
| Sora | API | Superalignment | | |
| | Platform overview | | | |
| | Pricing | | | |
| | Documentation ↗ | | | |
| | API login ↗ | | | |
| | Explore more | | | |
| | OpenAI for business | | | |
| | Stories | | | |

OpenAI © 2015–2024