# Exhibit C

**PageVault**

| | |
|---|---|
| Document title: | Open Definition & Meaning - Merriam-Webster |
| Capture URL: | https://www.merriam-webster.com/dictionary/open#dictionary-entry-1 |
| Page loaded at (UTC): | Thu, 20 Jun 2024 13:41:16 GMT |
| Capture timestamp (UTC): | Thu, 20 Jun 2024 13:42:08 GMT |
| Capture tool: | 10.47.5-beta.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 18 |
| Capture ID: | f6y9i9CTnrvdD1iST7CKS7 |
| User: | quinn-general |

PDF REFERENCE #:    8GmzUU7wT2hY2k4Rn11BCV

Merriam-Webster

DICTIONARY | THESAURUS | GAMES & QUIZZES | WORD OF THE DAY | FEATURES | WORDPLAY | Word Finder | More

**Dictionary**
Definition
▶ adjective
verb
noun

Synonyms
Synonym Chooser
Example Sentences
Word History
Phrases Containing
Entries Near
Show More ⌄

Save Word

## open  1 of 3  adjective

ˈō-pən  -pᵊm

**opener** ˈōp-nər, ˈō-pə- ; **openest** ˈōp-nəst, ˈō-pə-

Synonyms of *open* >

**1** : having no enclosing or confining barrier : accessible on all or nearly all sides
: cattle grazing on an *open* range

**2 a (1)** : being in a position or adjustment to permit passage : not shut or locked
: an *open* door
**(2)** : having a barrier (such as a door) so adjusted as to allow passage
: the house was *open*
**b** : having the lips parted
: stood there with his mouth wide *open*
**c** : not buttoned or zipped
: an *open* shirt

**3 a** : completely free from concealment : exposed to general view or knowledge
: their hostilities eventually erupted with *open* war
**b** : exposed or vulnerable to attack or question : **SUBJECT**
: *open* to doubt
**c** : being an operation or surgical procedure in which an incision is made such that the tissues are fully exposed

**4 a** : not covered with a top, roof, or lid
: an *open* car
: her eyes were *open*
**b** : having no protective covering
: *open* wiring

**5 a** : having the skin cracked, cut, or broken so that underlying tissue is exposed
: abrasions, lacerations, and other *open* wounds
→ see also OPEN FRACTURE
**b** *of a head injury* : marked by fracture or penetration of the skull

**6** : not restricted to a particular group or category of participants
: *open* to the public
: *open* housing





Document title: Open Definition &amp; Meaning - Merriam-Webster
Capture URL: https://www.merriam-webster.com/dictionary/open#dictionary-entry-1
Capture timestamp (UTC): Thu, 20 Jun 2024 13:42:08 GMT
Page 1 of 17

DICTIONARY | Dictionary | Thesaurus | Games & Quizzes | Word of the Day | Grammar | Word Play | Word Finder | More

**Dictionary**

Definition
- adjective
- verb
- noun

Synonyms
Synonym Chooser
Example Sentences
Word History
Phrases Containing
Entries Near
Show More

Save Word

*open* housing

: such as

**a** : enterable by both amateur (see AMATEUR sense 1) and professional (see PROFESSIONAL entry 1 sense 2a) contestants

an *open* tournament

**b** : enterable by a registered voter regardless of political affiliation

an *open* primary

**7 a** : presenting no obstacle to passage or view : not enclosed, obstructed, or filled with objects

the *open* road

*open* country

→ see also OPEN WATER

**b** *of large bodies of water* : away from the coastal regions : PELAGIC

fish of the *open* ocean

In *open* seas, the smaller the ship, the more motion you can expect.
— Matt Hannafin et al.

**8** : having the parts or surfaces laid out in an expanded position : spread out : UNFOLDED

an *open* book

**9 a** (1) : LOW sense 15

an *open* vowel

(2) : formed with the tongue in a lower position

Italian has an *open* and a close *e*

**b** (1) : having clarity and resonance unimpaired by undue tension or constriction of the throat

an *open* vocal tone

(2) *of a tone* : produced by an open string or on a wind instrument by the lip without the use of slides, valves, or keys

**10 a** : available to follow or make use of

the only course *open* to us

**b** : not taken up with duties or engagements

keep an hour *open* on Friday

**c** : not finally decided : subject to further consideration

the salary is *open*

an *open* question

**d** : available for a qualified applicant : VACANT

the job is still *open*

**e** : remaining available for use or filling until canceled

an *open* order for more items

**f** : available for future purchase

these items are in *open* stock

**g** : available for breeding : not now pregnant

See Definitions and Examples »

Get Word of the Day daily email!

[Your email address] [SUBSCRIBE]

Prototype Machined Castings
Your One Source for Turnkey Prototype Machined Castings
Griffin Industries Corp.
Open

THE HEPBURN
GRAND APARTMENT RESIDENCES IN THE HEART OF NORTHWEST DC
LEARN MORE
BOZZUTO

**Dictionary**

Definition
- **adjective**
- verb
- noun

Synonyms
Synonym Chooser
Example Sentences
Word History
Phrases Containing
Entries Near
Show More

Save Word

**g** : available for breeding : not now pregnant
- an *open* heifer

**h** `computers` : not `proprietary` : available to third party developers
- But while IBM pushes Notes, a proprietary technology created in the 1980s, a raft of new and much smaller rivals is plying the "*open*" technology of the 1990s: software on the World Wide Web, the fastest growing part of the Internet.
- — Bart Ziegler

→ compare OPEN-SOURCE

**11 a** : characterized by ready accessibility and usually generous attitude : such as

   (1) : generous in giving

   (2) : willing to hear and consider or to accept and deal with : RESPONSIVE
- *open* to an offer
- *open* to suggestion

   (3) : free from reserve or pretense : FRANK
- was *open* about his personal life

   (4) `of a relationship` : not restricted to one partner at a time by mutual agreement

→ see also OPEN MARRIAGE

**b** : accessible to the influx of new factors (such as foreign goods)
- an *open* market

**12 a** : having openings, interruptions, or spaces
- *open* mesh
- : such as

   (1) : being porous (see POROUS sense 2a) and friable
- *open* soil

   (2) : sparsely distributed : SCATTERED
- *open* population

   (3) `of a compound` : having components (see COMPONENT entry 1 sense 1) separated by a space in writing or printing (such as *opaque projector*)

**b** : not made up of a continuous closed circuit (see CIRCUIT entry 1 sense 2a) of channels
- the insect circulatory system is *open*

**13 a** `of an organ pipe` : not stopped at the top

  **b** `of a string on a musical instrument` : not stopped by the finger

**14** : being in operation
- an *open* microphone
- *especially* : ready for business, patronage, or use
- the store is *open* from 9 to 5

Document title: Open Definition &amp; Meaning - Merriam-Webster
Capture URL: https://www.merriam-webster.com/dictionary/open#dictionary-entry-1
Capture timestamp (UTC): Thu, 20 Jun 2024 13:42:08 GMT
Page 3 of 17



Merriam-Webster Dictionary Thesaurus open Games & Quizzes Word of the Day Grammar Wordplay Word Finder More

Dictionary
Definition
adjective
verb
noun
Synonyms
Synonym Chooser
Example Sentences
Word History
Phrases Containing
Entries Near
Show More
Save Word

the store is *open* from 9 to 5
the new highway will be *open* next week

**15** **a** **(1)** **:** characterized by lack of effective regulation of various commercial enterprises (see ENTERPRISE sense 2)
an *open* town

**(2)** **:** not repressed (see REPRESS sense 1) by legal controls
*open* gambling

**b** **:** free from checking or hampering restraints
an *open* economy

**c** **:** relatively unguarded by opponents
passed to an *open* teammate

**16** **:** having been opened by a first ante, bet, or bid
the bidding is *open*

**17** **of punctuation** **:** characterized by sparing use especially of the comma when possible without causing misinterpretation

**18** **mathematics**

**a** **:** containing none of its endpoints
an *open* interval

**b** **:** being a set or composed of sets each point of which has a neighborhood all of whose points are contained in the set
the interior of a sphere is an *open* set

**19** **a** **:** being an incomplete electrical circuit

**b** **:** not allowing the flow of electricity
an *open* switch

**20** **of a universe** **:** having insufficient mass (see MASS entry 2 sense 1c) to halt expansion gravitationally

**open** adverb
**openly** ˈō-pən-lē adverb
**openness** ˈō-pə(n)-nəs noun

# open 2 of 3 verb

**opened** ˈō-pənd ˈō-pᵊmd ; **opening** ˈōp-niŋ, ˈō-pə-

*transitive verb*

**1** **a** **:** to move (something, such as a door) from a closed position

**b** **:** to make available for entry or passage by turning back (something, such as a barrier) or removing (something, such as a cover or an obstruction)

**2** **a** **:** to make available for or active in a regular function

Prototype Machined Castings
Your One Source for Turnkey Prototype Machined Castings
Griffin Industries Corp.
Open

THE HEPBURN
GRAND APARTMENT RESIDENCES IN THE HEART OF NORTHWEST DC
LEARN MORE

Dictionary | Thesaurus | | Games & Quizzes | Word of the Day | Grammar | Wordplay | Word Finder | More

## Dictionary

**Definition**
- adjective
- **verb**
- noun

Synonyms
Synonym Chooser
Example Sentences
Word History
Phrases Containing
Entries Near
Show More ∨

**Save Word**

2   **a** : to make available for or active in a regular function
   *open* a new store

   **b** : to make accessible for a particular purpose
   *opened* new land for settlement

   **c** : to initiate access to (a computer file) prior to use

3   **a** : to disclose or expose to view : **REVEAL**

   **b** : to make more discerning or responsive : **ENLIGHTEN**
   must *open* our minds to the problems

   **c** : to bring into view or come in sight of by changing position

4   **a** : to make an *opening* in
   *opened* the boil

   **b** : to loosen and make less compact
   *open* the soil

5   : to spread out : **UNFOLD**
   *opened* the book

6   **a** : to enter upon : **BEGIN**
   *opened* the meeting

   **b** : to commence action in a card game by making (a first bid), putting a first bet in (the pot), or playing (a card or suit) as first lead

7   : to restore or recall (something, such as an order) from a finally determined state to a state in which the parties are free to prosecute or oppose

*intransitive verb*

1   : to become open
   the office *opened* early

2   **a** : to spread out : **EXPAND**
   the wound *opened* under the strain

   **b** : to become disclosed
   a beautiful vista *opened* before us

3   : to become enlightened or responsive

4   : to give access
   the rooms *open* onto a hall

5   : **SPEAK OUT sense 2**
   finally he *opened* freely on the subject

6   **a** : to begin a course or activity

   **b** : to make a bet, bid, or lead in commencing a round or hand of a card game

7



Document title: Open Definition &amp; Meaning - Merriam-Webster
Capture URL: https://www.merriam-webster.com/dictionary/open#dictionary-entry-1
Capture timestamp (UTC): Thu, 20 Jun 2024 13:42:08 GMT

Page 5 of 17



7 : to provide the opening performance of a show before the main event

**openability** ˌō-pə-ˈbi-lə-tē ˌō-pə- noun

**openable** ˈō-pə-bəl ˈō-pə- adjective

# open 3 of 3 noun

1 : OPENING

2 : open and unobstructed space: such as

a : OPEN AIR

b : open water

3 : an open contest, competition, or tournament

4 : a public or unconcealed state or position

Albert & Mackenzie Careers
Albert and Mackenzie
Learn more

## Synonyms

**Adjective**

clear, cleared, free, unclogged, unclosed, unobstructed, unstopped

**Verb**

unclose

**Noun**

nature, open air, out-of-doors, outdoors, wild, wilderness

See all Synonyms & Antonyms in Thesaurus ›

Prototype Machined Castings
Your One Source for Turnkey Prototype Machined Castings
Griffin Industries Corp.
Open

THE HEPBURN
GRAND APARTMENT RESIDENCES IN THE HEART OF NORTHWEST DC
LEARN MORE

# Dictionary

**Definition**
- adjective
- verb
- noun

- Synonyms
- **Synonym Chooser**
- Example Sentences
- Word History
- Phrases Containing
- Entries Near
- Show More

**Save Word**

## Choose the Right Synonym for *open*

**FRANK**, **CANDID**, **OPEN**, **PLAIN** mean showing willingness to tell what one feels or thinks.

**FRANK** stresses lack of shyness or secretiveness or of evasiveness from considerations of tact or expedience.
> *frank* discussions

**CANDID** suggests expression marked by sincerity and honesty especially in offering unwelcome criticism or opinion.
> a *candid* appraisal

**OPEN** implies frankness but suggests more indiscretion than **FRANK** and less earnestness than **CANDID**.
> *open* in saying what they think

**PLAIN** suggests outspokenness and freedom from affectation or subtlety in expression.
> *plain* talk

**LIABLE**, **OPEN**, **EXPOSED**, **SUBJECT**, **PRONE**, **SUSCEPTIBLE**, **SENSITIVE** mean being by nature or through circumstances likely to experience something adverse.

**LIABLE** implies a possibility or probability of incurring something because of position, nature, or particular situation.
> *liable* to get lost

**OPEN** stresses a lack of barriers preventing incurrence.
> a claim *open* to question

**EXPOSED** suggests lack of protection or powers of resistance against something actually present or threatening.
> *exposed* to infection

**SUBJECT** implies an openness for any reason to something that must be suffered or undergone.
> all reports are *subject* to review

**PRONE** stresses natural tendency or propensity to incur something.
> *prone* to delay

**SUSCEPTIBLE** implies conditions existing in one's nature or individual constitution that make incurrence probable.
> very *susceptible* to flattery

**SENSITIVE** implies a readiness to respond to or be influenced by forces or





Dictionary
Definition
adjective
verb
noun
Synonyms
Synonym Chooser
Example Sentenc...
Word History
Phrases Containing
Entries Near
Show More
Save Word

**SENSITIVE** implies a readiness to respond to or be influenced by forces or stimuli.

unduly *sensitive* to criticism

## Examples of *open* in a Sentence

### Adjective

The door suddenly swung ***open***.

You left the blinds ***wide open***.

The meat was roasted over an ***open*** fire.

See More

## Recent Examples on the Web

**Adjective**

The Cubs are playing at Wrigley on Sept. 21, but Guaranteed Rate Field is ***open*** while the White Sox are away.
– Robert McCoppin, *Chicago Tribune*, 14 June 2024

Will all of our eyes be a lot more ***open*** after Trevor?
– Emily Longeretta, *Variety*, 14 June 2024

**Verb**

Genesis of Kansas City recently ***opened*** a location at 7722 Metcalf Ave.
– Jenna Thompson, *Kansas City Star*, 6 June 2024

Tongue-blazing chain Dave's Hot Chicken will ***open*** a new restaurant in Nampa.
– Michael Deeds, *Idaho Statesman*, 6 June 2024

**Noun**

To be sure, Anthropic's co-founders left OpenAI in 2021, well before the problems with its structure burst into the ***open*** with Altman's firing.
– Billy Perrigo/san Francisco, *TIME*, 30 May 2024

Share [Findings] Humboldt penguins who nest in the ***open*** have more pollutant metabolites in their blood than do penguins who nest in guano-rich burrows.
– Rafil Kroll-Zaidi, *Harper's Magazine*, 22 May 2024

See all Example Sentences for *open*

These examples are programmatically compiled from various online sources to illustrate
curr
thos

Prototype Machined Castings
Your One Source for Turnkey Prototype Machined Castings
Griffin Industries Corp.
Open

THE HEPBURN
GRAND APARTMENT RESIDENCES IN THE HEART OF NORTHWEST DC
LEARN MORE

Document title: Open Definition &amp; Meaning - Merriam-Webster
Capture URL: https://www.merriam-webster.com/dictionary/open#dictionary-entry-1
Capture timestamp (UTC): Thu, 20 Jun 2024 13:42:08 GMT
Page 9 of 17









options open for
open a can of worms open a crack open admission

See More

## Dictionary Entries Near *open*

opelu
**open**
open a can of worms

See More Nearby Entries

## Cite this Entry

**Style** MLA

"Open." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/open. Accessed 20 Jun. 2024.

Copy Citation

## Share

Facebook Twitter

## Kids Definition

# open 1 of 3 adjective

ˈō-pən ˈōp-ᵊm

1 **:** allowing passage **:** not shut or blocked
an *open* door
*open* books
*open* pores

2 **:** not enclosed or covered
an open boat

Prototype Machined Castings
Your One Source for Turnkey Prototype Machined Castings
Griffin Industries Corp.
Open

THE HEPBURN
GRAND APARTMENT RESIDENCES IN THE HEART OF NORTHWEST DC
LEARN MORE

Merriam-Webster | Dictionary | Thesaurus | open | Games & Quizzes | Word of the Day | Grammar | Wordplay | Word Finder | More

# Dictionary

**Definition**

- adjective
- verb
- noun
- Synonyms
- Synonym Chooser
- Example Sentences
- Word History
- Phrases Containing
- Entries Near
- Cite this Entry
- Share
- **Kids Definition**
- Medical Definition
- Legal Definition
- More from M-W
- Show Less

Save Word

2 : not enclosed or covered

an *open* boat
an *open* fire
*open* wounds

3 **a** : not secret : **PUBLIC**

*open* dislike

**b** : **LIABLE sense 2**

*open* to challenge

4 **a** : free to be used, entered, or taken part in by all

an *open* meeting
an *open* golf tournament

**b** : easy to enter, get through, or see

*open* country

5 : not drawn together : spread out

an *open* flower
an *open* umbrella

6 **a** : available for use : **FREE**

keep an hour *open* tomorrow
the only option *open* to us

**b** : not decided or settled

an *open* question

**c** : waiting to be filled

the job is still *open*

**d** : available for purchase all or most of the time

these items are in *open* stock

7 : ready to consider appeals or ideas

an *open* mind
*open* to suggestion

8 : not allowing the flow of electricity : being an incomplete electrical circuit

an *open* switch

**openly** ˈō-pən-lē *adverb*

**openness** ˈō-pən-nəs *noun*

## open 2 of 3 *verb*

**opened** ˈō-pənd ˈōp-ᵊmd ; **opening** ˈōp-(ə-)niŋ

1 **a** : to change or move from a shut or closed condition

*open* a book
the door *opened*

**b** : to clear by or as if by removing something in the way

Prototype Machined Castings
Your One Source for Turnkey Prototype Machined Castings
Griffin Industries Corp.
Open

THE HEPBURN
GRAND APARTMENT RESIDENCES IN THE HEART OF NORTHWEST DC
LEARN MORE

Dictionary
Definition
adjective
verb
noun
Synonyms
Synonym Chooser
Example Sentences
Word History
Phrases Containing
Entries Near
Cite this Entry
Share
Kids Definition
Medical Definition
Legal Definition
More from M-W
Show Less
Save Word

b : to clear by or as if by removing something in the way

*open* a road blocked with snow

the clouds *opened*

c : to make an opening in

*open* a boil

2 a : to make or become ready for use

*open* a new store

b : to make available for a certain purpose

*open* land for settlement

*opened* Japan to foreign trade

the office *opens* at eight

c : to access for use

*open* the computer file

3 : to have an opening

the rooms *open* onto a hall

4 : BEGIN sense 1, START

*opened* fire

*open* talks

# open 3 of 3 noun

1 : open space

*especially* : OUTDOORS entry 2

go out in the *open*

2 : a contest or tournament that is open

3 : a state or position that is public or is not concealed

Prototype Machined Castings
Your One Source for Turnkey Prototype Machined Castings
Griffin Industries Corp.
Open

## Medical Definition

# open 1 of 2 adjective

ˈō-pən

1

1    a   (1) **:** having the skin cracked, cut, or broken so that underlying tissue is exposed

> abrasions, lacerations, and other *open* wounds

→ see also OPEN FRACTURE

     (2) *of a head injury* **:** marked by fracture or penetration of the skull

   b **:** not involving or encouraging a covering (as by bandages or overgrowth of tissue) or enclosure

> *open* treatment of burns

   c **:** being an operation or surgical procedure in which an incision is made such that the tissues and organs are fully exposed

→ compare OPEN-HEART

2 **:** shedding the infectious agent to the exterior

> *open* tuberculosis

→ compare CLOSED sense 3

3    a **:** unobstructed by congestion or occlusion

> *open* sinuses

   b **:** not constipated

> *open* bowels

4 **:** using a minimum of physical restrictions and custodial restraints on the freedom of movement of the patients or inmates

> an *open* psychiatric ward

## open   2 of 2   *verb*

**opened; opening**

*transitive verb*

1    a **:** to make available for entry or passage by removing (as a cover) or clearing away (as an obstruction)

   b **:** to free (a body passage) of congestion or occlusion

> an inhalator for *opening* congested nasal passages
>
> *open* clogged arteries

2 **:** to make one or more openings in

> *opened* the boil

*intransitive verb*

**:** to spread out

> the wound *opened*

## Legal Definition




---

Document title: Open Definition &amp; Meaning - Merriam-Webster
Capture URL: https://www.merriam-webster.com/dictionary/open#dictionary-entry-1
Capture timestamp (UTC): Thu, 20 Jun 2024 13:42:08 GMT

Dictionary | Thesaurus | Games & Quizzes | Word of the Day | Grammar | Wordplay | Word Finder | More

## Dictionary

- Definition
  - adjective
  - verb
  - noun
- Synonyms
- Synonym Chooser
- Example Sentences
- Word History
- Phrases Containing
- Entries Near
- Cite this Entry
- Share
- Kids Definition
- Medical Definition
- **Legal Definition**
- More from M-W
- Show Less ∧

**Save Word**

### Legal Definition

## open  1 of 2  adjective

1 : exposed to general view or knowledge : free from concealment
- an *open*, notorious, continuous, and adverse use of the property
- an *open* and obvious danger
- NOTE: When a defect, hazard, or condition is open such that a reasonable person under the circumstances should have recognized the danger posed by it, a defendant is usually relieved of liability for failure to warn.

2 : not restricted to a particular group or category of participants
- *specifically* : enterable by a registered voter regardless of political affiliation
- an *open* primary

3  a : being in effect or operation
- an *open* mine
- a bench warrant still *open*

   b : available for use
- an *open* toll road

   c : not finally determined, decided, or settled : subject to further consideration
- an *open* question

   d : remaining effective or available for use until canceled
- an *open* insurance contract

4 : not repressed or regulated by legal controls
- a state with *open* gambling

## open  2 of 2  verb

opened; opening

*transitive verb*

1 : to begin the process of
- *open* the succession

2  a : to make the statement by which the trial of (a case) is begun and put before the court

   b : to be the first to speak in summing up or arguing (a case)

3 : to restore or recall (as an order, rule, or judgment) from a finally determined state to a state in which the parties are free to prosecute or oppose by further proceedings

*intransitive verb*

1 : to begin action : commence on some course or activity

Prototype Machined Castings
Your One Source for Turnkey Prototype Machined Castings
Griffin Industries Corp.
Open

THE HEPBURN
GRAND APARTMENT RESIDENCES IN THE HEART OF NORTHWEST DC
LEARN MORE
BOZZUTO

Merriam-Webster DICTIONARY Thesaurus Games & Quizzes Word of the Day Grammar Wordplay Word Finder More

Save Word

1 : to begin action : commence on some course or activity
the stock *opened* at par

2 : to begin the trial of a case
defendant...has the option of presenting an opening statement immediately after plaintiff *opens*
— J. H. Friedenthal *et al.*

## More from Merriam-Webster on *open*

Nglish: Translation of *open* for Spanish Speakers

Britannica English: Translation of *open* for Arabic Speakers

Last Updated: 20 Jun 2024 - Updated example sentences

### Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

## Popular in Grammar & Usage

See All



- Plural and Possessive Names: A Guide
- More Commonly Misspelled Words
- Your vs. You're: How to Use Them Correctly
- Every Letter Is Silent, Sometimes: A-Z List of Examples
- More Commonly Mispronounced Words

## Popular in Wordplay

See All



- 8 Words for Lesser-Known Musical Instruments
- 12 More Bird Names that Sound Like Insults (and

---




8 Words for Lesser-Known Musical Instruments

Birds Say the Darndest Things

10 Words from Taylor Swift Songs (Merriam's Version)

10 Scrabble Words Without Any Vowels

12 More Bird Names that Sound Like Insults (and Sometimes Are)

## Games & Quizzes



See All



**Quordle**
Can you solve 4 words at once?

Play



**Blossom Word Game**
Pick the best words!

Play



**Missing Letter**
A crossword with a twist

Play



**Spelling Bee Quiz**
Can you outdo past winners of the National Spelli...

Take the quiz

Learn a new word every day. Delivered to your inbox!

Your email address

SUBSCRIBE

Help | About Us | Advertising Info | Contact Us | Diversity | Privacy Policy | Terms of Use

© 2024 Merriam-Webster, Incorporated

Information from your device can be used to personalize your ad experience.




8 Words for Lesser-Known Musical Instruments

Birds Say the Darndest Things

10 Words from Taylor Swift Songs (Merriam's Version)

10 Scrabble Words Without Any Vowels

12 More Bird Names that Sound Like Insults (and Sometimes Are)

## Games & Quizzes

See All



**Quordle**
Can you solve 4 words at once?

Play



**Blossom Word Game**
Pick the best words!

Play



**Missing Letter**
A crossword with a twist

Play



**Spelling Bee Quiz**
Can you outdo past winners of the National Spelli...

Take the quiz

---

**Learn a new word every day. Delivered to your inbox!**

Your email address

SUBSCRIBE

Help | About Us | Advertising Info | Contact Us | Diversity | Privacy Policy | Terms of Use

© 2024 Merriam-Webster, Incorporated

Information from your device can be used to personalize your ad experience.

Do not sell or share my personal information.

