# Exhibit D

🇺🇸 An official website of the United States government   Here's how you know ⌄

Home  >   Search results                                                                                                    Help

Field tag and Search builder      | WD:open AND RG:principal AND LR: ✕ | 🔍          Basic    **Expert**

**❯ Search builder**

Sort

Configure

☑ Show image

**Reset**

**1,174 results** for WD:open AND RG:principal AND
LR:true                                                                          ⊞  ☰  =    | **Export ▾** |

| Result | Image |
|---|---|
| **Wordmark**<br>**Class**<br>**Serial**<br>**Status** | |

---

1

#OPEN

#OPEN

009, 045

87641354

( LIVE ) ( REGISTERED )

---

2

OPEN

036

78976922

( LIVE ) ( REGISTERED )

---

3

OPEN

041

87076074

( LIVE ) ( REGISTERED )

---

4

**ᐧOPEN**

"OPEN"

041, 009

86977630

( LIVE ) ( REGISTERED )

---

5

open

OPEN

007

79030940

( LIVE ) ( REGISTERED )

---

6

**Open**

OPEN

041

88036477

( LIVE ) ( REGISTERED )



7

OPEN

009

87726311

LIVE   REGISTERED

8

OPEN

036

78976943

LIVE   REGISTERED

9

OPEN

012, 025, 035

79119301

LIVE   REGISTERED

10

OPEN

045

85920214

LIVE   REGISTERED

11

OPEN

041

88978808

LIVE   REGISTERED

12

OPEN

016

86545330

LIVE   REGISTERED

13

OPEN

009

88331793

LIVE   REGISTERED

14

OPEN

033

87616501

LIVE   REGISTERED

15

OPEN MIND OPEN HEART OPEN GUARD

025
90250707
LIVE  REGISTERED

16

OPEN MINDS OPEN HEARTS
OPEN WORLDS

OPEN MINDS OPEN HEARTS OPEN WORLDS
041, 036
87789090
LIVE  REGISTERED

17

Open Sided Open Bottom

OPEN SIDED OPEN BOTTOM
011
90878402
LIVE  REGISTERED

18

Open Toes, Open Mind

OPEN TOES, OPEN MIND
025
90119026
LIVE  REGISTERED

19

Open Spaces, Open Minds

OPEN SPACES, OPEN MINDS
041
90614738
LIVE  REGISTERED

20

OPEN DOORS, OPEN HEARTS

OPEN DOORS, OPEN HEARTS
043, 044
87710230
LIVE  REGISTERED

21



OPEN BOOKS
025, 035, 041
85372126
LIVE  REGISTERED

22

OPEN BOOKS

OPEN BOOKS
025, 035, 041
85372129
LIVE  REGISTERED

23

OPEN

TANGO OPEN
024, 025
79259301
LIVE  REGISTERED

24

# OPEN INFRA

OPEN INFRA
038, 009, 037
79281817
( LIVE ) ( REGISTERED )

---

25

# OPEN SKY

OPEN SKY
012
79291648
( LIVE ) ( REGISTERED )

---

26

# OPEN LIBERTY

OPEN LIBERTY
042, 009
79310400
( LIVE ) ( REGISTERED )

---

27

# OPEN HEALTH

OPEN HEALTH
009, 035, 041, 042, 044, 045, 038
79280469
( LIVE ) ( REGISTERED )

---

28

OPEN BIBLE

OPEN BIBLE
200
76382384
( LIVE ) ( REGISTERED )

---

29

# O p e n   T i m e

OPEN TIME
041, 035, 042
79199844
( LIVE ) ( REGISTERED )

---

30

OPEN ARMS

OPEN ARMS
043
77003434
( LIVE ) ( REGISTERED )

---

31

OPEN ROAD

OPEN ROAD
036
77052254
( LIVE ) ( REGISTERED )

---

32

OPEN INVITE

OPEN INVITE

Feedback

035
88566250
LIVE   REGISTERED

---

33                                          Open-Alpha

OPEN-ALPHA
041
88482464
LIVE   REGISTERED

---

34                                          OPEN SUNY

OPEN SUNY
041
86025079
LIVE   REGISTERED

---

35                                          OPEN'COOK

OPEN'COOK
007, 011, 021
88895790
LIVE   REGISTERED

---

36                                          OPEN STORY

OPEN STORY
016, 018
88980848
LIVE   REGISTERED

---

37                                          OPEN SOURCE

OPEN SOURCE
041
78582544
LIVE   REGISTERED

---

38                                          OPEN CULTURE

OPEN CULTURE
041
77904098
LIVE   REGISTERED

---

39                                          OPEN ENGLISH

OPEN ENGLISH
009, 041
77979413
LIVE   REGISTERED

---

40                                          BEACH OPEN

BEACH OPEN
025
86015597
LIVE   REGISTERED

41



OPEN DENTAL

009

78383709

LIVE   REGISTERED

---

42

OPEN LETTER

016

77257772

LIVE   REGISTERED

---

43

Open Practice

OPEN PRACTICE

042

97021519

LIVE   REGISTERED

---

44

OPEN CIRCLE

041

76457449

LIVE   REGISTERED

---

45

OPEN MIND

OPEN MIND

009, 042

74160463

LIVE   REGISTERED

---

46

OPEN SEA

OPEN SEA

041

85006539

LIVE   REGISTERED

---

47

OPEN QURAN

045

90729142

LIVE   REGISTERED

---

48

OPEN RESTAURANTS

041

79227721

LIVE   REGISTERED

---

49

OPEN PATENT

OPEN PATENT

A, B
75770665
LIVE   REGISTERED

50



OPEN HEARTH
030
74003396
LIVE   REGISTERED

51

OPEN SCREENPLAY
042, 035
87656547
LIVE   REGISTERED

52

OPEN DOOR
035
87666431
LIVE   REGISTERED

53

OPEN-ROOTER
037
87809461
LIVE   REGISTERED

54

OPEN SKY
044
87882708
LIVE   REGISTERED

55

OPEN 925
025
88220025
LIVE   REGISTERED

56

OPEN TABLE
041
90773957
LIVE   REGISTERED

57

OPEN UP
028
97574827
LIVE   REGISTERED

58

OpenTrust

[OPEN TRUST](#)

009, 042

79025225

( LIVE )  ( REGISTERED )

---

59

OPEN SESAME

[OPEN SESAME](#)

001

76321334

( LIVE )  ( REGISTERED )

---

60

OPEN BAR

[OPEN BAR](#)

025

87524142

( LIVE )  ( REGISTERED )

---

61

OPEN EXHIBIT

[OPEN EXHIBIT](#)

025

90505465

( LIVE )  ( REGISTERED )

---

62

Open Loot

[OPEN LOOT](#)

035

90634489

( LIVE )  ( REGISTERED )

---

63

OPEN ENGLISH

[OPEN ENGLISH](#)

041

77286909

( LIVE )  ( REGISTERED )

---

64

OPEN MARKET

[OPEN MARKET](#)

035

86852705

( LIVE )  ( REGISTERED )

---

65

OPEN DOORS

[OPEN DOORS](#)

044, 036, 041

86386839

( LIVE )  ( REGISTERED )

---

66

OpenLending

[OPEN LENDING](#)



036
86471620
LIVE   REGISTERED

67

OPEN-SESAME

OPEN-SESAME

017
86480487
LIVE   REGISTERED

68

OPEN CHOICE

OPEN CHOICE

042
74163847
LIVE   REGISTERED

69

OPEN FARM

OPEN FARM

041
86150092
LIVE   REGISTERED

70

OPEN CITY

OPEN CITY

043
78725153
LIVE   REGISTERED

71

Open Palm

OPEN PALM

045
86176558
LIVE   REGISTERED

72

OPEN ARTSTOR

OPEN ARTSTOR

042
85905968
LIVE   REGISTERED

73

OPEN ARMS

OPEN ARMS

025
90257953
LIVE   REGISTERED

74

CONNECTA OPEN

CONNECTA OPEN

016, 036, 009
90263571
LIVE   REGISTERED

75

OPEN SESAME

020

90223443

LIVE REGISTERED

---

76

OPEN COLLEGE

041

90545920

LIVE REGISTERED

---

77

OPEN COUNTRY

030

77487618

LIVE REGISTERED

---

78

OPEN YOGA

036

86599416

LIVE REGISTERED

---

79

OPEN-THROAT

007

72387996

LIVE REGISTERED

---

80

OPEN RANGE

012

77786565

LIVE REGISTERED

---

81

OPEN ACCESS

035, 042

75634465

LIVE REGISTERED

---

82

OPEN OPTIONS

009

75246993

LIVE REGISTERED

---

83

OPEN-BUILT



042, 037
75503945
LIVE  REGISTERED

---

84

OPEN WATERS

OPEN WATERS
029
90907121
LIVE  REGISTERED

---

85

OPEN EDIT

OPEN EDIT
014, 025
88857970
LIVE  REGISTERED

---

86

OPEN STORY

OPEN STORY
009, 016, 018
88290371
LIVE  REGISTERED

---

87

OPEN STORY

OPEN STORY
006, 020
88303451
LIVE  REGISTERED

---

88

OPEN FAMILY

OPEN FAMILY
041
88421084
LIVE  REGISTERED

---

89

OPEN SESAME

OPEN SESAME
025
85311060
LIVE  REGISTERED

---

90

WIDE OPEN

WIDE OPEN
041
85216788
LIVE  REGISTERED

---

91



WIDE OPEN
041
85217174
LIVE  REGISTERED

92

OPEN HIRING

OPEN HIRING

041

87980096

LIVE   REGISTERED

---

93



open bionics

OPEN BIONICS

040, 007, 009, 010, 042, 044

79242722

LIVE   REGISTERED

---

94

OPEN ROAD

OPEN ROAD

034

86789926

LIVE   REGISTERED

---

95

Open Discover

OPEN DISCOVER

009

87693714

LIVE   REGISTERED

---

96

OPEN HOUSE

OPEN HOUSE

038, 041

87054685

LIVE   REGISTERED

---

97

EDP OPEN

EDP OPEN

009, 041

79127976

LIVE   REGISTERED

---

98

Open Roads

OPEN ROADS

041, 009

90157874

LIVE   REGISTERED

---

99

OPEN SESAME

OPEN SESAME

016

97651888

LIVE   REGISTERED

---

100

OPEN BLUE

OPEN BLUE

044
86792139


100 per page  ⏷     |◁   ◁   Page 1 of 12   ▷   ▷|   ↑

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

| your@email.com | Subscribe |

About the USPTO   •   Search for patents   •   Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us

Feedback

🇺🇸 An official website of the United States government   Here's how you know ⌄

Home  >  Search results                                                                      Help

Field tag and Search builder    | WD:open AND RG:principal AND LR: ✕ | 🔍        Basic    **Expert**

**>** **Search builder**

Sort

**1,174 results** for WD:open AND RG:principal AND
LR:true                                                              ⊞  ☰  =   | **Export** ⌄ |

Configure

☑ Show image

**Reset**

| Result | Image |
|---|---|
| **Wordmark** | |
| **Class** | |
| **Serial** | |
| **Status** | |

---

101                                                    OPEN PAY

[OPEN PAY](#)

036

87457106

( LIVE )  ( REGISTERED )

---

102                                                    Open Thread

[OPEN THREAD](#)

041

87431732

( LIVE )  ( REGISTERED )

---

103                                                    Open Source

[OPEN SOURCE](#)

013

88783917

( LIVE )  ( REGISTERED )

---

104                                                    OPEN-I

[OPEN-I](#)

009

77554058

( LIVE )  ( REGISTERED )

---

105                                                    OPEN GREEN

[OPEN GREEN](#)

001, 031

79194401

( LIVE )  ( REGISTERED )

---

106                                                    Open Atrium

[OPEN ATRIUM](#)

042, 009

77809316

( LIVE )  ( REGISTERED )

---

107

OPEN DOORS

OPEN DOORS

041, 045

77891108

LIVE   REGISTERED

---

108

OPEN MIDDLE

OPEN MIDDLE

016

88239726

LIVE   REGISTERED

---

109

OPEN COMMERCE

OPEN COMMERCE

042

88273086

LIVE   REGISTERED

---

110

OPEN ROAD

OPEN ROAD

041

88330285

LIVE   REGISTERED

---

111

BE OPEN

BE OPEN

009

88297413

LIVE   REGISTERED

---

112

OPEN FIELD

OPEN FIELD

035, 041

88511352

LIVE   REGISTERED

---

113

APA OPEN

APA OPEN

041

88505674

LIVE   REGISTERED

---

114

OPEN SKIES

OPEN SKIES

033

97366051

LIVE   REGISTERED

---

115

Open Analytics

OPEN ANALYTICS

035
85300027
LIVE   REGISTERED

116

OPEN INDUSTRIAL

OPEN INDUSTRIAL
036
97162981
LIVE   REGISTERED

117

Open Air

OPEN AIR
036, 043, 045
97167309
LIVE   REGISTERED

118

OPEN RAINBOW

OPEN RAINBOW
033
88007863
LIVE   REGISTERED

119



SHOP OPEN
025
88156040
LIVE   REGISTERED

120

Open Bright

OPEN BRIGHT
044
87640632
LIVE   REGISTERED

121

OPEN BOOK

OPEN BOOK
036
75671595
LIVE   REGISTERED

122

OPEN MRI
042
75754182
LIVE   REGISTERED

123

OPEN
STORY

OPEN STORY
016, 018
88980867
LIVE   REGISTERED

124

COLD OPEN



042

78193903

LIVE    REGISTERED

---

125

OPEN GROW

017

97202403

LIVE    REGISTERED

---

126

OPEN ROAD

042

97318928

LIVE    REGISTERED

---

127

OPEN LINES

041, 044

97432332

LIVE    REGISTERED

---

128

1EYE OPEN

025

88956204

LIVE    REGISTERED

---

129

OPEN LINE

025

79052148

LIVE    REGISTERED

---

130

OPEN PERSPECTIVES

041

88662761

LIVE    REGISTERED

---

131

OPEN GOLD

200

86802125

LIVE    REGISTERED

---

132

OPEN BABY

010, 025, 028
86815863
LIVE   REGISTERED

133                                                           OPEN CIRCLE

OPEN CIRCLE
036
85171188
LIVE   REGISTERED

134                                                           OPEN TABLE

OPEN TABLE
041
85208579
LIVE   REGISTERED

135                                                           OPEN CHANNEL

OPEN CHANNEL
009, 038
85254664
LIVE   REGISTERED

136                                                  OPEN SECRETS

OPEN SECRETS
016, 042
76174390
LIVE   REGISTERED

137                                                       NGY Open

NGY OPEN
041
88829054
LIVE   REGISTERED

138                                                  OPEN ACCESS

OPEN ACCESS
036
75818368
LIVE   REGISTERED

139                                                  OPEN DOORS

OPEN DOORS
009, 016, 025, 041, 045
76365571
LIVE   REGISTERED

140                                                       OPEN LENDING

OPEN LENDING
036
76594672
LIVE   REGISTERED



141

OPEN LENDING

036

86471592

LIVE   REGISTERED

142

OPEN TRAILS

011

86474184

LIVE   REGISTERED

143



OPEN LATE

043

85813698

LIVE   REGISTERED

144

OPEN ENGLISH

041, 042, 009

85815364

LIVE   REGISTERED

145

OPEN S

012

79310162

LIVE   REGISTERED

146

## OPEN-ES

OPEN-ES

042, 038, 035, 041

79310873

LIVE   REGISTERED

147

OPEN DOOR

043

86307386

LIVE   REGISTERED

148

OPEN BOOKS

041

77349545

LIVE   REGISTERED

149

Open Party

OPEN PARTY

035
77828614
LIVE   REGISTERED

150                                                    OPEN DOORS

OPEN DOORS
009, 016, 035, 041
77045679
LIVE   REGISTERED

151                                                    OPEN OPTIONS

OPEN OPTIONS
035
78662161
LIVE   REGISTERED

152                                                    OPEN SEASON

OPEN SEASON
009
78675115
LIVE   REGISTERED

153                                                    Open Loot

OPEN LOOT
042
90634485
LIVE   REGISTERED

154                                                    OPEN MINDS

OPEN MINDS
009, 041
77855844
LIVE   REGISTERED

155                                                    OPEN INNOVATION

OPEN INNOVATION
042, 040
77980031
LIVE   REGISTERED

156                                                    TeeHC Open

TEEHC OPEN
041
88749141
LIVE   REGISTERED

157                                                    open✱cp

OPEN*CP
036, 042
90761188
LIVE   REGISTERED

158

DP Open

DP OPEN

041

90778267

LIVE    REGISTERED

---

159



Open Philanthropy

OPEN PHILANTHROPY

035, 036, 041

90779902

LIVE    REGISTERED

---

160

OPEN-AIRE

OPEN-AIRE

035

90785057

LIVE    REGISTERED

---

161

OPEN CANVAS

OPEN CANVAS

041

90013472

LIVE    REGISTERED

---

162

Open Shape

OPEN SHAPE

009

90173579

LIVE    REGISTERED

---

163

Open Sesame

OPEN SESAME

028

90223477

LIVE    REGISTERED

---

164

OPEN SEASON

OPEN SEASON

028

78425919

LIVE    REGISTERED

---

165

OPEN SEASON

OPEN SEASON

009

78425990

LIVE    REGISTERED

---

166

OPEN SEASON

OPEN SEASON

025
78426015
LIVE  REGISTERED

---

167

OPEN SEASON

OPEN SEASON
016
78426302
LIVE  REGISTERED

---

168

OPEN ROAD

OPEN ROAD
025
76038514
LIVE  REGISTERED

---

169

OPEN TRAILS

OPEN TRAILS
022
90450640
LIVE  REGISTERED

---

170



OPEN VDB
009
85678429
LIVE  REGISTERED

---

171

Opens

OPEN TEX
007, 016
76286085
LIVE  REGISTERED

---

172

OPEN PLAN

OPEN PLAN
009
73618032
LIVE  REGISTERED

---

173

pen-Inventors

OPEN-INVENTORS
042
88870439
LIVE  REGISTERED

---

174

OPEN 925

OPEN 925
025
88219952
LIVE  REGISTERED

175

OPEN PRAIRIE                                                    OPEN PRAIRIE

029

86799528

LIVE   REGISTERED

---

176

OPEN-SILICON                                                   OPEN-SILICON

040, 042

85237799

LIVE   REGISTERED

---

177

OPEN FIRE                                                      OPEN FIRE

034

87585129

LIVE   REGISTERED

---

178

OPEN FARM                                                      

031

86778458

LIVE   REGISTERED

---

179

OPEN WATER                                                     Open Water

032

87628776

LIVE   REGISTERED

---

180

OPEN NATURE                                                    OPEN NATURE

003, 004, 005, 021, 008, 022, 031, 011, 029, 030, 016

90679021

LIVE   REGISTERED

---

181

OPEN RANGE                                                     OPEN RANGE

012

86552610

LIVE   REGISTERED

---

182

OPEN FIELDS                                                    OPEN FIELDS

035

87314926

LIVE   REGISTERED

---

183

OPEN MIND                                                      Open Mind

OPEN MIND

003
87919899

LIVE   REGISTERED

---

184



US OPEN
025, 028, 041
97619679

LIVE   REGISTERED

---

185

OPEN INFLUENCE

OPEN INFLUENCE
035, 045
87420282

LIVE   REGISTERED

---

186

Open Dorm

OPEN DORM
009
88082966

LIVE   REGISTERED

---

187

OPEN BLUE

OPEN BLUE
029
85981916

LIVE   REGISTERED

---

188

NOW OPEN

NOW OPEN
009
77739414

LIVE   REGISTERED

---

189

OPEN RANGE

OPEN RANGE
005
85444206

LIVE   REGISTERED

---

190

OPEN AUTHOR

OPEN AUTHOR
042
85665612

LIVE   REGISTERED

---

191

OPEN HIRING

OPEN HIRING
045
87104455

LIVE   REGISTERED

192

# OPEN COUNTRY

[OPEN COUNTRY](#)
005, 035, 029
79163160
LIVE   REGISTERED

---

193

# open yy

[OPEN YY](#)
003, 018, 025, 035
79355740
LIVE   REGISTERED

---

194

OPEN CONNECT

[OPEN CONNECT](#)
038
85667237
LIVE   REGISTERED

---

195

OPEN LEADS

[OPEN LEADS](#)
042
76679620
LIVE   REGISTERED

---

196

CONNECTION OPEN

[CONNECTION OPEN](#)
042
77102806
LIVE   REGISTERED

---

197

OPEN SAVINGS

[OPEN SAVINGS](#)
036
78336894
LIVE   REGISTERED

---

198

OPEN SET

[OPEN SET](#)
042
79301078
LIVE   REGISTERED

---

199

OPEN KIMONO

[OPEN KIMONO](#)
009, 028
85877473
LIVE   REGISTERED

---

200

Open Lens

[OPEN LENS](#)

035
88243992

LIVE   REGISTERED



100 per page ▾    |◁  ◁   Page 2 of 12   ▷  ▷|    ↑

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com                                                    Subscribe

About the USPTO    •    Search for patents    •    Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us

Feedback