# Exhibit E

# United States of America
## United States Patent and Trademark Office

# Open Atrium

**Reg. No. 4,226,009**  
**Registered Oct. 16, 2012**  
**Int. Cls.: 9 and 42**

**TRADEMARK**  
**SERVICE MARK**  
**PRINCIPAL REGISTER**

PHASE2 TECHNOLOGY, LLC (VIRGINIA LIMITED LIABILITY COMPANY)
1033 NORTH FAIRFAX STREET, SUITE 400
ALEXANDRIA, VA 22314

FOR: DOWNLOADABLE COMPUTER SOFTWARE FOR PROJECT MANAGEMENT AND COLLABORATION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-17-2009; IN COMMERCE 6-23-2009.

FOR: SOFTWARE AS A SERVICE (SAAS) SERVICES FEATURING ONLINE, NON-DOWNLOADABLE SOFTWARE FOR PROJECT MANAGEMENT AND COLLABORATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-30-2009; IN COMMERCE 6-30-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OPEN", APART FROM THE MARK AS SHOWN.

SN 77-809,316, FILED 8-20-2009.

PRISCILLA MILTON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# OPEN ACCESS

**Reg. No. 6,333,945**  
**Registered Apr. 27, 2021**  
**Int. Cl.: 38**  
**Service Mark**  
**Principal Register**

eClinicalWorks, LLC (MASSACHUSETTS LIMITED LIABILITY COMPANY)  
2 Technology Drive  
Westborough, MASSACHUSETTS 01581

CLASS 38: Providing access to websites that allow communications between patients and health care providers

FIRST USE 10-11-2013; IN COMMERCE 10-11-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4590468

SEC.2(F)

SER. NO. 90-149,554, FILED 08-31-2020






Performing the Functions and Duties of the  
Under Secretary of Commerce for Intellectual Property and  
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# OPEN COMMERCE

**Reg. No. 5,912,620**
**Registered Nov. 19, 2019**
**Int. Cl.: 42**
**Service Mark**
**Principal Register**

Stuzo, LLC (DELAWARE LIMITED LIABILITY COMPANY)
Suite 802
211 N. 13th Street
Philadelphia, PENNSYLVANIA 19107

CLASS 42: Platform as a service (PaaS) services, namely, providing proprietary, closed-source non-downloadable computer software for managing retail operations featuring a web-based portal including an online dashboard for centralizing, operationalizing, unifying, managing, and providing data normalization services for various third-party web and mobile software applications and services; platform as a service (PaaS) services, namely, providing proprietary, closed-source non- downloadable computer software for managing retail operations featuring a web-based portal and online dashboard for centralizing, unifying, managing, and providing data normalization services for various third-party web and mobile software applications for providing customer loyalty programs, customer coupon programs, and marketing services and communications; platform as a service (PaaS) services, namely, providing proprietary, closed-source non-downloadable computer software for managing retail operations featuring software for integrating touch screen kiosks and terminals, mobile devices, smartphones, tablet computers, wearable technology, customer loyalty platforms, portable computers, connected cars, and other connected electronic devices with point-of-sale systems, inventory management systems, payment processors, and back office management systems; platform as a service (PaaS) services, namely, providing proprietary, closed-source non-downloadable computer software for managing retail operations featuring software programs to facilitate internal communications among employees and employee engagement; platform as a service (PaaS) services, namely, providing proprietary, closed-source non-downloadable computer software for managing retail operations featuring software programs for providing customer loyalty programs and digital coupons, offers, advertisements, and promotions; platform as a service (PaaS) services, namely, providing proprietary, closed-source non- downloadable middleware for providing an interface between digital channels such as mobile, web, kiosk, connected wearable technology, IoT connected devices, connected car technology, augmented reality technology, and other conversational user interfaces such as chatbots, with point-of-sale systems, payment processing systems and acquiring banks, customer loyalty and rewards providers, customer coupon and offer providers, marketing automation providers, analytics and business intelligence service providers, data warehouses, gift card providers, private label credit and debit card providers, mobile payment processing application providers, food ordering systems, inventory management systems, enterprise resource planning systems, and customer relationship management systems; Providing a web-based portal and online dashboard in the nature of a website featuring proprietary, closed-source technology for centralizing, unifying, managing, and normalizing data for various third-party software applications for providing customer loyalty programs, customer coupon programs, and marketing services and communications, provided to retailers; Providing a web-based portal and online dashboard in the nature of a website featuring proprietary, closed-source technology for centralizing, unifying, managing, and providing data normalization services for various third-party software applications for



Director of the United States
Patent and Trademark Office

providing customer loyalty programs, customer coupon programs, and marketing services and communications, provided to retailers; Business management consultancy services for retail operations, namely, providing retailers with proprietary, closed-source non-downloadable computer software for operating point of sale systems, inventory management systems, payment processors, and back office management systems that use touch screen kiosks and terminals, mobile devices, smartphones, tablet computers, wearable technology, customer loyalty platforms, portable computers, connected cars, and other connected electronic devices; Business management consultancy services for retail operations, namely, providing retailers with proprietary, closed-source non-downloadable computer software for facilitating internal communications among employees and employee engagement; Business management consultancy services for retail operations, namely, providing retailers with proprietary, closed-source non-downloadable computer software for providing customer loyalty programs and digital coupons, offers, advertisements, and promotions; Business management consultancy services for retail operations, namely, providing retailers with proprietary, closed-source non-downloadable middleware for interfacing digital channels such as mobile, web, kiosk, connected wearable technology, IoT connected devices, connected car technology, augmented reality technology, and other conversational user interfaces such as chatbots, with point-of-sale systems, digital wallets, payment processing systems and acquiring banks, customer loyalty and rewards providers, customer coupon and offer providers, marketing automation providers, analytics and business intelligence service providers, data warehouses, gift card providers, private label credit and debit card providers, mobile payment processing application providers, food ordering systems, inventory management systems, enterprise resource planning systems, and customer relationship management systems

FIRST USE 11-30-2017; IN COMMERCE 11-30-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "COMMERCE"

SER. NO. 88-273,086, FILED 01-23-2019

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# OPEN CONNECT

| | |
|---|---|
| **Reg. No. 4,473,401** | NETFLIX, INC. (DELAWARE CORPORATION)<br>100 WINCHESTER CIRCLE |
| **Registered Jan. 28, 2014** | LOS GATOS, CA 95032 |
| **Int. Cl.: 38** | FOR: CONTENT DELIVERY NETWORK SERVICES, NAMELY, ELECTRONIC DELIVERY, ELECTRONIC TRANSMISSION, STREAMING, AND CACHING FOR CONTENT DELIVERY OF VIDEO, AUDIO, DATA, IMAGES, SIGNALS, MESSAGES, AND INFORMATION THROUGH THE INTERNET AND TELECOMMUNICATIONS NETWORKS; PROVIDING THIRD-PARTY USERS WITH ACCESS TO SERVERS, SOFTWARE, AND NETWORK INFRASTRUCTURE FOR USE IN ELECTRONIC DELIVERY, ELECTRONIC TRANSMISSION, STREAMING, AND CACHING FOR CONTENT DELIVERY OF VIDEO, AUDIO, DATA, IMAGES, SIGNALS, MESSAGES, AND INFORMATION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | |

FIRST USE 6-4-2012; IN COMMERCE 6-4-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CONNECT", APART FROM THE MARK AS SHOWN.

SER. NO. 85-667,237, FILED 7-2-2012.

BILL DAWE, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# OPEN FIELDS

**Reg. No. 5,382,253**
**Registered Jan. 16, 2018**
**Int. Cl.: 35**
**Service Mark**
**Principal Register**

Farm-Logix LLC (DELAWARE LIMITED LIABILITY COMPANY)
530 Kedzie
Evanston, ILLINOIS 60202

CLASS 35: Providing an online marketplace featuring local and sustainable foods, and providing consumer information concerning product attributes about the locally sourced and sustainable foods, including information concerning dietary and religious-based processing features of the foods, to assist with the search and purchase of these foods by consumers, K-12 school districts, universities, retailers, hotels, hospitals, museums, restaurants, foodservice companies and distributors and other institutional cafeterias, commercial kitchens and government programs

FIRST USE 3-15-2017; IN COMMERCE 7-1-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-314,926, FILED 01-26-2017



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# OPEN INFLUENCE

| | |
|---|---|
| **Reg. No. 5,650,042** | Instabrand, Inc. (DELAWARE CORPORATION) |
| **Registered Jan. 08, 2019** | 8455 Beverly Blvd., Suite #300<br>Los Angeles, CALIFORNIA 90048 |
| **Int. Cl.: 35, 45** | CLASS 35: Online advertising network matching services for connecting brands to celebrities, fashion bloggers, and social media leaders for promotional purposes; business networking; providing marketing consulting in the field of social media; On-line customer-based social media brand marketing services; Social media strategy and marketing consultancy |
| **Service Mark** | |
| **Principal Register** | |

FIRST USE 4-00-2017; IN COMMERCE 4-00-2017

CLASS 45: Internet-based social networking services

FIRST USE 4-00-2017; IN COMMERCE 4-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-420,282, FILED 04-21-2017



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# OPEN NETWORK

**Reg. No. 5,730,668**

**Registered Apr. 23, 2019**

**Int. Cl.: 35, 36, 41, 42, 45**

**Service Mark**

**Principal Register**



Director of the United States Patent and Trademark Office

Life Covenant Church, Inc. (OKLAHOMA CORPORATION)
4600 East 2nd Street
Edmond, OKLAHOMA 73034

CLASS 35: Providing a resource website featuring business information in the field of creative social media; providing a resource website featuring information in the field of human resource; providing a resource website featuring business information in the field of logistical services with respect to the operation of a church; providing a resource website featuring information in the field of church to church interrelationships in the nature of business relationship information

FIRST USE 7-26-2016; IN COMMERCE 7-26-2016

CLASS 36: Providing a resource website featuring information in the field of church finance

FIRST USE 7-26-2016; IN COMMERCE 7-26-2016

CLASS 41: Providing a resource website featuring information in the field of religious training; providing a resource website featuring information in the field of music used in ministry, music resources for religious purposes

FIRST USE 7-26-2016; IN COMMERCE 7-26-2016

CLASS 42: Providing a resource website featuring information in the field of church building design

FIRST USE 7-26-2016; IN COMMERCE 7-26-2016

CLASS 45: Providing a resource website featuring information in the field of religious leadership resources religious ministry resources, and sermons; Providing a resource website featuring information in the field of interpersonal communication within churches; providing a resource website featuring information in the field of small group religious ministry resources; providing a resource website featuring information in the field of religious missionary work; providing a resource website featuring information in the field of online social networking in a religious community; providing a resource website featuring information in the field of church to church inter-relationships

FIRST USE 7-26-2016; IN COMMERCE 7-26-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4461636

No claim is made to the exclusive right to use the following apart from the mark as shown:

"NETWORK"

SER. NO. 87-119,886, FILED 07-28-2016

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# OPENTABLE

**Reg. No. 5,235,948**
**Registered Jul. 04, 2017**
**Int. Cl.: 9, 35, 36, 42, 43**
**Service Mark**
**Trademark**
**Principal Register**

OpenTable, Inc. (DELAWARE CORPORATION)
1 Montgomery Street, Suite 700
San Francisco, CA 94104

CLASS 9: computer software and mobile device software for making online restaurant and bar reservations and providing online restaurant and bar reservations and information for others; computer software and mobile device software for providing an online platform for others in the field of locating restaurants and bars, describing restaurant and bar services, providing restaurant and bar availability and pricing; computer software and mobile device software for customer relationship management, marketing, and yield management in the food service and hospitality industries; computer software and mobile device software for making and processing payment transactions with credit cards, debit cards, gift cards, vouchers, and other payment forms; computer software and mobile device software for managing, organizing, displaying, tagging, bookmarking, storing, sharing or otherwise providing electronic media or information over the Internet or other communications network

FIRST USE 4-7-2003; IN COMMERCE 4-7-2003

CLASS 35: providing online business directories featuring restaurants and bars and promoting the goods and services of others by providing an online platform featuring online restaurant and bar menus, availability, pricing, ratings, reviews and other restaurant and bar information; advertising and promotional services; advertising services, namely, promoting the restaurant and bar services of others; promoting the goods and services of others by providing an online platform featuring user generated and user submitted content promotional services, namely, promoting the services of others by providing online restaurant and bar menus, availability, pricing, and other restaurant and bar information; promoting the services of others by providing coupons and vouchers to consumers

FIRST USE 6-00-1999; IN COMMERCE 6-00-1999

CLASS 36: accepting, processing, and reconciling credit card, debit card, gift card and other forms of payment transactions via a global computer network; financial transaction services, namely, providing secure commercial transactions and payment options

FIRST USE 8-00-2012; IN COMMERCE 8-00-2012

CLASS 42: providing temporary use of non-downloadable software for making online restaurant and bar reservations and providing online restaurant and bar reservations and information for others; providing an online software platform for others in the field of locating restaurants and bars, describing restaurant and bar services, providing restaurant and bar availability and pricing; providing temporary use of non-downloadable software for customer relationship management, marketing, and yield management in the food service and hospitality industries; providing temporary use of non-downloadable software for making and processing payment transactions with credit cards, debit cards, gift cards, vouchers, and other



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

payment forms; providing temporary use of non-downloadable software for managing, organizing, displaying, tagging, bookmarking, storing, sharing or otherwise providing electronic media or information over the Internet or other communications network; design, development, and configuration of hospitality rewards computer software programs for use in customer relationship management in the restaurant, bar, and hospitality industries

FIRST USE 6-00-1999; IN COMMERCE 6-00-1999

CLASS 43: restaurant and bar reservation and booking services; providing restaurant and bar reservation and restaurant, bar, food, and hospitality industry information to others; providing ratings and reviews of restaurants and bars

FIRST USE 6-00-1999; IN COMMERCE 6-00-1999

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3145088, 3250662

SER. NO. 87-239,859, FILED 11-17-2016
AMY L KERTGATE, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.