QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
 bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000

Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron H. Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 S. Figueroa St., 10th Fl.
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000

Sam S. Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:     (415) 875-6600

Dylan I. Scher (*pro hac vice*)
 dylanscher@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000

*Attorneys for OpenAI, Inc.*

GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
 osnyder@gibsondunn.com
200 Park Avenue
New York, New York 10166
Telephone:     (212) 351-4000

Brian M. Lutz (Bar No. 255976)
 blutz@gibsondunn.com
Rosemarie T. Ring (Bar No. 220769)
 rring@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:     (415) 393-8200

*Attorneys for OpenAI, Inc.; Samuel Altman;
and Gregory Brockman*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers<br><br>**NOTICE OF MOTION AND MOTION BY SAMUEL ALTMAN AND GREGORY BROCKMAN TO DISMISS DEFENDANTS' COUNTERCLAIMS**<br><br>Date:    August 13, 2024<br>Time:    2:00 p.m.<br>Place:    Courtroom 1 (4th Floor)<br>         1301 Clay Street<br>         Oakland, CA 94612 |

Gibson, Dunn &
Crutcher LLP

NOTICE OF MOTION AND MOTION BY SAMUEL ALTMAN AND GREGORY BROCKMAN TO DISMISS
DEFENDANTS' COUNTERCLAIMS — CASE NO. 4:23-CV-03918-YGR

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2         **PLEASE TAKE NOTICE THAT** on August 13, 2024, at 2:00 p.m., or as soon as the matter

3    may be heard, before the Honorable Yvonne Gonzalez Rogers of the United States District Court for

4    the Northern District of California, in the Ronald V. Dellums Federal Building and United States

5    Courthouse, Courtroom 1 (4th Floor), 1301 Clay Street, Oakland, California 94612, counterclaim-

6    defendants Samuel Altman and Gregory Brockman will and hereby do join in all of the arguments

7    made in plaintiff OpenAI, Inc.'s motion to dismiss the amended counterclaims brought by defendants

8    Open Artificial Intelligence, Inc. and Guy Ravine, filed on June 21.  This motion is brought on the

9    grounds that each of these purported claims fails to state a claim upon which relief can be granted

10   pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and/or should be stricken pursuant

11   to Rule 12(f).

12        Altman and Brockman's motion is based on this Notice of Motion and Motion, the

13   memorandum of points and authorities submitted by plaintiff OpenAI (Dkt. 109), the declaration of

14   Dylan I. Scher (Dkt. 110-1) and attached exhibits, the request for judicial notice (Dkt. 110), the reply

15   in support of the motion to dismiss (Dkt. 114), the response in support of the request for judicial notice

16   (Dkt. 115), and any other matters of which the Court may take judicial notice, all other pleadings on

17   file in this action, and any other written or oral argument or evidence that OpenAI may present to the

18   Court.

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION BY SAMUEL ALTMAN AND GREGORY BROCKMAN TO DISMISS
DEFENDANTS' COUNTERCLAIMS — CASE NO. 4:23-CV-03918-YGR

1

2    Dated: July 29, 2024                    Respectfully submitted,

3                                            By:   */s/ Orin Snyder*
                                                   Orin Snyder
4
                                             Orin Snyder (*pro hac vice*)
5                                             osnyder@gibsondunn.com
                                             GIBSON, DUNN & CRUTCHER LLP
6                                            200 Park Avenue
                                             New York, New York 10166
7                                            Telephone:     (212) 351-4000

8                                            Brian M. Lutz (Bar No. 255976)
                                              blutz@gibsondunn.com
9                                            Rosemarie T. Ring (Bar No. 220769)
                                              rring@gibsondunn.com
10                                           GIBSON, DUNN & CRUTCHER LLP
                                             One Embarcadero Center, Suite 2600
11                                           San Francisco, California 94111-3715
                                             Telephone:     (415) 393-8200
12
                                             *Attorneys for OpenAI, Inc.; Samuel Altman; and*
13                                           *Gregory Brockman*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION BY SAMUEL ALTMAN AND GREGORY BROCKMAN TO DISMISS
DEFENDANTS' COUNTERCLAIMS — CASE NO. 4:23-CV-03918-YGR