Ryan G. Baker (Bar No. 214036)
  rbaker@waymakerlaw.com
Scott M. Malzahn (Bar No. 229204)
  smalzahn@waymakerlaw.com
Jose R. Nuño (Bar No. 312832)
  jnuno@waymakerlaw.com
Patricia Rojas-Castro (Bar No. 339087)
  projas-castro@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone:   (424) 652-7800
Facsimile:   (424) 652-7850

*Attorneys for Defendants and Counterclaimants
Guy Ravine and Open Artificial Intelligence, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>　　　　Defendants.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation and GUY RAVINE, an individual,<br><br>　　　　Counterclaimants,<br><br>　v.<br><br>OPENAI, INC., a Delaware corporation; SAMUEL ALTMAN, an individual; AND GREGORY BROCKMAN, an individual,<br><br>　　　　Counterclaim-Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:23-cv-03918-YGR<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers<br><br>**COUNTERCLAIMANTS OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINE'S OPPOSITION TO COUNTERCLAIM-DEFENDANTS SAMUEL ALTMAN AND GREGORY BROCKMAN'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:　August 13, 2024<br>Time:　2:00 p.m.<br>Place:　Courtroom 1 (4th Fl.)<br>　　　　1301 Clay St.<br>　　　　Oakland, CA 94612 |

Case No. 4:23-cv-03918-YGR
COUNTERCLAIMANTS' OPPOSITION TO COUNTERCLAIM-DEFENDANTS' MOTION TO DISMISS

# OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINE'S OPPOSITION TO SAMUEL ALTMAN AND GREGORY BROCKMAN'S MOTION TO DISMISS

Counterclaimants Open Artificial Intelligence, Inc. ("Open AI") and Guy Ravine ("Ravine") (together "Counterclaimants") file this opposition to Counterclaim-Defendants Samuel Altman ("Altman") and Gregory Brockman's ("Brockman") motion for joinder (Dkt. 116)[1] in Counterclaim-Defendant OpenAI, Inc.'s ("OAI") motion to dismiss Counterclaimants' Counterclaims (the "ACC"). (Dkt. 109.)

Counterclaimants hereby incorporate by reference Counterclaimants' Opposition to OAI's motion to dismiss (Dkt. 112) and opposition to OAI's request for judicial notice (Dkt. 113) as though fully set forth herein. For the reasons set forth in those oppositions, all supporting documents (Dkts. 112, 112-1, 113), and all other pleadings on file in this action, this Court should deny Altman and Brockman's motion to dismiss/joinder. To the extent that Altman and Brockman's motion to dismiss is granted, Counterclaimants respectfully request leave to amend the ACC. Counterclaimants further reserve the right to address any additional argument as necessary at any hearing on the motion to dismiss brought by OAI and/or Altman and Brockman.

Respectfully submitted,

DATED: August 5, 2024            WAYMAKER LLP

By: /s/ Ryan G. Baker
RYAN G. BAKER
*Attorneys for Guy Ravine & Open Artificial Intelligence, Inc.*

---

[1] Altman and Brockman's motion for joinder is styled on the caption page as a "Notice of Motion and Motion to Dismiss." (*See* Dkt. 116.)