UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-03918-YGR<br><br>**CLERK'S NOTICE** |

　　You are hereby notified that due to the court's trial schedule, oral argument on the motion to dismiss is delayed to August 13, 2024, at 3:15 p.m.

Dated: August 13, 2024

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Edwin Angelo A. Cuenco, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　5106573540