UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPENAI, INC.

Plaintiff,

v.

OPEN ARTIFICIAL INTELLIGENCE, Inc., et al.

Defendant.

Case No. 4:23-cv-03918-YGR

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Open Artificial Intelligence, Inc., the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Jason H. Wilson, Ashley L. Kirk, and Kirby Hsu, of Willenken LLP

Name(s) of counsel withdrawing from representation and firm name:

Ali Ari Aalaei, of Ari Law, P.C.

Date: September 26, 2024

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____     _____
                                                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE