UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC.<br><br>Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, Inc., et al.<br><br>Defendant. | Case No. 4:23-cv-03918-YGR<br><br>**MOTION TO SUBSTITUTE LAW FIRM;** ~~**PROPOSED**~~ **ORDER** |

On behalf of (party name)  Guy Ravine , the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Jason H. Wilson, Ashley L. Kirk, and Kirby Hsu, of Willenken LLP

Name(s) of counsel withdrawing from representation and firm name:

Ali Ari Aalaei, of Ari Law, P.C.

Date: September 26, 2024

## ~~[PROPOSED]~~ ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date:   September 27, 2024                                    _____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE