UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC., <br><br>        Plaintiff, <br><br>   v. <br><br> OPEN ARTIFICIAL INTELLIGENCE, INC., et al., <br><br>        Defendants. | Case No. 23-cv-03918-YGR (AGT) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 148 |

      Plaintiff seeks a protective order that would prevent defendants from deposing five nonparty witnesses over the next nine days. The Court denies plaintiff's request. Defendants plan to depose the witnesses before the discovery cutoff, and defendants provided plaintiff with "reasonable written notice" of the depositions. Fed. R. Civ. P. 30(b)(1).

      Defendants served plaintiff with written notice of the depositions on November 26, 2024, the week before the first of the depositions. In a case of this complexity, with sophisticated counsel, a week's notice isn't unreasonable. *Cf. Saramiento v. Fresh Harvest, Inc.*, No. 20-CV-07974-BLF-SVK, 2021 WL 4124213, at *2 (N.D. Cal. Sept. 9, 2021) (permitting depositions "on 4 days' notice," and "on the weekends if necessary").

      November 26 was only two days before Thanksgiving Day; but with fact discovery scheduled to close two weeks after the holiday, some holiday-season disruption was almost unavoidable. Also, counsel began conferring about the depositions the week before the holiday, lessening the surprise when defendants noticed the depositions.

Plaintiff suggests that defendants could have deposed these nonparty witnesses well before the discovery cutoff, but plaintiff hasn't submitted supporting evidence. Defendants, meanwhile, assert that they "had to conduct further investigation to identify (and find the current contact information for) [these] potential witnesses," dkt. 148 at 4, an assertion that isn't refuted by the record.

Several of the witnesses reside outside the United States. Foreign depositions often involve numerous procedural hurdles, and it remains to be seen whether defendants will clear those hurdles in time. If more time is required, the parties will need to seek leave from Judge Gonzalez Rogers to amend the case schedule. The undersigned takes no position at this time on whether such an amendment would be appropriate.

The parties shall meet and confer further about the deposition dates, times, and locations in an effort to avoid as much inconvenience as possible.

**IT IS SO ORDERED.**

Dated: December 3, 2024

Alex G. Tse
United States Magistrate Judge