| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Robert P. Feldman (Bar No. 69602)<br> bobfeldman@quinnemanuel.com<br>Margret M. Caruso (Bar No. 243473)<br> margretcaruso@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:    (650) 801-5000<br><br>Robert M. Schwartz (Bar No. 117166)<br> robertschwartz@quinnemanuel.com<br>Aaron H. Perahia (Bar No. 304554)<br> aaronperahia@quinnemanuel.com<br>865 S. Figueroa St., 10th Fl.<br>Los Angeles, California 90017-2543<br>Telephone:    (213) 443-3000<br><br>Sam S. Stake (Bar No. 257916)<br> samstake@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4624<br>Telephone:    (415) 875-6600<br><br>Dylan I. Scher (*pro hac vice*)<br> dylanscher@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone:    (212) 849-7000<br><br>*Attorneys for OpenAI, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br> osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:    (212) 351-4000<br><br>Brian M. Lutz (Bar No. 255976)<br> blutz@gibsondunn.com<br>Rosemarie T. Ring (Bar No. 220769)<br> rring@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, California 94111-3715<br>Telephone:    (415) 393-8200<br><br>*Attorneys for OpenAI, Inc.; Samuel Altman; and Gregory Brockman*<br><br>Jason H. Wilson (Bar No. 140269)<br>jwilson@willenken.com<br>David S. Harris (Bar No. 255557)<br>Ashley L. Kirk (Bar No. 291012)<br>akirk@willenken.com<br>Kirby Hsu (Bar No. 312535)<br>khsu@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240<br>Facsimile:   (213) 955-9250<br><br>*Attorneys for Open Artificial Intelligence, Inc. and Guy Ravine* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: DEPOSITION OF GREG BROCKMAN**<br><br>Complaint Filed: August 4, 2023 |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 29(b) and Civil Local Rule 7-12, Plaintiff/Counterclaim-Defendant OpenAI, Inc., Counterclaim-Defendant Samuel Altman, Counterclaim-Defendant Gregory Brockman (collectively, "Plaintiffs"), on the one hand, and Defendant/Counterclaimant Open Artificial Intelligence, Inc. and Defendant/Counterclaimant Guy Ravine (collectively, "Defendants"), on the other hand (collectively, "Parties"), stipulate as follows:

WHEREAS, on March 26, 2024, this Court issued the Case Management and Pretrial Order (Dkt. 74), which set the Non-Expert Discovery Cutoff for December 12, 2024;

WHEREAS, on November 20, 2024, the Parties met and conferred pursuant to Civil Local Rule 30-1 regarding various discovery issues, including the deposition of Gregory Brockman;

WHEREAS, due to scheduling conflicts of the witness and his counsel, Mr. Brockman's first availability for a deposition is January 7, 2025;

WHEREAS, because January 7, 2025 is after the Non-Expert Discovery Cutoff but will not affect any other deadline set by the Court, the Parties stipulated pursuant to Federal Rule of Civil Procedure 29(b) that subject to Court approval Mr. Brockman's deposition will be held on January 7, 2025, and Defendants noticed Mr. Brockman's deposition for that date on November 25, 2024;

NOW, THEREFORE, the parties agree and respectfully request the Court order as follows:

- The deposition of Gregory Brockman will be held on January 7, 2025, and pursuant to Civil Local Rule 37-3, any related motion must be filed by January 14, 2025.
- No other deadline set by the Court shall be affected.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: December 5, 2024

Quinn Emanuel Urquhart & Sullivan, LLP

By: /s/ Margret M. Caruso
    Margret M. Caruso
    *Attorneys for OpenAI, Inc.*

Dated: December 5, 2024    Gibson, Dunn & Crutcher LLP

By: */s/ Rosemarie T. Ring*
       Rosemarie T. Ring
       *Attorneys for OpenAI, Inc., Samuel Altman, and Gregory Brockman*

Dated: December 5, 2024    Willenken LLP

By: */s/ Jason H. Wilson*
       Jason H. Wilson
       *Attorneys for Open Artificial Intelligence, Inc. and Guy Ravine*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, the filer of this document, attest that all signatories have concurred in the filing of this document.

Dated: December 5, 2024                    Gibson, Dunn & Crutcher LLP

                                By:   */s/ Rosemarie T. Ring*
                                         Rosemarie T. Ring

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The deposition of Gregory Brockman may be held on January 7, 2025, and pursuant to Civil Local Rule 37-3, any related motion must be filed by January 14, 2025. No other deadline set by the Court shall be affected.

Dated:  December 6, 2024

_____
Yvonne Gonzalez Rogers
United States District Judge