QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
 bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000

Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron H. Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 S. Figueroa St., 10th Fl.
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000

Sam S. Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:    (415) 875-6600

Dylan I. Scher (*pro hac vice*)
 dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone:    (212) 849-7000

*Attorneys for OpenAI, Inc.*

GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
 osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

Brian M. Lutz (Bar No. 255976)
 blutz@gibsondunn.com
Rosemarie T. Ring (Bar No. 220769)
 rring@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200

*Attorneys for OpenAI, Inc., Samuel Altman,*
*and Gregory Brockman*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Defendants. | Case No. 4:23-CV-03918-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF ELIZABETH BISHOP IN SUPPORT OF PLAINTIFF OPENAI, INC.'S MOTION TO COMPEL** |

## DECLARATION OF ELIZABETH BISHOP

I, Elizabeth Bishop, declare as follows:

1.      I am a member of the State Bar of New York and am admitted to practice before this court *pro hac vice*.  I am an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Plaintiff OpenAI, Inc. ("OpenAI") in the above-captioned action.  I submit this declaration in support of OpenAI's joint letter regarding Defendants' investors.  I have personal knowledge of the facts stated herein except as noted, and if called as a witness, I could competently testify to them.

2.      I have reviewed Defendants' Initial Disclosures dated October 20, 2023 and Defendants' Amended and Supplemental Initial Disclosures dated November 25, 2024. Tom Gruber's name and associated subject matter do not appear in either of these documents

3.      Attached as **Exhibit A** is a true and correct copy of Defendants and Counterclaimants Open Artificial Intelligence, Inc. and Guy Ravine's Second Amended and Supplemental Initial Disclosures, dated November 27, 2024.

4.      Attached as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Tom Gruber, taken on December 6, 2024.

5.      Attached as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of Guy Ravine, taken on December 10, 2024.

6.      Attached as **Exhibit D** is a true and correct copy of Defendants And Counterclaimants Open Artificial Intelligence, Inc. and Guy Ravine's Supplemental Responses To Plaintiff And Counterclaim-Defendant OpenAI, Inc.'s Requests For Production Of Documents, Set Four (Nos. 66 & 67), dated November 11, 2024.  In response to Request for Production No. 66,  Defendants agreed to produce "non-privileged documents provided to, received from, or reflecting or referring to communications with any third party concerning Defendants' Open AI Initiative from January 1, 2015 through August 3, 2023."

7.      Attached as **Exhibit E** is a true and correct copy of Defendants And Counterclaimants Open Artificial Intelligence, Inc. And Guy Ravine's Supplemental Responses To Plaintiff and Counterclaim-Defendant OpenAI, Inc.'s Requests for Production of Documents, Set Four, dated November 1, 2024.  In response to Request for Production No. 68, Defendants agreed to produce

"non-privileged documents and communications relating to third parties' intent to fund the Open AI Initiative and Open AI School."  In response to Request for Production No. 75, Defendants agreed to produce "non-privileged documents and communications reflecting or referring to investments or commitments made regarding Defendants' Open AI Initiative."

8.      Attached as **Exhibit F** is a true and correct copy of Plaintiff OpenAI, Inc.'s Fourth Set of Requests for Production to Defendants, dated May 30, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 19, 2024, at Orlando, Florida.

_Elizabeth Bishop_

_____
Elizabeth Bishop