| | |
|---|---|
| Jason H. Wilson (Bar No. 140269)<br>jwilson@willenken.com<br>Ashley L. Kirk (Bar No. 291012)<br>akirk@willenken.com<br>David S. Harris (Bar No. 255557)<br>dharris@willenken.com<br>Breeanna N. Brewer (Bar No. 312269)<br>bbrewer@willenken.com<br>Michelle K. Millard (Bar No. 298245)<br>mmillard@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 4100<br>Los Angeles, California 90017<br>Facsimile:  (213) 955-9250 | Joshua M. Masur (Bar No. 203510)<br>joshua.masur@hglaw.com<br>HALEY GUILIANO LLP<br>111 North Market Street, Suite 900<br>San Jose, California 95113<br>Telephone:  (669) 213-1056 |

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC.,<br>a Delaware corporation; and GUY RAVINE,<br>an individual,<br><br>　　　　　Defendants.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC.,<br>a Delaware corporation; and GUY RAVINE,<br>an individual,<br><br>　　　　　Counterclaimants,<br><br>v.<br><br>OPENAI, INC., a Delaware corporation;<br>SAMUEL ALTMAN, an individual; and<br>GREGORY BROCKMAN, an individual,<br><br>　　　　　Counterclaim-Defendants. | Case No.: 4:23-cv-03918-YGR<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF DAVID S. HARRIS RE: JOINT LETTER BRIEF REGARDING PLAINTIFF'S REQUEST FOR DOCUMENTS CONCERNING INVESTMENTS IN DEFENDANTS' BUSINESS AND LITIGATION** |

Case No.: 4:23-cv-03918-YGR

DECLARATION OF DAVID S. HARRIS

1032159.1

**DECLARATION OF DAVID S. HARRIS**

I, David S. Harris, declare as follows:

1. I am an attorney admitted to practice before this Court. I am "Of Counsel" at Willenken LLP, counsel of record for Defendant/Counterclaimant Open Artificial Intelligence, Inc. and Defendant/Counterclaimant Guy Ravine (collectively, "Defendants"). I submit this declaration in support of Defendants' statement in the parties' joint letter brief regarding Plaintiff/Counterclaim-Defendant OpenAI, Inc.'s ("Plaintiff") request for documents concerning investments in Defendants' business and investments in this litigation.

2. Attached as Exhibit A is a true and correct copy of a chain of emails exchanged between Plaintiff's counsel and Defendants' counsel on December 7, 9, and 11, 2024. These emails do not address the issue of whether or not documents related to general investments in Defendants' business should be produced, and, to the best of my recollection and knowledge, that issue was not subsequently addressed during the parties' Zoom conferences that took place on December 16, 17, and 18.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2024, at Los Angeles, California

David S. Harris