| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Robert P. Feldman (Bar No. 69602)<br> bobfeldman@quinnemanuel.com<br>Margret M. Caruso (Bar No. 243473)<br> margretcaruso@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:    (650) 801-5000<br><br>Robert M. Schwartz (Bar No. 117166)<br> robertschwartz@quinnemanuel.com<br>Aaron H. Perahia (Bar No. 304554)<br> aaronperahia@quinnemanuel.com<br>865 S. Figueroa St., 10th Fl.<br>Los Angeles, California 90017-2543<br>Telephone:    (213) 443-3000<br><br>Sam S. Stake (Bar No. 257916)<br> samstake@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4624<br>Telephone:    (415) 875-6600<br><br>Dylan I. Scher (*pro hac vice*)<br> dylanscher@quinnemanuel.com<br>295 Fifth Avenue<br>New York, NY 10016<br>Telephone:    (212) 849-7000<br><br>*Attorneys for OpenAI, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br> osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br><br>Brian M. Lutz (Bar No. 255976)<br> blutz@gibsondunn.com<br>Rosemarie T. Ring (Bar No. 220769)<br> rring@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone: (415) 393-8200<br><br>*Attorneys for OpenAI, Inc., Samuel Altman, and Gregory Brockman* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(F) TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED** |

Pursuant to Northern District of California Civil Local Rule 79-5(f), Plaintiff OpenAI, Inc. ("OpenAI") hereby files this motion to consider whether the following materials submitted with Defendants' concurrently filed joint letter regarding Plaintiff OpenAI's motion to compel documents regarding Mr. Ravine's investors, Declaration of Elizabeth Bishop, and Declaration of David Harris should be filed under seal. Each of the documents identified below has been designated, or contains information that has been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by Defendants Open Artificial Intelligence, Inc. and Guy Ravine (collectively, "Defendants") pursuant to the parties' Stipulated Protective Order (Dkt. 98).

| Document | Portion to be Filed Under Seal | Designating Party | Basis for Provisional Sealing |
| --- | --- | --- | --- |
| Joint Letter - Motion to Compel Documents Regarding Investors | Highlighted text appearing on pages 1-3, 5 | Defendants | Defendants have designated the information contained in certain documents being cited as "Confidential" or "Highly Confidential" |
| Bishop Decl., Ex. B (Gruber Transcript) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Bishop Decl., Ex. C (Ravine Transcript) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Harris Decl., Ex. A (Email Chain) | Highlighted text appearing on pages 1-2, 4 | Defendants | Defendants have designated the document as "Highly Confidential" |

In compliance with Northern District of California Civil Local Rule 79-5(f), Plaintiff OpenAI is hereby moving the court to consider whether the documents identified above should be sealed. At this time, Plaintiff OpenAI has not taken a position regarding whether information designated by Defendants as confidential may be sealed under the appropriate Ninth Circuit authorities. Plaintiff OpenAI expects Defendants will file papers supporting its confidentiality designations within seven days, as required by Local Rule 79-5(f)(3); and Defendants reserves their right to respond to Plaintiff's filing pursuant to Local Rule 79-5(f)(4).

| | |
|---|---|
| DATED: December 19, 2024 | Respectfully submitted, |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By    */s/ Margret M. Caruso*<br>Margret M. Caruso<br>Attorneys for OpenAI, Inc. |