**Breeanna N. Brewer**

| | |
|---|---|
| **From:** | David Harris |
| **Sent:** | Thursday, December 12, 2024 5:05 PM |
| **To:** | Breeanna N. Brewer; Aaron Perahia; Margret Caruso; Dylan Scher; Bob Feldman; QE-OpenAI-Trademark; Orin Snyder; Brian M. Lutz; Rose Ring; Lefteri J. Christos; Dudding, Sasha |
| **Cc:** | Joshua Masur; Open_AI; Lisa Gibbons; Julie Contreras |
| **Subject:** | RE: [EXTERNAL] RE: OpenAI v. Open AI - M&C re Plaintiff's Discovery Responses |

Aaron,

We never received a response to our below request to further meet and confer. We are confident that the deficiencies outlined in our November 24 letter still have not been resolved. In fact, the depositions of Plaintiff's 30(b)(6) witnesses have confirmed that responsive documents have not been produced. We believe that the parties have reached an impasse (and therefore plan to submit a joint letter to the Court). If you disagree and would like to further meet and confer, please let us know your availability for a conference call on December 16, 2024.

Regards,
David



**David S. Harris**
Direct: 213.955.9240 | Fax: 213.955.9250 | dharris@willenken.com
**WILLENKEN LLP** | 707 Wilshire Blvd. | Suite 4100 | Los Angeles, CA 90017 | **willenken.com** |

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Willenken LLP. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Breeanna N. Brewer <bbrewer@willenken.com>
**Sent:** Friday, December 6, 2024 1:03 PM
**To:** Aaron Perahia <aaronperahia@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Dylan Scher <dylanscher@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; QE-OpenAI-Trademark <qe-openai-trademark@quinnemanuel.com>; Orin Snyder <osnyder@gibsondunn.com>; Brian M. Lutz <blutz@gibsondunn.com>; Rose Ring <RRing@gibsondunn.com>; Lefteri J. Christos <LChristos@gibsondunn.com>; Dudding, Sasha <SDudding@gibsondunn.com>
**Cc:** Joshua Masur <joshua.masur@hglaw.com>; Open_AI <Open_AI@willenken.com>; Lisa Gibbons <lgibbons@willenken.com>; Julie Contreras <jcontreras@willenken.com>
**Subject:** RE: [EXTERNAL] RE: OpenAI v. Open AI - M&C re Plaintiff's Discovery Responses

Aaron,

We request that somebody on Plaintiff's team be made available to meet and confer today. The discovery cutoff is December 12th and further video meet and confers, which are required by Local Rules, cannot be delayed until December 9th. We detailed the deficiencies in Plaintiff's discovery responses and document production in the letter sent on November 24th. Those deficiencies have not been resolved and we would like to further discuss them during a video meet and confer today.

Best regards,
Bree Brewer



**Breeanna N. Brewer**
Direct: 213.694.3694 | Fax: 213.955.9250 | bbrewer@willenken.com
**WILLENKEN LLP** | 707 Wilshire Blvd. | Suite 4100 | Los Angeles, CA 90017 | **willenken.com** |

---

**From:** Aaron Perahia <aaronperahia@quinnemanuel.com>
**Sent:** Friday, December 6, 2024 12:11 PM
**To:** Breeanna N. Brewer <bbrewer@willenken.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Dylan Scher <dylanscher@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; QE-OpenAI-Trademark <qe-openai-trademark@quinnemanuel.com>; Orin Snyder <osnyder@gibsondunn.com>; Brian M. Lutz <blutz@gibsondunn.com>; Rose Ring <RRing@gibsondunn.com>; Lefteri J. Christos <LChristos@gibsondunn.com>; Dudding, Sasha <SDudding@gibsondunn.com>
**Cc:** Joshua Masur <joshua.masur@hglaw.com>; Open_AI <Open_AI@willenken.com>; Lisa Gibbons <lgibbons@willenken.com>; Julie Contreras <jcontreras@willenken.com>
**Subject:** RE: [EXTERNAL] RE: OpenAI v. Open AI - M&C re Plaintiff's Discovery Responses

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Bree,

I'm currently in a deposition, but we can set a time on Monday. Before that, we request that you identify what you contend is still at issue. We believe we've satisfied our obligations. Merely saying that our production is deficient does not help us move the ball. As to your question, our production is substantially complete, if not complete. Of course, fact discovery is still ongoing, and there may be additional documents that become relevant.

Please provide authority and an explanation for anything you want to discuss.

Thanks,
Aaron

**Aaron Perahia | quinn emanuel urquhart & sullivan, llp**
865 S. Figueroa St., 10th Fl. | Los Angeles, CA 90017
Office: 213-443-3146 | Mobile: 424-415-1581

---

**From:** Breeanna N. Brewer <bbrewer@willenken.com>
**Sent:** Thursday, December 5, 2024 8:30 PM
**To:** Aaron Perahia <aaronperahia@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Dylan Scher <dylanscher@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; QE-OpenAI-Trademark <qe-openai-trademark@quinnemanuel.com>; Orin Snyder <osnyder@gibsondunn.com>; Brian M. Lutz <blutz@gibsondunn.com>; Rose Ring <RRing@gibsondunn.com>; Lefteri J. Christos <LChristos@gibsondunn.com>; Dudding, Sasha <SDudding@gibsondunn.com>
**Cc:** Joshua Masur <joshua.masur@hglaw.com>; Open_AI <Open_AI@willenken.com>; Lisa Gibbons <lgibbons@willenken.com>; Julie Contreras <jcontreras@willenken.com>
**Subject:** RE: [EXTERNAL] RE: OpenAI v. Open AI - M&C re Plaintiff's Discovery Responses

**[EXTERNAL EMAIL from bbrewer@willenken.com]**

Counsel,

I am writing to follow up on issues related to Plaintiff's discovery responses and document production. When we met and conferred via video on November 27th Plaintiff stated they needed to confer with the client representative the next week regarding some of the issues. Plaintiff also stated you would make a further document production the following week that would likely resolve many issues raised in Defendants' November 24th letter. Plaintiff made a further document production on December 3rd but it does not appear to resolve the issues. We also never received a response to my question about whether Plaintiff's document production is complete (*see* 12/3/24 11:21 a.m. email and 12/4/3 3:29 p.m. email). Can you please confirm whether Plaintiff intends to make a further document production?

Please provide your availability to further meet and confer on these issues tomorrow. Please be prepared to discuss Plaintiff's due diligence in collecting and producing responsive documents, including identifying custodians, search terms, and targeted search terms that were used to collect and produce responsive documents.

Best regards,
Bree Brewer



**Breeanna N. Brewer**
Direct: 213.694.3694 | Fax: 213.955.9250 | bbrewer@willenken.com
**WILLENKEN LLP** | 707 Wilshire Blvd. | Suite 4100 | Los Angeles, CA 90017 | **willenken.com**

---

**From:** Breeanna N. Brewer
**Sent:** Wednesday, November 27, 2024 1:42 PM
**To:** Aaron Perahia <aaronperahia@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Dylan Scher <dylanscher@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; QE-OpenAI-Trademark <qe-openai-trademark@quinnemanuel.com>; Orin Snyder <osnyder@gibsondunn.com>; Brian M. Lutz <blutz@gibsondunn.com>; Rose Ring <RRing@gibsondunn.com>; Lefteri J. Christos <LChristos@gibsondunn.com>; Dudding, Sasha <SDudding@gibsondunn.com>
**Cc:** Joshua Masur <joshua.masur@hglaw.com>; Open_AI <Open_AI@willenken.com>; Lisa Gibbons <lgibbons@willenken.com>; Julie Contreras <jcontreras@willenken.com>
**Subject:** RE: [EXTERNAL] RE: OpenAI v. Open AI - M&C re Plaintiff's Discovery Responses

Aaron,

We are available to meet and confer at 4:30 p.m. PT. Please send an invite. As my prior email stated, we understand that we may not be able to resolve all issues today but that does not mean we should delay resolving some of the issues now.

We will send our responses to the 30(b)(6) objections before the meeting.

We responded directly to prior requests about discovery issues. As an update, we are in the process of reviewing documents and expect to make a further production next week.

Best regards,
Bree



**Breeanna N. Brewer**
Direct: 213.694.3694 | Fax: 213.955.9250 | bbrewer@willenken.com
**WILLENKEN LLP** | 707 Wilshire Blvd. | Suite 4100 | Los Angeles, CA 90017 | **willenken.com**

---

**From:** Aaron Perahia <aaronperahia@quinnemanuel.com>
**Sent:** Tuesday, November 26, 2024 11:59 PM
**To:** Breeanna N. Brewer <bbrewer@willenken.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Dylan Scher <dylanscher@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; QE-OpenAI-Trademark <qe-openai-trademark@quinnemanuel.com>; Orin Snyder <osnyder@gibsondunn.com>; Brian M. Lutz <blutz@gibsondunn.com>; Rose Ring <RRing@gibsondunn.com>; Lefteri J. Christos <LChristos@gibsondunn.com>; Dudding, Sasha <SDudding@gibsondunn.com>
**Cc:** Joshua Masur <joshua.masur@hglaw.com>; Open_AI <Open_AI@willenken.com>; Lisa Gibbons <lgibbons@willenken.com>; Julie Contreras <jcontreras@willenken.com>
**Subject:** [EXTERNAL] RE: OpenAI v. Open AI - M&C re Plaintiff's Discovery Responses

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Bree,

Thanks for your email. It appears you omitted my prior response. As noted in that email, Defendants' letter on November 24, sent late Sunday night, raises a wide range of new issues concerning every discovery response throughout this entire case. We cannot fully address these issues during Thanksgiving week, especially given such short notice.

Meanwhile, Defendants have still failed to respond to our outstanding objections to the 30(b)(6) topics. As you will recall, during our November 20 meet and confer, Defendants told us that the parties could discuss narrowing the topics without the need to engage in a back-and-forth letter writing campaign, and we scheduled a follow-up call on November 21 to resume those discussions. Then, contradicting their agreement and shortly before our scheduled November 21 call, Defendants cancelled and requested we send our proposed narrowed topics in writing. We did so in less than 24 hours.

We were prepared to discuss these narrowed topics during our November 22 meet and confer. However, Defendants had not reviewed our positions and were unprepared to address them. We asked Defendants to send us written responses by Monday, November 25, to expedite our discussion and resolution, and Defendants agreed. But Defendants did not do so. Instead, Defendants served another 30(b)(6) notice with exactly the same topics.

We are willing to confer tomorrow at 4:30 PT pm on the issues in your Sunday night email, provided that Defendants also be prepared to address the longstanding 30(b)(6) issues and provide their promised written responses concerning the 30(b)(6) proposals by 2:00 pm PT tomorrow, November 27, to allow sufficient time for us to review them before the conference. We also reiterate our previous requests for updates and responses regarding Defendants' other outstanding discovery matters outlined in our prior email.

Thanks,
Aaron

**Aaron Perahia | quinn emanuel urquhart & sullivan, llp**
865 S. Figueroa St., 10th Fl. | Los Angeles, CA 90017
Office: 213-443-3146 | Mobile: 424-415-1581

**From:** Breeanna N. Brewer <bbrewer@willenken.com>
**Sent:** Tuesday, November 26, 2024 8:26 PM
**To:** Margret Caruso <margretcaruso@quinnemanuel.com>; Dylan Scher <dylanscher@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; QE-OpenAI-Trademark <qe-openai-trademark@quinnemanuel.com>; Orin Snyder <osnyder@gibsondunn.com>; Brian M. Lutz <blutz@gibsondunn.com>; Rose Ring <RRing@gibsondunn.com>; Lefteri J. Christos <LChristos@gibsondunn.com>; Dudding, Sasha <SDudding@gibsondunn.com>
**Cc:** Joshua Masur <joshua.masur@hglaw.com>; Open_AI <Open_AI@willenken.com>; Lisa Gibbons <lgibbons@willenken.com>; Julie Contreras <jcontreras@willenken.com>
**Subject:** RE: OpenAI v. Open AI - M&C re Plaintiff's Discovery Responses

[EXTERNAL EMAIL from bbrewer@willenken.com]

Counsel,

We received your November 25th email sent at 6:07 p.m. in response to Defendants' letter emailed on November 24th and below follow-up email sent on November 25th. Please provide your availability to meet and confer tomorrow over issues related to Plaintiff's responses and documents productions that do not require consultation with a client representative. This should help resolve many issues prior to the holiday weekend. For example, Plaintiff's counsel, and not a client representative, is in the best position to provide an update on the status of Plaintiff's production and whether it is complete. Plaintiff's counsel is also in the best position to confer over Plaintiff's due diligence in collecting and producing responsive documents, including identifying custodians, search terms, and targeted search terms that were used to collect and produce responsive documents. We see no reason to delay initial conversations until next week given the upcoming 30(b)(6) deposition scheduled for December 6th and fact discovery cutoff.

Again, please provide your availability to meet and confer tomorrow.

Best regards,
Bree Brewer



**Breeanna N. Brewer**
Direct: 213.694.3694 | Fax: 213.955.9250 | bbrewer@willenken.com
**WILLENKEN LLP** | 707 Wilshire Blvd. | Suite 4100 | Los Angeles, CA 90017 | **willenken.com** |

**From:** Breeanna N. Brewer
**Sent:** Monday, November 25, 2024 6:04 PM
**To:** 'Margret Caruso' <margretcaruso@quinnemanuel.com>; 'Dylan Scher' <dylanscher@quinnemanuel.com>; 'Bob Feldman' <bobfeldman@quinnemanuel.com>; 'QE-OpenAI-Trademark' <qe-openai-trademark@quinnemanuel.com>; 'Orin Snyder' <osnyder@gibsondunn.com>; 'Brian M. Lutz' <blutz@gibsondunn.com>; 'Rose Ring' <RRing@gibsondunn.com>; 'Lefteri J. Christos' <LChristos@gibsondunn.com>; 'Dudding, Sasha' <SDudding@gibsondunn.com>
**Cc:** 'Joshua Masur' <joshua.masur@hglaw.com>; Open_AI <Open_AI@willenken.com>; Lisa Gibbons <lgibbons@willenken.com>; Julie Contreras <jcontreras@willenken.com>
**Subject:** RE: OpenAI v. Open AI - M&C re Plaintiff's Discovery Responses

Counsel,

I am following up on Defendants' prior request to meet and confer over Plaintiff's discovery responses and corresponding production of documents. Please provide your availability tomorrow (November 26th) to further meet and confer.

Best regards,
Bree Brewer



**Breeanna N. Brewer**
Direct: 213.694.3694 | Fax: 213.955.9250 | bbrewer@willenken.com
**WILLENKEN LLP** | 707 Wilshire Blvd. | Suite 4100 | Los Angeles, CA 90017 | **willenken.com**

---

**From:** Breeanna N. Brewer
**Sent:** Sunday, November 24, 2024 10:56 PM
**To:** Margret Caruso <margretcaruso@quinnemanuel.com>; Dylan Scher <dylanscher@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; QE-OpenAI-Trademark <qe-openai-trademark@quinnemanuel.com>; Orin Snyder <osnyder@gibsondunn.com>; Brian M. Lutz <blutz@gibsondunn.com>; Rose Ring <RRing@gibsondunn.com>; Lefteri J. Christos <LChristos@gibsondunn.com>; Dudding, Sasha <SDudding@gibsondunn.com>
**Cc:** Joshua Masur <joshua.masur@hglaw.com>; Open_AI <Open_AI@willenken.com>; Lisa Gibbons <lgibbons@willenken.com>; Julie Contreras <jcontreras@willenken.com>
**Subject:** OpenAI v. Open AI - M&C re Plaintiff's Discovery Responses

Counsel,

Attached is a letter regarding Defendants' request to meet and confer over Plaintiff's discovery responses and corresponding production of documents. Please provide your availability tomorrow (November 25th) to further meet and confer.

Best regards,
Bree Brewer



**Breeanna N. Brewer**
Direct: 213.694.3694 | Fax: 213.955.9250 | bbrewer@willenken.com
**WILLENKEN LLP** | 707 Wilshire Blvd. | Suite 3850 | Los Angeles, CA 90017 | **willenken.com**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Willenken LLP. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.