# Caruso Declaration

# **Exhibit A**

# FILED UNDER SEAL