QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
 bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000

Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron H. Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 S. Figueroa St., 10th Fl.
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000

Sam S. Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:     (415) 875-6600

Dylan I. Scher (*pro hac vice*)
 dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone:     (212) 849-7000

*Attorneys for OpenAI, Inc.*

GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
 osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

Brian M. Lutz (Bar No. 255976)
 blutz@gibsondunn.com
Rosemarie T. Ring (Bar No. 220769)
 rring@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200

*Attorneys for OpenAI, Inc., Samuel Altman, and Gregory Brockman*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Defendants. | Case No. 4:23-CV-03918-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF DYLAN I. SCHER IN SUPPORT OF PLAINTIFF OPENAI, INC.'S MOTION TO COMPEL** |

**DECLARATION OF DYLAN I. SCHER**

I, Dylan I. Scher, declare as follows:

1. I am a member of the State Bar of New York and am admitted to practice before this court *pro hac vice*. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Plaintiff OpenAI, Inc. ("OpenAI") in the above-captioned action. I submit this declaration in support of OpenAI's Joint Letter regarding the deposition of Guy Ravine. I have personal knowledge of the facts stated herein except as noted, and if called as a witness, I could competently testify to them.

2. Attached as **Exhibit A** is a true and correct copy of Plaintiff OpenAI, Inc.'s Notice Of Deposition Of Guy Ravine, dated November 18, 2024.

3. Attached as **Exhibit B** is a true and correct copy of Plaintiff OpenAI, Inc.'s Notice of Rule 30(b)(6) Deposition To Defendant Open Artificial Intelligence, Inc., dated November 18, 2024.

4. Attached as **Exhibit C** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0025687. This document was produced by Defendants on December 11, 2024.

5. Attached as **Exhibit D** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0031714. This document was produced by Defendants on December 11, 2024.

6. Attached as **Exhibit E** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0025972. This document was produced by Defendants on December 11, 2024.

7. **Exhibit F** is intentionally left blank.

8. Attached as **Exhibit G** is a true and correct copy of Defendants Open Artificial Intelligence, Inc. and Guy Ravine's Supplemental Responses To Plaintiff OpenAI, Inc.'s Requests For Production Of Documents (Set One), dated December 20, 2023. In response to Request for Productions Nos. 3 and 4, Defendants agreed to produce documents responsive to requests for

"documents sufficient to identify all uses … that [Defendants] have made or intend to make of ["Open AI"] and the date ranges of such uses."

9. Attached as **Exhibit H** is a true and correct copy of Defendants And Counterclaimants Open Artificial Intelligence, Inc. and Guy Ravine's Supplemental Responses To Plaintiff And Counterclaim-Defendant OpenAI, Inc.'s Requests For Production Of Documents, Set Four (Nos. 66 & 67), dated November 11, 2024. In response to Request for Production No. 66, Defendants agreed to produce "non-privileged documents provided to, received from, or reflecting or referring to communications with any third party concerning this Action, OpenAI, Sam Altman, or Greg Brockman from January 1, 2015 through the date of the requests" and "non-privileged documents provided to, received from, or reflecting or referring to communications with any third party concerning Defendants' Open AI Initiative from January 1, 2015 through August 3, 2023."

10. Attached as **Exhibit I** is a true and correct copy of Defendant Guy Ravine's Highly Confidential Further Supplemental Responses To Plaintiff OpenAI, Inc.'s Interrogatories (Set One), dated December 20, 2023. Defendant Guy Ravine responded to Interrogatory No. 1, seeking the identification of "all goods and services You offer, have offered, or intend to offer, including the date range of offerings for each such good and service, where (a) the Accused Infringing Name was placed in any manner on the goods or their containers or the displays associated therewith or on the tags or labels affixed thereto, or on documents associated with the goods or their sale, or (b) the Accused Infringing Name was used or displayed in the sale or advertising of the services."

11. Attached as **Exhibit J** is a true and correct copy of Plaintiff OpenAI, Inc.'s First Set Of Requests for Production to Defendants (Nos. 1-29), dated October 20, 2023.

12. Attached as **Exhibit K** is a true and correct copy of Plaintiff OpenAI, Inc.'s Fourth Set Of Requests for Production to Defendants (Nos. 66-76), dated May 30, 2024.

13. Attached as **Exhibit L** is a true and correct copy of Plaintiff OpenAI, Inc.'s First Set Of Interrogatories To Defendant Guy Ravine (Nos. 1-11), dated October 20, 2023.

14. Attached as **Exhibit M** is a true and correct copy of excerpts from the deposition transcripts of Guy Ravine, taken on December 10, 2024.

15. Attached as **Exhibit N** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00013811.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 19, 2024, at New York, New York.

*/s/ Dylan Scher*

Dylan I. Scher