# Scher Declaration

# **Exhibit A**

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Robert P. Feldman (Bar No. 69602)<br> bobfeldman@quinnemanuel.com<br>Margret M. Caruso (Bar No. 243473)<br> margretcaruso@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:    (650) 801-5000<br><br>Robert M. Schwartz (Bar No. 117166)<br> robertschwartz@quinnemanuel.com<br>Aaron H. Perahia (Bar No. 304554)<br> aaronperahia@quinnemanuel.com<br>865 S. Figueroa St., 10th Fl.<br>Los Angeles, California 90017-2543<br>Telephone:    (213) 443-3000<br><br>Sam S. Stake (Bar No. 257916)<br> samstake@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4624<br>Telephone:    (415) 875-6600<br><br>Dylan I. Scher (*pro hac vice*)<br> dylanscher@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:    (212) 849-7000<br><br>*Attorneys for OpenAI, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br> osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:    (212) 351-4000<br><br>Brian M. Lutz (Bar No. 255976)<br> blutz@gibsondunn.com<br>Rosemarie T. Ring (Bar No. 220769)<br> rring@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone:    (415) 393-8200<br><br>*Attorneys for OpenAI, Inc., Samuel Altman, and Gregory Brockman* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:23-cv-03918-YGR<br><br>**PLAINTIFF OPENAI, INC.'S NOTICE OF DEPOSITION OF GUY RAVINE**<br><br>Date: December 10, 2024<br>Time: 9:00 a.m. PT<br>Place: Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that:

Pursuant to Rule 30(b)(1) of Federal Rules of Civil Procedure, Plaintiff OpenAI, Inc., by and through their undersigned counsel, will take the deposition of Guy Ravine. The deposition will commence at 9:00 a.m. PT on December 10, 2024, at Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065. It will continue from day to day, Saturdays, Sundays, and legal holidays excepted, until concluded, or according to a schedule mutually agreed upon by the parties in advance of the deposition. Further notice is given that the deposition will take place in person and will be recorded stenographically, by videotape, by audiotape and/or transcribed using real-time interactive transcription (e.g., LiveNote). Plaintiff reserves the right to re-open the deposition of any individual for whom relevant documents are produced, either by the individual or by Open Artificial Intelligence, Inc., after the date of this notice.

DATED: November 18, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ *Margret M. Caruso*
Margret M. Caruso
*Attorneys for OpenAI, Inc.*