# Scher Declaration

# **Exhibit N**

   Guy Ravine                                                                           



# Guy Ravine
I build the future

San Francisco, California, United States · 500+ connections

**Join to Connect**

  Video.io

## About
I build the future.

## Experience

  **Founder & Inventor of Stories**
Video.io
2012 - Present · 10 years

Invented Stories, the modern mobile video paradigm currently used by 1.5 billion people daily. Our app, We, released in 2013, was the precursor to Snapchat Stories. Instagram and Facebook further popularized Stories and today over 50% of internet users use Stories every day.

https://patents.google.com/patent/US9565226B2/en

OPENAI-RAV-00013811

 Guy Ravine 

 **Originator**
OpenAI
2014 - 2015 · 1 year

 **Inventor/Tinkerer**
.H.
2009 - 2011 · 2 years

Took two years off to tinker with personal projects while looking for the next big idea. The efforts led to what could be the foundations for a new type of computing architecture. This project is still largely in incubation, currently under Revolutionary Labs.

 **Founder, Designer & Chief Tinkerer**
Eo (Land Glider)
2007 - 2009 · 2 years
Los Angeles, California

Had a crazy idea to build a single person electric vehicle. Put together an amazing team involving some of the top car designers, engineers and executives. Designed and developed the prototype. The Nissan Land Glider was inspired in part based on our early designs for the Eo.

 **CTO**
Startups and Established Companies
2006 - 2009 · 3 years

Provided consulting at an interim CTO/director of development capacity with a team of developers to various startups and established companies.

**Started the MIT Playground - an unofficial MIT incubator made of MIT undergrads**
Massachusetts Institute of Technology
2003 - 2005 · 2 years

Started the MIT Playground, an unofficial internet incubator at MIT comprised of MIT undergraduates. We developed multiple innovations, including the equivalents of Twitter, Groupon, AirBnB, and others years before they existed, but could not get them funded. Location (Boston is known for its conservative VC community) and timing

OPENAI-RAV-00013812

 Guy Ravine 

### Founder

Wireless Ocean

2002 - 2002 · less than a year

Wireless Ocean developed a wireless base station and marketplace for open distributed wireless access, and a beam-forming antenna to enable wide range coverage. The beam-forming antenna became Tarana Wireless in 2009.

### Founder & CEO

Entity

1999 - 2001 · 2 years

Software based internet traffic acceleration system. Funded. Developed awesome technology. Shut down at dot com collapse.

## View Guy's full profile

See who you know in common

Get introduced

Contact Guy directly

**Join to view full profile**

## Others named **Guy Ravine**


**Guy Ravine**
Professeur d'anglais chez LYCEE GEN TECHNOLOGIQ SIVART DE BEAULIEU
Bellac


**Guy Ravine**
Woodturner
Greater Northampton Area, United Kingdom

2 others named Guy Ravine are on LinkedIn

OPENAI-RAV-00013813

 Guy Ravine 

## Guy's public profile badge
Include this LinkedIn profile on other websites

 **Guy Ravine**
I build the future

 Founder & Inventor of Stories at Video.io

View profile                                                    Linked in

**View profile badges**

© 2022                                          About

Accessibility                                   User Agreement

Privacy Policy                                  Cookie Policy

Copyright Policy                                Brand Policy

Guest Controls                                  Community Guidelines

 Language

OPENAI-RAV-00013814