| | |
|---|---|
| Jason H. Wilson (Bar No. 140269) <br> jwilson@willenken.com <br> Ashley L. Kirk (Bar No. 291012) <br> akirk@willenken.com <br> David S. Harris (Bar No. 255557) <br> dharris@willenken.com <br> Breeanna N. Brewer (Bar No. 312269) <br> bbrewer@willenken.com <br> Michelle K. Millard (Bar No. 298245) <br> mmillard@willenken.com <br> WILLENKEN LLP <br> 707 Wilshire Blvd., Suite 4100 <br> Los Angeles, California 90017 <br> Facsimile: (213) 955-9250 | Joshua M. Masur (Bar No. 203510) <br> joshua.masur@hglaw.com <br> HALEY GUILIANO LLP <br> 111 North Market Street, Suite 900 <br> San Jose, California 95113 <br> Telephone: (669) 213-1056 |

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual, <br><br> Defendants. | Case No.: 4:23-cv-03918-YGR <br><br> Assigned to the Hon. Yvonne Gonzalez Rogers <br><br> **REDACTED DECLARATION OF SHERIN VARGHESE** |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual, <br><br> Counterclaimants, <br><br> v. <br><br> OPENAI, INC., a Delaware corporation; SAMUEL ALTMAN, an individual; and GREGORY BROCKMAN, an individual, <br><br> Counterclaim-Defendants. | |

Case No.: 4:23-cv-03918-YGR

DECLARATION OF SHERIN VARGHESE

**DECLARATION OF SHERIN VARGHESE**

I, Sherin Varghese, declare as follows:

1. I am a member of the State Bar of California and a staff attorney and eDiscovery manager at Willenken LLP, counsel for Defendants Open Artificial Intelligence, Inc. and Guy Ravine ("Defendants") in the above-captioned action. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters. I submit this declaration in support of Defendants' Statement in the parties Joint Letter.

2. I reviewed the documents Plaintiff cited in Plaintiff's Statement to the Joint Letter. Plaintiff stated these documents were produced by Defendant after the deposition of Mr. Guy Ravine on December 10, 2024. The cited documents were the same, or similar in content to, documents provided to the Plaintiff's prior to Mr. Ravine's deposition as described in paragraphs 3-7, below.

3. In their Statement, Plaintiff identified Exhibit C, produced as RAVINE0025687 as a new document produced after Mr. Ravine's December 10th deposition. A more complete version of this document containing the entirety of the language cited in Plaintiff's portion of the joint letter was produced as RAVINE0022794 on December 4, 2024. A true and correct copy of this document is attached hereto as **Exhibit 1.**

4. In their Statement, Plaintiff identified Exhibit D, produced as RAVINE0031714, as a newly-produced document for two propositions. First, Plaintiff claims that this document first provided the information "███████████████████████████". A similar document discussing Defendant Open AI supplanting Plaintiff Open AI as "█████████████████" was produced on December 4, 2024, as RAVINE0022834. A true and correct copy of this document is attached hereto as **Exhibit 2.**

5. In their Statement, Plaintiff also cites to Exhibit D related to ████████ ████████████████████████████████████████████" Defendants produced RAVINE0022858 on December 4, 2024, in which Mr. Ravine states that he "███████ ████████ true and correct copy of this document is attached hereto as **Exhibit 3.**

6. In their Statement, Plaintiff cites to Exhibit E, produced RAVINE0025972, wherein Mr. Ravine discusses ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ On information and belief, Defendants produced communications with OpenAI, Inc.'s president and CEO, Greg Brockman and Sam Altman, respectively, on or around December 20, 2023, nearly one full year prior to Mr. Ravine's deposition. Both the email to Mr. Brockman (produced as RAVINE0000004, a true and correct copy of which is attached hereto as **Exhibit 4**) and to Mr. Altman (produced as RAVINE0000006, a true and correct copy of which is attached hereto as **Exhibit 5**) describe Mr. Ravine's ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ These communications are dated December 15, 2015, and December 11, 2015, respectively.

7. In their Statement, Plaintiff cites to Exhibit F, produced as RAVINE0025536 for the quote "▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇" Versions of this same email thread and others containing this same phrase were produced on December 4, 2024. Attached hereto are true and correct copies of the following documents reflecting this language: RAVINE0022674 (**Exhibit 6**), RAVINE0022675 (**Exhibit 7**), RAVINE0022690 (**Exhibit 8**), RAVINE0022693 (**Exhibit 9**), RAVINE0022696 (**Exhibit 10**).

8. I also reviewed deposition testimony in support of Defendants' Statement. I reviewed the rough draft of the deposition transcript of Defendant Mr. Ravine, held on December 10, 2024. I counted Ms. Caruso, counsel for Plaintiff as asking 1,001 questions. I counted 53 objections and 11 instructions not to answer by Jason Wilson, counsel for Defendants.

9. I also reviewed the rough draft of the deposition transcript of Plaintiff's 30(b)(6) witness Rebecca McCurry, held on December 16, 2024. I counted Defendants' counsel Ashley Kirk as asking 457 questions. I counted that Ms. Caruso, counsel for Plaintiffs objected 157 times and instructed the witness not to answer 5 times.

10. I also reviewed paragraphs in Plaintiff's statement referring to Defendants' document production. Defendants produced two document production volumes after Mr. Ravine's deposition. Due to the nature of documents produced, the productions included several

"unreadable" filetypes that were produced as hundreds or thousands of pages of either blank or unintelligible material. These are materials that could have been filtered out from Plaintiff's review of new documents based on file type. A narrow list of these file types include: GIF animated bitmap; GIF89a Bitmap; IGES Drawing; iPhone Ringtone; Mac AppleDouble encoded; OpenType - CFF compact font format; Text - Western European; Unknown.

11.     Although additional file types may have been filtered, the document types that could have been easily filtered from Defendants' two document productions account for 1,620 documents and 78,054 pages of Defendants' total production of 88,934 pages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 19, 2024, at Los Angeles, California

                                                  */s/ Sherin Varghese*
                                                  Sherin Varghese