| | |
|---|---|
| Jason H. Wilson (Bar No. 140269)<br>jwilson@willenken.com<br>Ashley L. Kirk (Bar No. 291012)<br>akirk@willenken.com<br>David S. Harris (Bar No. 255557)<br>dharris@willenken.com<br>Breeanna N. Brewer (Bar No. 312269)<br>bbrewer@willenken.com<br>Michelle K. Millard (Bar No. 298245)<br>mmillard@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 4100<br>Los Angeles, California 90017<br>Facsimile:  (213) 955-9250 | Joshua M. Masur (Bar No. 203510)<br>joshua.masur@hglaw.com<br>HALEY GUILIANO LLP<br>111 North Market Street, Suite 900<br>San Jose, California 95113<br>Telephone:  (669) 213-1056 |

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC.,<br>a Delaware corporation; and GUY RAVINE,<br>an individual,<br><br>　　　　　Defendants.<br>———————————————————<br>OPEN ARTIFICIAL INTELLIGENCE, INC.,<br>a Delaware corporation; and GUY RAVINE,<br>an individual,<br><br>　　　　　Counterclaimants,<br><br>v.<br><br>OPENAI, INC., a Delaware corporation;<br>SAMUEL ALTMAN, an individual; and<br>GREGORY BROCKMAN, an individual,<br><br>　　　　　Counterclaim-Defendants. | Case No.: 4:23-cv-03918-YGR<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF MICHELLE K. MILLARD** |

# DECLARATION OF MICHELLE K. MILLARD

I, Michelle K. Millard, declare as follows:

1. I am an attorney duly admitted to practice before this Court and am an associate at Willenken LLP, counsel for Defendants Open Artificial Intelligence, Inc. and Guy Ravine ("Defendants") in the above-captioned action. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the rough transcript of the deposition of Guy Ravine, which took place on December 10, 2024.

3. I have reviewed the full rough transcript of the deposition of Guy Ravine. I have counted the following number of questions posed by Plaintiffs' counsel on topics on which Plaintiffs seek to re-depose Mr. Ravine: (a) approximately 8 questions regarding user activity in connection with the OPEN AI mark; (b) approximately 29 questions regarding the open.ai webpage redirecting to OpenAI's website; (c) approximately 59 questions regarding the facts and circumstances regarding Defendants' USPTO filings, relevant passages of which are attached as pages 94–98 of Exhibit 11; (d) approximately 33 questions regarding efforts to raise funding; (e) approximately 60 questions regarding Mr. Ravine's LinkedIn profile, relevant passages of which are attached as pages 314–15 of Exhibit 11; (f) approximately 62 questions regarding communications with OpenAI, relevant passages of which are attached as pages 210–11, 233–36, and 240–42 of Exhibit 11; and (g) approximately 27 questions regarding Mr. Ravine's background.

4. I also reviewed the transcript of Guy Ravine for passages concerning Plaintiffs' request for an extension of deposition time for Mr. Ravine. These relevant passages are attached hereto as **Exhibit 12.**

//
//
//
//

5. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the rough transcript of the deposition of Rebecca McCurry, which took place on December 6, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 19, 2024, at Los Angeles, California

                        */s/ Michelle K. Millard*
                        Michelle K. Millard