1  Come inQUINN EMANUEL URQUHART & SULLIVAN, LLP
   Robert P. Feldman (Bar No. 69602)
    bobfeldman@quinnemanuel.com
2  
3  Margret M. Caruso (Bar No. 243473)
    margretcaruso@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
5  Telephone:     (650) 801-5000

6  Robert M. Schwartz (Bar No. 117166)
    robertschwartz@quinnemanuel.com
7  Aaron H. Perahia (Bar No. 304554)
    aaronperahia@quinnemanuel.com
8  865 S. Figueroa St., 10th Fl.
   Los Angeles, California 90017-2543
9  Telephone:     (213) 443-3000

10 Sam S. Stake (Bar No. 257916)
    samstake@quinnemanuel.com
11 50 California Street, 22nd Floor
   San Francisco, California 94111-4624
12 Telephone:     (415) 875-6600

13 Dylan I. Scher (*pro hac vice*)
    dylanscher@quinnemanuel.com
14 295 Fifth Avenue
   New York, NY 10016
15 Telephone:     (212) 849-7000

16 *Attorneys for OpenAI, Inc.*

GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
 osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

Brian M. Lutz (Bar No. 255976)
 blutz@gibsondunn.com
Rosemarie T. Ring (Bar No. 220769)
 rring@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200

*Attorneys for OpenAI, Inc., Samuel Altman, and Gregory Brockman*

17

18 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
19 **OAKLAND DIVISION**

20 OPENAI, INC., a Delaware corporation,

21                    Plaintiff,

22      v.

23 OPEN ARTIFICIAL INTELLIGENCE, INC., a
   Delaware corporation; and GUY RAVINE, an
24 individual,

25                    Defendants.

26 _____

27 AND RELATED COUNTERCLAIMS

28

Case No. 4:23-cv-03918-YGR

Hon. Yvonne Gonzalez Rogers

**ADMINISTRATIVE MOTION PURSUANT
TO LOCAL RULE 79-5(F) TO CONSIDER
WHETHER DEFENDANTS' MATERIAL
SHOULD BE SEALED**

1    Pursuant to Northern District of California Civil Local Rule 79-5(f), Plaintiff OpenAI, Inc.

2  ("OpenAI") hereby files this motion to consider whether the following materials submitted with

3  Defendants' concurrently filed joint letter regarding Plaintiff OpenAI's motion to compel the

4  additional deposition of Guy Ravine, Declaration of Dylan I. Scher, Declaration of Margaret M.

5  Caruso, Declaration of Varghese, and Declaration of Millard should be filed under seal.  Each of the

6  documents identified below has been designated, or contains information that has been designated

7  "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by Defendants Open Artificial Intelligence,

8  Inc. and Guy Ravine (collectively, "Defendants") pursuant to the parties' Stipulated Protective Order

9  (Dkt. 98).

| Document | Portion to be Filed Under Seal | Designating Party | Basis for Provisional Sealing |
|---|---|---|---|
| Joint Letter - Motion to Compel Additional Deposition of Mr. Guy Ravine | Highlighted text appearing on pages 2-3 | Defendants | Defendants have designated the information contained in certain documents being cited as "Confidential" or "Highly Confidential" |
| Scher Decl., Ex. C (RAVINE0025687) | Entire Document | Defendants | Defendants have designated the document as "Confidential" |
| Scher Decl., Ex. D (RAVINE0031714) | Entire Document | Defendants | Defendants have designated the document as "Confidential" |
| Scher Decl., Ex. E (RAVINE0025972) | Entire Document | Defendants | Defendants have designated the document as "Confidential" |
| Scher Decl., Ex. F (RAVINE0025536) | Entire Document | Defendants | Defendants have designated the document as "Confidential" |
| Scher Decl., Ex. I (Interrogatory Responses, dated Dec. 20, 2023) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Scher Decl., Ex. M (Ravine Transcript) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Portion to be Filed Under Seal | Designating Party | Basis for Provisional Sealing |
|---|---|---|---|
| Caruso Decl. | Highlighted text appearing on pages 2 | Defendants | Defendants have designated the document as "Highly Confidential" |
| Caruso Decl., Ex. A | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Caruso Decl., Ex. B | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Varghese Decl. | Highlighted text appearing on pages 2-3 | Defendants | Defendants have designated the information contained in certain documents being cited as "Confidential" or "Highly Confidential" |
| Varghese Decl., Ex. 1 (RAVINE0022794) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Varghese Decl., Ex. 2 (RAVINE0022834) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Varghese Decl., Ex. 3 (RAVINE0022858) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Varghese Decl., Ex. 4 (RAVINE0000004) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Varghese Decl., Ex. 5 (RAVINE0000006) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Varghese Decl., Ex. 6 (RAVINE0022674) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Varghese Decl., Ex. 7 (RAVINE0022675) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |

| Document | Portion to be Filed Under Seal | Designating Party | Basis for Provisional Sealing |
|---|---|---|---|
| Varghese Decl., Ex. 8 (RAVINE0022690) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Varghese Decl., Ex. 9 (RAVINE0022693) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Varghese Decl., Ex. 10 (RAVINE0022696) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Millard Decl., Ex. 11 (Ravine Tr. 1) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Millard Decl., Ex. 12 (Ravine Tr. 2) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |
| Millard Decl., Ex. 13 (McCurry Tr.) | Entire Document | Defendants | Defendants have designated the document as "Highly Confidential" |

In compliance with Northern District of California Civil Local Rule 79-5(f), Plaintiff OpenAI is hereby moving the court to consider whether the documents identified above should be sealed. At this time, Plaintiff OpenAI has not taken a position regarding whether information designated by Defendants as confidential may be sealed under the appropriate Ninth Circuit authorities. Plaintiff OpenAI expects Defendants will file papers supporting its confidentiality designations within seven days, as required by Local Rule 79-5(f)(3); and Defendants reserves their right to respond to Plaintiff's filing pursuant to Local Rule 79-5(f)(4).

ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED

1    DATED: December 19, 2024          Respectfully submitted,

2                                      QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
3

4
                                       By _____/s/ Margret M. Caruso_____
5                                              Margret M. Caruso
                                               Attorney for OpenAI, Inc.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIAL SHOULD BE SEALED