Perahia Declaration


# Exhibit D

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87178985**
**Filing Date: 09/21/2016**

*NOTE: Data fields with the* * *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | OpenAI |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | OpenAI |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | OpenAI, Inc. |
| *STREET | 3180 18th St Ste 100 |
| *CITY | San Francisco |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 94110 |
| PHONE | 6503876701 |
| EMAIL ADDRESS | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| WEBSITE ADDRESS | http://openai.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |

| | |
|---|---|
| **\*IDENTIFICATION** | Computer software for **artificial intelligence** |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 04/27/2016 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 04/27/2016 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-20428126158-2016092015392481 0231_._Specimen.pdf |
| **CONVERTED PDF FILE(S)** **(1 page)** | \\TICRS\EXPORT17\IMAGEOUT17\871\789\87178985\xml1\FTK0003.JPG |
| **SPECIMEN DESCRIPTION** | The specimen shows a website for downloading OpenAI computer software. The software is identified by the OpenAI logo and a big green "download" button is displayed on the web page. |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| **\*TRANSLATION** (if applicable) | |
| **\*TRANSLITERATION** (if applicable) | |
| **\*CLAIMED PRIOR REGISTRATION** (if applicable) | |
| **\*CONSENT (NAME/LIKENESS)** (if applicable) | |
| **\*CONCURRENT USE CLAIM** (if applicable) | |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **\*NAME** | OpenAI, Inc. |
| **FIRM NAME** | OpenAI, Inc. |
| **\*STREET** | 3180 18th St Ste 100 |
| **\*CITY** | San Francisco |
| **\*STATE** (Required for U.S. addresses) | California |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** | 94110 |
| **PHONE** | 6503876701 |
| **\*EMAIL ADDRESS** | uspto@openai.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 225 |
| **\*TOTAL FEE PAID** | 225 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **\* SIGNATURE** | /Chris Clark/ |
| **\* SIGNATORY'S NAME** | Chris Clark |
| **\* SIGNATORY'S POSITION** | COO |

| | |
|---|---|
| **SIGNATORY'S PHONE NUMBER** | 6503876701 |
| **\* DATE SIGNED** | 09/21/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

### Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 87178985**
**Filing Date: 09/21/2016**

## To the Commissioner for Trademarks:

**MARK:** OpenAI (Standard Characters, see mark)
The literal element of the mark consists of OpenAI.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, OpenAI, Inc., a corporation of Delaware, having an address of
    3180 18th St Ste 100
    San Francisco, California 94110
    United States
    6503876701(phone)
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 009:  Computer software for artificial intelligence

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 04/27/2016, and first used in commerce at least as early as 04/27/2016, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) The specimen shows a website for downloading OpenAI computer software. The software is identified by the OpenAI logo and a big green "download" button is displayed on the web page..

**Original PDF file:**
SPE0-20428126158-20160920153924810231_._Specimen.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

For informational purposes only, applicant's website address is: http://openai.com
The applicant's current Correspondence Information:
    OpenAI, Inc.
    OpenAI, Inc.
    3180 18th St Ste 100
    San Francisco, California 94110
    6503876701(phone)
    uspto@openai.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Chris Clark/   Date Signed: 09/21/2016
Signatory's Name: Chris Clark
Signatory's Position: COO


RAM Sale Number: 87178985
RAM Accounting Date: 09/22/2016

Serial Number: 87178985
Internet Transmission Date: Wed Sep 21 18:00:54 EDT 2016
TEAS Stamp: USPTO/FTK-XXX.XX.XXX.XXX-201609211800547
49614-87178985-550bc1a1caa1e58191ac8b3fa
33e286726bf5398de785e984b2c413f351d5dc29
63-CC-5233-20160920153924810231

OpenAI

