# Perahia Declaration

# Exhibit E

# CORSEARCH

**Date Generated:** December 17, 2024

**Jurisdiction:** US Federal
**Reference: OPAI5002**

| Mark Watched: | Mark/Name Found: |
|---|---|
| OpenAI | OPENAI |
| | OPENAI |
| *Class(es):* **9, 35, 38, 41, 42, 45** | *Register:* USA<br>*Class(es):* **38, 45** |
| | *App. n°:* 98-010861 - May 24, 2023 |
| | *Reg.Owner:* Openai, Inc. (Delaware Corp.) |
| | *Goods/Services:*<br>Int'l Class 38 (U.S. Class: 100, 101, 104)<br>Providing access to databases; providing internet chatrooms; providing online forums; computer services, namely, providing access to databases featuring news and information in the fields of artificial intelligence, machine learning, and software development; providing online chat rooms and bulletin boards for transmission of messages among computer users concerning artificial intelligence, machine learning, and software development; providing online forums for transmission of messages among computer users concerning artificial intelligence, machine learning, and software development; providing user access to computer programs in data networks; provision of access to a global computer network; communication services, namely, electronic transmission of data and documents among computer users; streaming of data; transmission of digital files; transmission of electronic mail; providing online bulletin boards over the internet; electronic mail and messaging services; transmission of news<br>Int'l Class 45 (U.S. Class: 100, 101)<br>Online social networking services; online social networking services in the fields of artificial intelligence, machine learning, and software and application development; content moderation for internet chatrooms |

***Status:*** Pending - Initialized, May 27, 2023
***Location Date:*** May 27, 2023
***Date Provided:*** June 5, 2023

**Applicant**
 Openai, Inc. (Delaware Corp.)
 3180 18th St., Suite 100
 San Francisco, California 94110

**Correspondent:**
 Rebecca Mccurry
 Pirkey Barber Pllc
 1801 East 6th Street, Suite 300
 Austin, TX 78702

**ADDITIONAL INFO.**

**Additional Info:**
 Filed as intent to use

**Events:**
 May 27, 2023 - New Application Entered In Tram
 © 2024 Corsearch