QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
 bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000

Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron H. Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 S. Figueroa St., 10th Fl.
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000

Sam S. Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:     (415) 875-6600

Dylan I. Scher (*pro hac vice*)
 dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone:     (212) 849-7000

*Attorneys for OpenAI, Inc.*

GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
 osnyder@gibsondunn.com
200 Park Avenue
New York, New York 10166
Telephone:     (212) 351-4000

Brian M. Lutz (Bar No. 255976)
 blutz@gibsondunn.com
Rosemarie T. Ring (Bar No. 220769)
 rring@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:     (415) 393-8200

*Attorneys for OpenAI, Inc.; Samuel Altman;
and Gregory Brockman*

Jason H. Wilson (Bar No. 140269)
 jwilson@willenken.com
David S. Harris (Bar No. 255557)
Ashley L. Kirk (Bar No. 291012)
 akirk@willenken.com
Kirby Hsu (Bar No. 312535)
 khsu@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:  (213) 955-9250

*Attorneys for Open Artificial
Intelligence, Inc. and Guy Ravine*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY**<br><br>Complaint Filed: August 4, 2023 |

### STIPULATION

Pursuant to Federal Rule of Civil Procedure 29(b) and Civil Local Rule 7-12, Plaintiff/Counterclaim-Defendant OpenAI, Inc., on the one hand, and Defendant/Counterclaimant Open Artificial Intelligence, Inc. and Defendant/Counterclaimant Guy Ravine (collectively, "Defendants"), on the other hand (collectively, "Parties"), stipulate as follows:

WHEREAS, on March 26, 2024, this Court issued the Case Management and Pretrial Order (Dkt. 74), which set the Non-Expert Discovery Cutoff for December 12, 2024;

WHEREAS, pursuant to Local Rule 37-3, the Parties are not permitted to file any motions related to non-expert discovery more than seven days after the discovery cut-off, *i.e.*, no later than December 19, 2024;

WHEREAS, in the weeks leading up to the December 19, 2024 deadline to file discovery motions, the parties have been engaging in good faith meet-and-confer efforts to resolve various discovery disputes in the hopes of avoiding or limiting motion practice;

WHEREAS, as a result of these good faith meet-and-confer efforts, the parties have reached several compromises to provide additional discovery (including, but not limited to, an additional deposition, additional document productions, and supplemental written responses), but need more time to fulfill these compromises;

NOW THEREFORE, the Parties agree and respectfully request the Court order as follows:

1.  On or before January 7, 2025, the Parties shall complete their agreed-upon additional discovery to comply with the parties' agreements, as set forth in counsel's email dated December 19, 2024.  Pursuant to Local Rule 37-3, any motion related to any of the above discovery must be brought by January 14, 2025;

2.  The deposition of Janine Korovesis will be held on January 14, 2025, and, pursuant to Local Rule 37-3, any motion related to the deposition must be brought by January 21, 2025; and

3.  No other deadlines set by the Court shall be affected.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  December 20, 2024                    Quinn Emanuel Urquhart & Sullivan, LLP

By: _/s/ Margret M. Caruso_____
    Margret M. Caruso
    *Attorney for OpenAI, Inc.*


Dated:  December 20, 2024                    Willenken LLP


By: __/s/ Jason H. Wilson_____
    Jason H. Wilson
    *Attorney for Open Artificial Intelligence, Inc.*
    *and Guy Ravine*

**<u>SIGNATURE ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(i)(3), I, the filer of this document, attests that all signatories have concurred in the filing of this document.

Dated:  December 20, 2024

Quinn Emanuel Urquhart & Sullivan, LLP

By:   */s/ Margret M. Caruso*
         Margret M. Caruso

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. On or before January 7, 2025, the Parties shall complete their agreed-upon additional discovery to comply with the parties' agreements, as set forth in counsel's email dated December 19, 2024.  Pursuant to Local Rule 37-3, any motion related to any of the above discovery must be brought by January 14, 2025.

2. The deposition of Janine Korovesis will be held on January 14, 2025, and, pursuant to Local Rule 37-3, any motion related to that deposition must be brought by January 21, 2025; and

3. No other deadlines set by the Court shall be affected.


Dated: _____                _____
                                              Yvonne Gonzalez Rogers
                                              United States District Judge