| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Robert P. Feldman (Bar No. 69602)<br> bobfeldman@quinnemanuel.com<br>Margret M. Caruso (Bar No. 243473)<br> margretcaruso@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:    (650) 801-5000<br><br>Robert M. Schwartz (Bar No. 117166)<br> robertschwartz@quinnemanuel.com<br>Aaron H. Perahia (Bar No. 304554)<br> aaronperahia@quinnemanuel.com<br>865 S. Figueroa St., 10th Fl.<br>Los Angeles, California 90017-2543<br>Telephone:    (213) 443-3000<br><br>Sam S. Stake (Bar No. 257916)<br> samstake@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4624<br>Telephone:    (415) 875-6600<br><br>Dylan I. Scher (*pro hac vice*)<br> dylanscher@quinnemanuel.com<br>295 Madison Avenue<br>New York, NY 10016<br>Telephone:    (212) 849-7000<br><br>*Attorneys for OpenAI, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br> osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br><br>Brian M. Lutz (Bar No. 255976)<br> blutz@gibsondunn.com<br>Rosemarie T. Ring (Bar No. 220769)<br> rring@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone: (415) 393-8200<br><br>*Attorneys for OpenAI, Inc., Samuel Altman, and Gregory Brockman* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>                    Defendants. | Case No. 4:23-CV-03918-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF MICHAEL TRINH IN SUPPORT OF PLAINTIFF OPENAI, INC.'S SEALING STATEMENT**<br><br>Date:    December 26, 2024 |

# DECLARATION OF MICHAEL TRINH

I, Michael Trinh, declare as follows:

1. I am Associate General Counsel at OpenAI, Inc. ("OpenAI"). I submit this declaration in support of OpenAI's Motion to Seal dated December 26, 2024. I understand that, in connection with a letter brief (Dkt. 165), Defendants Open Artificial Intelligence, Inc. and Guy Ravine (together, "Defendants") filed certain documents that OpenAI produced in discovery and designated under the Stipulated Protective Order in this action (Dkt. 98). Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. In my role as OpenAI's Associate General Counsel, I am familiar with OpenAI's business practice of keeping confidential documents that OpenAI considers competitively sensitive. These documents are kept confidential because their disclosure could harm OpenAI's competitive position.

3. The following documents that Defendants filed include OpenAI's competitively sensitive information that OpenAI seeks to keep confidential:

   a. Dkt. 169-1 is the Joint Letter regarding Defendants' Requests for Production of Documents and Corresponding Document Production. The highlighted portions on page 2 reveal the contents of OpenAI's confidential, competitively-sensitive market research.

   b. The highlighted portions on pages 2-3 of Dkt. 169-2 (Brewer Decl.) reveal the contents of OpenAI's confidential, competitively-sensitive market research.

   c. Dkt. 169-4 (Brewer Decl. Ex. 7) consists of materials that reflect OpenAI's confidential, competitively-sensitive market research.

   d. Dkt. 169-5 (Brewer Decl. Ex. 8) consists of materials that reflect OpenAI's confidential, competitively-sensitive market research.

   e. Dkt. 169-6 (Brewer Decl. Ex. 9) is a copy of transcript excerpts from the deposition of James Dyett, Head of Platform Sales at OpenAI. The highlighted portions on pages 160-161, 164-166, 168-170, and 172-176 (following the pagination centered in the

1  transcript's footer) reveal the contents of OpenAI's confidential, competitively-
2  sensitive market research.

3  I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.

5  Executed on December 26, 2024, at Redwood City, California.

*Signed by:*

*Michael Trinh*

—75B212068FA5466...

Michael Trinh