1    QUINN EMANUEL URQUHART &         GIBSON, DUNN & CRUTCHER LLP
     SULLIVAN, LLP                    Orin Snyder (*pro hac vice*)
2    Robert P. Feldman (Bar No. 69602)   osnyder@gibsondunn.com
      bobfeldman@quinnemanuel.com     200 Park Avenue
3    Margret M. Caruso (Bar No. 243473)  New York, New York 10166
      margretcaruso@quinnemanuel.com  Telephone:    (212) 351-4000
4    555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, California 94065-2139   Brian M. Lutz (Bar No. 255976)
5    Telephone:    (650) 801-5000       blutz@gibsondunn.com
                                       Rosemarie T. Ring (Bar No. 220769)
6    Robert M. Schwartz (Bar No. 117166)   rring@gibsondunn.com
      robertschwartz@quinnemanuel.com  One Embarcadero Center, Suite 2600
7    Aaron H. Perahia (Bar No. 304554)  San Francisco, California 94111-3715
      aaronperahia@quinnemanuel.com    Telephone:    (415) 393-8200
8    865 S. Figueroa St., 10th Fl.
     Los Angeles, California 90017-2543   *Attorneys for OpenAI, Inc.; Samuel Altman;*
9    Telephone:    (213) 443-3000       *and Gregory Brockman*

10   Sam S. Stake (Bar No. 257916)
      samstake@quinnemanuel.com
11   50 California Street, 22nd Floor
     San Francisco, California 94111-4624
12   Telephone:    (415) 875-6600

13   Dylan I. Scher (*pro hac vice*)
      dylanscher@quinnemanuel.com
14   295 Fifth Avenue
     New York, New York 10016
15   Telephone:    (212) 849-7000

16   *Attorneys for OpenAI, Inc.*

17                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
18

19   OPENAI, INC. a Delaware corporation,      Case No: 4:23-cv-03918-YGR

20              Plaintiffs,                     Hon. Yvonne Gonzalez Rogers

21        v.                                    **[PROPOSED] ORDER GRANTING**
                                                **PLAINTIFF'S MOTION TO SEAL**
22   OPEN ARTIFICIAL INTELLIGENCE,             **DOCUMENTS SUBMITTED WITH**
     INC., a Delaware corporation; and GUY     **DEFENDANTS' JOINT LETTER FILED**
     RAVINE, an individual,                     **PURSUANT TO LOCAL RULES 79-**
23                                              **5(F)(3) AND 79(C)(1)**
                Defendants.
24

25

26

27

28

1   Now before the Court is Plaintiff OpenAI, Inc.'s ("OpenAI") Sealing Statement Regarding

2   Documents Submitted with Defendants' Joint Letter Filed Pursuant to Local Rules 79-5(f)(3) and

3   79(c)(1).

4   Having considered OpenAI's sealing statement, the supporting declaration, and other

5   materials filed on the Court's docket, and good cause having been shown, the Court hereby GRANTS

6   OpenAI's sealing statement.  The following materials, designated by OpenAI, shall be filed under

7   seal:

8   **I.     OPENAI MOVES TO SEAL THE FOLLOWING INFORMATION**

| Document | Portion to be Filed Under Seal | Reason | Result |
|---|---|---|---|
| Joint Letter re: Defendants' Requests for Production of Documents and Corresponding Document Production (Dkt. 169-1). | Highlighted text appearing on page 2 of Exhibit A to the Perahia Declaration (Dkt. 173-1). | The highlighted portions of the Joint Letter re: Defendants' Requests for Production of Documents and Corresponding Document Production reveal the contents of OpenAI's confidential, competitively-sensitive market research.  Publicly disclosing that information could harm OpenAI's competitive standing. *See* Perahia Decl. ¶ 3(a). | GRANTED |
| Declaration of Breeanna N. Brewer (Dkt. 169-2). | Highlighted text appearing on pages 2-3 of Exhibit B to the Perahia Declaration (Dkt. 173-2). | The highlighted portions of the Brewer Declaration reveal the contents of OpenAI's confidential, competitively-sensitive market research.  Publicly disclosing that information could harm OpenAI's competitive standing. *See* Perahia Decl. ¶3(b). | GRANTED |
| Declaration of Breeanna N. Brewer, Ex. 7 (Dkt. 169-4). | Entire document (Dkt. 169-4). | The entirety of Exhibit 7 of the Brewer Declaration consists of materials that reveal the contents of OpenAI's confidential, competitively-sensitive market research.  Publicly disclosing that information could harm OpenAI's | GRANTED |

| | | competitive standing. *See* Perahia Decl. ¶ 3(c). | |
|---|---|---|---|
| Declaration of Breeanna N. Brewer, Ex. 8 (Dkt. 169-5). | Entire document (Dkt. 169-5). | The entirety of Exhibit 8 of the Brewer Declaration consists of materials that reveal the contents of OpenAI's confidential, competitively-sensitive market research.  Publicly disclosing that information could harm OpenAI's competitive standing. *See* Perahia Decl. ¶ 3(d). | GRANTED |
| Declaration of Breeanna N. Brewer, Ex. 9 (Dkt. 169-6). | Highlighted text appearing on pages 160-161, 164-166, 168-170, and 172-176 (following the pagination centered in the transcript's footer), as reflected in Exhibit C to the Perahia Declaration (Dkt. 173-3). | The highlighted portions of Exhibit 9 of the Brewer Declaration reveal the contents of OpenAI's confidential, competitively-sensitive market research.  Publicly disclosing that information could harm OpenAI's competitive standing. *See* Perahia Decl. ¶ 3(e). | GRANTED |

**IT IS SO ORDERED.**

DATED:_____          _____

Judge Yvonne Gonzalez Rogers
United States District Judge

2