1 | Jason H. Wilson (Bar No. 140269)
jwilson@willenken.com
Ashley L. Kirk (Bar No. 291012)
akirk@willenken.com
David S. Harris (Bar No. 255557)
dharris@willenken.com
Breeanna N. Brewer (Bar No. 312269)
bbrewer@willenken.com
Michelle K. Millard (Bar No. 298245)
mmillard@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Facsimile:  (213) 955-9250

Joshua M. Masur (Bar No. 203510)
joshua.masur@hglaw.com
HALEY GUILIANO LLP
111 North Market Street, Suite 900
San Jose, California 95113
Telephone:  (669) 213-1056

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Defendants. | Case No.: 4:23-cv-03918-YGR<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers<br><br>**NOTICE OF ERRATA REGARDING PUBLIC VERSION OF JOINT LETTER (DKT. NO. 65) AND REDACTED DECLARATION OF BREEANNA N. BREWER (DKT. NO. 65-1)** |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Counterclaimants,<br><br>v.<br><br>OPENAI, INC., a Delaware corporation; SAMUEL ALTMAN, an individual; and GREGORY BROCKMAN, an individual,<br><br>Counterclaim-Defendants. | |

Case No.: 4:23-cv-03918-YGR

NOTICE OF ERRATA

1032263.1

# NOTICE OF ERRATA

**TO THE COURT, THE PARTIES, AND THE PARTIES' COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 26, 2024, Plaintiff OpenAI, Inc. ("Plaintiff") requested that additional information be redacted from (1) the public redacted version of the joint letter brief submitted by Plaintiff and Defendants Open Artificial Intelligence, Inc,. and Guy Ravine ("Defendants") regarding an open discovery dispute concerning Plaintiff's deficient responses to Defendants' Requests for Production of Documents (Sets One and Two) (the "RFPs") and corresponding document production (Dkt. No. 165, the "Joint Letter"), and (2) the Redacted Declaration of Breeanna N. Brewer (Dkt. No. 165-1, the "Brewer Declaration"). Defendants do not oppose these additional redactions. Attached hereto as **Exhibit A** is a replacement public version of the Joint Letter that should replace Dkt. No. 165. Attached hereto as **Exhibit B** is a replacement public version of the Brewer Declaration that should replace Dkt. No. 165-1.

Dated: December 30, 2024

Respectfully submitted,

WILLENKEN LLP

By:   /s/ *Jason H. Wilson*
Jason H. Wilson
Attorneys for Defendants & Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE