UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03918-YGR (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 166, 167 |

　　　　OpenAI, Inc., may depose defendant Guy Ravine for an additional 2.5 hours. The deposition must take place by January 21, 2025. OpenAI need not identify beforehand documents it intends to use at the deposition.[1]

　　　　The Court denies without prejudice OpenAI's request for an order that would compel Ravine to answer all questions falling within the scope of OpenAI's list of topics. *See* Dkt. 166 at 4. If OpenAI asks questions on these topics and Ravine unreasonably refuses to answer them, OpenAI may renew its request to compel.

　　　　　　　　　　　　　　　　　　* * *

　　　　The Court grants Ravine's request to seal exhibits to the joint letter brief discussing his personal health information and to redact nonparties' email addresses.

　　　　The Court denies Ravine's request to seal essentially all information about his

---

[1] OpenAI timely filed its request for more deposition time within 7 days of the fact discovery cutoff. *See* Dkt. 166; Civil L.R. 37-3.

business ventures mentioned in the exhibits and joint letter brief. Ravine hasn't identified any trade secrets or convinced the Court that "specific prejudice or harm will result" if information about his business ventures is made public. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1130 (9th Cir. 2003). For example, Ravine hasn't explained how he would suffer competitive harm if the discussion about how he sought to build a "truly open AI alliance" to "tilt the AI community's mindshare back from the closed OpenAI" were publicly disclosed. Dkt. 167-1 at 3. If certain information in the exhibits and joint letter brief is truly commercially sensitive, the Court will allow Ravine to move again to seal it by January 13, 2025. His current request is overbroad and thus denied.

**IT IS SO ORDERED.**

Dated: January 6, 2025

_____
Alex G. Tse
United States Magistrate Judge