| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Robert P. Feldman (Bar No. 69602)<br> bobfeldman@quinnemanuel.com<br>Margret M. Caruso (Bar No. 243473)<br> margretcaruso@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:     (650) 801-5000<br><br>Robert M. Schwartz (Bar No. 117166)<br> robertschwartz@quinnemanuel.com<br>Aaron H. Perahia (Bar No. 304554)<br> aaronperahia@quinnemanuel.com<br>865 S. Figueroa St., 10th Fl.<br>Los Angeles, California 90017-2543<br>Telephone:     (213) 443-3000<br><br>Sam S. Stake (Bar No. 257916)<br> samstake@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4624<br>Telephone:     (415) 875-6600<br><br>Dylan I. Scher (*pro hac vice*)<br> dylanscher@quinnemanuel.com<br>295 Fifth Avenue<br>New York, New York 10016<br>Telephone:     (212) 849-7000<br><br>*Attorneys for OpenAI, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br> osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:     (212) 351-4000<br><br>Brian M. Lutz (Bar No. 255976)<br> blutz@gibsondunn.com<br>Rosemarie T. Ring (Bar No. 220769)<br> rring@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, California 94111-3715<br>Telephone:     (415) 393-8200<br><br>*Attorneys for OpenAI, Inc.; Samuel Altman; and Gregory Brockman*<br><br>Jason H. Wilson (Bar No. 140269)<br> jwilson@willenken.com<br>David S. Harris (Bar No. 255557)<br>Ashley L. Kirk (Bar No. 291012)<br> akirk@willenken.com<br>Kirby Hsu (Bar No. 312535)<br> khsu@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240<br>Facsimile: (213) 955-9250<br><br>*Attorneys for Open Artificial Intelligence, Inc. and Guy Ravine* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: DISCOVERY**<br><br>Complaint Filed: August 4, 2023 |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 29(b) and Civil Local Rule 7-12, Plaintiff/Counterclaim-Defendant OpenAI, Inc., on the one hand, and Defendant/Counterclaimant Open Artificial Intelligence, Inc. and Defendant/Counterclaimant Guy Ravine (collectively, "Defendants"), on the other hand (collectively, "Parties"), stipulate as follows:

WHEREAS, on March 26, 2024, this Court issued the Case Management and Pretrial Order (Dkt. 74), which set the Non-Expert Discovery Cutoff for December 12, 2024;

WHEREAS, pursuant to Local Rule 37-3, the Parties are not permitted to file any motions related to non-expert discovery more than seven days after the discovery cut-off, *i.e.*, no later than December 19, 2024;

WHEREAS, as a result of good faith meet-and-confer efforts, the parties reached several compromises before the December 19, 2024 deadline to file discovery motions to provide additional discovery, including a deposition of Janine Korovesis, but needed more time to fulfill these compromises;

WHEREAS, this Court ordered (Dkt. 175) that the Parties complete the deposition of Janine Korovesis on January 14, 2025, and that any motion related to the deposition must be brought by January 21, 2025;

WHEREAS, a dispute has arisen following the deposition of Janine Korovesis, but the parties have engaged and continue to engage in good faith meet-and-confer efforts to resolve that dispute; and

WHEREAS, the parties need more time to complete their meet-and-confer efforts.

NOW THEREFORE, the Parties agree and respectfully request the Court order as follows:

1. Plaintiff shall inform Defendants of the additional discovery that Plaintiff intends to produce following the deposition of Janine Korovesis by January 24, 2025, and Plaintiff shall produce such additional discovery by January 28, 2025;

2. Pursuant to Local Rule 37-3, any motion related to the deposition of Janine Korovesis must be brought by February 4, 2025;

3. Defendants' experts will be permitted to supplement their reports with any new information in the additional discovery that Plaintiff provides; and

4. No other deadlines set by the Court shall be affected.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 21, 2025         Quinn Emanuel Urquhart & Sullivan, LLP

By: */s/ Margret M. Caruso*
  Margret M. Caruso
  *Attorney for OpenAI, Inc.*

Dated: January 21, 2025         Willenken LLP

By: */s/ Jason H. Wilson*
  Jason H. Wilson
  *Attorney for Open Artificial Intelligence, Inc. and Guy Ravine*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, the filer of this document, attests that all signatories have concurred in the filing of this document.

Dated:  January 21, 2025                                Quinn Emanuel Urquhart & Sullivan, LLP

                                                                      By:   */s/ Margret M. Caruso*
                                                                                Margret M. Caruso

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Plaintiff shall inform Defendants of the additional discovery that Plaintiff intends to produce following the deposition of Janine Korovesis by January 24, 2025, and Plaintiff shall produce such additional discovery by January 28, 2025;

2. Pursuant to Local Rule 37-3, any motion related to the deposition of Janine Korovesis must be brought by February 4, 2025;

3. Defendants' experts will be permitted to supplement their reports with any new information in the additional discovery that Plaintiff provides; and

4. No other deadlines set by the Court shall be affected.

Dated: January 23, 2025

Yvonne Gonzalez Rogers
United States District Judge

-4-