| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Robert P. Feldman (Bar No. 69602)<br> bobfeldman@quinnemanuel.com<br>Margret M. Caruso (Bar No. 243473)<br> margretcaruso@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:     (650) 801-5000<br><br>Robert M. Schwartz (Bar No. 117166)<br> robertschwartz@quinnemanuel.com<br>Aaron H. Perahia (Bar No. 304554)<br> aaronperahia@quinnemanuel.com<br>865 S. Figueroa St., 10th Fl.<br>Los Angeles, California 90017-2543<br>Telephone:     (213) 443-3000<br><br>Sam S. Stake (Bar No. 257916)<br> samstake@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4624<br>Telephone:     (415) 875-6600<br><br>Dylan I. Scher (*pro hac vice*)<br> dylanscher@quinnemanuel.com<br>295 Fifth Avenue<br>New York, New York 10016<br>Telephone:     (212) 849-7000<br><br>*Attorneys for OpenAI, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br> osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:     (212) 351-4000<br><br>Brian M. Lutz (Bar No. 255976)<br> blutz@gibsondunn.com<br>Rosemarie T. Ring (Bar No. 220769)<br> rring@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, California 94111-3715<br>Telephone:     (415) 393-8200<br><br>*Attorneys for OpenAI, Inc.; Samuel Altman; and Gregory Brockman*<br><br>Jason H. Wilson (Bar No. 140269)<br> jwilson@willenken.com<br>David S. Harris (Bar No. 255557)<br>Ashley L. Kirk (Bar No. 291012)<br> akirk@willenken.com<br>Kirby Hsu (Bar No. 312535)<br> khsu@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240<br>Facsimile:  (213) 955-9250<br><br>*Attorneys for Open Artificial Intelligence, Inc. and Guy Ravine* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: DISCOVERY**<br><br>Complaint Filed: August 4, 2023 |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 29(b) and Civil Local Rule 7-12, Plaintiff/Counterclaim-Defendant OpenAI, Inc., on the one hand, and Defendant/Counterclaimant Open Artificial Intelligence, Inc. and Defendant/Counterclaimant Guy Ravine (collectively, "Defendants"), on the other hand (collectively, "Parties"), stipulate as follows:

WHEREAS, on March 26, 2024, this Court issued the Case Management and Pretrial Order (Dkt. 74), establishing the Non-Expert Discovery Cutoff as December 12, 2024;

WHEREAS, under Local Rule 37-3, the Parties may not file any motions related to non-expert discovery after seven days following the cutoff—that is, no later than December 19, 2024;

WHEREAS, through good faith meet-and-confer efforts, the Parties reached several compromises before the December 19, 2024 deadline for filing discovery motions—including scheduling the deposition of Janine Korovesis—but required additional time to fulfill these agreements;

WHEREAS, this Court subsequently ordered (Dkt. 175) that the deposition of Janine Korovesis be completed on January 14, 2025, with any related motions to be brought by January 21, 2025;

WHEREAS, a dispute arose following the deposition of Janine Korovesis;

WHEREAS, the Parties engaged in good faith discussions regarding the dispute and, as a result of those discussions, the Parties stipulated (and the Court subsequently ordered) that the deadline to bring any motion related to Janine Korovesis's deposition would be extended until February 4, 2025 (Dkt. 184);

WHEREAS, since that time, the Parties have continued to meet and confer in good faith and are optimistic that they can still reach a compromise following Plaintiff's production of additional documents; and

WHEREAS, the Parties require additional time to complete their meet-and-confer efforts and reach a compromise.

NOW, THEREFORE, the Parties agree and respectfully request that the Court issue an order as follows:

1.    Any motion related to the deposition of Janine Korovesis shall be filed no later than two business days after Plaintiff completes its production, which shall be no later than February 6, 2025;

-2-

2. Defendants' experts shall be permitted to supplement their reports with any new information obtained in the additional discovery provided by Plaintiff; and

3. No other Court-set deadlines shall be affected.

**IT IS SO STIPULATED.**

                                    Respectfully submitted,

Dated: February 3, 2025                 Quinn Emanuel Urquhart & Sullivan, LLP

                                    By: */s/ Margret M. Caruso*
                                         Margret M. Caruso
                                         *Attorney for OpenAI, Inc.*

Dated: February 3, 2025                 Willenken LLP

                                      By: */s/ Jason H. Wilson*
                                         Jason H. Wilson
                                         *Attorney for Open Artificial Intelligence, Inc. and Guy Ravine*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, the filer of this document, attests that all signatories have concurred in the filing of this document.

Dated: February 3, 2025                                      Quinn Emanuel Urquhart & Sullivan, LLP

                                                                         By:  */s/ Margret M. Caruso*
                                                                                Margret M. Caruso

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Any motion related to the deposition of Janine Korovesis shall be filed no later than two business days after Plaintiff completes its production, which shall be no later than February 6, 2025;

2. Defendants' experts shall be permitted to supplement their reports with any new information obtained in the additional discovery provided by Plaintiff; and

3. No other Court-set deadlines shall be affected.

Dated: February 4, 2025

Yvonne Gonzalez Rogers
United States District Judge