UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPEN ARTIFICIAL INTELLIGENCE, INC., et al., <br><br> Defendants. | Case No. 23-cv-03918-YGR (AGT) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. Nos. 182, 183 |

      OpenAI may depose defendant Guy Ravine for 2.5 more hours. The additional time is warranted because Ravine impeded his most recent deposition by asserting his own legal objections, giving evasive and unresponsive answers, and obstructing OpenAI's efforts to refresh his recollection with emails he sent or received. If Ravine doesn't understand a question, he can so indicate. But only his attorney can object to the form of a question.

      Unless the parties obtain the Court's leave, the supplemental deposition must occur by February 21, 2025. It may be conducted on a remote platform like Zoom.

      The motion to seal (dkt. 183) is granted in part. Ravine may seal his privilege log and personal health information, but he may not seal anything else in or attached to the joint

letter brief. He hasn't identified any trade secrets or convinced the Court that "specific prejudice or harm will result" if information about his business ventures or litigation funding is made public. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1130 (9th Cir. 2003). By February 18, 2025, OpenAI must publicly file the joint letter brief and its exhibits subject to the abovementioned exceptions.

**IT IS SO ORDERED.**

Dated: February 12, 2025

Alex G. Tse
United States Magistrate Judge