QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000

Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Aaron H. Perahia (Bar No. 304554)
  aaronperahia@quinnemanuel.com
865 S. Figueroa St., 10th Fl.
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000

Sam S. Stake (Bar No. 257916)
  samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:     (415) 875-6600

Dylan I. Scher (*pro hac vice*)
  dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone:     (212) 849-7000

*Attorneys for OpenAI, Inc.*

GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, New York 10166
Telephone:     (212) 351-4000

Brian M. Lutz (Bar No. 255976)
  blutz@gibsondunn.com
Rosemarie T. Ring (Bar No. 220769)
  rring@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:     (415) 393-8200

*Attorneys for OpenAI, Inc.; Samuel Altman; and Gregory Brockman*

Jason H. Wilson (Bar No. 140269)
  jwilson@willenken.com
David S. Harris (Bar No. 255557)
Ashley L. Kirk (Bar No. 291012)
  akirk@willenken.com
Kirby Hsu (Bar No. 312535)
  khsu@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:  (213) 955-9250

*Attorneys for Open Artificial Intelligence, Inc. and Guy Ravine*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY**<br><br>Complaint Filed: August 4, 2023 |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 29(b) and Civil Local Rule 7-12, Plaintiff/Counterclaim-Defendant OpenAI, Inc., on the one hand, and Defendant/Counterclaimant Open Artificial Intelligence, Inc. and Defendant/Counterclaimant Guy Ravine (collectively, "Defendants"), on the other hand (collectively, "Parties"), stipulate as follows:

WHEREAS, on January 8, the Court partially granted a motion to compel brought by Plaintiff and ordered (Dkt. No. 177) Defendants to produce additional documents;

WHEREAS, over the intervening weeks, the Parties stipulated to extensions of time for Plaintiff's motion relating to Defendants' production, culminating in a deadline of February 13, 2025. (*See* Dkt. 180, Dkt. 187, Dkt. 194, Dkt. 195.)

WHEREAS, on February 12, Plaintiff sent Defendants a portion of a joint letter regarding the redactions to the documents bearing Bates labels RAVINE0114604-612;

WHEREAS, on February 13, Defendants stated that they seek to resolve this dispute without motion practice, and offered to un-redact additional portions of the documents that they stated would help contextualize the redactions, produce a further revised privilege log, further meet and confer on the issue, and extend Plaintiff's motion deadline to February 18;

WHEREAS, Defendants then sent Plaintiff their portion of the joint letter regarding the redactions to the documents bearing Bates labels RAVINE0114604-612;

WHEREAS, Defendants then also produced a further revised privilege log;

WHEREAS, the Parties agreed to further meet and confer about Defendants' further revised privilege log and the additional portions of unredacted documents on February 14, 2025, to attempt to resolve this dispute without motion practice;

NOW THEREFORE, the Parties agree and respectfully request that the Court order as follows:

1. Defendants will produce documents bearing Bates labels RAVINE0114604-612 with fewer redactions by no later than 3:00 p.m. on February 14, 2025;

2. Any motion related to documents bearing Bates labels RAVINE0114604-612 shall be brought by February 14, 2025; and

-1-

3.  No other deadlines set by the Court shall be affected.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  February 13, 2025                    Quinn Emanuel Urquhart & Sullivan, LLP

By: _/s/ Margret M. Caruso_____
    Margret M. Caruso
    *Attorneys for OpenAI, Inc.*

Dated:  February 13, 2025                    Willenken LLP

By: _/s/ Jason H. Wilson_____
    Jason H. Wilson
    *Attorneys for Open Artificial Intelligence,*
    *Inc. and Guy Ravine*

STIPULATION AND [PROPOSED] ORDER

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, the filer of this document, attest that all signatories have concurred in the filing of this document.

Dated:  February 13, 2025                           Quinn Emanuel Urquhart & Sullivan, LLP

                                                    By:  _/s/ Margret M. Caruso_
                                                         Margret M. Caruso

STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1.  Defendants will produce documents bearing Bates labels RAVINE0114604-612 with fewer redactions by 3:00 p.m. on February 14, 2025;

2.  Any motion related to documents bearing Bates labels RAVINE0114604-612 shall be brought by February 14, 2025; and

3.  No other deadlines set by the Court shall be affected.


Dated: _____    _____

Yvonne Gonzalez Rogers
United States District Judge

STIPULATION AND [PROPOSED] ORDER