| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Robert P. Feldman (Bar No. 69602)<br> bobfeldman@quinnemanuel.com<br>Margret M. Caruso (Bar No. 243473)<br> margretcaruso@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:     (650) 801-5000<br><br>Robert M. Schwartz (Bar No. 117166)<br> robertschwartz@quinnemanuel.com<br>Aaron H. Perahia (Bar No. 304554)<br> aaronperahia@quinnemanuel.com<br>865 S. Figueroa St., 10th Fl.<br>Los Angeles, California 90017-2543<br>Telephone:     (213) 443-3000<br><br>Sam S. Stake (Bar No. 257916)<br> samstake@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4624<br>Telephone:     (415) 875-6600<br><br>Dylan I. Scher (*pro hac vice*)<br> dylanscher@quinnemanuel.com<br>295 Fifth Avenue<br>New York, New York 10016<br>Telephone:     (212) 849-7000<br><br>*Attorneys for OpenAI, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br> osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:     (212) 351-4000<br><br>Brian M. Lutz (Bar No. 255976)<br> blutz@gibsondunn.com<br>Rosemarie T. Ring (Bar No. 220769)<br> rring@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, California 94111-3715<br>Telephone:     (415) 393-8200<br><br>*Attorneys for OpenAI, Inc.; Samuel Altman; and Gregory Brockman*<br><br>Jason H. Wilson (Bar No. 140269)<br> jwilson@willenken.com<br>David S. Harris (Bar No. 255557)<br>Ashley L. Kirk (Bar No. 291012)<br> akirk@willenken.com<br>Kirby Hsu (Bar No. 312535)<br> khsu@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240<br>Facsimile:  (213) 955-9250<br><br>*Attorneys for Open Artificial Intelligence, Inc. and Guy Ravine* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>                  Plaintiff,<br><br>      v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>                  Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY**<br><br>Complaint Filed: August 4, 2023 |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 29(b) and Civil Local Rule 7-12, Plaintiff/Counterclaim-Defendant OpenAI, Inc., on the one hand, and Defendant/Counterclaimant Open Artificial Intelligence, Inc. and Defendant/Counterclaimant Guy Ravine (collectively, "Defendants"), on the other hand (collectively, "Parties"), stipulate as follows:

WHEREAS, on January 8, the Court partially granted a motion to compel brought by Plaintiff and ordered (Dkt. No. 177) Defendants to produce additional documents;

WHEREAS, over the intervening weeks, the Parties stipulated to extensions of time for Plaintiff's motion relating to Defendants' production, culminating in a deadline of February 13, 2025. (*See* Dkt. 180, Dkt. 187, Dkt. 194, Dkt. 195.)

WHEREAS, on February 12, Plaintiff sent Defendants a portion of a joint letter regarding the redactions to the documents bearing Bates labels RAVINE0114604-612;

WHEREAS, on February 13, Defendants stated that they seek to resolve this dispute without motion practice, and offered to un-redact additional portions of the documents that they stated would help contextualize the redactions, produce a further revised privilege log, further meet and confer on the issue, and extend Plaintiff's motion deadline to February 18;

WHEREAS, Defendants then sent Plaintiff their portion of the joint letter regarding the redactions to the documents bearing Bates labels RAVINE0114604-612;

WHEREAS, Defendants then also produced a further revised privilege log;

WHEREAS, the Parties agreed to further meet and confer about Defendants' further revised privilege log and the additional portions of unredacted documents on February 14, 2025, to attempt to resolve this dispute without motion practice;

NOW THEREFORE, the Parties agree and respectfully request that the Court order as follows:

1. Defendants will produce documents bearing Bates labels RAVINE0114604-612 with fewer redactions by no later than 3:00 p.m. on February 14, 2025;
2. Any motion related to documents bearing Bates labels RAVINE0114604-612 shall be brought by February 14, 2025; and

3. No other deadlines set by the Court shall be affected.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: February 13, 2025                Quinn Emanuel Urquhart & Sullivan, LLP

By: */s/ Margret M. Caruso*
    Margret M. Caruso
    *Attorneys for OpenAI, Inc.*

Dated: February 13, 2025                Willenken LLP

By: */s/ Jason H. Wilson*
    Jason H. Wilson
    *Attorneys for Open Artificial Intelligence, Inc. and Guy Ravine*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, the filer of this document, attest that all signatories have concurred in the filing of this document.

Dated: February 13, 2025                                Quinn Emanuel Urquhart & Sullivan, LLP

                                                        By:  */s/ Margret M. Caruso*
                                                             Margret M. Caruso

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Defendants will produce documents bearing Bates labels RAVINE0114604-612 with fewer redactions by 3:00 p.m. on February 14, 2025;

2. Any motion related to documents bearing Bates labels RAVINE0114604-612 shall be brought by February 14, 2025; and

3. No other deadlines set by the Court shall be affected.

Dated: February 14, 2025

Yvonne Gonzalez Rogers
United States District Judge