# Scher Declaration

# **Exhibit A**



# Transcript of Guy Ravine, Corporate Designee & Individually, Volume III

**Date:** January 15, 2025
**Case:** OpenAI, Inc. -v- Open Artificial Intelligence, Inc., et al.

**Planet Depos**

**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com

**www.planetdepos.com**

**Michigan #8598 | Nevada #089F | New Mexico #566**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


OPENAI, INC., a Delaware ) Case No.
corporation, ) 4:23-cv-03918-YGR
)
Plaintiff, )
)
vs. )
)
OPEN ARTIFICIAL INTELLIGENCE, )
INC., a Delaware corporation; )
and GUY RAVINE, an individual, )
)
Defendants. )
)



Videotaped Deposition of

OPEN ARTIFICIAL INTELLIGENCE, INC.

By and through its Designated Representative

GUY RAVINE

And in his Individual Capacity

Volume III

Redwood City, California

Wednesday, January 15, 2025

1:07 p.m.

--oOo--


Reported by:  Michael C. Rowell, California CSR #13494
              NCRA Registered Diplomate Reporter
              NCRA Certified Realtime Captioner

```
 1                    APPEARANCES:

 2    For the Plaintiff:

 3    QUINN EMANUEL URQUHART & SULLIVAN
      BY:  MARGRET M. CARUSO, ESQ.
 4         DYLAN SCHER, ESQ.
      555 Twin Dolphin Drive, 5th Floor
 5    Redwood City, CA  94065-2139
      650.801.5000
 6    MargretCaruso@QuinnEmanuel.com
      DylanScher@QuinnEmanuel.com
 7

 8    For the Defendants:

 9    WILLENKEN LLP
      BY:  JASON H. WILSON, ESQ.
10    707 Wilshire Boulevard #3850
      Los Angeles, CA  90017-3540
11    213.955.9240
      213.955.9250 Fax
12    JWilson@Willenken.com

13
      ARLENBACH LEGAL
14    BY:  SPENCER GUSICK, ESQ.
      315 Montgomery Street, Suite 1000
15    San Francisco, CA  94104
      415.994.7996
16    sg@arlenbach.com

17
      Also Present:  Stephen Davies, videographer
18
                      --oOo--
19

20

21

22

23

24

25
```

```
 1                  INDEX OF EXAMINATION

 2               WITNESS:   GUY RAVINE

 3      EXAMINATION BY                        PAGE

 4      Ms. Caruso                              5

 5


 6               EXHIBITS FOR REFERENCE

 7      EXHIBIT NO.   DESCRIPTION              PAGE

 8      EXHIBIT 300   Email dated 5/16/2019     47

 9      EXHIBIT 301   Email dated 8/10/2021     52

10      EXHIBIT 302   Email dated 7/13/2022     53

11      EXHIBIT 303   Email dated 3/24/2023     83

12      EXHIBIT 304   Email dated 2/23/2023     74
                      RAVINE26002 - 26004
13
        EXHIBIT 305   Email dated 2/23/2023     91
14                    RAVINE0022834

15                      --oOo--

16

17

18

19

20

21

22

23

24

25
```

1          BE IT REMEMBERED, that set on Wednesday, the

2     15th day of January, 2025, commencing at the hour of

3     1:07 p.m. (PST) thereof, at 555 Twin Dolphin Drive, 5th

4     Floor, Redwood City, California, before me, Michael C.

5     Rowell, a Certified Shorthand Reporter of the State of

6     California, there personally appeared

7                         GUY RAVINE,

8          having been called as a witness by the

9     Plaintiff, who, having been sworn by me to tell the

10    truth, the whole truth, and nothing but the truth, was

11    thereupon examined and testified as hereinafter set

12    forth:

13                        --oOo--

14         THE VIDEOGRAPHER:  Here marks the continuation        13:07:54

15    of the videotaped deposition of Guy Ravine in the matter   13:07:56

16    of OpenAI, Inc. versus Open Artificial Intelligence        13:07:59

17    Incorporated, et al., in the United States District        13:08:04

18    Court, the Northern District of California.                13:08:06

19         The videographer today is Stephen Davies,             13:08:09

20    representing Planet Depos.  This video deposition is       13:08:12

21    taking place at 555 Twin Dolphin Drive, Redwood Shores,    13:08:14

22    California.  The court reporter today is Mike Rowell,      13:08:21

23    representing Planet Depos.                                 13:08:25

24         The witness will now be sworn.                        13:08:25

25         THE REPORTER:  All right, Mr. Ravine.  If you         13:08:29

| | | |
|---|---|---|
| 1 | would please raise your right hand. | 13:08:29 |
| 2 | Do you swear or affirm, under penalty of | 13:08:30 |
| 3 | perjury, that the testimony you give in today's | 13:08:30 |
| 4 | proceedings will be the truth, the whole truth, and | 13:08:30 |
| 5 | nothing but the truth? | 13:08:41 |
| 6 | THE WITNESS:  Yes. | 13:08:41 |
| 7 | THE REPORTER:  Thank you. | 13:08:42 |
| 8 | EXAMINATION | 13:08:42 |
| 9 | BY MS. CARUSO: | 13:08:42 |
| 10 | Q.  Good afternoon, Mr. Ravine.  When did you | 13:08:49 |
| 11 | begin using the name Open AI to describe your expected | 13:08:51 |
| 12 | goods and services? | 13:08:55 |
| 13 | A.  Around -- well, around early 2015. | 13:09:00 |
| 14 | Q.  Why did you choose the name Open AI? | 13:09:12 |
| 15 | A.  Why did I choose the name Open AI?  Because | 13:09:15 |
| 16 | Open -- well, let me -- let me think.  I liked the name. | 13:09:29 |
| 17 | I thought the name was appropriate for the initiative | 13:09:46 |
| 18 | that I was creating.  Yeah. | 13:09:52 |
| 19 | Q.  Are there any other reasons? | 13:09:57 |
| 20 | A.  It was -- it was a good name.  I mean, it's | 13:10:18 |
| 21 | something that -- yeah, I like the name. | 13:10:21 |
| 22 | Q.  You said it was appropriate for the initiative | 13:10:29 |
| 23 | you were creating.  Why did you believe Open AI was | 13:10:32 |
| 24 | appropriate for the initiative you were creating? | 13:10:35 |
| 25 | MR. WILSON:  Objection, form. | 13:10:40 |

| | | |
|---|---|---|
| 1 | You may answer. | 13:10:43 |
| 2 | THE WITNESS:  Where did I say that it was -- | 13:10:45 |
| 3 | sorry.  You said -- sorry. | 13:10:49 |
| 4 | BY MS. CARUSO: | 13:10:58 |
| 5 | Q.  Do you have a question? | 13:10:58 |
| 6 | A.  Yeah.  You said that I said something.  I want | 13:10:59 |
| 7 | to -- I'm not sure if you exactly stated what I said. | 13:11:01 |
| 8 | Q.  You testified, "I thought the name was | 13:11:05 |
| 9 | appropriate for the initiative that I was creating." | 13:11:08 |
| 10 | Do you remember saying that, approximately | 13:11:12 |
| 11 | 50 seconds ago? | 13:11:15 |
| 12 | A.  Yes. | 13:11:16 |
| 13 | Q.  Okay.  What do you mean, it was appropriate | 13:11:16 |
| 14 | for the initiative you were creating? | 13:11:19 |
| 15 | A.  I -- I just thought it was a good name.  I | 13:11:26 |
| 16 | just -- you know, I want to restate my testimony.  I | 13:11:28 |
| 17 | said, look, it's a good name.  I like the name.  I | 13:11:33 |
| 18 | thought the idea that we had at the time was to create a | 13:11:36 |
| 19 | collaboration and -- and the name was -- and I thought | 13:11:42 |
| 20 | the name was -- I like it, so, what -- I'm not sure, | 13:11:48 |
| 21 | yeah. | 13:11:51 |
| 22 | Q.  So, if you testify at trial as to why you | 13:11:52 |
| 23 | believe Open AI was an appropriate name for the | 13:11:59 |
| 24 | initiative you were creating, that's the answer you | 13:12:02 |
| 25 | would give? | 13:12:04 |

| | | |
|---|---|---|
| 1 | A.  What would be the answer I give? | 13:12:07 |
| 2 | Q.  The answer you just gave me. | 13:12:09 |
| 3 | A.  Well, I mean, I don't know.  Let me -- let me | 13:12:17 |
| 4 | think about it some more.  It was -- yeah, there were -- | 13:12:20 |
| 5 | So, the collaboration -- sorry.  I'm not -- | 13:12:28 |
| 6 | I'm not in the mindset of a deposition, and answering | 13:12:38 |
| 7 | your question or going back to what I was thinking back | 13:12:47 |
| 8 | in 2015 right now.  So, I need to, like -- I just came | 13:12:49 |
| 9 | from a Uber and sit down here.  So, I'm not -- okay. | 13:12:53 |
| 10 | Give me a minute.  Okay? | 13:12:59 |
| 11 | Q.  Should we go off the record so that you can | 13:13:02 |
| 12 | get yourself in the mindset for a deposition? | 13:13:04 |
| 13 | A.  Yes. | 13:13:06 |
| 14 | MS. CARUSO:  Okay.  Let's do that. | 13:13:07 |
| 15 | THE VIDEOGRAPHER:  Okay.  Stand by, everybody. | 13:13:08 |
| 16 | We are going off the record.  The time is 1:13 p.m. | 13:13:10 |
| 17 | (Whereupon, a recess was taken.) | 13:13:17 |
| 18 | THE VIDEOGRAPHER:  We are back on the record. | 13:24:54 |
| 19 | The time is 1:24 p.m. | 13:24:56 |
| 20 | THE WITNESS:  I just wanted to apologize | 13:25:01 |
| 21 | because I was -- I was rushed when I got here, so, | 13:25:03 |
| 22 | sorry. | 13:25:07 |
| 23 | BY MS. CARUSO: | 13:25:07 |
| 24 | Q.  Are you prepared now to continue your | 13:25:07 |
| 25 | deposition? | 13:25:09 |

Transcript of Guy Ravine, Corporate Designee & Individually, Volume III
Conducted on January 15, 2025                                    8

| | | |
|---|---|---|
| 1 | A.  Yes. | 13:25:09 |
| 2 | Q.  Okay.  Is there any reason today that you | 13:25:09 |
| 3 | wouldn't be able to give truthful and accurate | 13:25:12 |
| 4 | testimony? | 13:25:14 |
| 5 | A.  ███████████████████████████████ | 13:25:15 |
| 6 | ████████████████████████████████████ | 13:25:18 |
| 7 | ███████████████████████████ | 13:25:22 |
| 8 | Q.  ████████████████████████████████ | 13:25:25 |
| 9 | ██████████████████████████ | 13:25:27 |
| 10 | A.  ███████████████████████████████ | 13:25:29 |
| 11 | Q.  ███████████████████████████████ | 13:25:32 |
| 12 | ██████████████████████████████ | 13:25:35 |
| 13 | A.  ██████████████████████████████ | 13:25:38 |
| 14 | Q.  ███████████████████████████████ | 13:25:39 |
| 15 | A.  ██████████████████████████████ | 13:25:42 |
| 16 | Q.  ██████████████████████████████ | 13:25:45 |
| 17 | ████████████████████████████ | 13:25:47 |
| 18 | A.  ██████████████████████████████ | 13:25:50 |
| 19 | Q.  Okay.  Did you meet with a reporter from | 13:25:51 |
| 20 | Bloomberg in 2024? | 13:25:56 |
| 21 | A.  Yes. | 13:26:01 |
| 22 | Q.  Did you spend more than 14 hours talking to | 13:26:02 |
| 23 | him? | 13:26:05 |
| 24 | A.  I don't -- I don't recall how long I spent. | 13:26:10 |
| 25 | Q.  Did you meet with him more than one day? | 13:26:13 |

Transcript of Guy Ravine, Corporate Designee & Individually, Volume III
Conducted on January 15, 2025                                    9

| 1  | A.  Yes, I think so.                                    | 13:26:27 |
|----|---------------------------------------------------------|----------|
| 2  | Q.  You met with him at your house?                     | 13:26:28 |
| 3  | A.  Yes.                                                 | 13:26:34 |
| 4  | Q.  On more than one occasion, and then you had         | 13:26:34 |
| 5  | multiple follow-up communications with him?             | 13:26:39 |
| 6  | A.  I think I did follow up with him -- like, he         | 13:26:54 |
| 7  | followed up with me, yes.                               | 13:26:58 |
| 8  | Q.  ███████████████████████████████████                 | 13:27:00 |
| 9  | ████████████████████████████████████                    | 13:27:04 |
| 10 | A.  ███████████████████████████████████                 | 13:27:07 |
| 11 | Q.  ███████████████████████████████████                 | 13:27:08 |
| 12 | A.  ███████████████████████████████████                 | 13:27:11 |
| 13 | Q.  ███████████████████████████████████                 | 13:27:15 |
| 14 | ████████████████████████████████████                    | 13:27:18 |
| 15 | A.  ███████████████████████████████████                 | 13:27:22 |
| 16 | ████████████████████████████████████                    | 13:27:25 |
| 17 | ████████████████████████████████████                    | 13:27:29 |
| 18 | Q.  Okay.  And just -- I'm not sure I heard an           | 13:27:34 |
| 19 | answer to my question.                                  | 13:27:40 |
| 20 | ████████████████████████████████████                    | 13:27:41 |
| 21 | A.  ███████████████████████████████████                 | 13:27:43 |
| 22 | Q.  ███████████████████████████████████                 | 13:27:46 |
| 23 | A.  ███████████████████████████████████                 | 13:27:48 |
| 24 | ████████████████████████████████████                    | 13:27:50 |
| 25 | Q.  An article was published based on the               | 13:27:51 |

1  communications you had with this reporter; is that                13:27:55

2  right?                                                            13:27:57

3      A.  Which article are you referring to?                       13:28:01

4      Q.  Are you aware of multiple articles that have              13:28:03

5  been published by Bloomberg concerning you?                       13:28:08

6      A.  There were articles -- yes, there were                    13:28:13

7  multiple articles.                                                13:28:19

8      Q.  When were those articles published?                       13:28:20

9      A.  I don't know.  I don't remember.                          13:28:23

10     Q.  In 2024, there were multiple articles about               13:28:24

11 you published in Bloomberg?                                       13:28:27

12     A.  About this lawsuit.                                       13:28:29

13     Q.  Are you aware -- how many articles are you                13:28:31

14 aware of that referred to the communications you had              13:28:37

15 with the Bloomberg reporter at your house and in the              13:28:42

16 follow-up communications that you just testified to?             13:28:46

17     A.  So, for the reporter that came to my house,               13:28:53

18 I'm aware of one article that he wrote.                           13:28:59

19     Q.  Okay.                                                     13:29:02

20     A.  But I'm aware that there were more than --                13:29:02

21 than a single article in Bloomberg about this                     13:29:04

22 litigation.                                                       13:29:07

23     Q.  Did you -- and the name -- what was the name              13:29:08

24 of that reporter?                                                 13:29:12

25     A.  I think his name is Evan.                                 13:29:16

1    Q.  As in Evan Ratliff?                           13:29:20

2    A.  Yeah.                                         13:29:25

3    Q.  Did you read the article that Mr. Ratliff     13:29:25

4  authored?                                           13:29:33

5    A.  Yeah, I read the article.                     13:29:38

6    Q.  Did you read it after it was published,       13:29:40

7  shortly after it was published?                     13:29:42

8    A.  Yes, I did.                                    13:29:46

9    Q.  And was there anything in that article that   13:29:48

10  you thought was inaccurate when you read it?        13:29:52

11    A.  I don't remember.                             13:29:59

12    Q.  Did you ask Mr. Ratliff to change anything    13:30:01

13  that was in the article?                            13:30:08

14    A.  I think we -- I did call him and asked him to 13:30:11

15  make corrections.  I don't think he actually did.   13:30:16

16    Q.  What corrections did you ask him to --        13:30:20

17    A.  I don't remember.  I don't remember.          13:30:23

18    Q.  Mr. Ravine, you need to wait for me to finish 13:30:24

19  my question.                                        13:30:29

20    A.  Okay, yeah.  All right.                       13:30:29

21    Q.  Okay.  You don't remember what corrections you 13:30:30

22  asked him to make?                                  13:30:34

23    A.  No.                                           13:30:39

24    Q.  You spoke to him on the phone to ask him to   13:30:39

25  make those corrections?  Yes.                       13:30:42

| | |
|---|---|
| 1 | Q.  Did you have any -- and did he make those | 13:30:49 |
| 2 | corrections? | 13:30:58 |
| 3 | A.  I'm not sure.  As far as I remember, no. | 13:30:59 |
| 4 | Q.  Did you follow up with him or anyone else at | 13:31:02 |
| 5 | Bloomberg to see if they would make the corrections you | 13:31:09 |
| 6 | wanted? | 13:31:12 |
| 7 | A.  I -- well, I mean, I asked him to make | 13:31:24 |
| 8 | corrections.  I don't think I followed up with him. | 13:31:27 |
| 9 | I -- I assumed that either he would make corrections or | 13:31:29 |
| 10 | not.  He's a journalist.  It's his story. | 13:31:32 |
| 11 | Q.  Did you tell anyone else that you asked him to | 13:31:35 |
| 12 | make corrections to the article? | 13:31:38 |
| 13 | It's a yes-or-no question. | 13:31:47 |
| 14 | MR. WILSON:  Okay. | 13:31:49 |
| 15 | THE WITNESS:  Well -- | 13:31:51 |
| 16 | MR. WILSON:  You can answer yes or no. | 13:31:53 |
| 17 | THE WITNESS:  Yes. | 13:31:57 |
| 18 | BY MS. CARUSO: | 13:32:02 |
| 19 | Q.  Who did you tell? | 13:32:03 |
| 20 | A.  That would be subject to the attorney-client | 13:32:04 |
| 21 | privilege. | 13:32:09 |
| 22 | Q.  No, it's not.  Who did you tell? | 13:32:09 |
| 23 | A.  Oh, who did I tell.  My lawyer. | 13:32:11 |
| 24 | Q.  Mr. Wilson? | 13:32:12 |
| 25 | A.  I don't remember.  One of them. | 13:32:14 |

| | | |
|---|---|---|
| 1 | Q.  Okay.  Did you tell your lawyers -- withdrawn. | 13:32:16 |
| 2 | Did you have any written communications with | 13:32:26 |
| 3 | Mr. Ratliff? | 13:32:31 |
| 4 | A.  I don't remember. | 13:32:39 |
| 5 | Q.  You don't remember if you had any emails or -- | 13:32:41 |
| 6 | A.  I might -- I might have sent him an email.  If | 13:32:45 |
| 7 | I -- if I had, it was probably produced to my lawyers. | 13:32:49 |
| 8 | Q.  It's your understanding that all written | 13:32:52 |
| 9 | communications you had with Mr. Ratliff were produced in | 13:32:56 |
| 10 | this case? | 13:32:59 |
| 11 | A.  I don't know.  I -- I can't testify to that. | 13:33:03 |
| 12 | I'm not -- I'm not a lawyer.  I don't -- I didn't do the | 13:33:06 |
| 13 | production. | 13:33:08 |
| 14 | Q.  Were you asked to collect all of those | 13:33:09 |
| 15 | communications? | 13:33:11 |
| 16 | MR. WILSON:  Objection to the extent it calls | 13:33:14 |
| 17 | for attorney-client communications. | 13:33:18 |
| 18 | You can answer the question if it doesn't | 13:33:22 |
| 19 | reveal discussions you had with counsel.  Otherwise, | 13:33:25 |
| 20 | you're instructed not to answer. | 13:33:29 |
| 21 | THE WITNESS:  I can't answer the question. | 13:33:34 |
| 22 | BY MS. CARUSO: | 13:33:35 |
| 23 | Q.  Did you endeavor to collect all of the | 13:33:35 |
| 24 | communications you had with Mr. Ratliff? | 13:33:37 |
| 25 | A.  I followed the instructions to collect | 13:33:41 |

1    communications based on what the -- I mean, I gave my          13:33:44

2    emails to the -- to the law firm.                             13:33:50

3        Q.  So, from the fact that no communications with         13:33:53

4    Mr. Ratliff were provided to us, it's your testimony          13:33:58

5    then that, in fact, you did not have a single written         13:34:02

6    communication with Mr. Ratliff?                               13:34:06

7        A.  I didn't say that.                                    13:34:09

8        Q.  I'm asking you if that's your understanding.          13:34:11

9        A.  Wait, can you ask your question -- ask the            13:34:15

10   question, please.                                             13:34:22

11       Q.  Is it your understanding that -- I'll ask a           13:34:29

12   different question.                                           13:34:35

13           Are you aware of any written communications           13:34:36

14   you had with Mr. Ratliff?                                     13:34:40

15       A.  I don't remember.                                     13:34:43

16       Q.  So, it's possible in your mind that every            13:34:45

17   single communication you had with him was in person or        13:34:49

18   by phone?                                                     13:34:51

19       A.  As I said, I don't remember.  I think we -- we       13:34:57

20   talked on -- I'm sure we -- I mean, we did talk on the        13:35:00

21   phone.  So, we talked on the phone more -- more than          13:35:03

22   once, and we talked in person more than once.                 13:35:07

23           I don't remember about written communication.         13:35:16

24   I may have sent him something.  If I had sent him an          13:35:18

25   email, then I -- this was provided to my attorneys.           13:35:22

| | | |
|---|---|---|
| 1 | Q.  You previously testified that you spoke to | 13:35:27 |
| 2 | other people, aside from your attorneys, about this | 13:35:33 |
| 3 | article; is that right? | 13:35:35 |
| 4 | A.  Did I?  What did I say specifically? | 13:35:44 |
| 5 | Q.  You said you spoke to other people about the | 13:35:47 |
| 6 | Bloomberg article. | 13:35:49 |
| 7 | A.  Yes, I spoke to my lawyers. | 13:35:50 |
| 8 | Q.  You said you spoke to people other than your | 13:35:51 |
| 9 | lawyers about the Bloomberg article. | 13:35:54 |
| 10 | A.  When did I say that? | 13:35:55 |
| 11 | MR. WILSON:  Objection, form. | 13:35:59 |
| 12 | You may answer. | 13:36:00 |
| 13 | THE WITNESS:  Can you please tell me when I | 13:36:01 |
| 14 | said that? | 13:36:02 |
| 15 | BY MS. CARUSO: | 13:36:03 |
| 16 | Q.  At your last deposition, you said it. | 13:36:03 |
| 17 | A.  Can I see my last deposition, please? | 13:36:06 |
| 18 | Q.  Mr. Ravine, during the break, did you talk to | 13:36:08 |
| 19 | your lawyers about the questions that have been asked | 13:36:12 |
| 20 | this afternoon in the deposition thus far? | 13:36:16 |
| 21 | MR. WILSON:  Objection -- | 13:36:17 |
| 22 | THE WITNESS:  That -- that -- | 13:36:17 |
| 23 | MR. WILSON:  Objection -- well, instruction | 13:36:19 |
| 24 | not to answer.  Calls for attorney-client | 13:36:20 |
| 25 | communications. | 13:36:22 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  I can't answer. | 13:36:23 |
| 2 | BY MS. CARUSO: | 13:36:25 |
| 3 | Q.  Do you believe that -- I'll ask a different | 13:36:28 |
| 4 | question. | 13:36:32 |
| 5 | So, is it your understanding as you sit here | 13:36:33 |
| 6 | today that you did not speak to anyone about the | 13:36:37 |
| 7 | Bloomberg article after it was published, other than | 13:36:40 |
| 8 | maybe calling Mr. Ratcliff and asking him to make | 13:36:44 |
| 9 | corrections and speaking with your lawyers? | 13:36:47 |
| 10 | A.  No, I didn't say that. | 13:36:52 |
| 11 | Q.  With whom else did you speak about the | 13:36:53 |
| 12 | article? | 13:37:00 |
| 13 | A.  So, they -- they probably were -- so, I don't | 13:37:04 |
| 14 | quite remember, but probably there were friends who | 13:37:07 |
| 15 | contacted me after seeing the article. | 13:37:10 |
| 16 | Q.  Did you tell any of them that there were | 13:37:12 |
| 17 | inaccuracies in the article? | 13:37:15 |
| 18 | A.  I -- I don't remember the conversations we | 13:37:19 |
| 19 | had.  Like, maybe I did.  I'm not sure.  Yeah -- | 13:37:23 |
| 20 | Q.  Do you -- | 13:37:23 |
| 21 | A.  -- I don't know. | 13:37:30 |
| 22 | Q.  Sitting here today, do you believe there are | 13:37:30 |
| 23 | inaccuracies in the article? | 13:37:33 |
| 24 | A.  As I said, I did -- I do remember saying to | 13:37:35 |
| 25 | Mr. Ratcliff -- Ratliff that there were inaccuracies.  I | 13:37:41 |

| | | |
|---|---|---|
| 1 | don't remember which ones. | 13:37:46 |
| 2 | Q.  So, sitting here today, you do believe there | 13:37:59 |
| 3 | are inaccuracies in the article; is that right? | 13:38:03 |
| 4 | A.  I -- what I said is, I remember that I told | 13:38:06 |
| 5 | the reporter, Evan Ratliff, that there were | 13:38:12 |
| 6 | inaccuracies, and I pointed some inaccuracies to him.  I | 13:38:16 |
| 7 | just don't remember which ones. | 13:38:19 |
| 8 | Q.  I am not asking about that right now. | 13:38:21 |
| 9 | A.  Okay. | 13:38:22 |
| 10 | Q.  I'm asking, sitting here today -- | 13:38:23 |
| 11 | A.  Yeah. | 13:38:25 |
| 12 | Q.  -- do you believe there were inaccuracies in | 13:38:25 |
| 13 | the article? | 13:38:27 |
| 14 | A.  I would have to look at the article. | 13:38:29 |
| 15 | Q.  So, sitting here today, you can't identify any | 13:38:32 |
| 16 | inaccuracies that were in the article; is that right? | 13:38:35 |
| 17 | A.  The article is not in front of me.  I don't -- | 13:38:37 |
| 18 | I don't know.  I can't -- I mean, I -- I said what I | 13:38:40 |
| 19 | remember is there were inaccuracies.  Because of that, I | 13:38:46 |
| 20 | called Evan Ratliff and told him that there were | 13:38:51 |
| 21 | inaccuracies, and that -- that's it.  So, probably, | 13:38:58 |
| 22 | there were inaccuracies. | 13:38:59 |
| 23 | Q.  But sitting here right now, you can't say what | 13:39:01 |
| 24 | those were? | 13:39:07 |
| 25 | A.  I don't remember.  Like, it's been several | 13:39:08 |

| | | |
|---|---|---|
| 1 | months. | 13:39:11 |
| 2 | Q.  Do you have generally problems recalling | 13:39:13 |
| 3 | things that happened several months ago? | 13:39:16 |
| 4 | A.  Actually, sometimes.  It depends on how | 13:39:22 |
| 5 | important these things are and whether actually they | 13:39:24 |
| 6 | make sense to -- for the future, so -- for future | 13:39:31 |
| 7 | action.  So, I -- that's -- I don't -- it depends, | 13:39:34 |
| 8 | really. | 13:39:39 |
| 9 | Q.  Okay.  So, was it -- was it not important to | 13:39:39 |
| 10 | you that there was this article published in Bloomberg | 13:39:42 |
| 11 | that had inaccuracies in it? | 13:39:45 |
| 12 | A.  I mean, it doesn't matter if -- if -- what I | 13:39:47 |
| 13 | care about inaccuracies if -- if the inaccuracies don't | 13:39:52 |
| 14 | change the article.  So, my reporting of the | 13:39:55 |
| 15 | inaccuracies probably didn't change anything, so I let | 13:39:58 |
| 16 | it go, and I forgot about it. | 13:40:01 |
| 17 | Q.  Are you aware of any articles that have been | 13:40:04 |
| 18 | written about you that are more significant than this | 13:40:08 |
| 19 | one? | 13:40:12 |
| 20 | A.  More significant?  What do you mean by that? | 13:40:15 |
| 21 | Q.  That go into more detail about you. | 13:40:17 |
| 22 | A.  That go into more detail about me.  I'm not | 13:40:24 |
| 23 | aware of -- of anything, any article that was written, | 13:40:34 |
| 24 | that goes into more detail about me, no. | 13:40:37 |
| 25 | Q.  Why did you believe the name Open AI was an | 13:40:39 |

| | | |
|---|---|---|
| 1 | appropriate name to describe your initiative? | 13:40:42 |
| 2 | A.  I said that I liked the name. | 13:40:49 |
| 3 | Q.  You also said you thought it was appropriate. | 13:40:53 |
| 4 | Why did you believe it was appropriate? | 13:40:56 |
| 5 | A.  So, to me, Open AI meant that there were lots | 13:40:58 |
| 6 | of different possibilities of where we could take it, | 13:41:03 |
| 7 | and so I thought it was appropriate, because AI was | 13:41:06 |
| 8 | expanding and there were many different things you could | 13:41:09 |
| 9 | do with it. | 13:41:11 |
| 10 | Q.  Does the word "open" in Open AI, as you use it | 13:41:12 |
| 11 | in connection with your goods and services, mean | 13:41:19 |
| 12 | anything to you? | 13:41:22 |
| 13 | MR. WILSON:  Objection, form. | 13:41:23 |
| 14 | You may answer. | 13:41:25 |
| 15 | THE WITNESS:  So, it -- it, like, it's a name. | 13:41:37 |
| 16 | It's our name.  That's what it means to me.  That's the | 13:41:42 |
| 17 | name of our company. | 13:41:44 |
| 18 | BY MS. CARUSO: | 13:41:46 |
| 19 | Q.  Do you believe the word "open," as part of the | 13:41:47 |
| 20 | name of your company, describes any characteristics of | 13:41:51 |
| 21 | your goods or services? | 13:41:53 |
| 22 | MR. WILSON:  Objection, form. | 13:41:55 |
| 23 | THE WITNESS:  No.  I -- and also, like, I | 13:42:01 |
| 24 | mean, I don't -- this is -- this would call for a legal | 13:42:05 |
| 25 | conclusion. | 13:42:09 |

| | | |
|---|---|---|
| 1 | BY MS. CARUSO: | 13:42:09 |
| 2 | Q.  This does not call for a legal conclusion. | 13:42:10 |
| 3 | A.  Okay.  If I believe?  No. | 13:42:12 |
| 4 | Q.  So, you don't believe the word "open" in Open | 13:42:14 |
| 5 | [space] AI describes any characteristics or qualities of | 13:42:22 |
| 6 | the goods and services that you've offered; is that | 13:42:23 |
| 7 | correct? | 13:42:27 |
| 8 | A.  I didn't say that. | 13:42:27 |
| 9 | Q.  Mr. Ravine, do you believe that the word | 13:42:28 |
| 10 | "open" in Open AI describes any characteristics or | 13:42:35 |
| 11 | qualities of the goods and services that you have | 13:42:38 |
| 12 | offered? | 13:42:41 |
| 13 | MR. WILSON:  Objection, form. | 13:42:42 |
| 14 | You may answer. | 13:42:44 |
| 15 | THE WITNESS:  Well, "open" has many different | 13:42:51 |
| 16 | interpretations.  So, I'm not sure.  Like, it -- it's -- | 13:43:02 |
| 17 | it could be inclusive.  It could be -- yeah.  So, it | 13:43:11 |
| 18 | doesn't -- I don't think it describes our -- our | 13:43:19 |
| 19 | offerings, no. | 13:43:23 |
| 20 | BY MS. CARUSO: | 13:43:25 |
| 21 | Q.  You don't believe that the word "open" | 13:43:27 |
| 22 | describes any of the characteristics or qualities of the | 13:43:29 |
| 23 | goods and services that you've offered?  Is -- did I get | 13:43:32 |
| 24 | that right? | 13:43:35 |
| 25 | A.  On the whole, the products and services we | 13:43:37 |

1   offered were a collaboration platform, and AI    13:43:43

2   algorithms, their generative AI system, image    13:43:51

3   generation, chatbot, we had lots of different things.    13:43:56

4   So, it's hard to, like, put it altogether under an    13:44:00

5   umbrella and say that it describes it.  It doesn't    13:44:02

6   describe it.  I don't believe it describes it.    13:44:05

7      Q.  So, none of the things that you offered in    13:44:07

8   connection with the name Open AI you would describe as    13:44:12

9   open; is that correct?    13:44:17

10      A.  I didn't say that.  You're misstating my    13:44:20

11   testimony.    13:44:22

12      Q.  I'm not stating your testimony at all.    13:44:23

13      A.  Okay.    13:44:24

14      Q.  I'm asking you a question.    13:44:25

15      A.  Okay.  Ask.    13:44:26

16      Q.  Is it correct that none of the things that you    13:44:28

17   offered in connection with the name Open AI you would    13:44:30

18   describe as open?    13:44:36

19      A.  I -- I wouldn't describe them as -- I mean,    13:44:47

20   open what?  In what context?    13:44:51

21      Q.  In any context, in any way that you understand    13:44:53

22   the word "open" to mean.    13:44:57

23      Are any of those products or services open?    13:45:01

24      A.  So, is Google open?    13:45:05

25      Q.  I'm asking you --    13:45:09

| | | |
|---|---|---|
| 1 | A.  Google is open to the public? | 13:45:10 |
| 2 | Q.  -- for your understanding -- | 13:45:10 |
| 3 | A.  I guess Google is open to the public.  You | 13:45:13 |
| 4 | could say that.  So, in that way, we were open to the | 13:45:15 |
| 5 | public, like Google is open to the public. | 13:45:20 |
| 6 | Q.  Do you believe OpenAI, without a space, as | 13:45:26 |
| 7 | used by my client, accurately describes any of its goods | 13:45:30 |
| 8 | or services? | 13:45:34 |
| 9 | MR. WILSON:  May I have that question back, | 13:45:35 |
| 10 | please? | 13:45:37 |
| 11 | THE REPORTER:  Sure thing. | 13:45:37 |
| 12 | "Do you believe OpenAI, without a space, as | 13:45:37 |
| 13 | used by my client, accurately describes any of its goods | 13:45:37 |
| 14 | or services?" | 13:45:51 |
| 15 | MR. WILSON:  Objection, form. | 13:45:51 |
| 16 | THE WITNESS:  I'm not an expert that can | 13:45:54 |
| 17 | testify on this.  This might call for a legal -- legal | 13:45:56 |
| 18 | conclusions.  I -- I'm not an expert.  I can't -- I | 13:46:00 |
| 19 | can't testify to that. | 13:46:04 |
| 20 | BY MS. CARUSO: | 13:46:05 |
| 21 | Q.  You think that it takes an expert to | 13:46:06 |
| 22 | understand the meaning of the word "open"?  Is that what | 13:46:08 |
| 23 | you're saying? | 13:46:11 |
| 24 | A.  In the context of a trademark litigation, | 13:46:12 |
| 25 | which we are in right now, probably. | 13:46:14 |

1      Q.  Mr. Ravine, you have said that my client's          13:46:16
2   name, OpenAI, misdescribes its goods and services.          13:46:22
3   You're aware that that's the position you're taking in      13:46:28
4   this lawsuit, right?                                        13:46:30
5      A.  Where -- where did I say that?                       13:46:31
6      Q.  In your counterclaims.                               13:46:33
7      A.  I didn't say that.  Do you have a quote from         13:46:35
8   me?                                                         13:46:37
9      Q.  Mr. Ravine, is it your position that OpenAI,         13:46:37
10   Inc.'s use of "OpenAI" does not misdescribe its goods or   13:46:43
11   services?                                                  13:46:48
12      A.  Again, this calls for a legal conclusion.  I        13:46:49
13   don't -- I can't testify to that.                          13:46:53
14      Q.  Mr. Ravine, I'm asking you about your               13:46:54
15   understanding.                                             13:46:57
16      A.  I don't -- I don't know.  I'm not an expert.        13:46:58
17   I can't -- I can't -- you're asking me for an opinion.     13:47:02
18   I don't know.  I can't say.                                13:47:05
19      Q.  Okay.  So, you --                                   13:47:07
20      A.  Do you want me to speculate?                        13:47:09
21      Q.  I don't want you to speculate.  I assume you        13:47:11
22   know what's in your own mind.                              13:47:14
23          Here is my question:  Do you believe that          13:47:17
24   OpenAI's name misdescribes any of the qualities or         13:47:23
25   characteristics of its goods or services?                  13:47:30

| | | |
|---|---|---|
| 1 | MR. WILSON:  Objection, form. | 13:47:32 |
| 2 | You may answer. | 13:47:34 |
| 3 | THE WITNESS:  As I said, I -- this calls for | 13:47:42 |
| 4 | an opinion, and so do you want me to speculate?  That's | 13:47:46 |
| 5 | what I'm asking.  Do you want me to speculate?  I can | 13:47:51 |
| 6 | speculate if you want. | 13:47:53 |
| 7 | BY MS. CARUSO: | 13:47:55 |
| 8 | Q.  Are you refusing to answer as to what your | 13:47:55 |
| 9 | opinion is on this question? | 13:47:59 |
| 10 | A.  I'm not -- I'm just saying that I can't | 13:48:06 |
| 11 | draw -- you're asking me to draw conclusions on the use | 13:48:14 |
| 12 | of their name, and I'm thinking that I'm not in a | 13:48:18 |
| 13 | position to do that because I don't know what it | 13:48:22 |
| 14 | actually means in the context of a trademark, in the | 13:48:26 |
| 15 | context of descriptiveness.  I'm not equipped to do | 13:48:29 |
| 16 | that. | 13:48:33 |
| 17 | Q.  I am not asking about a legal meaning of -- | 13:48:34 |
| 18 | A.  You are asking -- you're trying to -- | 13:48:37 |
| 19 | Q.  Mr. Ravine, you need to listen to my | 13:48:39 |
| 20 | questions. | 13:48:42 |
| 21 | A.  Yeah. | 13:48:42 |
| 22 | Q.  Okay? | 13:48:42 |
| 23 | Do you have an opinion as to whether or not | 13:48:48 |
| 24 | OpenAI, Inc.'s use of "OpenAI" misdescribes any of the | 13:48:54 |
| 25 | qualities or characteristics of its products or | 13:49:00 |

1   services?                                            13:49:04

2           MR. WILSON:  Objection, form.               13:49:05

3           THE WITNESS:  Yeah, you're asking me to     13:49:08

4   speculate.                                           13:49:12

5   BY MS. CARUSO:                                       13:49:12

6       Q.  My question is, do you have an opinion?     13:49:12

7       A.  Do I have an opinion?  I -- I don't -- I don't   13:49:15

8   know if I have an -- probably not, no, I don't have an   13:49:19

9   opinion right now.                                   13:49:21

10      Q.  You've never had an opinion on that subject?   13:49:22

11      A.  Have I ever had an opinion on that subject?   13:49:29

12  Not when it comes to trademark law, no.              13:49:33

13      Q.  I'm not asking about that.  I am saying, have   13:49:35

14  you ever had an opinion on that subject?             13:49:40

15      A.  Again, it's -- so -- I -- you know, I -- I --   13:49:44

16  I'm not sure that, like -- so, I -- I think I did think   13:50:06

17  that they weren't true to the mission, that they said   13:50:11

18  that they would be -- that -- that they would -- that   13:50:18

19  they advertise to the world, basically.              13:50:22

20      Q.  Do you believe that there's anything about the   13:50:25

21  mission that is conveyed by the name OpenAI?          13:50:30

22      A.  So, their mission was to --                  13:50:51

23      Q.  Mr. Ravine --                                13:50:55

24      A.  Yes.                                          13:50:55

25      Q.  -- please --                                 13:50:57

| | | |
|---|---|---|
| 1 | A.  Yes. | 13:50:57 |
| 2 | Q.  -- listen to the question. | 13:50:58 |
| 3 | A.  Yes. | 13:50:59 |
| 4 | Q.  Do you believe there's anything about the | 13:51:00 |
| 5 | mission that is conveyed by the name OpenAI? | 13:51:02 |
| 6 | A.  So, their mission was to -- I'm -- I'm trying | 13:51:10 |
| 7 | to think about what the mission was in order to answer | 13:51:15 |
| 8 | your question.  Okay? | 13:51:18 |
| 9 | So, the mission was, they said -- of course, | 13:51:19 |
| 10 | they're not doing that -- they said they'll benefit all | 13:51:24 |
| 11 | of humanity by making things available.  So, that -- | 13:51:28 |
| 12 | that implies openness, but it seems that that's not the | 13:51:34 |
| 13 | case, really. | 13:51:38 |
| 14 | So, yes, so -- so, I think they weren't true | 13:51:40 |
| 15 | to the idea of openness. | 13:51:43 |
| 16 | Q.  Do you believe that there's anything about the | 13:51:47 |
| 17 | mission that you understand OpenAI to have had that is | 13:51:51 |
| 18 | conveyed by the name OpenAI? | 13:51:54 |
| 19 | MR. WILSON:  Objection, form. | 13:52:02 |
| 20 | You may answer. | 13:52:04 |
| 21 | THE WITNESS:  So, the mission, as I said -- | 13:52:08 |
| 22 | and this is -- the mission -- | 13:52:25 |
| 23 | BY MS. CARUSO: | 13:52:27 |
| 24 | Q.  It's a yes-or-no question, Mr. Ravine. | 13:52:27 |
| 25 | A.  The mission was about openness.  So, giving | 13:52:31 |

| | | |
|---|---|---|
| 1 | that to humanity.  That turned out to be a lie.  So, no, | 13:52:37 |
| 2 | I -- I mean, they weren't actually being open in that | 13:52:41 |
| 3 | sense. | 13:52:50 |
| 4 | Q.  Do you believe there's anything about the | 13:52:50 |
| 5 | mission that you understand OpenAI to have had that is | 13:52:52 |
| 6 | conveyed by the name "OpenAI"? | 13:52:58 |
| 7 | A.  So, from the perspective of openness, they | 13:53:11 |
| 8 | thought -- they said they would be open, in the sense | 13:53:16 |
| 9 | that they would give this to humanity, and they lied. | 13:53:19 |
| 10 | So, they were supposed to do that, but they | 13:53:24 |
| 11 | didn't do that. | 13:53:28 |
| 12 | Q.  So, you believe that the word "open," as | 13:53:30 |
| 13 | oppose -- as applied to my client, meant "give to | 13:53:35 |
| 14 | humanity," but as applied to your Open AI did not mean | 13:53:38 |
| 15 | that; is that right? | 13:53:44 |
| 16 | A.  Your client made the representation on their | 13:53:45 |
| 17 | nonprofit charter that they will provide everything to | 13:53:48 |
| 18 | the benefit of all of humanity.  I didn't do that. | 13:53:51 |
| 19 | Q.  Okay.  So, that wasn't one of your goals, | 13:53:55 |
| 20 | right? | 13:53:59 |
| 21 | A.  I mean, I didn't go and advertise that to the | 13:54:00 |
| 22 | world and lied about it. | 13:54:02 |
| 23 | Q.  Mr. Ravine, was it or was it not one of your | 13:54:04 |
| 24 | goals to give everything to humanity? | 13:54:08 |
| 25 | A.  For the original initiative, yes, one of the | 13:54:16 |

1   goals was to give it to humanity.                          13:54:19

2        Q.  Okay.  And you never did that?                    13:54:22

3        A.  Never did that?  Like, we gave -- well, I         13:54:31

4   don't know.  Like, this is -- they were supposed to give   13:54:35

5   their code to humanity.                                    13:54:39

6        Q.  And they, in fact, did release code, right?       13:54:41

7        A.  And then they stopped.                            13:54:45

8        Q.  It's your opinion that OpenAI, Inc. no longer     13:54:47

9   releases code?                                             13:54:52

10           MR. WILSON:  Objection, form.                     13:54:57

11           THE WITNESS:  So, the important things -- the     13:55:03

12   important products are not released as code.  They might  13:55:08

13   have secondary things that actually aid them in getting   13:55:12

14   data to train their -- their models.  So, they're not     13:55:17

15   releasing their -- their main models that -- like         13:55:21

16   ChatGPT or anything like that.                            13:55:24

17   BY MS. CARUSO:                                            13:55:26

18        Q.  Earlier, you said Google was open, right?        13:55:26

19        A.  I didn't say Google -- I mean, so, "open"        13:55:29

20   can -- can be interpreted in many different ways, and     13:55:32

21   the idea of being open for people to use your product,    13:55:36

22   that's what you asked me.  Like, what is -- you're        13:55:40

23   asking "open," just the word "open."  So, yeah, Google,   13:55:43

24   you could say that Google is open by giving -- by         13:55:47

25   offering a product.                                       13:55:49

| | | |
|---|---|---|
| 1 | But, I mean, you're asking me about the word | 13:56:00 |
| 2 | "open." I'm answering about the word "open." There | 13:56:04 |
| 3 | has -- it has -- | 13:56:09 |
| 4 | Q. And your -- | 13:56:09 |
| 5 | A. Standalone, it has many different meanings. | 13:56:11 |
| 6 | Q. It has many different meanings, and it's | 13:56:14 |
| 7 | impossible to know which meaning applies to your | 13:56:16 |
| 8 | Open AI -- | 13:56:23 |
| 9 | A. I didn't say that there's a meaning that | 13:56:24 |
| 10 | applies to my Open AI. | 13:56:26 |
| 11 | Q. Okay. Because there is no meaning for your | 13:56:29 |
| 12 | Open AI, right? | 13:56:31 |
| 13 | A. Right, we are -- had different things that | 13:56:32 |
| 14 | they don't -- that -- Open AI does not describe the | 13:56:34 |
| 15 | things specifically other people are doing, like a | 13:56:41 |
| 16 | collaboration tool. It doesn't have anything to do with | 13:56:43 |
| 17 | that. There's, like, the other products that we have. | 13:56:46 |
| 18 | Q. But what does that mean? "There's, like, the | 13:56:51 |
| 19 | other products that we have"? Is it your testimony that | 13:56:56 |
| 20 | Open AI described some of the other products that you | 13:56:59 |
| 21 | had? | 13:57:01 |
| 22 | A. No, no, I didn't say that. | 13:57:02 |
| 23 | Q. Okay. I just -- I'm trying to understand what | 13:57:03 |
| 24 | your testimony is. Is it your testimony -- | 13:57:05 |
| 25 | A. Open AI does not describe the things that we | 13:57:10 |

1    are doing.                                                13:57:12

2        Q.  Okay.  So, the word "open" for the things that   13:57:14

3    you were doing has nothing to do with the things that    13:57:18

4    you were doing; is that right?                           13:57:20

5        A.  There's -- the word "open" in the context,       13:57:24

6    like, as I said, like, it depends on what context you're 13:57:32

7    using.  It's -- the word "open," it depends on what      13:57:36

8    context you're using, suggests something.  It suggests   13:57:41

9    that it's like, you're giving it.  It suggests that      13:57:44

10   it's -- it's really available.  It suggests that -- it   13:57:46

11   could be many different things that it suggests.         13:57:48

12       Q.  And you can't tell which particular thing that   13:57:50

13   is just by the name alone; is that right?                13:57:53

14       A.  Well, you were asking about the word "open."     13:57:57

15       Q.  I'm asking about it in connection with the       13:58:01

16   name that you are saying you have trademark rights to.   13:58:03

17       A.  What you're trying to say is like -- you want    13:58:16

18   me to say, okay, that "Open AI" describes what we're     13:58:21

19   doing, and I'm saying, no, it does not describe what     13:58:23

20   we're doing.  If I tell you "Open AI," it doesn't mean   13:58:26

21   that you suddenly think about, oh, a collaboration tool. 13:58:29

22   This is just like -- so, this is how I see it.           13:58:32

23       Q.  Does the word "open" have anything to do with    13:58:38

24   the goods and services that you've provided?             13:58:45

25       A.  It suggests -- it could suggest to people that   13:58:48

1    it's -- that it's available.  It -- it could suggest          13:58:52

2    multiple meanings.  So --                                     13:58:58

3          Q.  Okay.  Is it your opinion that the                  13:59:00

4    word "open," as used by OpenAI, Inc., suggests different      13:59:04

5    things?                                                       13:59:11

6                MR. WILSON:  Objection, form.                     13:59:12

7                THE WITNESS:  I am not an expert.  I can't --      13:59:17

8    like, you're asking me for a legal conclusion.                13:59:20

9    BY MS. CARUSO:                                                13:59:21

10         Q.  I'm asking for your opinion.                        13:59:22

11         A.  I -- I cannot testify to that because I'm not       13:59:25

12   an expert in that area.                                       13:59:27

13         Q.  I --                                                13:59:27

14         A.  I'm not an expert in your -- in your client's       13:59:31

15   products and services, and --                                 13:59:34

16         Q.  Mr. Ravine --                                       13:59:36

17         A.  Yeah.                                                13:59:38

18         Q.  -- you have used my client's products and           13:59:38

19   services, right?                                              13:59:41

20         A.  Have I used your client's -- yes.                   13:59:42

21         Q.  Yes.  Which ones have you used?                     13:59:44

22         A.  I checked out ChatGPT.                              13:59:49

23         Q.  Uh-huh.  What other ones?                           13:59:51

24         A.  I checked out DALL-E.                               13:59:55

25         Q.  Yes.  Which other ones?                             13:59:59

| 1  | A.  I don't remember if there's another product I | 14:00:04 |
| 2  | used. | 14:00:07 |
| 3  | Q.  Did you use Codex? | 14:00:07 |
| 4  | A.  No. | 14:00:09 |
| 5  | Q.  Did your company use Whisper in creating Ava? | 14:00:11 |
| 6  | A.  Whisper is an open-source project. | 14:00:19 |
| 7  | Q.  Whisper is a product open-source released by | 14:00:22 |
| 8  | my client, right, OpenAI, Inc.? | 14:00:27 |
| 9  | A.  It's a community effort. | 14:00:29 |
| 10 | Q.  Your company used Whisper, right? | 14:00:34 |
| 11 | A.  We used an open-source implementation of | 14:00:46 |
| 12 | Whisper that was created by the community. | 14:00:50 |
| 13 | Q.  Building on code that was released by my | 14:00:53 |
| 14 | client? | 14:00:56 |
| 15 | A.  I don't -- I can't testify on -- | 14:00:56 |
| 16 | THE REPORTER:  I'm sorry, you said "I can't | 14:00:56 |
| 17 | testify on"...? | 14:00:56 |
| 18 | THE WITNESS:  To what code it -- I don't know. | 14:01:06 |
| 19 | BY MS. CARUSO: | 14:01:06 |
| 20 | Q.  Okay.  And when you verified the | 14:01:07 |
| 21 | interrogatories in this case, the responses, you didn't | 14:01:09 |
| 22 | identify Whisper as one of the pre-existing products | 14:01:11 |
| 23 | that had been used to develop Ava, did you? | 14:01:16 |
| 24 | A.  I don't remember what I -- can you put the | 14:01:19 |
| 25 | interrogatory in front of me, and I can check? | 14:01:22 |

| | | |
|---|---|---|
| 1 | Q.  Do you believe it should have been disclosed | 14:01:26 |
| 2 | as one of the existing products that was used to | 14:01:28 |
| 3 | develop Ava? | 14:01:32 |
| 4 | MR. WILSON:  Objection, form. | 14:01:34 |
| 5 | THE WITNESS:  It's not a product.  It -- it's | 14:01:36 |
| 6 | an open-source community project. | 14:01:40 |
| 7 | BY MS. CARUSO: | 14:01:46 |
| 8 | Q.  All right.  So, you have used my client's | 14:01:46 |
| 9 | products before, correct? | 14:01:48 |
| 10 | A.  Yes.  I checked out your client's products. | 14:01:51 |
| 11 | Q.  Okay.  And in connection with using DALL-E, | 14:01:53 |
| 12 | did you form any opinion as to whether OpenAI described | 14:01:57 |
| 13 | anything that was open about DALL-E? | 14:02:05 |
| 14 | A.  I'm sorry, can you repeat the question? | 14:02:13 |
| 15 | Q.  In connection with using DALL-E, did you form | 14:02:15 |
| 16 | any opinion as to whether OpenAI described anything that | 14:02:18 |
| 17 | was open about DALL-E? | 14:02:25 |
| 18 | A.  I didn't form any opinion on that.  I didn't | 14:02:31 |
| 19 | think about that. | 14:02:34 |
| 20 | Q.  Okay.  Did you ever form an opinion, as a user | 14:02:35 |
| 21 | of OpenAI, Inc.'s goods and services as to whether | 14:02:42 |
| 22 | OpenAI meant anything with respect to the qualities and | 14:02:48 |
| 23 | characteristics of those goods and services? | 14:02:53 |
| 24 | MR. WILSON:  May I have the question back, | 14:02:56 |
| 25 | please? | 14:02:58 |

| | | |
|---|---|---|
| 1 | THE REPORTER:  Sure thing. | 14:02:59 |
| 2 | Question:  "Did you ever form an opinion, as a | 14:03:01 |
| 3 | user of OpenAI, Inc.'s goods and services as to whether | 14:03:01 |
| 4 | OpenAI meant anything with respect to the qualities and | 14:03:01 |
| 5 | characteristics of those goods and services?" | 14:03:19 |
| 6 | MR. WILSON:  Objection, form. | 14:03:19 |
| 7 | THE WITNESS:  I -- this -- I'm not an expert. | 14:03:22 |
| 8 | I -- I'm not sure. | 14:03:26 |
| 9 | BY MS. CARUSO: | 14:03:27 |
| 10 | Q.  Did you or did you not?  It's a factual | 14:03:28 |
| 11 | question. | 14:03:30 |
| 12 | A.  Did I or did I not what?  Form what? | 14:03:32 |
| 13 | Q.  Form an opinion -- | 14:03:36 |
| 14 | A.  Yeah. | 14:03:38 |
| 15 | Q.  -- as to whether "OpenAI" had any meaning with | 14:03:39 |
| 16 | respect to the qualities and characteristics of OpenAI, | 14:03:44 |
| 17 | Inc.'s goods and services? | 14:03:48 |
| 18 | MR. WILSON:  Objection, form. | 14:03:51 |
| 19 | THE WITNESS:  So, I don't remember what | 14:03:53 |
| 20 | opinion I formed, and you -- I mean, I -- I can't -- I | 14:04:00 |
| 21 | can speculate, if you want. | 14:04:05 |
| 22 | BY MS. CARUSO: | 14:04:12 |
| 23 | Q.  Sitting here today, you don't have a view on | 14:04:13 |
| 24 | that? | 14:04:16 |
| 25 | A.  My view was that -- that your client was -- | 14:04:18 |

| | | |
|---|---|---|
| 1 | said one thing and did another. | 14:04:28 |
| 2 | Q.  Okay.  And when you say that they said one | 14:04:30 |
| 3 | thing, was that one thing that they said -- | 14:04:32 |
| 4 | A.  They said that they will -- | 14:04:37 |
| 5 | Q.  My question was not finished. | 14:04:39 |
| 6 | A.  Yeah, uh-huh. | 14:04:41 |
| 7 | Q.  Was that one thing that they said "OpenAI," or | 14:04:42 |
| 8 | was it something else? | 14:04:45 |
| 9 | A.  Well, I was just referring to that -- the fact | 14:04:49 |
| 10 | that they said that they will provide the benefits to | 14:04:52 |
| 11 | all of humanity, and it turns out to be a lie.  That's | 14:04:58 |
| 12 | the opinion I formed about your client. | 14:05:02 |
| 13 | Q.  But you didn't form an opinion as to the | 14:05:05 |
| 14 | meaning of "OpenAI," as used by my client, right? | 14:05:07 |
| 15 | A.  I -- look, I'm not an expert who can form an | 14:05:15 |
| 16 | opinion like that.  So, I -- I don't -- I'm not sure, | 14:05:18 |
| 17 | like -- as I said, I did think that they were -- yeah, | 14:05:22 |
| 18 | they were -- they were just not true to what they were | 14:05:31 |
| 19 | saying. | 14:05:35 |
| 20 | Q.  And when you refer to "what they were saying," | 14:05:36 |
| 21 | you are talking about things beyond the name OpenAI, | 14:05:40 |
| 22 | right? | 14:05:45 |
| 23 | A.  What I was just referring to -- | 14:05:45 |
| 24 | THE REPORTER:  I'm sorry? | 14:06:04 |
| 25 | THE WITNESS:  What I was -- I was just saying, | 14:06:04 |

| | | |
|---|---|---|
| 1 | I'll just -- I'll just repeat what I said previously, | 14:06:11 |
| 2 | which is, they weren't giving it, the benefits, to | 14:06:13 |
| 3 | humanity like they said they would.  And they said that | 14:06:15 |
| 4 | they would be a nonprofit, and then turning into a | 14:06:18 |
| 5 | for-profit, and they did a bunch of things that they | 14:06:23 |
| 6 | lied about.  So -- | 14:06:25 |
| 7 | BY MS. CARUSO: | 14:06:26 |
| 8 | Q.  So, the answer to my question is yes, that is | 14:06:26 |
| 9 | correct? | 14:06:29 |
| 10 | A.  Wait, wait.  What is the question again so I | 14:06:30 |
| 11 | can -- | 14:06:32 |
| 12 | Q.  When you refer to, quote, "what they were | 14:06:33 |
| 13 | saying," you're talking about things beyond the name | 14:06:36 |
| 14 | "OpenAI," right? | 14:06:40 |
| 15 | A.  Yeah, among things, there were -- | 14:06:45 |
| 16 | Q.  Okay -- | 14:06:49 |
| 17 | A.  -- other things. | 14:06:49 |
| 18 | Q.  -- thank you. | 14:06:49 |
| 19 | Do you believe US users associated the name | 14:06:50 |
| 20 | Open [space] AI with any of your goods and services | 14:06:53 |
| 21 | before November 16th, 2022? | 14:06:56 |
| 22 | MR. WILSON:  Objection, form. | 14:07:00 |
| 23 | THE WITNESS:  I don't know.  Do you want me to | 14:07:03 |
| 24 | speculate?  Probably.  I don't know.  I don't know -- | 14:07:05 |
| 25 | /// | 14:07:09 |

| | |
|---|---|
| 1 | BY MS. CARUSO: | 14:07:09 |
| 2 |     Q.  What's the -- okay.  So, you can't answer that | 14:07:09 |
| 3 | question without speculating? | 14:07:12 |
| 4 |     A.  I imagine they did, some did. | 14:07:14 |
| 5 |     Q.  Some did.  How many do you believe did? | 14:07:18 |
| 6 |     A.  I -- I don't know. | 14:07:22 |
| 7 |     Q.  Okay.  What's the basis for you speculating | 14:07:24 |
| 8 | that some -- | 14:07:27 |
| 9 |     A.  Because they came back to our site and used | 14:07:28 |
| 10 | it. | 14:07:30 |
| 11 |     Q.  Who -- which return users of your site who | 14:07:30 |
| 12 | were not your employees are you aware of? | 14:07:44 |
| 13 |     A.  I don't -- I don't recall.  I mean, we -- we | 14:07:53 |
| 14 | provided the -- all of the user logs. | 14:07:56 |
| 15 |     Q.  How many return users of your site did you | 14:07:59 |
| 16 | have before November 16, 2022? | 14:08:02 |
| 17 |     A.  I don't know these numbers. | 14:08:05 |
| 18 |     Q.  Do you have any idea at all? | 14:08:08 |
| 19 |     A.  This was provided to your side in the | 14:08:12 |
| 20 | discovery.  There are logs. | 14:08:16 |
| 21 |     Q.  Mr. Ravine, do you have any idea -- | 14:08:17 |
| 22 |     A.  I don't remember. | 14:08:20 |
| 23 |     Q.  Okay.  And you understand you were designated | 14:08:21 |
| 24 | as a corporate designee of -- | 14:08:23 |
| 25 |     A.  Uh-huh. | 14:08:27 |

| | | |
|---|---|---|
| 1 | Q. -- Open Artificial, Inc., to testify in this | 14:08:27 |
| 2 | matter on certain topics? | 14:08:38 |
| 3 | A. Was there a topic that asked the specific | 14:08:38 |
| 4 | number of users that returned to the site? | 14:08:42 |
| 5 | Q. Mr. Ravine, can you please listen to my | 14:08:42 |
| 6 | question and answer the questions -- | 14:08:44 |
| 7 | A. Yes. | 14:08:44 |
| 8 | Q. -- that I'm asking you? | 14:08:44 |
| 9 | A. Yes. | 14:08:48 |
| 10 | Q. Okay. | 14:08:48 |
| 11 | A. Yeah. | 14:08:48 |
| 12 | Q. And in preparation for your deposition, either | 14:08:49 |
| 13 | today or last time, did you investigate how many return | 14:08:53 |
| 14 | users there were to any of your websites that used | 14:08:56 |
| 15 | Open AI? | 14:09:01 |
| 16 | A. I don't remember. If -- if this was | 14:09:04 |
| 17 | interrogatory, I probably have, but I don't remember | 14:09:14 |
| 18 | this interrogatory. If you put it in front of me, then | 14:09:16 |
| 19 | maybe that will jog my memory. | 14:09:19 |
| 20 | Q. If there was an interrogatory that asked this | 14:09:21 |
| 21 | question, your testimony is you did prepare on that | 14:09:24 |
| 22 | topic? | 14:09:29 |
| 23 | A. If the interrogatory specifically asked, then | 14:09:34 |
| 24 | I may have prepared for it, yes. | 14:09:39 |
| 25 | Q. Okay. Other than the fact that you believe | 14:09:41 |

1    some people returned to your website before --          14:09:44

2        A.  Even -- even -- I mean, not just returned to    14:09:50

3    the website; just -- just appearing on the website in   14:09:53

4    the first place.  So, it -- this is -- I want to change  14:09:55

5    what I said.                                             14:09:59

6            Look, it has nothing to do with people          14:09:59

7    returning to the website.  It has like -- you asked me   14:10:02

8    about, do I know if people knew about -- that associate  14:10:04

9    Open AI with my website, and like, I said probably, but  14:10:13

10   I don't -- I'm not sure.  I don't know.  I can't read    14:10:16

11   into people's minds, so I can only speculate.            14:10:18

12       Q.  You've never done any surveys that show people   14:10:21

13   associate Open AI with your goods and services before    14:10:26

14   November 16, 2022, did you?                              14:10:32

15       A.  No.                                              14:10:37

16       Q.  So, the basis for your belief that probably      14:10:37

17   some people associated Open [space] AI with your goods   14:10:50

18   and services is the fact that there were some users of   14:10:54

19   those -- of your website before November 16, 2022; is    14:10:57

20   that right?                                              14:11:03

21       A.  I -- I -- like, there were users of the site.    14:11:09

22   That's one of their -- yes.                              14:11:15

23       Q.  Go ahead.  Is there any other reason that you    14:11:17

24   believe people associated --                             14:11:19

25       A.  Well, I mean, I went and I -- I talked to        14:11:21

1    different people, and I talked about Open AI as early as       14:11:23

2    2015 or before that, in person and in conferences.  And        14:11:28

3    so they associated Open AI with -- with our products and       14:11:31

4    services.                                                      14:11:35

5        Q.  In 2015, you were talking to people about the          14:11:37

6    initiative, right?                                             14:11:41

7        A.  And the collaboration tools.                           14:11:42

8        Q.  Okay.  Is it your opinion that people                  14:11:44

9    associated Open [space] AI with the collaboration tools        14:11:46

10   before November 16th, 2022?                                    14:11:49

11       A.  I mean, I think so.  I don't -- I mean, I              14:11:58

12   can't -- I'm not an expert that reading -- reads into          14:12:01

13   people's minds.  So, I can't give you a definitive             14:12:06

14   answer.                                                        14:12:09

15       Q.  And aside from your speculation on this topic,         14:12:11

16   you have no basis to say whether consumers associated          14:12:17

17   Open [space] AI with any of your goods and services            14:12:24

18   before November 16, 2022?                                      14:12:28

19       A.  Sorry, can you -- can you ask this again?              14:12:35

20       Q.  Aside from what you have characterized as              14:12:39

21   speculation on this issue, you have no basis to say            14:12:42

22   whether consumers associated Open AI with any of your          14:12:45

23   goods and services before November 16, 2022?                   14:12:49

24       A.  Well, I mean, there are other things.  I -- I          14:12:58

25   can't think of them right now at this very moment.             14:13:03

| | | |
|---|---|---|
| 1 | You're asking me for an exhaustive list of all | 14:13:08 |
| 2 | of the possibilities, and I haven't thought about it. | 14:13:11 |
| 3 | So, I'm not prepared to answer this question. | 14:13:15 |
| 4 | Q.  Okay.  What did you believe to be the relevant | 14:13:16 |
| 5 | consumer market of the goods and services that you | 14:13:25 |
| 6 | offered before November 16, 2022? | 14:13:28 |
| 7 | MR. WILSON:  May I have the question back, | 14:13:41 |
| 8 | please? | 14:13:42 |
| 9 | THE REPORTER:  Sure thing. | 14:13:44 |
| 10 | Question:  "What did you believe to be the | 14:13:44 |
| 11 | relevant consumer market of the goods and services that | 14:13:44 |
| 12 | you offered before November 16, 2022?" | 14:14:00 |
| 13 | MR. WILSON:  Objection, form. | 14:14:00 |
| 14 | THE WITNESS:  So, I don't know.  This -- this | 14:14:06 |
| 15 | calls for -- I mean, I -- I'm not an expert on those | 14:14:09 |
| 16 | things, so, I can't say for sure what the relevant | 14:14:15 |
| 17 | market would be.  But initially, I was talking to AI | 14:14:18 |
| 18 | researchers and people in the AI industry, but later, | 14:14:22 |
| 19 | more and more people used it, and -- and then consumers, | 14:14:28 |
| 20 | ordinary consumers, used it. | 14:14:33 |
| 21 | BY MS. CARUSO: | 14:14:36 |
| 22 | Q.  Well, you created the products you were | 14:14:37 |
| 23 | offering, right? | 14:14:39 |
| 24 | A.  Yes. | 14:14:40 |
| 25 | Q.  Okay.  Who were you creating them for? | 14:14:41 |

1          A.  Well, as -- as I said, AI researchers                    14:14:46

2     originally, and then later, ordinary consumers,                    14:14:49

3     everybody, everyone, internet users.                    14:14:53

4          Q.  All right.  So, before November 16, 2022 --                    14:14:57

5          A.  Yeah.                    14:14:59

6          Q.  -- your goods and services were created for                    14:15:00

7     ordinary consumers, everybody, everyone, internet users?                    14:15:03

8               Did I hear you right?                    14:15:09

9          A.  Well, there were stages.  Initially, it was AI                    14:15:14

10    researchers, and then later, it expanded, and it was                    14:15:18

11    more and more people.                    14:15:21

12         Q.  When did it expand?                    14:15:22

13         A.  I don't know.  I -- I don't know exactly.  I                    14:15:24

14    can't remember exactly when that I started thinking, oh,                    14:15:28

15    there's going to be more -- wider, wider public will be                    14:15:31

16    using them.                    14:15:34

17         Q.  Was it in connection with the introduction of                    14:15:35

18    any new good or service?                    14:15:38

19         A.  I -- I'm not sure.  I don't remember.                    14:15:46

20         Q.  You have nothing you can think of as a reason                    14:15:48

21    that the market expanded over time before November 2016,                    14:15:54

22    2022; is that right?                    14:16:05

23         A.  I mean, I -- I can't think about -- well, I                    14:16:12

24    mean, there were -- there were things.  I just -- this                    14:16:14

25    is a thing -- it's something I'll have to go and think                    14:16:18

| | | |
|---|---|---|
| 1 | about and get back to you on that. | 14:16:21 |
| 2 | Q.  When do you think you'll be able to get back | 14:16:23 |
| 3 | to me about this? | 14:16:26 |
| 4 | A.  After I think about it.  Do you want me to | 14:16:27 |
| 5 | think about it now?  It will take me a couple of | 14:16:29 |
| 6 | minutes. | 14:16:35 |
| 7 | Q.  Why don't we take a break and you can think | 14:16:35 |
| 8 | about it. | 14:16:38 |
| 9 | A.  Okay, sure. | 14:16:38 |
| 10 | Q.  Thank you. | 14:16:38 |
| 11 | MS. CARUSO:  Let's go off the record. | 14:16:41 |
| 12 | THE VIDEOGRAPHER:  Stand by.  We are going off | 14:16:41 |
| 13 | the record.  The time is 2:16 p.m. | 14:16:42 |
| 14 | (Whereupon, a recess was taken.) | 14:17:35 |
| 15 | THE VIDEOGRAPHER:  We are back on the record. | 14:31:08 |
| 16 | The time is 2:31 p.m. | 14:31:10 |
| 17 | THE WITNESS:  Can we up the temperature there | 14:31:16 |
| 18 | a little bit?  It's cold. | 14:31:18 |
| 19 | BY MS. CARUSO: | 14:31:23 |
| 20 | Q.  Mr. Ravine, when do you believe the market for | 14:31:24 |
| 21 | your goods and services expanded? | 14:31:26 |
| 22 | A.  So, it started with AI researchers, and as AI | 14:31:30 |
| 23 | became more and more useful, it expanded to a less | 14:31:34 |
| 24 | sophisticated audience over time.  I couldn't pinpoint a | 14:31:39 |
| 25 | specific date, and the problem is, like, you know, | 14:31:45 |

1    it's -- it's a continuous expansion.                         14:31:48

2           So, there is no, like, discrete points where          14:31:51

3    it expanded to, like, a specific community.  It's just       14:31:54

4    the market for AI became bigger and bigger.  The             14:32:00

5    community for AI researchers initially was very small,       14:32:04

6    and gradually, more and more people started using AI         14:32:06

7    and -- as AI became also more useful.  And -- and then,      14:32:13

8    you know, AI applications became more and more useful,       14:32:18

9    and there were more and more users in many different         14:32:22

10   areas.  And so --                                            14:32:24

11       Q.  So, you can't tell me when you believe the           14:32:28

12   market for your goods and services expanded?                 14:32:30

13       A.  As I said, it was a continuous expansion.  And       14:32:32

14   this happened across the entire industry.                    14:32:41

15       Q.  Is it your understanding that the community of       14:32:43

16   AI researchers has remained very small?                      14:32:50

17       A.  I didn't say that.                                   14:32:57

18       Q.  Mr. Ravine --                                        14:33:05

19       A.  Uh-huh.                                              14:33:07

20       Q.  -- is it your understanding that the community       14:33:08

21   of AI researchers has remained very small?                   14:33:11

22       A.  No.  It's expanded over time.                        14:33:14

23       Q.  When did it begin to expand?                         14:33:19

24       A.  It is a continuous process of expansion.             14:33:22

25       Q.  How would you describe its size in 2015?             14:33:24

| | | |
|---|---|---|
| 1 | A.  Very, very small. | 14:33:29 |
| 2 | Q.  How many people? | 14:33:30 |
| 3 | A.  I don't know.  If you want me -- I can't say | 14:33:33 |
| 4 | the specific numbers of how many people there were in | 14:33:37 |
| 5 | the community. | 14:33:40 |
| 6 | Q.  Hundreds?  Thousands?  Tens of thousands? | 14:33:41 |
| 7 | A.  I don't know.  It depends on what you call an | 14:33:44 |
| 8 | AI researcher.  It depends on many things.  I don't have | 14:33:46 |
| 9 | the numbers in front of me. | 14:33:49 |
| 10 | Q.  When you refer to the market of AI researchers | 14:33:51 |
| 11 | for your goods and services in -- | 14:33:55 |
| 12 | A.  What I know -- okay, go ahead. | 14:33:58 |
| 13 | Q.  -- in 2015 -- | 14:34:01 |
| 14 | A.  Yeah. | 14:34:04 |
| 15 | Q.  -- to whom are you referring? | 14:34:04 |
| 16 | A.  As I said, mostly AI researchers, and -- | 14:34:07 |
| 17 | Q.  And how large of a community was that at the | 14:34:11 |
| 18 | time? | 14:34:13 |
| 19 | A.  It was small. | 14:34:13 |
| 20 | Q.  Can you provide any quantification? | 14:34:15 |
| 21 | A.  I don't know. | 14:34:19 |
| 22 | Q.  None at all?  It could be two people; it could | 14:34:20 |
| 23 | be 2 billion people? | 14:34:23 |
| 24 | A.  It's probably not two people or 2 billion | 14:34:26 |
| 25 | people. | 14:34:29 |

| | | |
|---|---|---|
| 1 | Q.  Can you provide some other estimate? | 14:34:30 |
| 2 | A.  It is very difficult to estimate this.  I'm | 14:34:34 |
| 3 | not an expert. | 14:34:38 |
| 4 | Q.  Were you a part of this community? | 14:34:39 |
| 5 | A.  Yes. | 14:34:43 |
| 6 | Q.  And you have no opinion whatsoever about how | 14:34:43 |
| 7 | many other people were a part of this community? | 14:34:47 |
| 8 | A.  It was much smaller than the current size.  I | 14:34:55 |
| 9 | mean, I don't know the specific numbers.  I know that | 14:34:59 |
| 10 | conferences were much smaller than today's, as I | 14:35:02 |
| 11 | remember it. | 14:35:10 |
| 12 | Q.  Mr. Ravine, you were aware of OpenAI, Inc.'s | 14:35:13 |
| 13 | GPT-2 product by May 16, 2019, weren't you? | 14:35:17 |
| 14 | A.  I don't -- didn't say that.  I didn't say | 14:35:28 |
| 15 | that.  Where -- | 14:35:32 |
| 16 | Q.  Mr. Ravine, when I ask you a question -- | 14:35:34 |
| 17 | A.  Yeah. | 14:35:36 |
| 18 | Q.  -- I would like you to listen to the question. | 14:35:37 |
| 19 | A.  Sure. | 14:35:38 |
| 20 | Q.  I am not asking you whether you've ever said | 14:35:39 |
| 21 | this before. | 14:35:41 |
| 22 | A.  Yeah. | 14:35:42 |
| 23 | Q.  I'm asking you -- | 14:35:42 |
| 24 | A.  Yeah. | 14:35:44 |
| 25 | Q.  -- is this true as you sit here today? | 14:35:44 |

1      A.  But you're stating it as if I said that.                  14:35:47

2  Like, on what basis are you saying that?                         14:35:50

3      Q.  Is it or is it not accurate that you were               14:35:53

4  aware of OpenAI, Inc.'s GPT-2 product as of May 16th,            14:35:58

5  2019?                                                            14:36:04

6      A.  GPT-2 was not a product.                                 14:36:05

7      Q.  What do you understand it to have been?                  14:36:08

8      A.  It was a research paper, a research project.             14:36:11

9      Q.  You were aware of OpenAI, Inc.'s GPT-2                    14:36:17

10 research project as of May 16, 2019, weren't you?               14:36:24

11     A.  I -- I don't remember.  I don't know.  No, I            14:36:30

12 don't know.                                                     14:36:33

13     Q.  You don't know when you became aware of it?             14:36:34

14     A.  I don't know.                                            14:36:37

15     Q.  How did you become aware of it?                          14:36:38

16     A.  I can't remember.  I don't remember.  You're           14:36:40

17 asking me for things that -- like, six years ago.  Like,        14:36:47

18 I don't know.                                                    14:36:55

19     Q.  I would like to hand you what's been premarked          14:36:55

20 as Exhibit 300.                                                 14:36:59

21         (Whereupon, Exhibit 300 was marked for                  14:36:59

22         identification.)                                         14:37:02

23 BY MS. CARUSO:                                                  14:37:02

24     Q.  Do you recognize this document?                         14:37:04

25     A.  I don't remember this document, but I can read          14:37:33

| | | |
|---|---|---|
| 1 | it. | 14:37:35 |
| 2 | Q.  Mr. Ravine, do you believe that this document | 14:37:35 |
| 3 | does not reflect an email that you sent in May 16, 2019? | 14:37:41 |
| 4 | A.  I don't know.  Is this an email that I sent? | 14:37:48 |
| 5 | Assuming this is an email I sent -- like, are you saying | 14:37:53 |
| 6 | that this is -- are you making a representation this is | 14:37:56 |
| 7 | an email I sent? | 14:37:59 |
| 8 | Q.  Mr. Ravine, this document is produced with | 14:38:01 |
| 9 | Bates Number RAVINE0005594 from your counsel. | 14:38:04 |
| 10 | A.  Okay. | 14:38:13 |
| 11 | Q.  It says at the top, "Message from Guy Ravine | 14:38:13 |
| 12 | sent 5/16/2019 6:18:08 p.m. to AnneH@eecs.mit.edu." | 14:38:16 |
| 13 | Do you see that? | 14:38:29 |
| 14 | A.  Yes. | 14:38:31 |
| 15 | Q.  Do you have reason to believe this is not, in | 14:38:31 |
| 16 | fact, an email that you sent on May 16, 2019? | 14:38:33 |
| 17 | A.  I haven't reviewed this email, so, I don't -- | 14:38:39 |
| 18 | I can't say, but if you are making the representation | 14:38:44 |
| 19 | that it is an email I sent, then based on your | 14:38:49 |
| 20 | representation, we can answer your questions. | 14:38:52 |
| 21 | Q.  Okay. | 14:38:54 |
| 22 | MS. CARUSO:  Let's go off the record.  And, | 14:38:56 |
| 23 | Mr. Wilson, I would like you to talk to your client | 14:38:57 |
| 24 | about how depositions work, and if not, we can get the | 14:39:00 |
| 25 | magistrate on the phone right now. | 14:39:04 |

```
 1              Let's take a ten-minute break.                14:39:09

 2              THE VIDEOGRAPHER:  We are going off the        14:39:11

 3     record.  The time is 2:39 p.m.                          14:39:12

 4              (Whereupon, a recess was taken.)               14:39:16

 5              THE VIDEOGRAPHER:  We are back on the record.   14:47:55

 6     The time is 2:47 p.m.                                   14:47:56

 7     BY MS. CARUSO:                                          14:48:00

 8         Q.  Mr. Ravine, do you have any reason to believe   14:48:01

 9     the document marked as Exhibit 300 is not an email that 14:48:03

10     you sent on May 16, 2019?                               14:48:06

11         A.  Well, and my attorney explained to me, as he    14:48:09

12     said just now, that there's a number at the bottom,     14:48:13

13     which means we probably produced it.  So, I -- I imagine 14:48:16

14     that we produced it.                                    14:48:20

15         Q.  My question was:  Do you have any reason to     14:48:23

16     believe that the document marked as Exhibit 300 is not  14:48:25

17     an email that you sent on May 16, 2019?                 14:48:28

18         A.  I -- I -- I have no reason to believe that      14:48:34

19     it's not.                                               14:48:38

20         Q.  Okay.  And in this email, you reference GPT-2.  14:48:39

21     Do you see that?                                        14:48:45

22         A.  I reference GPT-2 as a concept.                 14:48:48

23         Q.  So, you were aware of GPT-2 by at least         14:48:51

24     May 16, 2019; is that right?                            14:48:55

25         A.  I was aware, according to this, of -- I don't   14:48:57
```

```
 1   know.  Actually, I can't tell you if I was aware or not,     14:49:02
 2   but this is an email.                                        14:49:05
 3           Can I read this -- this email for a second,          14:49:06
 4   just to -- to see the context of it?                         14:49:09
 5       Q.  Mr. Ravine, you didn't read this email during       14:49:11
 6   our break?                                                   14:49:14
 7           A.  No.  I asked -- we -- he explained to me --      14:49:15
 8           MR. WILSON:  We're not going to discuss --           14:49:19
 9           THE WITNESS:  We're not going to discuss what        14:49:22
10   was discussed.  It's attorney-client privileged.            14:49:25
11   BY MS. CARUSO:                                               14:49:27
12       Q.  Okay.  So you're saying even though you              14:49:27
13   referenced GPT-2 --                                          14:49:30
14   A.  I'm saying I want to read the email --
15   Q.  I -- you don't --
16   A.  -- before I answer --
17   Q.  -- need to read the email --
18   A.  -- more questions --
19   Q.  I'm just going to ask you a separate question.
20       THE REPORTER:  If I could get one at a time,
21   that would be great.                                         14:49:41
22           THE WITNESS:  If you would like to ask me            14:49:41
23   questions about this email, I would like to read the         14:49:43
24   email.                                                       14:49:45
25   ///                                                          14:49:46
```

| | | |
|---|---|---|
| 1 | BY MS. CARUSO: | 14:49:46 |
| 2 | Q.  Mr. Ravine, my question to you is just this: | 14:49:47 |
| 3 | Is it your testimony that even though you referred to | 14:49:51 |
| 4 | GPT-2 in this email, you might not have been aware of it | 14:49:53 |
| 5 | as of the date that you wrote this email? | 14:49:59 |
| 6 | A.  In order to answer your question, I have to | 14:50:01 |
| 7 | read the email. | 14:50:03 |
| 8 | Q.  Okay.  As a general matter, you sometimes | 14:50:07 |
| 9 | maybe write emails in which you talk about concepts that | 14:50:10 |
| 10 | you're not aware of? | 14:50:13 |
| 11 | A.  If -- I -- it -- if I wrote about it, GPT-2 | 14:50:17 |
| 12 | was a paper that I may have read.  It does not mean that | 14:50:27 |
| 13 | it's a product.  It's a research paper, and it does not | 14:50:31 |
| 14 | mean that I knew it's associated with your client.  So, | 14:50:36 |
| 15 | but I will read the email, and I will be able to answer | 14:50:41 |
| 16 | your questions more clearly. | 14:50:44 |
| 17 | Q.  You're aware OpenAI, Inc. had -- | 14:50:46 |
| 18 | A.  Okay, you're not letting me read the email. | 14:50:49 |
| 19 | Q.  I am not asking you a question.  There's no | 14:50:51 |
| 20 | pending question. | 14:50:52 |
| 21 | A.  Okay. | 14:50:53 |
| 22 | Q.  You're aware OpenAI, Inc. had a product called | 14:50:53 |
| 23 | Codex? | 14:50:57 |
| 24 | A.  Am -- I don't remember Codex. | 14:51:00 |
| 25 | /// | |

| | | |
|---|---|---|
| 1 | (Whereupon, Exhibit 301 was marked for | 14:51:00 |
| 2 | identification.) | 14:51:00 |
| 3 | BY MS. CARUSO: | 14:51:08 |
| 4 | Q.  All right.  I would like to have you shown | 14:51:08 |
| 5 | what's been marked as Exhibit 301. | 14:51:10 |
| 6 | A.  You asked me a question about this email, and | 14:51:16 |
| 7 | I didn't even have a chance to read the email. | 14:51:18 |
| 8 | Q.  You gave an answer.  We're moving on. | 14:51:20 |
| 9 | You have in front of you Exhibit 301? | 14:51:24 |
| 10 | Mr. Ravine, you have in front of you | 14:51:35 |
| 11 | Exhibit 301, question mark? | 14:51:38 |
| 12 | A.  Uh-huh. | 14:51:41 |
| 13 | Q.  Can you please give a yes-or-no answer? | 14:51:42 |
| 14 | A.  About what? | 14:51:45 |
| 15 | Q.  Whether or not you have in front of you | 14:51:47 |
| 16 | Exhibit 301. | 14:51:49 |
| 17 | A.  Yes. | 14:51:51 |
| 18 | Q.  And you see that Exhibit 301 is an email sent | 14:51:52 |
| 19 | to you on August 8 -- August 10th, 2021? | 14:51:58 |
| 20 | A.  Yes.  I don't remember this email. | 14:52:10 |
| 21 | Q.  This email says that it's from OpenAI Codex. | 14:52:13 |
| 22 | Do you see that? | 14:52:19 |
| 23 | A.  That's what it says. | 14:52:21 |
| 24 | Q.  Okay.  And it also says "Unsubscribe | 14:52:22 |
| 25 | GuyRavine@Gmail.com from this list," colon, and then it | 14:52:30 |

| | | |
|---|---|---|
| 1 | has a link. | 14:52:35 |
| 2 | Do you see that? | 14:52:37 |
| 3 | A.  Yes. | 14:52:37 |
| 4 | Q.  Did you subscribe to a listserv provided by | 14:52:38 |
| 5 | OpenAI, Inc.? | 14:52:50 |
| 6 | A.  I don't know, and, actually, this does not | 14:52:51 |
| 7 | necessarily mean that it's a subscription to OpenAI, but | 14:52:54 |
| 8 | I don't know.  Somebody could have subscribed my email. | 14:52:58 |
| 9 | Who knows?  I have so many things that I get. | 14:53:01 |
| 10 | Q.  Sitting here today, you don't know whether you | 14:53:04 |
| 11 | have ever signed up to receive any emails from OpenAI, | 14:53:07 |
| 12 | Inc.? | 14:53:10 |
| 13 | A.  I didn't say that.  I said that I don't know | 14:53:10 |
| 14 | if I subscribed to receive -- | 14:53:12 |
| 15 | Q.  Mr. Ravine -- | 14:53:15 |
| 16 | A.  -- this email. | 14:53:15 |
| 17 | Q.  -- sitting here today, do you know whether you | 14:53:17 |
| 18 | ever signed up to receive any emails from OpenAI, Inc.? | 14:53:19 |
| 19 | A.  I don't remember. | 14:53:23 |
| 20 | (Whereupon, Exhibit 302 was marked for | 14:53:23 |
| 21 | identification.) | 14:53:23 |
| 22 | BY MS. CARUSO: | 14:53:23 |
| 23 | Q.  I would like to show you what's been marked as | 14:53:24 |
| 24 | Exhibit 302. | 14:53:30 |
| 25 | Do you have Exhibit 302 in front of you? | 14:53:41 |

| | | |
|---|---|---|
| 1 | A. Yes. | 14:53:46 |
| 2 | Q. Do you see that Exhibit 302 is an email sent | 14:53:47 |
| 3 | to you on July 13, 2022? | 14:53:51 |
| 4 | A. Yes. | 14:54:04 |
| 5 | Q. You received this email? | 14:54:05 |
| 6 | A. I imagine, yes. | 14:54:10 |
| 7 | Q. And this email was sent from OpenAI. | 14:54:12 |
| 8 | Do you see that? | 14:54:16 |
| 9 | A. Yes. | 14:54:19 |
| 10 | Q. And it says, after the "Get Started" | 14:54:20 |
| 11 | highlighted section, "This email was sent by OpenAI | 14:54:27 |
| 12 | because you signed up for the DALL-E beta." | 14:54:30 |
| 13 | Do you see that? | 14:54:33 |
| 14 | A. Well, can I read this email first? | 14:54:43 |
| 15 | Q. Do you see that? | 14:54:45 |
| 16 | A. That what? | 14:54:45 |
| 17 | Q. That language that I just read. | 14:54:46 |
| 18 | A. What did you say? Sorry. | 14:54:48 |
| 19 | Q. "This email was sent by OpenAI because you | 14:54:51 |
| 20 | signed up for the DALL-E beta." | 14:54:55 |
| 21 | A. Well, can I read the email in order to answer | 14:54:58 |
| 22 | your question? | 14:55:00 |
| 23 | Q. Mr. Ravine, can you -- | 14:55:00 |
| 24 | A. You haven't given me a chance to even read the | 14:55:01 |
| 25 | email. | 14:55:04 |

1      Q.  Can you first answer whether you see that          14:55:05

2  language on the page?                                      14:55:09

3      A.  What is -- what is the specific language?          14:55:11

4  Tell me the words.                                         14:55:20

5      Q.  Do you see that on Exhibit 302, there's a          14:55:22

6  section at the bottom.                                     14:55:28

7          Do you see that?                                   14:55:30

8      A.  Oh, yeah, of course.  You're not letting me        14:55:31

9  read the email, so how can I know that it's at the         14:55:33

10  bottom in a -- in the -- in a footnote?                    14:55:38

11          Can I please read the email so I can tell you?    14:55:41

12      Q.  Please read the email.                             14:55:44

13      A.  Okay, thank you.                                   14:55:45

14          Okay.                                              14:56:18

15      Q.  Okay.  You read all nine lines --                  14:56:19

16      A.  I just want to say that I get so many spam         14:56:22

17  emails and so many subscriptions, so, it is actually not   14:56:26

18  clear that I signed up for it, but maybe I have.           14:56:29

19      Q.  Mr. Ravine, sitting here today, you can't say     14:56:38

20  whether or not you signed up for the DALL-E beta; is       14:56:41

21  that --                                                    14:56:46

22      A.  I don't remember signing up for the DALL-E        14:56:47

23  beta.                                                      14:56:49

24      Q.  When did you first use DALL-E?                     14:56:50

25      A.  I don't remember when I used DALL-E.              14:56:52

1      Q.  All right.  But you were aware of it by          14:56:54

2  July 13, 2022; is that right?                            14:56:57

3      A.  I -- I didn't say that.  The fact that I         14:57:00

4  received an email doesn't mean that I'm aware of it.     14:57:02

5      Q.  Okay.  So --                                     14:57:05

6      A.  There's a lot of email I -- I receive.           14:57:06

7      Q.  -- is it your testimony that someone else        14:57:08

8  would have signed you up --                              14:57:10

9      A.  I didn't say that.  I just don't remember        14:57:11

10  signing up, and I have a lot of subscriptions and these  14:57:14

11  letters and lots of emails that I don't read from a lot  14:57:19

12  of crap that I get.  I get lots of emails that I don't   14:57:23

13  read.                                                    14:57:25

14      Q.  After you received this email in July 2022      14:57:29

15  about the DALL-E image generator offered by OpenAI,      14:57:36

16  Inc., you began offering an image generator, right?      14:57:43

17      A.  We actually were working on developing an       14:57:48

18  image generator well before that, and we had a beta of   14:57:52

19  it probably like before -- I'm not sure exactly of the   14:57:55

20  dates, but around that time or before that.              14:58:01

21      Q.  And that beta was not available on the open.ai  14:58:03

22  web page, was it?                                        14:58:11

23      A.  It was available on another product of ours,    14:58:13

24  Boom.                                                    14:58:15

25      Q.  And that beta did not use OpenAI in connection  14:58:16

1    with its branding, right?                              14:58:21

2         A.  As far as I remember, DALL-E also didn't use  14:58:22

3    OpenAI in connection -- in connection with its branding. 14:58:25

4         Q.  Okay.  And you see on Exhibit 302 that         14:58:27

5    the "From" line of this DALL-E reference says "OpenAI"  14:58:30

6    on it?                                                  14:58:36

7         A.  That's an email.  That's not the product.     14:58:36

8         Q.  And when you used DALL-E, did -- how did you   14:58:38

9    reach it?                                               14:58:41

10        A.  I didn't say I remember using DALL-E.          14:58:42

11        Q.  Earlier, you testified that you used DALL-E.   14:58:46

12        A.  I don't remember when I used DALL-E and how I  14:58:49

13   reached it and if I used DALL-E.  I probably used       14:58:53

14   DALL-E.  Actually, I think I used DALL-E -- I don't     14:58:56

15   remember.  I used ChatGPT.  I tried ChatGPT, and ChatGPT 14:58:58

16   has the functionality of generating images.  So, I must 14:59:02

17   have used DALL-E for the functionality of ChatGPT.      14:59:07

18        MS. CARUSO:  Move to strike everything after       14:59:23

19   my question, "After you received this email in July 2022 14:59:31

20   about the DALL-E image generator offered by OpenAI, Inc. 14:59:37

21   you began offering an image generator?"                 14:59:41

22   BY MS. CARUSO:                                          14:59:54

23        Q.  And I'm going to ask you this question         14:59:54

24   again -- I'm going to ask you a different question.      14:59:54

25             After you received this email in July 2022    14:59:55

1    about the DALL-E image generator offered by OpenAI,            14:59:57

2    Inc., you later began offering an image generator on the      15:00:02

3    open.ai web page; is that correct?                            15:00:08

4        A.  We were already developing and offering an            15:00:14

5    image generator on -- yeah, our company was already           15:00:18

6    offering an image generator back then.                        15:00:23

7        Q.  Was it on the open.ai web page?                       15:00:26

8        A.  It doesn't matter where it's on, but no, I            15:00:32

9    don't think it was --                                         15:00:32

10       Q.  Mr. Ravine --                                         15:00:33

11       A.  I don't think it was on open.ai.                      15:00:33

12       Q.  -- you know that it was not on the open.ai web        15:00:37

13   page?                                                         15:00:39

14       A.  It wasn't on the open.ai domain, no; home            15:00:40

15   page, no.                                                     15:00:43

16       Q.  That didn't happen until after July 2022,             15:00:44

17   right?                                                        15:00:52

18       A.  Right.                                                15:00:52

19       Q.  That didn't happen until November 2022, right?       15:00:53

20       A.  Probably.  I don't remember the exact date.           15:00:59

21       Q.  Were you concerned when you decided to offer          15:01:02

22   an image generator on open.ai that people would think it      15:01:05

23   was the image generator of OpenAI, Inc.?                      15:01:11

24       A.  Like, concerned?  No, I wasn't concerned.             15:01:17

25       Q.  Did you consider that that might happen?              15:01:24

| | | |
|---|---|---|
| 1 | A.  Well, since your client stole the name that we | 15:01:29 |
| 2 | were using, that could have been a problem and -- yeah. | 15:01:37 |
| 3 | Q.  Mr. Ravine, please answer my question.  Did | 15:01:39 |
| 4 | you consider that might happen? | 15:01:41 |
| 5 | A.  Sorry.  I lost the thread here.  What might | 15:01:48 |
| 6 | happen?  Can you repeat the question, please?  What | 15:01:52 |
| 7 | might happen? | 15:01:57 |
| 8 | Q.  Did you consider that by offering an image | 15:01:58 |
| 9 | generator on open.ai that people would think it was the | 15:02:01 |
| 10 | image generator of OpenAI, Inc.? | 15:02:06 |
| 11 | A.  You're asking if there was a possibility of | 15:02:15 |
| 12 | confusion?  There was always a possibility of confusion, | 15:02:19 |
| 13 | because your -- your clients stole the name.  So, yeah, | 15:02:22 |
| 14 | that -- that was a concern, that they would confuse us. | 15:02:27 |
| 15 | Q.  And you chose to proceed with that -- | 15:02:32 |
| 16 | A.  It was -- | 15:02:41 |
| 17 | Q.  -- notwithstanding that concern, correct? | 15:02:42 |
| 18 | A.  It was our registered trademark.  We had used | 15:02:45 |
| 19 | it since before your clients, and your clients also told | 15:02:47 |
| 20 | me that I can go ahead and do a website with AI | 15:02:52 |
| 21 | algorithms, even though I never gave them permission to | 15:02:56 |
| 22 | use our mark. | 15:02:59 |
| 23 | So, this should have been your client's | 15:03:00 |
| 24 | concern, not my concern.  I was concerned that people | 15:03:04 |
| 25 | would confuse, because your client was encroaching on | 15:03:07 |

| | | |
|---|---|---|
| 1 | our market. | 15:03:11 |
| 2 | Q.  How was OpenAI, Inc. encroaching on your | 15:03:15 |
| 3 | market? | 15:03:21 |
| 4 | A.  How was it encroaching -- I mean -- | 15:03:24 |
| 5 | MR. WILSON:  Objection, form. | 15:03:28 |
| 6 | You may answer. | 15:03:29 |
| 7 | THE WITNESS:  I don't know.  I'm not an expert | 15:03:31 |
| 8 | in -- | 15:03:32 |
| 9 | BY MS. CARUSO: | 15:03:33 |
| 10 | Q.  What did you mean when you said "your client | 15:03:33 |
| 11 | was encroaching on our market"? | 15:03:35 |
| 12 | A.  Well, I mean, we were doing a generative AI | 15:03:37 |
| 13 | model, and your clients decided to do a generative AI | 15:03:40 |
| 14 | model. | 15:03:45 |
| 15 | Q.  Is it or is it not accurate -- what do you | 15:03:46 |
| 16 | mean by you were doing a generative AI model? | 15:03:50 |
| 17 | A.  Since years before, we were building -- we had | 15:03:54 |
| 18 | a facility to build AI models on our sites, and to run | 15:04:03 |
| 19 | them and to use them. | 15:04:08 |
| 20 | At some point, your client decided to do a | 15:04:10 |
| 21 | generative AI model and offer something like that. | 15:04:13 |
| 22 | Q.  Mr. Ravine, when did you -- | 15:04:16 |
| 23 | A.  Under the same brand. | 15:04:18 |
| 24 | Q.  Mr. Ravine, when did you begin offering a | 15:04:19 |
| 25 | generative AI model on the open.ai domain? | 15:04:22 |

| | | |
|---|---|---|
| 1 | A. We -- on decentralized.open.ai, we had the | 15:04:28 |
| 2 | ability for people to develop and run AI algorithms, | 15:04:33 |
| 3 | including generative AI algorithms, as early as 2017. | 15:04:38 |
| 4 | Q. So, it's your position that the | 15:04:42 |
| 5 | decentralized.open.ai domain offered a generative AI | 15:04:49 |
| 6 | model? | 15:04:52 |
| 7 | A. There was a collaboration tool that, as a | 15:04:52 |
| 8 | component of it, it offered a generative AI model. | 15:04:55 |
| 9 | Q. How was it that you expected people to | 15:04:59 |
| 10 | encounter the web page decentralized.open.ai? | 15:05:01 |
| 11 | A. I mean, they -- I mean, I would go to | 15:05:10 |
| 12 | conferences. I talk to people in conferences. You | 15:05:13 |
| 13 | know, word of mouth. There's many different ways that | 15:05:16 |
| 14 | people can encounter things. | 15:05:19 |
| 15 | Q. Okay. And did you give them anything that | 15:05:20 |
| 16 | said, "Go to decentralized.open.ai"? | 15:05:24 |
| 17 | A. Did I give them anything? What do you mean? | 15:05:27 |
| 18 | Q. How did they know the domain name to go to? | 15:05:30 |
| 19 | A. I told them about it. | 15:05:33 |
| 20 | Q. You -- you told them go to decentralized -- | 15:05:34 |
| 21 | A. Yes. Of course, yes. | 15:05:37 |
| 22 | Q. Of course. And you think that's the kind of | 15:05:38 |
| 23 | URL people keep in their mind, decentralized.open.ai? | 15:05:45 |
| 24 | A. I don't have access to people's minds. | 15:05:52 |
| 25 | Q. And is it your testimony, then, that my client | 15:05:56 |

| | | |
|---|---|---|
| 1 | began offering a generative AI model that was similar to | 15:06:00 |
| 2 | what was on decentralized.open.ai? | 15:06:05 |
| 3 | A. I didn't say it was similar. I said it was a | 15:06:12 |
| 4 | generative AI model. | 15:06:15 |
| 5 | Q. Your testimony as recorded a few moments ago | 15:06:17 |
| 6 | was, "At some point, your client decided to do a | 15:06:20 |
| 7 | generative AI model and offer something like that." | 15:06:23 |
| 8 | What did you mean by "something like that"? | 15:06:26 |
| 9 | A. I need the context. Can you read me the | 15:06:32 |
| 10 | context? The previous -- | 15:06:34 |
| 11 | Q. That was your answer? | 15:06:34 |
| 12 | A. The previous question? I mean, what was the | 15:06:38 |
| 13 | question, what was -- and the previous answer? What am | 15:06:40 |
| 14 | I referring to by -- by "like that"? I don't know. You | 15:06:43 |
| 15 | would have to read it to me so I could understand the | 15:06:46 |
| 16 | context. | 15:06:49 |
| 17 | Q. Question: "Is it or is it not accurate -- | 15:06:50 |
| 18 | what do you mean by you were doing a generative AI | 15:06:55 |
| 19 | model?" | 15:07:00 |
| 20 | Answer: "Since years before, we were | 15:07:00 |
| 21 | building -- we had a facility to build AI models on our | 15:07:03 |
| 22 | sites and to run them and to use them. At some point, | 15:07:06 |
| 23 | your client decided to do a generative AI model and | 15:07:09 |
| 24 | offer something like that." | 15:07:13 |
| 25 | A. Yeah. So, we had the facility to run AI | 15:07:15 |

| | | |
|---|---|---|
| 1 | algorithms on our site, any AI algorithm.  Your client | 15:07:19 |
| 2 | never did that, never provided any AI algorithm to run | 15:07:24 |
| 3 | as an online product on their site until later.  And | 15:07:27 |
| 4 | so -- | 15:07:33 |
| 5 | Q.  And when is it that you understand OpenAI, | 15:07:37 |
| 6 | Inc. to have first provided an AI algorithm on its | 15:07:41 |
| 7 | website? | 15:07:45 |
| 8 | A.  I don't know.  I -- I can't testify to that. | 15:07:48 |
| 9 | I don't -- I don't remember.  I can't -- I can't give | 15:07:50 |
| 10 | you a date.  I don't have the numbers. | 15:07:53 |
| 11 | Q.  Is it your -- is it your understanding that | 15:07:56 |
| 12 | DALL-E was an AI algorithm? | 15:08:01 |
| 13 | A.  DALL-E is an AI algorithm, yes. | 15:08:02 |
| 14 | Q.  And you understand that there are projects and | 15:08:11 |
| 15 | products that my client made available other than | 15:08:15 |
| 16 | directly through its website before the introduction of | 15:08:19 |
| 17 | DALL-E? | 15:08:22 |
| 18 | A.  I don't understand that, no. | 15:08:23 |
| 19 | Q.  Okay. | 15:08:24 |
| 20 | A.  I -- what -- what I know is that they had | 15:08:25 |
| 21 | research -- now I know that they had research projects, | 15:08:27 |
| 22 | and -- and lots of blogs and papers, but not real | 15:08:30 |
| 23 | products.  In fact, they said specifically that they | 15:08:38 |
| 24 | were not offering any commercial products and they did | 15:08:41 |
| 25 | not intend to offer commercial products, until much | 15:08:43 |

| | | |
|---|---|---|
| 1 | later. | 15:08:46 |
| 2 | Q.  Is it your understanding that if a product | 15:08:47 |
| 3 | isn't a commercial product, it's not a real product? | 15:08:49 |
| 4 | MR. WILSON:  Objection, form. | 15:08:54 |
| 5 | THE WITNESS:  I don't know.  It's -- I'm not a | 15:08:56 |
| 6 | legal expert. | 15:08:58 |
| 7 | BY MS. CARUSO: | 15:08:59 |
| 8 | Q.  Mr. Ravine, you just testified, "They had lots | 15:08:59 |
| 9 | of blogs and papers, but not real products.  In fact, | 15:09:03 |
| 10 | they said specifically that they were not offering any | 15:09:07 |
| 11 | commercial products." | 15:09:09 |
| 12 | A.  I didn't say they have lots -- I said they | 15:09:10 |
| 13 | had -- well, okay, I want to restate my testimony.  They | 15:09:12 |
| 14 | had some blogs and some papers, research papers, and | 15:09:16 |
| 15 | they were a research institute that was a nonprofit | 15:09:21 |
| 16 | research institute, and they said specifically that they | 15:09:25 |
| 17 | would not have any products, any commercial products. | 15:09:26 |
| 18 | Q.  Is it your understanding that there can be | 15:09:31 |
| 19 | products that are not commercial products? | 15:09:33 |
| 20 | MR. WILSON:  Objection, form. | 15:09:39 |
| 21 | THE WITNESS:  I'm not a legal expert as to | 15:09:42 |
| 22 | what is commercial or not commercial, and I'm also not a | 15:09:45 |
| 23 | linguist. | 15:09:51 |
| 24 | BY MS. CARUSO: | 15:09:52 |
| 25 | Q.  Okay.  So when you use the phrase "commercial | 15:09:52 |

1  products," that doesn't have any meaning to you?        15:09:54

2      A.  They wrote it on their site.                    15:09:56

3      Q.  Okay.  But you are challenging whether or not   15:09:59

4  that was a true statement, right?                       15:10:02

5      A.  I don't -- I'm not qualified to -- to respond   15:10:07

6  to that.                                                15:10:12

7      Q.  Okay.  The image generator available on         15:10:13

8  open.ai produced images that were watermarked, didn't   15:10:15

9  it?                                                     15:10:23

10     A.  What?  No.  I don't know, probably not.  On     15:10:26

11  open.ai?                                               15:10:29

12     Q.  Yes.                                            15:10:30

13     A.  I -- when you generate it, did they produce a   15:10:38

14  watermark?  I don't -- I don't remember.  I think when 15:10:43

15  you generate it, it wasn't watermarked, but if you     15:10:49

16  shared it, it might have been, but I don't quite       15:10:53

17  remember.                                              15:10:57

18     Q.  Did Stable Diffusion's functionality add a      15:10:58

19  watermark to images that were generated using it?      15:11:06

20     A.  I would imagine no.                             15:11:21

21     Q.  What do you mean by if you shared it, it might  15:11:24

22  have been watermarked?                                 15:11:29

23     A.  If you -- after generating an image on our      15:11:31

24  site, you shared it, then when you shared it, a new    15:11:38

25  image would be generated that added a watermark.       15:11:51

1      Q.  So, you added that functionality to the image      15:11:59

2  generator, that watermarking functionality?              15:12:06

3      A.  I -- I really don't remember what               15:12:09

4  functionality was there at the time, but if there was    15:12:15

5  any watermark, it was in the sharing function.  As far   15:12:17

6  as I remember, there was no watermark when you generated 15:12:21

7  the images.  People didn't like watermarks.  So, I       15:12:24

8  imagine if there was anything, it was during the sharing 15:12:29

9  process.                                                  15:12:35

10     Q.  Why would it exist during the sharing process    15:12:36

11  if people don't like watermarks?                         15:12:38

12     A.  Because you want to tell them that it was         15:12:40

13  created by our tool.                                     15:12:44

14     Q.  The image generator available on open.ai did     15:12:47

15  not prohibit users from generating images depicting      15:12:52

16  violence against children, did it?                       15:12:56

17     A.  We created a filter, several filters,            15:12:59

18  actually, to ensure that there's less and less of them.  15:13:04

19  This has always been a problem for the entire AI         15:13:08

20  industry, generating unwanted content or harmful         15:13:11

21  content, and we -- we tried our best to come up with the 15:13:18

22  filters needed to remove them.                           15:13:23

23     Q.  But you were not successful in doing that,        15:13:26

24  were you?                                                15:13:28

25     A.  We were successful in doing -- removing a         15:13:31

| | | |
|---|---|---|
| 1 | significant portion of them.  No one is fully | 15:13:36 |
| 2 | successful.  Even your client's products actually are | 15:13:39 |
| 3 | abysmally bad at doing that type of filtering very well. | 15:13:43 |
| 4 | Over time, our filter got better and better, | 15:13:49 |
| 5 | and I believe also the filter of everybody else in the | 15:13:52 |
| 6 | industry over time got better and better. | 15:13:55 |
| 7 | Q.  Mr. Ravine, as of October 2023, the image | 15:13:58 |
| 8 | generator available on open.ai did not prohibit users | 15:14:11 |
| 9 | from generating images depicting violence against | 15:14:15 |
| 10 | children, did it? | 15:14:20 |
| 11 | A.  As I said -- | 15:14:21 |
| 12 | MR. WILSON:  Objection, form. | 15:14:22 |
| 13 | THE WITNESS:  I think I already answered that | 15:14:23 |
| 14 | question.  As I said, we had a filter, multiple filters, | 15:14:25 |
| 15 | several filters, that would filter out the bad images, | 15:14:34 |
| 16 | that they would not be displayed, and that was also -- | 15:14:40 |
| 17 | that is also true for all of the AI companies doing the | 15:14:45 |
| 18 | generative AI at the time, and now they generate | 15:14:50 |
| 19 | something, and then they filter it to see if it's bad, | 15:14:57 |
| 20 | and they remove it if it's bad. | 15:15:00 |
| 21 | And these filters are not always 100 percent | 15:15:02 |
| 22 | successful.  In fact, they are far less than 100 percent | 15:15:05 |
| 23 | successful, and that's one of the problems that the AI | 15:15:08 |
| 24 | industry now faces. | 15:15:11 |
| 25 | /// | 15:15:12 |

| | | |
|---|---|---|
| 1 | BY MS. CARUSO: | 15:15:12 |
| 2 | Q. Did you have filters like that for any of your | 15:15:12 |
| 3 | earlier tools? | 15:15:15 |
| 4 | A. I don't recall what we did in the earlier | 15:15:22 |
| 5 | tools. The -- we -- | 15:15:25 |
| 6 | Q. When did you create these filters that you're | 15:15:33 |
| 7 | referring to? | 15:15:35 |
| 8 | A. When did I create the filters? I don't | 15:15:38 |
| 9 | remember when these filters were created, but we -- we | 15:15:40 |
| 10 | wanted to start filtering as soon as we discovered there | 15:15:44 |
| 11 | was bad content generated, and I imagine that's also the | 15:15:46 |
| 12 | case with many other AI companies doing that. This is a | 15:15:52 |
| 13 | pervasive problem in the AI space, and people are | 15:15:58 |
| 14 | working to reduce harmful content. | 15:16:01 |
| 15 | MS. CARUSO: I move to strike everything | 15:16:06 |
| 16 | after "I don't remember when these filters were | 15:16:08 |
| 17 | created." | 15:16:10 |
| 18 | BY MS. CARUSO: | 15:16:10 |
| 19 | Q. Moving on, the filters were created after the | 15:16:11 |
| 20 | image generator was available for the first time, | 15:16:16 |
| 21 | though, on open.ai, right? | 15:16:18 |
| 22 | A. I'm sorry. Can you repeat the question? I'm | 15:16:25 |
| 23 | like -- yeah, go ahead, sorry. | 15:16:27 |
| 24 | Q. You created these filters sometime after first | 15:16:28 |
| 25 | making the image generator available on open.ai? | 15:16:35 |

| | | |
|---|---|---|
| 1 | A. I don't remember when they were created, but | 15:16:40 |
| 2 | as soon as we -- as I said, as soon as we saw bad | 15:16:42 |
| 3 | content, we first worked on a flagging system, and then | 15:16:47 |
| 4 | other filtering mechanisms. | 15:16:53 |
| 5 | Q. In 2023, you wanted to make life hard for | 15:16:55 |
| 6 | OpenAI, Inc., didn't you? | 15:17:03 |
| 7 | A. What? What? What? | 15:17:05 |
| 8 | MR. WILSON: Objection, form. | 15:17:11 |
| 9 | THE WITNESS: I don't -- you have to be more | 15:17:24 |
| 10 | specific. | 15:17:26 |
| 11 | BY MS. CARUSO: | 15:17:26 |
| 12 | Q. In 2023, did you want to make OpenAI's | 15:17:27 |
| 13 | business more difficult for it? | 15:17:33 |
| 14 | A. I didn't intentionally want to make anybody's | 15:17:35 |
| 15 | business difficult. I was just going about my -- my | 15:17:38 |
| 16 | business. | 15:17:40 |
| 17 | Q. In 2023, you wanted to launch an initiative | 15:17:41 |
| 18 | that you thought would make OpenAI, Inc. scramble; is | 15:17:47 |
| 19 | that right? | 15:17:50 |
| 20 | A. Scramble? I don't know what you're talking | 15:17:51 |
| 21 | about. | 15:17:53 |
| 22 | Q. You told others in 2023 that you wanted to | 15:17:53 |
| 23 | spice things up for OpenAI, Inc.? | 15:17:56 |
| 24 | A. OpenAI, Inc. was a competitor -- a competitor | 15:17:59 |
| 25 | of ours, and as well as of other AI companies, and, you | 15:18:02 |

| | | |
|---|---|---|
| 1 | know, they stole the name.  And everybody -- a lot of | 15:18:11 |
| 2 | people in the industry didn't like them, and, yeah, I | 15:18:18 |
| 3 | also didn't like them. | 15:18:22 |
| 4 |       MS. CARUSO:  Move to strike that answer. | 15:18:26 |
| 5 | BY MS. CARUSO: | 15:18:26 |
| 6 |      Q.  Mr. Ravine, you told others in 2023 that | 15:18:27 |
| 7 | you -- | 15:18:29 |
| 8 |      A.  I gave you an answer.  I'm not sure how you -- | 15:18:30 |
| 9 | okay. | 15:18:33 |
| 10 |      Q.  It's a yes-or-no question. | 15:18:33 |
| 11 |      A.  Okay. | 15:18:34 |
| 12 |      Q.  You told others in 2023 that you wanted to | 15:18:34 |
| 13 | spice things up for OpenAI, Inc., didn't you? | 15:18:37 |
| 14 |      A.  I don't remember that. | 15:18:41 |
| 15 |      Q.  Does that sound like something you would not | 15:18:42 |
| 16 | have said? | 15:18:47 |
| 17 |      A.  I don't know, actually.  I don't know if I | 15:18:47 |
| 18 | used these words, no. | 15:18:50 |
| 19 |      Q.  You viewed yourself in early 2023 as in a very | 15:18:51 |
| 20 | special position with regard to OpenAI, Inc., didn't | 15:18:55 |
| 21 | you? | 15:18:59 |
| 22 |      A.  I -- I -- I mean, I don't remember, and I | 15:19:01 |
| 23 | don't know.  So, I don't -- I don't remember. | 15:19:07 |
| 24 |      Q.  Is it your testimony sitting here today that | 15:19:09 |
| 25 | you did not view yourself as being in a very special | 15:19:13 |

| | | |
|---|---|---|
| 1 | position with regards to OpenAI, Inc., in early 2023? | 15:19:17 |
| 2 | A.  Wait, sorry.  So, what is your question? | 15:19:22 |
| 3 | Q.  In early 2023, did you view yourself as being | 15:19:27 |
| 4 | in a very special position with regard to OpenAI, Inc.? | 15:19:32 |
| 5 | A.  I don't know the context of this, so I don't | 15:19:40 |
| 6 | know what -- I can't respond to this, because I don't | 15:19:44 |
| 7 | have the context.  Like, what does it mean? | 15:19:48 |
| 8 | Q.  Does it mean anything to you? | 15:19:50 |
| 9 | A.  In -- in -- if you're taking it out of | 15:19:52 |
| 10 | context, I don't -- it doesn't mean anything.  It has to | 15:19:55 |
| 11 | be in a certain context. | 15:19:59 |
| 12 | Q.  In the first half of 2023, you wanted to sue | 15:20:00 |
| 13 | OpenAI, Inc.? | 15:20:04 |
| 14 | A.  I didn't say that. | 15:20:06 |
| 15 | Q.  I didn't ask if you said it.  I'm asking if | 15:20:09 |
| 16 | that's what you wanted to do? | 15:20:12 |
| 17 | MR. WILSON:  I instruct the witness that he | 15:20:15 |
| 18 | can only answer the question to the extent his answer | 15:20:17 |
| 19 | doesn't reveal conversations he had with counsel. | 15:20:21 |
| 20 | THE WITNESS:  It would actually reveal | 15:20:25 |
| 21 | conversations with counsel. | 15:20:27 |
| 22 | BY MS. CARUSO: | 15:20:28 |
| 23 | Q.  Whether or not you wanted to sue OpenAI, Inc. | 15:20:30 |
| 24 | in 2023 is something you are saying you can't answer? | 15:20:33 |
| 25 | A.  My attorney just -- | 15:20:42 |

| | |
|---|---|
| 1 |       MR. WILSON:  Same instruction. | 15:20:43 |
| 2 |       THE WITNESS:  I cannot answer because it would | 15:20:46 |
| 3 | reveal attorney-client privilege. | 15:20:48 |
| 4 | BY MS. CARUSO: | 15:20:49 |
| 5 |     Q.  So, did you ever tell the Bloomberg reporter | 15:20:50 |
| 6 | that you never wanted to sue anyone? | 15:20:52 |
| 7 |     A.  I don't remember that. | 15:20:57 |
| 8 |     Q.  You don't remember telling him that? | 15:20:59 |
| 9 |     A.  I don't remember what I told the Bloomberg | 15:21:03 |
| 10 | reporter. | 15:21:05 |
| 11 |     Q.  Did you ask him to correct the statement that | 15:21:06 |
| 12 | he reported that you said you never wanted to sue anyone | 15:21:09 |
| 13 | in 2023? | 15:21:15 |
| 14 |     A.  I don't remember -- as I said, I don't | 15:21:16 |
| 15 | remember what I asked him to correct. | 15:21:17 |
| 16 |     Q.  Well, in the first half of 2023, you were | 15:21:19 |
| 17 | looking for people to help fund an attack on my client, | 15:21:21 |
| 18 | OpenAI, Inc., weren't you? | 15:21:24 |
| 19 |     A.  Where is this -- | 15:21:26 |
| 20 |     Q.  Is it true or not? | 15:21:30 |
| 21 |     A.  Fund an attack?  What do you mean "fund an | 15:21:32 |
| 22 | attack"?  Well, what we did in 2023 is we filed a letter | 15:21:35 |
| 23 | of protest, because your client tried to get a trademark | 15:21:42 |
| 24 | that violated our -- with the same name, practically, | 15:21:49 |
| 25 | so -- so, we filed a letter of protest. | 15:21:55 |

| | | |
|---|---|---|
| 1 | Is that what you say is an attack?  I mean -- | 15:22:00 |
| 2 | I mean, they were attacking us in that case because they | 15:22:02 |
| 3 | were trying to steal our mark and -- and claim we don't | 15:22:04 |
| 4 | exist.  So -- | 15:22:09 |
| 5 | Q.  Did you try raising funds for that letter of | 15:22:10 |
| 6 | protest? | 15:22:14 |
| 7 | A.  Did I try raising funds for the letter of | 15:22:14 |
| 8 | protest? | 15:22:17 |
| 9 | MR. WILSON:  I'm going to instruct the witness | 15:22:22 |
| 10 | not to answer to the extent that it may reveal attorney | 15:22:25 |
| 11 | work product in terms of his litigation fund-raising | 15:22:29 |
| 12 | efforts. | 15:22:32 |
| 13 | THE WITNESS:  Yeah, it would reveal attorney | 15:22:33 |
| 14 | work product. | 15:22:36 |
| 15 | BY MS. CARUSO: | 15:22:36 |
| 16 | Q.  You were engaged in litigation fund-raising | 15:22:36 |
| 17 | efforts in the first half of 2023, right? | 15:22:39 |
| 18 | MR. WILSON:  Same instruction. | 15:22:42 |
| 19 | BY MS. CARUSO: | 15:22:44 |
| 20 | Q.  That's a yes-or-no question. | 15:22:44 |
| 21 | A.  Same answer. | 15:22:45 |
| 22 | MS. CARUSO:  It's a yes-or-no question. | 15:22:49 |
| 23 | You're not going to let him answer that? | 15:22:50 |
| 24 | THE WITNESS:  Same answer. | 15:22:53 |
| 25 | MR. WILSON:  May I have the question back, | 15:22:53 |

| | | |
|---|---|---|
| 1 | please? | 15:22:55 |
| 2 | BY MS. CARUSO: | 15:22:55 |
| 3 | Q.  You were engaged in litigation fund-raising | 15:22:56 |
| 4 | efforts in the first half of 2023, right? | 15:22:57 |
| 5 | MR. WILSON:  Same instruction. | 15:23:08 |
| 6 | MS. CARUSO:  And, Mr. Wilson, I will remind | 15:23:10 |
| 7 | you that we have not received a privilege log in this | 15:23:12 |
| 8 | case.  We asked that Mr. Ravine's deposition be | 15:23:14 |
| 9 | postponed until after we receive the privilege log.  We | 15:23:20 |
| 10 | were told that should not happen. | 15:23:24 |
| 11 | We reserve the right to have him called back | 15:23:25 |
| 12 | after we receive the privilege log.  So, I'm going to | 15:23:26 |
| 13 | give you one more chance to consider if you want to | 15:23:26 |
| 14 | continue to instruct on that question. | 15:23:29 |
| 15 | MR. WILSON:  For the time being, I'll continue | 15:23:30 |
| 16 | to instruct.  I imagine we'll have one more break before | 15:23:33 |
| 17 | the conclusion.  I'll talk to the client then. | 15:23:37 |
| 18 | BY MS. CARUSO: | 15:23:40 |
| 19 | Q.  You not only filed letters of protest with the | 15:23:42 |
| 20 | PTO, you also personally emailed the USPTO, didn't you? | 15:23:47 |
| 21 | A.  I don't remember. | 15:23:53 |
| 22 | (Whereupon, Exhibit 304 was marked for | 15:24:18 |
| 23 | identification.) | 15:24:20 |
| 24 | BY MS. CARUSO: | 15:24:20 |
| 25 | Q.  You have been handed what's been marked as -- | 15:24:22 |

| | | |
|---|---|---|
| 1 | Exhibit 303? | 15:24:25 |
| 2 | THE REPORTER:  304. | 15:24:27 |
| 3 | MS. CARUSO:  304. | 15:24:30 |
| 4 | BY MS. CARUSO: | 15:24:31 |
| 5 | Q.  Do you have that in front of you? | 15:24:32 |
| 6 | A.  Yes.  I would like to take the time to read | 15:24:33 |
| 7 | it. | 15:24:35 |
| 8 | Q.  Mr. Ravine, I would like to draw your | 15:26:25 |
| 9 | attention -- | 15:26:27 |
| 10 | A.  I'm still reading. | 15:26:28 |
| 11 | Q.  I understand, but we don't -- you don't need | 15:26:29 |
| 12 | to read all of this for -- I mean, this is a whole | 15:26:31 |
| 13 | thread, and I'm just going to ask you about the email | 15:26:34 |
| 14 | that's on the last page, which is the first email in the | 15:26:37 |
| 15 | thread, which is on page 26004. | 15:26:39 |
| 16 | Do you see that? | 15:26:47 |
| 17 | A.  Yes. | 15:26:56 |
| 18 | Q.  Okay.  Does that refresh your recollection as | 15:26:57 |
| 19 | to whether you personally emailed the USPTO about the | 15:26:59 |
| 20 | letter of protest? | 15:27:06 |
| 21 | A.  I don't quite remember, but I -- I imagine | 15:27:13 |
| 22 | that I sent this -- this email, yes. | 15:27:16 |
| 23 | Q.  Okay.  Why did you personally send this email | 15:27:18 |
| 24 | to the USPTO? | 15:27:22 |
| 25 | A.  Answering this would reveal attorney-client | 15:27:29 |

| | | |
|---|---|---|
| 1 | privileged communication. | 15:27:34 |
| 2 | Q. So, you had an attorney at this time, and your | 15:27:34 |
| 3 | attorney didn't send this; you, yourself, sent it, but | 15:27:37 |
| 4 | you communicated with your attorney about this email? | 15:27:40 |
| 5 | Is that your testimony? | 15:27:44 |
| 6 | A. I cannot reveal attorney-client | 15:27:45 |
| 7 | communications. | 15:27:48 |
| 8 | Q. This is a yes-or-no question: Did you | 15:27:53 |
| 9 | communicate with counsel that you had at the time you | 15:27:55 |
| 10 | sent this letter about you emailing the USPTO, as | 15:28:00 |
| 11 | reflected in Exhibit 304? | 15:28:05 |
| 12 | MR. WILSON: I'm going to instruct the client | 15:28:08 |
| 13 | to only answer -- may I have the question back, please? | 15:28:13 |
| 14 | THE REPORTER: Sure thing. | 15:28:13 |
| 15 | Question: "This is a yes-or-no question: Did | 15:28:13 |
| 16 | you communicate with counsel that you had at the time | 15:28:13 |
| 17 | that you sent this letter about you emailing the USPTO, | 15:28:13 |
| 18 | as reflected in Exhibit 304?" | 15:28:46 |
| 19 | MR. WILSON: I'm going to instruct the client | 15:28:46 |
| 20 | not to answer, as I believe as worded, that question | 15:28:49 |
| 21 | would reveal attorney-client privileged communications. | 15:28:54 |
| 22 | THE WITNESS: I cannot answer because it would | 15:28:59 |
| 23 | reveal attorney-client privileged communications. | 15:29:00 |
| 24 | BY MS. CARUSO: | 15:29:04 |
| 25 | Q. I'm going to break it down. | 15:29:05 |

| | | |
|---|---|---|
| 1 | On January 30th, 2023, did you have an | 15:29:06 |
| 2 | attorney that was representing you in connection with | 15:29:10 |
| 3 | opposing OpenAI, Inc.'s trademark application for | 15:29:19 |
| 4 | registration? | 15:29:26 |
| 5 | A.  Yes. | 15:29:30 |
| 6 | Q.  Okay.  When you -- you said -- | 15:29:31 |
| 7 | And when -- you later emailed the USPTO again | 15:30:12 |
| 8 | about this, right? | 15:30:22 |
| 9 | A.  I don't remember, but let me -- if you let | 15:30:30 |
| 10 | me -- is this in this thread? | 15:30:31 |
| 11 | Q.  If you look at the first page of Exhibit 304, | 15:30:34 |
| 12 | which I believe you already looked at -- | 15:30:37 |
| 13 | A.  No, I started looking at this. | 15:30:40 |
| 14 | Q.  The first page of Exhibit 304 at the bottom -- | 15:30:45 |
| 15 | A.  Uh-huh. | 15:30:50 |
| 16 | Q.  -- is an email from you on February 23rd, | 15:30:50 |
| 17 | 2023 -- | 15:30:56 |
| 18 | A.  Yes. | 15:30:56 |
| 19 | Q.  -- to USPTO.gov. | 15:30:56 |
| 20 | Do you see that? | 15:31:00 |
| 21 | A.  Yes. | 15:31:00 |
| 22 | Q.  Okay.  And if you flip the page, do you see | 15:31:01 |
| 23 | the body of that email that you sent? | 15:31:07 |
| 24 | A.  Yes. | 15:31:09 |
| 25 | Q.  And you said that you're resending the email | 15:31:10 |

| | | |
|---|---|---|
| 1 | thread. | 15:31:16 |
| 2 | Do you see that? | 15:31:17 |
| 3 | A.  Yes. | 15:31:18 |
| 4 | Q.  And you say, "It's a very important matter to | 15:31:19 |
| 5 | our business." | 15:31:22 |
| 6 | Do you see that?  Do you see that? | 15:31:24 |
| 7 | A.  Yes.  I mean, you're asking me questions | 15:31:32 |
| 8 | without giving me the opportunity to actually read this | 15:31:34 |
| 9 | email.  So, do I see these words?  Yes, I see these | 15:31:37 |
| 10 | words. | 15:31:42 |
| 11 | Q.  What did you mean by those words? | 15:31:42 |
| 12 | A.  What did I mean by these words?  So, this -- | 15:31:48 |
| 13 | answering this question would reveal attorney-client | 15:32:02 |
| 14 | privileged communication. | 15:32:05 |
| 15 | Q.  Why was it important to you that OpenAI, Inc. | 15:32:10 |
| 16 | not obtain a registration on the OpenAI trademark? | 15:32:16 |
| 17 | MR. WILSON:  Can I have that question back, | 15:32:23 |
| 18 | please? | 15:32:26 |
| 19 | THE REPORTER:  Sure thing. | 15:32:26 |
| 20 | Question:  "Why was it important to you that | 15:32:26 |
| 21 | OpenAI, Inc. not obtain a registration on the OpenAI | 15:32:26 |
| 22 | trademark?" | 15:32:38 |
| 23 | MR. WILSON:  I'll instruct the witness that he | 15:32:38 |
| 24 | is only allowed to answer to the extent that his answer | 15:32:41 |
| 25 | excludes information he learned from his then-counsel. | 15:32:48 |

| | | |
|---|---|---|
| 1 | And he can answer the question if he can do so without | 15:32:53 |
| 2 | disobeying that instruction. | 15:32:57 |
| 3 | THE WITNESS:  Based on what my lawyer just | 15:33:01 |
| 4 | said, I cannot answer the question. | 15:33:06 |
| 5 | MS. CARUSO:  Okay.  Let's take a break. | 15:33:09 |
| 6 | MR. WILSON:  How long? | 15:33:11 |
| 7 | MS. CARUSO:  Ten minutes. | 15:33:12 |
| 8 | MR. WILSON:  Okay. | 15:33:13 |
| 9 | THE VIDEOGRAPHER:  We are going off the | 15:33:14 |
| 10 | record.  The time is 3:33 p.m. | 15:33:15 |
| 11 | (Whereupon, a recess was taken.) | 15:33:19 |
| 12 | THE VIDEOGRAPHER:  We are back on the record. | 15:48:36 |
| 13 | The time is 3:48 p.m. | 15:48:45 |
| 14 | BY MS. CARUSO: | 15:48:50 |
| 15 | Q.  In the first half of 2023, you were trying to | 15:48:51 |
| 16 | get large companies in Silicon Valley to create an open | 15:48:56 |
| 17 | AI alliance, right? | 15:49:07 |
| 18 | A.  That rings a bell. | 15:49:11 |
| 19 | Q.  And you spoke -- you emailed people at Meta | 15:49:13 |
| 20 | about that, is that right? | 15:49:19 |
| 21 | A.  Probably. | 15:49:25 |
| 22 | Q.  You -- and why did you want to create that in | 15:49:27 |
| 23 | 2023? | 15:49:31 |
| 24 | A.  Why did I want to create that in 2023?  I | 15:49:37 |
| 25 | thought it was a good idea. | 15:49:52 |

1        Q.  Why?                                            15:49:54

2        A.  Because by pooling together the resources, all  15:49:59

3   of these companies could build models that are better    15:50:07

4   than if they worked individually.                        15:50:10

5        Q.  What companies did you want to be part of this  15:50:12

6   Open AI alliance?                                        15:50:17

7        A.  I wanted -- I mean, all companies in the AI     15:50:20

8   space to be a part of it.                                15:50:23

9        Q.  Did you want OpenAI, Inc. to be a part of it?   15:50:25

10        A.  If they wanted to adopt the principles behind  15:50:31

11   it.  I mean, I don't think I wanted them to be part of   15:50:35

12   it, but if they wanted to adopt the principles of the    15:50:39

13   alliance, then they could conceivably part of it -- be   15:50:45

14   part of it, but they seemed to not want to do that.      15:50:49

15        Q.  Well, you didn't reach out to OpenAI, Inc.     15:50:52

16   about your Open AI alliance in 2023, did you?            15:50:57

17        A.  No, I didn't.                                   15:51:02

18        Q.  Okay.  And did this Open AI alliance that you  15:51:03

19   wanted to create in 2023 ever happen?                    15:51:07

20        A.  I mean, ever happen?  There were discussions   15:51:17

21   and -- it hasn't happened like in terms of being         15:51:26

22   formalized yet.                                          15:51:30

23        Q.  So, when you -- which companies did you have   15:51:32

24   discussions with about forming an Open AI alliance in    15:51:41

25   2023?                                                    15:51:48

| | | |
|---|---|---|
| 1 | A. I don't remember an exhaustive list of the | 15:51:50 |
| 2 | companies, but it was I think Meta -- at least Meta, | 15:51:54 |
| 3 | and -- yeah. | 15:52:03 |
| 4 | Q. And you had Meta's agreement to join a | 15:52:04 |
| 5 | consortium of other AI companies as part of this Open AI | 15:52:07 |
| 6 | alliance? | 15:52:13 |
| 7 | A. I didn't say there was -- there was no formal | 15:52:16 |
| 8 | agreement for them to join. | 15:52:20 |
| 9 | Q. Formal or informal, any kind of agreement for | 15:52:22 |
| 10 | Meta to join? | 15:52:25 |
| 11 | A. They were interested in the -- in the | 15:52:27 |
| 12 | alliance. | 15:52:30 |
| 13 | Q. But the alliance has never existed as an | 15:52:31 |
| 14 | agreement between any two companies; is that fair to | 15:52:36 |
| 15 | say? | 15:52:41 |
| 16 | A. It hasn't been formalized. | 15:52:47 |
| 17 | Q. What -- is it your position that even though | 15:52:49 |
| 18 | it hasn't been formalized, it exists? | 15:52:53 |
| 19 | A. I mean, as of right now, it doesn't exist. | 15:52:59 |
| 20 | That doesn't mean that it won't exist. | 15:53:04 |
| 21 | Q. Were you concerned if there was an alliance | 15:53:06 |
| 22 | with Meta and Google and Amazon that -- called "Open AI | 15:53:11 |
| 23 | Alliance," that would create confusion with the products | 15:53:23 |
| 24 | and services that you were offering using Open AI? | 15:53:26 |
| 25 | MR. WILSON: Objection, form. | 15:53:30 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  I'm not an expert about | 15:53:32 |
| 2 | confusion. | 15:53:34 |
| 3 | BY MS. CARUSO: | 15:53:41 |
| 4 | Q.  You have no -- that wasn't a concern that you | 15:53:42 |
| 5 | had? | 15:53:45 |
| 6 | A.  Well, the idea was that I would be licensing | 15:53:46 |
| 7 | our brand to it.  So, presumably, like, I wanted to, you | 15:53:50 |
| 8 | know, make -- I mean, we would be a founding member of | 15:53:59 |
| 9 | the alliance, so, one of the things we would provide is | 15:54:05 |
| 10 | provide our brand to it.  So, I presumed we would -- I | 15:54:10 |
| 11 | mean, if there was an agreement of licensing, then we | 15:54:15 |
| 12 | would've agreed to it. | 15:54:21 |
| 13 | Q.  What price did you have in mind for the | 15:54:22 |
| 14 | license for the name? | 15:54:30 |
| 15 | A.  There is -- there was no discussions about | 15:54:33 |
| 16 | price.  This was more about ideology. | 15:54:34 |
| 17 | Q.  Did you have in mind any price for licensing | 15:54:37 |
| 18 | of the name Open AI? | 15:54:40 |
| 19 | A.  No. | 15:54:43 |
| 20 | Q.  That's not something you ever thought about? | 15:54:46 |
| 21 | A.  So, the things that drive me, as I stated to | 15:54:50 |
| 22 | your client, that drove me, were not really price, no. | 15:54:53 |
| 23 | It -- it's -- the -- I just wanted the emergence of this | 15:54:59 |
| 24 | alliance.  I thought it was a good idea for the world. | 15:55:05 |
| 25 | Q.  Mr. Ravine, my question to you was, was that | 15:55:07 |

| 1 | something you ever thought about?  A price -- | 15:55:11 |
|---|---|---|
| 2 | A.  Honestly, no, I haven't thought about a price | 15:55:15 |
| 3 | for licensing our brand, no, for the alliance. | 15:55:18 |
| 4 | Q.  Have you thought about a price for licensing | 15:55:21 |
| 5 | Open AI for any purpose? | 15:55:27 |
| 6 | A.  I -- | 15:55:37 |
| 7 | MR. WILSON:  I'm going to object.  Well, | 15:55:42 |
| 8 | excuse me, I'm going to instruct the witness that he is | 15:55:44 |
| 9 | allowed to answer the question, so long as he excludes | 15:55:47 |
| 10 | from his answer any discussions he may have had with | 15:55:49 |
| 11 | counsel about potential settlement models. | 15:55:54 |
| 12 | THE WITNESS:  I cannot answer based on the | 15:55:59 |
| 13 | instruction that my lawyer just gave. | 15:56:04 |
| 14 | BY MS. CARUSO: | 15:56:10 |
| 15 | Q.  You acquired the open.ai domain registration | 15:56:10 |
| 16 | for $2,500, is that correct? | 15:56:19 |
| 17 | A.  I believe so. | 15:56:25 |
| 18 | (Whereupon, Exhibit 303 was marked for | 15:56:25 |
| 19 | identification.) | 15:56:25 |
| 20 | BY MS. CARUSO: | 15:56:26 |
| 21 | Q.  All right.  Can you take a look at what has | 15:56:34 |
| 22 | been marked as Exhibit 303? | 15:56:36 |
| 23 | And I'm only going to ask you about the email | 15:56:42 |
| 24 | that begins on the bottom of the first page that is | 15:56:46 |
| 25 | dated Friday, March 24th, 2023, at 14:07. | 15:56:53 |

```
1              Do you see that?                           15:57:00

2         A.  Yes.  Please allow me to read the email.    15:57:01

3         Yeah.                                           15:58:04

4         Q.  In this email, you wrote in the second      15:58:05

5    paragraph, "Not sure if you knew it at the time, but I  15:58:12

6    am the original creator of Open AI."                 15:58:18

7              Do you see that part of the sentence?      15:58:23

8         A.  Yes.                                        15:58:26

9         Q.  What did you mean by "Open AI" in that      15:58:27

10   sentence, in the language that I just read?          15:58:31

11        A.  I'm the original creator of Open AI.  I guess  15:58:37

12   I'm not sure exactly what I meant, because I don't have  15:58:41

13   my -- I don't remember what prompted my thinking at the  15:58:44

14   time, but it's essentially -- I would imagine it's about  15:58:49

15   a creation -- original creator of our open -- my      15:58:55

16   Open AI.                                             15:59:00

17        Q.  Meaning your company?                       15:59:01

18        A.  I mean, the -- I'm the original creator of the  15:59:04

19   name "Open AI," my company Open AI, my products Open AI.  15:59:09

20   There's a bunch of things that are on Open AI, yes.  15:59:16

21        Q.  Okay.  Well, but sitting here today, you don't  15:59:18

22   know which of those things that you're referring to here  15:59:21

23   when you wrote that you were the original creator of  15:59:24

24   Open AI?                                             15:59:27

25        A.  I -- I -- I mean, I would have to think more  15:59:32
```

1    about the context of, like, to read -- but, okay, so,        15:59:35

2    I -- yes, I'm the original creator of Open AI, yes, so       15:59:39

3    it is true.                                                   15:59:42

4        Q.  But what I'm asking you is, what are you             15:59:43

5    referring to when you wrote that in this email on            15:59:47

6    March 24th, 2023?                                             15:59:54

7        A.  It -- I -- I would imagine, I'm speculating,         15:59:58

8    that I referred to my company, the original efforts of       16:00:04

9    Open AI, the initiative and the collaboration tools and      16:00:09

10   everything that came with it back in 2015 and beyond         16:00:13

11   that.                                                         16:00:16

12       Q.  Okay.  This sentence continues, "which was          16:00:17

13   later subsumed by Greg Brockman and turned into OpenAI."     16:00:21

14           Do you see that?                                     16:00:27

15       A.  Yes.                                                 16:00:28

16       Q.  Is it your understanding, then, that Greg           16:00:28

17   Brockman subsumed the collaboration tools that you had       16:00:32

18   created?                                                      16:00:36

19       A.  No.  He subsumed the name and some of the           16:00:36

20   principles, and I mean, he essentially stole the name        16:00:38

21   and the principles and turned them into OpenAI, copying      16:00:43

22   what -- our name and some of the principles, and that --     16:00:49

23   and -- and created confusion in the market.  And they       16:00:57

24   created a situation where people -- it made it difficult     16:01:03

25   for people to associate with our name, because he stole      16:01:13

| | | |
|---|---|---|
| 1 | the name. | 16:01:16 |
| 2 | Q. So, when you wrote, "I'm the original creator | 16:01:17 |
| 3 | of Open AI," you were not, in fact, then referring to | 16:01:20 |
| 4 | the company or the collaboration tools or any of these | 16:01:28 |
| 5 | other things, because Mr. Brockman didn't take -- | 16:01:33 |
| 6 | A. Mr. Brockman took the name and the principles. | 16:01:36 |
| 7 | Q. Okay. So, then were -- did you mean when you | 16:01:38 |
| 8 | wrote, "I am the original creator of Open AI," I am the | 16:01:46 |
| 9 | original creator of the name and principles Open AI? | 16:01:53 |
| 10 | A. And -- and my company. These were | 16:01:57 |
| 11 | incorporated into my company -- | 16:02:00 |
| 12 | Q. Yes, but -- | 16:02:00 |
| 13 | A. -- and later were taken and were incorporated | 16:02:01 |
| 14 | into his company, not with permission. | 16:02:04 |
| 15 | Q. Okay. Earlier today, you said that OpenAI, | 16:02:07 |
| 16 | Inc.'s principles were not principles that you ever had | 16:02:09 |
| 17 | for your company, and that's why -- | 16:02:12 |
| 18 | A. I -- I didn't say that. Can you -- can you go | 16:02:14 |
| 19 | back to -- to exactly quote what I said? | 16:02:16 |
| 20 | Q. Mr. Ravine -- | 16:02:21 |
| 21 | A. Uh-huh. | 16:02:23 |
| 22 | Q. -- I would like you to listen to my questions | 16:02:23 |
| 23 | and answer them, please. | 16:02:26 |
| 24 | A. You're telling me that I said some things, and | 16:02:28 |
| 25 | I'm like, can I look at the transcript and see -- see | 16:02:31 |

| | | |
|---|---|---|
| 1 | what I said. | 16:02:33 |
| 2 | Q.  Is it currently your testimony, right now at | 16:02:35 |
| 3 | 4:02 p.m., that OpenAI, Inc., and your company had the | 16:02:39 |
| 4 | same principles? | 16:02:43 |
| 5 | A.  So, yeah, your -- your client -- so, I | 16:02:55 |
| 6 | believed in -- yeah, he took the principles, and -- and | 16:03:02 |
| 7 | then it turned out to be a lie. | 16:03:12 |
| 8 | Q.  Mr. Ravine, is it currently your testimony | 16:03:14 |
| 9 | that OpenAI, Inc. and your company had the same | 16:03:16 |
| 10 | principles? | 16:03:21 |
| 11 | A.  They had similar principles.  They were | 16:03:22 |
| 12 | like -- it was supposed to be, you know, building this | 16:03:24 |
| 13 | for humanity originally, making it available.  So, yeah, | 16:03:27 |
| 14 | it -- he took those principles. | 16:03:32 |
| 15 | Q.  Okay.  And so just to make sure I understand | 16:03:34 |
| 16 | your testimony from earlier -- | 16:03:38 |
| 17 | A.  Yeah. | 16:03:39 |
| 18 | Q.  -- I'm not trying to characterize it.  If I'm | 16:03:39 |
| 19 | getting it wrong, let me know. | 16:03:43 |
| 20 | Earlier, I thought you said the two companies | 16:03:45 |
| 21 | didn't stand for the same thing, so -- | 16:03:49 |
| 22 | A.  Yeah, we're not -- they're not -- they're not | 16:03:51 |
| 23 | doing what they said they would do, no.  We're doing | 16:03:54 |
| 24 | what we said we would do. | 16:03:57 |
| 25 | Q.  Well, earlier today, you said there was | 16:03:59 |

| | | |
|---|---|---|
| 1 | nothing that you did that was open and giving to | 16:04:02 |
| 2 | humanity because -- | 16:04:06 |
| 3 | A.  I didn't -- | 16:04:07 |
| 4 | Q.  -- that's not something -- | 16:04:07 |
| 5 | A.  You are trying to put words in my mouth, and I | 16:04:08 |
| 6 | want to restate my testimony, because this is when you | 16:04:10 |
| 7 | were putting words in my mouth, and -- and you keep | 16:04:13 |
| 8 | trying to put words into my mouth and trying to make me | 16:04:15 |
| 9 | say certain things by asking in certain ways. | 16:04:18 |
| 10 | At the end, of course, if you do it an | 16:04:21 |
| 11 | infinite number of times, you'll be successful. | 16:04:25 |
| 12 | Q.  I'm not trying to do that, and if I were -- | 16:04:28 |
| 13 | A.  It seems that you are.  You're trying to | 16:04:31 |
| 14 | like -- okay. | 16:04:32 |
| 15 | Q.  Mr. Ravine, the purpose of a deposition is not | 16:04:32 |
| 16 | to argue.  It's for me to ask questions and you to | 16:04:35 |
| 17 | answer them, so -- | 16:04:38 |
| 18 | A.  But you are trying in different angles so that | 16:04:39 |
| 19 | I give you an answer that is not what I mean. | 16:04:43 |
| 20 | Q.  Please wait until I ask you -- | 16:04:43 |
| 21 | A.  Okay. | 16:04:43 |
| 22 | Q.  -- another question. | 16:04:45 |
| 23 | On the next page of this exhibit, the first | 16:04:47 |
| 24 | sentence begins, "The consortium members, and not | 16:04:53 |
| 25 | Open AI, actually own the Open AI trademark and | 16:05:00 |

| | | |
|---|---|---|
| 1 | open.ai" -- | 16:05:02 |
| 2 | A.  Wait.  Wait, wait.  Where are you talking | 16:05:03 |
| 3 | about? | 16:05:06 |
| 4 | Q.  -- "domain." | 16:05:08 |
| 5 | Do you see that? | 16:05:11 |
| 6 | A.  Yes. | 16:05:16 |
| 7 | Q.  Which consortia members actually own the | 16:05:16 |
| 8 | Open AI trademark? | 16:05:25 |
| 9 | A.  Well, we -- we own the mark. | 16:05:26 |
| 10 | Q.  Who "we"? | 16:05:28 |
| 11 | A.  I mean my Open AI, and we would be the first | 16:05:32 |
| 12 | member. | 16:05:36 |
| 13 | Q.  All right.  So when you wrote "the consortium | 16:05:37 |
| 14 | members" -- | 16:05:41 |
| 15 | A.  This is -- my intent was they will own it once | 16:05:41 |
| 16 | we -- like, once we have a consortium with all of the | 16:05:46 |
| 17 | alliance.  I mean, and this -- you could see that this | 16:05:51 |
| 18 | is the right context, if you look at they would be | 16:05:54 |
| 19 | working to create it, and -- and there's a momentum | 16:05:57 |
| 20 | building. | 16:06:01 |
| 21 | And so what I meant here, the intent was that | 16:06:02 |
| 22 | once there would be a consortium, the consortium will | 16:06:05 |
| 23 | own it, and so -- and I meant not their OpenAI, because | 16:06:09 |
| 24 | they have created confusion in the market.  So, people | 16:06:16 |
| 25 | think that they own the mark, but they don't. | 16:06:18 |

| 1 | Q.  So, when you wrote, "The consortia members, | 16:06:21 |
| 2 | and not Open AI, actually own the Open AI trademark," | 16:06:24 |
| 3 | what you meant was the consortia members, if they join, | 16:06:30 |
| 4 | will own the Open AI trademark? | 16:06:33 |
| 5 | A.  Well, what I meant is like -- we are the | 16:06:35 |
| 6 | consortium member, my company, my Open AI. | 16:06:38 |
| 7 | Q.  And that's a single company, right, one | 16:06:41 |
| 8 | member? | 16:06:43 |
| 9 | A.  Yeah, but I mean -- but I meant once we have | 16:06:44 |
| 10 | it, they will own it, all of the consortium members. | 16:06:46 |
| 11 | Q.  Okay.  And I thought earlier you said you were | 16:06:50 |
| 12 | contemplating that it would be licensed. | 16:06:53 |
| 13 | A.  Yeah, and I actually was thinking about | 16:06:55 |
| 14 | licensing and not giving ownership to it.  But here, | 16:06:57 |
| 15 | look in this email, I was trying to sell him on the idea | 16:06:59 |
| 16 | that he should join this alliance.  I wasn't trying to | 16:07:03 |
| 17 | be legally accurate. | 16:07:05 |
| 18 | Q.  And then this sentence continues on that, "The | 16:07:07 |
| 19 | consortium would be called OpenAI and will take the | 16:07:14 |
| 20 | place of OpenAI as the real OpenAI." | 16:07:18 |
| 21 | Do you see that? | 16:07:22 |
| 22 | A.  Yes. | 16:07:27 |
| 23 | Q.  And what did you mean, it will take the place | 16:07:28 |
| 24 | of OpenAI? | 16:07:31 |
| 25 | A.  Because -- because your -- your -- their | 16:07:32 |

1   OpenAI -- your OpenAI was stolen and is fake.  So, and      16:07:35

2   it would be -- yeah.                                        16:07:39

3       Q.  That is the full answer you're going to give       16:07:45

4   to that question?                                           16:07:47

5       A.  I gave you an answer.                               16:07:50

6       Q.  All right.  You wanted OpenAI, Inc. to be           16:07:59

7   forced to change its name, right?                           16:08:04

8       A.  I don't know where you see that.                    16:08:10

9       Q.  I want to show you what is being marked as          16:08:19

10  Exhibit 305.                                                16:08:23

11          (Whereupon, Exhibit 305 was marked for              16:08:28

12          identification.)                                    16:08:31

13          THE WITNESS:  Please give me time to read           16:08:31

14  this.                                                       16:08:33

15  BY MS. CARUSO:                                              16:10:29

16      Q.  Mr. Ravine, have you finished reading it?           16:10:29

17      A.  Give me one minute.                                 16:10:32

18      Q.  Okay.                                               16:10:34

19      A.  Okay.                                               16:11:16

20      Q.  This Exhibit 305 is an email thread that --         16:11:17

21  reflecting communications you had with Yann LeCun in        16:11:24

22  February of 2023; is that correct?                          16:11:33

23      A.  I believe so.                                       16:11:38

24      Q.  In the first email at the top of Exhibit 305,       16:11:39

25  you said to him that if companies were to pool their        16:11:47

```
 1   resources with --                                      16:12:01
 2        A.  Which -- which section are you referring to,  16:12:04
 3   like, in this thread?                                  16:12:08
 4        Q.  I'm looking at the second paragraph --        16:12:09
 5        A.  Of which email?                               16:12:13
 6        Q.  The one at the top of the page.               16:12:15
 7        A.  This one, okay.                               16:12:17
 8        Q.  Yes.  Okay.                                   16:12:18
 9            The second paragraph of that email begins,    16:12:22
10   "Hope we can get this going."                          16:12:26
11            Do you see that?                              16:12:28
12        A.  Yeah.                                         16:12:29
13            Something fell.  One second.  I think it's    16:12:29
14   the --                                                 16:12:32
15            THE VIDEOGRAPHER:  Don't worry about it.      16:12:33
16            THE WITNESS:  Okay.                           16:12:37
17   BY MS. CARUSO:                                         16:12:37
18        Q.  What are you referring to by "this"?          16:12:38
19        A.  By the second -- okay, I'm at the second      16:12:41
20   paragraph.  Keep going.                                16:12:46
21        Q.  The second paragraph says, "Hope we can get   16:12:47
22   this going."                                           16:12:51
23            What are you referring to by the word "this"? 16:12:52
24        A.  I -- I don't -- I don't know, like, because   16:12:55
25   it's referring, like, to something that we were talking 16:13:02
```

|   |   |   |
|---|---|---|
| 1 | about.  So, it's like there's no context here.  Like, | 16:13:07 |
| 2 | there's nothing before that.  So, I imagine it was a | 16:13:13 |
| 3 | conversation that we had. | 16:13:16 |
| 4 |     Q.  And sitting here today, you have no idea what | 16:13:18 |
| 5 | you were referring to that you wanted to get going with | 16:13:21 |
| 6 | him? | 16:13:23 |
| 7 |     A.  I didn't know like specifically what was -- I | 16:13:23 |
| 8 | don't remember what specifically was in conversation | 16:13:26 |
| 9 | that we said we'll get going specifically. | 16:13:27 |
| 10 |     Q.  You've read this whole document, Exhibit 305, | 16:13:30 |
| 11 | right? | 16:13:34 |
| 12 |     A.  Yes, I have read it. | 16:13:35 |
| 13 |     Q.  Okay.  And in the second -- the third sentence | 16:13:36 |
| 14 | of this paragraph begins, "The benefits from pooling the | 16:13:40 |
| 15 | resources of lots of companies and academia together | 16:13:43 |
| 16 | would be big for Meta." | 16:13:47 |
| 17 |        Do you see that? | 16:13:49 |
| 18 |     A.  Yes. | 16:13:52 |
| 19 |     Q.  Does that refresh your recollection at all of | 16:13:52 |
| 20 | what you might have meant by "this" in the first | 16:13:55 |
| 21 | sentence of the second paragraph? | 16:13:59 |
| 22 |     A.  So, I want to clarify something here, because | 16:14:02 |
| 23 | when -- it doesn't mean that "get this going" is -- is | 16:14:07 |
| 24 | specifically this, because "get this going" is about | 16:14:12 |
| 25 | something that we were talking about in the | 16:14:17 |

1    conversation.                                          16:14:18

2        Q.  Okay.  And is it your testimony sitting here   16:14:19

3    today, you have no idea what you were talking about in 16:14:22

4    the conversation that you're referring to?             16:14:24

5        A.  I don't remember the -- the conversation, the  16:14:26

6    content of the conversation.  It was two years ago.  I 16:14:29

7    could say that the -- I mean, I -- so, I mean, I don't  16:14:32

8    remember specifically what "this" refers to, "this      16:14:40

9    going," because it could have been any number of things 16:14:45

10   we specifically discussed in the conversation.  Any --  16:14:48

11   it could be an aspect of something that we are -- I'm    16:14:53

12   referring to in the continuation of this.               16:14:54

13       Q.  Is there anything you can think of that would   16:14:56

14   refresh your recollection about what you were referring 16:14:58

15   to when you said "this"?                                16:15:00

16       A.  I -- so, the conversation, I don't remember     16:15:07

17   the conversation content.  We -- I imagine that this    16:15:12

18   email is about the idea of the alliance that we talked  16:15:16

19   about.                                                  16:15:21

20       Q.  Okay.  And in the --                            16:15:21

21       A.  But it doesn't mean that this -- "get this      16:15:23

22   going" means -- what aspect of it?  What are we talking 16:15:27

23   about exactly?  I don't know.                           16:15:30

24       Q.  Okay.  I would like you to look at the fifth    16:15:31

25   line of the second paragraph that begins, "Other than   16:15:34

1    that, it would also get OpenAI scrambling."        16:15:37

2         Do you see that?                              16:15:42

3    A.   Where do you see this?                        16:15:47

4    Q.   The fifth line of the second paragraph.       16:15:49

5    A.   Yes.                                          16:15:57

6    Q.   The OpenAI you're referring to in that        16:15:58

7    sentence is OpenAI, Inc., right?                   16:16:03

8    A.   Probably.                                     16:16:13

9    Q.   What do you mean, "It would also get OpenAI   16:16:14

10   scrambling"?                                       16:16:18

11   A.   Well, the AI market is very competitive, and  16:16:20

12   Meta competes against OpenAI and Google and others, and  16:16:27

13   we were also a competitor of OpenAI.  So, if       16:16:31

14   everybody -- if a collection of companies teamed up, and  16:16:34

15   they created their own models, pooling their resources,  16:16:37

16   they could compete more successfully with OpenAI, your  16:16:42

17   OpenAI, because the secret of the game is pooling  16:16:48

18   together more compute resources.                   16:16:55

19        And if we are able to pull together the       16:16:57

20   compute resources of multiple companies, we would create  16:16:59

21   better models, better AI models, and so Yann wanted to  16:17:04

22   compete with your client's company.  This is what it  16:17:16

23   refers to.  We pooled together resources.          16:17:21

24        And they wouldn't like the idea of pooling    16:17:23

25   together resources, because they could be out-competed,  16:17:25

1    simply because an alliance of companies, no matter what        16:17:31

2    you call the alliance, would out-compete your client,         16:17:34

3    because they will have more resources, more compute           16:17:39

4    resources, collectively.                                      16:17:42

5        Q.  For how long did you view your company as a           16:17:43

6    competitor of OpenAI, Inc.?                                    16:17:49

7        A.  I don't -- I don't remember.                          16:17:58

8        Q.  What -- what did OpenAI, Inc. offer that you          16:18:00

9    thought was competitive with your offerings?                  16:18:05

10       A.  Well, let me -- clearly, they were offering --        16:18:09

11   whenever -- like, they offered an image generator, and        16:18:19

12   they offered a chatbot.  So, these were competitive with      16:18:25

13   our offerings.                                                16:18:32

14       Q.  Are there any products that OpenAI, Inc.              16:18:34

15   introduced before that that you viewed as competing with      16:18:39

16   your goods or services?                                       16:18:42

17       A.  I -- I -- I don't remember.  I think that they        16:18:44

18   only started introducing products, like, really late in      16:18:50

19   the game.  Before that, they just had some random, like,      16:18:53

20   research projects that were not really commercialized.        16:18:57

21       Q.  Have you heard of OpenAI's OpenAI API?               16:19:01

22       A.  OpenAI API, yep.                                      16:19:07

23       Q.  Are you aware of when that was introduced?            16:19:10

24       A.  I -- I don't remember when it was introduced.         16:19:15

25       Q.  Do you view that to be a product?                     16:19:19

1    A.  OpenAI API is a product?  Yeah, it's a                     16:19:30

2    product, probably.                                            16:19:39

3    Q.  What do you mean when you say that they had                16:19:40

4    things that were not really commercialized?                   16:19:45

5    A.  I mean -- I mean, they had -- they were doing              16:19:51

6    research.  They were a nonprofit doing research.  They         16:19:57

7    weren't offering, like, an online -- we were an online         16:20:00

8    company.  We were offering products online, on a               16:20:05

9    website, and an application for people to use, for many,       16:20:10

10   many years.                                                   16:20:13

11       They weren't doing that.                                  16:20:14

12   Q.  What do you mean by "commercialized"?                      16:20:15

13   A.  I can't speak to commercialized as a --                    16:20:19

14   because you're -- you're trying to get me to say               16:20:23

15   something like -- from a trademark perspective, I don't        16:20:24

16   have the expertise to say that.                                16:20:29

17   Q.  Mr. Ravine, you used the word                              16:20:31

18   "commercialized," and I'm trying to understand what you        16:20:33

19   meant by it.                                                   16:20:36

20   A.  In what context did I use this word?                       16:20:37

21   Q.  You said, "Before that, they just had some                 16:20:39

22   random, like, research products that were not really           16:20:42

23   commercialized."                                               16:20:46

24       So, what does it mean, in your view, to be                 16:20:46

25   really commercialized?                                         16:20:49

| | | |
|---|---|---|
| 1 | A.  I said they had -- okay.  What I meant is, let | 16:20:50 |
| 2 | me rephrase it, they had research papers and some | 16:20:55 |
| 3 | research code, and their goal was to be a research | 16:21:02 |
| 4 | company, and they said that, and not to be a | 16:21:07 |
| 5 | commercial -- not to offer any commercial products. | 16:21:12 |
| 6 | So, that's what I -- I meant. | 16:21:15 |
| 7 | Q.  What do you mean by "commercial products"? | 16:21:18 |
| 8 | A.  They said that on their site. | 16:21:21 |
| 9 | Q.  What do you -- | 16:21:23 |
| 10 | A.  I'm quoting what they said that, on their | 16:21:26 |
| 11 | site. | 16:21:30 |
| 12 | Q.  Okay.  And in this Exhibit 305, the last | 16:21:30 |
| 13 | sentence of the second paragraph reads, "They wouldn't | 16:21:33 |
| 14 | know where this hit them from and would be forced to | 16:21:38 |
| 15 | change their name.  At a minimum, it will be | 16:21:41 |
| 16 | entertaining to watch." | 16:21:45 |
| 17 | Do you see that? | 16:21:46 |
| 18 | A.  Sorry, which paragraph?  It's -- where is it? | 16:21:49 |
| 19 | Q.  The last sentence of paragraph 2. | 16:21:53 |
| 20 | A.  "At a minimum, it will be entertaining to | 16:21:59 |
| 21 | watch"? | 16:22:01 |
| 22 | Q.  Well, I guess it depends on how you define | 16:22:01 |
| 23 | "sentence" here, the last two sentences. | 16:22:04 |
| 24 | A.  "They wouldn't know where this hit them and | 16:22:08 |
| 25 | would be forced to" -- yeah. | 16:22:11 |

| | | |
|---|---|---|
| 1 | Q.  Okay.  So, you wrote here that if your | 16:22:13 |
| 2 | consortium that you were envisioning came to be, OpenAI, | 16:22:19 |
| 3 | Inc. would be forced to change its name; is that what | 16:22:23 |
| 4 | you meant by this? | 16:22:28 |
| 5 | A.  Where does it say -- oh. | 16:22:39 |
| 6 | Yeah, probably.  I mean, they should have | 16:22:54 |
| 7 | changed the name from day one when they stole it from | 16:22:56 |
| 8 | me.  They should have picked a different name. | 16:22:59 |
| 9 | Q.  So when I asked you earlier if you wanted | 16:23:02 |
| 10 | OpenAI, Inc. to be forced to change their name, does | 16:23:05 |
| 11 | this refresh your recollection of whether that's what | 16:23:08 |
| 12 | you wanted as of February 2023? | 16:23:10 |
| 13 | A.  Yeah. | 16:23:31 |
| 14 | Q.  Okay.  If you look at the bottom, the email at | 16:23:31 |
| 15 | the bottom of this first page of Exhibit 305, the second | 16:23:35 |
| 16 | paragraph, second sentence, begins -- says, "I'm the | 16:23:40 |
| 17 | mostly anonymous originator of OpenAI." | 16:23:46 |
| 18 | Do you see that? | 16:23:50 |
| 19 | A.  Yeah. | 16:23:53 |
| 20 | Q.  What did you mean "mostly anonymous"? | 16:23:53 |
| 21 | A.  I don't know, honestly. | 16:23:58 |
| 22 | Q.  Sitting here today, you don't know what -- | 16:24:03 |
| 23 | A.  Wait, can I read for a second. | 16:24:07 |
| 24 | Okay.  What is the question? | 16:24:34 |
| 25 | Q.  Sitting here today, you don't know what you | 16:24:36 |

| | | |
|---|---|---|
| 1 | meant by "mostly anonymous originator of OpenAI" in this | 16:24:43 |
| 2 | email? | 16:24:51 |
| 3 | A. I'm not sure. Like, I don't remember the -- | 16:24:58 |
| 4 | Q. Okay. And if you look at the second-to-last | 16:25:06 |
| 5 | sentence on this page, the second line up from the | 16:25:11 |
| 6 | bottom includes the text, "There is something that can | 16:25:19 |
| 7 | be done -- can now be done to spice things up quite a | 16:25:24 |
| 8 | lot and shift the mindset of the" -- | 16:25:31 |
| 9 | A. Where are you reading? | 16:25:35 |
| 10 | Q. Second line from the bottom, above your name? | 16:25:36 |
| 11 | A. This -- this one? | 16:25:39 |
| 12 | Q. On page 22834. | 16:25:40 |
| 13 | A. Yeah, at -- at the bottom? | 16:25:42 |
| 14 | Q. Yes. | 16:25:43 |
| 15 | A. Okay. Okay. Say it again. | 16:25:43 |
| 16 | Q. Second line up from the bottom, above your | 16:25:47 |
| 17 | name. Do you see that? | 16:25:50 |
| 18 | A. Okay, second line, yes. Okay. Keep going. | 16:25:54 |
| 19 | Q. Yes. It says, "There is something that | 16:25:59 |
| 20 | now" -- "that can now be done to spice things up quite a | 16:26:02 |
| 21 | lot and shift the mindset of the community back to | 16:26:07 |
| 22 | openness." | 16:26:12 |
| 23 | Do you see that? You wrote that? | 16:26:13 |
| 24 | A. I imagine. | 16:26:17 |
| 25 | Q. Okay. You don't have an understanding that | 16:26:19 |

| | |
|---|---|
| 1 | anyone else wrote this email on your behalf? | 16:26:23 |
| 2 | A.  I -- I don't think somebody else wrote this | 16:26:29 |
| 3 | email. | 16:26:31 |
| 4 | Q.  Okay.  What did you mean by "shift the mindset | 16:26:32 |
| 5 | of the community back to openness"? | 16:26:35 |
| 6 | A.  Well, you know, OpenAI, your OpenAI, has | 16:26:45 |
| 7 | promised that they will give things to the world, and | 16:26:59 |
| 8 | they didn't, and the problem was that, you know, the | 16:27:01 |
| 9 | mindset turned into like not giving to the world, not | 16:27:22 |
| 10 | giving, and it was instigated by your client. | 16:27:25 |
| 11 | So, the idea was to shift the mindset.  So, | 16:27:28 |
| 12 | now -- so, then Google and Meta and others would then | 16:27:36 |
| 13 | start giving again to the world. | 16:27:41 |
| 14 | So, before your OpenAI released ChatGPT, there | 16:27:43 |
| 15 | was an ethos of really giving things to the world, and | 16:27:48 |
| 16 | your client decided to become a for-profit organization | 16:27:56 |
| 17 | that does not give things to the world.  It basically -- | 16:28:01 |
| 18 | it took from the community and never gave back, and we | 16:28:08 |
| 19 | wanted to shift the -- the mindsets to openness. | 16:28:12 |
| 20 | Q.  All right.  So, is it your understanding that | 16:28:22 |
| 21 | when my client created a for-profit subsidiary, it | 16:28:27 |
| 22 | shifted the mindset of the community away from openness? | 16:28:32 |
| 23 | A.  It's more like when they stopped releasing -- | 16:28:41 |
| 24 | more like they stopped giving the code, that it shifted, | 16:28:51 |
| 25 | the mindset.  It wasn't necessarily the conversion of | 16:28:58 |

| | | |
|---|---|---|
| 1 | the for-profit, although that was a symptom of this new | 16:29:03 |
| 2 | mindset that they had, which was to close to -- to, you | 16:29:07 |
| 3 | know, hoard things and just make a buck, which wasn't | 16:29:15 |
| 4 | the ethos of the original community. | 16:29:19 |
| 5 | MR. WILSON:  So, Ms. Caruso, I think we | 16:29:23 |
| 6 | elapsed the two and a half hours.  That was ordered by | 16:29:27 |
| 7 | the magistrate. | 16:29:33 |
| 8 | MS. CARUSO:  I have more questions. | 16:29:35 |
| 9 | Obviously, if you want to leave after two and a half | 16:29:39 |
| 10 | hours, you're free to do so, and we can take that up in | 16:29:41 |
| 11 | another motion to compel. | 16:29:46 |
| 12 | MR. WILSON:  Okay.  I'll talk briefly to the | 16:29:49 |
| 13 | client.  If they feel differently, that would be my | 16:29:52 |
| 14 | recommendation.  So we'll be right back. | 16:29:55 |
| 15 | MS. CARUSO:  Okay.  We'll go off the record. | 16:29:58 |
| 16 | THE VIDEOGRAPHER:  We are going off the | 16:30:00 |
| 17 | record.  The time is 4:30 p.m. | 16:30:02 |
| 18 | (Whereupon, a recess was taken.) | 16:30:07 |
| 19 | THE VIDEOGRAPHER:  We are back on the record. | 16:35:15 |
| 20 | The time is 4:35.  This marks the end of the deposition | 16:35:17 |
| 21 | of Guy Ravine.  We are going off the record at 4:35 p.m. | 16:35:21 |
| 22 | (Thereupon, the deposition adjourned at | |
| 23 | 4:35 p.m. [PST]) | |
| 24 | /// | |
| 25 | /// | |

1       Signed under penalty of perjury:

2

3       _____

4                GUY RAVINE

5

6       _____
                 Date

7                --oOo--

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       I, MICHAEL C. ROWELL, a Certified Shorthand

2   Reporter of the State of California, duly authorized to

3   administer oaths, do hereby certify:

4       That the foregoing proceedings were taken

5   before me at the time and place herein set forth; that

6   any witnesses in the foregoing proceedings, prior to

7   testifying, were duly sworn; that a record of the

8   proceedings was made by me using machine shorthand which

9   was thereafter transcribed under my direction; that the

10  foregoing transcript is a true record of the testimony

11  given.

12      Further, that if the foregoing pertains to the

13  original transcript of a deposition in a Federal Case,

14  before completion of the proceedings, review of the

15  transcript was requested.

16      I further certify I am neither financially

17  interested in the action nor a relative or employee of

18  any attorney or party to this action.

19      WITNESS WHEREOF, I have this date subscribed

20  my name.

21      Dated:  January 16, 2025

22

23

24      *Michael C. Rowell*

25      MICHAEL C. ROWELL, RDR, CRR, CSR NO. 13494

1                          --oOo--

2          I, GUY RAVINE, make the following changes
   to my deposition taken in the matter of, OPENAI, INC., a
3  Delaware corporation, Plaintiff, vs. OPEN ARTIFICIAL
   INTELLIGENCE, INC., a Delaware corporation; and GUY
4  RAVINE, an individual, Defendants,
   Case No. 4:23-cv-03918-YGR

5
   _____       _____
6  Date                          GUY RAVINE

7

8  Page            Line           Change

9  _____           _____          _____

10 _____           _____          _____

11 _____           _____          _____

12 _____           _____          _____

13 _____           _____          _____

14 _____           _____          _____

15 _____           _____          _____

16 _____           _____          _____

17 _____           _____          _____

18 _____           _____          _____

19 _____           _____          _____

20 _____           _____          _____

21 _____           _____          _____

22 _____           _____          _____

23 _____           _____          _____

24 _____           _____          _____

25 _____           _____          _____

**A**

**ability**
61:2
**able**
8:3, 43:2,
51:15, 95:19
**about**
7:4, 10:10,
10:12, 10:21,
14:23, 15:2,
15:5, 15:9,
15:19, 16:6,
16:11, 17:8,
18:13, 18:16,
18:18, 18:21,
18:22, 18:24,
23:14, 24:17,
25:13, 25:20,
26:4, 26:7,
26:16, 26:25,
27:4, 27:22,
29:1, 29:2,
30:14, 30:15,
30:21, 33:13,
33:17, 33:19,
35:12, 35:21,
36:6, 36:13,
39:8, 40:1,
40:5, 41:2,
42:23, 43:1,
43:3, 43:4,
43:5, 43:8,
46:6, 48:24,
50:23, 51:9,
51:11, 52:6,
52:14, 56:15,
57:20, 58:1,
61:19, 69:15,
69:21, 75:13,
75:19, 76:4,
76:10, 76:17,
77:8, 79:20,
80:16, 80:24,
82:1, 82:15,
82:16, 82:20,
83:1, 83:2,
83:4, 83:11,

83:23, 84:14,
85:1, 89:3,
90:13, 92:15,
93:1, 93:24,
93:25, 94:3,
94:14, 94:18,
94:19, 94:23
**above**
100:10, 100:16
**abysmally**
67:3
**academia**
93:15
**access**
61:24
**according**
49:25
**accurate**
8:3, 47:3,
60:15, 62:17,
90:17
**accurately**
22:7, 22:13
**acquired**
83:15
**across**
8:12, 9:9,
44:14
**action**
18:7, 104:17,
104:18
**actually**
11:15, 18:4,
18:5, 24:14,
27:2, 28:13,
50:1, 53:6,
55:17, 56:17,
57:14, 66:18,
67:2, 70:17,
71:20, 78:8,
88:25, 89:7,
90:2, 90:13
**add**
65:18
**added**
65:25, 66:1
**adjourned**
102:22

**administer**
104:3
**adopt**
80:10, 80:12
**advertise**
25:19, 27:21
**affect**
8:8
**affirm**
5:2
**after**
11:6, 11:7,
16:7, 16:15,
43:4, 54:10,
56:14, 57:18,
57:19, 57:25,
58:16, 65:23,
68:16, 68:19,
68:24, 74:9,
74:12, 102:9
**afternoon**
5:10, 15:20
**again**
23:12, 25:15,
36:10, 40:19,
57:24, 77:7,
100:15, 101:13
**against**
66:16, 67:9,
95:12
**ago**
6:11, 18:3,
47:17, 62:5,
94:6
**agreed**
82:12
**agreement**
81:4, 81:8,
81:9, 81:14,
82:11
**ahead**
39:23, 45:12,
59:20, 68:23
**aid**
28:13
**al**
4:17
**algorithm**
63:1, 63:2,

63:6, 63:12,
63:13
**algorithms**
21:2, 59:21,
61:2, 61:3, 63:1
**all**
4:25, 11:20,
13:8, 13:14,
13:23, 21:12,
26:10, 27:18,
33:8, 35:11,
37:14, 37:18,
41:1, 42:4,
45:22, 52:4,
55:15, 56:1,
67:17, 75:12,
80:2, 80:7,
83:21, 89:13,
89:16, 90:10,
91:6, 93:19,
101:20
**alliance**
79:17, 80:6,
80:13, 80:16,
80:18, 80:24,
81:6, 81:12,
81:13, 81:21,
81:23, 82:9,
82:24, 83:3,
89:17, 90:16,
94:18, 96:1,
96:2
**allow**
84:2
**allowed**
78:24, 83:9
**alone**
30:13
**already**
58:4, 58:5,
67:13, 77:12
**also**
2:28, 19:3,
19:23, 44:7,
52:24, 57:2,
59:19, 64:22,
67:5, 67:16,
67:17, 68:11,

70:3, 74:20,
95:1, 95:9,
95:13
**although**
102:1
**altogether**
21:4
**always**
59:12, 66:19,
67:21
**amazon**
81:22
**among**
36:15
**angeles**
2:16
**angles**
88:18
**anneh@eecs**
48:12
**anonymous**
99:17, 99:20,
100:1
**another**
32:1, 35:1,
56:23, 88:22,
102:11
**answer**
6:1, 6:24, 7:1,
7:2, 9:19,
12:16, 13:18,
13:20, 13:21,
15:12, 15:24,
16:1, 19:14,
20:14, 24:2,
24:8, 26:7,
26:20, 36:8,
37:2, 38:6,
40:14, 41:3,
48:20, 50:16,
51:6, 51:15,
52:8, 52:13,
54:21, 55:1,
59:3, 60:6,
62:11, 62:13,
62:20, 70:4,
70:8, 71:18,
71:24, 72:2,

73:10, 73:21,
73:23, 73:24,
76:13, 76:20,
76:22, 78:24,
79:1, 79:4,
83:9, 83:10,
83:12, 86:23,
88:17, 88:19,
91:3, 91:5
**answered**
67:13
**answering**
7:6, 29:2,
75:25, 78:13
**any**
5:19, 8:2,
12:1, 13:2,
13:5, 14:13,
16:16, 17:15,
18:17, 18:23,
19:20, 20:5,
20:10, 20:22,
21:21, 21:23,
22:7, 22:13,
23:24, 24:24,
33:12, 33:16,
33:18, 34:15,
36:20, 37:18,
37:21, 38:14,
39:12, 39:23,
40:17, 40:22,
42:18, 45:20,
49:8, 49:15,
53:11, 53:18,
63:1, 63:2,
63:24, 64:10,
64:17, 65:1,
66:5, 68:2,
81:9, 81:14,
82:17, 83:5,
83:10, 86:4,
94:9, 94:10,
96:14, 98:5,
104:6, 104:18
**anybody's**
69:14
**anyone**
12:4, 12:11,

16:6, 72:6,
72:12, 101:1
**anything**
11:9, 11:12,
18:15, 18:23,
19:12, 25:20,
26:4, 26:16,
27:4, 28:16,
29:16, 30:23,
33:13, 33:16,
33:22, 34:4,
61:15, 61:17,
66:8, 71:8,
71:10, 94:13
**api**
96:21, 96:22,
97:1
**apologize**
7:20
**appearances**
2:1
**appeared**
4:6
**appearing**
39:3
**application**
77:3, 97:9
**applications**
44:8
**applied**
27:13, 27:14
**applies**
29:7, 29:10
**appropriate**
5:17, 5:22,
5:24, 6:9, 6:13,
6:23, 19:1,
19:3, 19:4, 19:7
**approximately**
6:10
**area**
31:12
**areas**
44:10
**argue**
88:16
**arlenbach**
2:21

**around**
5:13, 56:20
**article**
9:25, 10:3,
10:18, 10:21,
11:3, 11:5,
11:9, 11:13,
12:12, 15:3,
15:6, 15:9,
16:7, 16:12,
16:15, 16:17,
16:23, 17:3,
17:13, 17:14,
17:16, 17:17,
18:10, 18:14,
18:23
**articles**
10:4, 10:6,
10:7, 10:8,
10:10, 10:13,
18:17
**artificial**
1:11, 1:20,
4:16, 38:1,
105:4
**aside**
15:2, 40:15,
40:20
**asked**
11:14, 11:22,
12:7, 12:11,
13:14, 15:19,
28:22, 38:3,
38:20, 38:23,
39:7, 50:7,
52:6, 72:15,
74:8, 99:9
**asking**
14:8, 16:8,
17:8, 17:10,
21:14, 21:25,
23:14, 23:17,
24:5, 24:11,
24:17, 24:18,
25:3, 25:13,
28:23, 29:1,
30:14, 30:15,
31:8, 31:10,

38:8, 41:1,
46:20, 46:23,
47:17, 51:19,
59:11, 71:15,
78:7, 85:4, 88:9
**aspect**
94:11, 94:22
**associate**
39:8, 39:13,
85:25
**associated**
36:19, 39:17,
39:24, 40:3,
40:9, 40:16,
40:22, 51:14
**assume**
23:21
**assumed**
12:9
**assuming**
48:5
**attack**
72:17, 72:21,
72:22, 73:1
**attacking**
73:2
**attention**
75:9
**attorney**
49:11, 71:25,
73:10, 73:13,
76:2, 76:3,
76:4, 77:2,
104:18
**attorney-client**
12:20, 13:17,
15:24, 50:10,
72:3, 75:25,
76:6, 76:21,
76:23, 78:13
**attorneys**
14:25, 15:2
**audience**
43:24
**august**
52:19
**authored**
11:4

**authorized**
104:2
**ava**
32:5, 32:23,
33:3
**available**
26:11, 30:10,
31:1, 56:21,
56:23, 63:15,
65:7, 66:14,
67:8, 68:20,
68:25, 87:13
**aware**
10:4, 10:13,
10:14, 10:18,
10:20, 14:13,
18:17, 18:23,
23:3, 37:12,
46:12, 47:4,
47:9, 47:13,
47:15, 49:23,
49:25, 50:1,
51:4, 51:10,
51:17, 51:22,
56:1, 56:4,
96:23
**away**
101:22

**B**

**back**
7:7, 7:18,
22:9, 33:24,
37:9, 41:7,
43:1, 43:2,
43:15, 49:5,
58:6, 73:25,
74:11, 76:13,
78:17, 79:12,
85:10, 86:19,
100:21, 101:5,
101:18, 102:14,
102:19
**bad**
67:3, 67:15,
67:19, 67:20,
68:11, 69:2
**based**
9:25, 14:1,

48:19, 79:3,
83:12
**basically**
25:19, 101:17
**basis**
37:7, 39:16,
40:16, 40:21,
47:2
**bates**
48:9
**became**
43:23, 44:4,
44:7, 44:8,
47:13
**because**
5:15, 7:21,
17:19, 19:7,
24:13, 29:11,
31:11, 37:9,
54:12, 54:19,
59:13, 59:25,
66:12, 71:6,
72:2, 72:23,
73:2, 76:22,
80:2, 84:12,
85:25, 86:5,
88:2, 88:6,
89:23, 90:25,
92:24, 93:22,
93:24, 94:9,
95:17, 95:25,
96:1, 96:3,
97:14
**become**
47:15, 101:16
**been**
4:8, 4:9, 10:5,
15:19, 17:25,
18:17, 32:23,
33:1, 47:7,
47:19, 51:4,
52:5, 53:23,
59:2, 59:23,
65:16, 65:22,
66:19, 74:25,
81:16, 81:18,
83:22, 94:9
**before**
4:4, 33:9,

36:21, 37:16,
39:1, 39:13,
39:19, 40:2,
40:10, 40:18,
40:23, 41:6,
41:12, 42:4,
42:21, 46:21,
50:16, 56:18,
56:19, 56:20,
59:19, 60:17,
62:20, 63:16,
74:16, 93:2,
96:15, 96:19,
97:21, 101:14,
104:5, 104:14
**began**
56:16, 57:21,
58:2, 62:1
**begin**
5:11, 44:23,
60:24
**begins**
83:24, 88:24,
92:9, 93:14,
94:25, 99:16
**behalf**
101:1
**behind**
80:10
**being**
27:2, 28:21,
70:25, 71:3,
74:15, 80:21,
91:9
**belief**
39:16
**believe**
5:23, 6:23,
16:3, 16:22,
17:2, 17:12,
18:25, 19:4,
19:19, 20:3,
20:4, 20:9,
20:21, 21:6,
22:6, 22:12,
23:23, 25:20,
26:4, 26:16,
27:4, 27:12,

33:1, 36:19,
37:5, 38:25,
39:24, 41:4,
41:10, 43:20,
44:11, 48:2,
48:15, 49:8,
49:16, 49:18,
67:5, 76:20,
77:12, 83:17,
91:23
**believed**
87:6
**bell**
79:18
**benefit**
26:10, 27:18
**benefits**
35:10, 36:2,
93:14
**best**
66:21
**beta**
54:12, 54:20,
55:20, 55:23,
56:18, 56:21,
56:25
**better**
67:4, 67:6,
80:3, 95:21
**between**
81:14
**beyond**
35:21, 36:13,
85:10
**big**
93:16
**bigger**
44:4
**billion**
45:23, 45:24
**bit**
43:18
**blogs**
63:22, 64:9,
64:14
**bloomberg**
8:20, 10:5,
10:11, 10:15,

10:21, 12:5,
15:6, 15:9,
16:7, 18:10,
72:5, 72:9
**body**
77:23
**boom**
56:24
**bottom**
49:12, 55:6,
55:10, 77:14,
83:24, 99:14,
99:15, 100:6,
100:10, 100:13,
100:16
**boulevard**
2:15
**brand**
60:23, 82:7,
82:10, 83:3
**branding**
57:1, 57:3
**break**
15:18, 43:7,
49:1, 50:6,
74:16, 76:25,
79:5
**briefly**
102:12
**brockman**
85:13, 85:17,
86:5, 86:6
**buck**
102:3
**build**
60:18, 62:21,
80:3
**building**
32:13, 60:17,
62:21, 87:12,
89:20
**bunch**
36:5, 84:20
**business**
69:13, 69:15,
69:16, 78:5

| C |
|---|

**ca**
2:7, 2:16, 2:24

**california**
1:2, 1:25,
1:30, 4:4, 4:6,
4:18, 4:22,
104:2
**call**
11:14, 19:24,
20:2, 22:17,
45:7, 96:2
**called**
4:8, 17:20,
51:22, 74:11,
81:22, 90:19
**calling**
16:8
**calls**
13:16, 15:24,
23:12, 24:3,
41:15
**came**
7:8, 10:17,
37:9, 85:10,
99:2
**can't**
13:11, 13:21,
16:1, 17:15,
17:18, 17:23,
22:18, 22:19,
23:13, 23:17,
23:18, 24:10,
30:12, 31:7,
32:15, 32:16,
34:20, 37:2,
39:10, 40:12,
40:13, 40:25,
41:16, 42:14,
42:23, 44:11,
45:3, 47:16,
48:18, 50:1,
55:19, 63:8,
63:9, 71:6,
71:24, 97:13
**cannot**
31:11, 72:2,
76:6, 76:22,
79:4, 83:12
**capacity**
1:23

**captioner**
1:32
**care**
18:13
**caruso**
2:4, 3:4, 5:9,
6:4, 7:14, 7:23,
12:18, 13:22,
15:15, 16:2,
19:18, 20:1,
20:20, 22:20,
24:7, 25:5,
26:23, 28:17,
31:9, 32:19,
33:7, 34:9,
34:22, 36:7,
37:1, 41:21,
43:11, 43:19,
47:23, 48:22,
49:7, 50:11,
51:1, 52:3,
53:22, 57:18,
57:22, 60:9,
64:7, 64:24,
68:1, 68:15,
68:18, 69:11,
70:4, 70:5,
71:22, 72:4,
73:15, 73:19,
73:22, 74:2,
74:6, 74:18,
74:24, 75:3,
75:4, 76:24,
79:5, 79:7,
79:14, 82:3,
83:14, 83:20,
91:15, 92:17,
102:5, 102:8,
102:15
**case**
1:4, 13:10,
26:13, 32:21,
68:12, 73:2,
74:8, 104:13,
105:7
**certain**
38:2, 71:11,
88:9

certified
1:32, 4:5,
104:1
certify
104:3, 104:16
challenging
65:3
chance
52:7, 54:24,
74:13
change
11:12, 18:14,
18:15, 39:4,
91:7, 98:15,
99:3, 99:10,
105:12
changed
99:7
changes
105:2
characteristics
19:20, 20:5,
20:10, 20:22,
23:25, 24:25,
33:23, 34:5,
34:16
characterize
87:18
characterized
40:20
charter
27:17
chatbot
21:3, 96:12
chatgpt
28:16, 31:22,
57:15, 57:17,
101:14
check
32:25
checked
31:22, 31:24,
33:10
children
66:16, 67:10
choose
5:14, 5:15
chose
59:15

city
1:25, 2:7, 4:4
claim
73:3
clarify
93:22
clear
55:18
clearly
51:16, 96:10
client
22:7, 22:13,
27:13, 27:16,
32:8, 32:14,
34:25, 35:12,
35:14, 48:23,
51:14, 59:1,
59:25, 60:10,
60:20, 61:25,
62:6, 62:23,
63:1, 63:15,
72:17, 72:23,
74:17, 76:12,
76:19, 82:22,
87:5, 96:2,
101:10, 101:16,
101:21, 102:13
client's
23:1, 31:14,
31:18, 31:20,
33:8, 33:10,
59:23, 67:2,
95:22
clients
59:13, 59:19,
60:13
close
102:2
code
28:5, 28:6,
28:9, 28:12,
32:13, 32:18,
98:3, 101:24
codex
32:3, 51:23,
51:24, 52:21
cold
43:18

collaboration
6:19, 7:5,
21:1, 29:16,
30:21, 40:7,
40:9, 61:7,
85:9, 85:17,
86:4
collect
13:14, 13:23,
13:25
collection
95:14
collectively
96:4
colon
52:25
com
2:9, 2:10,
2:19, 2:26,
52:25
come
9:15, 66:21
comes
25:12
commencing
4:2
commercial
63:24, 63:25,
64:3, 64:11,
64:17, 64:19,
64:22, 64:25,
98:5, 98:7
commercialized
96:20, 97:4,
97:12, 97:13,
97:18, 97:23,
97:25
communicate
76:9, 76:16
communicated
76:4
communication
14:6, 14:17,
14:23, 76:1,
78:14
communications
9:5, 10:1,
10:14, 10:16,

13:2, 13:9,
13:15, 13:17,
13:24, 14:1,
14:3, 14:13,
15:25, 76:7,
76:21, 76:23,
91:21
community
32:9, 32:12,
33:6, 44:3,
44:5, 44:15,
44:20, 45:5,
45:17, 46:4,
46:7, 100:21,
101:5, 101:18,
101:22, 102:4
companies
67:17, 68:12,
69:25, 79:16,
80:3, 80:5,
80:7, 80:23,
81:2, 81:5,
81:14, 87:20,
91:25, 93:15,
95:14, 95:20,
96:1
company
19:17, 19:20,
32:5, 32:10,
58:5, 84:17,
84:19, 85:8,
86:4, 86:10,
86:11, 86:14,
86:17, 87:3,
87:9, 90:6,
90:7, 95:22,
96:5, 97:8, 98:4
compel
102:11
compete
95:16, 95:22
competes
95:12
competing
96:15
competitive
95:11, 96:9,
96:12

competitor
69:24, 95:13,
96:6
completion
104:14
component
61:8
compute
95:18, 95:20,
96:3
conceivably
80:13
concept
49:22
concepts
51:9
concern
59:14, 59:17,
59:24, 82:4
concerned
8:8, 58:21,
58:24, 59:24,
81:21
concerning
10:5
conclusion
19:25, 20:2,
23:12, 31:8,
74:17
conclusions
22:18, 24:11
conference
8:16
conferences
40:2, 46:10,
61:12
confuse
59:14, 59:25
confusion
59:12, 81:23,
82:2, 85:23,
89:24
connection
19:11, 21:8,
21:17, 30:15,
33:11, 33:15,
42:17, 56:25,
57:3, 77:2

consider
58:25, 59:4,
59:8, 74:13
consortia
89:7, 90:1,
90:3
consortium
81:5, 88:24,
89:13, 89:16,
89:22, 90:6,
90:10, 90:19,
99:2
consumer
41:5, 41:11
consumers
40:16, 40:22,
41:19, 41:20,
42:2, 42:7
contacted
16:15
contemplating
90:12
content
66:20, 66:21,
68:11, 68:14,
69:3, 94:6,
94:17
context
21:20, 21:21,
22:24, 24:14,
24:15, 30:5,
30:6, 30:8,
50:4, 62:9,
62:10, 62:16,
71:5, 71:7,
71:10, 71:11,
85:1, 89:18,
93:1, 97:20
continuation
4:14, 94:12
continue
7:24, 74:14,
74:15
continues
85:12, 90:18
continuous
44:1, 44:13,
44:24

conversation
93:3, 93:8,
94:1, 94:4,
94:5, 94:6,
94:10, 94:16,
94:17
conversations
16:18, 71:19,
71:21
conversion
101:25
conveyed
25:21, 26:5,
26:18, 27:6
copying
85:21
corporate
37:24
corporation
1:5, 1:12,
105:4, 105:5
correct
20:7, 21:9,
21:16, 33:9,
36:9, 58:3,
59:17, 72:11,
72:15, 83:16,
91:22
corrections
11:15, 11:16,
11:21, 11:25,
12:2, 12:5,
12:8, 12:9,
12:12, 16:9
could
19:6, 19:8,
20:17, 22:4,
28:24, 30:11,
30:25, 31:1,
45:22, 50:20,
53:8, 59:2,
62:15, 80:3,
80:13, 89:17,
94:7, 94:9,
94:11, 95:16,
95:25
couldn't
43:24

counsel
8:5, 13:19,
48:9, 71:19,
71:21, 76:9,
76:16, 83:11
counterclaims
23:6
couple
43:5
course
26:9, 55:8,
61:21, 61:22,
88:10
court
1:1, 4:18, 4:22
crap
56:12
create
6:18, 68:6,
68:8, 79:16,
79:22, 79:24,
80:19, 81:23,
89:19, 95:20
created
32:12, 41:22,
42:6, 66:13,
66:17, 68:9,
68:17, 68:19,
68:24, 69:1,
85:18, 85:23,
85:24, 89:24,
95:15, 101:21
creating
5:18, 5:23,
5:24, 6:9, 6:14,
6:24, 32:5,
41:25
creation
84:15
creator
84:6, 84:11,
84:15, 84:18,
84:23, 85:2,
86:2, 86:8, 86:9
crr
104:25
csr
1:30, 104:25

current
46:8
currently
87:2, 87:8

**D**

dall-e
31:24, 33:11,
33:13, 33:15,
33:17, 54:12,
54:20, 55:20,
55:22, 55:24,
55:25, 56:15,
57:2, 57:5,
57:8, 57:10,
57:11, 57:12,
57:13, 57:14,
57:17, 57:20,
58:1, 63:12,
63:13, 63:17
data
28:14
date
43:25, 51:5,
58:20, 63:10,
103:8, 104:19,
105:10
dated
3:8, 3:9, 3:10,
3:11, 3:12,
3:15, 83:25,
104:21
dates
56:20
davies
2:28, 4:19
day
4:2, 8:25, 99:7
decentralized
61:1, 61:5,
61:10, 61:16,
61:20, 61:23,
62:2
decided
8:6, 58:21,
60:13, 60:20,
62:6, 62:23,
101:16

defendants
1:15, 2:12,
105:6
define
98:22
definitive
40:13
delaware
1:4, 1:12,
105:4, 105:5
depends
18:4, 18:7,
30:6, 30:7,
45:7, 45:8,
98:22
depicting
66:15, 67:9
depos
4:20, 4:23
deposition
1:19, 4:15,
4:20, 7:6, 7:12,
7:25, 15:16,
15:17, 15:20,
38:12, 74:8,
88:15, 102:20,
102:22, 104:13,
105:3
depositions
48:24
describe
5:11, 19:1,
21:6, 21:8,
21:18, 21:19,
29:14, 29:25,
30:19, 44:25
described
29:20, 33:12,
33:16
describes
19:20, 20:5,
20:10, 20:18,
20:22, 21:5,
21:6, 22:7,
22:13, 30:18
description
3:7
descriptiveness
24:15

designated
1:21, 37:23
designee
37:24
detail
18:21, 18:22,
18:24
develop
32:23, 33:3,
61:2
developing
56:17, 58:4
different
14:12, 16:3,
19:6, 19:8,
20:15, 21:3,
28:20, 29:5,
29:6, 29:13,
30:11, 31:4,
40:1, 44:9,
57:24, 61:13,
88:18, 99:8
differently
102:13
difficult
46:2, 69:13,
69:15, 85:24
diffusion's
65:18
diplomate
1:31
direction
104:9
directly
8:11, 63:16
disclosed
33:1
discovered
68:10
discovery
37:20
discrete
44:2
discuss
50:8, 50:9
discussed
50:10, 94:10
discussions
13:19, 80:20,

80:24, 82:15,
83:10
disobeying
79:2
displayed
67:16
district
1:1, 1:2, 4:17,
4:18
document
47:24, 47:25,
48:2, 48:8,
49:9, 49:16,
93:10
doing
26:10, 29:15,
30:1, 30:3,
30:4, 30:19,
30:20, 60:12,
60:16, 62:18,
66:23, 66:25,
67:3, 67:17,
68:12, 87:23,
97:5, 97:6,
97:11
dolphin
2:6, 4:3, 4:21
domain
58:14, 60:25,
61:5, 61:18,
83:15, 89:4
done
39:12, 100:7,
100:20
down
7:9, 76:25
draw
24:11, 75:8
drive
2:6, 4:3, 4:21,
82:21
drove
82:22
duly
104:2, 104:7
during
15:18, 50:5,
66:8, 66:10

dylan
2:5
dylanscher@quinn-
emanuel
2:10

**E**

earlier
28:18, 57:11,
68:3, 68:4,
86:15, 87:16,
87:20, 87:25,
90:11, 99:9
early
5:13, 40:1,
61:3, 70:19,
71:1, 71:3
edu
48:12
effort
32:9
efforts
73:12, 73:17,
74:4, 85:8
either
12:9, 38:12
elapsed
102:6
else
8:16, 12:4,
12:11, 16:11,
35:8, 56:7,
67:5, 101:1,
101:2
email
3:8, 3:9, 3:10,
3:11, 3:12,
3:15, 13:6,
14:25, 48:3,
48:4, 48:5,
48:7, 48:16,
48:17, 48:19,
49:9, 49:17,
49:20, 50:2,
50:3, 50:5,
50:14, 50:17,
50:23, 50:24,
51:4, 51:5,

51:7, 51:15,
51:18, 52:6,
52:7, 52:18,
52:20, 52:21,
53:8, 53:16,
54:2, 54:5,
54:7, 54:11,
54:14, 54:19,
54:21, 54:25,
55:9, 55:11,
55:12, 56:4,
56:6, 56:14,
57:7, 57:19,
57:25, 75:13,
75:14, 75:22,
75:23, 76:4,
77:16, 77:23,
77:25, 78:9,
83:23, 84:2,
84:4, 85:5,
90:15, 91:20,
91:24, 92:5,
92:9, 94:18,
99:14, 100:2,
101:1, 101:3
emailed
74:20, 75:19,
77:7, 79:19
emailing
76:10, 76:17
emails
13:5, 14:2,
51:9, 53:11,
53:18, 55:17,
56:11, 56:12
emanuel
2:3
emergence
82:23
employee
104:17
employees
37:12
encounter
61:10, 61:14
encroaching
59:25, 60:2,
60:4, 60:11

end
88:10, 102:20
endeavor
13:23
engaged
73:16, 74:3
ensure
66:18
entertaining
98:16, 98:20
entire
44:14, 66:19
envisioning
99:2
equipped
24:15
esq
2:4, 2:5, 2:14,
2:22
essentially
84:14, 85:20
estimate
46:1, 46:2
et
4:17
ethos
101:15, 102:4
evan
10:25, 11:1,
17:5, 17:20
even
8:6, 39:2,
50:12, 51:3,
52:7, 54:24,
59:21, 67:2,
81:17
ever
25:11, 25:14,
33:20, 34:2,
46:20, 53:11,
53:18, 72:5,
80:19, 80:20,
82:20, 83:1,
86:16
every
14:16
everybody
7:15, 42:3,

42:7, 67:5,
70:1, 95:14
everyone
8:16, 42:3,
42:7
everything
27:17, 27:24,
57:18, 68:15,
85:10
exact
58:20
exactly
6:7, 42:13,
42:14, 56:19,
84:12, 86:19,
94:23
examination
3:1, 3:3, 5:8
examined
4:11
excludes
78:25, 83:9
excuse
83:8
exhaustive
41:1, 81:1
exhibit
3:7, 3:8, 3:9,
3:10, 3:11,
3:12, 3:15,
47:20, 47:21,
49:9, 49:16,
52:1, 52:5,
52:9, 52:11,
52:16, 52:18,
53:20, 53:24,
53:25, 54:2,
55:5, 57:4,
74:22, 75:1,
76:11, 76:18,
77:11, 77:14,
83:18, 83:22,
88:23, 91:10,
91:11, 91:20,
91:24, 93:10,
98:12, 99:15
exhibits
3:6

exist
66:10, 73:4,
81:19, 81:20
existed
81:13
existing
33:2
exists
81:18
expand
42:12, 44:23
expanded
42:10, 42:21,
43:21, 43:23,
44:3, 44:12,
44:22
expanding
19:8
expansion
44:1, 44:13,
44:24
expected
5:11, 61:9
expert
22:16, 22:18,
22:21, 23:16,
31:7, 31:12,
31:14, 34:7,
35:15, 40:12,
41:15, 46:3,
60:7, 64:6,
64:21, 82:1
expertise
97:16
explained
49:11, 50:7
extent
13:16, 71:18,
73:10, 78:24

F
faces
67:24
facility
60:18, 62:21,
62:25
fact
14:3, 14:5,

28:6, 35:9,
38:25, 39:18,
48:16, 56:3,
63:23, 64:9,
67:22, 86:3
factual
34:10
fair
81:14
fake
91:1
far
8:14, 12:3,
15:20, 57:2,
66:5, 67:22
fax
2:18
february
77:16, 91:22,
99:12
federal
104:13
feel
102:13
feet
8:15
fell
92:13
few
9:17, 62:5
fifth
94:24, 95:4
filed
72:22, 72:25,
74:19
filter
66:17, 67:4,
67:5, 67:14,
67:15, 67:19
filtering
67:3, 68:10,
69:4
filters
66:17, 66:22,
67:14, 67:15,
67:21, 68:2,
68:6, 68:8,
68:9, 68:16,

68:19, 68:24
financially
104:16
finish
11:18
finished
35:5, 91:16
firm
14:2
first
39:4, 54:14,
55:1, 55:24,
63:6, 68:20,
68:24, 69:3,
71:12, 72:16,
73:17, 74:4,
75:14, 77:11,
77:14, 79:15,
83:24, 88:23,
89:11, 91:24,
93:20, 99:15
flagging
69:3
flip
77:22
floor
2:6, 4:4
follow
9:6, 12:4
follow-up
9:5, 10:16
followed
9:7, 12:8,
13:25
following
105:2
footnote
55:10
for-profit
36:5, 101:16,
101:21, 102:1
forced
91:7, 98:14,
98:25, 99:3,
99:10
foregoing
104:4, 104:6,
104:10, 104:12

forgot
18:16
form
5:25, 15:11,
19:13, 19:22,
20:13, 22:15,
24:1, 25:2,
26:19, 28:10,
31:6, 33:4,
33:12, 33:15,
33:18, 33:20,
34:2, 34:6,
34:12, 34:13,
34:18, 35:13,
35:15, 36:22,
41:13, 60:5,
64:4, 64:20,
67:12, 69:8,
81:25
formal
81:7, 81:9
formalized
80:22, 81:16,
81:18
formed
34:20, 35:12
forming
80:24
forth
4:12, 104:5
founding
82:8
francisco
2:24
free
102:10
friday
83:25
friends
16:14
front
17:17, 32:25,
38:18, 45:9,
52:9, 52:10,
52:15, 53:25,
75:5
full
91:3

**fully**
67:1
**function**
66:5
**functionality**
57:16, 57:17,
65:18, 66:1,
66:2, 66:4
**fund**
72:17, 72:21
**fund-raising**
73:11, 73:16,
74:3
**funds**
73:5, 73:7
**further**
104:12, 104:16
**future**
18:6

### G

**game**
95:17, 96:19
**gave**
7:2, 14:1,
28:3, 52:8,
59:21, 70:8,
83:13, 91:5,
101:18
**general**
51:8
**generally**
18:2
**generate**
65:13, 65:15,
67:18
**generated**
65:19, 65:25,
66:6, 68:11
**generating**
57:16, 65:23,
66:15, 66:20,
67:9
**generation**
21:3
**generative**
21:2, 60:12,
60:13, 60:16,

60:21, 60:25,
61:3, 61:5,
61:8, 62:1,
62:4, 62:7,
62:18, 62:23,
67:18
**generator**
56:15, 56:16,
56:18, 57:20,
57:21, 58:1,
58:2, 58:5,
58:6, 58:22,
58:23, 59:9,
59:10, 65:7,
66:2, 66:14,
67:8, 68:20,
68:25, 96:11
**getting**
28:13, 87:19
**give**
5:3, 6:25, 7:1,
7:10, 8:3, 27:9,
27:13, 27:24,
28:1, 28:4,
40:13, 52:13,
61:15, 61:17,
63:9, 74:13,
88:19, 91:3,
91:13, 91:17,
101:7, 101:17
**given**
54:24, 104:11
**giving**
26:25, 28:24,
30:9, 36:2,
78:8, 88:1,
90:14, 101:9,
101:10, 101:13,
101:15, 101:24
**go**
7:11, 18:16,
18:21, 18:22,
27:21, 39:23,
42:25, 43:11,
45:12, 48:22,
59:20, 61:11,
61:16, 61:18,
61:20, 68:23,

86:18, 102:15
**goal**
98:3
**goals**
27:19, 27:24,
28:1
**goes**
18:24
**going**
7:7, 7:16, 8:8,
42:15, 43:12,
49:2, 50:8,
50:9, 50:19,
57:23, 57:24,
69:15, 73:9,
73:23, 74:12,
75:13, 76:12,
76:19, 76:25,
79:9, 83:7,
83:8, 83:23,
91:3, 92:10,
92:20, 92:22,
93:5, 93:9,
93:23, 93:24,
94:9, 94:22,
100:18, 102:16,
102:21
**good**
5:10, 5:20,
6:15, 6:17,
42:18, 79:25,
82:24
**goods**
5:12, 19:11,
19:21, 20:6,
20:11, 20:23,
22:7, 22:13,
23:2, 23:10,
23:25, 30:24,
33:21, 33:23,
34:3, 34:5,
34:17, 36:20,
39:13, 39:17,
40:17, 40:23,
41:5, 41:11,
42:6, 43:21,
44:12, 45:11,
96:16

**google**
21:24, 22:1,
22:3, 22:5,
28:18, 28:19,
28:23, 28:24,
81:22, 95:12,
101:12
**gov**
77:19
**gpt-2**
46:13, 47:4,
47:6, 47:9,
49:20, 49:22,
49:23, 50:13,
51:4, 51:11
**gradually**
44:6
**great**
50:21
**greg**
85:13, 85:16
**guess**
22:3, 84:11,
98:22
**gusick**
2:22
**guy**
1:13, 1:22,
3:2, 4:7, 4:15,
48:11, 102:21,
103:4, 105:2,
105:5, 105:10
**guyravine@gmail**
52:25

### H

**half**
71:12, 72:16,
73:17, 74:4,
79:15, 102:6,
102:9
**hand**
5:1, 47:19
**handed**
74:25
**happen**
58:16, 58:19,
58:25, 59:4,

59:6, 59:7,
74:10, 80:19,
80:20
**happened**
18:3, 44:14,
80:21
**hard**
21:4, 69:5
**harmful**
66:20, 68:14
**hear**
42:8
**heard**
9:18, 96:21
**help**
72:17
**here**
4:14, 7:9,
7:21, 16:5,
16:22, 17:2,
17:10, 17:15,
17:23, 23:23,
34:23, 46:25,
53:10, 53:17,
55:19, 59:5,
70:24, 84:21,
84:22, 89:21,
90:14, 93:1,
93:4, 93:22,
94:2, 98:23,
99:1, 99:22,
99:25
**hereby**
104:3
**herein**
104:5
**hereinafter**
4:11
**highlighted**
54:11
**hit**
98:14, 98:24
**hoard**
102:3
**home**
58:14
**honestly**
83:2, 99:21

**hope**
92:10, 92:21
**hour**
4:2
**hours**
8:22, 102:6,
102:10
**house**
9:2, 9:8, 9:13,
9:15, 9:16,
10:15, 10:17
**humanity**
26:11, 27:1,
27:9, 27:14,
27:18, 27:24,
28:1, 28:5,
35:11, 36:3,
87:13, 88:2
**hundreds**
45:6

**I**

**idea**
6:18, 26:15,
28:21, 37:18,
37:21, 79:25,
82:6, 82:24,
90:15, 93:4,
94:3, 94:18,
95:24, 101:11
**identification**
47:22, 52:2,
53:21, 74:23,
83:19, 91:12
**identify**
17:15, 32:22
**ideology**
82:16
**iii**
1:24
**image**
21:2, 56:15,
56:16, 56:18,
57:20, 57:21,
58:1, 58:2,
58:5, 58:6,
58:22, 58:23,
59:8, 59:10,

65:7, 65:23,
65:25, 66:1,
66:14, 67:7,
68:20, 68:25,
96:11
**images**
57:16, 65:8,
65:19, 66:7,
66:15, 67:9,
67:15
**imagine**
37:4, 49:13,
54:6, 65:20,
66:8, 68:11,
74:16, 75:21,
84:14, 85:7,
93:2, 94:17,
100:24
**immunodeficient**
8:7
**implementation**
32:11
**implies**
26:12
**important**
18:5, 18:9,
28:11, 28:12,
78:4, 78:15,
78:20
**impossible**
29:7
**inaccuracies**
16:17, 16:23,
16:25, 17:3,
17:6, 17:12,
17:16, 17:19,
17:21, 17:22,
18:11, 18:13,
18:15
**inaccurate**
11:10
**inc**
1:4, 1:12,
1:20, 4:16,
23:10, 24:24,
28:8, 31:4,
32:8, 33:21,
34:3, 34:17,

38:1, 46:12,
47:4, 47:9,
51:17, 51:22,
53:5, 53:12,
53:18, 56:16,
57:20, 58:2,
58:23, 59:10,
60:2, 63:6,
69:6, 69:18,
69:23, 69:24,
70:13, 70:20,
71:1, 71:4,
71:13, 71:23,
72:18, 77:3,
78:15, 78:21,
80:9, 80:15,
86:16, 87:3,
87:9, 91:6,
95:7, 96:6,
96:8, 96:14,
99:3, 99:10,
105:3, 105:5
**includes**
100:6
**including**
61:3
**inclusive**
20:17
**incorporated**
4:17, 86:11,
86:13
**index**
3:1
**individual**
1:13, 1:23,
105:6
**individually**
80:4
**industry**
41:18, 44:14,
66:20, 67:6,
67:24, 70:2
**infinite**
88:11
**informal**
81:9
**information**
78:25

**initially**
41:17, 42:9,
44:5
**initiative**
5:17, 5:22,
5:24, 6:9, 6:14,
6:24, 19:1,
27:25, 40:6,
69:17, 85:9
**inside**
9:13, 9:16
**instigated**
101:10
**institute**
64:15, 64:16
**instruct**
71:17, 73:9,
74:14, 74:16,
76:12, 76:19,
78:23, 83:8
**instructed**
13:20
**instruction**
15:23, 72:1,
73:18, 74:5,
79:2, 83:13
**instructions**
13:25
**intelligence**
1:11, 1:20,
4:16, 105:5
**intend**
63:25
**intent**
89:15, 89:21
**intentionally**
69:14
**interested**
81:11, 104:17
**internet**
42:3, 42:7
**interpretations**
20:16
**interpreted**
28:20
**interrogatories**
32:21
**interrogatory**
32:25, 38:17,

38:18, 38:20,
38:23
**introduced**
96:15, 96:23,
96:24
**introducing**
96:18
**introduction**
42:17, 63:16
**investigate**
38:13
**issue**
40:21

**J**

**january**
1:26, 4:2,
77:1, 104:21
**jason**
2:14
**jog**
38:19
**join**
81:4, 81:8,
81:10, 90:3,
90:16
**journalist**
12:10
**july**
54:3, 56:2,
56:14, 57:19,
57:25, 58:16
**jwilson@willenken**
2:19

**K**

**keep**
61:23, 88:7,
92:20, 100:18
**kind**
61:22, 81:9
**knew**
39:8, 51:14,
84:5
**know**
6:16, 7:3,
10:9, 13:11,
16:21, 17:18,

23:16, 23:18,
23:22, 24:13,
25:8, 25:15,
28:4, 29:7,
32:18, 36:23,
36:24, 37:6,
37:17, 39:8,
39:10, 41:14,
42:13, 43:25,
44:8, 45:3,
45:7, 45:12,
45:21, 46:9,
47:11, 47:12,
47:13, 47:14,
47:18, 48:4,
50:1, 53:6,
53:8, 53:10,
53:13, 53:17,
55:9, 58:12,
60:7, 61:13,
61:18, 62:14,
63:8, 63:20,
63:21, 64:5,
65:10, 69:20,
70:1, 70:17,
70:23, 71:5,
71:6, 82:8,
84:22, 87:12,
87:19, 91:8,
92:24, 93:7,
94:23, 98:14,
98:24, 99:21,
99:22, 99:25,
101:6, 101:8,
102:3
**knows**
8:6, 53:9

**L**

**language**
54:17, 55:2,
55:3, 84:10
**large**
45:17, 79:16
**last**
8:11, 15:16,
15:17, 38:13,
75:14, 98:12,

98:19, 98:23
**late**
96:18
**later**
41:18, 42:2,
42:10, 58:2,
63:3, 64:1,
77:7, 85:13,
86:13
**launch**
69:17
**law**
14:2, 25:12
**lawsuit**
10:12, 23:4
**lawyer**
12:23, 13:12,
79:3, 83:13
**lawyers**
13:1, 13:7,
15:7, 15:9,
15:19, 16:9
**learned**
78:25
**least**
49:23, 81:2
**leave**
102:9
**lecun**
91:21
**legal**
2:21, 19:24,
20:2, 22:17,
23:12, 24:17,
31:8, 64:6,
64:21
**legally**
90:17
**less**
43:23, 66:18,
67:22
**let's**
7:14, 43:11,
48:22, 49:1,
79:5
**letter**
72:22, 72:25,
73:5, 73:7,

75:20, 76:10,
76:17
**letters**
56:11, 74:19
**letting**
51:18, 55:8
**license**
82:14
**licensed**
90:12
**licensing**
82:6, 82:11,
82:17, 83:3,
83:4, 90:14
**lie**
27:1, 35:11,
87:7
**lied**
27:9, 27:22,
36:6
**life**
69:5
**liked**
5:16, 19:2
**line**
57:5, 94:25,
95:4, 100:5,
100:10, 100:16,
100:18, 105:12
**lines**
55:15
**linguist**
64:23
**link**
53:1
**list**
41:1, 52:25,
81:1
**listen**
24:19, 26:2,
38:5, 46:18,
86:22
**listserv**
53:4
**litigation**
10:22, 22:24,
73:11, 73:16,
74:3

**little**
43:18
**llp**
2:13
**log**
74:7, 74:9,
74:12
**logs**
37:14, 37:20
**long**
8:24, 79:6,
83:9, 96:5
**longer**
28:8
**look**
6:17, 9:16,
17:14, 35:15,
39:6, 77:11,
83:21, 86:25,
89:18, 90:15,
94:24, 99:14,
100:4
**looked**
77:12
**looking**
72:17, 77:13,
92:4
**los**
2:16
**lost**
59:5
**lot**
56:6, 56:10,
56:11, 70:1,
100:8, 100:21
**lots**
19:5, 21:3,
56:11, 56:12,
63:22, 64:8,
64:12, 93:15

**M**

**machine**
104:8
**made**
27:16, 63:15,
85:24, 104:8
**magistrate**
48:25, 102:7

**main**
28:15
**make**
8:10, 11:15,
11:22, 11:25,
12:1, 12:5,
12:7, 12:9,
12:12, 16:8,
18:6, 69:5,
69:12, 69:14,
69:18, 82:8,
87:15, 88:8,
102:3, 105:2
**making**
26:11, 48:6,
48:18, 68:25,
87:13
**many**
10:13, 19:8,
20:15, 28:20,
29:5, 29:6,
30:11, 37:5,
37:15, 38:13,
44:9, 45:2,
45:4, 45:8,
46:7, 53:9,
55:16, 55:17,
61:13, 68:12,
97:9, 97:10
**march**
83:25, 85:6
**margret**
2:4
**margretcaruso@qu-
innemanuel**
2:9
**mark**
52:11, 59:22,
73:3, 89:9,
89:25
**marked**
47:21, 49:9,
49:16, 52:1,
52:5, 53:20,
53:23, 74:22,
74:25, 83:18,
83:22, 91:9,
91:11

**market**
41:5, 41:11,
41:17, 42:21,
43:20, 44:4,
44:12, 45:10,
60:1, 60:3,
60:11, 85:23,
89:24, 95:11
**marks**
4:14, 102:20
**mask**
8:6, 8:17,
9:11, 9:12,
9:20, 9:21, 9:22
**matter**
4:15, 18:12,
38:2, 51:8,
58:8, 78:4,
96:1, 105:3
**maybe**
16:8, 16:19,
38:19, 51:9,
55:18
**mean**
5:20, 6:13,
7:3, 12:7, 14:1,
14:20, 17:18,
18:12, 18:20,
19:11, 19:24,
21:19, 21:22,
27:2, 27:14,
27:21, 28:19,
29:1, 29:18,
30:20, 34:20,
37:13, 39:2,
39:25, 40:11,
40:24, 41:15,
42:23, 42:24,
46:9, 51:12,
51:14, 53:7,
56:4, 60:4,
60:10, 60:12,
60:16, 61:11,
61:17, 62:8,
62:12, 62:18,
65:21, 70:22,
71:7, 71:8,
71:10, 72:21,

73:1, 73:2,
75:12, 78:7,
78:11, 78:12,
80:7, 80:11,
80:20, 81:19,
81:20, 82:8,
82:11, 84:9,
84:18, 84:25,
85:20, 86:7,
88:19, 89:11,
89:17, 90:9,
90:23, 93:23,
94:7, 94:21,
95:9, 97:3,
97:5, 97:12,
97:24, 98:7,
99:6, 99:20,
101:4
**meaning**
22:22, 24:17,
29:7, 29:9,
29:11, 34:15,
35:14, 65:1,
84:17
**meanings**
29:5, 29:6,
31:2
**means**
19:16, 24:14,
49:13, 94:22
**meant**
19:5, 27:13,
33:22, 34:4,
84:12, 89:21,
89:23, 90:3,
90:5, 90:9,
93:20, 97:19,
98:1, 98:6,
99:4, 100:1
**mechanisms**
69:4
**meet**
8:19, 8:25
**member**
82:8, 89:12,
90:6, 90:8
**members**
88:24, 89:7,

89:14, 90:1,
90:3, 90:10
**memory**
8:9, 38:19
**message**
48:11
**met**
9:2
**meta**
79:19, 81:2,
81:10, 81:22,
93:16, 95:12,
101:12
**meta's**
81:4
**michael**
1:30, 4:4,
104:1, 104:25
**might**
13:6, 22:17,
28:12, 51:4,
58:25, 59:4,
59:5, 59:7,
65:16, 65:21,
93:20
**mike**
4:22
**mind**
14:16, 23:22,
61:23, 82:13,
82:17
**minds**
39:11, 40:13,
61:24
**mindset**
7:6, 7:12,
100:8, 100:21,
101:4, 101:9,
101:11, 101:22,
101:25, 102:2
**mindsets**
101:19
**minimum**
98:15, 98:20
**minute**
7:10, 91:17
**minutes**
9:17, 43:6,

79:7
**misdescribe**
23:10
**misdescribes**
23:2, 23:24,
24:24
**mission**
25:17, 25:21,
25:22, 26:5,
26:6, 26:7,
26:9, 26:17,
26:21, 26:22,
26:25, 27:5
**misstating**
21:10
**mit**
48:12
**model**
60:13, 60:14,
60:16, 60:21,
60:25, 61:6,
61:8, 62:1,
62:4, 62:7,
62:19, 62:23
**models**
28:14, 28:15,
60:18, 62:21,
80:3, 83:11,
95:15, 95:21
**moment**
40:25
**moments**
62:5
**momentum**
89:19
**montgomery**
2:23
**months**
18:1, 18:3
**more**
7:4, 8:22,
8:25, 9:4,
10:20, 14:21,
14:22, 18:18,
18:20, 18:21,
18:22, 18:24,
41:19, 42:11,
42:15, 43:23,

44:6, 44:7,
44:8, 44:9,
50:18, 51:16,
69:9, 69:13,
74:13, 74:16,
82:16, 84:25,
95:16, 95:18,
96:3, 101:23,
101:24, 102:8
**mostly**
45:16, 99:17,
99:20, 100:1
**motion**
102:11
**mouth**
61:13, 88:5,
88:7, 88:8
**move**
57:18, 68:15,
70:4
**moving**
52:8, 68:19
**much**
46:8, 46:10,
63:25
**multiple**
9:5, 10:4,
10:7, 10:10,
31:2, 67:14,
95:20
**must**
57:16

---
**N**
---

**name**
5:11, 5:14,
5:15, 5:16,
5:17, 5:20,
5:21, 6:8, 6:15,
6:17, 6:19,
6:20, 6:23,
10:23, 10:25,
18:25, 19:1,
19:2, 19:15,
19:16, 19:17,
19:20, 21:8,
21:17, 23:2,
23:24, 24:12,

25:21, 26:5,
26:18, 27:6,
30:13, 30:16,
35:21, 36:13,
36:19, 59:1,
59:13, 61:18,
70:1, 72:24,
82:14, 82:18,
84:19, 85:19,
85:20, 85:22,
85:25, 86:1,
86:6, 86:9,
91:7, 98:15,
99:3, 99:7,
99:8, 99:10,
100:10, 100:17,
104:20

**ncra**
1:31, 1:32

**necessarily**
53:7, 101:25

**need**
7:8, 11:18,
24:19, 50:17,
62:9, 75:11

**needed**
66:22

**neither**
104:16

**nervous**
8:10

**never**
9:13, 25:10,
28:2, 28:3,
39:12, 59:21,
63:2, 72:6,
72:12, 81:13,
101:18

**new**
42:18, 65:24,
102:1

**next**
88:23

**nine**
55:15

**none**
21:7, 21:16,
45:22

**nonprofit**
27:17, 36:4,
64:15, 97:6

**normally**
9:23

**northern**
1:2, 4:18

**nothing**
4:10, 5:5,
30:3, 39:6,
42:20, 88:1,
93:2

**notwithstanding**
59:17

**november**
36:21, 37:16,
39:14, 39:19,
40:10, 40:18,
40:23, 41:6,
41:12, 42:4,
42:21, 58:19

**number**
38:4, 48:9,
49:12, 88:11,
94:9

**numbers**
37:17, 45:4,
45:9, 46:9,
63:10

---

**O**

**oaths**
104:3

**object**
83:7

**objection**
5:25, 13:16,
15:11, 15:21,
15:23, 19:13,
19:22, 20:13,
22:15, 24:1,
25:2, 26:19,
28:10, 31:6,
33:4, 34:6,
34:18, 36:22,
41:13, 60:5,
64:4, 64:20,
67:12, 69:8,

81:25

**obtain**
78:16, 78:21

**obviously**
102:9

**occasion**
9:4

**october**
67:7

**offer**
58:21, 60:21,
62:7, 62:24,
63:25, 96:8,
98:5

**offered**
20:6, 20:12,
20:23, 21:1,
21:7, 21:17,
41:6, 41:12,
56:15, 57:20,
58:1, 61:5,
61:8, 96:11,
96:12

**offering**
28:25, 41:23,
56:16, 57:21,
58:2, 58:4,
58:6, 59:8,
60:24, 62:1,
63:24, 64:10,
81:24, 96:10,
97:7, 97:8

**offerings**
20:19, 96:9,
96:13

**oh**
12:23, 30:21,
42:14, 55:8,
99:5

**once**
14:22, 89:15,
89:16, 89:22,
90:9

**one**
8:25, 9:4,
10:18, 12:25,
18:19, 27:19,
27:23, 27:25,

32:22, 33:2,
35:1, 35:2,
35:3, 35:7,
39:22, 50:20,
67:1, 67:23,
74:13, 74:16,
82:9, 90:7,
91:17, 92:6,
92:7, 92:13,
99:7, 100:11

**ones**
17:1, 17:7,
31:21, 31:23,
31:25

**online**
63:3, 97:7,
97:8

**only**
39:11, 71:18,
74:19, 76:13,
78:24, 83:23,
96:18

**open-source**
32:6, 32:7,
32:11, 33:6

**openai's**
23:24, 69:12,
96:21

**openness**
26:12, 26:15,
26:25, 27:7,
100:22, 101:5,
101:19, 101:22

**opinion**
23:17, 24:4,
24:9, 24:23,
25:6, 25:7,
25:9, 25:10,
25:11, 25:14,
28:8, 31:3,
31:10, 33:12,
33:16, 33:18,
33:20, 34:2,
34:13, 34:20,
35:12, 35:13,
35:16, 40:8,
46:6

**opportunity**
78:8

oppose
27:13
opposing
8:5, 77:3
order
26:7, 51:6,
54:21
ordered
102:6
ordinary
41:20, 42:2,
42:7
organization
101:16
original
27:25, 84:6,
84:11, 84:15,
84:18, 84:23,
85:2, 85:8,
86:2, 86:8,
86:9, 102:4,
104:13
originally
42:2, 87:13
originator
99:17, 100:1
other
5:19, 15:2,
15:5, 15:8,
16:7, 29:15,
29:17, 29:19,
29:20, 31:23,
31:25, 36:17,
38:25, 39:23,
40:24, 46:1,
46:7, 63:15,
68:12, 69:4,
69:25, 81:5,
86:5, 94:25
others
69:22, 70:6,
70:12, 95:12,
101:12
otherwise
13:19
out
27:1, 31:22,
31:24, 33:10,

35:11, 67:15,
71:9, 80:15,
87:7
out-compete
96:2
out-competed
95:25
outside
9:12, 9:17,
9:23, 9:24
over
42:21, 43:24,
44:22, 67:4,
67:6
own
23:22, 88:25,
89:7, 89:9,
89:15, 89:23,
89:25, 90:2,
90:4, 90:10,
95:15
ownership
90:14

**P**

page
3:3, 3:7, 55:2,
56:22, 58:3,
58:7, 58:13,
58:15, 61:10,
75:14, 75:15,
77:11, 77:14,
77:22, 83:24,
88:23, 92:6,
99:15, 100:5,
100:12, 105:12
paper
47:8, 51:12,
51:13
papers
63:22, 64:9,
64:14, 98:2
paragraph
84:5, 92:4,
92:9, 92:20,
92:21, 93:14,
93:21, 94:25,
95:4, 98:13,

98:18, 98:19,
99:16
part
19:19, 46:4,
46:7, 80:5,
80:8, 80:9,
80:11, 80:13,
80:14, 81:5,
84:7
particular
30:12
party
104:18
penalty
5:2, 103:1
pending
51:20
people
15:2, 15:5,
15:8, 28:21,
29:15, 30:25,
39:1, 39:6,
39:8, 39:12,
39:17, 39:24,
40:1, 40:5,
40:8, 41:18,
41:19, 42:11,
44:6, 45:2,
45:4, 45:22,
45:23, 45:24,
45:25, 46:7,
58:22, 59:9,
59:24, 61:2,
61:9, 61:12,
61:14, 61:23,
66:7, 66:11,
68:13, 70:2,
72:17, 79:19,
85:24, 85:25,
89:24, 97:9
people's
39:11, 40:13,
61:24
percent
67:21, 67:22
perjury
5:3, 103:1
permission
59:21, 86:14

person
14:17, 14:22,
40:2
personally
4:6, 74:20,
75:19, 75:23
perspective
27:7, 97:15
pertains
104:12
pervasive
68:13
phone
11:24, 14:18,
14:21, 48:25
phrase
64:25
picked
99:8
pinpoint
43:24
place
4:21, 39:4,
90:20, 90:23,
104:5
plaintiff
1:7, 2:2, 4:9,
105:4
planet
4:20, 4:23
platform
21:1
please
5:1, 14:10,
15:13, 15:17,
22:10, 25:25,
33:25, 38:5,
41:8, 52:13,
55:11, 55:12,
59:3, 59:6,
74:1, 76:13,
78:18, 84:2,
86:23, 88:20,
91:13
point
9:16, 60:20,
62:6, 62:22
pointed
17:6

points
44:2
pool
91:25
pooled
95:23
pooling
80:2, 93:14,
95:15, 95:17,
95:24
portion
67:1
position
23:3, 23:9,
24:13, 61:4,
70:20, 71:1,
71:4, 81:17
possibilities
19:6, 41:2
possibility
59:11, 59:12
possible
14:16
postponed
74:9
potential
83:11
practically
72:24
pre-existing
32:22
premarked
47:19
preparation
38:12
prepare
38:21
prepared
7:24, 38:24,
41:3
present
2:28
presumably
82:7
presumed
82:10
previous
62:10, 62:12,

62:13
previously
8:5, 15:1, 36:1
price
82:13, 82:16,
82:17, 82:22,
83:1, 83:2, 83:4
principles
80:10, 80:12,
85:20, 85:21,
85:22, 86:6,
86:9, 86:16,
87:4, 87:6,
87:10, 87:11,
87:14
prior
104:6
privilege
12:21, 72:3,
74:7, 74:9,
74:12
privileged
50:10, 76:1,
76:21, 76:23,
78:14
probably
13:7, 16:13,
16:14, 17:21,
18:15, 22:25,
25:8, 36:24,
38:17, 39:9,
39:16, 45:24,
49:13, 56:19,
57:13, 58:20,
65:10, 79:21,
95:8, 97:2, 99:6
problem
43:25, 59:2,
66:19, 68:13,
101:8
problems
18:2, 67:23
proceed
59:15
proceedings
5:4, 104:4,
104:6, 104:8,
104:14

process
44:24, 66:9,
66:10
produce
65:13
produced
13:7, 13:9,
48:8, 49:13,
49:14, 65:8
product
28:21, 28:25,
32:1, 32:7,
33:5, 46:13,
47:4, 47:6,
51:13, 51:22,
56:23, 57:7,
63:3, 64:2,
64:3, 73:11,
73:14, 96:25,
97:1, 97:2
production
13:13
products
20:25, 21:23,
24:25, 28:12,
29:17, 29:19,
29:20, 31:15,
31:18, 32:22,
33:2, 33:9,
33:10, 40:3,
41:22, 63:15,
63:23, 63:24,
63:25, 64:9,
64:11, 64:17,
64:19, 65:1,
67:2, 81:23,
84:19, 96:14,
96:18, 97:8,
97:22, 98:5,
98:7
prohibit
66:15, 67:8
project
32:6, 33:6,
47:8, 47:10
projects
63:14, 63:21,
96:20

promised
101:7
prompted
84:13
protest
72:23, 72:25,
73:6, 73:8,
74:19, 75:20
provide
27:17, 35:10,
45:20, 46:1,
82:9, 82:10
provided
14:4, 14:25,
30:24, 37:14,
37:19, 53:4,
63:2, 63:6
pst
4:3, 102:23
pto
74:20
public
22:1, 22:3,
22:5, 42:15
published
9:25, 10:5,
10:8, 10:11,
11:6, 11:7,
16:7, 18:10
pull
95:19
purpose
83:5, 88:15
put
21:4, 32:24,
38:18, 88:5,
88:8
putting
88:7

**Q**

qualified
65:5
qualities
20:5, 20:11,
20:22, 23:24,
24:25, 33:22,
34:4, 34:16

**quantification**
45:20
**question**
6:5, 7:7, 9:19,
11:19, 12:13,
13:18, 13:21,
14:9, 14:10,
14:12, 16:4,
21:14, 22:9,
23:23, 24:9,
25:6, 26:2,
26:8, 26:24,
33:14, 33:24,
34:2, 34:11,
35:5, 36:8,
36:10, 37:3,
38:6, 38:21,
41:3, 41:7,
41:10, 46:16,
46:18, 49:15,
50:19, 51:2,
51:6, 51:19,
51:20, 52:6,
52:11, 54:22,
57:19, 57:23,
57:24, 59:3,
59:6, 62:12,
62:13, 62:17,
67:14, 68:22,
70:10, 71:2,
71:18, 73:20,
73:22, 73:25,
74:14, 76:8,
76:13, 76:15,
76:20, 78:13,
78:17, 78:20,
79:1, 79:4,
82:25, 83:9,
88:22, 91:4,
99:24
**questions**
15:19, 24:20,
38:6, 48:20,
50:18, 50:23,
51:16, 78:7,
86:22, 88:16,
102:8
**quinn**
2:3

**quite**
16:14, 65:16,
75:21, 100:7,
100:20
**quote**
23:7, 36:12,
86:19
**quoting**
98:10

**R**

**raise**
5:1
**raising**
73:5, 73:7
**random**
96:19, 97:22
**ratcliff**
16:8, 16:25
**ratliff**
11:1, 11:3,
11:12, 13:3,
13:9, 13:24,
14:4, 14:6,
14:14, 16:25,
17:5, 17:20
**ravine**
1:13, 1:22,
3:2, 3:13, 3:16,
4:7, 4:15, 4:25,
5:10, 11:18,
15:18, 20:9,
23:1, 23:9,
23:14, 24:19,
25:23, 26:24,
27:23, 31:16,
37:21, 38:5,
43:20, 44:18,
46:12, 46:16,
48:2, 48:8,
48:9, 48:11,
49:8, 50:5,
51:2, 52:10,
53:15, 54:23,
55:19, 58:10,
59:3, 60:22,
60:24, 64:8,
67:7, 70:6,

75:8, 82:25,
86:20, 87:8,
88:15, 91:16,
97:17, 102:21,
103:4, 105:2,
105:6, 105:10
**ravine's**
74:8
**rd**
77:16
**rdr**
104:25
**reach**
57:9, 80:15
**reached**
57:13
**read**
11:3, 11:5,
11:6, 11:10,
39:10, 47:25,
50:3, 50:5,
50:14, 50:17,
50:23, 51:7,
51:12, 51:15,
51:18, 52:7,
54:14, 54:17,
54:21, 54:24,
55:9, 55:11,
55:12, 55:15,
56:11, 56:13,
62:9, 62:15,
75:6, 75:12,
78:8, 84:2,
84:10, 85:1,
91:13, 93:10,
93:12, 99:23
**reading**
40:12, 75:10,
91:16, 100:9
**reads**
40:12, 98:13
**real**
63:22, 64:3,
64:9, 90:20
**really**
18:8, 26:13,
30:10, 66:3,
82:22, 96:18,

96:20, 97:4,
97:22, 97:25,
101:15
**realtime**
1:32
**reason**
8:2, 39:23,
42:20, 48:15,
49:8, 49:15,
49:18
**reasons**
5:19
**recall**
8:24, 37:13,
68:4
**recalling**
18:2
**receive**
53:11, 53:14,
53:18, 56:6,
74:9, 74:12
**received**
54:5, 56:4,
56:14, 57:19,
57:25, 74:7
**recess**
7:17, 43:14,
49:4, 79:11,
102:18
**recognize**
47:24
**recollection**
75:18, 93:19,
94:14, 99:11
**recommendation**
102:14
**record**
7:11, 7:16,
7:18, 43:11,
43:13, 43:15,
48:22, 49:3,
49:5, 79:10,
79:12, 102:15,
102:17, 102:19,
102:21, 104:7,
104:10
**recorded**
62:5

reduce
68:14
redwood
1:25, 2:7, 4:4,
4:21
refer
35:20, 36:12,
45:10
reference
3:6, 49:20,
49:22, 57:5
referenced
50:13
referred
10:14, 51:3,
85:8
referring
10:3, 35:9,
35:23, 45:15,
62:14, 68:7,
84:22, 85:5,
86:3, 92:2,
92:18, 92:23,
92:25, 93:5,
94:4, 94:12,
94:14, 95:6
refers
94:8, 95:23
reflect
48:3
reflected
76:11, 76:18
reflecting
91:21
refresh
75:18, 93:19,
94:14, 99:11
refusing
24:8
regard
70:20, 71:4
regards
71:1
registered
1:31, 59:18
registration
77:4, 78:16,
78:21, 83:15

relative
104:17
release
28:6
released
28:12, 32:7,
32:13, 101:14
releases
28:9
releasing
28:15, 101:23
relevant
41:4, 41:11,
41:16
remained
44:16, 44:21
remember
6:10, 10:9,
11:11, 11:17,
11:21, 12:3,
12:25, 13:4,
13:5, 14:15,
14:19, 14:23,
16:14, 16:18,
16:24, 17:1,
17:4, 17:7,
17:19, 17:25,
32:1, 32:24,
34:19, 37:22,
38:16, 38:17,
42:14, 42:19,
46:11, 47:11,
47:16, 47:25,
51:24, 52:20,
53:19, 55:22,
55:25, 56:9,
57:2, 57:10,
57:12, 57:15,
58:20, 63:9,
65:14, 65:17,
66:3, 66:6,
68:9, 68:16,
69:1, 70:14,
70:22, 70:23,
72:7, 72:8,
72:9, 72:14,
72:15, 74:21,
75:21, 77:9,

81:1, 84:13,
93:8, 94:5,
94:8, 94:16,
96:7, 96:17,
96:24, 100:3
remembered
4:1
remind
74:6
remove
66:22, 67:20
removing
66:25
repeat
33:14, 36:1,
59:6, 68:22
rephrase
98:2
reported
1:30, 72:12
reporter
1:31, 4:5,
4:22, 4:25, 5:7,
8:19, 10:1,
10:15, 10:17,
10:24, 17:5,
22:11, 32:16,
34:1, 35:24,
41:9, 50:20,
72:5, 72:10,
75:2, 76:14,
78:19, 104:2
reporting
18:14
representation
27:16, 48:6,
48:18, 48:20
representative
1:21
representing
4:20, 4:23,
77:2
requested
104:15
research
47:8, 47:10,
51:13, 63:21,
64:14, 64:15,

64:16, 96:20,
97:6, 97:22,
98:2, 98:3
researcher
45:8
researchers
41:18, 42:1,
42:10, 43:22,
44:5, 44:16,
44:21, 45:10,
45:16
resending
77:25
reserve
74:11
resources
80:2, 92:1,
93:15, 95:15,
95:18, 95:20,
95:23, 95:25,
96:3, 96:4
respect
33:22, 34:4,
34:16
respond
65:5, 71:6
responses
32:21
restate
6:16, 64:13,
88:6
return
37:11, 37:15,
38:13
returned
38:4, 39:1,
39:2
returning
39:7
reveal
13:19, 71:19,
71:20, 72:3,
73:10, 73:13,
75:25, 76:6,
76:21, 76:23,
78:13
review
104:14

reviewed
48:17
right
4:25, 5:1, 7:8,
8:9, 8:17, 10:2,
11:20, 15:3,
17:3, 17:8,
17:16, 17:23,
20:24, 22:25,
23:4, 25:9,
27:15, 27:20,
28:6, 28:18,
29:12, 29:13,
30:4, 30:13,
31:19, 32:8,
32:10, 33:8,
35:14, 35:22,
36:14, 39:20,
40:6, 40:25,
41:23, 42:4,
42:8, 42:22,
48:25, 49:24,
52:4, 56:1,
56:2, 56:16,
57:1, 58:17,
58:18, 58:19,
65:4, 68:21,
69:19, 73:17,
74:4, 74:11,
77:8, 79:17,
79:20, 81:19,
83:21, 87:2,
89:13, 89:18,
90:7, 91:6,
91:7, 93:11,
95:7, 101:20,
102:14
rights
30:16
rings
79:18
room
8:17
rowell
1:30, 4:5,
4:22, 104:1,
104:25
run
60:18, 61:2,

62:22, 62:25,
63:2
rushed
7:21

### S

s
23:10, 24:24,
33:21, 34:3,
34:17, 46:12,
47:4, 47:9,
77:3, 86:16
said
5:22, 6:3, 6:6,
6:7, 6:17, 8:5,
14:19, 15:5,
15:8, 15:14,
15:16, 16:24,
17:4, 17:18,
19:2, 19:3,
23:1, 24:3,
25:17, 26:9,
26:10, 26:21,
27:8, 28:18,
30:6, 32:16,
35:1, 35:2,
35:3, 35:4,
35:7, 35:10,
35:17, 36:1,
36:3, 39:5,
39:9, 42:1,
44:13, 45:16,
46:20, 47:1,
49:12, 53:13,
60:10, 61:16,
62:3, 63:23,
64:10, 64:12,
64:16, 67:11,
67:14, 69:2,
70:16, 71:15,
72:12, 72:14,
77:6, 77:25,
79:4, 86:15,
86:19, 86:24,
87:1, 87:20,
87:23, 87:24,
87:25, 90:11,
91:25, 93:9,

94:15, 97:21,
98:1, 98:4,
98:8, 98:10
same
60:23, 72:1,
72:24, 73:18,
73:21, 73:24,
74:5, 87:4,
87:9, 87:21
san
2:24
saw
69:2
say
6:2, 8:14,
14:7, 15:4,
15:10, 16:10,
17:23, 20:8,
21:5, 21:10,
22:4, 23:5,
23:7, 23:18,
28:19, 28:24,
29:9, 29:22,
30:17, 30:18,
35:2, 40:16,
40:21, 41:16,
44:17, 45:3,
46:14, 48:18,
53:13, 54:18,
55:16, 55:19,
56:3, 56:9,
57:10, 62:3,
64:12, 71:14,
73:1, 78:4,
81:7, 81:15,
86:18, 88:9,
94:7, 97:3,
97:14, 97:16,
99:5, 100:15
saying
6:10, 16:24,
22:23, 24:10,
25:13, 30:16,
30:19, 35:19,
35:20, 35:25,
36:13, 47:2,
48:5, 50:12,
50:14, 71:24

says
48:11, 52:21,
52:23, 52:24,
54:10, 57:5,
92:21, 99:16,
100:19
scher
2:5
scramble
69:18, 69:20
scrambling
95:1, 95:10
second
50:3, 84:4,
92:4, 92:9,
92:13, 92:19,
92:21, 93:13,
93:21, 94:25,
95:4, 98:13,
99:15, 99:16,
99:23, 100:5,
100:10, 100:16,
100:18
second-to-last
100:4
secondary
28:13
seconds
6:11
secret
95:17
section
54:11, 55:6,
92:2
see
12:5, 15:17,
30:22, 48:13,
49:21, 50:4,
52:18, 52:22,
53:2, 54:2,
54:8, 54:13,
54:15, 55:1,
55:5, 55:7,
57:4, 67:19,
75:16, 77:20,
77:22, 78:2,
78:6, 78:9,
84:1, 84:7,

85:14, 86:25,
89:5, 89:17,
90:21, 91:8,
92:11, 93:17,
95:2, 95:3,
98:17, 99:18,
100:17, 100:23
**seeing**
16:15
**seemed**
80:14
**seems**
26:12, 88:13
**sell**
90:15
**send**
75:23, 76:3
**sense**
18:6, 27:3,
27:8
**sent**
13:6, 14:24,
48:3, 48:4,
48:5, 48:7,
48:12, 48:16,
48:19, 49:10,
49:17, 52:18,
54:2, 54:7,
54:11, 54:19,
75:22, 76:3,
76:10, 76:17,
77:23
**sentence**
84:7, 84:10,
85:12, 88:24,
90:18, 93:13,
93:21, 95:7,
98:13, 98:19,
98:23, 99:16,
100:5
**sentences**
98:23
**separate**
50:19
**service**
42:18
**services**
5:12, 19:11,

19:21, 20:6,
20:11, 20:23,
20:25, 21:23,
22:8, 22:14,
23:2, 23:11,
23:25, 25:1,
30:24, 31:15,
31:19, 33:21,
33:23, 34:3,
34:5, 34:17,
36:20, 39:13,
39:18, 40:4,
40:17, 40:23,
41:5, 41:11,
42:6, 43:21,
44:12, 45:11,
81:24, 96:16
**set**
4:1, 4:11,
104:5
**settlement**
83:11
**seven**
8:15
**several**
17:25, 18:3,
66:17, 67:15
**sg@arlenbach**
2:26
**shared**
65:16, 65:21,
65:24
**sharing**
66:5, 66:8,
66:10
**shift**
100:8, 100:21,
101:4, 101:11,
101:19
**shifted**
101:22, 101:24
**shores**
4:21
**shorthand**
4:5, 104:1,
104:8
**shortly**
11:7

**should**
7:11, 33:1,
59:23, 74:10,
90:16, 99:6,
99:8
**show**
39:12, 53:23,
91:9
**shown**
52:4
**side**
37:19
**signature-mig2k**
104:23
**signed**
53:11, 53:18,
54:12, 54:20,
55:18, 55:20,
56:8, 103:1
**significant**
18:18, 18:20,
67:1
**signing**
55:22, 56:10
**silicon**
79:16
**similar**
62:1, 62:3,
87:11
**simply**
96:1
**since**
59:1, 59:19,
60:17, 62:20
**single**
10:21, 14:5,
14:17, 90:7
**sit**
7:9, 9:9, 16:5,
46:25
**site**
37:9, 37:11,
37:15, 38:4,
39:21, 63:1,
63:3, 65:2,
65:24, 98:8,
98:11
**sites**
60:18, 62:22

**sitting**
8:11, 9:12,
9:17, 9:23,
9:24, 16:22,
17:2, 17:10,
17:15, 17:23,
34:23, 53:10,
53:17, 55:19,
70:24, 84:21,
93:4, 94:2,
99:22, 99:25
**situation**
85:24
**six**
8:15, 47:17
**size**
44:25, 46:8
**small**
44:5, 44:16,
44:21, 45:1,
45:19
**smaller**
46:8, 46:10
**some**
7:4, 9:16,
17:6, 29:20,
37:4, 37:5,
37:8, 39:1,
39:17, 39:18,
46:1, 60:20,
62:6, 62:22,
64:14, 85:19,
85:22, 86:24,
96:19, 97:21,
98:2
**somebody**
53:8, 101:2
**someone**
56:7
**something**
5:21, 6:6,
8:15, 14:24,
30:8, 35:8,
42:25, 60:21,
62:7, 62:8,
62:24, 67:19,
70:15, 71:24,
82:20, 83:1,

88:4, 92:13,
92:25, 93:22,
93:25, 94:11,
97:15, 100:6,
100:19
**sometime**
68:24
**sometimes**
18:4, 51:8
**soon**
68:10, 69:2
**sophisticated**
43:24
**sorry**
6:3, 7:5, 7:22,
32:16, 33:14,
35:24, 40:19,
54:18, 59:5,
68:22, 68:23,
71:2, 98:18
**sound**
70:15
**space**
20:5, 22:6,
22:12, 36:20,
39:17, 40:9,
40:17, 68:13,
80:8
**spam**
55:16
**speak**
16:6, 16:11,
97:13
**speaking**
16:9
**special**
70:20, 70:25,
71:4
**specific**
38:3, 43:25,
44:3, 45:4,
46:9, 55:3,
69:10
**specifically**
15:4, 29:15,
38:23, 63:23,
64:10, 64:16,
93:7, 93:8,

93:9, 93:24,
94:8, 94:10
**speculate**
23:20, 23:21,
24:4, 24:5,
24:6, 25:4,
34:21, 36:24,
39:11
**speculating**
37:3, 37:7,
85:7
**speculation**
40:15, 40:21
**spencer**
2:22
**spend**
8:22
**spent**
8:24
**spice**
69:23, 70:13,
100:7, 100:20
**spoke**
11:24, 15:1,
15:5, 15:7,
15:8, 79:19
**stable**
65:18
**stages**
42:9
**stand**
7:15, 43:12,
87:21
**standalone**
29:5
**start**
68:10, 101:13
**started**
42:14, 43:22,
44:6, 54:10,
77:13, 96:18
**state**
4:5, 104:2
**stated**
6:7, 82:21
**statement**
65:4, 72:11
**states**
1:1, 4:17

**stating**
21:12, 47:1
**steal**
73:3
**stephen**
2:28, 4:19
**still**
75:10
**stole**
59:1, 59:13,
70:1, 85:20,
85:25, 99:7
**stolen**
91:1
**stopped**
28:7, 101:23,
101:24
**story**
12:10
**street**
2:23
**strike**
57:18, 68:15,
70:4
**subject**
12:20, 25:10,
25:11, 25:14
**subscribe**
53:4
**subscribed**
53:8, 53:14,
104:19
**subscription**
53:7
**subscriptions**
55:17, 56:10
**subsidiary**
101:21
**subsumed**
85:13, 85:17,
85:19
**successful**
66:23, 66:25,
67:2, 67:22,
67:23, 88:11
**successfully**
95:16
**suddenly**
30:21

**sue**
71:12, 71:23,
72:6, 72:12
**suggest**
30:25, 31:1
**suggests**
30:8, 30:9,
30:10, 30:11,
30:25, 31:4
**suite**
2:23
**sullivan**
2:3
**supposed**
27:10, 28:4,
87:12
**sure**
6:7, 6:20,
9:18, 12:3,
14:20, 16:19,
20:16, 22:11,
25:16, 34:1,
34:8, 35:16,
39:10, 41:9,
41:16, 42:19,
43:9, 46:19,
56:19, 70:8,
76:14, 78:19,
84:5, 84:12,
87:15, 100:3
**surveys**
39:12
**swear**
5:2
**sworn**
4:9, 4:24,
104:7
**symptom**
102:1
**system**
21:2, 69:3

**T**

**table**
8:12, 9:9
**take**
19:6, 43:5,
43:7, 49:1,

75:6, 79:5,
83:21, 86:5,
90:19, 90:23,
102:10
**taken**
7:17, 43:14,
49:4, 79:11,
86:13, 102:18,
104:4, 105:3
**takes**
22:21
**taking**
4:21, 23:3,
71:9
**talk**
14:20, 15:18,
48:23, 51:9,
61:12, 74:17,
102:12
**talked**
14:20, 14:21,
14:22, 39:25,
40:1, 94:18
**talking**
8:22, 35:21,
36:13, 40:5,
41:17, 69:20,
89:2, 92:25,
93:25, 94:3,
94:22
**teamed**
95:14
**tell**
4:9, 12:11,
12:19, 12:22,
12:23, 13:1,
15:13, 16:16,
30:12, 30:20,
44:11, 50:1,
55:4, 55:11,
66:12, 72:5
**telling**
72:8, 86:24
**temperature**
43:17
**ten**
79:7
**ten-minute**
49:1

**tens**
45:6
**terms**
73:11, 80:21
**testified**
4:11, 6:8,
10:16, 15:1,
57:11, 64:8
**testify**
6:22, 13:11,
22:17, 22:19,
23:13, 31:11,
32:15, 32:17,
38:1, 63:8
**testifying**
104:7
**testimony**
5:3, 6:16, 8:4,
9:14, 14:4,
21:11, 21:12,
29:19, 29:24,
38:21, 51:3,
56:7, 61:25,
62:5, 64:13,
70:24, 76:5,
87:2, 87:8,
87:16, 88:6,
94:2, 104:10
**text**
100:6
**th**
4:2, 36:21,
40:10, 47:4,
52:19, 77:1,
83:25, 85:6
**thank**
5:7, 36:18,
43:10, 55:13
**then-counsel**
78:25
**thereafter**
104:9
**thereof**
4:3
**thereupon**
4:11, 102:22
**thing**
22:11, 30:12,

34:1, 35:1,
35:3, 35:7,
41:9, 42:25,
76:14, 78:19,
87:21
**things**
18:3, 18:5,
19:8, 21:3,
21:7, 21:16,
26:11, 28:11,
28:13, 29:13,
29:15, 29:25,
30:2, 30:3,
30:11, 31:5,
35:21, 36:5,
36:13, 36:15,
36:17, 40:24,
41:16, 42:24,
45:8, 47:17,
53:9, 61:14,
69:23, 70:13,
82:9, 82:21,
84:20, 84:22,
86:5, 86:24,
88:9, 94:9,
97:4, 100:7,
100:20, 101:7,
101:15, 101:17,
102:3
**think**
5:16, 7:4, 9:1,
9:6, 9:15,
10:25, 11:14,
11:15, 12:8,
14:19, 20:18,
22:21, 25:16,
26:7, 26:14,
30:21, 33:19,
35:17, 40:11,
40:25, 42:20,
42:23, 42:25,
43:2, 43:4,
43:5, 43:7,
57:14, 58:9,
58:11, 58:22,
59:9, 61:22,
65:14, 67:13,
80:11, 81:2,

84:25, 89:25,
92:13, 94:13,
96:17, 101:2,
102:5
**thinking**
7:7, 24:12,
42:14, 84:13,
90:13
**third**
93:13
**thought**
5:17, 6:8,
6:15, 6:18,
6:19, 11:10,
19:3, 19:7,
27:8, 41:2,
69:18, 79:25,
82:20, 82:24,
83:1, 83:2,
83:4, 87:20,
90:11, 96:9
**thousands**
45:6
**thread**
59:5, 75:13,
75:15, 77:10,
78:1, 91:20,
92:3
**through**
1:21, 63:16
**time**
6:18, 7:16,
7:19, 8:11,
38:13, 42:21,
43:13, 43:16,
43:24, 44:22,
45:18, 49:3,
49:6, 50:20,
56:20, 66:4,
67:4, 67:6,
67:18, 68:20,
74:15, 75:6,
76:2, 76:9,
76:16, 79:10,
79:13, 84:5,
84:14, 91:13,
102:17, 102:20,
104:5

times
88:11
today
4:19, 4:22,
8:2, 16:6,
16:22, 17:2,
17:10, 17:15,
34:23, 38:13,
46:25, 53:10,
53:17, 55:19,
70:24, 84:21,
86:15, 87:25,
93:4, 94:3,
99:22, 99:25
today's
5:3, 46:10
together
9:8, 80:2,
93:15, 95:18,
95:19, 95:23,
95:25
told
17:4, 17:20,
59:19, 61:19,
61:20, 69:22,
70:6, 70:12,
72:9, 74:10
took
86:6, 87:6,
87:14, 101:18
tool
29:16, 30:21,
61:7, 66:13
tools
40:7, 40:9,
68:3, 68:5,
85:9, 85:17,
86:4
top
48:11, 91:24,
92:6
topic
38:3, 38:22,
40:15
topics
38:2
trademark
22:24, 24:14,

25:12, 30:16,
59:18, 72:23,
77:3, 78:16,
78:22, 88:25,
89:8, 90:2,
90:4, 97:15
train
28:14
transcribed
104:9
transcript
86:25, 104:10,
104:13, 104:15
trial
6:22
tried
57:15, 66:21,
72:23
true
25:17, 26:14,
35:18, 46:25,
65:4, 67:17,
72:20, 85:3,
104:10
truth
4:10, 5:4, 5:5
truthful
8:3
try
73:5, 73:7
trying
24:18, 26:6,
29:23, 30:17,
73:3, 79:15,
87:18, 88:5,
88:8, 88:12,
88:13, 88:18,
90:15, 90:16,
97:14, 97:18
turned
27:1, 85:13,
85:21, 87:7,
101:9
turning
36:4
turns
35:11
twin
2:6, 4:3, 4:21

two
45:22, 45:24,
81:14, 87:20,
94:6, 98:23,
102:6, 102:9
type
67:3

**U**

uber
7:9
uh-huh
31:23, 35:6,
37:25, 44:19,
52:12, 77:15,
86:21
umbrella
21:5
under
5:2, 21:4,
60:23, 103:1,
104:9
understand
21:21, 22:22,
26:17, 27:5,
29:23, 37:23,
47:7, 62:15,
63:5, 63:14,
63:18, 75:11,
87:15, 97:18
understanding
13:8, 14:8,
14:11, 16:5,
22:2, 23:15,
44:15, 44:20,
63:11, 64:2,
64:18, 85:16,
100:25, 101:20
united
1:1, 4:17
unsubscribe
52:24
until
58:16, 58:19,
63:3, 63:25,
74:9, 88:20
unwanted
66:20

url
61:23
urquhart
2:3
use
8:6, 19:10,
23:10, 24:11,
24:24, 28:21,
32:3, 32:5,
55:24, 56:25,
57:2, 59:22,
60:19, 62:22,
64:25, 97:9,
97:20
useful
43:23, 44:7,
44:8
user
33:20, 34:3,
37:14
users
36:19, 37:11,
37:15, 38:4,
38:14, 39:18,
39:21, 42:3,
42:7, 44:9,
66:15, 67:8
using
5:11, 30:7,
30:8, 33:11,
33:15, 42:16,
44:6, 57:10,
59:2, 65:19,
81:24, 104:8
uspto
74:20, 75:19,
75:24, 76:10,
76:17, 77:7,
77:19

**V**

valley
79:16
verified
32:20
versus
4:16
video
4:20

**videographer**
2:28, 4:14,
4:19, 7:15,
7:18, 43:12,
43:15, 49:2,
49:5, 79:9,
79:12, 92:15,
102:16, 102:19
**videotaped**
1:19, 4:15
**view**
34:23, 34:25,
70:25, 71:3,
96:5, 96:25,
97:24
**viewed**
70:19, 96:15
**violated**
72:24
**violence**
66:16, 67:9
**volume**
1:24
**vs**
1:9, 105:4

**W**

**wait**
11:18, 14:9,
36:10, 71:2,
88:20, 89:2,
99:23
**want**
6:6, 6:16,
23:20, 23:21,
24:4, 24:5,
24:6, 30:17,
34:21, 36:23,
39:4, 43:4,
45:3, 50:14,
55:16, 64:13,
66:12, 69:12,
69:14, 74:13,
79:22, 79:24,
80:5, 80:9,
80:14, 88:6,
91:9, 93:22,
102:9

**wanted**
7:20, 12:6,
68:10, 69:5,
69:17, 69:22,
70:12, 71:12,
71:16, 71:23,
72:6, 72:12,
80:7, 80:10,
80:11, 80:12,
80:19, 82:7,
82:23, 91:6,
93:5, 95:21,
99:9, 99:12,
101:19
**watch**
98:16, 98:21
**water**
9:15
**watermark**
65:14, 65:19,
65:25, 66:5,
66:6
**watermarked**
65:8, 65:15,
65:22
**watermarking**
66:2
**watermarks**
66:7, 66:11
**way**
21:21, 22:4
**ways**
28:20, 61:13,
88:9
**we'll**
74:16, 93:9,
102:14, 102:15
**we're**
30:18, 30:20,
50:8, 50:9,
52:8, 87:22,
87:23
**wear**
9:11, 9:12,
9:20, 9:21, 9:22
**wearing**
8:17
**web**
56:22, 58:3,

58:7, 58:12,
61:10
**website**
39:1, 39:3,
39:7, 39:9,
39:19, 59:20,
63:7, 63:16,
97:9
**websites**
38:14
**wednesday**
1:26, 4:1
**went**
39:25
**weren't**
25:17, 26:14,
27:2, 36:2,
46:13, 47:10,
72:18, 97:7,
97:11
**whatsoever**
46:6
**whenever**
96:11
**whereof**
104:19
**whereupon**
7:17, 43:14,
47:21, 49:4,
52:1, 53:20,
74:22, 79:11,
83:18, 91:11,
102:18
**whether**
18:5, 24:23,
33:12, 33:16,
33:21, 34:3,
34:15, 40:16,
40:22, 46:20,
52:15, 53:10,
53:17, 55:1,
55:20, 65:3,
71:23, 75:19,
99:11
**whisper**
32:5, 32:6,
32:7, 32:10,
32:12, 32:22

**whole**
4:10, 5:4,
20:25, 75:12,
93:10
**wider**
42:15
**willenken**
2:13
**wilshire**
2:15
**wilson**
2:14, 5:25,
12:14, 12:16,
12:24, 13:16,
15:11, 15:21,
15:23, 19:13,
19:22, 20:13,
22:9, 22:15,
24:1, 25:2,
26:19, 28:10,
31:6, 33:4,
33:24, 34:6,
34:18, 36:22,
41:7, 41:13,
48:23, 50:8,
60:5, 64:4,
64:20, 67:12,
69:8, 71:17,
72:1, 73:9,
73:18, 73:25,
74:5, 74:6,
74:15, 76:12,
76:19, 78:17,
78:23, 79:6,
79:8, 81:25,
83:7, 102:5,
102:12
**withdrawn**
13:1
**without**
22:6, 22:12,
37:3, 78:8, 79:1
**witness**
3:2, 4:8, 4:24,
5:6, 6:2, 7:20,
12:15, 12:17,
13:21, 15:13,
15:22, 16:1,

19:15, 19:23,
20:15, 22:16,
24:3, 25:3,
26:21, 28:11,
31:7, 32:18,
33:5, 34:7,
34:19, 35:25,
36:23, 41:14,
43:17, 50:9,
50:22, 60:7,
64:5, 64:21,
67:13, 69:9,
71:17, 71:20,
72:2, 73:9,
73:13, 73:24,
76:22, 78:23,
79:3, 82:1,
83:8, 83:12,
91:13, 92:16,
104:19
**witnesses**
104:6
**word**
19:10, 19:19,
20:4, 20:9,
20:21, 21:22,
22:22, 27:12,
28:23, 29:1,
29:2, 30:2,
30:5, 30:7,
30:14, 30:23,
31:4, 61:13,
92:23, 97:17,
97:20
**worded**
76:20
**words**
55:4, 70:18,
78:9, 78:10,
78:11, 78:12,
88:5, 88:7, 88:8
**work**
48:24, 73:11,
73:14
**worked**
69:3, 80:4
**working**
56:17, 68:14,

89:19
**world**
25:19, 27:22,
82:24, 101:7,
101:9, 101:13,
101:15, 101:17
**worry**
92:15
**would've**
82:12
**wouldn't**
8:3, 21:19,
95:24, 98:13,
98:24
**write**
51:9
**written**
13:2, 13:8,
14:5, 14:13,
14:23, 18:18,
18:23
**wrong**
87:19
**wrote**
10:18, 51:5,
51:11, 65:2,
84:4, 84:23,
85:5, 86:2,
86:8, 89:13,
90:1, 99:1,
100:23, 101:1,
101:2

**Y**

**yann**
91:21, 95:21
**yeah**
5:18, 5:21,
6:6, 6:21, 7:4,
11:2, 11:5,
11:20, 16:19,
17:11, 20:17,
24:21, 25:3,
28:23, 31:17,
34:14, 35:6,
35:17, 36:15,
38:11, 42:5,
45:14, 46:17,

46:22, 46:24,
55:8, 58:5,
59:2, 59:13,
62:25, 68:23,
70:2, 73:13,
81:3, 84:3,
87:5, 87:6,
87:13, 87:17,
87:22, 90:9,
90:13, 91:2,
92:12, 97:1,
98:25, 99:6,
99:13, 99:19,
100:13
**years**
47:17, 60:17,
62:20, 94:6,
97:10
**yep**
96:22
**yes-or-no**
12:13, 26:24,
52:13, 70:10,
73:20, 73:22,
76:8, 76:15
**yourself**
7:12, 70:19,
70:25, 71:3,
76:3

**$**

**$2,500**
83:16

**.**

**.5000**
2:8
**.7996**
2:25
**.9240**
2:17
**.9250**
2:18

**0**

**0005594**
48:9
**0022834**
3:16

**02**
87:3
**03918**
1:5, 105:7
**07**
1:27, 4:3,
83:25
**08**
48:12

**1**

**1**
1:27, 4:3,
7:16, 7:19
**10**
3:9, 52:19
**100**
67:21, 67:22
**1000**
2:23
**13**
3:10, 7:16,
54:3, 56:2
**13494**
1:30, 104:25
**14**
8:22, 83:25
**15**
1:26, 4:2
**16**
3:8, 36:21,
37:16, 39:14,
39:19, 40:10,
40:18, 40:23,
41:6, 41:12,
42:4, 43:13,
46:13, 47:4,
47:10, 48:3,
48:12, 48:16,
49:10, 49:17,
49:24, 104:21
**18**
48:12

**2**

**2**
43:13, 43:16,
49:3, 49:6

**20**
3:12, 3:15
**2015**
5:13, 7:8,
40:2, 40:5,
44:25, 45:13,
85:10
**2016**
42:21
**2017**
61:3
**2019**
3:8, 46:13,
47:5, 47:10,
48:3, 48:12,
48:16, 49:10,
49:17, 49:24
**2021**
3:9, 52:19
**2022**
3:10, 36:21,
37:16, 39:14,
39:19, 40:10,
40:18, 40:23,
41:6, 41:12,
42:4, 42:22,
54:3, 56:2,
56:14, 57:19,
57:25, 58:16,
58:19
**2023**
3:11, 3:12,
3:15, 67:7,
69:5, 69:12,
69:17, 69:22,
70:6, 70:12,
70:19, 71:1,
71:3, 71:12,
71:24, 72:13,
72:16, 72:22,
73:17, 74:4,
77:1, 77:17,
79:15, 79:23,
79:24, 80:16,
80:19, 80:25,
83:25, 85:6,
91:22, 99:12
**2024**
8:20, 10:10

**2025**
1:26, 4:2,
104:21
**213.955**
2:17, 2:18
**2139**
2:7
**22834**
100:12
**23**
1:5, 3:12,
3:15, 77:16,
105:7
**24**
3:11, 7:19,
83:25, 85:6
**26002**
3:13
**26004**
3:13, 75:15

---

**3**

**3**
79:10, 79:13
**30**
77:1, 102:17
**300**
3:8, 47:20,
47:21, 49:9,
49:16
**301**
3:9, 52:1,
52:5, 52:9,
52:11, 52:16,
52:18
**302**
3:10, 53:20,
53:24, 53:25,
54:2, 55:5, 57:4
**303**
3:11, 75:1,
83:18, 83:22
**304**
3:12, 74:22,
75:2, 75:3,
76:11, 76:18,
77:11, 77:14
**305**
3:15, 91:10,

91:11, 91:20,
91:24, 93:10,
98:12, 99:15
**31**
43:16
**315**
2:23
**33**
79:10
**35**
102:20, 102:21,
102:23
**3540**
2:16
**3850**
2:15
**39**
49:3

---

**4**

**4**
87:3, 102:17,
102:20, 102:21,
102:23
**415.994**
2:25
**47**
3:8, 49:6
**48**
79:13
**4:-cv--ygr**
1:5, 105:7

---

**5**

**50**
6:11
**52**
3:9
**53**
3:10
**555**
2:6, 4:3, 4:21
**5th**
2:6, 4:3

---

**6**

**650.801**
2:8

**6:**
48:12

---

**7**

**707**
2:15
**74**
3:12

---

**8**

**83**
3:11

---

**9**

**90017**
2:16
**91**
3:15
**94065**
2:7
**94104**
2:24