# Scher Declaration

# **Exhibit D**



**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of Guy Ravine, Corporate Designee & Individually

**Date:** December 10, 2024
**Case:** OpenAI, Inc. -v- Open Artificial Intelligence, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3

 4   OPENAI, INC., a Deleware        ) Case No.
     corporation,                    ) 4:23-cv-03918-YGR
 5                                   )
                   Plaintiff,        )
 6                                   )
             vs.                     )
 7                                   )
     OPEN ARTIFICIAL INTELLIGENCE,   )
 8   INC., a Deleware corporation;   )
     and GUY RAVINE, an individual,  )
 9                                   )
                   Defendants.       )
10                                   )

11

12          CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14              Videotaped Deposition of

15         OPEN ARTIFICIAL INTELLIGENCE, INC.

16     By and through its Designated Representative

17                    GUY RAVINE

18            And in his Individual Capacity

19              Redwood City, California

20             Tuesday, December 10, 2024

21                     9:08 a.m.

22                     --oOo--

23

24   Reported by:  Michael C. Rowell, California CSR #13494
                   NCRA Registered Diplomate Reporter
25                 NCRA Certified Realtime Captioner
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                                    2

```
1                        APPEARANCES:

2    For the Plaintiff:

3    QUINN EMANUEL URQUHART & SULLIVAN
     BY:   MARGRET M. CARUSO, ESQ.
4          ELIZABETH BISHOP, ESQ.
           DYLAN SCHER, ESQ.
5    555 Twin Dolphin Drive, 5th Floor
     Redwood City, CA   94065-2139
6    650.801.5000
     MargretCaruso@QuinnEmanuel.com
7    ElizabethBishop@QuinnEmanuel.com
     DylanScher@QuinnEmanuel.com
8

9    For OpenAi, Inc., Samuel Altman and Gregory Brockman:

10   GIBSON, DUNN & CRUTCHER LLP
     BY:   ROSEMARIE T. RING, ESQ. (via Zoom)
11   One Embarcadero Center #2600
     San Francisco, CA   94111-3715
12   415.393.8200
     RRing@GibsonDunn.com
13

14   For the Defendants:

15   WILLENKEN LLP
     BY:   JASON H. WILSON, ESQ.
16   707 Wilshire Boulevard #3850
     Los Angeles, CA   90017-3540
17   213.955.9240
     213.955.9250 Fax
18   JWilson@Willenken.com

19
     HALEY GIULIANO
20   BY:   JOSHUA MASUR, ESQ. (via Zoom)
     111 N Market Street #900
21   San Jose, CA 95113
     (669) 213-1050
22   joshua.masur@hglaw.com

23
     Also Present:   Stephen Davies, videographer
24

25                        --oOo--
```

```
                    INDEX OF EXAMINATION

                WITNESS:   GUY RAVINE

   EXAMINATION BY                                    PAGE

   Ms. Caruso                                        6



                   EXHIBITS FOR REFERENCE

   EXHIBIT NO.    DESCRIPTION                        PAGE

   EXHIBIT 162    Notice of Deposition               8

   EXHIBIT 163    Notice of Rule 30(b)(6)            9
                  Deposition

   EXHIBIT 164    Withdrawal of Attorney             86

   EXHIBIT 165    Protecting Your Trademark -        90
                  Enhancing Your Federal Rights
                  Through Federal Registration

   EXHIBIT 166    Trademark/Service Mark             125
                  Application, Principal Register
                  TEAS Pus Application
                  Serial Number:  86847151
                  Filing Date:  12/11/2015

   EXHIBIT 167    Email dated 12/11/2015             149

   EXHIBIT 168    Email dated 3/4/2022               238

   EXHIBIT 169    LinkedIn Profile                   258
                  OPENAI-RAV-00017804
                  to 00017805

   EXHIBIT 170    LinkedIn Profile                   264
                  OPENAI-RAV-00013805
                  to 00013810

   EXHIBIT 171    LinkedIn Profile                   271
                  OPENAI-RAV-00013811
                  to 00013814


                         --oOo--
```

| | | |
|---|---|---|
| 1 | BE IT REMEMBERED, that set on Tuesday, the | |
| 2 | 10th day of December, 2024, commencing at the hour of | |
| 3 | 9:08 a.m. (PST) thereof, at 555 Twin Dolphin Drive, 5th | |
| 4 | Floor, Redwood City, California, before me, Michael C. | |
| 5 | Rowell, a Certified Shorthand Reporter of the State of | |
| 6 | California, there personally appeared | |
| 7 | GUY RAVINE, | |
| 8 | having been called as a witness by the | |
| 9 | Plaintiff, who, having been sworn by me to tell the | |
| 10 | truth, the whole truth, and nothing but the truth, was | |
| 11 | thereupon examined and testified as hereinafter set | |
| 12 | forth: | |
| 13 | --oOo-- | 09:08:12 |
| 14 | THE VIDEOGRAPHER: Here begins Media Number 1 | 09:08:12 |
| 15 | in the videotaped deposition of Guy Ravine in the matter | 09:08:14 |
| 16 | of OpenAI, Inc. versus Open Artificial Intelligence | 09:08:17 |
| 17 | Inc., et al., in the United States District Court, | 09:08:24 |
| 18 | Northern District of California, Case Number | 09:08:27 |
| 19 | 4:23-cv-03918-YGR. | 09:08:35 |
| 20 | Today's date is December 10th, 2024. The time | 09:08:38 |
| 21 | on the video monitor is 9:08. The videographer today is | 09:08:41 |
| 22 | Steven Davies, representing Planet Depos. This | 09:08:45 |
| 23 | videotaped -- video deposition is taking place at 555 | 09:08:50 |
| 24 | Twin Dolphin Drive, Redwood Shores, California. | 09:08:54 |
| 25 | Would counsel please voice identify themselves | 09:08:59 |

| | | |
|---|---|---|
| 1 | and state who they represent? | 09:09:02 |
| 2 |       MS. CARUSO:  Margret Caruso, Quinn Emanuel | 09:09:04 |
| 3 | Urquhart & Sullivan, LLP, for the Plaintiff, OpenAI, | 09:09:07 |
| 4 | Inc. | 09:09:11 |
| 5 |       MS. BISHOP:  Elizabeth Bishop for the | 09:09:11 |
| 6 | Plaintiff OpenAI, Inc. | 09:09:13 |
| 7 |       MR. WILSON:  I'm Jason Wilson of Willenken LLP | 09:09:16 |
| 8 | for the Defendant -- Defendants and | 09:09:19 |
| 9 | Cross-Counterclaimants. | 09:09:22 |
| 10 |       MR. GUSICK:  Spencer Gusick, Arlenbach Legal, | 09:09:25 |
| 11 | outside general counsel for Defendant and | 09:09:28 |
| 12 | Counterclaimant. | 09:09:28 |
| 13 |       THE REPORTER:  I'm sorry, can you repeat that, | 09:09:28 |
| 14 | sir? | 09:09:28 |
| 15 |       MR. GUSICK:  Sure.  Spencer Gusick from | 09:09:33 |
| 16 | Arlenbach, A-R-L-E-N-B-A-C-H, Legal, outside general | 09:09:36 |
| 17 | counsel for Defendant and Cross-Claimant. | 09:09:43 |
| 18 |       (Off the record discussion between counsel and | 09:09:51 |
| 19 |       the videographer.) | 09:09:53 |
| 20 |       THE VIDEOGRAPHER:  The court reporter today is | 09:10:10 |
| 21 | Mike Rowell, representing Planet Depos. | 09:10:12 |
| 22 |       The witness will now be sworn. | 09:10:14 |
| 23 |       THE REPORTER:  All right, sir, could you | 09:10:17 |
| 24 | please raise your right hand. | 09:10:17 |
| 25 |       Do you swear or affirm, under penalty of | 09:10:17 |

| | | |
|---|---|---|
| 1 | perjury, that the testimony you give in today's | 09:10:17 |
| 2 | proceedings will be the truth, the whole truth, and | 09:10:17 |
| 3 | nothing but the truth? | 09:10:30 |
| 4 |     THE WITNESS:  Yes, I do. | 09:10:31 |
| 5 |     THE REPORTER:  Thank you. | 09:10:33 |
| 6 |                EXAMINATION | 09:10:34 |
| 7 | BY MS. CARUSO: | 09:10:34 |
| 8 |     Q.  Good morning, Mr. Ravine.  I'm Margret Caruso, | 09:10:35 |
| 9 | counsel for the Plaintiff in this action. | 09:10:38 |
| 10 |     Have you ever been deposed before? | 09:10:41 |
| 11 |     A.  No. | 09:10:43 |
| 12 |     Q.  Okay.  It's important for the court reporter | 09:10:43 |
| 13 | to take down your answers, so you need to speak audibly | 09:10:45 |
| 14 | after I've asked a question. | 09:10:50 |
| 15 |     Do you -- | 09:10:52 |
| 16 |     A.  I understand.  I have never been deposed | 09:10:53 |
| 17 | before. | 09:10:55 |
| 18 |     Q.  Great.  And it's also important, for him to | 09:10:55 |
| 19 | take down the questions, that you wait until I finish | 09:11:01 |
| 20 | the question before you begin answering. | 09:11:04 |
| 21 |     Do you agree to do that? | 09:11:05 |
| 22 |     A.  Yes. | 09:11:08 |
| 23 |     Q.  Thank you. | 09:11:09 |
| 24 |     Are you under the influence of any substance | 09:11:12 |
| 25 | that might prevent you from testifying today truthfully | 09:11:15 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                                        55

| | | |
|---|---|---|
| 1 | (Whereupon, a recess was taken.) | 10:27:38 |
| 2 | THE VIDEOGRAPHER:  We are back on the record. | 10:42:20 |
| 3 | The time is 10:42. | 10:42:21 |
| 4 | THE WITNESS:  So, I refreshed my recollection | 10:42:30 |
| 5 | during the break of the friends I spoke to. | 10:42:33 |
| 6 | BY MS. CARUSO: | 10:42:35 |
| 7 | Q.  Okay.  And who are they? | 10:42:36 |
| 8 | A.  Tomer Posner, Kirk McMurray.  Let's see, who | 10:42:38 |
| 9 | else?  So -- so, it's -- so, my brother, his name is | 10:43:00 |
| 10 | Sagi, and my mom, Iris.  There's Iris, and also I spoke | 10:43:17 |
| 11 | to my uncle, Amir.  I spoke to -- so, who else?  Let's | 10:43:25 |
| 12 | see. | 10:43:44 |
| 13 | So, Sasha Blumenfeld, Zoey Blumenfeld.  Let's | 10:43:52 |
| 14 | see. | 10:44:15 |
| 15 | Yeah, so, Debra Reynolds.  Who else did I | 10:44:23 |
| 16 | speak to?  Yeah, and so that's kind of like -- and there | 10:44:37 |
| 17 | are more.  If more come to me, I'll let you know. | 10:44:45 |
| 18 | Q.  When did you speak to Debra Reynolds about the | 10:44:50 |
| 19 | lawsuit? | 10:44:53 |
| 20 | A.  I think she contacted me when the lawsuit -- | 10:44:53 |
| 21 | oh, no, I think I told her about it sometime after the | 10:44:56 |
| 22 | lawsuit was filed. | 10:44:59 |
| 23 | Q.  Approximately how long after the lawsuit was | 10:45:00 |
| 24 | filed did you speak with her about it? | 10:45:04 |
| 25 | A.  I spoke to her -- yeah, I don't recall exactly | 10:45:11 |

| | | |
|---|---|---|
| 1 | when.  Like, definitely after the lawsuit was filed.  I | 10:45:18 |
| 2 | don't know exactly if it was -- it could be towards the | 10:45:24 |
| 3 | end of the year, of 2023. | 10:45:27 |
| 4 | Q.  Did you speak with her on other occasions | 10:45:30 |
| 5 | about the lawsuit? | 10:45:35 |
| 6 | A.  I spoke to her -- so, I think -- yes, this | 10:45:38 |
| 7 | year, like on a couple of different occasions.  I don't | 10:45:54 |
| 8 | remember exactly when. | 10:45:57 |
| 9 | Q.  Were any of those occasions in the first half | 10:45:59 |
| 10 | of the year? | 10:46:03 |
| 11 | A.  I think so, yes. | 10:46:05 |
| 12 | Q.  Were any of them before the preliminary | 10:46:06 |
| 13 | injunction order issued? | 10:46:12 |
| 14 | A.  I can't recall exactly when. | 10:46:15 |
| 15 | Q.  But some before June of 2024? | 10:46:18 |
| 16 | A.  Say again?  What? | 10:46:22 |
| 17 | Q.  Some communications you had with her between | 10:46:24 |
| 18 | January and June of 2024? | 10:46:27 |
| 19 | A.  I think so. | 10:46:29 |
| 20 | Q.  Okay. All right.  Is there anyone else you | 10:46:30 |
| 21 | have spoken to about the lawsuit, other than your legal | 10:46:36 |
| 22 | counsel, the litigation funders, and the individuals you | 10:46:40 |
| 23 | just named? | 10:46:45 |
| 24 | A.  Yes.  If more -- well, let me think.  Maybe | 10:46:47 |
| 25 | the -- and, I mean, as I said, my employees, and we went | 10:46:51 |

1   through it.                                                10:47:00
2           There was -- there must have been more people,     10:47:16
3   but I'll tell you as they occur to me, yes.                10:47:22
4       Q.  Okay.  Of your employees that you identified       10:47:28
5   earlier, according to your definition of "employees,"      10:47:32
6   which of those are based in the United States?             10:47:36
7           MR. WILSON:  Objection, vague as to time.          10:47:44
8           THE WITNESS:  When?                                10:47:47
9   BY MS. CARUSO:                                             10:47:49
10      Q.  Have any of them ever been based in the United     10:47:52
11  States?                                                    10:47:55
12      A.  If you're -- are you referring to the current      10:47:59
13  ones or the previous ones?                                 10:48:02
14      Q.  Are there --                                       10:48:07
15      A.  Yes, they're based in the United States.  Some     10:48:08
16  of them are based in the United States.                    10:48:12
17      Q.  Who?                                               10:48:13
18      A.  Of the current ones, currently?                    10:48:16
19      Q.  Of any employees --                                10:48:19
20      A.  At any time?                                       10:48:21
21      Q.  -- who've done work for Open Artificial            10:48:22
22  Intelligence --                                            10:48:26
23      A.  Who are no longer also with the company?           10:48:28
24      Q.  Correct.                                           10:48:30
25      A.  So, Guy Ravine, Rachel Kim, Spencer Gusick,        10:48:35

1    I, MICHAEL C. ROWELL, a Certified Shorthand
2    Reporter of the State of California, duly authorized to
3    administer oaths, do hereby certify:
4          That the foregoing proceedings were taken
5    before me at the time and place herein set forth; that
6    any witnesses in the foregoing proceedings, prior to
7    testifying, were duly sworn; that a record of the
8    proceedings was made by me using machine shorthand which
9    was thereafter transcribed under my direction; that the
10   foregoing transcript is a true record of the testimony
11   given.
12         Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal Case,
14   before completion of the proceedings, review of the
15   transcript was requested.
16         I further certify I am neither financially
17   interested in the action nor a relative or employee of
18   any attorney or party to this action.
19         WITNESS WHEREOF, I have this date subscribed
20   my name.
21         Dated:  December 11, 2024
22
23
24   _____
25   MICHAEL ROWELL, RDR, CRR, CSR NO. 13494