# EXHIBIT 1



# Transcript of Guy Ravine, Corporate Designee & Individually, Volume III

**Date:** January 15, 2025
**Case:** OpenAI, Inc. -v- Open Artificial Intelligence, Inc., et al.

**Planet Depos**

**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com

**www.planetdepos.com**

**Michigan #8598 | Nevada #089F | New Mexico #566**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4   OPENAI, INC., a Delaware          ) Case No.
    corporation,                      ) 4:23-cv-03918-YGR
5                                     )
                     Plaintiff,       )
6                                     )
                vs.                   )
7                                     )
    OPEN ARTIFICIAL INTELLIGENCE,     )
8   INC., a Delaware corporation;     )
    and GUY RAVINE, an individual,    )
9                                     )
                Defendants.           )
10                                    )

11

12

13              Videotaped Deposition of

14         OPEN ARTIFICIAL INTELLIGENCE, INC.

15     By and through its Designated Representative

16                  GUY RAVINE

17          And in his Individual Capacity

18                  Volume III

19            Redwood City, California

20           Wednesday, January 15, 2025

21                  1:07 p.m.

22                  --oOo--

23

24  Reported by:  Michael C. Rowell, California CSR #13494
                  NCRA Registered Diplomate Reporter
25                NCRA Certified Realtime Captioner

```
 1                        APPEARANCES:

 2    For the Plaintiff:

 3    QUINN EMANUEL URQUHART & SULLIVAN
      BY:   MARGRET M. CARUSO, ESQ.
 4          DYLAN SCHER, ESQ.
      555 Twin Dolphin Drive, 5th Floor
 5    Redwood City, CA  94065-2139
      650.801.5000
 6    MargretCaruso@QuinnEmanuel.com
      DylanScher@QuinnEmanuel.com
 7

 8    For the Defendants:

 9    WILLENKEN LLP
      BY:   JASON H. WILSON, ESQ.
10    707 Wilshire Boulevard #3850
      Los Angeles, CA  90017-3540
11    213.955.9240
      213.955.9250 Fax
12    JWilson@Willenken.com

13

      ARLENBACH LEGAL
14    BY:  SPENCER GUSICK, ESQ.
      315 Montgomery Street, Suite 1000
15    San Francisco, CA  94104
      415.994.7996
16    sg@arlenbach.com

17

      Also Present:  Stephen Davies, videographer
18
                          --oOo--
19

20

21

22

23

24

25
```

```
 1                  INDEX OF EXAMINATION

 2               WITNESS:  GUY RAVINE

 3    EXAMINATION BY                          PAGE

 4    Ms. Caruso                                5

 5


 6               EXHIBITS FOR REFERENCE

 7    EXHIBIT NO.  DESCRIPTION                  PAGE

 8    EXHIBIT 300  Email dated 5/16/2019         47

 9    EXHIBIT 301  Email dated 8/10/2021         52

10    EXHIBIT 302  Email dated 7/13/2022         53

11    EXHIBIT 303  Email dated 3/24/2023         83

12    EXHIBIT 304  Email dated 2/23/2023         74
                   RAVINE26002 - 26004
13
      EXHIBIT 305  Email dated 2/23/2023         91
14                 RAVINE0022834

15                      --oOo--

16

17

18

19

20

21

22

23

24

25
```

1          BE IT REMEMBERED, that set on Wednesday, the

2    15th day of January, 2025, commencing at the hour of

3    1:07 p.m. (PST) thereof, at 555 Twin Dolphin Drive, 5th

4    Floor, Redwood City, California, before me, Michael C.

5    Rowell, a Certified Shorthand Reporter of the State of

6    California, there personally appeared

7                      GUY RAVINE,

8          having been called as a witness by the

9    Plaintiff, who, having been sworn by me to tell the

10   truth, the whole truth, and nothing but the truth, was

11   thereupon examined and testified as hereinafter set

12   forth:

13                      --oOo--

14          THE VIDEOGRAPHER:  Here marks the continuation      13:07:54

15   of the videotaped deposition of Guy Ravine in the matter   13:07:56

16   of OpenAI, Inc. versus Open Artificial Intelligence        13:07:59

17   Incorporated, et al., in the United States District        13:08:04

18   Court, the Northern District of California.                13:08:06

19          The videographer today is Stephen Davies,           13:08:09

20   representing Planet Depos.  This video deposition is       13:08:12

21   taking place at 555 Twin Dolphin Drive, Redwood Shores,    13:08:14

22   California.  The court reporter today is Mike Rowell,      13:08:21

23   representing Planet Depos.                                 13:08:25

24          The witness will now be sworn.                      13:08:25

25          THE REPORTER:  All right, Mr. Ravine.  If you       13:08:29

| | | |
|---|---|---|
| 1 | would please raise your right hand. | 13:08:29 |
| 2 | Do you swear or affirm, under penalty of | 13:08:30 |
| 3 | perjury, that the testimony you give in today's | 13:08:30 |
| 4 | proceedings will be the truth, the whole truth, and | 13:08:30 |
| 5 | nothing but the truth? | 13:08:41 |
| 6 | THE WITNESS:  Yes. | 13:08:41 |
| 7 | THE REPORTER:  Thank you. | 13:08:42 |
| 8 | EXAMINATION | 13:08:42 |
| 9 | BY MS. CARUSO: | 13:08:42 |
| 10 | Q.  Good afternoon, Mr. Ravine.  When did you | 13:08:49 |
| 11 | begin using the name Open AI to describe your expected | 13:08:51 |
| 12 | goods and services? | 13:08:55 |
| 13 | A.  Around -- well, around early 2015. | 13:09:00 |
| 14 | Q.  Why did you choose the name Open AI? | 13:09:12 |
| 15 | A.  Why did I choose the name Open AI?  Because | 13:09:15 |
| 16 | Open -- well, let me -- let me think.  I liked the name. | 13:09:29 |
| 17 | I thought the name was appropriate for the initiative | 13:09:46 |
| 18 | that I was creating.  Yeah. | 13:09:52 |
| 19 | Q.  Are there any other reasons? | 13:09:57 |
| 20 | A.  It was -- it was a good name.  I mean, it's | 13:10:18 |
| 21 | something that -- yeah, I like the name. | 13:10:21 |
| 22 | Q.  You said it was appropriate for the initiative | 13:10:29 |
| 23 | you were creating.  Why did you believe Open AI was | 13:10:32 |
| 24 | appropriate for the initiative you were creating? | 13:10:35 |
| 25 | MR. WILSON:  Objection, form. | 13:10:40 |

1        You may answer.                                   13:10:43

2        THE WITNESS:  Where did I say that it was --      13:10:45

3   sorry.  You said -- sorry.                             13:10:49

4   BY MS. CARUSO:                                         13:10:58

5        Q.  Do you have a question?                       13:10:58

6        A.  Yeah.  You said that I said something.  I want  13:10:59

7   to -- I'm not sure if you exactly stated what I said.  13:11:01

8        Q.  You testified, "I thought the name was        13:11:05

9   appropriate for the initiative that I was creating."   13:11:08

10       Do you remember saying that, approximately        13:11:12

11  50 seconds ago?                                        13:11:15

12       A.  Yes.                                          13:11:16

13       Q.  Okay.  What do you mean, it was appropriate   13:11:16

14  for the initiative you were creating?                  13:11:19

15       A.  I -- I just thought it was a good name.  I    13:11:26

16  just -- you know, I want to restate my testimony.  I   13:11:28

17  said, look, it's a good name.  I like the name.  I     13:11:33

18  thought the idea that we had at the time was to create a  13:11:36

19  collaboration and -- and the name was -- and I thought  13:11:42

20  the name was -- I like it, so, what -- I'm not sure,    13:11:48

21  yeah.                                                  13:11:51

22       Q.  So, if you testify at trial as to why you     13:11:52

23  believe Open AI was an appropriate name for the        13:11:59

24  initiative you were creating, that's the answer you    13:12:02

25  would give?                                            13:12:04

| 1 | A.   What would be the answer I give? | 13:12:07 |
| 2 | Q.   The answer you just gave me. | 13:12:09 |
| 3 | A.   Well, I mean, I don't know.  Let me -- let me | 13:12:17 |
| 4 | think about it some more.  It was -- yeah, there were -- | 13:12:20 |
| 5 | So, the collaboration -- sorry.  I'm not -- | 13:12:28 |
| 6 | I'm not in the mindset of a deposition, and answering | 13:12:38 |
| 7 | your question or going back to what I was thinking back | 13:12:47 |
| 8 | in 2015 right now.  So, I need to, like -- I just came | 13:12:49 |
| 9 | from a Uber and sit down here.  So, I'm not -- okay. | 13:12:53 |
| 10 | Give me a minute.  Okay? | 13:12:59 |
| 11 | Q.   Should we go off the record so that you can | 13:13:02 |
| 12 | get yourself in the mindset for a deposition? | 13:13:04 |
| 13 | A.   Yes. | 13:13:06 |
| 14 | MS. CARUSO:  Okay.  Let's do that. | 13:13:07 |
| 15 | THE VIDEOGRAPHER:  Okay.  Stand by, everybody. | 13:13:08 |
| 16 | We are going off the record.  The time is 1:13 p.m. | 13:13:10 |
| 17 | (Whereupon, a recess was taken.) | 13:13:17 |
| 18 | THE VIDEOGRAPHER:  We are back on the record. | 13:24:54 |
| 19 | The time is 1:24 p.m. | 13:24:56 |
| 20 | THE WITNESS:  I just wanted to apologize | 13:25:01 |
| 21 | because I was -- I was rushed when I got here, so, | 13:25:03 |
| 22 | sorry. | 13:25:07 |
| 23 | BY MS. CARUSO: | 13:25:07 |
| 24 | Q.   Are you prepared now to continue your | 13:25:07 |
| 25 | deposition? | 13:25:09 |

Transcript of Guy Ravine, Corporate Designee & Individually, Volume III
Conducted on January 15, 2025                                    8

| | | |
|---|---|---|
| 1 | A. Yes. | 13:25:09 |
| 2 | Q. Okay. Is there any reason today that you | 13:25:09 |
| 3 | wouldn't be able to give truthful and accurate | 13:25:12 |
| 4 | testimony? | 13:25:14 |
| 5 | A. ████████████████████████████ | 13:25:15 |
| 6 | ████████████████████████████████ | 13:25:18 |
| 7 | ████████████████████ | 13:25:22 |
| 8 | Q. ████████████████████████████ | 13:25:25 |
| 9 | ████████████████████ | 13:25:27 |
| 10 | A. ████████████████████████████ | 13:25:29 |
| 11 | Q. ████████████████████████████ | 13:25:32 |
| 12 | ████████████████████████ | 13:25:35 |
| 13 | A. ████████████████████████████ | 13:25:38 |
| 14 | Q. ████████████████████████████ | 13:25:39 |
| 15 | A. ████████████████████████████ | 13:25:42 |
| 16 | Q. ████████████████████████████ | 13:25:45 |
| 17 | ████████████████████████ | 13:25:47 |
| 18 | A. ████████████████████████████ | 13:25:50 |
| 19 | Q. Okay. Did you meet with a reporter from | 13:25:51 |
| 20 | Bloomberg in 2024? | 13:25:56 |
| 21 | A. Yes. | 13:26:01 |
| 22 | Q. Did you spend more than 14 hours talking to | 13:26:02 |
| 23 | him? | 13:26:05 |
| 24 | A. I don't -- I don't recall how long I spent. | 13:26:10 |
| 25 | Q. Did you meet with him more than one day? | 13:26:13 |

Transcript of Guy Ravine, Corporate Designee & Individually, Volume III
Conducted on January 15, 2025                        9

| | | |
|---|---|---|
| 1 | A.  Yes, I think so. | 13:26:27 |
| 2 | Q.  You met with him at your house? | 13:26:28 |
| 3 | A.  Yes. | 13:26:34 |
| 4 | Q.  On more than one occasion, and then you had | 13:26:34 |
| 5 | multiple follow-up communications with him? | 13:26:39 |
| 6 | A.  I think I did follow up with him -- like, he | 13:26:54 |
| 7 | followed up with me, yes. | 13:26:58 |
| 8 | Q.  ██████████████████████████ | 13:27:00 |
| 9 | ████████████████████████████ | 13:27:04 |
| 10 | A.  ████████████████████████ | 13:27:07 |
| 11 | Q.  ████████████████████████ | 13:27:08 |
| 12 | A.  ████████████████████████ | 13:27:11 |
| 13 | Q.  ████████████████████████ | 13:27:15 |
| 14 | ██████████████████████████ | 13:27:18 |
| 15 | A.  ████████████████████████ | 13:27:22 |
| 16 | ██████████████████████████ | 13:27:25 |
| 17 | ██████████████████████████ | 13:27:29 |
| 18 | Q.  Okay.  And just -- I'm not sure I heard an | 13:27:34 |
| 19 | answer to my question. | 13:27:40 |
| 20 | ██████████████████████████ | 13:27:41 |
| 21 | A.  ████████████████████████ | 13:27:43 |
| 22 | Q.  ████████████████████████ | 13:27:46 |
| 23 | A.  ████████████████████████ | 13:27:48 |
| 24 | ██████████████████████████ | 13:27:50 |
| 25 | Q.  An article was published based on the | 13:27:51 |

| | | |
|---|---|---|
| 1 | communications you had with this reporter; is that | 13:27:55 |
| 2 | right? | 13:27:57 |
| 3 | A. Which article are you referring to? | 13:28:01 |
| 4 | Q. Are you aware of multiple articles that have | 13:28:03 |
| 5 | been published by Bloomberg concerning you? | 13:28:08 |
| 6 | A. There were articles -- yes, there were | 13:28:13 |
| 7 | multiple articles. | 13:28:19 |
| 8 | Q. When were those articles published? | 13:28:20 |
| 9 | A. I don't know. I don't remember. | 13:28:23 |
| 10 | Q. In 2024, there were multiple articles about | 13:28:24 |
| 11 | you published in Bloomberg? | 13:28:27 |
| 12 | A. About this lawsuit. | 13:28:29 |
| 13 | Q. Are you aware -- how many articles are you | 13:28:31 |
| 14 | aware of that referred to the communications you had | 13:28:37 |
| 15 | with the Bloomberg reporter at your house and in the | 13:28:42 |
| 16 | follow-up communications that you just testified to? | 13:28:46 |
| 17 | A. So, for the reporter that came to my house, | 13:28:53 |
| 18 | I'm aware of one article that he wrote. | 13:28:59 |
| 19 | Q. Okay. | 13:29:02 |
| 20 | A. But I'm aware that there were more than -- | 13:29:02 |
| 21 | than a single article in Bloomberg about this | 13:29:04 |
| 22 | litigation. | 13:29:07 |
| 23 | Q. Did you -- and the name -- what was the name | 13:29:08 |
| 24 | of that reporter? | 13:29:12 |
| 25 | A. I think his name is Evan. | 13:29:16 |

1          Q.  As in Evan Ratliff?                          13:29:20

2          A.  Yeah.                                        13:29:25

3          Q.  Did you read the article that Mr. Ratliff    13:29:25

4     authored?                                             13:29:33

5          A.  Yeah, I read the article.                    13:29:38

6          Q.  Did you read it after it was published,      13:29:40

7     shortly after it was published?                       13:29:42

8          A.  Yes, I did.                                   13:29:46

9          Q.  And was there anything in that article that  13:29:48

10    you thought was inaccurate when you read it?          13:29:52

11         A.  I don't remember.                            13:29:59

12         Q.  Did you ask Mr. Ratliff to change anything   13:30:01

13    that was in the article?                              13:30:08

14         A.  I think we -- I did call him and asked him to 13:30:11

15    make corrections.  I don't think he actually did.     13:30:16

16         Q.  What corrections did you ask him to --       13:30:20

17         A.  I don't remember.  I don't remember.         13:30:23

18         Q.  Mr. Ravine, you need to wait for me to finish 13:30:24

19    my question.                                          13:30:29

20         A.  Okay, yeah.  All right.                      13:30:29

21         Q.  Okay.  You don't remember what corrections you 13:30:30

22    asked him to make?                                    13:30:34

23         A.  No.                                          13:30:39

24         Q.  You spoke to him on the phone to ask him to  13:30:39

25    make those corrections?  Yes.                         13:30:42

```
 1        Q.  Did you have any -- and did he make those      13:30:49

 2   corrections?                                            13:30:58

 3        A.  I'm not sure.  As far as I remember, no.       13:30:59

 4        Q.  Did you follow up with him or anyone else at   13:31:02

 5   Bloomberg to see if they would make the corrections you 13:31:09

 6   wanted?                                                 13:31:12

 7        A.  I -- well, I mean, I asked him to make         13:31:24

 8   corrections.  I don't think I followed up with him.     13:31:27

 9   I -- I assumed that either he would make corrections or 13:31:29

10   not.  He's a journalist.  It's his story.              13:31:32

11        Q.  Did you tell anyone else that you asked him to 13:31:35

12   make corrections to the article?                        13:31:38

13            It's a yes-or-no question.                     13:31:47

14            MR. WILSON:  Okay.                             13:31:49

15            THE WITNESS:  Well --                          13:31:51

16            MR. WILSON:  You can answer yes or no.         13:31:53

17            THE WITNESS:  Yes.                             13:31:57

18   BY MS. CARUSO:                                          13:32:02

19        Q.  Who did you tell?                              13:32:03

20        A.  That would be subject to the attorney-client   13:32:04

21   privilege.                                              13:32:09

22        Q.  No, it's not.  Who did you tell?               13:32:09

23        A.  Oh, who did I tell.  My lawyer.                13:32:11

24        Q.  Mr. Wilson?                                    13:32:12

25        A.  I don't remember.  One of them.                13:32:14
```

| | | |
|---|---|---|
| 1 | Q.  Okay.  Did you tell your lawyers -- withdrawn. | 13:32:16 |
| 2 | Did you have any written communications with | 13:32:26 |
| 3 | Mr. Ratliff? | 13:32:31 |
| 4 | A.  I don't remember. | 13:32:39 |
| 5 | Q.  You don't remember if you had any emails or -- | 13:32:41 |
| 6 | A.  I might -- I might have sent him an email.  If | 13:32:45 |
| 7 | I -- if I had, it was probably produced to my lawyers. | 13:32:49 |
| 8 | Q.  It's your understanding that all written | 13:32:52 |
| 9 | communications you had with Mr. Ratliff were produced in | 13:32:56 |
| 10 | this case? | 13:32:59 |
| 11 | A.  I don't know.  I -- I can't testify to that. | 13:33:03 |
| 12 | I'm not -- I'm not a lawyer.  I don't -- I didn't do the | 13:33:06 |
| 13 | production. | 13:33:08 |
| 14 | Q.  Were you asked to collect all of those | 13:33:09 |
| 15 | communications? | 13:33:11 |
| 16 | MR. WILSON:  Objection to the extent it calls | 13:33:14 |
| 17 | for attorney-client communications. | 13:33:18 |
| 18 | You can answer the question if it doesn't | 13:33:22 |
| 19 | reveal discussions you had with counsel.  Otherwise, | 13:33:25 |
| 20 | you're instructed not to answer. | 13:33:29 |
| 21 | THE WITNESS:  I can't answer the question. | 13:33:34 |
| 22 | BY MS. CARUSO: | 13:33:35 |
| 23 | Q.  Did you endeavor to collect all of the | 13:33:35 |
| 24 | communications you had with Mr. Ratliff? | 13:33:37 |
| 25 | A.  I followed the instructions to collect | 13:33:41 |

1    communications based on what the -- I mean, I gave my          13:33:44

2    emails to the -- to the law firm.                             13:33:50

3        Q.  So, from the fact that no communications with         13:33:53

4    Mr. Ratliff were provided to us, it's your testimony          13:33:58

5    then that, in fact, you did not have a single written         13:34:02

6    communication with Mr. Ratliff?                               13:34:06

7        A.  I didn't say that.                                    13:34:09

8        Q.  I'm asking you if that's your understanding.          13:34:11

9        A.  Wait, can you ask your question -- ask the            13:34:15

10   question, please.                                             13:34:22

11       Q.  Is it your understanding that -- I'll ask a           13:34:29

12   different question.                                           13:34:35

13           Are you aware of any written communications           13:34:36

14   you had with Mr. Ratliff?                                     13:34:40

15       A.  I don't remember.                                     13:34:43

16       Q.  So, it's possible in your mind that every            13:34:45

17   single communication you had with him was in person or        13:34:49

18   by phone?                                                     13:34:51

19       A.  As I said, I don't remember.  I think we -- we        13:34:57

20   talked on -- I'm sure we -- I mean, we did talk on the        13:35:00

21   phone.  So, we talked on the phone more -- more than          13:35:03

22   once, and we talked in person more than once.                 13:35:07

23           I don't remember about written communication.         13:35:16

24   I may have sent him something.  If I had sent him an          13:35:18

25   email, then I -- this was provided to my attorneys.           13:35:22

| | | |
|---|---|---|
| 1 | Q.  You previously testified that you spoke to | 13:35:27 |
| 2 | other people, aside from your attorneys, about this | 13:35:33 |
| 3 | article; is that right? | 13:35:35 |
| 4 | A.  Did I?  What did I say specifically? | 13:35:44 |
| 5 | Q.  You said you spoke to other people about the | 13:35:47 |
| 6 | Bloomberg article. | 13:35:49 |
| 7 | A.  Yes, I spoke to my lawyers. | 13:35:50 |
| 8 | Q.  You said you spoke to people other than your | 13:35:51 |
| 9 | lawyers about the Bloomberg article. | 13:35:54 |
| 10 | A.  When did I say that? | 13:35:55 |
| 11 | MR. WILSON:  Objection, form. | 13:35:59 |
| 12 | You may answer. | 13:36:00 |
| 13 | THE WITNESS:  Can you please tell me when I | 13:36:01 |
| 14 | said that? | 13:36:02 |
| 15 | BY MS. CARUSO: | 13:36:03 |
| 16 | Q.  At your last deposition, you said it. | 13:36:03 |
| 17 | A.  Can I see my last deposition, please? | 13:36:06 |
| 18 | Q.  Mr. Ravine, during the break, did you talk to | 13:36:08 |
| 19 | your lawyers about the questions that have been asked | 13:36:12 |
| 20 | this afternoon in the deposition thus far? | 13:36:16 |
| 21 | MR. WILSON:  Objection -- | 13:36:17 |
| 22 | THE WITNESS:  That -- that -- | 13:36:17 |
| 23 | MR. WILSON:  Objection -- well, instruction | 13:36:19 |
| 24 | not to answer.  Calls for attorney-client | 13:36:20 |
| 25 | communications. | 13:36:22 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  I can't answer. | 13:36:23 |
| 2 | BY MS. CARUSO: | 13:36:25 |
| 3 | Q.  Do you believe that -- I'll ask a different | 13:36:28 |
| 4 | question. | 13:36:32 |
| 5 | So, is it your understanding as you sit here | 13:36:33 |
| 6 | today that you did not speak to anyone about the | 13:36:37 |
| 7 | Bloomberg article after it was published, other than | 13:36:40 |
| 8 | maybe calling Mr. Ratcliff and asking him to make | 13:36:44 |
| 9 | corrections and speaking with your lawyers? | 13:36:47 |
| 10 | A.  No, I didn't say that. | 13:36:52 |
| 11 | Q.  With whom else did you speak about the | 13:36:53 |
| 12 | article? | 13:37:00 |
| 13 | A.  So, they -- they probably were -- so, I don't | 13:37:04 |
| 14 | quite remember, but probably there were friends who | 13:37:07 |
| 15 | contacted me after seeing the article. | 13:37:10 |
| 16 | Q.  Did you tell any of them that there were | 13:37:12 |
| 17 | inaccuracies in the article? | 13:37:15 |
| 18 | A.  I -- I don't remember the conversations we | 13:37:19 |
| 19 | had.  Like, maybe I did.  I'm not sure.  Yeah -- | 13:37:23 |
| 20 | Q.  Do you -- | 13:37:23 |
| 21 | A.  -- I don't know. | 13:37:30 |
| 22 | Q.  Sitting here today, do you believe there are | 13:37:30 |
| 23 | inaccuracies in the article? | 13:37:33 |
| 24 | A.  As I said, I did -- I do remember saying to | 13:37:35 |
| 25 | Mr. Ratcliff -- Ratliff that there were inaccuracies.  I | 13:37:41 |

1    don't remember which ones.                                  13:37:46

2        Q.  So, sitting here today, you do believe there        13:37:59

3    are inaccuracies in the article; is that right?             13:38:03

4        A.  I -- what I said is, I remember that I told         13:38:06

5    the reporter, Evan Ratliff, that there were                 13:38:12

6    inaccuracies, and I pointed some inaccuracies to him.  I    13:38:16

7    just don't remember which ones.                             13:38:19

8        Q.  I am not asking about that right now.               13:38:21

9        A.  Okay.                                               13:38:22

10       Q.  I'm asking, sitting here today --                   13:38:23

11       A.  Yeah.                                               13:38:25

12       Q.  -- do you believe there were inaccuracies in       13:38:25

13   the article?                                                13:38:27

14       A.  I would have to look at the article.               13:38:29

15       Q.  So, sitting here today, you can't identify any     13:38:32

16   inaccuracies that were in the article; is that right?       13:38:35

17       A.  The article is not in front of me.  I don't --     13:38:37

18   I don't know.  I can't -- I mean, I -- I said what I        13:38:40

19   remember is there were inaccuracies.  Because of that, I    13:38:46

20   called Evan Ratliff and told him that there were            13:38:51

21   inaccuracies, and that -- that's it.  So, probably,         13:38:58

22   there were inaccuracies.                                    13:38:59

23       Q.  But sitting here right now, you can't say what     13:39:01

24   those were?                                                 13:39:07

25       A.  I don't remember.  Like, it's been several         13:39:08

1    months.                                                     13:39:11

2         Q.  Do you have generally problems recalling          13:39:13

3    things that happened several months ago?                   13:39:16

4         A.  Actually, sometimes.  It depends on how           13:39:22

5    important these things are and whether actually they       13:39:24

6    make sense to -- for the future, so -- for future          13:39:31

7    action.  So, I -- that's -- I don't -- it depends,         13:39:34

8    really.                                                    13:39:39

9         Q.  Okay.  So, was it -- was it not important to      13:39:39

10   you that there was this article published in Bloomberg     13:39:42

11   that had inaccuracies in it?                               13:39:45

12        A.  I mean, it doesn't matter if -- if -- what I      13:39:47

13   care about inaccuracies if -- if the inaccuracies don't    13:39:52

14   change the article.  So, my reporting of the               13:39:55

15   inaccuracies probably didn't change anything, so I let     13:39:58

16   it go, and I forgot about it.                              13:40:01

17        Q.  Are you aware of any articles that have been      13:40:04

18   written about you that are more significant than this      13:40:08

19   one?                                                       13:40:12

20        A.  More significant?  What do you mean by that?      13:40:15

21        Q.  That go into more detail about you.               13:40:17

22        A.  That go into more detail about me.  I'm not       13:40:24

23   aware of -- of anything, any article that was written,     13:40:34

24   that goes into more detail about me, no.                   13:40:37

25        Q.  Why did you believe the name Open AI was an       13:40:39

1    appropriate name to describe your initiative?                13:40:42

2         A.  I said that I liked the name.                        13:40:49

3         Q.  You also said you thought it was appropriate.       13:40:53

4    Why did you believe it was appropriate?                      13:40:56

5         A.  So, to me, Open AI meant that there were lots       13:40:58

6    of different possibilities of where we could take it,        13:41:03

7    and so I thought it was appropriate, because AI was          13:41:06

8    expanding and there were many different things you could     13:41:09

9    do with it.                                                  13:41:11

10        Q.  Does the word "open" in Open AI, as you use it      13:41:12

11   in connection with your goods and services, mean             13:41:19

12   anything to you?                                             13:41:22

13            MR. WILSON:  Objection, form.                       13:41:23

14            You may answer.                                     13:41:25

15            THE WITNESS:  So, it -- it, like, it's a name.      13:41:37

16   It's our name.  That's what it means to me.  That's the      13:41:42

17   name of our company.                                         13:41:44

18   BY MS. CARUSO:                                               13:41:46

19        Q.  Do you believe the word "open," as part of the      13:41:47

20   name of your company, describes any characteristics of       13:41:51

21   your goods or services?                                      13:41:53

22            MR. WILSON:  Objection, form.                       13:41:55

23            THE WITNESS:  No.  I -- and also, like, I           13:42:01

24   mean, I don't -- this is -- this would call for a legal      13:42:05

25   conclusion.                                                  13:42:09

| | | |
|---|---|---|
| 1 | BY MS. CARUSO: | 13:42:09 |
| 2 | Q.  This does not call for a legal conclusion. | 13:42:10 |
| 3 | A.  Okay.  If I believe?  No. | 13:42:12 |
| 4 | Q.  So, you don't believe the word "open" in Open | 13:42:14 |
| 5 | [space] AI describes any characteristics or qualities of | 13:42:22 |
| 6 | the goods and services that you've offered; is that | 13:42:23 |
| 7 | correct? | 13:42:27 |
| 8 | A.  I didn't say that. | 13:42:27 |
| 9 | Q.  Mr. Ravine, do you believe that the word | 13:42:28 |
| 10 | "open" in Open AI describes any characteristics or | 13:42:35 |
| 11 | qualities of the goods and services that you have | 13:42:38 |
| 12 | offered? | 13:42:41 |
| 13 | MR. WILSON:  Objection, form. | 13:42:42 |
| 14 | You may answer. | 13:42:44 |
| 15 | THE WITNESS:  Well, "open" has many different | 13:42:51 |
| 16 | interpretations.  So, I'm not sure.  Like, it -- it's -- | 13:43:02 |
| 17 | it could be inclusive.  It could be -- yeah.  So, it | 13:43:11 |
| 18 | doesn't -- I don't think it describes our -- our | 13:43:19 |
| 19 | offerings, no. | 13:43:23 |
| 20 | BY MS. CARUSO: | 13:43:25 |
| 21 | Q.  You don't believe that the word "open" | 13:43:27 |
| 22 | describes any of the characteristics or qualities of the | 13:43:29 |
| 23 | goods and services that you've offered?  Is -- did I get | 13:43:32 |
| 24 | that right? | 13:43:35 |
| 25 | A.  On the whole, the products and services we | 13:43:37 |

1    offered were a collaboration platform, and AI          13:43:43

2    algorithms, their generative AI system, image          13:43:51

3    generation, chatbot, we had lots of different things.   13:43:56

4    So, it's hard to, like, put it altogether under an      13:44:00

5    umbrella and say that it describes it.  It doesn't      13:44:02

6    describe it.  I don't believe it describes it.         13:44:05

7         Q.  So, none of the things that you offered in    13:44:07

8    connection with the name Open AI you would describe as  13:44:12

9    open; is that correct?                                 13:44:17

10        A.  I didn't say that.  You're misstating my       13:44:20

11   testimony.                                             13:44:22

12        Q.  I'm not stating your testimony at all.         13:44:23

13        A.  Okay.                                          13:44:24

14        Q.  I'm asking you a question.                     13:44:25

15        A.  Okay.  Ask.                                    13:44:26

16        Q.  Is it correct that none of the things that you 13:44:28

17   offered in connection with the name Open AI you would   13:44:30

18   describe as open?                                      13:44:36

19        A.  I -- I wouldn't describe them as -- I mean,     13:44:47

20   open what?  In what context?                           13:44:51

21        Q.  In any context, in any way that you understand 13:44:53

22   the word "open" to mean.                               13:44:57

23            Are any of those products or services open?    13:45:01

24        A.  So, is Google open?                            13:45:05

25        Q.  I'm asking you --                              13:45:09

1      A.  Google is open to the public?                    13:45:10

2      Q.  -- for your understanding --                     13:45:10

3      A.  I guess Google is open to the public.  You       13:45:13

4  could say that.  So, in that way, we were open to the    13:45:15

5  public, like Google is open to the public.               13:45:20

6      Q.  Do you believe OpenAI, without a space, as       13:45:26

7  used by my client, accurately describes any of its goods  13:45:30

8  or services?                                             13:45:34

9          MR. WILSON:  May I have that question back,      13:45:35

10  please?                                                  13:45:37

11          THE REPORTER:  Sure thing.                       13:45:37

12          "Do you believe OpenAI, without a space,         13:45:37

13  as used by my client, accurately describes any of its goods  13:45:37

14  or services?"                                            13:45:51

15          MR. WILSON:  Objection, form.                    13:45:51

16          THE WITNESS:  I'm not an expert that can         13:45:54

17  testify on this.  This might call for a legal -- legal   13:45:56

18  conclusions.  I -- I'm not an expert.  I can't -- I      13:46:00

19  can't testify to that.                                   13:46:04

20  BY MS. CARUSO:                                           13:46:05

21      Q.  You think that it takes an expert to            13:46:06

22  understand the meaning of the word "open"?  Is that what  13:46:08

23  you're saying?                                           13:46:11

24      A.  In the context of a trademark litigation,       13:46:12

25  which we are in right now, probably.                     13:46:14

| | | |
|---|---|---|
| 1 | Q.  Mr. Ravine, you have said that my client's | 13:46:16 |
| 2 | name, OpenAI, misdescribes its goods and services. | 13:46:22 |
| 3 | You're aware that that's the position you're taking in | 13:46:28 |
| 4 | this lawsuit, right? | 13:46:30 |
| 5 | A.  Where -- where did I say that? | 13:46:31 |
| 6 | Q.  In your counterclaims. | 13:46:33 |
| 7 | A.  I didn't say that.  Do you have a quote from | 13:46:35 |
| 8 | me? | 13:46:37 |
| 9 | Q.  Mr. Ravine, is it your position that OpenAI, | 13:46:37 |
| 10 | Inc.'s use of "OpenAI" does not misdescribe its goods or | 13:46:43 |
| 11 | services? | 13:46:48 |
| 12 | A.  Again, this calls for a legal conclusion.  I | 13:46:49 |
| 13 | don't -- I can't testify to that. | 13:46:53 |
| 14 | Q.  Mr. Ravine, I'm asking you about your | 13:46:54 |
| 15 | understanding. | 13:46:57 |
| 16 | A.  I don't -- I don't know.  I'm not an expert. | 13:46:58 |
| 17 | I can't -- I can't -- you're asking me for an opinion. | 13:47:02 |
| 18 | I don't know.  I can't say. | 13:47:05 |
| 19 | Q.  Okay.  So, you -- | 13:47:07 |
| 20 | A.  Do you want me to speculate? | 13:47:09 |
| 21 | Q.  I don't want you to speculate.  I assume you | 13:47:11 |
| 22 | know what's in your own mind. | 13:47:14 |
| 23 | Here is my question:  Do you believe that | 13:47:17 |
| 24 | OpenAI's name misdescribes any of the qualities or | 13:47:23 |
| 25 | characteristics of its goods or services? | 13:47:30 |

```
1              MR. WILSON:  Objection, form.              13:47:32

2              You may answer.                            13:47:34

3              THE WITNESS:  As I said, I -- this calls for  13:47:42

4    an opinion, and so do you want me to speculate?  That's  13:47:46

5    what I'm asking.  Do you want me to speculate?  I can  13:47:51

6    speculate if you want.                             13:47:53

7    BY MS. CARUSO:                                      13:47:55

8         Q.  Are you refusing to answer as to what your  13:47:55

9    opinion is on this question?                        13:47:59

10        A.  I'm not -- I'm just saying that I can't     13:48:06

11   draw -- you're asking me to draw conclusions on the use  13:48:14

12   of their name, and I'm thinking that I'm not in a    13:48:18

13   position to do that because I don't know what it     13:48:22

14   actually means in the context of a trademark, in the  13:48:26

15   context of descriptiveness.  I'm not equipped to do  13:48:29

16   that.                                              13:48:33

17        Q.  I am not asking about a legal meaning of --  13:48:34

18        A.  You are asking -- you're trying to --      13:48:37

19        Q.  Mr. Ravine, you need to listen to my        13:48:39

20   questions.                                         13:48:42

21        A.  Yeah.                                      13:48:42

22        Q.  Okay?                                      13:48:42

23             Do you have an opinion as to whether or not  13:48:48

24   OpenAI, Inc.'s use of "OpenAI" misdescribes any of the  13:48:54

25   qualities or characteristics of its products or     13:49:00
```

| | | |
|---|---|---|
| 1 | services? | 13:49:04 |
| 2 |       MR. WILSON:  Objection, form. | 13:49:05 |
| 3 |       THE WITNESS:  Yeah, you're asking me to | 13:49:08 |
| 4 | speculate. | 13:49:12 |
| 5 | BY MS. CARUSO: | 13:49:12 |
| 6 |    Q.  My question is, do you have an opinion? | 13:49:12 |
| 7 |    A.  Do I have an opinion?  I -- I don't -- I don't | 13:49:15 |
| 8 | know if I have an -- probably not, no, I don't have an | 13:49:19 |
| 9 | opinion right now. | 13:49:21 |
| 10 |    Q.  You've never had an opinion on that subject? | 13:49:22 |
| 11 |    A.  Have I ever had an opinion on that subject? | 13:49:29 |
| 12 | Not when it comes to trademark law, no. | 13:49:33 |
| 13 |    Q.  I'm not asking about that.  I am saying, have | 13:49:35 |
| 14 | you ever had an opinion on that subject? | 13:49:40 |
| 15 |    A.  Again, it's -- so -- I -- you know, I -- I -- | 13:49:44 |
| 16 | I'm not sure that, like -- so, I -- I think I did think | 13:50:06 |
| 17 | that they weren't true to the mission, that they said | 13:50:11 |
| 18 | that they would be -- that -- that they would -- that | 13:50:18 |
| 19 | they advertise to the world, basically. | 13:50:22 |
| 20 |    Q.  Do you believe that there's anything about the | 13:50:25 |
| 21 | mission that is conveyed by the name OpenAI? | 13:50:30 |
| 22 |    A.  So, their mission was to -- | 13:50:51 |
| 23 |    Q.  Mr. Ravine -- | 13:50:55 |
| 24 |    A.  Yes. | 13:50:55 |
| 25 |    Q.  -- please -- | 13:50:57 |

| | | |
|---|---|---|
| 1 | A.  Yes. | 13:50:57 |
| 2 | Q.  -- listen to the question. | 13:50:58 |
| 3 | A.  Yes. | 13:50:59 |
| 4 | Q.  Do you believe there's anything about the | 13:51:00 |
| 5 | mission that is conveyed by the name OpenAI? | 13:51:02 |
| 6 | A.  So, their mission was to -- I'm -- I'm trying | 13:51:10 |
| 7 | to think about what the mission was in order to answer | 13:51:15 |
| 8 | your question.  Okay? | 13:51:18 |
| 9 | So, the mission was, they said -- of course, | 13:51:19 |
| 10 | they're not doing that -- they said they'll benefit all | 13:51:24 |
| 11 | of humanity by making things available.  So, that -- | 13:51:28 |
| 12 | that implies openness, but it seems that that's not the | 13:51:34 |
| 13 | case, really. | 13:51:38 |
| 14 | So, yes, so -- so, I think they weren't true | 13:51:40 |
| 15 | to the idea of openness. | 13:51:43 |
| 16 | Q.  Do you believe that there's anything about the | 13:51:47 |
| 17 | mission that you understand OpenAI to have had that is | 13:51:51 |
| 18 | conveyed by the name OpenAI? | 13:51:54 |
| 19 | MR. WILSON:  Objection, form. | 13:52:02 |
| 20 | You may answer. | 13:52:04 |
| 21 | THE WITNESS:  So, the mission, as I said -- | 13:52:08 |
| 22 | and this is -- the mission -- | 13:52:25 |
| 23 | BY MS. CARUSO: | 13:52:27 |
| 24 | Q.  It's a yes-or-no question, Mr. Ravine. | 13:52:27 |
| 25 | A.  The mission was about openness.  So, giving | 13:52:31 |

| | | |
|---|---|---|
| 1 | that to humanity.  That turned out to be a lie.  So, no, | 13:52:37 |
| 2 | I -- I mean, they weren't actually being open in that | 13:52:41 |
| 3 | sense. | 13:52:50 |
| 4 | Q.  Do you believe there's anything about the | 13:52:50 |
| 5 | mission that you understand OpenAI to have had that is | 13:52:52 |
| 6 | conveyed by the name "OpenAI"? | 13:52:58 |
| 7 | A.  So, from the perspective of openness, they | 13:53:11 |
| 8 | thought -- they said they would be open, in the sense | 13:53:16 |
| 9 | that they would give this to humanity, and they lied. | 13:53:19 |
| 10 | So, they were supposed to do that, but they | 13:53:24 |
| 11 | didn't do that. | 13:53:28 |
| 12 | Q.  So, you believe that the word "open," as | 13:53:30 |
| 13 | oppose -- as applied to my client, meant "give to | 13:53:35 |
| 14 | humanity," but as applied to your Open AI did not mean | 13:53:38 |
| 15 | that; is that right? | 13:53:44 |
| 16 | A.  Your client made the representation on their | 13:53:45 |
| 17 | nonprofit charter that they will provide everything to | 13:53:48 |
| 18 | the benefit of all of humanity.  I didn't do that. | 13:53:51 |
| 19 | Q.  Okay.  So, that wasn't one of your goals, | 13:53:55 |
| 20 | right? | 13:53:59 |
| 21 | A.  I mean, I didn't go and advertise that to the | 13:54:00 |
| 22 | world and lied about it. | 13:54:02 |
| 23 | Q.  Mr. Ravine, was it or was it not one of your | 13:54:04 |
| 24 | goals to give everything to humanity? | 13:54:08 |
| 25 | A.  For the original initiative, yes, one of the | 13:54:16 |

| | | |
|---|---|---|
| 1 | goals was to give it to humanity. | 13:54:19 |
| 2 | Q. Okay. And you never did that? | 13:54:22 |
| 3 | A. Never did that? Like, we gave -- well, I | 13:54:31 |
| 4 | don't know. Like, this is -- they were supposed to give | 13:54:35 |
| 5 | their code to humanity. | 13:54:39 |
| 6 | Q. And they, in fact, did release code, right? | 13:54:41 |
| 7 | A. And then they stopped. | 13:54:45 |
| 8 | Q. It's your opinion that OpenAI, Inc. no longer | 13:54:47 |
| 9 | releases code? | 13:54:52 |
| 10 | MR. WILSON: Objection, form. | 13:54:57 |
| 11 | THE WITNESS: So, the important things -- the | 13:55:03 |
| 12 | important products are not released as code. They might | 13:55:08 |
| 13 | have secondary things that actually aid them in getting | 13:55:12 |
| 14 | data to train their -- their models. So, they're not | 13:55:17 |
| 15 | releasing their -- their main models that -- like | 13:55:21 |
| 16 | ChatGPT or anything like that. | 13:55:24 |
| 17 | BY MS. CARUSO: | 13:55:26 |
| 18 | Q. Earlier, you said Google was open, right? | 13:55:26 |
| 19 | A. I didn't say Google -- I mean, so, "open" | 13:55:29 |
| 20 | can -- can be interpreted in many different ways, and | 13:55:32 |
| 21 | the idea of being open for people to use your product, | 13:55:36 |
| 22 | that's what you asked me. Like, what is -- you're | 13:55:40 |
| 23 | asking "open," just the word "open." So, yeah, Google, | 13:55:43 |
| 24 | you could say that Google is open by giving -- by | 13:55:47 |
| 25 | offering a product. | 13:55:49 |

1      But, I mean, you're asking me about the word          13:56:00

2  "open."  I'm answering about the word "open."  There      13:56:04

3  has -- it has --                                          13:56:09

4      Q.  And your --                                       13:56:09

5      A.  Standalone, it has many different meanings.       13:56:11

6      Q.  It has many different meanings, and it's          13:56:14

7  impossible to know which meaning applies to your          13:56:16

8  Open AI --                                                13:56:23

9      A.  I didn't say that there's a meaning that          13:56:24

10  applies to my Open AI.                                    13:56:26

11      Q.  Okay.  Because there is no meaning for your       13:56:29

12  Open AI, right?                                           13:56:31

13      A.  Right, we are -- had different things that        13:56:32

14  they don't -- that -- Open AI does not describe the       13:56:34

15  things specifically other people are doing, like a       13:56:41

16  collaboration tool.  It doesn't have anything to do with  13:56:43

17  that.  There's, like, the other products that we have.    13:56:46

18      Q.  But what does that mean?  "There's, like, the     13:56:51

19  other products that we have"?  Is it your testimony that  13:56:56

20  Open AI described some of the other products that you     13:56:59

21  had?                                                      13:57:01

22      A.  No, no, I didn't say that.                        13:57:02

23      Q.  Okay.  I just -- I'm trying to understand what    13:57:03

24  your testimony is.  Is it your testimony --               13:57:05

25      A.  Open AI does not describe the things that we      13:57:10

1    are doing.                                                    13:57:12

2        Q.   Okay.  So, the word "open" for the things that      13:57:14

3    you were doing has nothing to do with the things that        13:57:18

4    you were doing; is that right?                               13:57:20

5        A.   There's -- the word "open" in the context,          13:57:24

6    like, as I said, like, it depends on what context you're     13:57:32

7    using.  It's -- the word "open," it depends on what          13:57:36

8    context you're using, suggests something.  It suggests       13:57:41

9    that it's like, you're giving it.  It suggests that          13:57:44

10   it's -- it's really available.  It suggests that -- it       13:57:46

11   could be many different things that it suggests.             13:57:48

12       Q.   And you can't tell which particular thing that      13:57:50

13   is just by the name alone; is that right?                    13:57:53

14       A.   Well, you were asking about the word "open."        13:57:57

15       Q.   I'm asking about it in connection with the          13:58:01

16   name that you are saying you have trademark rights to.       13:58:03

17       A.   What you're trying to say is like -- you want       13:58:16

18   me to say, okay, that "Open AI" describes what we're         13:58:21

19   doing, and I'm saying, no, it does not describe what         13:58:23

20   we're doing.  If I tell you "Open AI," it doesn't mean       13:58:26

21   that you suddenly think about, oh, a collaboration tool.     13:58:29

22   This is just like -- so, this is how I see it.               13:58:32

23       Q.   Does the word "open" have anything to do with       13:58:38

24   the goods and services that you've provided?                 13:58:45

25       A.   It suggests -- it could suggest to people that      13:58:48

1    it's -- that it's available.  It -- it could suggest          13:58:52

2    multiple meanings.  So --                                     13:58:58

3        Q.  Okay.  Is it your opinion that the                    13:59:00

4    word "open," as used by OpenAI, Inc., suggests different      13:59:04

5    things?                                                       13:59:11

6            MR. WILSON:  Objection, form.                         13:59:12

7            THE WITNESS:  I am not an expert.  I can't --         13:59:17

8    like, you're asking me for a legal conclusion.                13:59:20

9    BY MS. CARUSO:                                                13:59:21

10       Q.  I'm asking for your opinion.                          13:59:22

11       A.  I -- I cannot testify to that because I'm not         13:59:25

12   an expert in that area.                                       13:59:27

13       Q.  I --                                                  13:59:27

14       A.  I'm not an expert in your -- in your client's         13:59:31

15   products and services, and --                                 13:59:34

16       Q.  Mr. Ravine --                                         13:59:36

17       A.  Yeah.                                                 13:59:38

18       Q.  -- you have used my client's products and            13:59:38

19   services, right?                                              13:59:41

20       A.  Have I used your client's -- yes.                     13:59:42

21       Q.  Yes.  Which ones have you used?                       13:59:44

22       A.  I checked out ChatGPT.                                13:59:49

23       Q.  Uh-huh.  What other ones?                            13:59:51

24       A.  I checked out DALL-E.                                 13:59:55

25       Q.  Yes.  Which other ones?                               13:59:59

| | | |
|---|---|---|
| 1 | A. I don't remember if there's another product I | 14:00:04 |
| 2 | used. | 14:00:07 |
| 3 | Q. Did you use Codex? | 14:00:07 |
| 4 | A. No. | 14:00:09 |
| 5 | Q. Did your company use Whisper in creating Ava? | 14:00:11 |
| 6 | A. Whisper is an open-source project. | 14:00:19 |
| 7 | Q. Whisper is a product open-source released by | 14:00:22 |
| 8 | my client, right, OpenAI, Inc.? | 14:00:27 |
| 9 | A. It's a community effort. | 14:00:29 |
| 10 | Q. Your company used Whisper, right? | 14:00:34 |
| 11 | A. We used an open-source implementation of | 14:00:46 |
| 12 | Whisper that was created by the community. | 14:00:50 |
| 13 | Q. Building on code that was released by my | 14:00:53 |
| 14 | client? | 14:00:56 |
| 15 | A. I don't -- I can't testify on -- | 14:00:56 |
| 16 | THE REPORTER: I'm sorry, you said "I can't | 14:00:56 |
| 17 | testify on"...? | 14:00:56 |
| 18 | THE WITNESS: To what code it -- I don't know. | 14:01:06 |
| 19 | BY MS. CARUSO: | 14:01:06 |
| 20 | Q. Okay. And when you verified the | 14:01:07 |
| 21 | interrogatories in this case, the responses, you didn't | 14:01:09 |
| 22 | identify Whisper as one of the pre-existing products | 14:01:11 |
| 23 | that had been used to develop Ava, did you? | 14:01:16 |
| 24 | A. I don't remember what I -- can you put the | 14:01:19 |
| 25 | interrogatory in front of me, and I can check? | 14:01:22 |

| | | |
|---|---|---|
| 1 | Q.  Do you believe it should have been disclosed | 14:01:26 |
| 2 | as one of the existing products that was used to | 14:01:28 |
| 3 | develop Ava? | 14:01:32 |
| 4 | MR. WILSON:  Objection, form. | 14:01:34 |
| 5 | THE WITNESS:  It's not a product.  It -- it's | 14:01:36 |
| 6 | an open-source community project. | 14:01:40 |
| 7 | BY MS. CARUSO: | 14:01:46 |
| 8 | Q.  All right.  So, you have used my client's | 14:01:46 |
| 9 | products before, correct? | 14:01:48 |
| 10 | A.  Yes.  I checked out your client's products. | 14:01:51 |
| 11 | Q.  Okay.  And in connection with using DALL-E, | 14:01:53 |
| 12 | did you form any opinion as to whether OpenAI described | 14:01:57 |
| 13 | anything that was open about DALL-E? | 14:02:05 |
| 14 | A.  I'm sorry, can you repeat the question? | 14:02:13 |
| 15 | Q.  In connection with using DALL-E, did you form | 14:02:15 |
| 16 | any opinion as to whether OpenAI described anything that | 14:02:18 |
| 17 | was open about DALL-E? | 14:02:25 |
| 18 | A.  I didn't form any opinion on that.  I didn't | 14:02:31 |
| 19 | think about that. | 14:02:34 |
| 20 | Q.  Okay.  Did you ever form an opinion, as a user | 14:02:35 |
| 21 | of OpenAI, Inc.'s goods and services as to whether | 14:02:42 |
| 22 | OpenAI meant anything with respect to the qualities and | 14:02:48 |
| 23 | characteristics of those goods and services? | 14:02:53 |
| 24 | MR. WILSON:  May I have the question back, | 14:02:56 |
| 25 | please? | 14:02:58 |

| | | |
|---|---|---|
| 1 | THE REPORTER:  Sure thing. | 14:02:59 |
| 2 | Question:  "Did you ever form an opinion, as a | 14:03:01 |
| 3 | user of OpenAI, Inc.'s goods and services as to whether | 14:03:01 |
| 4 | OpenAI meant anything with respect to the qualities and | 14:03:01 |
| 5 | characteristics of those goods and services?" | 14:03:19 |
| 6 | MR. WILSON:  Objection, form. | 14:03:19 |
| 7 | THE WITNESS:  I -- this -- I'm not an expert. | 14:03:22 |
| 8 | I -- I'm not sure. | 14:03:26 |
| 9 | BY MS. CARUSO: | 14:03:27 |
| 10 | Q.  Did you or did you not?  It's a factual | 14:03:28 |
| 11 | question. | 14:03:30 |
| 12 | A.  Did I or did I not what?  Form what? | 14:03:32 |
| 13 | Q.  Form an opinion -- | 14:03:36 |
| 14 | A.  Yeah. | 14:03:38 |
| 15 | Q.  -- as to whether "OpenAI" had any meaning with | 14:03:39 |
| 16 | respect to the qualities and characteristics of OpenAI, | 14:03:44 |
| 17 | Inc.'s goods and services? | 14:03:48 |
| 18 | MR. WILSON:  Objection, form. | 14:03:51 |
| 19 | THE WITNESS:  So, I don't remember what | 14:03:53 |
| 20 | opinion I formed, and you -- I mean, I -- I can't -- I | 14:04:00 |
| 21 | can speculate, if you want. | 14:04:05 |
| 22 | BY MS. CARUSO: | 14:04:12 |
| 23 | Q.  Sitting here today, you don't have a view on | 14:04:13 |
| 24 | that? | 14:04:16 |
| 25 | A.  My view was that -- that your client was -- | 14:04:18 |

| | | |
|---|---|---|
| 1 | said one thing and did another. | 14:04:28 |
| 2 | Q.  Okay.  And when you say that they said one | 14:04:30 |
| 3 | thing, was that one thing that they said -- | 14:04:32 |
| 4 | A.  They said that they will -- | 14:04:37 |
| 5 | Q.  My question was not finished. | 14:04:39 |
| 6 | A.  Yeah, uh-huh. | 14:04:41 |
| 7 | Q.  Was that one thing that they said "OpenAI," or | 14:04:42 |
| 8 | was it something else? | 14:04:45 |
| 9 | A.  Well, I was just referring to that -- the fact | 14:04:49 |
| 10 | that they said that they will provide the benefits to | 14:04:52 |
| 11 | all of humanity, and it turns out to be a lie.  That's | 14:04:58 |
| 12 | the opinion I formed about your client. | 14:05:02 |
| 13 | Q.  But you didn't form an opinion as to the | 14:05:05 |
| 14 | meaning of "OpenAI," as used by my client, right? | 14:05:07 |
| 15 | A.  I -- look, I'm not an expert who can form an | 14:05:15 |
| 16 | opinion like that.  So, I -- I don't -- I'm not sure, | 14:05:18 |
| 17 | like -- as I said, I did think that they were -- yeah, | 14:05:22 |
| 18 | they were -- they were just not true to what they were | 14:05:31 |
| 19 | saying. | 14:05:35 |
| 20 | Q.  And when you refer to "what they were saying," | 14:05:36 |
| 21 | you are talking about things beyond the name OpenAI, | 14:05:40 |
| 22 | right? | 14:05:45 |
| 23 | A.  What I was just referring to -- | 14:05:45 |
| 24 | THE REPORTER:  I'm sorry? | 14:06:04 |
| 25 | THE WITNESS:  What I was -- I was just saying, | 14:06:04 |

| | | |
|---|---|---|
| 1 | I'll just -- I'll just repeat what I said previously, | 14:06:11 |
| 2 | which is, they weren't giving it, the benefits, to | 14:06:13 |
| 3 | humanity like they said they would.  And they said that | 14:06:15 |
| 4 | they would be a nonprofit, and then turning into a | 14:06:18 |
| 5 | for-profit, and they did a bunch of things that they | 14:06:23 |
| 6 | lied about.  So -- | 14:06:25 |
| 7 | BY MS. CARUSO: | 14:06:26 |
| 8 |     Q.  So, the answer to my question is yes, that is | 14:06:26 |
| 9 | correct? | 14:06:29 |
| 10 |     A.  Wait, wait.  What is the question again so I | 14:06:30 |
| 11 | can -- | 14:06:32 |
| 12 |     Q.  When you refer to, quote, "what they were | 14:06:33 |
| 13 | saying," you're talking about things beyond the name | 14:06:36 |
| 14 | "OpenAI," right? | 14:06:40 |
| 15 |     A.  Yeah, among things, there were -- | 14:06:45 |
| 16 |     Q.  Okay -- | 14:06:49 |
| 17 |     A.  -- other things. | 14:06:49 |
| 18 |     Q.  -- thank you. | 14:06:49 |
| 19 |         Do you believe US users associated the name | 14:06:50 |
| 20 | Open [space] AI with any of your goods and services | 14:06:53 |
| 21 | before November 16th, 2022? | 14:06:56 |
| 22 |         MR. WILSON:  Objection, form. | 14:07:00 |
| 23 |         THE WITNESS:  I don't know.  Do you want me to | 14:07:03 |
| 24 | speculate?  Probably.  I don't know.  I don't know -- | 14:07:05 |
| 25 | /// | 14:07:09 |

| | | |
|---|---|---|
| 1 | BY MS. CARUSO: | 14:07:09 |
| 2 | Q.  What's the -- okay.  So, you can't answer that | 14:07:09 |
| 3 | question without speculating? | 14:07:12 |
| 4 | A.  I imagine they did, some did. | 14:07:14 |
| 5 | Q.  Some did.  How many do you believe did? | 14:07:18 |
| 6 | A.  I -- I don't know. | 14:07:22 |
| 7 | Q.  Okay.  What's the basis for you speculating | 14:07:24 |
| 8 | that some -- | 14:07:27 |
| 9 | A.  Because they came back to our site and used | 14:07:28 |
| 10 | it. | 14:07:30 |
| 11 | Q.  Who -- which return users of your site who | 14:07:30 |
| 12 | were not your employees are you aware of? | 14:07:44 |
| 13 | A.  I don't -- I don't recall.  I mean, we -- we | 14:07:53 |
| 14 | provided the -- all of the user logs. | 14:07:56 |
| 15 | Q.  How many return users of your site did you | 14:07:59 |
| 16 | have before November 16, 2022? | 14:08:02 |
| 17 | A.  I don't know these numbers. | 14:08:05 |
| 18 | Q.  Do you have any idea at all? | 14:08:08 |
| 19 | A.  This was provided to your side in the | 14:08:12 |
| 20 | discovery.  There are logs. | 14:08:16 |
| 21 | Q.  Mr. Ravine, do you have any idea -- | 14:08:17 |
| 22 | A.  I don't remember. | 14:08:20 |
| 23 | Q.  Okay.  And you understand you were designated | 14:08:21 |
| 24 | as a corporate designee of -- | 14:08:23 |
| 25 | A.  Uh-huh. | 14:08:27 |

| | | |
|---|---|---|
| 1 | Q. -- Open Artificial, Inc., to testify in this | 14:08:27 |
| 2 | matter on certain topics? | 14:08:38 |
| 3 | A. Was there a topic that asked the specific | 14:08:38 |
| 4 | number of users that returned to the site? | 14:08:42 |
| 5 | Q. Mr. Ravine, can you please listen to my | 14:08:42 |
| 6 | question and answer the questions -- | 14:08:44 |
| 7 | A. Yes. | 14:08:44 |
| 8 | Q. -- that I'm asking you? | 14:08:44 |
| 9 | A. Yes. | 14:08:48 |
| 10 | Q. Okay. | 14:08:48 |
| 11 | A. Yeah. | 14:08:48 |
| 12 | Q. And in preparation for your deposition, either | 14:08:49 |
| 13 | today or last time, did you investigate how many return | 14:08:53 |
| 14 | users there were to any of your websites that used | 14:08:56 |
| 15 | Open AI? | 14:09:01 |
| 16 | A. I don't remember. If -- if this was | 14:09:04 |
| 17 | interrogatory, I probably have, but I don't remember | 14:09:14 |
| 18 | this interrogatory. If you put it in front of me, then | 14:09:16 |
| 19 | maybe that will jog my memory. | 14:09:19 |
| 20 | Q. If there was an interrogatory that asked this | 14:09:21 |
| 21 | question, your testimony is you did prepare on that | 14:09:24 |
| 22 | topic? | 14:09:29 |
| 23 | A. If the interrogatory specifically asked, then | 14:09:34 |
| 24 | I may have prepared for it, yes. | 14:09:39 |
| 25 | Q. Okay. Other than the fact that you believe | 14:09:41 |

1   some people returned to your website before --                    14:09:44

2       A.  Even -- even -- I mean, not just returned to              14:09:50

3   the website; just -- just appearing on the website in             14:09:53

4   the first place.  So, it -- this is -- I want to change            14:09:55

5   what I said.                                                       14:09:59

6           Look, it has nothing to do with people                    14:09:59

7   returning to the website.  It has like -- you asked me             14:10:02

8   about, do I know if people knew about -- that associate            14:10:04

9   Open AI with my website, and like, I said probably, but           14:10:13

10  I don't -- I'm not sure.  I don't know.  I can't read            14:10:16

11  into people's minds, so I can only speculate.                      14:10:18

12      Q.  You've never done any surveys that show people            14:10:21

13  associate Open AI with your goods and services before             14:10:26

14  November 16, 2022, did you?                                        14:10:32

15      A.  No.                                                        14:10:37

16      Q.  So, the basis for your belief that probably               14:10:37

17  some people associated Open [space] AI with your goods            14:10:50

18  and services is the fact that there were some users of            14:10:54

19  those -- of your website before November 16, 2022; is             14:10:57

20  that right?                                                        14:11:03

21      A.  I -- I -- like, there were users of the site.             14:11:09

22  That's one of their -- yes.                                        14:11:15

23      Q.  Go ahead.  Is there any other reason that you             14:11:17

24  believe people associated --                                       14:11:19

25      A.  Well, I mean, I went and I -- I talked to                 14:11:21

1    different people, and I talked about Open AI as early as    14:11:23

2    2015 or before that, in person and in conferences.  And    14:11:28

3    so they associated Open AI with -- with our products and    14:11:31

4    services.    14:11:35

5        Q.  In 2015, you were talking to people about the    14:11:37

6    initiative, right?    14:11:41

7        A.  And the collaboration tools.    14:11:42

8        Q.  Okay.  Is it your opinion that people    14:11:44

9    associated Open [space] AI with the collaboration tools    14:11:46

10   before November 16th, 2022?    14:11:49

11       A.  I mean, I think so.  I don't -- I mean, I    14:11:58

12   can't -- I'm not an expert that reading -- reads into    14:12:01

13   people's minds.  So, I can't give you a definitive    14:12:06

14   answer.    14:12:09

15       Q.  And aside from your speculation on this topic,    14:12:11

16   you have no basis to say whether consumers associated    14:12:17

17   Open [space] AI with any of your goods and services    14:12:24

18   before November 16, 2022?    14:12:28

19       A.  Sorry, can you -- can you ask this again?    14:12:35

20       Q.  Aside from what you have characterized as    14:12:39

21   speculation on this issue, you have no basis to say    14:12:42

22   whether consumers associated Open AI with any of your    14:12:45

23   goods and services before November 16, 2022?    14:12:49

24       A.  Well, I mean, there are other things.  I -- I    14:12:58

25   can't think of them right now at this very moment.    14:13:03

1      You're asking me for an exhaustive list of all      14:13:08

2  of the possibilities, and I haven't thought about it.    14:13:11

3  So, I'm not prepared to answer this question.            14:13:15

4      Q.  Okay.  What did you believe to be the relevant   14:13:16

5  consumer market of the goods and services that you       14:13:25

6  offered before November 16, 2022?                        14:13:28

7      MR. WILSON:  May I have the question back,           14:13:41

8  please?                                                  14:13:42

9      THE REPORTER:  Sure thing.                           14:13:44

10     Question:  "What did you believe to be the           14:13:44

11 relevant consumer market of the goods and services that  14:13:44

12 you offered before November 16, 2022?"                   14:14:00

13     MR. WILSON:  Objection, form.                        14:14:00

14     THE WITNESS:  So, I don't know.  This -- this        14:14:06

15 calls for -- I mean, I -- I'm not an expert on those     14:14:09

16 things, so, I can't say for sure what the relevant       14:14:15

17 market would be.  But initially, I was talking to AI     14:14:18

18 researchers and people in the AI industry, but later,    14:14:22

19 more and more people used it, and -- and then consumers, 14:14:28

20 ordinary consumers, used it.                             14:14:33

21 BY MS. CARUSO:                                           14:14:36

22     Q.  Well, you created the products you were          14:14:37

23 offering, right?                                         14:14:39

24     A.  Yes.                                             14:14:40

25     Q.  Okay.  Who were you creating them for?           14:14:41

| | | |
|---|---|---|
| 1 | A.  Well, as -- as I said, AI researchers | 14:14:46 |
| 2 | originally, and then later, ordinary consumers, | 14:14:49 |
| 3 | everybody, everyone, internet users. | 14:14:53 |
| 4 | Q.  All right.  So, before November 16, 2022 -- | 14:14:57 |
| 5 | A.  Yeah. | 14:14:59 |
| 6 | Q.  -- your goods and services were created for | 14:15:00 |
| 7 | ordinary consumers, everybody, everyone, internet users? | 14:15:03 |
| 8 | Did I hear you right? | 14:15:09 |
| 9 | A.  Well, there were stages.  Initially, it was AI | 14:15:14 |
| 10 | researchers, and then later, it expanded, and it was | 14:15:18 |
| 11 | more and more people. | 14:15:21 |
| 12 | Q.  When did it expand? | 14:15:22 |
| 13 | A.  I don't know.  I -- I don't know exactly.  I | 14:15:24 |
| 14 | can't remember exactly when that I started thinking, oh, | 14:15:28 |
| 15 | there's going to be more -- wider, wider public will be | 14:15:31 |
| 16 | using them. | 14:15:34 |
| 17 | Q.  Was it in connection with the introduction of | 14:15:35 |
| 18 | any new good or service? | 14:15:38 |
| 19 | A.  I -- I'm not sure.  I don't remember. | 14:15:46 |
| 20 | Q.  You have nothing you can think of as a reason | 14:15:48 |
| 21 | that the market expanded over time before November 2016, | 14:15:54 |
| 22 | 2022; is that right? | 14:16:05 |
| 23 | A.  I mean, I -- I can't think about -- well, I | 14:16:12 |
| 24 | mean, there were -- there were things.  I just -- this | 14:16:14 |
| 25 | is a thing -- it's something I'll have to go and think | 14:16:18 |

| | | |
|---|---|---|
| 1 | about and get back to you on that. | 14:16:21 |
| 2 | Q. When do you think you'll be able to get back | 14:16:23 |
| 3 | to me about this? | 14:16:26 |
| 4 | A. After I think about it. Do you want me to | 14:16:27 |
| 5 | think about it now? It will take me a couple of | 14:16:29 |
| 6 | minutes. | 14:16:35 |
| 7 | Q. Why don't we take a break and you can think | 14:16:35 |
| 8 | about it. | 14:16:38 |
| 9 | A. Okay, sure. | 14:16:38 |
| 10 | Q. Thank you. | 14:16:38 |
| 11 | MS. CARUSO: Let's go off the record. | 14:16:41 |
| 12 | THE VIDEOGRAPHER: Stand by. We are going off | 14:16:41 |
| 13 | the record. The time is 2:16 p.m. | 14:16:42 |
| 14 | (Whereupon, a recess was taken.) | 14:17:35 |
| 15 | THE VIDEOGRAPHER: We are back on the record. | 14:31:08 |
| 16 | The time is 2:31 p.m. | 14:31:10 |
| 17 | THE WITNESS: Can we up the temperature there | 14:31:16 |
| 18 | a little bit? It's cold. | 14:31:18 |
| 19 | BY MS. CARUSO: | 14:31:23 |
| 20 | Q. Mr. Ravine, when do you believe the market for | 14:31:24 |
| 21 | your goods and services expanded? | 14:31:26 |
| 22 | A. So, it started with AI researchers, and as AI | 14:31:30 |
| 23 | became more and more useful, it expanded to a less | 14:31:34 |
| 24 | sophisticated audience over time. I couldn't pinpoint a | 14:31:39 |
| 25 | specific date, and the problem is, like, you know, | 14:31:45 |

| | | |
|---|---|---|
| 1 | it's -- it's a continuous expansion. | 14:31:48 |
| 2 | So, there is no, like, discrete points where | 14:31:51 |
| 3 | it expanded to, like, a specific community.  It's just | 14:31:54 |
| 4 | the market for AI became bigger and bigger.  The | 14:32:00 |
| 5 | community for AI researchers initially was very small, | 14:32:04 |
| 6 | and gradually, more and more people started using AI | 14:32:06 |
| 7 | and -- as AI became also more useful.  And -- and then, | 14:32:13 |
| 8 | you know, AI applications became more and more useful, | 14:32:18 |
| 9 | and there were more and more users in many different | 14:32:22 |
| 10 | areas.  And so -- | 14:32:24 |
| 11 | Q.  So, you can't tell me when you believe the | 14:32:28 |
| 12 | market for your goods and services expanded? | 14:32:30 |
| 13 | A.  As I said, it was a continuous expansion.  And | 14:32:32 |
| 14 | this happened across the entire industry. | 14:32:41 |
| 15 | Q.  Is it your understanding that the community of | 14:32:43 |
| 16 | AI researchers has remained very small? | 14:32:50 |
| 17 | A.  I didn't say that. | 14:32:57 |
| 18 | Q.  Mr. Ravine -- | 14:33:05 |
| 19 | A.  Uh-huh. | 14:33:07 |
| 20 | Q.  -- is it your understanding that the community | 14:33:08 |
| 21 | of AI researchers has remained very small? | 14:33:11 |
| 22 | A.  No.  It's expanded over time. | 14:33:14 |
| 23 | Q.  When did it begin to expand? | 14:33:19 |
| 24 | A.  It is a continuous process of expansion. | 14:33:22 |
| 25 | Q.  How would you describe its size in 2015? | 14:33:24 |

| | | |
|---|---|---|
| 1 | A.  Very, very small. | 14:33:29 |
| 2 | Q.  How many people? | 14:33:30 |
| 3 | A.  I don't know.  If you want me -- I can't say | 14:33:33 |
| 4 | the specific numbers of how many people there were in | 14:33:37 |
| 5 | the community. | 14:33:40 |
| 6 | Q.  Hundreds?  Thousands?  Tens of thousands? | 14:33:41 |
| 7 | A.  I don't know.  It depends on what you call an | 14:33:44 |
| 8 | AI researcher.  It depends on many things.  I don't have | 14:33:46 |
| 9 | the numbers in front of me. | 14:33:49 |
| 10 | Q.  When you refer to the market of AI researchers | 14:33:51 |
| 11 | for your goods and services in -- | 14:33:55 |
| 12 | A.  What I know -- okay, go ahead. | 14:33:58 |
| 13 | Q.  -- in 2015 -- | 14:34:01 |
| 14 | A.  Yeah. | 14:34:04 |
| 15 | Q.  -- to whom are you referring? | 14:34:04 |
| 16 | A.  As I said, mostly AI researchers, and -- | 14:34:07 |
| 17 | Q.  And how large of a community was that at the | 14:34:11 |
| 18 | time? | 14:34:13 |
| 19 | A.  It was small. | 14:34:13 |
| 20 | Q.  Can you provide any quantification? | 14:34:15 |
| 21 | A.  I don't know. | 14:34:19 |
| 22 | Q.  None at all?  It could be two people; it could | 14:34:20 |
| 23 | be 2 billion people? | 14:34:23 |
| 24 | A.  It's probably not two people or 2 billion | 14:34:26 |
| 25 | people. | 14:34:29 |

1          Q.  Can you provide some other estimate?                14:34:30

2          A.  It is very difficult to estimate this.  I'm         14:34:34

3     not an expert.                                               14:34:38

4          Q.  Were you a part of this community?                  14:34:39

5          A.  Yes.                                                 14:34:43

6          Q.  And you have no opinion whatsoever about how        14:34:43

7     many other people were a part of this community?            14:34:47

8          A.  It was much smaller than the current size.  I       14:34:55

9     mean, I don't know the specific numbers.  I know that        14:34:59

10    conferences were much smaller than today's, as I            14:35:02

11    remember it.                                                 14:35:10

12         Q.  Mr. Ravine, you were aware of OpenAI, Inc.'s        14:35:13

13    GPT-2 product by May 16, 2019, weren't you?                  14:35:17

14         A.  I don't -- didn't say that.  I didn't say           14:35:28

15    that.  Where --                                              14:35:32

16         Q.  Mr. Ravine, when I ask you a question --            14:35:34

17         A.  Yeah.                                                14:35:36

18         Q.  -- I would like you to listen to the question.      14:35:37

19         A.  Sure.                                                14:35:38

20         Q.  I am not asking you whether you've ever said        14:35:39

21    this before.                                                 14:35:41

22         A.  Yeah.                                                14:35:42

23         Q.  I'm asking you --                                    14:35:42

24         A.  Yeah.                                                14:35:44

25         Q.  -- is this true as you sit here today?             14:35:44

1      A.  But you're stating it as if I said that.          14:35:47

2  Like, on what basis are you saying that?                  14:35:50

3      Q.  Is it or is it not accurate that you were         14:35:53

4  aware of OpenAI, Inc.'s GPT-2 product as of May 16th,     14:35:58

5  2019?                                                     14:36:04

6      A.  GPT-2 was not a product.                          14:36:05

7      Q.  What do you understand it to have been?           14:36:08

8      A.  It was a research paper, a research project.      14:36:11

9      Q.  You were aware of OpenAI, Inc.'s GPT-2            14:36:17

10 research project as of May 16, 2019, weren't you?         14:36:24

11     A.  I -- I don't remember.  I don't know.  No, I      14:36:30

12 don't know.                                               14:36:33

13     Q.  You don't know when you became aware of it?       14:36:34

14     A.  I don't know.                                     14:36:37

15     Q.  How did you become aware of it?                   14:36:38

16     A.  I can't remember.  I don't remember.  You're      14:36:40

17 asking me for things that -- like, six years ago.  Like,  14:36:47

18 I don't know.                                             14:36:55

19     Q.  I would like to hand you what's been premarked    14:36:55

20 as Exhibit 300.                                           14:36:59

21         (Whereupon, Exhibit 300 was marked for            14:36:59

22         identification.)                                  14:37:02

23 BY MS. CARUSO:                                            14:37:02

24     Q.  Do you recognize this document?                   14:37:04

25     A.  I don't remember this document, but I can read    14:37:33

1    it.                                                    14:37:35

2        Q.  Mr. Ravine, do you believe that this document    14:37:35

3    does not reflect an email that you sent in May 16, 2019?    14:37:41

4        A.  I don't know.  Is this an email that I sent?    14:37:48

5    Assuming this is an email I sent -- like, are you saying    14:37:53

6    that this is -- are you making a representation this is    14:37:56

7    an email I sent?                                       14:37:59

8        Q.  Mr. Ravine, this document is produced with    14:38:01

9    Bates Number RAVINE0005594 from your counsel.          14:38:04

10       A.  Okay.                                          14:38:13

11       Q.  It says at the top, "Message from Guy Ravine    14:38:13

12   sent 5/16/2019 6:18:08 p.m. to AnneH@eecs.mit.edu."    14:38:16

13           Do you see that?                               14:38:29

14       A.  Yes.                                           14:38:31

15       Q.  Do you have reason to believe this is not, in    14:38:31

16   fact, an email that you sent on May 16, 2019?          14:38:33

17       A.  I haven't reviewed this email, so, I don't --    14:38:39

18   I can't say, but if you are making the representation    14:38:44

19   that it is an email I sent, then based on your          14:38:49

20   representation, we can answer your questions.          14:38:52

21       Q.  Okay.                                          14:38:54

22           MS. CARUSO:  Let's go off the record.  And,    14:38:56

23   Mr. Wilson, I would like you to talk to your client    14:38:57

24   about how depositions work, and if not, we can get the    14:39:00

25   magistrate on the phone right now.                     14:39:04

| | |
|---|---|
| 1 | Let's take a ten-minute break. | 14:39:09 |
| 2 | THE VIDEOGRAPHER:  We are going off the | 14:39:11 |
| 3 | record.  The time is 2:39 p.m. | 14:39:12 |
| 4 | (Whereupon, a recess was taken.) | 14:39:16 |
| 5 | THE VIDEOGRAPHER:  We are back on the record. | 14:47:55 |
| 6 | The time is 2:47 p.m. | 14:47:56 |
| 7 | BY MS. CARUSO: | 14:48:00 |
| 8 | Q.  Mr. Ravine, do you have any reason to believe | 14:48:01 |
| 9 | the document marked as Exhibit 300 is not an email that | 14:48:03 |
| 10 | you sent on May 16, 2019? | 14:48:06 |
| 11 | A.  Well, and my attorney explained to me, as he | 14:48:09 |
| 12 | said just now, that there's a number at the bottom, | 14:48:13 |
| 13 | which means we probably produced it.  So, I -- I imagine | 14:48:16 |
| 14 | that we produced it. | 14:48:20 |
| 15 | Q.  My question was:  Do you have any reason to | 14:48:23 |
| 16 | believe that the document marked as Exhibit 300 is not | 14:48:25 |
| 17 | an email that you sent on May 16, 2019? | 14:48:28 |
| 18 | A.  I -- I -- I have no reason to believe that | 14:48:34 |
| 19 | it's not. | 14:48:38 |
| 20 | Q.  Okay.  And in this email, you reference GPT-2. | 14:48:39 |
| 21 | Do you see that? | 14:48:45 |
| 22 | A.  I reference GPT-2 as a concept. | 14:48:48 |
| 23 | Q.  So, you were aware of GPT-2 by at least | 14:48:51 |
| 24 | May 16, 2019; is that right? | 14:48:55 |
| 25 | A.  I was aware, according to this, of -- I don't | 14:48:57 |

1    know.  Actually, I can't tell you if I was aware or not,          14:49:02

2    but this is an email.                                            14:49:05

3          Can I read this -- this email for a second,                14:49:06

4    just to -- to see the context of it?                             14:49:09

5      Q.  Mr. Ravine, you didn't read this email during             14:49:11

6    our break?                                                       14:49:14

7      A.  No.  I asked -- we -- he explained to me --                14:49:15

8          MR. WILSON:  We're not going to discuss --                 14:49:19

9          THE WITNESS:  We're not going to discuss what              14:49:22

10   was discussed.  It's attorney-client privileged.                 14:49:25

11   BY MS. CARUSO:                                                    14:49:27

12     Q.  Okay.  So you're saying even though you                    14:49:27

13   referenced GPT-2 --                                              14:49:30

14   A.  I'm saying I want to read the email --

15   Q.  I -- you don't --

16   A.  -- before I answer --

17   Q.  -- need to read the email --

18   A.  -- more questions --

19   Q.  I'm just going to ask you a separate question.

20       THE REPORTER:  If I could get one at a time,

21   that would be great.                                             14:49:41

22       THE WITNESS:  If you would like to ask me                    14:49:41

23   questions about this email, I would like to read the             14:49:43

24   email.                                                           14:49:45

25   ///                                                              14:49:46

| | | |
|---|---|---|
| 1 | BY MS. CARUSO: | 14:49:46 |
| 2 | Q.  Mr. Ravine, my question to you is just this: | 14:49:47 |
| 3 | Is it your testimony that even though you referred to | 14:49:51 |
| 4 | GPT-2 in this email, you might not have been aware of it | 14:49:53 |
| 5 | as of the date that you wrote this email? | 14:49:59 |
| 6 | A.  In order to answer your question, I have to | 14:50:01 |
| 7 | read the email. | 14:50:03 |
| 8 | Q.  Okay.  As a general matter, you sometimes | 14:50:07 |
| 9 | maybe write emails in which you talk about concepts that | 14:50:10 |
| 10 | you're not aware of? | 14:50:13 |
| 11 | A.  If -- I -- it -- if I wrote about it, GPT-2 | 14:50:17 |
| 12 | was a paper that I may have read.  It does not mean that | 14:50:27 |
| 13 | it's a product.  It's a research paper, and it does not | 14:50:31 |
| 14 | mean that I knew it's associated with your client.  So, | 14:50:36 |
| 15 | but I will read the email, and I will be able to answer | 14:50:41 |
| 16 | your questions more clearly. | 14:50:44 |
| 17 | Q.  You're aware OpenAI, Inc. had -- | 14:50:46 |
| 18 | A.  Okay, you're not letting me read the email. | 14:50:49 |
| 19 | Q.  I am not asking you a question.  There's no | 14:50:51 |
| 20 | pending question. | 14:50:52 |
| 21 | A.  Okay. | 14:50:53 |
| 22 | Q.  You're aware OpenAI, Inc. had a product called | 14:50:53 |
| 23 | Codex? | 14:50:57 |
| 24 | A.  Am -- I don't remember Codex. | 14:51:00 |
| 25 | /// | |

| | | |
|---|---|---|
| 1 | (Whereupon, Exhibit 301 was marked for | 14:51:00 |
| 2 | identification.) | 14:51:00 |
| 3 | BY MS. CARUSO: | 14:51:08 |
| 4 | Q.  All right.  I would like to have you shown | 14:51:08 |
| 5 | what's been marked as Exhibit 301. | 14:51:10 |
| 6 | A.  You asked me a question about this email, and | 14:51:16 |
| 7 | I didn't even have a chance to read the email. | 14:51:18 |
| 8 | Q.  You gave an answer.  We're moving on. | 14:51:20 |
| 9 | You have in front of you Exhibit 301? | 14:51:24 |
| 10 | Mr. Ravine, you have in front of you | 14:51:35 |
| 11 | Exhibit 301, question mark? | 14:51:38 |
| 12 | A.  Uh-huh. | 14:51:41 |
| 13 | Q.  Can you please give a yes-or-no answer? | 14:51:42 |
| 14 | A.  About what? | 14:51:45 |
| 15 | Q.  Whether or not you have in front of you | 14:51:47 |
| 16 | Exhibit 301. | 14:51:49 |
| 17 | A.  Yes. | 14:51:51 |
| 18 | Q.  And you see that Exhibit 301 is an email sent | 14:51:52 |
| 19 | to you on August 8 -- August 10th, 2021? | 14:51:58 |
| 20 | A.  Yes.  I don't remember this email. | 14:52:10 |
| 21 | Q.  This email says that it's from OpenAI Codex. | 14:52:13 |
| 22 | Do you see that? | 14:52:19 |
| 23 | A.  That's what it says. | 14:52:21 |
| 24 | Q.  Okay.  And it also says "Unsubscribe | 14:52:22 |
| 25 | GuyRavine@Gmail.com from this list," colon, and then it | 14:52:30 |

| | | |
|---|---|---|
| 1 | has a link. | 14:52:35 |
| 2 | Do you see that? | 14:52:37 |
| 3 | A. Yes. | 14:52:37 |
| 4 | Q. Did you subscribe to a listserv provided by | 14:52:38 |
| 5 | OpenAI, Inc.? | 14:52:50 |
| 6 | A. I don't know, and, actually, this does not | 14:52:51 |
| 7 | necessarily mean that it's a subscription to OpenAI, but | 14:52:54 |
| 8 | I don't know. Somebody could have subscribed my email. | 14:52:58 |
| 9 | Who knows? I have so many things that I get. | 14:53:01 |
| 10 | Q. Sitting here today, you don't know whether you | 14:53:04 |
| 11 | have ever signed up to receive any emails from OpenAI, | 14:53:07 |
| 12 | Inc.? | 14:53:10 |
| 13 | A. I didn't say that. I said that I don't know | 14:53:10 |
| 14 | if I subscribed to receive -- | 14:53:12 |
| 15 | Q. Mr. Ravine -- | 14:53:15 |
| 16 | A. -- this email. | 14:53:15 |
| 17 | Q. -- sitting here today, do you know whether you | 14:53:17 |
| 18 | ever signed up to receive any emails from OpenAI, Inc.? | 14:53:19 |
| 19 | A. I don't remember. | 14:53:23 |
| 20 | (Whereupon, Exhibit 302 was marked for | 14:53:23 |
| 21 | identification.) | 14:53:23 |
| 22 | BY MS. CARUSO: | 14:53:23 |
| 23 | Q. I would like to show you what's been marked as | 14:53:24 |
| 24 | Exhibit 302. | 14:53:30 |
| 25 | Do you have Exhibit 302 in front of you? | 14:53:41 |

| | | |
|---|---|---|
| 1 | A. Yes. | 14:53:46 |
| 2 | Q. Do you see that Exhibit 302 is an email sent | 14:53:47 |
| 3 | to you on July 13, 2022? | 14:53:51 |
| 4 | A. Yes. | 14:54:04 |
| 5 | Q. You received this email? | 14:54:05 |
| 6 | A. I imagine, yes. | 14:54:10 |
| 7 | Q. And this email was sent from OpenAI. | 14:54:12 |
| 8 | Do you see that? | 14:54:16 |
| 9 | A. Yes. | 14:54:19 |
| 10 | Q. And it says, after the "Get Started" | 14:54:20 |
| 11 | highlighted section, "This email was sent by OpenAI | 14:54:27 |
| 12 | because you signed up for the DALL-E beta." | 14:54:30 |
| 13 | Do you see that? | 14:54:33 |
| 14 | A. Well, can I read this email first? | 14:54:43 |
| 15 | Q. Do you see that? | 14:54:45 |
| 16 | A. That what? | 14:54:45 |
| 17 | Q. That language that I just read. | 14:54:46 |
| 18 | A. What did you say? Sorry. | 14:54:48 |
| 19 | Q. "This email was sent by OpenAI because you | 14:54:51 |
| 20 | signed up for the DALL-E beta." | 14:54:55 |
| 21 | A. Well, can I read the email in order to answer | 14:54:58 |
| 22 | your question? | 14:55:00 |
| 23 | Q. Mr. Ravine, can you -- | 14:55:00 |
| 24 | A. You haven't given me a chance to even read the | 14:55:01 |
| 25 | email. | 14:55:04 |

1      Q.  Can you first answer whether you see that        14:55:05

2  language on the page?                                    14:55:09

3      A.  What is -- what is the specific language?        14:55:11

4  Tell me the words.                                       14:55:20

5      Q.  Do you see that on Exhibit 302, there's a        14:55:22

6  section at the bottom.                                   14:55:28

7          Do you see that?                                 14:55:30

8      A.  Oh, yeah, of course.  You're not letting me      14:55:31

9  read the email, so how can I know that it's at the       14:55:33

10  bottom in a -- in the -- in a footnote?                 14:55:38

11          Can I please read the email so I can tell you?  14:55:41

12      Q.  Please read the email.                          14:55:44

13      A.  Okay, thank you.                                14:55:45

14          Okay.                                           14:56:18

15      Q.  Okay.  You read all nine lines --               14:56:19

16      A.  I just want to say that I get so many spam       14:56:22

17  emails and so many subscriptions, so, it is actually not 14:56:26

18  clear that I signed up for it, but maybe I have.         14:56:29

19      Q.  Mr. Ravine, sitting here today, you can't say    14:56:38

20  whether or not you signed up for the DALL-E beta; is     14:56:41

21  that --                                                  14:56:46

22      A.  I don't remember signing up for the DALL-E       14:56:47

23  beta.                                                    14:56:49

24      Q.  When did you first use DALL-E?                   14:56:50

25      A.  I don't remember when I used DALL-E.             14:56:52

```
 1        Q.  All right.  But you were aware of it by        14:56:54
 2   July 13, 2022; is that right?                           14:56:57
 3        A.  I -- I didn't say that.  The fact that I       14:57:00
 4   received an email doesn't mean that I'm aware of it.    14:57:02
 5        Q.  Okay.  So --                                   14:57:05
 6        A.  There's a lot of email I -- I receive.         14:57:06
 7        Q.  -- is it your testimony that someone else      14:57:08
 8   would have signed you up --                             14:57:10
 9        A.  I didn't say that.  I just don't remember      14:57:11
10   signing up, and I have a lot of subscriptions and these 14:57:14
11   letters and lots of emails that I don't read from a lot 14:57:19
12   of crap that I get.  I get lots of emails that I don't  14:57:23
13   read.                                                   14:57:25
14        Q.  After you received this email in July 2022     14:57:29
15   about the DALL-E image generator offered by OpenAI,     14:57:36
16   Inc., you began offering an image generator, right?     14:57:43
17        A.  We actually were working on developing an      14:57:48
18   image generator well before that, and we had a beta of  14:57:52
19   it probably like before -- I'm not sure exactly of the  14:57:55
20   dates, but around that time or before that.             14:58:01
21        Q.  And that beta was not available on the open.ai 14:58:03
22   web page, was it?                                       14:58:11
23        A.  It was available on another product of ours,   14:58:13
24   Boom.                                                   14:58:15
25        Q.  And that beta did not use OpenAI in connection 14:58:16
```

```
1    with its branding, right?                              14:58:21
2         A.  As far as I remember, DALL-E also didn't use  14:58:22
3    OpenAI in connection -- in connection with its branding. 14:58:25
4         Q.  Okay.  And you see on Exhibit 302 that         14:58:27
5    the "From" line of this DALL-E reference says "OpenAI"   14:58:30
6    on it?                                                  14:58:36
7         A.  That's an email.  That's not the product.      14:58:36
8         Q.  And when you used DALL-E, did -- how did you   14:58:38
9    reach it?                                               14:58:41
10        A.  I didn't say I remember using DALL-E.          14:58:42
11        Q.  Earlier, you testified that you used DALL-E.   14:58:46
12        A.  I don't remember when I used DALL-E and how I  14:58:49
13   reached it and if I used DALL-E.  I probably used       14:58:53
14   DALL-E.  Actually, I think I used DALL-E -- I don't     14:58:56
15   remember.  I used ChatGPT.  I tried ChatGPT, and ChatGPT 14:58:58
16   has the functionality of generating images.  So, I must 14:59:02
17   have used DALL-E for the functionality of ChatGPT.      14:59:07
18        MS. CARUSO:  Move to strike everything after       14:59:23
19   my question, "After you received this email in July 2022 14:59:31
20   about the DALL-E image generator offered by OpenAI, Inc. 14:59:37
21   you began offering an image generator?"                 14:59:41
22   BY MS. CARUSO:                                          14:59:54
23        Q.  And I'm going to ask you this question         14:59:54
24   again -- I'm going to ask you a different question.     14:59:54
25        After you received this email in July 2022         14:59:55
```

1    about the DALL-E image generator offered by OpenAI,          14:59:57

2    Inc., you later began offering an image generator on the     15:00:02

3    open.ai web page; is that correct?                           15:00:08

4        A.  We were already developing and offering an           15:00:14

5    image generator on -- yeah, our company was already          15:00:18

6    offering an image generator back then.                       15:00:23

7        Q.  Was it on the open.ai web page?                      15:00:26

8        A.  It doesn't matter where it's on, but no, I           15:00:32

9    don't think it was --                                        15:00:32

10       Q.  Mr. Ravine --                                        15:00:33

11       A.  I don't think it was on open.ai.                     15:00:33

12       Q.  -- you know that it was not on the open.ai web       15:00:37

13   page?                                                        15:00:39

14       A.  It wasn't on the open.ai domain, no; home            15:00:40

15   page, no.                                                    15:00:43

16       Q.  That didn't happen until after July 2022,            15:00:44

17   right?                                                       15:00:52

18       A.  Right.                                               15:00:52

19       Q.  That didn't happen until November 2022, right?      15:00:53

20       A.  Probably.  I don't remember the exact date.          15:00:59

21       Q.  Were you concerned when you decided to offer         15:01:02

22   an image generator on open.ai that people would think it     15:01:05

23   was the image generator of OpenAI, Inc.?                     15:01:11

24       A.  Like, concerned?  No, I wasn't concerned.            15:01:17

25       Q.  Did you consider that that might happen?             15:01:24

1          A.  Well, since your client stole the name that we          15:01:29

2     were using, that could have been a problem and -- yeah.          15:01:37

3          Q.  Mr. Ravine, please answer my question.  Did          15:01:39

4     you consider that might happen?          15:01:41

5          A.  Sorry.  I lost the thread here.  What might          15:01:48

6     happen?  Can you repeat the question, please?  What          15:01:52

7     might happen?          15:01:57

8          Q.  Did you consider that by offering an image          15:01:58

9     generator on open.ai that people would think it was the          15:02:01

10     image generator of OpenAI, Inc.?          15:02:06

11          A.  You're asking if there was a possibility of          15:02:15

12     confusion?  There was always a possibility of confusion,          15:02:19

13     because your -- your clients stole the name.  So, yeah,          15:02:22

14     that -- that was a concern, that they would confuse us.          15:02:27

15          Q.  And you chose to proceed with that --          15:02:32

16          A.  It was --          15:02:41

17          Q.  -- notwithstanding that concern, correct?          15:02:42

18          A.  It was our registered trademark.  We had used          15:02:45

19     it since before your clients, and your clients also told          15:02:47

20     me that I can go ahead and do a website with AI          15:02:52

21     algorithms, even though I never gave them permission to          15:02:56

22     use our mark.          15:02:59

23          So, this should have been your client's          15:03:00

24     concern, not my concern.  I was concerned that people          15:03:04

25     would confuse, because your client was encroaching on          15:03:07

```
 1   our market.                                                  15:03:11

 2        Q.  How was OpenAI, Inc. encroaching on your            15:03:15

 3   market?                                                      15:03:21

 4        A.  How was it encroaching -- I mean --                 15:03:24

 5            MR. WILSON:  Objection, form.                       15:03:28

 6            You may answer.                                     15:03:29

 7            THE WITNESS:  I don't know.  I'm not an expert      15:03:31

 8   in --                                                        15:03:32

 9   BY MS. CARUSO:                                               15:03:33

10        Q.  What did you mean when you said "your client        15:03:33

11   was encroaching on our market"?                              15:03:35

12        A.  Well, I mean, we were doing a generative AI         15:03:37

13   model, and your clients decided to do a generative AI        15:03:40

14   model.                                                       15:03:45

15        Q.  Is it or is it not accurate -- what do you          15:03:46

16   mean by you were doing a generative AI model?                15:03:50

17        A.  Since years before, we were building -- we had      15:03:54

18   a facility to build AI models on our sites, and to run       15:04:03

19   them and to use them.                                        15:04:08

20            At some point, your client decided to do a          15:04:10

21   generative AI model and offer something like that.           15:04:13

22        Q.  Mr. Ravine, when did you --                         15:04:16

23        A.  Under the same brand.                               15:04:18

24        Q.  Mr. Ravine, when did you begin offering a           15:04:19

25   generative AI model on the open.ai domain?                   15:04:22
```

1    A.  We -- on decentralized.open.ai, we had the          15:04:28

2  ability for people to develop and run AI algorithms,      15:04:33

3  including generative AI algorithms, as early as 2017.      15:04:38

4    Q.  So, it's your position that the                      15:04:42

5  decentralized.open.ai domain offered a generative AI       15:04:49

6  model?                                                     15:04:52

7    A.  There was a collaboration tool that, as a            15:04:52

8  component of it, it offered a generative AI model.         15:04:55

9    Q.  How was it that you expected people to               15:04:59

10 encounter the web page decentralized.open.ai?              15:05:01

11   A.  I mean, they -- I mean, I would go to                15:05:10

12 conferences.  I talk to people in conferences.  You        15:05:13

13 know, word of mouth.  There's many different ways that     15:05:16

14 people can encounter things.                               15:05:19

15   Q.  Okay.  And did you give them anything that           15:05:20

16 said, "Go to decentralized.open.ai"?                       15:05:24

17   A.  Did I give them anything?  What do you mean?         15:05:27

18   Q.  How did they know the domain name to go to?         15:05:30

19   A.  I told them about it.                                15:05:33

20   Q.  You -- you told them go to decentralized --         15:05:34

21   A.  Yes.  Of course, yes.                                15:05:37

22   Q.  Of course.  And you think that's the kind of        15:05:38

23 URL people keep in their mind, decentralized.open.ai?      15:05:45

24   A.  I don't have access to people's minds.              15:05:52

25   Q.  And is it your testimony, then, that my client      15:05:56

1    began offering a generative AI model that was similar to          15:06:00

2    what was on decentralized.open.ai?                                15:06:05

3        A.  I didn't say it was similar.  I said it was a            15:06:12

4    generative AI model.                                              15:06:15

5        Q.  Your testimony as recorded a few moments ago             15:06:17

6    was, "At some point, your client decided to do a                 15:06:20

7    generative AI model and offer something like that."              15:06:23

8            What did you mean by "something like that"?              15:06:26

9        A.  I need the context.  Can you read me the                 15:06:32

10   context?  The previous --                                        15:06:34

11       Q.  That was your answer?                                    15:06:34

12       A.  The previous question?  I mean, what was the             15:06:38

13   question, what was -- and the previous answer?  What am          15:06:40

14   I referring to by -- by "like that"?  I don't know.  You         15:06:43

15   would have to read it to me so I could understand the            15:06:46

16   context.                                                         15:06:49

17       Q.  Question:  "Is it or is it not accurate --              15:06:50

18   what do you mean by you were doing a generative AI               15:06:55

19   model?"                                                          15:07:00

20           Answer:  "Since years before, we were                   15:07:00

21   building -- we had a facility to build AI models on our          15:07:03

22   sites and to run them and to use them.  At some point,           15:07:06

23   your client decided to do a generative AI model and             15:07:09

24   offer something like that."                                      15:07:13

25       A.  Yeah.  So, we had the facility to run AI                 15:07:15

1  algorithms on our site, any AI algorithm.  Your client        15:07:19

2  never did that, never provided any AI algorithm to run         15:07:24

3  as an online product on their site until later.  And          15:07:27

4  so --                                                          15:07:33

5      Q.  And when is it that you understand OpenAI,             15:07:37

6  Inc. to have first provided an AI algorithm on its             15:07:41

7  website?                                                       15:07:45

8      A.  I don't know.  I -- I can't testify to that.          15:07:48

9  I don't -- I don't remember.  I can't -- I can't give          15:07:50

10  you a date.  I don't have the numbers.                        15:07:53

11     Q.  Is it your -- is it your understanding that            15:07:56

12  DALL-E was an AI algorithm?                                   15:08:01

13     A.  DALL-E is an AI algorithm, yes.                        15:08:02

14     Q.  And you understand that there are projects and         15:08:11

15  products that my client made available other than             15:08:15

16  directly through its website before the introduction of       15:08:19

17  DALL-E?                                                       15:08:22

18     A.  I don't understand that, no.                           15:08:23

19     Q.  Okay.                                                  15:08:24

20     A.  I -- what -- what I know is that they had              15:08:25

21  research -- now I know that they had research projects,       15:08:27

22  and -- and lots of blogs and papers, but not real            15:08:30

23  products.  In fact, they said specifically that they          15:08:38

24  were not offering any commercial products and they did        15:08:41

25  not intend to offer commercial products, until much           15:08:43

1    later.                                                    15:08:46

2         Q.  Is it your understanding that if a product       15:08:47

3    isn't a commercial product, it's not a real product?      15:08:49

4              MR. WILSON:  Objection, form.                    15:08:54

5              THE WITNESS:  I don't know.  It's -- I'm not a   15:08:56

6    legal expert.                                             15:08:58

7    BY MS. CARUSO:                                            15:08:59

8         Q.  Mr. Ravine, you just testified, "They had lots   15:08:59

9    of blogs and papers, but not real products.  In fact,    15:09:03

10   they said specifically that they were not offering any    15:09:07

11   commercial products."                                     15:09:09

12        A.  I didn't say they have lots -- I said they       15:09:10

13   had -- well, okay, I want to restate my testimony.  They  15:09:12

14   had some blogs and some papers, research papers, and      15:09:16

15   they were a research institute that was a nonprofit       15:09:21

16   research institute, and they said specifically that they  15:09:25

17   would not have any products, any commercial products.     15:09:26

18        Q.  Is it your understanding that there can be       15:09:31

19   products that are not commercial products?                15:09:33

20             MR. WILSON:  Objection, form.                    15:09:39

21             THE WITNESS:  I'm not a legal expert as to       15:09:42

22   what is commercial or not commercial, and I'm also not a  15:09:45

23   linguist.                                                 15:09:51

24   BY MS. CARUSO:                                            15:09:52

25        Q.  Okay.  So when you use the phrase "commercial    15:09:52

1    products," that doesn't have any meaning to you?        15:09:54

2        A.  They wrote it on their site.                    15:09:56

3        Q.  Okay.  But you are challenging whether or not   15:09:59

4    that was a true statement, right?                       15:10:02

5        A.  I don't -- I'm not qualified to -- to respond   15:10:07

6    to that.                                                15:10:12

7        Q.  Okay.  The image generator available on         15:10:13

8    open.ai produced images that were watermarked, didn't   15:10:15

9    it?                                                     15:10:23

10       A.  What?  No.  I don't know, probably not.  On     15:10:26

11   open.ai?                                                15:10:29

12       Q.  Yes.                                            15:10:30

13       A.  I -- when you generate it, did they produce a   15:10:38

14   watermark?  I don't -- I don't remember.  I think when  15:10:43

15   you generate it, it wasn't watermarked, but if you      15:10:49

16   shared it, it might have been, but I don't quite        15:10:53

17   remember.                                               15:10:57

18       Q.  Did Stable Diffusion's functionality add a      15:10:58

19   watermark to images that were generated using it?       15:11:06

20       A.  I would imagine no.                             15:11:21

21       Q.  What do you mean by if you shared it, it might  15:11:24

22   have been watermarked?                                  15:11:29

23       A.  If you -- after generating an image on our      15:11:31

24   site, you shared it, then when you shared it, a new     15:11:38

25   image would be generated that added a watermark.        15:11:51

1      Q.  So, you added that functionality to the image          15:11:59

2  generator, that watermarking functionality?                    15:12:06

3      A.  I -- I really don't remember what                       15:12:09

4  functionality was there at the time, but if there was          15:12:15

5  any watermark, it was in the sharing function.  As far         15:12:17

6  as I remember, there was no watermark when you generated       15:12:21

7  the images.  People didn't like watermarks.  So, I             15:12:24

8  imagine if there was anything, it was during the sharing       15:12:29

9  process.                                                       15:12:35

10     Q.  Why would it exist during the sharing process          15:12:36

11  if people don't like watermarks?                               15:12:38

12     A.  Because you want to tell them that it was               15:12:40

13  created by our tool.                                           15:12:44

14     Q.  The image generator available on open.ai did           15:12:47

15  not prohibit users from generating images depicting            15:12:52

16  violence against children, did it?                             15:12:56

17     A.  We created a filter, several filters,                   15:12:59

18  actually, to ensure that there's less and less of them.        15:13:04

19  This has always been a problem for the entire AI               15:13:08

20  industry, generating unwanted content or harmful               15:13:11

21  content, and we -- we tried our best to come up with the       15:13:18

22  filters needed to remove them.                                 15:13:23

23     Q.  But you were not successful in doing that,              15:13:26

24  were you?                                                       15:13:28

25     A.  We were successful in doing -- removing a               15:13:31

1   significant portion of them.  No one is fully          15:13:36

2   successful.  Even your client's products actually are  15:13:39

3   abysmally bad at doing that type of filtering very well. 15:13:43

4          Over time, our filter got better and better,   15:13:49

5   and I believe also the filter of everybody else in the 15:13:52

6   industry over time got better and better.              15:13:55

7     Q.  Mr. Ravine, as of October 2023, the image        15:13:58

8   generator available on open.ai did not prohibit users  15:14:11

9   from generating images depicting violence against      15:14:15

10  children, did it?                                       15:14:20

11    A.  As I said --                                      15:14:21

12        MR. WILSON:  Objection, form.                     15:14:22

13        THE WITNESS:  I think I already answered that     15:14:23

14  question.  As I said, we had a filter, multiple filters, 15:14:25

15  several filters, that would filter out the bad images,  15:14:34

16  that they would not be displayed, and that was also --  15:14:40

17  that is also true for all of the AI companies doing the 15:14:45

18  generative AI at the time, and now they generate        15:14:50

19  something, and then they filter it to see if it's bad,  15:14:57

20  and they remove it if it's bad.                         15:15:00

21         And these filters are not always 100 percent     15:15:02

22  successful.  In fact, they are far less than 100 percent 15:15:05

23  successful, and that's one of the problems that the AI  15:15:08

24  industry now faces.                                     15:15:11

25  ///                                                     15:15:12

| | | |
|---|---|---|
| 1 | BY MS. CARUSO: | 15:15:12 |
| 2 | Q.  Did you have filters like that for any of your | 15:15:12 |
| 3 | earlier tools? | 15:15:15 |
| 4 | A.  I don't recall what we did in the earlier | 15:15:22 |
| 5 | tools.  The -- we -- | 15:15:25 |
| 6 | Q.  When did you create these filters that you're | 15:15:33 |
| 7 | referring to? | 15:15:35 |
| 8 | A.  When did I create the filters?  I don't | 15:15:38 |
| 9 | remember when these filters were created, but we -- we | 15:15:40 |
| 10 | wanted to start filtering as soon as we discovered there | 15:15:44 |
| 11 | was bad content generated, and I imagine that's also the | 15:15:46 |
| 12 | case with many other AI companies doing that.  This is a | 15:15:52 |
| 13 | pervasive problem in the AI space, and people are | 15:15:58 |
| 14 | working to reduce harmful content. | 15:16:01 |
| 15 | MS. CARUSO:  I move to strike everything | 15:16:06 |
| 16 | after "I don't remember when these filters were | 15:16:08 |
| 17 | created." | 15:16:10 |
| 18 | BY MS. CARUSO: | 15:16:10 |
| 19 | Q.  Moving on, the filters were created after the | 15:16:11 |
| 20 | image generator was available for the first time, | 15:16:16 |
| 21 | though, on open.ai, right? | 15:16:18 |
| 22 | A.  I'm sorry.  Can you repeat the question?  I'm | 15:16:25 |
| 23 | like -- yeah, go ahead, sorry. | 15:16:27 |
| 24 | Q.  You created these filters sometime after first | 15:16:28 |
| 25 | making the image generator available on open.ai? | 15:16:35 |

| | | |
|---|---|---|
| 1 | A.  I don't remember when they were created, but | 15:16:40 |
| 2 | as soon as we -- as I said, as soon as we saw bad | 15:16:42 |
| 3 | content, we first worked on a flagging system, and then | 15:16:47 |
| 4 | other filtering mechanisms. | 15:16:53 |
| 5 | Q.  In 2023, you wanted to make life hard for | 15:16:55 |
| 6 | OpenAI, Inc., didn't you? | 15:17:03 |
| 7 | A.  What?  What?  What? | 15:17:05 |
| 8 | MR. WILSON:  Objection, form. | 15:17:11 |
| 9 | THE WITNESS:  I don't -- you have to be more | 15:17:24 |
| 10 | specific. | 15:17:26 |
| 11 | BY MS. CARUSO: | 15:17:26 |
| 12 | Q.  In 2023, did you want to make OpenAI's | 15:17:27 |
| 13 | business more difficult for it? | 15:17:33 |
| 14 | A.  I didn't intentionally want to make anybody's | 15:17:35 |
| 15 | business difficult.  I was just going about my -- my | 15:17:38 |
| 16 | business. | 15:17:40 |
| 17 | Q.  In 2023, you wanted to launch an initiative | 15:17:41 |
| 18 | that you thought would make OpenAI, Inc. scramble; is | 15:17:47 |
| 19 | that right? | 15:17:50 |
| 20 | A.  Scramble?  I don't know what you're talking | 15:17:51 |
| 21 | about. | 15:17:53 |
| 22 | Q.  You told others in 2023 that you wanted to | 15:17:53 |
| 23 | spice things up for OpenAI, Inc.? | 15:17:56 |
| 24 | A.  OpenAI, Inc. was a competitor -- a competitor | 15:17:59 |
| 25 | of ours, and as well as of other AI companies, and, you | 15:18:02 |

 1    know, they stole the name.  And everybody -- a lot of          15:18:11

 2    people in the industry didn't like them, and, yeah, I          15:18:18

 3    also didn't like them.                                         15:18:22

 4         MS. CARUSO:  Move to strike that answer.                  15:18:26

 5    BY MS. CARUSO:                                                 15:18:26

 6         Q.  Mr. Ravine, you told others in 2023 that              15:18:27

 7    you --                                                         15:18:29

 8         A.  I gave you an answer.  I'm not sure how you --        15:18:30

 9    okay.                                                          15:18:33

10         Q.  It's a yes-or-no question.                            15:18:33

11         A.  Okay.                                                 15:18:34

12         Q.  You told others in 2023 that you wanted to            15:18:34

13    spice things up for OpenAI, Inc., didn't you?                  15:18:37

14         A.  I don't remember that.                                15:18:41

15         Q.  Does that sound like something you would not          15:18:42

16    have said?                                                     15:18:47

17         A.  I don't know, actually.  I don't know if I            15:18:47

18    used these words, no.                                          15:18:50

19         Q.  You viewed yourself in early 2023 as in a very        15:18:51

20    special position with regard to OpenAI, Inc., didn't          15:18:55

21    you?                                                           15:18:59

22         A.  I -- I -- I mean, I don't remember, and I             15:19:01

23    don't know.  So, I don't -- I don't remember.                 15:19:07

24         Q.  Is it your testimony sitting here today that          15:19:09

25    you did not view yourself as being in a very special          15:19:13

1   position with regards to OpenAI, Inc., in early 2023?          15:19:17

2       A.  Wait, sorry.  So, what is your question?              15:19:22

3       Q.  In early 2023, did you view yourself as being         15:19:27

4   in a very special position with regard to OpenAI, Inc.?       15:19:32

5       A.  I don't know the context of this, so I don't          15:19:40

6   know what -- I can't respond to this, because I don't         15:19:44

7   have the context.  Like, what does it mean?                   15:19:48

8       Q.  Does it mean anything to you?                         15:19:50

9       A.  In -- in -- if you're taking it out of               15:19:52

10  context, I don't -- it doesn't mean anything.  It has to      15:19:55

11  be in a certain context.                                      15:19:59

12      Q.  In the first half of 2023, you wanted to sue          15:20:00

13  OpenAI, Inc.?                                                 15:20:04

14      A.  I didn't say that.                                    15:20:06

15      Q.  I didn't ask if you said it.  I'm asking if           15:20:09

16  that's what you wanted to do?                                 15:20:12

17          MR. WILSON:  I instruct the witness that he           15:20:15

18  can only answer the question to the extent his answer         15:20:17

19  doesn't reveal conversations he had with counsel.            15:20:21

20          THE WITNESS:  It would actually reveal                15:20:25

21  conversations with counsel.                                   15:20:27

22  BY MS. CARUSO:                                                15:20:28

23      Q.  Whether or not you wanted to sue OpenAI, Inc.         15:20:30

24  in 2023 is something you are saying you can't answer?         15:20:33

25      A.  My attorney just --                                   15:20:42

| | | |
|---|---|---|
| 1 | MR. WILSON:  Same instruction. | 15:20:43 |
| 2 | THE WITNESS:  I cannot answer because it would | 15:20:46 |
| 3 | reveal attorney-client privilege. | 15:20:48 |
| 4 | BY MS. CARUSO: | 15:20:49 |
| 5 | Q.  So, did you ever tell the Bloomberg reporter | 15:20:50 |
| 6 | that you never wanted to sue anyone? | 15:20:52 |
| 7 | A.  I don't remember that. | 15:20:57 |
| 8 | Q.  You don't remember telling him that? | 15:20:59 |
| 9 | A.  I don't remember what I told the Bloomberg | 15:21:03 |
| 10 | reporter. | 15:21:05 |
| 11 | Q.  Did you ask him to correct the statement that | 15:21:06 |
| 12 | he reported that you said you never wanted to sue anyone | 15:21:09 |
| 13 | in 2023? | 15:21:15 |
| 14 | A.  I don't remember -- as I said, I don't | 15:21:16 |
| 15 | remember what I asked him to correct. | 15:21:17 |
| 16 | Q.  Well, in the first half of 2023, you were | 15:21:19 |
| 17 | looking for people to help fund an attack on my client, | 15:21:21 |
| 18 | OpenAI, Inc., weren't you? | 15:21:24 |
| 19 | A.  Where is this -- | 15:21:26 |
| 20 | Q.  Is it true or not? | 15:21:30 |
| 21 | A.  Fund an attack?  What do you mean "fund an | 15:21:32 |
| 22 | attack"?  Well, what we did in 2023 is we filed a letter | 15:21:35 |
| 23 | of protest, because your client tried to get a trademark | 15:21:42 |
| 24 | that violated our -- with the same name, practically, | 15:21:49 |
| 25 | so -- so, we filed a letter of protest. | 15:21:55 |

| | | |
|---|---|---|
| 1 | Is that what you say is an attack?  I mean -- | 15:22:00 |
| 2 | I mean, they were attacking us in that case because they | 15:22:02 |
| 3 | were trying to steal our mark and -- and claim we don't | 15:22:04 |
| 4 | exist.  So -- | 15:22:09 |
| 5 | Q.  Did you try raising funds for that letter of | 15:22:10 |
| 6 | protest? | 15:22:14 |
| 7 | A.  Did I try raising funds for the letter of | 15:22:14 |
| 8 | protest? | 15:22:17 |
| 9 | MR. WILSON:  I'm going to instruct the witness | 15:22:22 |
| 10 | not to answer to the extent that it may reveal attorney | 15:22:25 |
| 11 | work product in terms of his litigation fund-raising | 15:22:29 |
| 12 | efforts. | 15:22:32 |
| 13 | THE WITNESS:  Yeah, it would reveal attorney | 15:22:33 |
| 14 | work product. | 15:22:36 |
| 15 | BY MS. CARUSO: | 15:22:36 |
| 16 | Q.  You were engaged in litigation fund-raising | 15:22:36 |
| 17 | efforts in the first half of 2023, right? | 15:22:39 |
| 18 | MR. WILSON:  Same instruction. | 15:22:42 |
| 19 | BY MS. CARUSO: | 15:22:44 |
| 20 | Q.  That's a yes-or-no question. | 15:22:44 |
| 21 | A.  Same answer. | 15:22:45 |
| 22 | MS. CARUSO:  It's a yes-or-no question. | 15:22:49 |
| 23 | You're not going to let him answer that? | 15:22:50 |
| 24 | THE WITNESS:  Same answer. | 15:22:53 |
| 25 | MR. WILSON:  May I have the question back, | 15:22:53 |

| | | |
|---|---|---|
| 1 | please? | 15:22:55 |
| 2 | BY MS. CARUSO: | 15:22:55 |
| 3 | Q.  You were engaged in litigation fund-raising | 15:22:56 |
| 4 | efforts in the first half of 2023, right? | 15:22:57 |
| 5 | MR. WILSON:  Same instruction. | 15:23:08 |
| 6 | MS. CARUSO:  And, Mr. Wilson, I will remind | 15:23:10 |
| 7 | you that we have not received a privilege log in this | 15:23:12 |
| 8 | case.  We asked that Mr. Ravine's deposition be | 15:23:14 |
| 9 | postponed until after we receive the privilege log.  We | 15:23:20 |
| 10 | were told that should not happen. | 15:23:24 |
| 11 | We reserve the right to have him called back | 15:23:25 |
| 12 | after we receive the privilege log.  So, I'm going to | 15:23:26 |
| 13 | give you one more chance to consider if you want to | 15:23:26 |
| 14 | continue to instruct on that question. | 15:23:29 |
| 15 | MR. WILSON:  For the time being, I'll continue | 15:23:30 |
| 16 | to instruct.  I imagine we'll have one more break before | 15:23:33 |
| 17 | the conclusion.  I'll talk to the client then. | 15:23:37 |
| 18 | BY MS. CARUSO: | 15:23:40 |
| 19 | Q.  You not only filed letters of protest with the | 15:23:42 |
| 20 | PTO, you also personally emailed the USPTO, didn't you? | 15:23:47 |
| 21 | A.  I don't remember. | 15:23:53 |
| 22 | (Whereupon, Exhibit 304 was marked for | 15:24:18 |
| 23 | identification.) | 15:24:20 |
| 24 | BY MS. CARUSO: | 15:24:20 |
| 25 | Q.  You have been handed what's been marked as -- | 15:24:22 |

| | | |
|---|---|---|
| 1 | Exhibit 303? | 15:24:25 |
| 2 | THE REPORTER:  304. | 15:24:27 |
| 3 | MS. CARUSO:  304. | 15:24:30 |
| 4 | BY MS. CARUSO: | 15:24:31 |
| 5 | Q.  Do you have that in front of you? | 15:24:32 |
| 6 | A.  Yes.  I would like to take the time to read | 15:24:33 |
| 7 | it. | 15:24:35 |
| 8 | Q.  Mr. Ravine, I would like to draw your | 15:26:25 |
| 9 | attention -- | 15:26:27 |
| 10 | A.  I'm still reading. | 15:26:28 |
| 11 | Q.  I understand, but we don't -- you don't need | 15:26:29 |
| 12 | to read all of this for -- I mean, this is a whole | 15:26:31 |
| 13 | thread, and I'm just going to ask you about the email | 15:26:34 |
| 14 | that's on the last page, which is the first email in the | 15:26:37 |
| 15 | thread, which is on page 26004. | 15:26:39 |
| 16 | Do you see that? | 15:26:47 |
| 17 | A.  Yes. | 15:26:56 |
| 18 | Q.  Okay.  Does that refresh your recollection as | 15:26:57 |
| 19 | to whether you personally emailed the USPTO about the | 15:26:59 |
| 20 | letter of protest? | 15:27:06 |
| 21 | A.  I don't quite remember, but I -- I imagine | 15:27:13 |
| 22 | that I sent this -- this email, yes. | 15:27:16 |
| 23 | Q.  Okay.  Why did you personally send this email | 15:27:18 |
| 24 | to the USPTO? | 15:27:22 |
| 25 | A.  Answering this would reveal attorney-client | 15:27:29 |

| | | |
|---|---|---|
| 1 | privileged communication. | 15:27:34 |
| 2 | Q.  So, you had an attorney at this time, and your | 15:27:34 |
| 3 | attorney didn't send this; you, yourself, sent it, but | 15:27:37 |
| 4 | you communicated with your attorney about this email? | 15:27:40 |
| 5 | Is that your testimony? | 15:27:44 |
| 6 | A.  I cannot reveal attorney-client | 15:27:45 |
| 7 | communications. | 15:27:48 |
| 8 | Q.  This is a yes-or-no question:  Did you | 15:27:53 |
| 9 | communicate with counsel that you had at the time you | 15:27:55 |
| 10 | sent this letter about you emailing the USPTO, as | 15:28:00 |
| 11 | reflected in Exhibit 304? | 15:28:05 |
| 12 | MR. WILSON:  I'm going to instruct the client | 15:28:08 |
| 13 | to only answer -- may I have the question back, please? | 15:28:13 |
| 14 | THE REPORTER:  Sure thing. | 15:28:13 |
| 15 | Question:  "This is a yes-or-no question:  Did | 15:28:13 |
| 16 | you communicate with counsel that you had at the time | 15:28:13 |
| 17 | that you sent this letter about you emailing the USPTO, | 15:28:13 |
| 18 | as reflected in Exhibit 304?" | 15:28:46 |
| 19 | MR. WILSON:  I'm going to instruct the client | 15:28:46 |
| 20 | not to answer, as I believe as worded, that question | 15:28:49 |
| 21 | would reveal attorney-client privileged communications. | 15:28:54 |
| 22 | THE WITNESS:  I cannot answer because it would | 15:28:59 |
| 23 | reveal attorney-client privileged communications. | 15:29:00 |
| 24 | BY MS. CARUSO: | 15:29:04 |
| 25 | Q.  I'm going to break it down. | 15:29:05 |

1          On January 30th, 2023, did you have an                    15:29:06

2   attorney that was representing you in connection with            15:29:10

3   opposing OpenAI, Inc.'s trademark application for                15:29:19

4   registration?                                                    15:29:26

5          A.  Yes.                                                  15:29:30

6          Q.  Okay.  When you -- you said --                        15:29:31

7          And when -- you later emailed the USPTO again             15:30:12

8   about this, right?                                               15:30:22

9          A.  I don't remember, but let me -- if you let            15:30:30

10  me -- is this in this thread?                                    15:30:31

11         Q.  If you look at the first page of Exhibit 304,         15:30:34

12  which I believe you already looked at --                         15:30:37

13         A.  No, I started looking at this.                        15:30:40

14         Q.  The first page of Exhibit 304 at the bottom --        15:30:45

15         A.  Uh-huh.                                               15:30:50

16         Q.  -- is an email from you on February 23rd,             15:30:50

17  2023 --                                                          15:30:56

18         A.  Yes.                                                  15:30:56

19         Q.  -- to USPTO.gov.                                      15:30:56

20         Do you see that?                                          15:31:00

21         A.  Yes.                                                  15:31:00

22         Q.  Okay.  And if you flip the page, do you see           15:31:01

23  the body of that email that you sent?                            15:31:07

24         A.  Yes.                                                  15:31:09

25         Q.  And you said that you're resending the email          15:31:10

| | | |
|---|---|---|
| 1 | thread. | 15:31:16 |
| 2 | Do you see that? | 15:31:17 |
| 3 | A.  Yes. | 15:31:18 |
| 4 | Q.  And you say, "It's a very important matter to | 15:31:19 |
| 5 | our business." | 15:31:22 |
| 6 | Do you see that?  Do you see that? | 15:31:24 |
| 7 | A.  Yes.  I mean, you're asking me questions | 15:31:32 |
| 8 | without giving me the opportunity to actually read this | 15:31:34 |
| 9 | email.  So, do I see these words?  Yes, I see these | 15:31:37 |
| 10 | words. | 15:31:42 |
| 11 | Q.  What did you mean by those words? | 15:31:42 |
| 12 | A.  What did I mean by these words?  So, this -- | 15:31:48 |
| 13 | answering this question would reveal attorney-client | 15:32:02 |
| 14 | privileged communication. | 15:32:05 |
| 15 | Q.  Why was it important to you that OpenAI, Inc. | 15:32:10 |
| 16 | not obtain a registration on the OpenAI trademark? | 15:32:16 |
| 17 | MR. WILSON:  Can I have that question back, | 15:32:23 |
| 18 | please? | 15:32:26 |
| 19 | THE REPORTER:  Sure thing. | 15:32:26 |
| 20 | Question:  "Why was it important to you that | 15:32:26 |
| 21 | OpenAI, Inc. not obtain a registration on the OpenAI | 15:32:26 |
| 22 | trademark?" | 15:32:38 |
| 23 | MR. WILSON:  I'll instruct the witness that he | 15:32:38 |
| 24 | is only allowed to answer to the extent that his answer | 15:32:41 |
| 25 | excludes information he learned from his then-counsel. | 15:32:48 |

| | | |
|---|---|---|
| 1 | And he can answer the question if he can do so without | 15:32:53 |
| 2 | disobeying that instruction. | 15:32:57 |
| 3 | THE WITNESS:  Based on what my lawyer just | 15:33:01 |
| 4 | said, I cannot answer the question. | 15:33:06 |
| 5 | MS. CARUSO:  Okay.  Let's take a break. | 15:33:09 |
| 6 | MR. WILSON:  How long? | 15:33:11 |
| 7 | MS. CARUSO:  Ten minutes. | 15:33:12 |
| 8 | MR. WILSON:  Okay. | 15:33:13 |
| 9 | THE VIDEOGRAPHER:  We are going off the | 15:33:14 |
| 10 | record.  The time is 3:33 p.m. | 15:33:15 |
| 11 | (Whereupon, a recess was taken.) | 15:33:19 |
| 12 | THE VIDEOGRAPHER:  We are back on the record. | 15:48:36 |
| 13 | The time is 3:48 p.m. | 15:48:45 |
| 14 | BY MS. CARUSO: | 15:48:50 |
| 15 | Q.  In the first half of 2023, you were trying to | 15:48:51 |
| 16 | get large companies in Silicon Valley to create an open | 15:48:56 |
| 17 | AI alliance, right? | 15:49:07 |
| 18 | A.  That rings a bell. | 15:49:11 |
| 19 | Q.  And you spoke -- you emailed people at Meta | 15:49:13 |
| 20 | about that, is that right? | 15:49:19 |
| 21 | A.  Probably. | 15:49:25 |
| 22 | Q.  You -- and why did you want to create that in | 15:49:27 |
| 23 | 2023? | 15:49:31 |
| 24 | A.  Why did I want to create that in 2023?  I | 15:49:37 |
| 25 | thought it was a good idea. | 15:49:52 |

1     Q.   Why?                                          15:49:54

2     A.   Because by pooling together the resources, all   15:49:59

3   of these companies could build models that are better   15:50:07

4   than if they worked individually.                   15:50:10

5     Q.   What companies did you want to be part of this   15:50:12

6   Open AI alliance?                                   15:50:17

7     A.   I wanted -- I mean, all companies in the AI   15:50:20

8   space to be a part of it.                           15:50:23

9     Q.   Did you want OpenAI, Inc. to be a part of it?   15:50:25

10    A.   If they wanted to adopt the principles behind   15:50:31

11  it.  I mean, I don't think I wanted them to be part of   15:50:35

12  it, but if they wanted to adopt the principles of the   15:50:39

13  alliance, then they could conceivably part of it -- be   15:50:45

14  part of it, but they seemed to not want to do that.   15:50:49

15    Q.   Well, you didn't reach out to OpenAI, Inc.   15:50:52

16  about your Open AI alliance in 2023, did you?        15:50:57

17    A.   No, I didn't.                                 15:51:02

18    Q.   Okay.  And did this Open AI alliance that you   15:51:03

19  wanted to create in 2023 ever happen?               15:51:07

20    A.   I mean, ever happen?  There were discussions   15:51:17

21  and -- it hasn't happened like in terms of being      15:51:26

22  formalized yet.                                     15:51:30

23    Q.   So, when you -- which companies did you have   15:51:32

24  discussions with about forming an Open AI alliance in   15:51:41

25  2023?                                               15:51:48

| | | |
|---|---|---|
| 1 | A.  I don't remember an exhaustive list of the | 15:51:50 |
| 2 | companies, but it was I think Meta -- at least Meta, | 15:51:54 |
| 3 | and -- yeah. | 15:52:03 |
| 4 | Q.  And you had Meta's agreement to join a | 15:52:04 |
| 5 | consortium of other AI companies as part of this Open AI | 15:52:07 |
| 6 | alliance? | 15:52:13 |
| 7 | A.  I didn't say there was -- there was no formal | 15:52:16 |
| 8 | agreement for them to join. | 15:52:20 |
| 9 | Q.  Formal or informal, any kind of agreement for | 15:52:22 |
| 10 | Meta to join? | 15:52:25 |
| 11 | A.  They were interested in the -- in the | 15:52:27 |
| 12 | alliance. | 15:52:30 |
| 13 | Q.  But the alliance has never existed as an | 15:52:31 |
| 14 | agreement between any two companies; is that fair to | 15:52:36 |
| 15 | say? | 15:52:41 |
| 16 | A.  It hasn't been formalized. | 15:52:47 |
| 17 | Q.  What -- is it your position that even though | 15:52:49 |
| 18 | it hasn't been formalized, it exists? | 15:52:53 |
| 19 | A.  I mean, as of right now, it doesn't exist. | 15:52:59 |
| 20 | That doesn't mean that it won't exist. | 15:53:04 |
| 21 | Q.  Were you concerned if there was an alliance | 15:53:06 |
| 22 | with Meta and Google and Amazon that -- called "Open AI | 15:53:11 |
| 23 | Alliance," that would create confusion with the products | 15:53:23 |
| 24 | and services that you were offering using Open AI? | 15:53:26 |
| 25 | MR. WILSON:  Objection, form. | 15:53:30 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  I'm not an expert about | 15:53:32 |
| 2 | confusion. | 15:53:34 |
| 3 | BY MS. CARUSO: | 15:53:41 |
| 4 | Q.  You have no -- that wasn't a concern that you | 15:53:42 |
| 5 | had? | 15:53:45 |
| 6 | A.  Well, the idea was that I would be licensing | 15:53:46 |
| 7 | our brand to it.  So, presumably, like, I wanted to, you | 15:53:50 |
| 8 | know, make -- I mean, we would be a founding member of | 15:53:59 |
| 9 | the alliance, so, one of the things we would provide is | 15:54:05 |
| 10 | provide our brand to it.  So, I presumed we would -- I | 15:54:10 |
| 11 | mean, if there was an agreement of licensing, then we | 15:54:15 |
| 12 | would've agreed to it. | 15:54:21 |
| 13 | Q.  What price did you have in mind for the | 15:54:22 |
| 14 | license for the name? | 15:54:30 |
| 15 | A.  There is -- there was no discussions about | 15:54:33 |
| 16 | price.  This was more about ideology. | 15:54:34 |
| 17 | Q.  Did you have in mind any price for licensing | 15:54:37 |
| 18 | of the name Open AI? | 15:54:40 |
| 19 | A.  No. | 15:54:43 |
| 20 | Q.  That's not something you ever thought about? | 15:54:46 |
| 21 | A.  So, the things that drive me, as I stated to | 15:54:50 |
| 22 | your client, that drove me, were not really price, no. | 15:54:53 |
| 23 | It -- it's -- the -- I just wanted the emergence of this | 15:54:59 |
| 24 | alliance.  I thought it was a good idea for the world. | 15:55:05 |
| 25 | Q.  Mr. Ravine, my question to you was, was that | 15:55:07 |

1    something you ever thought about?  A price --          15:55:11

2        A.  Honestly, no, I haven't thought about a price  15:55:15

3    for licensing our brand, no, for the alliance.         15:55:18

4        Q.  Have you thought about a price for licensing   15:55:21

5    Open AI for any purpose?                               15:55:27

6        A.  I --                                           15:55:37

7            MR. WILSON:  I'm going to object.  Well,       15:55:42

8    excuse me, I'm going to instruct the witness that he is 15:55:44

9    allowed to answer the question, so long as he excludes  15:55:47

10   from his answer any discussions he may have had with    15:55:49

11   counsel about potential settlement models.              15:55:54

12           THE WITNESS:  I cannot answer based on the      15:55:59

13   instruction that my lawyer just gave.                   15:56:04

14   BY MS. CARUSO:                                          15:56:10

15       Q.  You acquired the open.ai domain registration   15:56:10

16   for $2,500, is that correct?                            15:56:19

17       A.  I believe so.                                   15:56:25

18           (Whereupon, Exhibit 303 was marked for         15:56:25

19           identification.)                                15:56:25

20   BY MS. CARUSO:                                          15:56:26

21       Q.  All right.  Can you take a look at what has     15:56:34

22   been marked as Exhibit 303?                             15:56:36

23           And I'm only going to ask you about the email   15:56:42

24   that begins on the bottom of the first page that is     15:56:46

25   dated Friday, March 24th, 2023, at 14:07.               15:56:53

| | | |
|---|---|---|
| 1 | Do you see that? | 15:57:00 |
| 2 | A.  Yes.  Please allow me to read the email. | 15:57:01 |
| 3 | Yeah. | 15:58:04 |
| 4 | Q.  In this email, you wrote in the second | 15:58:05 |
| 5 | paragraph, "Not sure if you knew it at the time, but I | 15:58:12 |
| 6 | am the original creator of Open AI." | 15:58:18 |
| 7 | Do you see that part of the sentence? | 15:58:23 |
| 8 | A.  Yes. | 15:58:26 |
| 9 | Q.  What did you mean by "Open AI" in that | 15:58:27 |
| 10 | sentence, in the language that I just read? | 15:58:31 |
| 11 | A.  I'm the original creator of Open AI.  I guess | 15:58:37 |
| 12 | I'm not sure exactly what I meant, because I don't have | 15:58:41 |
| 13 | my -- I don't remember what prompted my thinking at the | 15:58:44 |
| 14 | time, but it's essentially -- I would imagine it's about | 15:58:49 |
| 15 | a creation -- original creator of our open -- my | 15:58:55 |
| 16 | Open AI. | 15:59:00 |
| 17 | Q.  Meaning your company? | 15:59:01 |
| 18 | A.  I mean, the -- I'm the original creator of the | 15:59:04 |
| 19 | name "Open AI," my company Open AI, my products Open AI. | 15:59:09 |
| 20 | There's a bunch of things that are on Open AI, yes. | 15:59:16 |
| 21 | Q.  Okay.  Well, but sitting here today, you don't | 15:59:18 |
| 22 | know which of those things that you're referring to here | 15:59:21 |
| 23 | when you wrote that you were the original creator of | 15:59:24 |
| 24 | Open AI? | 15:59:27 |
| 25 | A.  I -- I -- I mean, I would have to think more | 15:59:32 |

1    about the context of, like, to read -- but, okay, so,          15:59:35

2    I -- yes, I'm the original creator of Open AI, yes, so         15:59:39

3    it is true.                                                    15:59:42

4         Q.  But what I'm asking you is, what are you              15:59:43

5    referring to when you wrote that in this email on              15:59:47

6    March 24th, 2023?                                              15:59:54

7         A.  It -- I -- I would imagine, I'm speculating,          15:59:58

8    that I referred to my company, the original efforts of         16:00:04

9    Open AI, the initiative and the collaboration tools and        16:00:09

10   everything that came with it back in 2015 and beyond           16:00:13

11   that.                                                          16:00:16

12        Q.  Okay.  This sentence continues, "which was            16:00:17

13   later subsumed by Greg Brockman and turned into OpenAI."       16:00:21

14        Do you see that?                                          16:00:27

15        A.  Yes.                                                  16:00:28

16        Q.  Is it your understanding, then, that Greg             16:00:28

17   Brockman subsumed the collaboration tools that you had         16:00:32

18   created?                                                       16:00:36

19        A.  No.  He subsumed the name and some of the             16:00:36

20   principles, and I mean, he essentially stole the name          16:00:38

21   and the principles and turned them into OpenAI, copying        16:00:43

22   what -- our name and some of the principles, and that --       16:00:49

23   and -- and created confusion in the market.  And they         16:00:57

24   created a situation where people -- it made it difficult       16:01:03

25   for people to associate with our name, because he stole        16:01:13

| | | |
|---|---|---|
| 1 | the name. | 16:01:16 |
| 2 | Q. So, when you wrote, "I'm the original creator | 16:01:17 |
| 3 | of Open AI," you were not, in fact, then referring to | 16:01:20 |
| 4 | the company or the collaboration tools or any of these | 16:01:28 |
| 5 | other things, because Mr. Brockman didn't take -- | 16:01:33 |
| 6 | A. Mr. Brockman took the name and the principles. | 16:01:36 |
| 7 | Q. Okay. So, then were -- did you mean when you | 16:01:38 |
| 8 | wrote, "I am the original creator of Open AI," I am the | 16:01:46 |
| 9 | original creator of the name and principles Open AI? | 16:01:53 |
| 10 | A. And -- and my company. These were | 16:01:57 |
| 11 | incorporated into my company -- | 16:02:00 |
| 12 | Q. Yes, but -- | 16:02:00 |
| 13 | A. -- and later were taken and were incorporated | 16:02:01 |
| 14 | into his company, not with permission. | 16:02:04 |
| 15 | Q. Okay. Earlier today, you said that OpenAI, | 16:02:07 |
| 16 | Inc.'s principles were not principles that you ever had | 16:02:09 |
| 17 | for your company, and that's why -- | 16:02:12 |
| 18 | A. I -- I didn't say that. Can you -- can you go | 16:02:14 |
| 19 | back to -- to exactly quote what I said? | 16:02:16 |
| 20 | Q. Mr. Ravine -- | 16:02:21 |
| 21 | A. Uh-huh. | 16:02:23 |
| 22 | Q. -- I would like you to listen to my questions | 16:02:23 |
| 23 | and answer them, please. | 16:02:26 |
| 24 | A. You're telling me that I said some things, and | 16:02:28 |
| 25 | I'm like, can I look at the transcript and see -- see | 16:02:31 |

| | | |
|---|---|---|
| 1 | what I said. | 16:02:33 |
| 2 | Q.  Is it currently your testimony, right now at | 16:02:35 |
| 3 | 4:02 p.m., that OpenAI, Inc., and your company had the | 16:02:39 |
| 4 | same principles? | 16:02:43 |
| 5 | A.  So, yeah, your -- your client -- so, I | 16:02:55 |
| 6 | believed in -- yeah, he took the principles, and -- and | 16:03:02 |
| 7 | then it turned out to be a lie. | 16:03:12 |
| 8 | Q.  Mr. Ravine, is it currently your testimony | 16:03:14 |
| 9 | that OpenAI, Inc. and your company had the same | 16:03:16 |
| 10 | principles? | 16:03:21 |
| 11 | A.  They had similar principles.  They were | 16:03:22 |
| 12 | like -- it was supposed to be, you know, building this | 16:03:24 |
| 13 | for humanity originally, making it available.  So, yeah, | 16:03:27 |
| 14 | it -- he took those principles. | 16:03:32 |
| 15 | Q.  Okay.  And so just to make sure I understand | 16:03:34 |
| 16 | your testimony from earlier -- | 16:03:38 |
| 17 | A.  Yeah. | 16:03:39 |
| 18 | Q.  -- I'm not trying to characterize it.  If I'm | 16:03:39 |
| 19 | getting it wrong, let me know. | 16:03:43 |
| 20 | Earlier, I thought you said the two companies | 16:03:45 |
| 21 | didn't stand for the same thing, so -- | 16:03:49 |
| 22 | A.  Yeah, we're not -- they're not -- they're not | 16:03:51 |
| 23 | doing what they said they would do, no.  We're doing | 16:03:54 |
| 24 | what we said we would do. | 16:03:57 |
| 25 | Q.  Well, earlier today, you said there was | 16:03:59 |

| | | |
|---|---|---|
| 1 | nothing that you did that was open and giving to | 16:04:02 |
| 2 | humanity because -- | 16:04:06 |
| 3 | A.  I didn't -- | 16:04:07 |
| 4 | Q.  -- that's not something -- | 16:04:07 |
| 5 | A.  You are trying to put words in my mouth, and I | 16:04:08 |
| 6 | want to restate my testimony, because this is when you | 16:04:10 |
| 7 | were putting words in my mouth, and -- and you keep | 16:04:13 |
| 8 | trying to put words into my mouth and trying to make me | 16:04:15 |
| 9 | say certain things by asking in certain ways. | 16:04:18 |
| 10 | At the end, of course, if you do it an | 16:04:21 |
| 11 | infinite number of times, you'll be successful. | 16:04:25 |
| 12 | Q.  I'm not trying to do that, and if I were -- | 16:04:28 |
| 13 | A.  It seems that you are.  You're trying to | 16:04:31 |
| 14 | like -- okay. | 16:04:32 |
| 15 | Q.  Mr. Ravine, the purpose of a deposition is not | 16:04:32 |
| 16 | to argue.  It's for me to ask questions and you to | 16:04:35 |
| 17 | answer them, so -- | 16:04:38 |
| 18 | A.  But you are trying in different angles so that | 16:04:39 |
| 19 | I give you an answer that is not what I mean. | 16:04:43 |
| 20 | Q.  Please wait until I ask you -- | 16:04:43 |
| 21 | A.  Okay. | 16:04:43 |
| 22 | Q.  -- another question. | 16:04:45 |
| 23 | On the next page of this exhibit, the first | 16:04:47 |
| 24 | sentence begins, "The consortium members, and not | 16:04:53 |
| 25 | Open AI, actually own the Open AI trademark and | 16:05:00 |

| | | |
|---|---|---|
| 1 | open.ai" -- | 16:05:02 |
| 2 | A.  Wait.  Wait, wait.  Where are you talking | 16:05:03 |
| 3 | about? | 16:05:06 |
| 4 | Q.  -- "domain." | 16:05:08 |
| 5 | Do you see that? | 16:05:11 |
| 6 | A.  Yes. | 16:05:16 |
| 7 | Q.  Which consortia members actually own the | 16:05:16 |
| 8 | Open AI trademark? | 16:05:25 |
| 9 | A.  Well, we -- we own the mark. | 16:05:26 |
| 10 | Q.  Who "we"? | 16:05:28 |
| 11 | A.  I mean my Open AI, and we would be the first | 16:05:32 |
| 12 | member. | 16:05:36 |
| 13 | Q.  All right.  So when you wrote "the consortium | 16:05:37 |
| 14 | members" -- | 16:05:41 |
| 15 | A.  This is -- my intent was they will own it once | 16:05:41 |
| 16 | we -- like, once we have a consortium with all of the | 16:05:46 |
| 17 | alliance.  I mean, and this -- you could see that this | 16:05:51 |
| 18 | is the right context, if you look at they would be | 16:05:54 |
| 19 | working to create it, and -- and there's a momentum | 16:05:57 |
| 20 | building. | 16:06:01 |
| 21 | And so what I meant here, the intent was that | 16:06:02 |
| 22 | once there would be a consortium, the consortium will | 16:06:05 |
| 23 | own it, and so -- and I meant not their OpenAI, because | 16:06:09 |
| 24 | they have created confusion in the market.  So, people | 16:06:16 |
| 25 | think that they own the mark, but they don't. | 16:06:18 |

1    Q.  So, when you wrote, "The consortia members,        16:06:21

2  and not Open AI, actually own the Open AI trademark,"    16:06:24

3  what you meant was the consortia members, if they join,  16:06:30

4  will own the Open AI trademark?                          16:06:33

5    A.  Well, what I meant is like -- we are the           16:06:35

6  consortium member, my company, my Open AI.               16:06:38

7    Q.  And that's a single company, right, one            16:06:41

8  member?                                                  16:06:43

9    A.  Yeah, but I mean -- but I meant once we have       16:06:44

10  it, they will own it, all of the consortium members.    16:06:46

11    Q.  Okay.  And I thought earlier you said you were    16:06:50

12  contemplating that it would be licensed.                16:06:53

13    A.  Yeah, and I actually was thinking about           16:06:55

14  licensing and not giving ownership to it.  But here,    16:06:57

15  look in this email, I was trying to sell him on the idea 16:06:59

16  that he should join this alliance.  I wasn't trying to   16:07:03

17  be legally accurate.                                     16:07:05

18    Q.  And then this sentence continues on that, "The    16:07:07

19  consortium would be called OpenAI and will take the     16:07:14

20  place of OpenAI as the real OpenAI."                     16:07:18

21    Do you see that?                                       16:07:22

22    A.  Yes.                                               16:07:27

23    Q.  And what did you mean, it will take the place     16:07:28

24  of OpenAI?                                               16:07:31

25    A.  Because -- because your -- your -- their          16:07:32

| | | |
|---|---|---|
| 1 | OpenAI -- your OpenAI was stolen and is fake.  So, and | 16:07:35 |
| 2 | it would be -- yeah. | 16:07:39 |
| 3 | Q.  That is the full answer you're going to give | 16:07:45 |
| 4 | to that question? | 16:07:47 |
| 5 | A.  I gave you an answer. | 16:07:50 |
| 6 | Q.  All right.  You wanted OpenAI, Inc. to be | 16:07:59 |
| 7 | forced to change its name, right? | 16:08:04 |
| 8 | A.  I don't know where you see that. | 16:08:10 |
| 9 | Q.  I want to show you what is being marked as | 16:08:19 |
| 10 | Exhibit 305. | 16:08:23 |
| 11 | (Whereupon, Exhibit 305 was marked for | 16:08:28 |
| 12 | identification.) | 16:08:31 |
| 13 | THE WITNESS:  Please give me time to read | 16:08:31 |
| 14 | this. | 16:08:33 |
| 15 | BY MS. CARUSO: | 16:10:29 |
| 16 | Q.  Mr. Ravine, have you finished reading it? | 16:10:29 |
| 17 | A.  Give me one minute. | 16:10:32 |
| 18 | Q.  Okay. | 16:10:34 |
| 19 | A.  Okay. | 16:11:16 |
| 20 | Q.  This Exhibit 305 is an email thread that -- | 16:11:17 |
| 21 | reflecting communications you had with Yann LeCun in | 16:11:24 |
| 22 | February of 2023; is that correct? | 16:11:33 |
| 23 | A.  I believe so. | 16:11:38 |
| 24 | Q.  In the first email at the top of Exhibit 305, | 16:11:39 |
| 25 | you said to him that if companies were to pool their | 16:11:47 |

1    resources with --                                    16:12:01

2         A.  Which -- which section are you referring to,  16:12:04

3    like, in this thread?                                 16:12:08

4         Q.  I'm looking at the second paragraph --        16:12:09

5         A.  Of which email?                               16:12:13

6         Q.  The one at the top of the page.               16:12:15

7         A.  This one, okay.                               16:12:17

8         Q.  Yes.  Okay.                                   16:12:18

9             The second paragraph of that email begins,    16:12:22

10   "Hope we can get this going."                          16:12:26

11            Do you see that?                              16:12:28

12        A.  Yeah.                                          16:12:29

13            Something fell.  One second.  I think it's     16:12:29

14   the --                                                 16:12:32

15            THE VIDEOGRAPHER:  Don't worry about it.       16:12:33

16            THE WITNESS:  Okay.                            16:12:37

17   BY MS. CARUSO:                                         16:12:37

18        Q.  What are you referring to by "this"?          16:12:38

19        A.  By the second -- okay, I'm at the second       16:12:41

20   paragraph.  Keep going.                                16:12:46

21        Q.  The second paragraph says, "Hope we can get    16:12:47

22   this going."                                           16:12:51

23            What are you referring to by the word "this"?  16:12:52

24        A.  I -- I don't -- I don't know, like, because    16:12:55

25   it's referring, like, to something that we were talking 16:13:02

```
 1   about.  So, it's like there's no context here.  Like,      16:13:07
 2   there's nothing before that.  So, I imagine it was a        16:13:13
 3   conversation that we had.                                   16:13:16
 4        Q.  And sitting here today, you have no idea what      16:13:18
 5   you were referring to that you wanted to get going with     16:13:21
 6   him?                                                        16:13:23
 7        A.  I didn't know like specifically what was -- I      16:13:23
 8   don't remember what specifically was in conversation        16:13:26
 9   that we said we'll get going specifically.                  16:13:27
10        Q.  You've read this whole document, Exhibit 305,      16:13:30
11   right?                                                      16:13:34
12        A.  Yes, I have read it.                               16:13:35
13        Q.  Okay.  And in the second -- the third sentence     16:13:36
14   of this paragraph begins, "The benefits from pooling the    16:13:40
15   resources of lots of companies and academia together        16:13:43
16   would be big for Meta."                                     16:13:47
17            Do you see that?                                   16:13:49
18        A.  Yes.                                               16:13:52
19        Q.  Does that refresh your recollection at all of      16:13:52
20   what you might have meant by "this" in the first            16:13:55
21   sentence of the second paragraph?                           16:13:59
22        A.  So, I want to clarify something here, because      16:14:02
23   when -- it doesn't mean that "get this going" is -- is      16:14:07
24   specifically this, because "get this going" is about        16:14:12
25   something that we were talking about in the                 16:14:17
```

1    conversation.                                              16:14:18

2        Q.  Okay.  And is it your testimony sitting here      16:14:19

3    today, you have no idea what you were talking about in     16:14:22

4    the conversation that you're referring to?                 16:14:24

5        A.  I don't remember the -- the conversation, the     16:14:26

6    content of the conversation.  It was two years ago.  I     16:14:29

7    could say that the -- I mean, I -- so, I mean, I don't     16:14:32

8    remember specifically what "this" refers to, "this        16:14:40

9    going," because it could have been any number of things   16:14:45

10   we specifically discussed in the conversation.  Any --    16:14:48

11   it could be an aspect of something that we are -- I'm      16:14:53

12   referring to in the continuation of this.                 16:14:54

13       Q.  Is there anything you can think of that would     16:14:56

14   refresh your recollection about what you were referring    16:14:58

15   to when you said "this"?                                   16:15:00

16       A.  I -- so, the conversation, I don't remember       16:15:07

17   the conversation content.  We -- I imagine that this      16:15:12

18   email is about the idea of the alliance that we talked    16:15:16

19   about.                                                     16:15:21

20       Q.  Okay.  And in the --                              16:15:21

21       A.  But it doesn't mean that this -- "get this        16:15:23

22   going" means -- what aspect of it?  What are we talking   16:15:27

23   about exactly?  I don't know.                             16:15:30

24       Q.  Okay.  I would like you to look at the fifth      16:15:31

25   line of the second paragraph that begins, "Other than     16:15:34

1  that, it would also get OpenAI scrambling."          16:15:37

2          Do you see that?                             16:15:42

3      A.  Where do you see this?                       16:15:47

4      Q.  The fifth line of the second paragraph.      16:15:49

5      A.  Yes.                                          16:15:57

6      Q.  The OpenAI you're referring to in that       16:15:58

7  sentence is OpenAI, Inc., right?                     16:16:03

8      A.  Probably.                                     16:16:13

9      Q.  What do you mean, "It would also get OpenAI  16:16:14

10  scrambling"?                                        16:16:18

11     A.  Well, the AI market is very competitive, and 16:16:20

12  Meta competes against OpenAI and Google and others, and  16:16:27

13  we were also a competitor of OpenAI.  So, if        16:16:31

14  everybody -- if a collection of companies teamed up, and 16:16:34

15  they created their own models, pooling their resources,  16:16:37

16  they could compete more successfully with OpenAI, your 16:16:42

17  OpenAI, because the secret of the game is pooling   16:16:48

18  together more compute resources.                    16:16:55

19          And if we are able to pull together the     16:16:57

20  compute resources of multiple companies, we would create 16:16:59

21  better models, better AI models, and so Yann wanted to 16:17:04

22  compete with your client's company.  This is what it 16:17:16

23  refers to.  We pooled together resources.           16:17:21

24          And they wouldn't like the idea of pooling  16:17:23

25  together resources, because they could be out-competed, 16:17:25

| 1 | simply because an alliance of companies, no matter what | 16:17:31 |
| 2 | you call the alliance, would out-compete your client, | 16:17:34 |
| 3 | because they will have more resources, more compute | 16:17:39 |
| 4 | resources, collectively. | 16:17:42 |
| 5 | Q. For how long did you view your company as a | 16:17:43 |
| 6 | competitor of OpenAI, Inc.? | 16:17:49 |
| 7 | A. I don't -- I don't remember. | 16:17:58 |
| 8 | Q. What -- what did OpenAI, Inc. offer that you | 16:18:00 |
| 9 | thought was competitive with your offerings? | 16:18:05 |
| 10 | A. Well, let me -- clearly, they were offering -- | 16:18:09 |
| 11 | whenever -- like, they offered an image generator, and | 16:18:19 |
| 12 | they offered a chatbot. So, these were competitive with | 16:18:25 |
| 13 | our offerings. | 16:18:32 |
| 14 | Q. Are there any products that OpenAI, Inc. | 16:18:34 |
| 15 | introduced before that that you viewed as competing with | 16:18:39 |
| 16 | your goods or services? | 16:18:42 |
| 17 | A. I -- I -- I don't remember. I think that they | 16:18:44 |
| 18 | only started introducing products, like, really late in | 16:18:50 |
| 19 | the game. Before that, they just had some random, like, | 16:18:53 |
| 20 | research projects that were not really commercialized. | 16:18:57 |
| 21 | Q. Have you heard of OpenAI's OpenAI API? | 16:19:01 |
| 22 | A. OpenAI API, yep. | 16:19:07 |
| 23 | Q. Are you aware of when that was introduced? | 16:19:10 |
| 24 | A. I -- I don't remember when it was introduced. | 16:19:15 |
| 25 | Q. Do you view that to be a product? | 16:19:19 |

1       A.   OpenAI API is a product?  Yeah, it's a                    16:19:30

2   product, probably.                                                16:19:39

3       Q.   What do you mean when you say that they had               16:19:40

4   things that were not really commercialized?                       16:19:45

5       A.   I mean -- I mean, they had -- they were doing             16:19:51

6   research.  They were a nonprofit doing research.  They            16:19:57

7   weren't offering, like, an online -- we were an online            16:20:00

8   company.  We were offering products online, on a                  16:20:05

9   website, and an application for people to use, for many,          16:20:10

10  many years.                                                       16:20:13

11           They weren't doing that.                                 16:20:14

12      Q.   What do you mean by "commercialized"?                     16:20:15

13      A.   I can't speak to commercialized as a --                   16:20:19

14  because you're -- you're trying to get me to say                  16:20:23

15  something like -- from a trademark perspective, I don't           16:20:24

16  have the expertise to say that.                                   16:20:29

17      Q.   Mr. Ravine, you used the word                            16:20:31

18  "commercialized," and I'm trying to understand what you           16:20:33

19  meant by it.                                                      16:20:36

20      A.   In what context did I use this word?                     16:20:37

21      Q.   You said, "Before that, they just had some               16:20:39

22  random, like, research products that were not really             16:20:42

23  commercialized."                                                  16:20:46

24           So, what does it mean, in your view, to be              16:20:46

25  really commercialized?                                            16:20:49

| 1 | A.   I said they had -- okay.   What I meant is, let | 16:20:50 |
| 2 | me rephrase it, they had research papers and some | 16:20:55 |
| 3 | research code, and their goal was to be a research | 16:21:02 |
| 4 | company, and they said that, and not to be a | 16:21:07 |
| 5 | commercial -- not to offer any commercial products. | 16:21:12 |
| 6 | So, that's what I -- I meant. | 16:21:15 |
| 7 | Q.   What do you mean by "commercial products"? | 16:21:18 |
| 8 | A.   They said that on their site. | 16:21:21 |
| 9 | Q.   What do you -- | 16:21:23 |
| 10 | A.   I'm quoting what they said that, on their | 16:21:26 |
| 11 | site. | 16:21:30 |
| 12 | Q.   Okay.  And in this Exhibit 305, the last | 16:21:30 |
| 13 | sentence of the second paragraph reads, "They wouldn't | 16:21:33 |
| 14 | know where this hit them from and would be forced to | 16:21:38 |
| 15 | change their name.  At a minimum, it will be | 16:21:41 |
| 16 | entertaining to watch." | 16:21:45 |
| 17 | Do you see that? | 16:21:46 |
| 18 | A.   Sorry, which paragraph?  It's -- where is it? | 16:21:49 |
| 19 | Q.   The last sentence of paragraph 2. | 16:21:53 |
| 20 | A.   "At a minimum, it will be entertaining to | 16:21:59 |
| 21 | watch"? | 16:22:01 |
| 22 | Q.   Well, I guess it depends on how you define | 16:22:01 |
| 23 | "sentence" here, the last two sentences. | 16:22:04 |
| 24 | A.   "They wouldn't know where this hit them and | 16:22:08 |
| 25 | would be forced to" -- yeah. | 16:22:11 |

| | | |
|---|---|---|
| 1 | Q.  Okay.  So, you wrote here that if your | 16:22:13 |
| 2 | consortium that you were envisioning came to be, OpenAI, | 16:22:19 |
| 3 | Inc. would be forced to change its name; is that what | 16:22:23 |
| 4 | you meant by this? | 16:22:28 |
| 5 | A.  Where does it say -- oh. | 16:22:39 |
| 6 | Yeah, probably.  I mean, they should have | 16:22:54 |
| 7 | changed the name from day one when they stole it from | 16:22:56 |
| 8 | me.  They should have picked a different name. | 16:22:59 |
| 9 | Q.  So when I asked you earlier if you wanted | 16:23:02 |
| 10 | OpenAI, Inc. to be forced to change their name, does | 16:23:05 |
| 11 | this refresh your recollection of whether that's what | 16:23:08 |
| 12 | you wanted as of February 2023? | 16:23:10 |
| 13 | A.  Yeah. | 16:23:31 |
| 14 | Q.  Okay.  If you look at the bottom, the email at | 16:23:31 |
| 15 | the bottom of this first page of Exhibit 305, the second | 16:23:35 |
| 16 | paragraph, second sentence, begins -- says, "I'm the | 16:23:40 |
| 17 | mostly anonymous originator of OpenAI." | 16:23:46 |
| 18 | Do you see that? | 16:23:50 |
| 19 | A.  Yeah. | 16:23:53 |
| 20 | Q.  What did you mean "mostly anonymous"? | 16:23:53 |
| 21 | A.  I don't know, honestly. | 16:23:58 |
| 22 | Q.  Sitting here today, you don't know what -- | 16:24:03 |
| 23 | A.  Wait, can I read for a second. | 16:24:07 |
| 24 | Okay.  What is the question? | 16:24:34 |
| 25 | Q.  Sitting here today, you don't know what you | 16:24:36 |

| | | |
|---|---|---|
| 1 | meant by "mostly anonymous originator of OpenAI" in this | 16:24:43 |
| 2 | email? | 16:24:51 |
| 3 | A.  I'm not sure.  Like, I don't remember the -- | 16:24:58 |
| 4 | Q.  Okay.  And if you look at the second-to-last | 16:25:06 |
| 5 | sentence on this page, the second line up from the | 16:25:11 |
| 6 | bottom includes the text, "There is something that can | 16:25:19 |
| 7 | be done -- can now be done to spice things up quite a | 16:25:24 |
| 8 | lot and shift the mindset of the" -- | 16:25:31 |
| 9 | A.  Where are you reading? | 16:25:35 |
| 10 | Q.  Second line from the bottom, above your name? | 16:25:36 |
| 11 | A.  This -- this one? | 16:25:39 |
| 12 | Q.  On page 22834. | 16:25:40 |
| 13 | A.  Yeah, at -- at the bottom? | 16:25:42 |
| 14 | Q.  Yes. | 16:25:43 |
| 15 | A.  Okay.  Okay.  Say it again. | 16:25:43 |
| 16 | Q.  Second line up from the bottom, above your | 16:25:47 |
| 17 | name.  Do you see that? | 16:25:50 |
| 18 | A.  Okay, second line, yes.  Okay.  Keep going. | 16:25:54 |
| 19 | Q.  Yes.  It says, "There is something that | 16:25:59 |
| 20 | now" -- "that can now be done to spice things up quite a | 16:26:02 |
| 21 | lot and shift the mindset of the community back to | 16:26:07 |
| 22 | openness." | 16:26:12 |
| 23 | Do you see that?  You wrote that? | 16:26:13 |
| 24 | A.  I imagine. | 16:26:17 |
| 25 | Q.  Okay.  You don't have an understanding that | 16:26:19 |

1    anyone else wrote this email on your behalf?                16:26:23

2        A.   I -- I don't think somebody else wrote this        16:26:29

3    email.                                                      16:26:31

4        Q.   Okay.  What did you mean by "shift the mindset      16:26:32

5    of the community back to openness"?                         16:26:35

6        A.   Well, you know, OpenAI, your OpenAI, has           16:26:45

7    promised that they will give things to the world, and      16:26:59

8    they didn't, and the problem was that, you know, the       16:27:01

9    mindset turned into like not giving to the world, not      16:27:22

10   giving, and it was instigated by your client.              16:27:25

11            So, the idea was to shift the mindset.  So,        16:27:28

12   now -- so, then Google and Meta and others would then      16:27:36

13   start giving again to the world.                           16:27:41

14            So, before your OpenAI released ChatGPT, there     16:27:43

15   was an ethos of really giving things to the world, and     16:27:48

16   your client decided to become a for-profit organization    16:27:56

17   that does not give things to the world.  It basically --   16:28:01

18   it took from the community and never gave back, and we     16:28:08

19   wanted to shift the -- the mindsets to openness.           16:28:12

20       Q.   All right.  So, is it your understanding that     16:28:22

21   when my client created a for-profit subsidiary, it         16:28:27

22   shifted the mindset of the community away from openness?   16:28:32

23       A.   It's more like when they stopped releasing --     16:28:41

24   more like they stopped giving the code, that it shifted,   16:28:51

25   the mindset.  It wasn't necessarily the conversion of      16:28:58

| | | |
|---|---|---|
| 1 | the for-profit, although that was a symptom of this new | 16:29:03 |
| 2 | mindset that they had, which was to close to -- to, you | 16:29:07 |
| 3 | know, hoard things and just make a buck, which wasn't | 16:29:15 |
| 4 | the ethos of the original community. | 16:29:19 |
| 5 | MR. WILSON:  So, Ms. Caruso, I think we | 16:29:23 |
| 6 | elapsed the two and a half hours.  That was ordered by | 16:29:27 |
| 7 | the magistrate. | 16:29:33 |
| 8 | MS. CARUSO:  I have more questions. | 16:29:35 |
| 9 | Obviously, if you want to leave after two and a half | 16:29:39 |
| 10 | hours, you're free to do so, and we can take that up in | 16:29:41 |
| 11 | another motion to compel. | 16:29:46 |
| 12 | MR. WILSON:  Okay.  I'll talk briefly to the | 16:29:49 |
| 13 | client.  If they feel differently, that would be my | 16:29:52 |
| 14 | recommendation.  So we'll be right back. | 16:29:55 |
| 15 | MS. CARUSO:  Okay.  We'll go off the record. | 16:29:58 |
| 16 | THE VIDEOGRAPHER:  We are going off the | 16:30:00 |
| 17 | record.  The time is 4:30 p.m. | 16:30:02 |
| 18 | (Whereupon, a recess was taken.) | 16:30:07 |
| 19 | THE VIDEOGRAPHER:  We are back on the record. | 16:35:15 |
| 20 | The time is 4:35.  This marks the end of the deposition | 16:35:17 |
| 21 | of Guy Ravine.  We are going off the record at 4:35 p.m. | 16:35:21 |
| 22 | (Thereupon, the deposition adjourned at | |
| 23 | 4:35 p.m. [PST]) | |
| 24 | /// | |
| 25 | /// | |

1    Signed under penalty of perjury:

2

3    _____

4              GUY RAVINE

5

6    _____
              Date

7              --oOo--

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          I, MICHAEL C. ROWELL, a Certified Shorthand

2     Reporter of the State of California, duly authorized to

3     administer oaths, do hereby certify:

4          That the foregoing proceedings were taken

5     before me at the time and place herein set forth; that

6     any witnesses in the foregoing proceedings, prior to

7     testifying, were duly sworn; that a record of the

8     proceedings was made by me using machine shorthand which

9     was thereafter transcribed under my direction; that the

10    foregoing transcript is a true record of the testimony

11    given.

12         Further, that if the foregoing pertains to the

13    original transcript of a deposition in a Federal Case,

14    before completion of the proceedings, review of the

15    transcript was requested.

16         I further certify I am neither financially

17    interested in the action nor a relative or employee of

18    any attorney or party to this action.

19         WITNESS WHEREOF, I have this date subscribed

20    my name.

21         Dated:  January 16, 2025

22

23

24

25    MICHAEL C. ROWELL, RDR, CRR, CSR NO. 13494

1                     --oOo--

2          I, GUY RAVINE, make the following changes
   to my deposition taken in the matter of, OPENAI, INC., a
3  Delaware corporation, Plaintiff, vs. OPEN ARTIFICIAL
   INTELLIGENCE, INC., a Delaware corporation; and GUY
4  RAVINE, an individual, Defendants,
   Case No. 4:23-cv-03918-YGR

5
   _____    _____
6  Date                          GUY RAVINE

7

8  Page            Line            Change

9  _____          _____           _____

10 _____          _____           _____

11 _____          _____           _____

12 _____          _____           _____

13 _____          _____           _____

14 _____          _____           _____

15 _____          _____           _____

16 _____          _____           _____

17 _____          _____           _____

18 _____          _____           _____

19 _____          _____           _____

20 _____          _____           _____

21 _____          _____           _____

22 _____          _____           _____

23 _____          _____           _____

24 _____          _____           _____

25 _____          _____           _____

**A**

**ability**
61:2
**able**
8:3, 43:2,
51:15, 95:19
**about**
7:4, 10:10,
10:12, 10:21,
14:23, 15:2,
15:5, 15:9,
15:19, 16:6,
16:11, 17:8,
18:13, 18:16,
18:18, 18:21,
18:22, 18:24,
23:14, 24:17,
25:13, 25:20,
26:4, 26:7,
26:16, 26:25,
27:4, 27:22,
29:1, 29:2,
30:14, 30:15,
30:21, 33:13,
33:17, 33:19,
35:12, 35:21,
36:6, 36:13,
39:8, 40:1,
40:5, 41:2,
42:23, 43:1,
43:3, 43:4,
43:5, 43:8,
46:6, 48:24,
50:23, 51:9,
51:11, 52:6,
52:14, 56:15,
57:20, 58:1,
61:19, 69:15,
69:21, 75:13,
75:19, 76:4,
76:10, 76:17,
77:8, 79:20,
80:16, 80:24,
82:1, 82:15,
82:16, 82:20,
83:1, 83:2,
83:4, 83:11,

83:23, 84:14,
85:1, 89:3,
90:13, 92:15,
93:1, 93:24,
93:25, 94:3,
94:14, 94:18,
94:19, 94:23
**above**
100:10, 100:16
**abysmally**
67:3
**academia**
93:15
**access**
61:24
**according**
49:25
**accurate**
8:3, 47:3,
60:15, 62:17,
90:17
**accurately**
22:7, 22:13
**acquired**
83:15
**across**
8:12, 9:9,
44:14
**action**
18:7, 104:17,
104:18
**actually**
11:15, 18:4,
18:5, 24:14,
27:2, 28:13,
50:1, 53:6,
55:17, 56:17,
57:14, 66:18,
67:2, 70:17,
71:20, 78:8,
88:25, 89:7,
90:2, 90:13
**add**
65:18
**added**
65:25, 66:1
**adjourned**
102:22

**administer**
104:3
**adopt**
80:10, 80:12
**advertise**
25:19, 27:21
**affect**
8:8
**affirm**
5:2
**after**
11:6, 11:7,
16:7, 16:15,
43:4, 54:10,
56:14, 57:18,
57:19, 57:25,
58:16, 65:23,
68:16, 68:19,
68:24, 74:9,
74:12, 102:9
**afternoon**
5:10, 15:20
**again**
23:12, 25:15,
36:10, 40:19,
57:24, 77:7,
100:15, 101:13
**against**
66:16, 67:9,
95:12
**ago**
6:11, 18:3,
47:17, 62:5,
94:6
**agreed**
82:12
**agreement**
81:4, 81:8,
81:9, 81:14,
82:11
**ahead**
39:23, 45:12,
59:20, 68:23
**aid**
28:13
**al**
4:17
**algorithm**
63:1, 63:2,

63:6, 63:12,
63:13
**algorithms**
21:2, 59:21,
61:2, 61:3, 63:1
**all**
4:25, 11:20,
13:8, 13:14,
13:23, 21:12,
26:10, 27:18,
33:8, 35:11,
37:14, 37:18,
41:1, 42:4,
45:22, 52:4,
55:15, 56:1,
67:17, 75:12,
80:2, 80:7,
83:21, 89:13,
89:16, 90:10,
91:6, 93:19,
101:20
**alliance**
79:17, 80:6,
80:13, 80:16,
80:18, 80:24,
81:6, 81:12,
81:13, 81:21,
81:23, 82:9,
82:24, 83:3,
89:17, 90:16,
94:18, 96:1,
96:2
**allow**
84:2
**allowed**
78:24, 83:9
**alone**
30:13
**already**
58:4, 58:5,
67:13, 77:12
**also**
2:28, 19:3,
19:23, 44:7,
52:24, 57:2,
59:19, 64:22,
67:5, 67:16,
67:17, 68:11,

70:3, 74:20,
95:1, 95:9,
95:13
**although**
102:1
**altogether**
21:4
**always**
59:12, 66:19,
67:21
**amazon**
81:22
**among**
36:15
**angeles**
2:16
**angles**
88:18
**anneh@eecs**
48:12
**anonymous**
99:17, 99:20,
100:1
**another**
32:1, 35:1,
56:23, 88:22,
102:11
**answer**
6:1, 6:24, 7:1,
7:2, 9:19,
12:16, 13:18,
13:20, 13:21,
15:12, 15:24,
16:1, 19:14,
20:14, 24:2,
24:8, 26:7,
26:20, 36:8,
37:2, 38:6,
40:14, 41:3,
48:20, 50:16,
51:6, 51:15,
52:8, 52:13,
54:21, 55:1,
59:3, 60:6,
62:11, 62:13,
62:20, 70:4,
70:8, 71:18,
71:24, 72:2,

73:10, 73:21,
73:23, 73:24,
76:13, 76:20,
76:22, 78:24,
79:1, 79:4,
83:9, 83:10,
83:12, 86:23,
88:17, 88:19,
91:3, 91:5
**answered**
67:13
**answering**
7:6, 29:2,
75:25, 78:13
**any**
5:19, 8:2,
12:1, 13:2,
13:5, 14:13,
16:16, 17:15,
18:17, 18:23,
19:20, 20:5,
20:10, 20:22,
21:21, 21:23,
22:7, 22:13,
23:24, 24:24,
33:12, 33:16,
33:18, 34:15,
36:20, 37:18,
37:21, 38:14,
39:12, 39:23,
40:17, 40:22,
42:18, 45:20,
49:8, 49:15,
53:11, 53:18,
63:1, 63:2,
63:24, 64:10,
64:17, 65:1,
66:5, 68:2,
81:9, 81:14,
82:17, 83:5,
83:10, 86:4,
94:9, 94:10,
96:14, 98:5,
104:6, 104:18
**anybody's**
69:14
**anyone**
12:4, 12:11,

16:6, 72:6,
72:12, 101:1
**anything**
11:9, 11:12,
18:15, 18:23,
19:12, 25:20,
26:4, 26:16,
27:4, 28:16,
29:16, 30:23,
33:13, 33:16,
33:22, 34:4,
61:15, 61:17,
66:8, 71:8,
71:10, 94:13
**api**
96:21, 96:22,
97:1
**apologize**
7:20
**appearances**
2:1
**appeared**
4:6
**appearing**
39:3
**application**
77:3, 97:9
**applications**
44:8
**applied**
27:13, 27:14
**applies**
29:7, 29:10
**appropriate**
5:17, 5:22,
5:24, 6:9, 6:13,
6:23, 19:1,
19:3, 19:4, 19:7
**approximately**
6:10
**area**
31:12
**areas**
44:10
**argue**
88:16
**arlenbach**
2:21

**around**
5:13, 56:20
**article**
9:25, 10:3,
10:18, 10:21,
11:3, 11:5,
11:9, 11:13,
12:12, 15:3,
15:6, 15:9,
16:7, 16:12,
16:15, 16:17,
16:23, 17:3,
17:13, 17:14,
17:16, 17:17,
18:10, 18:14,
18:23
**articles**
10:4, 10:6,
10:7, 10:8,
10:10, 10:13,
18:17
**artificial**
1:11, 1:20,
4:16, 38:1,
105:4
**aside**
15:2, 40:15,
40:20
**asked**
11:14, 11:22,
12:7, 12:11,
13:14, 15:19,
28:22, 38:3,
38:20, 38:23,
39:7, 50:7,
52:6, 72:15,
74:8, 99:9
**asking**
14:8, 16:8,
17:8, 17:10,
21:14, 21:25,
23:14, 23:17,
24:5, 24:11,
24:17, 24:18,
25:3, 25:13,
28:23, 29:1,
30:14, 30:15,
31:8, 31:10,

38:8, 41:1,
46:20, 46:23,
47:17, 51:19,
59:11, 71:15,
78:7, 85:4, 88:9
**aspect**
94:11, 94:22
**associate**
39:8, 39:13,
85:25
**associated**
36:19, 39:17,
39:24, 40:3,
40:9, 40:16,
40:22, 51:14
**assume**
23:21
**assumed**
12:9
**assuming**
48:5
**attack**
72:17, 72:21,
72:22, 73:1
**attacking**
73:2
**attention**
75:9
**attorney**
49:11, 71:25,
73:10, 73:13,
76:2, 76:3,
76:4, 77:2,
104:18
**attorney-client**
12:20, 13:17,
15:24, 50:10,
72:3, 75:25,
76:6, 76:21,
76:23, 78:13
**attorneys**
14:25, 15:2
**audience**
43:24
**august**
52:19
**authored**
11:4

**authorized**
104:2
**ava**
32:5, 32:23,
33:3
**available**
26:11, 30:10,
31:1, 56:21,
56:23, 63:15,
65:7, 66:14,
67:8, 68:20,
68:25, 87:13
**aware**
10:4, 10:13,
10:14, 10:18,
10:20, 14:13,
18:17, 18:23,
23:3, 37:12,
46:12, 47:4,
47:9, 47:13,
47:15, 49:23,
49:25, 50:1,
51:4, 51:10,
51:17, 51:22,
56:1, 56:4,
96:23
**away**
101:22

**B**

**back**
7:7, 7:18,
22:9, 33:24,
37:9, 41:7,
43:1, 43:2,
43:15, 49:5,
58:6, 73:25,
74:11, 76:13,
78:17, 79:12,
85:10, 86:19,
100:21, 101:5,
101:18, 102:14,
102:19
**bad**
67:3, 67:15,
67:19, 67:20,
68:11, 69:2
**based**
9:25, 14:1,

48:19, 79:3,
83:12
**basically**
25:19, 101:17
**basis**
37:7, 39:16,
40:16, 40:21,
47:2
**bates**
48:9
**became**
43:23, 44:4,
44:7, 44:8,
47:13
**because**
5:15, 7:21,
17:19, 19:7,
24:13, 29:11,
31:11, 37:9,
54:12, 54:19,
59:13, 59:25,
66:12, 71:6,
72:2, 72:23,
73:2, 76:22,
80:2, 84:12,
85:25, 86:5,
88:2, 88:6,
89:23, 90:25,
92:24, 93:22,
93:24, 94:9,
95:17, 95:25,
96:1, 96:3,
97:14
**become**
47:15, 101:16
**been**
4:8, 4:9, 10:5,
15:19, 17:25,
18:17, 32:23,
33:1, 47:7,
47:19, 51:4,
52:5, 53:23,
59:2, 59:23,
65:16, 65:22,
66:19, 74:25,
81:16, 81:18,
83:22, 94:9
**before**
4:4, 33:9,

36:21, 37:16,
39:1, 39:13,
39:19, 40:2,
40:10, 40:18,
40:23, 41:6,
41:12, 42:4,
42:21, 46:21,
50:16, 56:18,
56:19, 56:20,
59:19, 60:17,
62:20, 63:16,
74:16, 93:2,
96:15, 96:19,
97:21, 101:14,
104:5, 104:14
**began**
56:16, 57:21,
58:2, 62:1
**begin**
5:11, 44:23,
60:24
**begins**
83:24, 88:24,
92:9, 93:14,
94:25, 99:16
**behalf**
101:1
**behind**
80:10
**being**
27:2, 28:21,
70:25, 71:3,
74:15, 80:21,
91:9
**belief**
39:16
**believe**
5:23, 6:23,
16:3, 16:22,
17:2, 17:12,
18:25, 19:4,
19:19, 20:3,
20:4, 20:9,
20:21, 21:6,
22:6, 22:12,
23:23, 25:20,
26:4, 26:16,
27:4, 27:12,

33:1, 36:19,
37:5, 38:25,
39:24, 41:4,
41:10, 43:20,
44:11, 48:2,
48:15, 49:8,
49:16, 49:18,
67:5, 76:20,
77:12, 83:17,
91:23
**believed**
87:6
**bell**
79:18
**benefit**
26:10, 27:18
**benefits**
35:10, 36:2,
93:14
**best**
66:21
**beta**
54:12, 54:20,
55:20, 55:23,
56:18, 56:21,
56:25
**better**
67:4, 67:6,
80:3, 95:21
**between**
81:14
**beyond**
35:21, 36:13,
85:10
**big**
93:16
**bigger**
44:4
**billion**
45:23, 45:24
**bit**
43:18
**blogs**
63:22, 64:9,
64:14
**bloomberg**
8:20, 10:5,
10:11, 10:15,

10:21, 12:5,
15:6, 15:9,
16:7, 18:10,
72:5, 72:9
**body**
77:23
**boom**
56:24
**bottom**
49:12, 55:6,
55:10, 77:14,
83:24, 99:14,
99:15, 100:6,
100:10, 100:13,
100:16
**boulevard**
2:15
**brand**
60:23, 82:7,
82:10, 83:3
**branding**
57:1, 57:3
**break**
15:18, 43:7,
49:1, 50:6,
74:16, 76:25,
79:5
**briefly**
102:12
**brockman**
85:13, 85:17,
86:5, 86:6
**buck**
102:3
**build**
60:18, 62:21,
80:3
**building**
32:13, 60:17,
62:21, 87:12,
89:20
**bunch**
36:5, 84:20
**business**
69:13, 69:15,
69:16, 78:5

---
C
---

**ca**
2:7, 2:16, 2:24

**california**
1:2, 1:25,
1:30, 4:4, 4:6,
4:18, 4:22,
104:2
**call**
11:14, 19:24,
20:2, 22:17,
45:7, 96:2
**called**
4:8, 17:20,
51:22, 74:11,
81:22, 90:19
**calling**
16:8
**calls**
13:16, 15:24,
23:12, 24:3,
41:15
**came**
7:8, 10:17,
37:9, 85:10,
99:2
**can't**
13:11, 13:21,
16:1, 17:15,
17:18, 17:23,
22:18, 22:19,
23:13, 23:17,
23:18, 24:10,
30:12, 31:7,
32:15, 32:16,
34:20, 37:2,
39:10, 40:12,
40:13, 40:25,
41:16, 42:14,
42:23, 44:11,
45:3, 47:16,
48:18, 50:1,
55:19, 63:8,
63:9, 71:6,
71:24, 97:13
**cannot**
31:11, 72:2,
76:6, 76:22,
79:4, 83:12
**capacity**
1:23

**captioner**
1:32
**care**
18:13
**caruso**
2:4, 3:4, 5:9,
6:4, 7:14, 7:23,
12:18, 13:22,
15:15, 16:2,
19:18, 20:1,
20:20, 22:20,
24:7, 25:5,
26:23, 28:17,
31:9, 32:19,
33:7, 34:9,
34:22, 36:7,
37:1, 41:21,
43:11, 43:19,
47:23, 48:22,
49:7, 50:11,
51:1, 52:3,
53:22, 57:18,
57:22, 60:9,
64:7, 64:24,
68:1, 68:15,
68:18, 69:11,
70:4, 70:5,
71:22, 72:4,
73:15, 73:19,
73:22, 74:2,
74:6, 74:18,
74:24, 75:3,
75:4, 76:24,
79:5, 79:7,
79:14, 82:3,
83:14, 83:20,
91:15, 92:17,
102:5, 102:8,
102:15
**case**
1:4, 13:10,
26:13, 32:21,
68:12, 73:2,
74:8, 104:13,
105:7
**certain**
38:2, 71:11,
88:9

**certified**
1:32, 4:5,
104:1
**certify**
104:3, 104:16
**challenging**
65:3
**chance**
52:7, 54:24,
74:13
**change**
11:12, 18:14,
18:15, 39:4,
91:7, 98:15,
99:3, 99:10,
105:12
**changed**
99:7
**changes**
105:2
**characteristics**
19:20, 20:5,
20:10, 20:22,
23:25, 24:25,
33:23, 34:5,
34:16
**characterize**
87:18
**characterized**
40:20
**charter**
27:17
**chatbot**
21:3, 96:12
**chatgpt**
28:16, 31:22,
57:15, 57:17,
101:14
**check**
32:25
**checked**
31:22, 31:24,
33:10
**children**
66:16, 67:10
**choose**
5:14, 5:15
**chose**
59:15

**city**
1:25, 2:7, 4:4
**claim**
73:3
**clarify**
93:22
**clear**
55:18
**clearly**
51:16, 96:10
**client**
22:7, 22:13,
27:13, 27:16,
32:8, 32:14,
34:25, 35:12,
35:14, 48:23,
51:14, 59:1,
59:25, 60:10,
60:20, 61:25,
62:6, 62:23,
63:1, 63:15,
72:17, 72:23,
74:17, 76:12,
76:19, 82:22,
87:5, 96:2,
101:10, 101:16,
101:21, 102:13
**client's**
23:1, 31:14,
31:18, 31:20,
33:8, 33:10,
59:23, 67:2,
95:22
**clients**
59:13, 59:19,
60:13
**close**
102:2
**code**
28:5, 28:6,
28:9, 28:12,
32:13, 32:18,
98:3, 101:24
**codex**
32:3, 51:23,
51:24, 52:21
**cold**
43:18

**collaboration**
6:19, 7:5,
21:1, 29:16,
30:21, 40:7,
40:9, 61:7,
85:9, 85:17,
86:4
**collect**
13:14, 13:23,
13:25
**collection**
95:14
**collectively**
96:4
**colon**
52:25
**com**
2:9, 2:10,
2:19, 2:26,
52:25
**come**
9:15, 66:21
**comes**
25:12
**commencing**
4:2
**commercial**
63:24, 63:25,
64:3, 64:11,
64:17, 64:19,
64:22, 64:25,
98:5, 98:7
**commercialized**
96:20, 97:4,
97:12, 97:13,
97:18, 97:23,
97:25
**communicate**
76:9, 76:16
**communicated**
76:4
**communication**
14:6, 14:17,
14:23, 76:1,
78:14
**communications**
9:5, 10:1,
10:14, 10:16,

13:2, 13:9,
13:15, 13:17,
13:24, 14:1,
14:3, 14:13,
15:25, 76:7,
76:21, 76:23,
91:21
**community**
32:9, 32:12,
33:6, 44:3,
44:5, 44:15,
44:20, 45:5,
45:17, 46:4,
46:7, 100:21,
101:5, 101:18,
101:22, 102:4
**companies**
67:17, 68:12,
69:25, 79:16,
80:3, 80:5,
80:7, 80:23,
81:2, 81:5,
81:14, 87:20,
91:25, 93:15,
95:14, 95:20,
96:1
**company**
19:17, 19:20,
32:5, 32:10,
58:5, 84:17,
84:19, 85:8,
86:4, 86:10,
86:11, 86:14,
86:17, 87:3,
87:9, 90:6,
90:7, 95:22,
96:5, 97:8, 98:4
**compel**
102:11
**compete**
95:16, 95:22
**competes**
95:12
**competing**
96:15
**competitive**
95:11, 96:9,
96:12

competitor
69:24, 95:13,
96:6
completion
104:14
component
61:8
compute
95:18, 95:20,
96:3
conceivably
80:13
concept
49:22
concepts
51:9
concern
59:14, 59:17,
59:24, 82:4
concerned
8:8, 58:21,
58:24, 59:24,
81:21
concerning
10:5
conclusion
19:25, 20:2,
23:12, 31:8,
74:17
conclusions
22:18, 24:11
conference
8:16
conferences
40:2, 46:10,
61:12
confuse
59:14, 59:25
confusion
59:12, 81:23,
82:2, 85:23,
89:24
connection
19:11, 21:8,
21:17, 30:15,
33:11, 33:15,
42:17, 56:25,
57:3, 77:2

consider
58:25, 59:4,
59:8, 74:13
consortia
89:7, 90:1,
90:3
consortium
81:5, 88:24,
89:13, 89:16,
89:22, 90:6,
90:10, 90:19,
99:2
consumer
41:5, 41:11
consumers
40:16, 40:22,
41:19, 41:20,
42:2, 42:7
contacted
16:15
contemplating
90:12
content
66:20, 66:21,
68:11, 68:14,
69:3, 94:6,
94:17
context
21:20, 21:21,
22:24, 24:14,
24:15, 30:5,
30:6, 30:8,
50:4, 62:9,
62:10, 62:16,
71:5, 71:7,
71:10, 71:11,
85:1, 89:18,
93:1, 97:20
continuation
4:14, 94:12
continue
7:24, 74:14,
74:15
continues
85:12, 90:18
continuous
44:1, 44:13,
44:24

conversation
93:3, 93:8,
94:1, 94:4,
94:5, 94:6,
94:10, 94:16,
94:17
conversations
16:18, 71:19,
71:21
conversion
101:25
conveyed
25:21, 26:5,
26:18, 27:6
copying
85:21
corporate
37:24
corporation
1:5, 1:12,
105:4, 105:5
correct
20:7, 21:9,
21:16, 33:9,
36:9, 58:3,
59:17, 72:11,
72:15, 83:16,
91:22
corrections
11:15, 11:16,
11:21, 11:25,
12:2, 12:5,
12:8, 12:9,
12:12, 16:9
could
19:6, 19:8,
20:17, 22:4,
28:24, 30:11,
30:25, 31:1,
45:22, 50:20,
53:8, 59:2,
62:15, 80:3,
80:13, 89:17,
94:7, 94:9,
94:11, 95:16,
95:25
couldn't
43:24

counsel
8:5, 13:19,
48:9, 71:19,
71:21, 76:9,
76:16, 83:11
counterclaims
23:6
couple
43:5
course
26:9, 55:8,
61:21, 61:22,
88:10
court
1:1, 4:18, 4:22
crap
56:12
create
6:18, 68:6,
68:8, 79:16,
79:22, 79:24,
80:19, 81:23,
89:19, 95:20
created
32:12, 41:22,
42:6, 66:13,
66:17, 68:9,
68:17, 68:19,
68:24, 69:1,
85:18, 85:23,
85:24, 89:24,
95:15, 101:21
creating
5:18, 5:23,
5:24, 6:9, 6:14,
6:24, 32:5,
41:25
creation
84:15
creator
84:6, 84:11,
84:15, 84:18,
84:23, 85:2,
86:2, 86:8, 86:9
crr
104:25
csr
1:30, 104:25

current
46:8
currently
87:2, 87:8

**D**

dall-e
31:24, 33:11,
33:13, 33:15,
33:17, 54:12,
54:20, 55:20,
55:22, 55:24,
55:25, 56:15,
57:2, 57:5,
57:8, 57:10,
57:11, 57:12,
57:13, 57:14,
57:17, 57:20,
58:1, 63:12,
63:13, 63:17
data
28:14
date
43:25, 51:5,
58:20, 63:10,
103:8, 104:19,
105:10
dated
3:8, 3:9, 3:10,
3:11, 3:12,
3:15, 83:25,
104:21
dates
56:20
davies
2:28, 4:19
day
4:2, 8:25, 99:7
decentralized
61:1, 61:5,
61:10, 61:16,
61:20, 61:23,
62:2
decided
8:6, 58:21,
60:13, 60:20,
62:6, 62:23,
101:16

defendants
1:15, 2:12,
105:6
define
98:22
definitive
40:13
delaware
1:4, 1:12,
105:4, 105:5
depends
18:4, 18:7,
30:6, 30:7,
45:7, 45:8,
98:22
depicting
66:15, 67:9
depos
4:20, 4:23
deposition
1:19, 4:15,
4:20, 7:6, 7:12,
7:25, 15:16,
15:17, 15:20,
38:12, 74:8,
88:15, 102:20,
102:22, 104:13,
105:3
depositions
48:24
describe
5:11, 19:1,
21:6, 21:8,
21:18, 21:19,
29:14, 29:25,
30:19, 44:25
described
29:20, 33:12,
33:16
describes
19:20, 20:5,
20:10, 20:18,
20:22, 21:5,
21:6, 22:7,
22:13, 30:18
description
3:7
descriptiveness
24:15

designated
1:21, 37:23
designee
37:24
detail
18:21, 18:22,
18:24
develop
32:23, 33:3,
61:2
developing
56:17, 58:4
different
14:12, 16:3,
19:6, 19:8,
20:15, 21:3,
28:20, 29:5,
29:6, 29:13,
30:11, 31:4,
40:1, 44:9,
57:24, 61:13,
88:18, 99:8
differently
102:13
difficult
46:2, 69:13,
69:15, 85:24
diffusion's
65:18
diplomate
1:31
direction
104:9
directly
8:11, 63:16
disclosed
33:1
discovered
68:10
discovery
37:20
discrete
44:2
discuss
50:8, 50:9
discussed
50:10, 94:10
discussions
13:19, 80:20,

80:24, 82:15,
83:10
disobeying
79:2
displayed
67:16
district
1:1, 1:2, 4:17,
4:18
document
47:24, 47:25,
48:2, 48:8,
49:9, 49:16,
93:10
doing
26:10, 29:15,
30:1, 30:3,
30:4, 30:19,
30:20, 60:12,
60:16, 62:18,
66:23, 66:25,
67:3, 67:17,
68:12, 87:23,
97:5, 97:6,
97:11
dolphin
2:6, 4:3, 4:21
domain
58:14, 60:25,
61:5, 61:18,
83:15, 89:4
done
39:12, 100:7,
100:20
down
7:9, 76:25
draw
24:11, 75:8
drive
2:6, 4:3, 4:21,
82:21
drove
82:22
duly
104:2, 104:7
during
15:18, 50:5,
66:8, 66:10

**dylan**
2:5
**dylanscher@quinn-emanuel**
2:10

### E

**earlier**
28:18, 57:11,
68:3, 68:4,
86:15, 87:16,
87:20, 87:25,
90:11, 99:9
**early**
5:13, 40:1,
61:3, 70:19,
71:1, 71:3
**edu**
48:12
**effort**
32:9
**efforts**
73:12, 73:17,
74:4, 85:8
**either**
12:9, 38:12
**elapsed**
102:6
**else**
8:16, 12:4,
12:11, 16:11,
35:8, 56:7,
67:5, 101:1,
101:2
**email**
3:8, 3:9, 3:10,
3:11, 3:12,
3:15, 13:6,
14:25, 48:3,
48:4, 48:5,
48:7, 48:16,
48:17, 48:19,
49:9, 49:17,
49:20, 50:2,
50:3, 50:5,
50:14, 50:17,
50:23, 50:24,
51:4, 51:5,

51:7, 51:15,
51:18, 52:6,
52:7, 52:18,
52:20, 52:21,
53:8, 53:16,
54:2, 54:5,
54:7, 54:11,
54:14, 54:19,
54:21, 54:25,
55:9, 55:11,
55:12, 56:4,
56:6, 56:14,
57:7, 57:19,
57:25, 75:13,
75:14, 75:22,
75:23, 76:4,
77:16, 77:23,
77:25, 78:9,
83:23, 84:2,
84:4, 85:5,
90:15, 91:20,
91:24, 92:5,
92:9, 94:18,
99:14, 100:2,
101:1, 101:3
**emailed**
74:20, 75:19,
77:7, 79:19
**emailing**
76:10, 76:17
**emails**
13:5, 14:2,
51:9, 53:11,
53:18, 55:17,
56:11, 56:12
**emanuel**
2:3
**emergence**
82:23
**employee**
104:17
**employees**
37:12
**encounter**
61:10, 61:14
**encroaching**
59:25, 60:2,
60:4, 60:11

**end**
88:10, 102:20
**endeavor**
13:23
**engaged**
73:16, 74:3
**ensure**
66:18
**entertaining**
98:16, 98:20
**entire**
44:14, 66:19
**envisioning**
99:2
**equipped**
24:15
**esq**
2:4, 2:5, 2:14,
2:22
**essentially**
84:14, 85:20
**estimate**
46:1, 46:2
**et**
4:17
**ethos**
101:15, 102:4
**evan**
10:25, 11:1,
17:5, 17:20
**even**
8:6, 39:2,
50:12, 51:3,
52:7, 54:24,
59:21, 67:2,
81:17
**ever**
25:11, 25:14,
33:20, 34:2,
46:20, 53:11,
53:18, 72:5,
80:19, 80:20,
82:20, 83:1,
86:16
**every**
14:16
**everybody**
7:15, 42:3,

42:7, 67:5,
70:1, 95:14
**everyone**
8:16, 42:3,
42:7
**everything**
27:17, 27:24,
57:18, 68:15,
85:10
**exact**
58:20
**exactly**
6:7, 42:13,
42:14, 56:19,
84:12, 86:19,
94:23
**examination**
3:1, 3:3, 5:8
**examined**
4:11
**excludes**
78:25, 83:9
**excuse**
83:8
**exhaustive**
41:1, 81:1
**exhibit**
3:7, 3:8, 3:9,
3:10, 3:11,
3:12, 3:15,
47:20, 47:21,
49:9, 49:16,
52:1, 52:5,
52:9, 52:11,
52:16, 52:18,
53:20, 53:24,
53:25, 54:2,
55:5, 57:4,
74:22, 75:1,
76:11, 76:18,
77:11, 77:14,
83:18, 83:22,
88:23, 91:10,
91:11, 91:20,
91:24, 93:10,
98:12, 99:15
**exhibits**
3:6

exist
66:10, 73:4,
81:19, 81:20
existed
81:13
existing
33:2
exists
81:18
expand
42:12, 44:23
expanded
42:10, 42:21,
43:21, 43:23,
44:3, 44:12,
44:22
expanding
19:8
expansion
44:1, 44:13,
44:24
expected
5:11, 61:9
expert
22:16, 22:18,
22:21, 23:16,
31:7, 31:12,
31:14, 34:7,
35:15, 40:12,
41:15, 46:3,
60:7, 64:6,
64:21, 82:1
expertise
97:16
explained
49:11, 50:7
extent
13:16, 71:18,
73:10, 78:24

**F**

faces
67:24
facility
60:18, 62:21,
62:25
fact
14:3, 14:5,

28:6, 35:9,
38:25, 39:18,
48:16, 56:3,
63:23, 64:9,
67:22, 86:3
factual
34:10
fair
81:14
fake
91:1
far
8:14, 12:3,
15:20, 57:2,
66:5, 67:22
fax
2:18
february
77:16, 91:22,
99:12
federal
104:13
feel
102:13
feet
8:15
fell
92:13
few
9:17, 62:5
fifth
94:24, 95:4
filed
72:22, 72:25,
74:19
filter
66:17, 67:4,
67:5, 67:14,
67:15, 67:19
filtering
67:3, 68:10,
69:4
filters
66:17, 66:22,
67:14, 67:15,
67:21, 68:2,
68:6, 68:8,
68:9, 68:16,

68:19, 68:24
financially
104:16
finish
11:18
finished
35:5, 91:16
firm
14:2
first
39:4, 54:14,
55:1, 55:24,
63:6, 68:20,
68:24, 69:3,
71:12, 72:16,
73:17, 74:4,
75:14, 77:11,
77:14, 79:15,
83:24, 88:23,
89:11, 91:24,
93:20, 99:15
flagging
69:3
flip
77:22
floor
2:6, 4:4
follow
9:6, 12:4
follow-up
9:5, 10:16
followed
9:7, 12:8,
13:25
following
105:2
footnote
55:10
for-profit
36:5, 101:16,
101:21, 102:1
forced
91:7, 98:14,
98:25, 99:3,
99:10
foregoing
104:4, 104:6,
104:10, 104:12

forgot
18:16
form
5:25, 15:11,
19:13, 19:22,
20:13, 22:15,
24:1, 25:2,
26:19, 28:10,
31:6, 33:4,
33:12, 33:15,
33:18, 33:20,
34:2, 34:6,
34:12, 34:13,
34:18, 35:13,
35:15, 36:22,
41:13, 60:5,
64:4, 64:20,
67:12, 69:8,
81:25
formal
81:7, 81:9
formalized
80:22, 81:16,
81:18
formed
34:20, 35:12
forming
80:24
forth
4:12, 104:5
founding
82:8
francisco
2:24
free
102:10
friday
83:25
friends
16:14
front
17:17, 32:25,
38:18, 45:9,
52:9, 52:10,
52:15, 53:25,
75:5
full
91:3

**fully**
67:1
**function**
66:5
**functionality**
57:16, 57:17,
65:18, 66:1,
66:2, 66:4
**fund**
72:17, 72:21
**fund-raising**
73:11, 73:16,
74:3
**funds**
73:5, 73:7
**further**
104:12, 104:16
**future**
18:6

**G**

**game**
95:17, 96:19
**gave**
7:2, 14:1,
28:3, 52:8,
59:21, 70:8,
83:13, 91:5,
101:18
**general**
51:8
**generally**
18:2
**generate**
65:13, 65:15,
67:18
**generated**
65:19, 65:25,
66:6, 68:11
**generating**
57:16, 65:23,
66:15, 66:20,
67:9
**generation**
21:3
**generative**
21:2, 60:12,
60:13, 60:16,

60:21, 60:25,
61:3, 61:5,
61:8, 62:1,
62:4, 62:7,
62:18, 62:23,
67:18
**generator**
56:15, 56:16,
56:18, 57:20,
57:21, 58:1,
58:2, 58:5,
58:6, 58:22,
58:23, 59:9,
59:10, 65:7,
66:2, 66:14,
67:8, 68:20,
68:25, 96:11
**getting**
28:13, 87:19
**give**
5:3, 6:25, 7:1,
7:10, 8:3, 27:9,
27:13, 27:24,
28:1, 28:4,
40:13, 52:13,
61:15, 61:17,
63:9, 74:13,
88:19, 91:3,
91:13, 91:17,
101:7, 101:17
**given**
54:24, 104:11
**giving**
26:25, 28:24,
30:9, 36:2,
78:8, 88:1,
90:14, 101:9,
101:10, 101:13,
101:15, 101:24
**go**
7:11, 18:16,
18:21, 18:22,
27:21, 39:23,
42:25, 43:11,
45:12, 48:22,
59:20, 61:11,
61:16, 61:18,
61:20, 68:23,

86:18, 102:15
**goal**
98:3
**goals**
27:19, 27:24,
28:1
**goes**
18:24
**going**
7:7, 7:16, 8:8,
42:15, 43:12,
49:2, 50:8,
50:9, 50:19,
57:23, 57:24,
69:15, 73:9,
73:23, 74:12,
75:13, 76:12,
76:19, 76:25,
79:9, 83:7,
83:8, 83:23,
91:3, 92:10,
92:20, 92:22,
93:5, 93:9,
93:23, 93:24,
94:9, 94:22,
100:18, 102:16,
102:21
**good**
5:10, 5:20,
6:15, 6:17,
42:18, 79:25,
82:24
**goods**
5:12, 19:11,
19:21, 20:6,
20:11, 20:23,
22:7, 22:13,
23:2, 23:10,
23:25, 30:24,
33:21, 33:23,
34:3, 34:5,
34:17, 36:20,
39:13, 39:17,
40:17, 40:23,
41:5, 41:11,
42:6, 43:21,
44:12, 45:11,
96:16

**google**
21:24, 22:1,
22:3, 22:5,
28:18, 28:19,
28:23, 28:24,
81:22, 95:12,
101:12
**gov**
77:19
**gpt-2**
46:13, 47:4,
47:6, 47:9,
49:20, 49:22,
49:23, 50:13,
51:4, 51:11
**gradually**
44:6
**great**
50:21
**greg**
85:13, 85:16
**guess**
22:3, 84:11,
98:22
**gusick**
2:22
**guy**
1:13, 1:22,
3:2, 4:7, 4:15,
48:11, 102:21,
103:4, 105:2,
105:5, 105:10
**guyravine@gmail**
52:25

**H**

**half**
71:12, 72:16,
73:17, 74:4,
79:15, 102:6,
102:9
**hand**
5:1, 47:19
**handed**
74:25
**happen**
58:16, 58:19,
58:25, 59:4,

59:6, 59:7,
74:10, 80:19,
80:20
**happened**
18:3, 44:14,
80:21
**hard**
21:4, 69:5
**harmful**
66:20, 68:14
**hear**
42:8
**heard**
9:18, 96:21
**help**
72:17
**here**
4:14, 7:9,
7:21, 16:5,
16:22, 17:2,
17:10, 17:15,
17:23, 23:23,
34:23, 46:25,
53:10, 53:17,
55:19, 59:5,
70:24, 84:21,
84:22, 89:21,
90:14, 93:1,
93:4, 93:22,
94:2, 98:23,
99:1, 99:22,
99:25
**hereby**
104:3
**herein**
104:5
**hereinafter**
4:11
**highlighted**
54:11
**hit**
98:14, 98:24
**hoard**
102:3
**home**
58:14
**honestly**
83:2, 99:21

**hope**
92:10, 92:21
**hour**
4:2
**hours**
8:22, 102:6,
102:10
**house**
9:2, 9:8, 9:13,
9:15, 9:16,
10:15, 10:17
**humanity**
26:11, 27:1,
27:9, 27:14,
27:18, 27:24,
28:1, 28:5,
35:11, 36:3,
87:13, 88:2
**hundreds**
45:6

**I**

**idea**
6:18, 26:15,
28:21, 37:18,
37:21, 79:25,
82:6, 82:24,
90:15, 93:4,
94:3, 94:18,
95:24, 101:11
**identification**
47:22, 52:2,
53:21, 74:23,
83:19, 91:12
**identify**
17:15, 32:22
**ideology**
82:16
**iii**
1:24
**image**
21:2, 56:15,
56:16, 56:18,
57:20, 57:21,
58:1, 58:2,
58:5, 58:6,
58:22, 58:23,
59:8, 59:10,

65:7, 65:23,
65:25, 66:1,
66:14, 67:7,
68:20, 68:25,
96:11
**images**
57:16, 65:8,
65:19, 66:7,
66:15, 67:9,
67:15
**imagine**
37:4, 49:13,
54:6, 65:20,
66:8, 68:11,
74:16, 75:21,
84:14, 85:7,
93:2, 94:17,
100:24
**immunodeficient**
8:7
**implementation**
32:11
**implies**
26:12
**important**
18:5, 18:9,
28:11, 28:12,
78:4, 78:15,
78:20
**impossible**
29:7
**inaccuracies**
16:17, 16:23,
16:25, 17:3,
17:6, 17:12,
17:16, 17:19,
17:21, 17:22,
18:11, 18:13,
18:15
**inaccurate**
11:10
**inc**
1:4, 1:12,
1:20, 4:16,
23:10, 24:24,
28:8, 31:4,
32:8, 33:21,
34:3, 34:17,

38:1, 46:12,
47:4, 47:9,
51:17, 51:22,
53:5, 53:12,
53:18, 56:16,
57:20, 58:2,
58:23, 59:10,
60:2, 63:6,
69:6, 69:18,
69:23, 69:24,
70:13, 70:20,
71:1, 71:4,
71:13, 71:23,
72:18, 77:3,
78:15, 78:21,
80:9, 80:15,
86:16, 87:3,
87:9, 91:6,
95:7, 96:6,
96:8, 96:14,
99:3, 99:10,
105:3, 105:5
**includes**
100:6
**including**
61:3
**inclusive**
20:17
**incorporated**
4:17, 86:11,
86:13
**index**
3:1
**individual**
1:13, 1:23,
105:6
**individually**
80:4
**industry**
41:18, 44:14,
66:20, 67:6,
67:24, 70:2
**infinite**
88:11
**informal**
81:9
**information**
78:25

**initially**
41:17, 42:9,
44:5
**initiative**
5:17, 5:22,
5:24, 6:9, 6:14,
6:24, 19:1,
27:25, 40:6,
69:17, 85:9
**inside**
9:13, 9:16
**instigated**
101:10
**institute**
64:15, 64:16
**instruct**
71:17, 73:9,
74:14, 74:16,
76:12, 76:19,
78:23, 83:8
**instructed**
13:20
**instruction**
15:23, 72:1,
73:18, 74:5,
79:2, 83:13
**instructions**
13:25
**intelligence**
1:11, 1:20,
4:16, 105:5
**intend**
63:25
**intent**
89:15, 89:21
**intentionally**
69:14
**interested**
81:11, 104:17
**internet**
42:3, 42:7
**interpretations**
20:16
**interpreted**
28:20
**interrogatories**
32:21
**interrogatory**
32:25, 38:17,

38:18, 38:20,
38:23
**introduced**
96:15, 96:23,
96:24
**introducing**
96:18
**introduction**
42:17, 63:16
**investigate**
38:13
**issue**
40:21

---
**J**

**january**
1:26, 4:2,
77:1, 104:21
**jason**
2:14
**jog**
38:19
**join**
81:4, 81:8,
81:10, 90:3,
90:16
**journalist**
12:10
**july**
54:3, 56:2,
56:14, 57:19,
57:25, 58:16
**jwilson@willenken**
2:19

---
**K**

**keep**
61:23, 88:7,
92:20, 100:18
**kind**
61:22, 81:9
**knew**
39:8, 51:14,
84:5
**know**
6:16, 7:3,
10:9, 13:11,
16:21, 17:18,

23:16, 23:18,
23:22, 24:13,
25:8, 25:15,
28:4, 29:7,
32:18, 36:23,
36:24, 37:6,
37:17, 39:8,
39:10, 41:14,
42:13, 43:25,
44:8, 45:3,
45:7, 45:12,
45:21, 46:9,
47:11, 47:12,
47:13, 47:14,
47:18, 48:4,
50:1, 53:6,
53:8, 53:10,
53:13, 53:17,
55:9, 58:12,
60:7, 61:13,
61:18, 62:14,
63:8, 63:20,
63:21, 64:5,
65:10, 69:20,
70:1, 70:17,
70:23, 71:5,
71:6, 82:8,
84:22, 87:12,
87:19, 91:8,
92:24, 93:7,
94:23, 98:14,
98:24, 99:21,
99:22, 99:25,
101:6, 101:8,
102:3
**knows**
8:6, 53:9

---
**L**

**language**
54:17, 55:2,
55:3, 84:10
**large**
45:17, 79:16
**last**
8:11, 15:16,
15:17, 38:13,
75:14, 98:12,

98:19, 98:23
**late**
96:18
**later**
41:18, 42:2,
42:10, 58:2,
63:3, 64:1,
77:7, 85:13,
86:13
**launch**
69:17
**law**
14:2, 25:12
**lawsuit**
10:12, 23:4
**lawyer**
12:23, 13:12,
79:3, 83:13
**lawyers**
13:1, 13:7,
15:7, 15:9,
15:19, 16:9
**learned**
78:25
**least**
49:23, 81:2
**leave**
102:9
**lecun**
91:21
**legal**
2:21, 19:24,
20:2, 22:17,
23:12, 24:17,
31:8, 64:6,
64:21
**legally**
90:17
**less**
43:23, 66:18,
67:22
**let's**
7:14, 43:11,
48:22, 49:1,
79:5
**letter**
72:22, 72:25,
73:5, 73:7,

75:20, 76:10,
76:17
**letters**
56:11, 74:19
**letting**
51:18, 55:8
**license**
82:14
**licensed**
90:12
**licensing**
82:6, 82:11,
82:17, 83:3,
83:4, 90:14
**lie**
27:1, 35:11,
87:7
**lied**
27:9, 27:22,
36:6
**life**
69:5
**liked**
5:16, 19:2
**line**
57:5, 94:25,
95:4, 100:5,
100:10, 100:16,
100:18, 105:12
**lines**
55:15
**linguist**
64:23
**link**
53:1
**list**
41:1, 52:25,
81:1
**listen**
24:19, 26:2,
38:5, 46:18,
86:22
**listserv**
53:4
**litigation**
10:22, 22:24,
73:11, 73:16,
74:3

**little**
43:18
**llp**
2:13
**log**
74:7, 74:9,
74:12
**logs**
37:14, 37:20
**long**
8:24, 79:6,
83:9, 96:5
**longer**
28:8
**look**
6:17, 9:16,
17:14, 35:15,
39:6, 77:11,
83:21, 86:25,
89:18, 90:15,
94:24, 99:14,
100:4
**looked**
77:12
**looking**
72:17, 77:13,
92:4
**los**
2:16
**lost**
59:5
**lot**
56:6, 56:10,
56:11, 70:1,
100:8, 100:21
**lots**
19:5, 21:3,
56:11, 56:12,
63:22, 64:8,
64:12, 93:15

**M**

**machine**
104:8
**made**
27:16, 63:15,
85:24, 104:8
**magistrate**
48:25, 102:7

**main**
28:15
**make**
8:10, 11:15,
11:22, 11:25,
12:1, 12:5,
12:7, 12:9,
12:12, 16:8,
18:6, 69:5,
69:12, 69:14,
69:18, 82:8,
87:15, 88:8,
102:3, 105:2
**making**
26:11, 48:6,
48:18, 68:25,
87:13
**many**
10:13, 19:8,
20:15, 28:20,
29:5, 29:6,
30:11, 37:5,
37:15, 38:13,
44:9, 45:2,
45:4, 45:8,
46:7, 53:9,
55:16, 55:17,
61:13, 68:12,
97:9, 97:10
**march**
83:25, 85:6
**margret**
2:4
**margretcaruso@qu-**
**innemanuel**
2:9
**mark**
52:11, 59:22,
73:3, 89:9,
89:25
**marked**
47:21, 49:9,
49:16, 52:1,
52:5, 53:20,
53:23, 74:22,
74:25, 83:18,
83:22, 91:9,
91:11

**market**
41:5, 41:11,
41:17, 42:21,
43:20, 44:4,
44:12, 45:10,
60:1, 60:3,
60:11, 85:23,
89:24, 95:11
**marks**
4:14, 102:20
**mask**
8:6, 8:17,
9:11, 9:12,
9:20, 9:21, 9:22
**matter**
4:15, 18:12,
38:2, 51:8,
58:8, 78:4,
96:1, 105:3
**maybe**
16:8, 16:19,
38:19, 51:9,
55:18
**mean**
5:20, 6:13,
7:3, 12:7, 14:1,
14:20, 17:18,
18:12, 18:20,
19:11, 19:24,
21:19, 21:22,
27:2, 27:14,
27:21, 28:19,
29:1, 29:18,
30:20, 34:20,
37:13, 39:2,
39:25, 40:11,
40:24, 41:15,
42:23, 42:24,
46:9, 51:12,
51:14, 53:7,
56:4, 60:4,
60:10, 60:12,
60:16, 61:11,
61:17, 62:8,
62:12, 62:18,
65:21, 70:22,
71:7, 71:8,
71:10, 72:21,

73:1, 73:2,
75:12, 78:7,
78:11, 78:12,
80:7, 80:11,
80:20, 81:19,
81:20, 82:8,
82:11, 84:9,
84:18, 84:25,
85:20, 86:7,
88:19, 89:11,
89:17, 90:9,
90:23, 93:23,
94:7, 94:21,
95:9, 97:3,
97:5, 97:12,
97:24, 98:7,
99:6, 99:20,
101:4
**meaning**
22:22, 24:17,
29:7, 29:9,
29:11, 34:15,
35:14, 65:1,
84:17
**meanings**
29:5, 29:6,
31:2
**means**
19:16, 24:14,
49:13, 94:22
**meant**
19:5, 27:13,
33:22, 34:4,
84:12, 89:21,
89:23, 90:3,
90:5, 90:9,
93:20, 97:19,
98:1, 98:6,
99:4, 100:1
**mechanisms**
69:4
**meet**
8:19, 8:25
**member**
82:8, 89:12,
90:6, 90:8
**members**
88:24, 89:7,

89:14, 90:1,
90:3, 90:10
**memory**
8:9, 38:19
**message**
48:11
**met**
9:2
**meta**
79:19, 81:2,
81:10, 81:22,
93:16, 95:12,
101:12
**meta's**
81:4
**michael**
1:30, 4:4,
104:1, 104:25
**might**
13:6, 22:17,
28:12, 51:4,
58:25, 59:4,
59:5, 59:7,
65:16, 65:21,
93:20
**mike**
4:22
**mind**
14:16, 23:22,
61:23, 82:13,
82:17
**minds**
39:11, 40:13,
61:24
**mindset**
7:6, 7:12,
100:8, 100:21,
101:4, 101:9,
101:11, 101:22,
101:25, 102:2
**mindsets**
101:19
**minimum**
98:15, 98:20
**minute**
7:10, 91:17
**minutes**
9:17, 43:6,

79:7
**misdescribe**
23:10
**misdescribes**
23:2, 23:24,
24:24
**mission**
25:17, 25:21,
25:22, 26:5,
26:6, 26:7,
26:9, 26:17,
26:21, 26:22,
26:25, 27:5
**misstating**
21:10
**mit**
48:12
**model**
60:13, 60:14,
60:16, 60:21,
60:25, 61:6,
61:8, 62:1,
62:4, 62:7,
62:19, 62:23
**models**
28:14, 28:15,
60:18, 62:21,
80:3, 83:11,
95:15, 95:21
**moment**
40:25
**moments**
62:5
**momentum**
89:19
**montgomery**
2:23
**months**
18:1, 18:3
**more**
7:4, 8:22,
8:25, 9:4,
10:20, 14:21,
14:22, 18:18,
18:20, 18:21,
18:22, 18:24,
41:19, 42:11,
42:15, 43:23,

44:6, 44:7,
44:8, 44:9,
50:18, 51:16,
69:9, 69:13,
74:13, 74:16,
82:16, 84:25,
95:16, 95:18,
96:3, 101:23,
101:24, 102:8
**mostly**
45:16, 99:17,
99:20, 100:1
**motion**
102:11
**mouth**
61:13, 88:5,
88:7, 88:8
**move**
57:18, 68:15,
70:4
**moving**
52:8, 68:19
**much**
46:8, 46:10,
63:25
**multiple**
9:5, 10:4,
10:7, 10:10,
31:2, 67:14,
95:20
**must**
57:16

---

### N

**name**
5:11, 5:14,
5:15, 5:16,
5:17, 5:20,
5:21, 6:8, 6:15,
6:17, 6:19,
6:20, 6:23,
10:23, 10:25,
18:25, 19:1,
19:2, 19:15,
19:16, 19:17,
19:20, 21:8,
21:17, 23:2,
23:24, 24:12,

25:21, 26:5,
26:18, 27:6,
30:13, 30:16,
35:21, 36:13,
36:19, 59:1,
59:13, 61:18,
70:1, 72:24,
82:14, 82:18,
84:19, 85:19,
85:20, 85:22,
85:25, 86:1,
86:6, 86:9,
91:7, 98:15,
99:3, 99:7,
99:8, 99:10,
100:10, 100:17,
104:20

**ncra**
1:31, 1:32

**necessarily**
53:7, 101:25

**need**
7:8, 11:18,
24:19, 50:17,
62:9, 75:11

**needed**
66:22

**neither**
104:16

**nervous**
8:10

**never**
9:13, 25:10,
28:2, 28:3,
39:12, 59:21,
63:2, 72:6,
72:12, 81:13,
101:18

**new**
42:18, 65:24,
102:1

**next**
88:23

**nine**
55:15

**none**
21:7, 21:16,
45:22

**nonprofit**
27:17, 36:4,
64:15, 97:6

**normally**
9:23

**northern**
1:2, 4:18

**nothing**
4:10, 5:5,
30:3, 39:6,
42:20, 88:1,
93:2

**notwithstanding**
59:17

**november**
36:21, 37:16,
39:14, 39:19,
40:10, 40:18,
40:23, 41:6,
41:12, 42:4,
42:21, 58:19

**number**
38:4, 48:9,
49:12, 88:11,
94:9

**numbers**
37:17, 45:4,
45:9, 46:9,
63:10

## O

**oaths**
104:3

**object**
83:7

**objection**
5:25, 13:16,
15:11, 15:21,
15:23, 19:13,
19:22, 20:13,
22:15, 24:1,
25:2, 26:19,
28:10, 31:6,
33:4, 34:6,
34:18, 36:22,
41:13, 60:5,
64:4, 64:20,
67:12, 69:8,

81:25
**obtain**
78:16, 78:21

**obviously**
102:9

**occasion**
9:4

**october**
67:7

**offer**
58:21, 60:21,
62:7, 62:24,
63:25, 96:8,
98:5

**offered**
20:6, 20:12,
20:23, 21:1,
21:7, 21:17,
41:6, 41:12,
56:15, 57:20,
58:1, 61:5,
61:8, 96:11,
96:12

**offering**
28:25, 41:23,
56:16, 57:21,
58:2, 58:4,
58:6, 59:8,
60:24, 62:1,
63:24, 64:10,
81:24, 96:10,
97:7, 97:8

**offerings**
20:19, 96:9,
96:13

**oh**
12:23, 30:21,
42:14, 55:8,
99:5

**once**
14:22, 89:15,
89:16, 89:22,
90:9

**one**
8:25, 9:4,
10:18, 12:25,
18:19, 27:19,
27:23, 27:25,

32:22, 33:2,
35:1, 35:2,
35:3, 35:7,
39:22, 50:20,
67:1, 67:23,
74:13, 74:16,
82:9, 90:7,
91:17, 92:6,
92:7, 92:13,
99:7, 100:11

**ones**
17:1, 17:7,
31:21, 31:23,
31:25

**online**
63:3, 97:7,
97:8

**only**
39:11, 71:18,
74:19, 76:13,
78:24, 83:23,
96:18

**open-source**
32:6, 32:7,
32:11, 33:6

**openai's**
23:24, 69:12,
96:21

**openness**
26:12, 26:15,
26:25, 27:7,
100:22, 101:5,
101:19, 101:22

**opinion**
23:17, 24:4,
24:9, 24:23,
25:6, 25:7,
25:9, 25:10,
25:11, 25:14,
28:8, 31:3,
31:10, 33:12,
33:16, 33:18,
33:20, 34:2,
34:13, 34:20,
35:12, 35:13,
35:16, 40:8,
46:6

**opportunity**
78:8

oppose
27:13
opposing
8:5, 77:3
order
26:7, 51:6,
54:21
ordered
102:6
ordinary
41:20, 42:2,
42:7
organization
101:16
original
27:25, 84:6,
84:11, 84:15,
84:18, 84:23,
85:2, 85:8,
86:2, 86:8,
86:9, 102:4,
104:13
originally
42:2, 87:13
originator
99:17, 100:1
other
5:19, 15:2,
15:5, 15:8,
16:7, 29:15,
29:17, 29:19,
29:20, 31:23,
31:25, 36:17,
38:25, 39:23,
40:24, 46:1,
46:7, 63:15,
68:12, 69:4,
69:25, 81:5,
86:5, 94:25
others
69:22, 70:6,
70:12, 95:12,
101:12
otherwise
13:19
out
27:1, 31:22,
31:24, 33:10,

35:11, 67:15,
71:9, 80:15,
87:7
out-compete
96:2
out-competed
95:25
outside
9:12, 9:17,
9:23, 9:24
over
42:21, 43:24,
44:22, 67:4,
67:6
own
23:22, 88:25,
89:7, 89:9,
89:15, 89:23,
89:25, 90:2,
90:4, 90:10,
95:15
ownership
90:14

**P**

page
3:3, 3:7, 55:2,
56:22, 58:3,
58:7, 58:13,
58:15, 61:10,
75:14, 75:15,
77:11, 77:14,
77:22, 83:24,
88:23, 92:6,
99:15, 100:5,
100:12, 105:12
paper
47:8, 51:12,
51:13
papers
63:22, 64:9,
64:14, 98:2
paragraph
84:5, 92:4,
92:9, 92:20,
92:21, 93:14,
93:21, 94:25,
95:4, 98:13,

98:18, 98:19,
99:16
part
19:19, 46:4,
46:7, 80:5,
80:8, 80:9,
80:11, 80:13,
80:14, 81:5,
84:7
particular
30:12
party
104:18
penalty
5:2, 103:1
pending
51:20
people
15:2, 15:5,
15:8, 28:21,
29:15, 30:25,
39:1, 39:6,
39:8, 39:12,
39:17, 39:24,
40:1, 40:5,
40:8, 41:18,
41:19, 42:11,
44:6, 45:2,
45:4, 45:22,
45:23, 45:24,
45:25, 46:7,
58:22, 59:9,
59:24, 61:2,
61:9, 61:12,
61:14, 61:23,
66:7, 66:11,
68:13, 70:2,
72:17, 79:19,
85:24, 85:25,
89:24, 97:9
people's
39:11, 40:13,
61:24
percent
67:21, 67:22
perjury
5:3, 103:1
permission
59:21, 86:14

person
14:17, 14:22,
40:2
personally
4:6, 74:20,
75:19, 75:23
perspective
27:7, 97:15
pertains
104:12
pervasive
68:13
phone
11:24, 14:18,
14:21, 48:25
phrase
64:25
picked
99:8
pinpoint
43:24
place
4:21, 39:4,
90:20, 90:23,
104:5
plaintiff
1:7, 2:2, 4:9,
105:4
planet
4:20, 4:23
platform
21:1
please
5:1, 14:10,
15:13, 15:17,
22:10, 25:25,
33:25, 38:5,
41:8, 52:13,
55:11, 55:12,
59:3, 59:6,
74:1, 76:13,
78:18, 84:2,
86:23, 88:20,
91:13
point
9:16, 60:20,
62:6, 62:22
pointed
17:6

points
44:2
pool
91:25
pooled
95:23
pooling
80:2, 93:14,
95:15, 95:17,
95:24
portion
67:1
position
23:3, 23:9,
24:13, 61:4,
70:20, 71:1,
71:4, 81:17
possibilities
19:6, 41:2
possibility
59:11, 59:12
possible
14:16
postponed
74:9
potential
83:11
practically
72:24
pre-existing
32:22
premarked
47:19
preparation
38:12
prepare
38:21
prepared
7:24, 38:24,
41:3
present
2:28
presumably
82:7
presumed
82:10
previous
62:10, 62:12,

62:13
previously
8:5, 15:1, 36:1
price
82:13, 82:16,
82:17, 82:22,
83:1, 83:2, 83:4
principles
80:10, 80:12,
85:20, 85:21,
85:22, 86:6,
86:9, 86:16,
87:4, 87:6,
87:10, 87:11,
87:14
prior
104:6
privilege
12:21, 72:3,
74:7, 74:9,
74:12
privileged
50:10, 76:1,
76:21, 76:23,
78:14
probably
13:7, 16:13,
16:14, 17:21,
18:15, 22:25,
25:8, 36:24,
38:17, 39:9,
39:16, 45:24,
49:13, 56:19,
57:13, 58:20,
65:10, 79:21,
95:8, 97:2, 99:6
problem
43:25, 59:2,
66:19, 68:13,
101:8
problems
18:2, 67:23
proceed
59:15
proceedings
5:4, 104:4,
104:6, 104:8,
104:14

process
44:24, 66:9,
66:10
produce
65:13
produced
13:7, 13:9,
48:8, 49:13,
49:14, 65:8
product
28:21, 28:25,
32:1, 32:7,
33:5, 46:13,
47:4, 47:6,
51:13, 51:22,
56:23, 57:7,
63:3, 64:2,
64:3, 73:11,
73:14, 96:25,
97:1, 97:2
production
13:13
products
20:25, 21:23,
24:25, 28:12,
29:17, 29:19,
29:20, 31:15,
31:18, 32:22,
33:2, 33:9,
33:10, 40:3,
41:22, 63:15,
63:23, 63:24,
63:25, 64:9,
64:11, 64:17,
64:19, 65:1,
67:2, 81:23,
84:19, 96:14,
96:18, 97:8,
97:22, 98:5,
98:7
prohibit
66:15, 67:8
project
32:6, 33:6,
47:8, 47:10
projects
63:14, 63:21,
96:20

promised
101:7
prompted
84:13
protest
72:23, 72:25,
73:6, 73:8,
74:19, 75:20
provide
27:17, 35:10,
45:20, 46:1,
82:9, 82:10
provided
14:4, 14:25,
30:24, 37:14,
37:19, 53:4,
63:2, 63:6
pst
4:3, 102:23
pto
74:20
public
22:1, 22:3,
22:5, 42:15
published
9:25, 10:5,
10:8, 10:11,
11:6, 11:7,
16:7, 18:10
pull
95:19
purpose
83:5, 88:15
put
21:4, 32:24,
38:18, 88:5,
88:8
putting
88:7

**Q**

qualified
65:5
qualities
20:5, 20:11,
20:22, 23:24,
24:25, 33:22,
34:4, 34:16

**quantification**
45:20
**question**
6:5, 7:7, 9:19,
11:19, 12:13,
13:18, 13:21,
14:9, 14:10,
14:12, 16:4,
21:14, 22:9,
23:23, 24:9,
25:6, 26:2,
26:8, 26:24,
33:14, 33:24,
34:2, 34:11,
35:5, 36:8,
36:10, 37:3,
38:6, 38:21,
41:3, 41:7,
41:10, 46:16,
46:18, 49:15,
50:19, 51:2,
51:6, 51:19,
51:20, 52:6,
52:11, 54:22,
57:19, 57:23,
57:24, 59:3,
59:6, 62:12,
62:13, 62:17,
67:14, 68:22,
70:10, 71:2,
71:18, 73:20,
73:22, 73:25,
74:14, 76:8,
76:13, 76:15,
76:20, 78:13,
78:17, 78:20,
79:1, 79:4,
82:25, 83:9,
88:22, 91:4,
99:24
**questions**
15:19, 24:20,
38:6, 48:20,
50:18, 50:23,
51:16, 78:7,
86:22, 88:16,
102:8
**quinn**
2:3

**quite**
16:14, 65:16,
75:21, 100:7,
100:20
**quote**
23:7, 36:12,
86:19
**quoting**
98:10

**R**

**raise**
5:1
**raising**
73:5, 73:7
**random**
96:19, 97:22
**ratcliff**
16:8, 16:25
**ratliff**
11:1, 11:3,
11:12, 13:3,
13:9, 13:24,
14:4, 14:6,
14:14, 16:25,
17:5, 17:20
**ravine**
1:13, 1:22,
3:2, 3:13, 3:16,
4:7, 4:15, 4:25,
5:10, 11:18,
15:18, 20:9,
23:1, 23:9,
23:14, 24:19,
25:23, 26:24,
27:23, 31:16,
37:21, 38:5,
43:20, 44:18,
46:12, 46:16,
48:2, 48:8,
48:9, 48:11,
49:8, 50:5,
51:2, 52:10,
53:15, 54:23,
55:19, 58:10,
59:3, 60:22,
60:24, 64:8,
67:7, 70:6,

75:8, 82:25,
86:20, 87:8,
88:15, 91:16,
97:17, 102:21,
103:4, 105:2,
105:6, 105:10
**ravine's**
74:8
**rd**
77:16
**rdr**
104:25
**reach**
57:9, 80:15
**reached**
57:13
**read**
11:3, 11:5,
11:6, 11:10,
39:10, 47:25,
50:3, 50:5,
50:14, 50:17,
50:23, 51:7,
51:12, 51:15,
51:18, 52:7,
54:14, 54:17,
54:21, 54:24,
55:9, 55:11,
55:12, 55:15,
56:11, 56:13,
62:9, 62:15,
75:6, 75:12,
78:8, 84:2,
84:10, 85:1,
91:13, 93:10,
93:12, 99:23
**reading**
40:12, 75:10,
91:16, 100:9
**reads**
40:12, 98:13
**real**
63:22, 64:3,
64:9, 90:20
**really**
18:8, 26:13,
30:10, 66:3,
82:22, 96:18,

96:20, 97:4,
97:22, 97:25,
101:15
**realtime**
1:32
**reason**
8:2, 39:23,
42:20, 48:15,
49:8, 49:15,
49:18
**reasons**
5:19
**recall**
8:24, 37:13,
68:4
**recalling**
18:2
**receive**
53:11, 53:14,
53:18, 56:6,
74:9, 74:12
**received**
54:5, 56:4,
56:14, 57:19,
57:25, 74:7
**recess**
7:17, 43:14,
49:4, 79:11,
102:18
**recognize**
47:24
**recollection**
75:18, 93:19,
94:14, 99:11
**recommendation**
102:14
**record**
7:11, 7:16,
7:18, 43:11,
43:13, 43:15,
48:22, 49:3,
49:5, 79:10,
79:12, 102:15,
102:17, 102:19,
102:21, 104:7,
104:10
**recorded**
62:5

reduce
68:14
redwood
1:25, 2:7, 4:4,
4:21
refer
35:20, 36:12,
45:10
reference
3:6, 49:20,
49:22, 57:5
referenced
50:13
referred
10:14, 51:3,
85:8
referring
10:3, 35:9,
35:23, 45:15,
62:14, 68:7,
84:22, 85:5,
86:3, 92:2,
92:18, 92:23,
92:25, 93:5,
94:4, 94:12,
94:14, 95:6
refers
94:8, 95:23
reflect
48:3
reflected
76:11, 76:18
reflecting
91:21
refresh
75:18, 93:19,
94:14, 99:11
refusing
24:8
regard
70:20, 71:4
regards
71:1
registered
1:31, 59:18
registration
77:4, 78:16,
78:21, 83:15

relative
104:17
release
28:6
released
28:12, 32:7,
32:13, 101:14
releases
28:9
releasing
28:15, 101:23
relevant
41:4, 41:11,
41:16
remained
44:16, 44:21
remember
6:10, 10:9,
11:11, 11:17,
11:21, 12:3,
12:25, 13:4,
13:5, 14:15,
14:19, 14:23,
16:14, 16:18,
16:24, 17:1,
17:4, 17:7,
17:19, 17:25,
32:1, 32:24,
34:19, 37:22,
38:16, 38:17,
42:14, 42:19,
46:11, 47:11,
47:16, 47:25,
51:24, 52:20,
53:19, 55:22,
55:25, 56:9,
57:2, 57:10,
57:12, 57:15,
58:20, 63:9,
65:14, 65:17,
66:3, 66:6,
68:9, 68:16,
69:1, 70:14,
70:22, 70:23,
72:7, 72:8,
72:9, 72:14,
72:15, 74:21,
75:21, 77:9,

81:1, 84:13,
93:8, 94:5,
94:8, 94:16,
96:7, 96:17,
96:24, 100:3
remembered
4:1
remind
74:6
remove
66:22, 67:20
removing
66:25
repeat
33:14, 36:1,
59:6, 68:22
rephrase
98:2
reported
1:30, 72:12
reporter
1:31, 4:5,
4:22, 4:25, 5:7,
8:19, 10:1,
10:15, 10:17,
10:24, 17:5,
22:11, 32:16,
34:1, 35:24,
41:9, 50:20,
72:5, 72:10,
75:2, 76:14,
78:19, 104:2
reporting
18:14
representation
27:16, 48:6,
48:18, 48:20
representative
1:21
representing
4:20, 4:23,
77:2
requested
104:15
research
47:8, 47:10,
51:13, 63:21,
64:14, 64:15,

64:16, 96:20,
97:6, 97:22,
98:2, 98:3
researcher
45:8
researchers
41:18, 42:1,
42:10, 43:22,
44:5, 44:16,
44:21, 45:10,
45:16
resending
77:25
reserve
74:11
resources
80:2, 92:1,
93:15, 95:15,
95:18, 95:20,
95:23, 95:25,
96:3, 96:4
respect
33:22, 34:4,
34:16
respond
65:5, 71:6
responses
32:21
restate
6:16, 64:13,
88:6
return
37:11, 37:15,
38:13
returned
38:4, 39:1,
39:2
returning
39:7
reveal
13:19, 71:19,
71:20, 72:3,
73:10, 73:13,
75:25, 76:6,
76:21, 76:23,
78:13
review
104:14

**reviewed**
48:17
**right**
4:25, 5:1, 7:8,
8:9, 8:17, 10:2,
11:20, 15:3,
17:3, 17:8,
17:16, 17:23,
20:24, 22:25,
23:4, 25:9,
27:15, 27:20,
28:6, 28:18,
29:12, 29:13,
30:4, 30:13,
31:19, 32:8,
32:10, 33:8,
35:14, 35:22,
36:14, 39:20,
40:6, 40:25,
41:23, 42:4,
42:8, 42:22,
48:25, 49:24,
52:4, 56:1,
56:2, 56:16,
57:1, 58:17,
58:18, 58:19,
65:4, 68:21,
69:19, 73:17,
74:4, 74:11,
77:8, 79:17,
79:20, 81:19,
83:21, 87:2,
89:13, 89:18,
90:7, 91:6,
91:7, 93:11,
95:7, 101:20,
102:14
**rights**
30:16
**rings**
79:18
**room**
8:17
**rowell**
1:30, 4:5,
4:22, 104:1,
104:25
**run**
60:18, 61:2,

62:22, 62:25,
63:2
**rushed**
7:21

### S

**s**
23:10, 24:24,
33:21, 34:3,
34:17, 46:12,
47:4, 47:9,
77:3, 86:16
**said**
5:22, 6:3, 6:6,
6:7, 6:17, 8:5,
14:19, 15:5,
15:8, 15:14,
15:16, 16:24,
17:4, 17:18,
19:2, 19:3,
23:1, 24:3,
25:17, 26:9,
26:10, 26:21,
27:8, 28:18,
30:6, 32:16,
35:1, 35:2,
35:3, 35:4,
35:7, 35:10,
35:17, 36:1,
36:3, 39:5,
39:9, 42:1,
44:13, 45:16,
46:20, 47:1,
49:12, 53:13,
60:10, 61:16,
62:3, 63:23,
64:10, 64:12,
64:16, 67:11,
67:14, 69:2,
70:16, 71:15,
72:12, 72:14,
77:6, 77:25,
79:4, 86:15,
86:19, 86:24,
87:1, 87:20,
87:23, 87:24,
87:25, 90:11,
91:25, 93:9,

94:15, 97:21,
98:1, 98:4,
98:8, 98:10
**same**
60:23, 72:1,
72:24, 73:18,
73:21, 73:24,
74:5, 87:4,
87:9, 87:21
**san**
2:24
**saw**
69:2
**say**
6:2, 8:14,
14:7, 15:4,
15:10, 16:10,
17:23, 20:8,
21:5, 21:10,
22:4, 23:5,
23:7, 23:18,
28:19, 28:24,
29:9, 29:22,
30:17, 30:18,
35:2, 40:16,
40:21, 41:16,
44:17, 45:3,
46:14, 48:18,
53:13, 54:18,
55:16, 55:19,
56:3, 56:9,
57:10, 62:3,
64:12, 71:14,
73:1, 78:4,
81:7, 81:15,
86:18, 88:9,
94:7, 97:3,
97:14, 97:16,
99:5, 100:15
**saying**
6:10, 16:24,
22:23, 24:10,
25:13, 30:16,
30:19, 35:19,
35:20, 35:25,
36:13, 47:2,
48:5, 50:12,
50:14, 71:24

**says**
48:11, 52:21,
52:23, 52:24,
54:10, 57:5,
92:21, 99:16,
100:19
**scher**
2:5
**scramble**
69:18, 69:20
**scrambling**
95:1, 95:10
**second**
50:3, 84:4,
92:4, 92:9,
92:13, 92:19,
92:21, 93:13,
93:21, 94:25,
95:4, 98:13,
99:15, 99:16,
99:23, 100:5,
100:10, 100:16,
100:18
**second-to-last**
100:4
**secondary**
28:13
**seconds**
6:11
**secret**
95:17
**section**
54:11, 55:6,
92:2
**see**
12:5, 15:17,
30:22, 48:13,
49:21, 50:4,
52:18, 52:22,
53:2, 54:2,
54:8, 54:13,
54:15, 55:1,
55:5, 55:7,
57:4, 67:19,
75:16, 77:20,
77:22, 78:2,
78:6, 78:9,
84:1, 84:7,

85:14, 86:25,
89:5, 89:17,
90:21, 91:8,
92:11, 93:17,
95:2, 95:3,
98:17, 99:18,
100:17, 100:23
**seeing**
16:15
**seemed**
80:14
**seems**
26:12, 88:13
**sell**
90:15
**send**
75:23, 76:3
**sense**
18:6, 27:3,
27:8
**sent**
13:6, 14:24,
48:3, 48:4,
48:5, 48:7,
48:12, 48:16,
48:19, 49:10,
49:17, 52:18,
54:2, 54:7,
54:11, 54:19,
75:22, 76:3,
76:10, 76:17,
77:23
**sentence**
84:7, 84:10,
85:12, 88:24,
90:18, 93:13,
93:21, 95:7,
98:13, 98:19,
98:23, 99:16,
100:5
**sentences**
98:23
**separate**
50:19
**service**
42:18
**services**
5:12, 19:11,

19:21, 20:6,
20:11, 20:23,
20:25, 21:23,
22:8, 22:14,
23:2, 23:11,
23:25, 25:1,
30:24, 31:15,
31:19, 33:21,
33:23, 34:3,
34:5, 34:17,
36:20, 39:13,
39:18, 40:4,
40:17, 40:23,
41:5, 41:11,
42:6, 43:21,
44:12, 45:11,
81:24, 96:16
**set**
4:1, 4:11,
104:5
**settlement**
83:11
**seven**
8:15
**several**
17:25, 18:3,
66:17, 67:15
**sg@arlenbach**
2:26
**shared**
65:16, 65:21,
65:24
**sharing**
66:5, 66:8,
66:10
**shift**
100:8, 100:21,
101:4, 101:11,
101:19
**shifted**
101:22, 101:24
**shores**
4:21
**shorthand**
4:5, 104:1,
104:8
**shortly**
11:7

**should**
7:11, 33:1,
59:23, 74:10,
90:16, 99:6,
99:8
**show**
39:12, 53:23,
91:9
**shown**
52:4
**side**
37:19
**signature-mig2k**
104:23
**signed**
53:11, 53:18,
54:12, 54:20,
55:18, 55:20,
56:8, 103:1
**significant**
18:18, 18:20,
67:1
**signing**
55:22, 56:10
**silicon**
79:16
**similar**
62:1, 62:3,
87:11
**simply**
96:1
**since**
59:1, 59:19,
60:17, 62:20
**single**
10:21, 14:5,
14:17, 90:7
**sit**
7:9, 9:9, 16:5,
46:25
**site**
37:9, 37:11,
37:15, 38:4,
39:21, 63:1,
63:3, 65:2,
65:24, 98:8,
98:11
**sites**
60:18, 62:22

**sitting**
8:11, 9:12,
9:17, 9:23,
9:24, 16:22,
17:2, 17:10,
17:15, 17:23,
34:23, 53:10,
53:17, 55:19,
70:24, 84:21,
93:4, 94:2,
99:22, 99:25
**situation**
85:24
**six**
8:15, 47:17
**size**
44:25, 46:8
**small**
44:5, 44:16,
44:21, 45:1,
45:19
**smaller**
46:8, 46:10
**some**
7:4, 9:16,
17:6, 29:20,
37:4, 37:5,
37:8, 39:1,
39:17, 39:18,
46:1, 60:20,
62:6, 62:22,
64:14, 85:19,
85:22, 86:24,
96:19, 97:21,
98:2
**somebody**
53:8, 101:2
**someone**
56:7
**something**
5:21, 6:6,
8:15, 14:24,
30:8, 35:8,
42:25, 60:21,
62:7, 62:8,
62:24, 67:19,
70:15, 71:24,
82:20, 83:1,

88:4, 92:13,
92:25, 93:22,
93:25, 94:11,
97:15, 100:6,
100:19
**sometime**
68:24
**sometimes**
18:4, 51:8
**soon**
68:10, 69:2
**sophisticated**
43:24
**sorry**
6:3, 7:5, 7:22,
32:16, 33:14,
35:24, 40:19,
54:18, 59:5,
68:22, 68:23,
71:2, 98:18
**sound**
70:15
**space**
20:5, 22:6,
22:12, 36:20,
39:17, 40:9,
40:17, 68:13,
80:8
**spam**
55:16
**speak**
16:6, 16:11,
97:13
**speaking**
16:9
**special**
70:20, 70:25,
71:4
**specific**
38:3, 43:25,
44:3, 45:4,
46:9, 55:3,
69:10
**specifically**
15:4, 29:15,
38:23, 63:23,
64:10, 64:16,
93:7, 93:8,

93:9, 93:24,
94:8, 94:10
**speculate**
23:20, 23:21,
24:4, 24:5,
24:6, 25:4,
34:21, 36:24,
39:11
**speculating**
37:3, 37:7,
85:7
**speculation**
40:15, 40:21
**spencer**
2:22
**spend**
8:22
**spent**
8:24
**spice**
69:23, 70:13,
100:7, 100:20
**spoke**
11:24, 15:1,
15:5, 15:7,
15:8, 79:19
**stable**
65:18
**stages**
42:9
**stand**
7:15, 43:12,
87:21
**standalone**
29:5
**start**
68:10, 101:13
**started**
42:14, 43:22,
44:6, 54:10,
77:13, 96:18
**state**
4:5, 104:2
**stated**
6:7, 82:21
**statement**
65:4, 72:11
**states**
1:1, 4:17

**stating**
21:12, 47:1
**steal**
73:3
**stephen**
2:28, 4:19
**still**
75:10
**stole**
59:1, 59:13,
70:1, 85:20,
85:25, 99:7
**stolen**
91:1
**stopped**
28:7, 101:23,
101:24
**story**
12:10
**street**
2:23
**strike**
57:18, 68:15,
70:4
**subject**
12:20, 25:10,
25:11, 25:14
**subscribe**
53:4
**subscribed**
53:8, 53:14,
104:19
**subscription**
53:7
**subscriptions**
55:17, 56:10
**subsidiary**
101:21
**subsumed**
85:13, 85:17,
85:19
**successful**
66:23, 66:25,
67:2, 67:22,
67:23, 88:11
**successfully**
95:16
**suddenly**
30:21

**sue**
71:12, 71:23,
72:6, 72:12
**suggest**
30:25, 31:1
**suggests**
30:8, 30:9,
30:10, 30:11,
30:25, 31:4
**suite**
2:23
**sullivan**
2:3
**supposed**
27:10, 28:4,
87:12
**sure**
6:7, 6:20,
9:18, 12:3,
14:20, 16:19,
20:16, 22:11,
25:16, 34:1,
34:8, 35:16,
39:10, 41:9,
41:16, 42:19,
43:9, 46:19,
56:19, 70:8,
76:14, 78:19,
84:5, 84:12,
87:15, 100:3
**surveys**
39:12
**swear**
5:2
**sworn**
4:9, 4:24,
104:7
**symptom**
102:1
**system**
21:2, 69:3

**T**

**table**
8:12, 9:9
**take**
19:6, 43:5,
43:7, 49:1,

**taken**
75:6, 79:5,
83:21, 86:5,
90:19, 90:23,
102:10
**taken**
7:17, 43:14,
49:4, 79:11,
86:13, 102:18,
104:4, 105:3
**takes**
22:21
**taking**
4:21, 23:3,
71:9
**talk**
14:20, 15:18,
48:23, 51:9,
61:12, 74:17,
102:12
**talked**
14:20, 14:21,
14:22, 39:25,
40:1, 94:18
**talking**
8:22, 35:21,
36:13, 40:5,
41:17, 69:20,
89:2, 92:25,
93:25, 94:3,
94:22
**teamed**
95:14
**tell**
4:9, 12:11,
12:19, 12:22,
12:23, 13:1,
15:13, 16:16,
30:12, 30:20,
44:11, 50:1,
55:4, 55:11,
66:12, 72:5
**telling**
72:8, 86:24
**temperature**
43:17
**ten**
79:7
**ten-minute**
49:1

**tens**
45:6
**terms**
73:11, 80:21
**testified**
4:11, 6:8,
10:16, 15:1,
57:11, 64:8
**testify**
6:22, 13:11,
22:17, 22:19,
23:13, 31:11,
32:15, 32:17,
38:1, 63:8
**testifying**
104:7
**testimony**
5:3, 6:16, 8:4,
9:14, 14:4,
21:11, 21:12,
29:19, 29:24,
38:21, 51:3,
56:7, 61:25,
62:5, 64:13,
70:24, 76:5,
87:2, 87:8,
87:16, 88:6,
94:2, 104:10
**text**
100:6
**th**
4:2, 36:21,
40:10, 47:4,
52:19, 77:1,
83:25, 85:6
**thank**
5:7, 36:18,
43:10, 55:13
**then-counsel**
78:25
**thereafter**
104:9
**thereof**
4:3
**thereupon**
4:11, 102:22
**thing**
22:11, 30:12,

34:1, 35:1,
35:3, 35:7,
41:9, 42:25,
76:14, 78:19,
87:21
**things**
18:3, 18:5,
19:8, 21:3,
21:7, 21:16,
26:11, 28:11,
28:13, 29:13,
29:15, 29:25,
30:2, 30:3,
30:11, 31:5,
35:21, 36:5,
36:13, 36:15,
36:17, 40:24,
41:16, 42:24,
45:8, 47:17,
53:9, 61:14,
69:23, 70:13,
82:9, 82:21,
84:20, 84:22,
86:5, 86:24,
88:9, 94:9,
97:4, 100:7,
100:20, 101:7,
101:15, 101:17,
102:3
**think**
5:16, 7:4, 9:1,
9:6, 9:15,
10:25, 11:14,
11:15, 12:8,
14:19, 20:18,
22:21, 25:16,
26:7, 26:14,
30:21, 33:19,
35:17, 40:11,
40:25, 42:20,
42:23, 42:25,
43:2, 43:4,
43:5, 43:7,
57:14, 58:9,
58:11, 58:22,
59:9, 61:22,
65:14, 67:13,
80:11, 81:2,

84:25, 89:25,
92:13, 94:13,
96:17, 101:2,
102:5
**thinking**
7:7, 24:12,
42:14, 84:13,
90:13
**third**
93:13
**thought**
5:17, 6:8,
6:15, 6:18,
6:19, 11:10,
19:3, 19:7,
27:8, 41:2,
69:18, 79:25,
82:20, 82:24,
83:1, 83:2,
83:4, 87:20,
90:11, 96:9
**thousands**
45:6
**thread**
59:5, 75:13,
75:15, 77:10,
78:1, 91:20,
92:3
**through**
1:21, 63:16
**time**
6:18, 7:16,
7:19, 8:11,
38:13, 42:21,
43:13, 43:16,
43:24, 44:22,
45:18, 49:3,
49:6, 50:20,
56:20, 66:4,
67:4, 67:6,
67:18, 68:20,
74:15, 75:6,
76:2, 76:9,
76:16, 79:10,
79:13, 84:5,
84:14, 91:13,
102:17, 102:20,
104:5

times
88:11
today
4:19, 4:22,
8:2, 16:6,
16:22, 17:2,
17:10, 17:15,
34:23, 38:13,
46:25, 53:10,
53:17, 55:19,
70:24, 84:21,
86:15, 87:25,
93:4, 94:3,
99:22, 99:25
today's
5:3, 46:10
together
9:8, 80:2,
93:15, 95:18,
95:19, 95:23,
95:25
told
17:4, 17:20,
59:19, 61:19,
61:20, 69:22,
70:6, 70:12,
72:9, 74:10
took
86:6, 87:6,
87:14, 101:18
tool
29:16, 30:21,
61:7, 66:13
tools
40:7, 40:9,
68:3, 68:5,
85:9, 85:17,
86:4
top
48:11, 91:24,
92:6
topic
38:3, 38:22,
40:15
topics
38:2
trademark
22:24, 24:14,

25:12, 30:16,
59:18, 72:23,
77:3, 78:16,
78:22, 88:25,
89:8, 90:2,
90:4, 97:15
train
28:14
transcribed
104:9
transcript
86:25, 104:10,
104:13, 104:15
trial
6:22
tried
57:15, 66:21,
72:23
true
25:17, 26:14,
35:18, 46:25,
65:4, 67:17,
72:20, 85:3,
104:10
truth
4:10, 5:4, 5:5
truthful
8:3
try
73:5, 73:7
trying
24:18, 26:6,
29:23, 30:17,
73:3, 79:15,
87:18, 88:5,
88:8, 88:12,
88:13, 88:18,
90:15, 90:16,
97:14, 97:18
turned
27:1, 85:13,
85:21, 87:7,
101:9
turning
36:4
turns
35:11
twin
2:6, 4:3, 4:21

two
45:22, 45:24,
81:14, 87:20,
94:6, 98:23,
102:6, 102:9
type
67:3

**U**

uber
7:9
uh-huh
31:23, 35:6,
37:25, 44:19,
52:12, 77:15,
86:21
umbrella
21:5
under
5:2, 21:4,
60:23, 103:1,
104:9
understand
21:21, 22:22,
26:17, 27:5,
29:23, 37:23,
47:7, 62:15,
63:5, 63:14,
63:18, 75:11,
87:15, 97:18
understanding
13:8, 14:8,
14:11, 16:5,
22:2, 23:15,
44:15, 44:20,
63:11, 64:2,
64:18, 85:16,
100:25, 101:20
united
1:1, 4:17
unsubscribe
52:24
until
58:16, 58:19,
63:3, 63:25,
74:9, 88:20
unwanted
66:20

url
61:23
urquhart
2:3
use
8:6, 19:10,
23:10, 24:11,
24:24, 28:21,
32:3, 32:5,
55:24, 56:25,
57:2, 59:22,
60:19, 62:22,
64:25, 97:9,
97:20
useful
43:23, 44:7,
44:8
user
33:20, 34:3,
37:14
users
36:19, 37:11,
37:15, 38:4,
38:14, 39:18,
39:21, 42:3,
42:7, 44:9,
66:15, 67:8
using
5:11, 30:7,
30:8, 33:11,
33:15, 42:16,
44:6, 57:10,
59:2, 65:19,
81:24, 104:8
uspto
74:20, 75:19,
75:24, 76:10,
76:17, 77:7,
77:19

**V**

valley
79:16
verified
32:20
versus
4:16
video
4:20

**videographer**
2:28, 4:14,
4:19, 7:15,
7:18, 43:12,
43:15, 49:2,
49:5, 79:9,
79:12, 92:15,
102:16, 102:19
**videotaped**
1:19, 4:15
**view**
34:23, 34:25,
70:25, 71:3,
96:5, 96:25,
97:24
**viewed**
70:19, 96:15
**violated**
72:24
**violence**
66:16, 67:9
**volume**
1:24
**vs**
1:9, 105:4

---

**W**

---

**wait**
11:18, 14:9,
36:10, 71:2,
88:20, 89:2,
99:23
**want**
6:6, 6:16,
23:20, 23:21,
24:4, 24:5,
24:6, 30:17,
34:21, 36:23,
39:4, 43:4,
45:3, 50:14,
55:16, 64:13,
66:12, 69:12,
69:14, 74:13,
79:22, 79:24,
80:5, 80:9,
80:14, 88:6,
91:9, 93:22,
102:9

**wanted**
7:20, 12:6,
68:10, 69:5,
69:17, 69:22,
70:12, 71:12,
71:16, 71:23,
72:6, 72:12,
80:7, 80:10,
80:11, 80:12,
80:19, 82:7,
82:23, 91:6,
93:5, 95:21,
99:9, 99:12,
101:19
**watch**
98:16, 98:21
**water**
9:15
**watermark**
65:14, 65:19,
65:25, 66:5,
66:6
**watermarked**
65:8, 65:15,
65:22
**watermarking**
66:2
**watermarks**
66:7, 66:11
**way**
21:21, 22:4
**ways**
28:20, 61:13,
88:9
**we'll**
74:16, 93:9,
102:14, 102:15
**we're**
30:18, 30:20,
50:8, 50:9,
52:8, 87:22,
87:23
**wear**
9:11, 9:12,
9:20, 9:21, 9:22
**wearing**
8:17
**web**
56:22, 58:3,

58:7, 58:12,
61:10
**website**
39:1, 39:3,
39:7, 39:9,
39:19, 59:20,
63:7, 63:16,
97:9
**websites**
38:14
**wednesday**
1:26, 4:1
**went**
39:25
**weren't**
25:17, 26:14,
27:2, 36:2,
46:13, 47:10,
72:18, 97:7,
97:11
**whatsoever**
46:6
**whenever**
96:11
**whereof**
104:19
**whereupon**
7:17, 43:14,
47:21, 49:4,
52:1, 53:20,
74:22, 79:11,
83:18, 91:11,
102:18
**whether**
18:5, 24:23,
33:12, 33:16,
33:21, 34:3,
34:15, 40:16,
40:22, 46:20,
52:15, 53:10,
53:17, 55:1,
55:20, 65:3,
71:23, 75:19,
99:11
**whisper**
32:5, 32:6,
32:7, 32:10,
32:12, 32:22

**whole**
4:10, 5:4,
20:25, 75:12,
93:10
**wider**
42:15
**willenken**
2:13
**wilshire**
2:15
**wilson**
2:14, 5:25,
12:14, 12:16,
12:24, 13:16,
15:11, 15:21,
15:23, 19:13,
19:22, 20:13,
22:9, 22:15,
24:1, 25:2,
26:19, 28:10,
31:6, 33:4,
33:24, 34:6,
34:18, 36:22,
41:7, 41:13,
48:23, 50:8,
60:5, 64:4,
64:20, 67:12,
69:8, 71:17,
72:1, 73:9,
73:18, 73:25,
74:5, 74:6,
74:15, 76:12,
76:19, 78:17,
78:23, 79:6,
79:8, 81:25,
83:7, 102:5,
102:12
**withdrawn**
13:1
**without**
22:6, 22:12,
37:3, 78:8, 79:1
**witness**
3:2, 4:8, 4:24,
5:6, 6:2, 7:20,
12:15, 12:17,
13:21, 15:13,
15:22, 16:1,

19:15, 19:23,
20:15, 22:16,
24:3, 25:3,
26:21, 28:11,
31:7, 32:18,
33:5, 34:7,
34:19, 35:25,
36:23, 41:14,
43:17, 50:9,
50:22, 60:7,
64:5, 64:21,
67:13, 69:9,
71:17, 71:20,
72:2, 73:9,
73:13, 73:24,
76:22, 78:23,
79:3, 82:1,
83:8, 83:12,
91:13, 92:16,
104:19
**witnesses**
104:6
**word**
19:10, 19:19,
20:4, 20:9,
20:21, 21:22,
22:22, 27:12,
28:23, 29:1,
29:2, 30:2,
30:5, 30:7,
30:14, 30:23,
31:4, 61:13,
92:23, 97:17,
97:20
**worded**
76:20
**words**
55:4, 70:18,
78:9, 78:10,
78:11, 78:12,
88:5, 88:7, 88:8
**work**
48:24, 73:11,
73:14
**worked**
69:3, 80:4
**working**
56:17, 68:14,

89:19
**world**
25:19, 27:22,
82:24, 101:7,
101:9, 101:13,
101:15, 101:17
**worry**
92:15
**would've**
82:12
**wouldn't**
8:3, 21:19,
95:24, 98:13,
98:24
**write**
51:9
**written**
13:2, 13:8,
14:5, 14:13,
14:23, 18:18,
18:23
**wrong**
87:19
**wrote**
10:18, 51:5,
51:11, 65:2,
84:4, 84:23,
85:5, 86:2,
86:8, 89:13,
90:1, 99:1,
100:23, 101:1,
101:2

## Y

**yann**
91:21, 95:21
**yeah**
5:18, 5:21,
6:6, 6:21, 7:4,
11:2, 11:5,
11:20, 16:19,
17:11, 20:17,
24:21, 25:3,
28:23, 31:17,
34:14, 35:6,
35:17, 36:15,
38:11, 42:5,
45:14, 46:17,

46:22, 46:24,
55:8, 58:5,
59:2, 59:13,
62:25, 68:23,
70:2, 73:13,
81:3, 84:3,
87:5, 87:6,
87:13, 87:17,
87:22, 90:9,
90:13, 91:2,
92:12, 97:1,
98:25, 99:6,
99:13, 99:19,
100:13
**years**
47:17, 60:17,
62:20, 94:6,
97:10
**yep**
96:22
**yes-or-no**
12:13, 26:24,
52:13, 70:10,
73:20, 73:22,
76:8, 76:15
**yourself**
7:12, 70:19,
70:25, 71:3,
76:3

## $

**$2,500**
83:16

## .

**.5000**
2:8
**.7996**
2:25
**.9240**
2:17
**.9250**
2:18

## 0

**0005594**
48:9
**0022834**
3:16

**02**
87:3
**03918**
1:5, 105:7
**07**
1:27, 4:3,
83:25
**08**
48:12

## 1

**1**
1:27, 4:3,
7:16, 7:19
**10**
3:9, 52:19
**100**
67:21, 67:22
**1000**
2:23
**13**
3:10, 7:16,
54:3, 56:2
**13494**
1:30, 104:25
**14**
8:22, 83:25
**15**
1:26, 4:2
**16**
3:8, 36:21,
37:16, 39:14,
39:19, 40:10,
40:18, 40:23,
41:6, 41:12,
42:4, 43:13,
46:13, 47:4,
47:10, 48:3,
48:12, 48:16,
49:10, 49:17,
49:24, 104:21
**18**
48:12

## 2

**2**
43:13, 43:16,
49:3, 49:6

**20**
3:12, 3:15
**2015**
5:13, 7:8,
40:2, 40:5,
44:25, 45:13,
85:10
**2016**
42:21
**2017**
61:3
**2019**
3:8, 46:13,
47:5, 47:10,
48:3, 48:12,
48:16, 49:10,
49:17, 49:24
**2021**
3:9, 52:19
**2022**
3:10, 36:21,
37:16, 39:14,
39:19, 40:10,
40:18, 40:23,
41:6, 41:12,
42:4, 42:22,
54:3, 56:2,
56:14, 57:19,
57:25, 58:16,
58:19
**2023**
3:11, 3:12,
3:15, 67:7,
69:5, 69:12,
69:17, 69:22,
70:6, 70:12,
70:19, 71:1,
71:3, 71:12,
71:24, 72:13,
72:16, 72:22,
73:17, 74:4,
77:1, 77:17,
79:15, 79:23,
79:24, 80:16,
80:19, 80:25,
83:25, 85:6,
91:22, 99:12
**2024**
8:20, 10:10

**2025**
1:26, 4:2,
104:21
**213.955**
2:17, 2:18
**2139**
2:7
**22834**
100:12
**23**
1:5, 3:12,
3:15, 77:16,
105:7
**24**
3:11, 7:19,
83:25, 85:6
**26002**
3:13
**26004**
3:13, 75:15

---

**3**

**3**
79:10, 79:13
**30**
77:1, 102:17
**300**
3:8, 47:20,
47:21, 49:9,
49:16
**301**
3:9, 52:1,
52:5, 52:9,
52:11, 52:16,
52:18
**302**
3:10, 53:20,
53:24, 53:25,
54:2, 55:5, 57:4
**303**
3:11, 75:1,
83:18, 83:22
**304**
3:12, 74:22,
75:2, 75:3,
76:11, 76:18,
77:11, 77:14
**305**
3:15, 91:10,

**91:11, 91:20,**
91:24, 93:10,
98:12, 99:15
**31**
43:16
**315**
2:23
**33**
79:10
**35**
102:20, 102:21,
102:23
**3540**
2:16
**3850**
2:15
**39**
49:3

---

**4**

**4**
87:3, 102:17,
102:20, 102:21,
102:23
**415.994**
2:25
**47**
3:8, 49:6
**48**
79:13
**4:-cv--ygr**
1:5, 105:7

---

**5**

**50**
6:11
**52**
3:9
**53**
3:10
**555**
2:6, 4:3, 4:21
**5th**
2:6, 4:3

---

**6**

**650.801**
2:8

**6:**
48:12

---

**7**

**707**
2:15
**74**
3:12

---

**8**

**83**
3:11

---

**9**

**90017**
2:16
**91**
3:15
**94065**
2:7
**94104**
2:24