# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 21, 2025 | **Time:** 1 hour 9 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: 23-cv-3918-YGR | **Case Name:** OpenAI, Inc. v. Open Artificial Intelligence, Inc. et al | |

**Attorney for Plaintiff:** Margret Caruso, Robert Feldman, and Paulina Slagter
**Attorney for Defendant:** Jason Wilson, Breeanna Brewer, and Joshua Masur

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Pre-Filing Conference for Summary Judgment – held.

The Court heard argument on the plaintiffs' claims and defendant's counterclaims, including trademark infringement and unfair competition, and defendants' claim that the Federal District Court's lacks authority to order a domain transfer without a predicate finding of cybersquatting.

Parties are ordered to meet and confer on the elements of all claims and their proposals for moving for summary judgment. If parties fail to reach an agreement, a joint filing regarding the mapping of claims is due by March 25, 2025.

The following deadlines are set:
Motion for Affirmative Claims due by April 9, 2025
Opposition due by April 30, 2025
Reply due by May 14, 2025
In-Person Hearing is set for June 17, 2025, at 2:00 p.m. (accessible by Zoom audio)

The motions for summary judgment will only be filed by order of the Court.

The motion to seal Dkt. No. 208-1 is Granted in Part and Denied in Part.

The arguments are taken into submission.

Written order to issue.