# EXHIBIT G

Brockman Declaration ISO Plaintiff's Motion for Summary Judgment

**Capture Details**:

| | |
|---|---|
| Created using: | PageRecon v1.1.2.0 |
| Created by: | QEUS |
| Capture ID: | AAA2483DF9654D62A83A5FA02D5B7282 |
| URL: | https://web.archive.org/web/20221005203251/https://www.youtube.com/openai |
| Web page loaded: | 2024-12-13 06:37:19, UTC (Internet Time Server)<br>2024-12-13 06:37:19, UTC (Local machine) |
| Capture started: | 2024-12-13 06:38:16, UTC (Internet Time Server)<br>2024-12-13 06:38:15, UTC (Local machine) |
| Capture complete: | 2024-12-13 06:38:37, UTC (Internet Time Server)<br>2024-12-13 06:38:36, UTC (Local machine) |
| Browser: | "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 Edg/131.0.0.0" |

**Capture Files**:

**Page.mhtml**
Archive of web page in MHTML format.
File size: 2553975 bytes
SHA256: B70CE2B4A419CD42A29FC3C747A34F95859F8E829B6D9889372187EEDEB05874

**Resources.csv**
CSV containing details of resources requested by the web page.
File size: 870400 bytes
SHA256: 0A33FD9FA5638FC29B992EE8FBDFDE4A145A25D7D029B103D59481619927FC16

**Resources.zip**
Zip file containing the response body of each resource requested by the web page. Each response is stored in a separate file named with the Request ID from the Resources.csv file.
File size: 3875059 bytes
SHA256: 4F68C5050EC1E4766D5B82596B5CBAE85BEC549D2631DC586D7545170C9A1AD4

**Screenshots.zip**
Zip file containing each screenshot taken.
File size: 845417 bytes
SHA256: 05792BB0625E08AFACE96052E76EDE400D1D67736DF8DE61C5BBD09F460F24A6

**Images.html**
HTML file containing the Exif/IPTC metadata of each image.
File size: 312760 bytes
SHA256: 4FDAD9681405B5E0CBECB654B2CAF43A78445DA859BC2C6531BA75A881F6F162

**Report Hash.txt**
Contains a custom hash of Report.pdf (this file). Can be used to verify the report at https://www.foxtonforensics.com/pagerecon/check-hash.



445K views • 2 years ago    CC

### Robotics ▶ PLAY ALL



**Solving Rubik's Cube with a Robot Hand**
OpenAI
445K views • 2 years ago



**Solving Rubik's Cube with a Robot Hand: Uncut**
OpenAI
254K views • 2 years ago



**Solving Rubik's Cube with a Robot Hand: Perturbations**
OpenAI
53K views • 2 years ago

### OpenAI Five (Dota 2) ▶ PLAY ALL



**OpenAI Five**
OpenAI
566K views • 4 years ago
CC



**OpenAI Five Benchmark: Post-Game Analysis**
OpenAI
51K views • 4 years ago



**OpenAI Five: Dota Gameplay**
OpenAI
576K views • 4 years ago

### Events and Talks ▶ PLAY ALL



**OpenAI Codex Live Demo**
OpenAI
503K views • 1 year ago



**OpenAI Spinning Up in Deep RL Workshop**
OpenAI
58K views • Streamed 3 years ago
CC



**OpenAI Robotics Symposium 2019**
OpenAI
23K views • Streamed 3 years ago