1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Robert P. Feldman (Bar No. 69602)
2   bobfeldman@quinnemanuel.com
   Margret M. Caruso (Bar No. 243473)
3   margretcaruso@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065-2139
   Telephone:  (650) 801-5000
5
   Robert Schwartz (Bar No. 117166)
6   robertschwartz@quinnemanuel.com
   Aaron Perahia (Bar No. 304554)
7   aaronperahia@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
8  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
9
   Sam Stake (Bar No. 257916)
10   samstake@quinnemanuel.com
   50 California Street, 22nd Floor
11  San Francisco, California 94111-4624
   Telephone:  (415) 875-6600
12
   Dylan Scher (*pro hac vice*)
13   dylanscher@quinnemanuel.com
   295 Fifth Avenue
14  New York, New York 10016-7103
   Telephone:    (212) 849-7000
15

16  *Attorneys for Plaintiff OpenAI, Inc.*

17                     UNITED STATES DISTRICT COURT

18         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

19

| | |
|---|---|
| 20  OPENAI, INC., a Delaware corporation, | Case No. 4:23-cv-03918-YGR |
| 21              Plaintiff, | The Hon. Yvonne Gonzalez Rogers |
| 22         vs. | **DECLARATION OF JANINE KOROVESIS IN SUPPORT OF PLAINTIFF OPENAI, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| 23  OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation, and GUY RAVINE, | |
| 24  an individual, | |
| 25              Defendants. | Date:    June 17, 2025<br>Time:    2:00 p.m.<br>Place:   Courtroom 1 (4th Floor)<br>             1301 Clay Street<br>             Oakland, California 94612 |
| 26  AND RELATED COUNTERCLAIMS | |
| 27 | |
| 28 | Trial Date:          October 13, 2025 |

## <u>DECLARATION OF JANINE KOROVESIS</u>

I, Janine Korovesis, declare as follows:

1.      I submit this declaration in support of Plaintiff OpenAI, Inc.'s Motion for Summary Judgment against Open Artificial Intelligence, Inc. and Guy Ravine (together, "Defendants").  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them.

2.      I am the Vice President of Finance at OpenAI OpCo, LLC.  I joined OpenAI, Inc. in 2018.  OpenAI, Inc. formed OpenAI, L.P. in 2018 (with operations commencing March 1, 2019), and I transferred to OpenAI, L.P. in 2019.  In January 2023, OpenAI, L.P. was converted to OpenAI OpCo, LLC, representing the same continuing entity under a different name.  OpenAI, Inc. has retained control over the OpenAI trademarks throughout all corporate transitions.  The OpenAI operating entities use these marks pursuant to license arrangements with OpenAI, Inc.

3.      My responsibilities include overseeing financial operations of these OpenAI entities, providing me with direct access to and comprehensive knowledge of their financial records, which are maintained in the ordinary course of business.  I understand that, during discovery in this action, pursuant to the parties' agreement, OpenAI produced summaries of the OpenAI entities' revenues and expenses, rather than voluminous underlying records.  I oversaw the creation of these summaries and am familiar with their contents.

4.      Attached as **Exhibit A** is a true and correct copy of a summary of United States revenues from OpenAI-branded products and services, which I oversaw creating based on OpenAI's underlying financial records.  I understand that OpenAI produced this summary, bearing Bates stamp OPENAI_RAV-00023309, pursuant to the parties' agreement as an alternative to producing voluminous underlying financial records.  As reflected in Exhibit A, between 2020 and 2023, OpenAI products and services generated over ███ ████ in United States revenue, rounded down to the nearest thousand and broken down as follows:

| Product/Service | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| API | ▉ | ▉ | ▉ | ▉ |
| DALL-E | – | – | ▉ | ▉ |
| ChatGPT | – | – | – | ▉ |
| TOTAL | ▉ | ▉ | ▉ | ▉ |

5.     Between 2016 and 2023, ▉ of dollars have been spent on research and development for products and services offered in connection with the OpenAI mark. These investments were critical to developing the artificial intelligence products and services offered in connection with the OpenAI mark.

6.     Attached as Exhibit B is a true and correct copy of an excerpt of a summary of advertising, marketing, and promotional expenses, which I oversaw creating based on OpenAI's underlying financial records. I understand that OpenAI produced this summary, bearing Bates stamp OPENAI_RAV-00023308, pursuant to the parties' agreement as an alternative to producing voluminous underlying financial records. As reflected in Exhibit B, these expenditures encompassed a wide range of activities, including conference sponsorships, hosted events, design and advertising, promotional activities, public relations services, research releases, supporting software and web services, marketing-related compensation, and promotional compute resources provided to users to increase awareness of OpenAI-branded products and services. As further reflected in Exhibit B, between 2016 and 2023, over ▉ was invested in marketing, advertising, and promotional expenditures for goods and services using the OpenAI mark, including over ▉ between 2016 and 2021, over ▉ in 2022, and over ▉ in 2023, as shown in the table below, rounded down to the nearest thousand:

| Category | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|
| Design Advertising | – | ■ | ■ | – | – | – | – | ■ |
| Promo Materials | – | ■ | ■ | ■ | ■ | ■ | | ■ |
| Promo Compute | – | – | – | – | – | ■ | | ■ |
| Hosted Conferences & Events | – | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Sponsorships | – | – | – | ■ | ■ | ■ | ■ | ■ |
| Research Releases | – | – | – | ■ | ■ | ■ | ■ | ■ |
| Public Relations | – | – | – | – | ■ | ■ | ■ | ■ |
| Software Licenses & Web Services | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Conference Fees | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Employee Swag | – | – | – | ■ | ■ | ■ | ■ | ■ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April ___9___, 2025, in San Francisco, California.

Signed by:

Janine Korovesis

DECLARATION OF JANINE KOROVESIS ISO PLAINTIFF OPENAI'S MOTION FOR SUMMARY JUDGMENT