QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
 bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000

Robert Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Sam Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone: (415) 875-6600

Dylan Scher (*pro hac vice*)
 dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016-7103
Telephone:  (212) 849-7000

*Attorneys for Plaintiff OpenAI, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation, | Case No. 4:23-cv-03918-YGR |
| Plaintiff, | The Hon. Yvonne Gonzalez Rogers |
| vs. | **DECLARATION OF JAMES DYETT IN SUPPORT OF PLAINTIFF OPENAI, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation, and GUY RAVINE, an individual, | Date:      June 17, 2025<br>Time:      2:00 p.m.<br>Place:     Courtroom 1 (4th Floor)<br>             1301 Clay Street<br>             Oakland, California 94612 |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | Trial Date:      October 13, 2025 |

**DECLARATION OF JAMES DYETT**

I, James Dyett, declare as follows:

1.    I submit this declaration in support of OpenAI Inc.'s Motion for Summary Judgment against Open Artificial Intelligence, Inc. and Guy Ravine (together, "Defendants").[1]  I have personal knowledge of the facts stated in this declaration, except as otherwise noted, and if called as a witness, I could and would competently testify to them.

2.    I am Head of Platform Sales at OpenAI, an artificial intelligence research and deployment company.  In my role, I am responsible for overseeing our business relationships with our highest value customers and potential customers.  This includes being familiar with OpenAI's consumer and enterprise markets, as well as knowing and helping to build and strengthen the OpenAI brand.

3.    Since its inception, OpenAI has launched and provided industry-leading artificial intelligence research, models, applications, and tools via several platforms, including its website.  Prominent offerings include the OpenAI API, DALL·E, and ChatGPT.

**The OpenAI API**

4.    The OpenAI API is a product that allows businesses and developers to integrate OpenAI's artificial intelligence technology into their own applications, products, and services.  Through the API, customers can access OpenAI's AI models to perform tasks such as generating text, translating languages, writing creative content, and answering questions.  The API has been sold and distributed in interstate commerce under the OpenAI mark since 2020.

5.    OpenAI publicly announced the launch of the OpenAI API on June 11, 2020.  Attached as **Exhibit A** is a true and correct copy of OPENAI-RAV-00003529, which shows OpenAI's announcement on June 11, 2020, preserved by the Internet Archive's Wayback Machine at https://web.archive.org/web/20200611200915/https://openai.com/blog/openai-api/.

6.    Initially, the OpenAI API was available through a waitlist.  Attached as **Exhibit B** is a true and correct copy of OPENAI-RAV-00003544, which shows OpenAI's webpage at beta.openai.com

---

[1]  Because OpenAI conducts its operations through its subsidiaries, I refer to OpenAI and its subsidiaries as "OpenAI."

inviting customers to join the OpenAI API waitlist on June 15, 2020, as preserved by the Internet Archive's Wayback Machine at https://web.archive.org/web/20200615004832/https:/beta.openai.com.

7.    On November 18, 2021, OpenAI expanded the API's availability by eliminating the waitlist, allowing any business or developer to immediately use the product.  Attached as **Exhibit C** is a true and correct copy of OPENAI-RAV-00003187, which shows OpenAI's removal of the waitlist on November 18, 2021, as preserved by the Internet Archive's Wayback Machine at https://web.archive.org/web/20211118153757/https://openai.com/blog/api-no-waitlist.

8.    The OpenAI API has been sold under a tiered pricing structure, with rates varying based on the specific AI model used and amount of processing required.  For example, in November 2021, prices ranged from $0.0008 to $0.0600 per 1,000 tokens (approximately 750 words).  Attached as **Exhibit D** is a true and correct copy of OPENAI-RAV-00003243, which shows OpenAI's pricing page for the OpenAI API on November 22, 2021, as preserved by the Internet Archive's Wayback Machine at https://web.archive.org/web/20211122094832/https://openai.com/api/pricing.

9.    The OpenAI API's reach extends throughout the United States.  Attached as **Exhibit E** is a true and correct copy of OPENAI-RAV-013331, which is a business record maintained in the ordinary course showing the number of United States customers using OpenAI's API through September 1, 2023.

**DALL·E 2**

10.    OpenAI's DALL·E is an artificial intelligence system that can create realistic images and art from a text description in natural language.  DALL·E can combine concepts, attributes, and styles to produce a wide variety of creative images.  For example, in response to the prompt "an astronaut riding a horse in photorealistic style," DALL·E produced the image below:



11.     After releasing the first iteration of DALL·E in January 2021, OpenAI released DALL·E 2 on April 6, 2022.  Attached as **Exhibit F** is a true and correct copy of OPENAI-RAV-00003419, which reflects OpenAI's webpage announcing DALL·E 2 on April 6, 2022, as preserved by the Internet Archive's Wayback Machine at   https://web.archive.org/web/20220406141035/ https://openai.com/dall-e-2.

12.     By May 2022, OpenAI users had already created over 3 million images with DALL·E, with OpenAI adding approximately 1,000 new users every week.  Attached as **Exhibit G** is a true and correct copy of OPENAI-RAV-00003459, which reflects OpenAI's update about DALL·E 2 on May 18, 2022, as preserved by the Internet Archive's Wayback Machine at https://web.archive.org/web/20220518200127/https://openai.com/blog/dall-e-2-update.

13.     By July 2022, OpenAI began "inviting one million people from [its] waitlist" to begin using DALL·E 2.  Attached as **Exhibit H** is a true and correct copy of OPENAI-RAV-00003514, which

reflects OpenAI's blog post titled "DALL·E Now Available in Beta" on July 20, 2022, as preserved by the Internet Archive's Wayback Machine at https://web.archive.org/web/20220720162939/https://openai.com/blog/dall-e-now-available-in-beta/ .

14.    By September 2022, over 1.5 million users were actively creating over 2 million images per day with DALL·E 2, with over 100,000 users sharing their creations and feedback in OpenAI's Discord community.  That month, OpenAI removed the waitlist for the DALL·E beta so users could sign up and use it instantly.  Attached as **Exhibit I** is a true and correct copy of OPENAI-RAV-00003214, which reflects OpenAI's blog post announcing DALL·E 2 without the waitlist on September 28, 2022, as preserved by the Internet Archive's Wayback Machine at https://web.archive.org/web/20220928171331/https://openai.com/blog/dall-e-now-available-without-waitlist/.    At the time, OpenAI charged approximately $0.32 per image generated with DALL·E 2 through its website.

15.    By November 3, 2022, more than 3 million people were already using DALL·E 2 to generate over 4 million images a day.  OpenAI then announced that it would also make DALL·E available through the OpenAI API.  Attached as **Exhibit J** is a true and correct copy of OPENAI-RAV-00003256, which reflects OpenAI's blog post titled "DALL·E API Now Available in Public Beta" on November 5, 2022, as preserved by the Internet Archive's Wayback Machine at https://web.archive.org/web/20221105151057/https://openai.com/blog/dall-e-api-now-available-in-public-beta.

## ChatGPT

16.    OpenAI's ChatGPT is an artificial intelligence chatbot capable of generating human-like text based on context and past conversations.  As shown in the screenshot below, ChatGPT is capable of providing accurate, context-specific responses to prompts and follow-up prompts a conversational format:

DECLARATION OF JAMES DYETT ISO PLAINTIFF OPENAI'S MOTION FOR SUMMARY JUDGMENT



17.     After years of developing the models leading to ChatGPT, OpenAI released ChatGPT to the public in November 2022 at https://chat.openai.com.[2]  Attached as **Exhibit K** is a true and correct copy of OPENAI-RAV-00003300, which is OpenAI's blog post titled "ChatGPT: Optimizing Language Models for Dialogue" on November 30, 2022, as preserved by the Internet Archive's Wayback Machine at https://web.archive.org/web/20221130180912/https://openai.com/blog/chatgpt.

18.     Since the release of ChatGPT in November 2022, OpenAI has continued to develop additional products and services related to ChatGPT.  For example, in February 2023, OpenAI introduced ChatGPT Plus, a subscription plan for $20 per month that provided benefits such as general access to ChatGPT during peak times, faster response times, and priority access to new features. Attached as **Exhibit L** is a true and correct copy of OPENAI-RAV-00003323, which reflects OpenAI's

---

[2]    In addition to the subdomain https://chat.openai.com, OpenAI has also used the subdomains https://api.openai.com and https://staging.openai.com since at least November 2022.

blog post announcing ChatGPT Plus on February 1, 2023, as preserved by the Internet Archive's Wayback Machine at https://web.archive.org/web/20230201181831/https://openai.com/blog/chatgpt-plus/.

19.    In August 2023, OpenAI also launched ChatGPT Enterprise, a version of ChatGPT for businesses.  Attached as **Exhibit M** is a true and correct copy of OPENAI-RAV-00002984, which reflects OpenAI's webpage announcing ChatGPT Enterprise on August 28, 2023, available at https://openai.com/blog/introducing-chatgpt-enterprise/.

20.    OpenAI offers ChatGPT in a free version and a monthly subscription version for $20.00 per month, as well as team and enterprise plans.  Attached as **Exhibit N** is a true and correct copy of OPENAI-RAV-00017418, which reflects OpenAI's pricing page for ChatGPT as of January 10, 2024, as     preserved     by     the     Internet     Archive's     Wayback     Machine     at https://web.archive.org/web/20240110204456/https://openai.com/chatgpt/pricing.

21.    Reuters reported that OpenAI's ChatGPT reached an estimated 100 million monthly active users just two months after its launch.  Attached as **Exhibit O** is a true and correct copy of OPENAI-RAV-00017309, which reflects printout of that Reuters article published February 2, 2023, available   at   https://www.reuters.com/technology/chatgpt-sets-record-fastest-growing-user-base-analyst-note-2023-02-01/.

22.    Attached as **Exhibit P** is a true and correct copy of OPENAI-RAV-017634, which is a spreadsheet from OpenAI's business records maintained in the ordinary course of business that shows the number of United States users of OpenAI's DALL·E and ChatGPT products through August 2023.

23.    Attached as **Exhibit Q** is a true and correct copy of OPENAI-RAV-000013334, which is a spreadsheet from OpenAI's business records maintained in the ordinary course of business that shows the number of downloads of OpenAI's ChatGPT app via the Apple App Store in the United States from May 2023 through August 2023.

24.    Attached as **Exhibit R** is a true and correct copy of OPENAI-RAV-00013795, which is a spreadsheet from OpenAI's business records maintained in the ordinary course of business that shows the daily installed audience numbers of OpenAI's ChatGPT app from the Google Play Store in the United States from June 29, 2023, through August 3, 2023.

**<u>OpenAI's Brand and Its Significant Reach</u>**

25.    Since its founding, OpenAI has continuously used its "OpenAI" mark in interstate commerce in connection with its artificial intelligence products and services. For example, OpenAI has used its OpenAI mark on its website, https://openai.com, and social media since December 11, 2015.

26.    According to web analytics firm Similarweb, OpenAI's website received 3.39 million visits in April 2019, with traffic averaging over 1 million visits per month in the preceding five months. Attached as **Exhibit S** is a true and correct copy of OPENAI-RAV-00017281, which reflects Similarweb's May 2019 analytics for OpenAI's website, as preserved by the Internet Archive's WayBack Machine at https://web.archive.org/web/20190514072643/https://www.similarweb.com/website/openai.com.

27.    By September 2023, OpenAI's website ranked as the 28th most visited site worldwide. Attached as **Exhibit T** is a true and correct copy of OPENAI_RAV-00003153, showing Similarweb's analytics for OpenAI as of September 2023, obtained from https://www.similarweb.com/website/openai.com/. According to Similarweb's analytics, OpenAI's website received 1.4 billion visitors in August 2023 alone, including approximately 185 million visitors from the United States.

28.    OpenAI has over 3.7 million followers on X (formerly Twitter), 6 million followers on LinkedIn, 617,0000 subscribers on YouTube, 2 million followers on Instagram, and 473,000 followers on TikTok. Attached as Exhibits **U, V, W, X, and Y** are true and correct copies or excerpts of OpenAI's profiles on X (available at https://x.com/OpenAI), LinkedIn (available at https://www.linkedin.com/company/openai), YouTube (available at https://www.youtube.com/openai), Instagram (available at https://www.instagram.com/openai), and TikTok (available at https://www.tiktok.com/@openai), respectively, each displaying the OpenAI mark.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    I declare under penalty of perjury of the laws of the United States of America that the foregoing

2  is true and correct.

3

4    Executed this 9th day of April 2025, in San Francisco, California.

5

6

7    

8    James Dyett

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JAMES DYETT ISO PLAINTIFF OPENAI'S MOTION FOR SUMMARY JUDGMENT