QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
 bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000

Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron H. Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Sam S. Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone: (415) 875-6600

Dylan I. Scher (*pro hac vice*)
 dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016-7103
Telephone:   (212) 849-7000

*Attorneys for Plaintiff OpenAI, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation, and GUY RAVINE, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF REBECCA MCCURRY IN SUPPORT OF PLAINTIFF OPENAI, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   June 17, 2025<br>Time:   2:00 p.m.<br>Place:   Courtroom 1 (4th Floor)<br>         1301 Clay Street<br>         Oakland, California 94612<br><br>Trial Date:          October 13, 2025 |

## DECLARATION OF REBECCA MCCURRY

I, Rebecca McCurry, declare as follows:

1. I am a member of the law firm of Pirkey Barber PLLC. I submit this declaration in support of Plaintiff OpenAI, Inc.'s ("OpenAI") Motion for Summary Judgment against Open Artificial Intelligence, Inc. and Guy Ravine. I have personal knowledge of the facts stated in this declaration, except as otherwise noted, and if called as a witness, I could and would competently testify to them.

2. I am the listed attorney of record and correspondent on behalf of OpenAI in connection with its pending application, Serial No. 97/238,896, to register the mark OPENAI with the United States Patent and Trademark Office ("PTO"). In that capacity, I conducted an investigation into Guy Ravine's trademark application Serial No. 86/847,151 ("Defendants' Application") and resulting registration on the Supplemental Register of "Open AI" (Defendants' "Registration").

3. As part of my investigation, I learned that the PTO refused registration for Defendants' Application on the basis that the mark was "merely descriptive." A true and correct copy of the Office Action from the United States Patent and Trademark Office, dated March 22, 2017, regarding Defendants' Application, Bates stamped OPENAI_RAV-00005599, is attached as **Exhibit A**.

4. In February 2022, as part of my investigation into Defendants' Application and Registration, I discovered that the "substitute" specimen Guy Ravine filed on September 27, 2016, appeared to consist of screenshots from the website https://hub.open.ai (the "Hub Website") showing a post titled "Deep reinforcement algorithm problem." I visited the Hub Website and saw the post reflected in the substitute specimen, as well as two other posts, one titled "Memory allocation failed after multiple call to Module.predict()" and the other titled "Target shape size is different to source." A true and correct copy of a compilation of screenshots from the Hub Website that I printed to PDF on February 21, 2022, at 2:21 p.m., Bates stamped OPENAI-RAV-00014170, is attached as **Exhibit B**.

5. The content of the three posts on the Hub Website—the one shown in the substitute specimen Guy Ravine submitted in connection with Defendants' Application and two others—appears similar to content previously posted on a third-party website, https://github.com ("GitHub"). A true and correct copy of a printout from GitHub, titled "An fatal error when using Scala-pkg." that I printed to PDF on February 21, 2022, at 2:17 p.m., Bates stamped OPENAI-RAV-00013776, is attached as **Exhibit C**. A true and correct copy of a printout from GitHub, titled "How to run on multiple GPUs - python" that I printed to PDF on February 21, 2022, at 2:19 p.m., Bates stamped OPENAI-RAV-00013783, is attached as **Exhibit D**. A true and correct copy of a printout from GitHub, titled "Memory allocation failed after multiple call to Module.predict()" that I printed to PDF on February 21, 2022, at 2:20 p.m., Bates stamped OPENAI-RAV-00013790, is attached as **Exhibit E**.

6. As part of my investigation into Defendants' Application and Registration, I viewed the LinkedIn profile of Guy Ravine. As of February 20, 2022, he described himself as "Originator" of "OpenAI" from "2014-2015." A true and correct copy of a printout of Guy Ravine's LinkedIn profile that I printed to PDF on February 20, 2022, at 10:49 a.m., from LinkedIn's website at https://www.linkedin.com/in/guyravine, Bates stamped OPENAI-RAV-00013811, is attached as **Exhibit F**. Nothing in my investigation showed that Guy Ravine had made a use in commerce of the "Open AI" mark in March of 2015 or at any time before I filed OpenAI's applications with the PTO to register its "OpenAI" trademarks.

7. In 2023, I learned that letters protesting OpenAI's pending applications to register two of its "OpenAI" trademarks had been filed in December 2022 and January 2023. A letter of protest in connection with an application to register a trademark is a procedure by which third parties may submit evidence bearing on the registrability of a mark to the PTO, including the registration of other marks (not limited to those owned by the protester). *See* 5 U.S.C. § 1051(f); 27 C.F.R. § 214; *Trademark Manual of Examining Procedure* § 1715. When a letter of protest is submitted against a trademark application, the contents are not entered into the application file, nor is the sender. The applicant only becomes aware a letter was filed if a later PTO filing references it, as was the case here.

8. As of February 2023, no protest letters had been published on the PTO's website, so I did not have access to those letters, nor did I know their author or contents. Because those protest letters were not publicly available through the PTO's website, in February 2023, I submitted a request to the PTO under the Freedom of Information Act ("FOIA") to obtain copies of them, and I called the Trademark Office of Petitions to seek expedited handling of the request. In response to my FOIA request, in March 2023, the PTO provided me with copies of two protest letters. A true and correct copy of what I received from the PTO—its response, the two protest letters from Guy Ravine it attached (one dated December 6, 2022, and one dated January 31, 2023), and the PTO's responses to the letters, Bates stamped OPENAI_RAV-00000515, is attached as **Exhibit G**.

I declare under penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on April 9, 2025, in Austin, Texas.

Rebecca McCurry