QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
 bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000

Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron H. Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Sam S. Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone: (415) 875-6600

Dylan I. Scher (*pro hac vice*)
 dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016-7103
Telephone:    (212) 849-7000

*Attorneys for Plaintiff OpenAI, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,,<br><br>             Plaintiff,<br><br>      vs.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation, and GUY RAVINE, an individual,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF SETH JAMES NIELSON, PH.D. IN SUPPORT OF PLAINTIFF OPENAI, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     June 17, 2025<br>Time:    2:00 p.m.<br>Place:    Courtroom 1 (4th Floor)<br>             1301 Clay Street<br>             Oakland, California 94612<br><br>Trial Date:        October 13, 2025 |

**DECLARATION OF SETH JAMES NIELSON, PH.D.**

I, Seth James Nielson, Ph.D., declare as follows:

1. I am the Founder and Chief Scientist of Crimson Vista, a computer security investigations company, and an adjunct associate professor at the University of Texas at Austin. I submit this declaration in support of Plaintiff OpenAI, Inc.'s ("OpenAI") Motion for Summary Judgment against Open Artificial Intelligence, Inc. and Guy Ravine (together, "Defendants") in the above-mentioned action. I make this declaration based on my personal knowledge, education, training, and experience, as well as my review of relevant literature and case-specific materials. If called and sworn as a witness, I could and would testify competently to my opinions expressed below and the bases and reasons for them.

2. OpenAI's counsel retained me to perform cyber-forensics investigations and analyses concerning the allegations, events, and evidence asserted by Defendants Guy Ravine and Open Artificial Intelligence, Inc., including as to the existence, accessibility, and functionality of Defendants' purported websites, domain names, and users.

3. Attached as **Exhibit A** is a true and correct copy of a rebuttal report I submitted in this action ("Nielson Rebuttal Report"), except for the Appendix consisting of Exhibits A-I to the Nielson Rebuttal Report.

4. Attached as **Exhibit B** is a true and correct copy of excerpts of relevant tables attached in Exhibit I to the Nielson Rebuttal Report.

I declare under penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on April 9, 2025, in Toronto, Ontario, Canada.

_____
Seth James Nielson, Ph.D.