# EXHIBIT B

# Nielson Declaration ISO Plaintiff's Motion for Summary Judgment

| decentralized.open.ai – Registered Accounts ||||
| (Ravine '6007) ||||
| Email Address | Name | Date | IP Address |
|---|---|---|---|
| mike@mike.com | Mike Thomson | 10/25/17 2:12 PM | 46.0.222.154 |
| gaer.nikita@gmail.com | Nikita Gaer | 10/25/17 2:43 PM | 149.3.37.207 |
| julia@julia.com | Julia | 10/25/17 2:51 PM | 46.0.222.154 |
| guyravine@gmail.com | Guy Ravine | 3/8/20 6:54 AM | 73.93.154.216 |
| tester@test.com | Tester | 3/19/20 2:38 AM | 114.149.54.247 |
| tester2@test.com | Tester 2 | 3/20/20 6:04 AM | 114.149.54.247 |

| decentralized.open.ai – IP addresses (Ravine '6007) | | | |
|---|---|---|---|
| **Email Address** | **Name** | **Date** | **IP Address** |
| mike@mike.com | Mike Thomson | 10/25/17 2:12 PM | 46.0.222.154 |
| gaer.nikita@gmail.com | Nikita Gaer | 10/25/17 2:43 PM | 149.3.37.207 |
| N/A | Anonymous | 12/12/17 3:12 PM | 46.0.165.127 |
| N/A | Anonymous | 9/9/18 7:55 PM | 31.210.177.127 |
| N/A | Anonymous | 9/19/19 7:54 AM | 5.165.45.3 |
| N/A | Anonymous | 11/9/19 9:39 AM | 5.164.154.23 |
| N/A | Anonymous | 3/17/20 6:39 AM | 114.149.54.247 |
| N/A | Anonymous | 8/15/20 2:04 PM | 192.176.50.84 |
| N/A | Anonymous | 8/31/20 10:08 PM | 94.191.136.155 |
| N/A | Anonymous | 9/2/20 7:23 AM | 194.132.70.218 |
| N/A | Anonymous | 9/8/20 7:43 PM | 189.177.72.236 |
| N/A | Anonymous | 1/13/21 7:48 AM | 46.0.220.2 |
| N/A | Anonymous | 2/21/22 6:09 AM | 188.169.155.238 |

| No. | Name | Description | Owner ID | Date |
|---|---|---|---|---|
|  | **decentralized.open.ai – Project Companies Table** (Ravine '6007) | | | |

| No. | Name | Description | Owner ID | Date |
|---|---|---|---|---|
| 1 | General Purpose Face ID | | 0f557d59-74fc-4ebf-bd6a-4108e946caab | 10/25/17 2:12 PM |
| 2 | Automated Store | | 0f557d59-74fc-4ebf-bd6a-4108e946caab | 10/25/17 2:12 PM |
| 3 | AI Super Renderer | | 0f557d59-74fc-4ebf-bd6a-4108e946caab | 10/25/17 2:12 PM |
| 4 | Task: Masks | This is a test | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/12/20 1:53 AM |
| 5 | The Network | Defining the Network | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/17/20 3:48 AM |
| 6 | Rachel est | Testing | 69de7abc-51ae-4779-9bf7-d1603a582b31 | 8/23/20 3:53 AM |
| 7 | lll | lll | b67b245f-65e7-47e0-92c2-7083eddad062 | 6/28/22 9:33 PM |
| 8 | test | Data analytics for publishers | 0952238c-5fbd-4df0-9ffe-7cf65fc95ad6 | 4/14/23 2:59 PM |
| 9 | \<aaa\> | \<b\>hello\</b\>world | 44b7552b-54ea-441e-8b87-fa8a0dc4d7a9 | 4/14/23 3:06 PM |
| 10 | PandaServer | Reliable | 4fd3a5a1-05a5-46bf-bc1e-07101b8f94ef | 5/3/23 8:37 AM |
| 11 | TEST | dumpster company | 3e2fb4c8-6b5e-4ff2-b7b1-1b2ca452e765 | 10/6/23 9:59 PM |

| No. | Title | Text | Creator ID | Date |
|---|---|---|---|---|
| | **decentralized.open.ai – Discussions Table** (Ravine '6007) | | | |
| 1 | General discussion | You can put any thought about vision, implementation and possible approaches here. | bd5df84b-f7c7-4423-acf9-dedaf1eca439 | 10/25/17 3:39 PM |
| 2 | Discussion on this test | This is a discussion on xyz | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/8/20 6:56 AM |
| 3 | discuss this | discuss | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 7:48 AM |
| 4 | Roadmap discussion | Put you thoughts about further features here | bd5df84b-f7c7-4423-acf9-dedaf1eca439 | 10/25/17 2:46 PM |
| 5 | Discuss this | | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 11:40 PM |
| 6 | Test discussion | | 69de7abc-51ae-4779-9bf7-d1603a582b31 | 8/23/20 5:16 AM |
| 7 | This is a discussion | About a test | 55971c44-9607-4928-b815-68672ca92286 | 3/20/23 4:29 AM |

## decentralized.open.ai – Discussion Comments Table
(Ravine '6007)

| No. | Discussion Text | Owner ID | Date |
|---|---|---|---|
| 1 | This is a test | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/8/20 6:56 AM |
| 2 | This is another test | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/8/20 6:57 AM |
| 3 | test | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/15/20 9:21 AM |
| 4 | tjis is a | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 8:03 AM |
| 5 | discuss | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 8:03 AM |
| 6 | what do you wantt | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 8:03 AM |
| 7 | tl discuss | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 8:03 AM |
| 8 | discyss | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 8:04 AM |
| 9 | This is a test right now | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 8:40 PM |
| 10 | this is a test right now | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 8:40 PM |
| 11 | another one | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 8:40 PM |
| 12 | another comment | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 8:40 PM |
| 13 | this is another test | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 8:40 PM |
| 14 | this is another test | 2c9862f4-9d58-4321-a728-c7b7bb86e5c5 | 3/16/20 8:40 PM |
| 15 | This is a discussion about a test of this. | 55971c44-9607-4928-b815-68672ca92286 | 3/20/23 4:29 AM |
| 16 | This is another comment | 55971c44-9607-4928-b815-68672ca92286 | 3/20/23 4:30 AM |
| 17 | This is a comment on a comment | 55971c44-9607-4928-b815-68672ca92286 | 3/20/23 4:30 AM |
| 18 | wer | 44b7552b-54ea-441e-8b87-fa8a0dc4d7a9 | 4/14/23 3:09 PM |