QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
 bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000

Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron H. Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Sam S. Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone: (415) 875-6600

Dylan I. Scher (*pro hac vice*)
 dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016-7103
Telephone:   (212) 849-7000

*Attorneys for Plaintiff OpenAI, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation, and GUY RAVINE, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR <br><br> The Hon. Yvonne Gonzalez Rogers <br><br> **DECLARATION OF DR. SCOTT D. SWAIN IN SUPPORT OF PLAINTIFF OPENAI, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date:   June 17, 2025 <br> Time:   2:00 p.m. <br> Place:  Courtroom 1 (4th Floor) <br>            1301 Clay Street <br>            Oakland, California 94612 <br><br> Trial Date:   October 13, 2025 |

Case No. 4:23-cv-03918-YGR

Declaration of Dr. Scott D. Swain ISO Plaintiff OpenAI's Motion for Summary Judgment

## DECLARATION OF DR. SCOTT D. SWAIN

I, Dr. Scott D. Swain, declare as follows:

1. I am a Professor of Marketing and an inaugural Powers Distinguished Fellow at Clemson University. I submit this declaration in support of Plaintiff OpenAI, Inc.'s ("OpenAI") Motion for Summary Judgment against Open Artificial Intelligence, Inc. and Guy Ravine (together, "Defendants") in the above-mentioned action. I make this declaration based on my personal knowledge, education, training, and experience, as well as my review of relevant literature and case-specific materials. If called and sworn as a witness, I could and would testify competently to my opinions expressed below and the bases and reasons for them.

2. OpenAI's counsel retained me to study whether Defendants' use of the name "Open AI" (the "OPEN AI mark") is likely to cause confusion with OpenAI's use of its name ("OPENAI") among relevant consumers

3. Attached as **Exhibit A** is a true and correct copy of a report I submitted in this action on January 30, 2025 ("2025 Swain Report"), except for Exhibits A-I to Exhibit 1 of the 2025 Swain Report.

I declare under penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on April 8, 2025, in Philadelphia, Pennsylvania.

_Scott D. Swain_
Scott D. Swain, Ph.D.