QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
 bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000

Robert Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Sam Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone: (415) 875-6600

Dylan Scher (*pro hac vice*)
 dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016-7103
Telephone:    (212) 849-7000

*Attorneys for Plaintiff OpenAI, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation, and GUY RAVINE, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR <br><br> The Hon. Yvonne Gonzalez Rogers <br><br> **DECLARATION OF AARON PERAHIA IN SUPPORT OF PLAINTIFF OPENAI, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date:  June 17, 2025 <br> Time:  2:00 p.m. <br> Place:  Courtroom 1 (4th Floor) <br>           1301 Clay Street <br>           Oakland, California 94612 <br><br> Trial Date:    October 13, 2025 |

Case No. 4:23-cv-03918-YGR

DECLARATION OF AARON PERAHIA ISO PLAINTIFF OPENAI'S MOTION FOR SUMMARY JUDGMENT

**DECLARATION OF AARON PERAHIA**

I, Aaron Perahia, declare as follows:

1. I am a member of the State Bar of California and am admitted to practice in this Court. I am counsel at Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Plaintiff OpenAI, Inc. ("OpenAI") in the above-captioned action. I submit this declaration in support of Plaintiff OpenAI, Inc.'s Motion for Summary Judgment against Open Artificial Intelligence, Inc. and Guy Ravine (together, "Defendants"). I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them.

**Defendants' Discovery Responses**

2. Attached as **Exhibit 1** is a true and correct copy of Defendants' Responses to OpenAI's First Request for Production, dated November 20, 2023. There is no evidence of any one using the phrase "OpenAI" in connection with generative artificial intelligence products or services—or for AI research services—other than Plaintiff before November 16, 2022. Defendants produced no evidence in this action that they offered any goods or services on the open.ai webpage before November 16, 2022.

3. Attached as **Exhibit 2** are excerpts of Defendant Guy Ravine's Confidential Responses to Plaintiff OpenAI, Inc.'s Interrogatories (Set One), dated November 20, 2023.

4. Attached as **Exhibit 3** are excerpts of Defendant Open Artificial Intelligence, Inc.'s Confidential Supplemental Responses To Plaintiff OpenAI, Inc.'s Interrogatories (Set One), dated December 20, 2023.

5. Attached as **Exhibit 4** are excerpts of Defendants' Open Artificial Intelligence Inc. And Guy Ravine's Responses To Plaintiff OpenAI, Inc.'s Requests For Admission (Set One), dated January 22, 2024.

6. Attached as **Exhibit 5** are excerpts of Defendants' Open Artificial Intelligence Inc. And Guy Ravine's Confidential Responses To Plaintiff OpenAI, Inc.'s Requests For Admission (Set One), dated March 14, 2024.

7. Attached as **Exhibit 6** are excerpts of Defendant Open Artificial Intelligence, Inc.'s Confidential Second Supplemental Responses And Objections To Plaintiff OpenAI, Inc.'s Interrogatory No. 3, dated May 3, 2024.

8. Attached as **Exhibit 7** are Defendants Open Artificial Intelligence Inc. and Guy Ravine's Responses To Plaintiff OpenAI, Inc.'s Third Set Of Requests For Admission (Nos. 10-124), dated December 12, 2024.

**Deposition Transcripts**

9. Attached as **Exhibit** 8 is a true and correct copy of excerpts from the deposition transcript of Gregory Brockman, taken on January 7, 2025.

10. Attached as **Exhibit** 9 is a true and correct copy of excerpts from the deposition transcript of Tom Gruber , taken on December 6, 2024.

11. Attached as **Exhibit** 10 is a true and correct copy of excerpts from the deposition transcript of Guy Ravine, taken on December 10, 2024.

12. Attached as **Exhibit** 11 is a true and correct copy of excerpts from the deposition transcript of Guy Ravine, taken on January 15, 2025.

13. Attached as **Exhibit** 12 is a true and correct copy of excerpts from the deposition transcript of Guy Ravine, taken on February 21, 2025.

14. Attached as **Exhibit** 13 is a true and correct copy of excerpts from the deposition transcript of Nikita Gaer, taken on December 5, 2024.

15. Attached as **Exhibit** 14 is a true and correct copy of excerpts from the deposition transcript of Luke Tenery, taken on March 19, 2025.

16. Attached as **Exhibit** 15 is a true and correct copy of excerpts from the deposition transcript of Sam Altman, taken on December 12, 2024.

17. Attached as **Exhibit** 16 is a true and correct copy of excerpts from the deposition transcript of Alan Goedde, taken on March 13, 2024.

**Documents Recorded on the Docket**

18. Attached as **Exhibit 17** is a true and correct copy of the Declaration of Guy Ravine In Support Of Defendants' Opposition To Plaintiff's Motion For Preliminary Injunction, dated October 16, 2023, filed in this action at Dkt. 38-2.

19. Attached as **Exhibit 18** is a true and correct copy of the Exhibit 3 to the Declaration of Guy Ravine In Support Of Defendants' Opposition To Plaintiff's Motion For Preliminary Injunction, dated October 16, 2023, filed in this action at Dkt. 38-5.

20. Attached as **Exhibit 19** is a true and correct copy of the Exhibit 8 to the Declaration of Guy Ravine In Support Of Defendants' Opposition To Plaintiff's Motion For Preliminary Injunction, dated October 16, 2023, filed in this action at Dkt. 38-10.

21. Attached as **Exhibit 20** is a true and correct copy of the Exhibit 11 to the Declaration of Guy Ravine In Support Of Defendants' Opposition To Plaintiff's Motion For Preliminary Injunction, dated October 16, 2023, filed in this action at Dkt. 38-13.

22. Attached as **Exhibit 21** is a true and correct copy of the Exhibit 15 to the Declaration of Guy Ravine In Support Of Defendants' Opposition To Plaintiff's Motion For Preliminary Injunction, dated October 16, 2023, filed in this action at Dkt. 38-17.

23. Attached as **Exhibit 22** is a true and correct copy of Declaration Of Defendant Guy Ravine In Support Of Defendants' Motion To Alter Or Amend A Judgment Pursuant To Fed. R. Civ. P. 59(e), Or In The Alternative, For Relief From A Judgment Or Order Pursuant To Fed. R. Civ. P. 60(b), dated March 27, 2024, filed in this action as Dkt. 80.

24. Attached as **Exhibit 23** is the Declaration of J. Luke Tenery In Support Of Defendants Open Artificial Intelligence, Inc. And Guy Ravine's Notice Of Motion And Motion To Alter Or Amend A Judgment Pursuant To Fed. R. Civ. P. 59(e), Or In The Alternative, For Relief From A Judgment Or Order Pursuant To Fed. R. Civ. P. 60(b), dated March 27, 2024, filed in this action at Dkt. 81.

25. Attached as **Exhibit 24** is Exhibit E to the the Declaration of J. Luke Tenery In Support Of Defendants Open Artificial Intelligence, Inc. And Guy Ravine's Notice Of Motion And Motion To Alter Or Amend A Judgment Pursuant To Fed. R. Civ. P. 59(e), Or In The Alternative,

For Relief From A Judgment Or Order Pursuant To Fed. R. Civ. P. 60(b), dated March 27, 2024, filed in this action at Dkt. 81-5.

26. Attached as **Exhibit 25** is Exhibit E ("Actual Confusion In Third-Party Articles") to the Declaration Of Dr. Scott D. Swain In Support Of OpenAI, Inc.'s Motion For A Preliminary Injunction, dated September 29, 2023, filed in this action at Dkt. 24-5.

27. Attached as **Exhibit 26** is a true and correct copy of Exhibit U to the September 29, 2023 Declaration of Aaron Perahia In Support Of OpenAI, Inc.'s Motion For A Preliminary Injunction, dated September 29, 2023, filed in this action at Dkt. 25-21. It is a is a true and correct compilation of printouts of online articles on websites for Forbes, the Telegraph, the World Economic Forum, and GoDaddy, each of which link to Defendants' Main Website when discussing OpenAI and/or its product(s), as obtained from https://www.forbes.com/sites/quickerbettertech/2022/12/13/on-crm-is-chatgpt-over-hyped, https://www.weforum.org/agenda/2016/06/5-ways-artificial-intelligence-will-disrupt-science, https://telegraph.co.uk/news/2023/06/14/tidybot-robot-princeton-university-tidy-room-laundry-ai/, and https://ae.godaddy.com/blog/what-is-a-ai-domain/.

**Documents Obtained from the U.S. Government**

28. Attached as **Exhibit 27** is a true and correct copy of a Nonfinal Office Action issued by the USPTO on May 30, 2024 in relation to Application Number 98210006, published on and made publicly accessible at the URL https://tsdr.uspto.gov/documentviewer?caseId=sn98210006&docId=NFIN20240530132418&linkId=8#docIndex=7&page=1. I caused this URL to be visited, and this document downloaded, on April 9, 2025.

29. Attached as **Exhibit 28** is a true and correct copy of a Nonfinal Office Action issued by the United States Patent and Trademark Office ("PTO") on May 30, 2024 in relation to Application Number 98/210,010, published on and made publicly accessible at the URL https://tsdr.uspto.gov/documentviewer?caseId=sn98210010&docId=NFIN20240530132532&linkId=7#docIndex=6&page=1. I caused this URL to be visited, and this document downloaded, on April 9, 2025.

30.     Attached as **Exhibit 29** is a true and correct copy of a Nonfinal Office Action issued by the PTO on May 30, 2024 in relation to Application Number 98/209,997, published on and made publicly accessible at the URL https://tsdr.uspto.gov/documentviewer?caseId=sn98209997&docId=NFIN20240530132251&linkId=7#docIndex=6&page=1.  I caused this URL to be visited, and this document downloaded, on April 9, 2025.

31.     Attached as **Exhibit 30** is a true and correct copy of a document titled "Examination of Specimens for Use in Commerce: Digitally Created/Altered or Mockup Specimens" from the PTO, published and made publicly accessible at the URL https://www.uspto.gov/sites/default/files/documents/TM-ExamGuide-3-19.pdf?utm_campaign=subscriptioncenter&utm_content=&utm_medium=email&utm_name=&utm_source=govdelivery&utm_term=.  I caused this URL to be visited, and this document downloaded, on April 9, 2025.

32.     Attached as **Exhibit 31** is a true and correct copy of the Internet Archive's Wayback Machine's preservation of the PTO website as it appeared on December 11, 2015, accessible at https://web.archive.org/web/20151211010801/http:/www.uspto.gov/trademarksgetting-started/trademark-basics.

33.     Attached as **Exhibit 32** is a true and correct copy of the PTO's Trademark Manual of Examining Procedure § 904.04(a), published and made publicly accessible at https://tmep.uspto.gov/RDMS/TMEP/print?version=current&href=TMEP-900d1e1012.html.  I caused this URL to be visited, and this document downloaded, on April 8, 2025.

34.     Attached as **Exhibit 33** is a true and correct copy of a document titled "Basic Facts About Trademarks" from the PTO.  This document was previously marked as Exhibit 165 during the deposition of Guy Ravine on December 10, 2024.

### Documents Produced By Defendants In Discovery

35.     Attached as **Exhibit 34** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0000015, introduced as Exhibit 168 at the Guy Ravine deposition.

36. Attached as **Exhibit 35** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0002089, introduced as Exhibit 31 at the Nikita Gaer.

37. Attached as **Exhibit 36** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0002090, introduced as Exhibit 35 at the deposition of Nikita Gaer.

38. Attached as **Exhibit 37** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0121138.

39. Attached as **Exhibit 38** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0004186.

40. Attached as **Exhibit 39** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0000006

41. Attached as **Exhibit 40** is a true and correct copy of a compilation of documents produced by Defendants bearing Bates numbers RAVINE0000098, RAVINE0000168 RAVINE0003246, RAVINE0003247, RAVINE0003317, RAVINE0003427, RAVINE0003475, RAVINE0003486, RAVINE0003576, RAVINE0003578, RAVINE0003636, and RAVINE0003736.

42. Attached as **Exhibit 41** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0003984.

43. Attached as **Exhibit 42** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0025766.

44. Attached as **Exhibit 43** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0026612.

45. Attached as **Exhibit 44** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0026464.

46. Attached as **Exhibit 45** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0005594, Exhibit 300 to the Guy Ravine deposition.

47.     Attached as **Exhibit 46** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0026923.

48.     Attached as **Exhibit 47** is a true and correct copy of a document produced by Defendants during discovery bearing Bates numbers RAVINE0003982-RAVINE0003983.

49.     Attached as **Exhibit 48** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0003999.

50.     Attached as **Exhibit 49** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0005800.

51.     Attached as **Exhibit 50** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0024560.

52.     Attached as **Exhibit 51** is a true and correct copy of a document produced by Defendants during discovery bearing Bates number RAVINE0022834, Exhibit 305 to the Guy Ravine deposition.

53.     Attached as **Exhibit 52** is a true and correct excerpt of a document produced by Defendants with the file name "decentralized_dump.sql." The information contained within in this excerpt was captured by me and at my direction from the location directly below the SQL query in Defendants' produced document that outputs the data from 23 database columns within Decentralized's "users" table. In order to maintain the confidentiality of the information in certain columns relating to the passwords of Decentralized's registered users, and to limit potentially extraneous information for the Court's review, this excerpt only includes the data from the following six columns within this output:  id, email, name, created_at, updated_at, and ip.

### **Expert Materials**

54.     Attached as **Exhibit 53** is a true and correct copy of the Corrected Expert Report of Luke Tenery, dated January 30, 2025.

55.     Attached as **Exhibit 54** is a true and correct copy of the Expert Report of Alan G. Goedde, dated January 30, 2025.

56.     Attached as **Exhibit 55** is a true and correct copy of the Supplemental Expert Report of Alan G. Goedde, dated April 1, 2025.

**Documents Produced By Plaintiff In Discovery**

57. Attached as **Exhibit 56** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00004315.

58. Attached as **Exhibit 57** are true and correct copies of documents produced by Plaintiff during discovery bearing Bates numbers OPENAI-RAV-0021167, OPENAI-RAV-021335, and OPENAI-RAV-0004642.

59. Attached as **Exhibit 58** are true and correct copies of documents produced by Plaintiff during discovery bearing Bates numbers and OPENAI-RAV-022160 and OPENAI-RAV-0004642.

60. Attached as **Exhibit 59** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00018153.

61. Attached as **Exhibit 60** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00021557.

62. Attached as **Exhibit 61** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00014825.

63. Attached as **Exhibit 62** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI_RAV-00020880.

64. Attached as **Exhibit 63** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00016731.

65. Attached as **Exhibit 64** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00016735.

66. Attached as **Exhibit 65** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00017407.

67. Attached as **Exhibit 66** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00021801.

68. Attached as **Exhibit 67** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00020894.

69. Attached as **Exhibit 68** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00017317.

70. Attached as **Exhibit 69** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00016885.

71. Attached as **Exhibit 70** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00016876.

72. Attached as **Exhibit 71** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI_RAV-00002628.

73. Attached as **Exhibit 72** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI_RAV-00005539, Exhibit 166 to the Guy Ravine deposition.

74. Attached as **Exhibit 73** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI_RAV-00016698.

75. Attached as **Exhibit 74** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00003168.

76. Attached as **Exhibit 75** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00003173.

77. Attached as **Exhibit 76** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00003176.

78. Attached as **Exhibit 77** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00005650.

79. Attached as **Exhibit 78** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00006784.

80. Attached as **Exhibit 79** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00017386.

81. Attached as **Exhibit 80** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00014576.

-10-     Case No. 4:23-cv-03918-YGR
DECLARATION OF AARON PERAHIA ISO PLAINTIFF OPENAI'S MOTION FOR SUMMARY JUDGMENT

82. Attached as **Exhibit 81** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00015089.

83. Attached as **Exhibit 82** is a true and correct copy of a document produced by Plaintiff during discovery bearing Bates number OPENAI-RAV-00017312.

84. I visited hub.open.ai/t/deep-reinforcement-algorithm-problem/16 and saw the post titled "Deep reinforcement algorithm problem." Attached as **Exhibit 83** is a true and correct copy of this document. This document was marked as Exhibit 32 to the December 5, 2024 Nikita Gaer deposition.

85. I visited https://hub.open.ai on a mobile browser and saw the same post titled "Deep reinforcement algorithm problem." Unlike when I accessed the Hub Website on a desktop browser, when I visited the Hub Website on a mobile browser, the website displayed "created" dates for this post, and reflected "created" dates of September 26, 2016 and posted times from around 4:00 am to 6:00 am. Attached hereto as **Exhibit 84** is a true and correct copy of this document. This document was marked as Exhibit 39 to the December 5, 2024 Nikita Gaer deposition.

86. Attached as **Exhibit 85** is a true and correct copy of a search for the Guy Ravine run on Whoxy Domain Search Engine. This document is publicly accessible at the URL https://www.whoxy.com/name/3127545. This document was marked as Exhibit 309 to the February 21, 2025 Guy Ravine Deposition.

87. According to a privilege log produced by Tom Gruber in this case, Defendant Ravine appears to have begun seeking litigation funding as early as January 2023, as documents related to "litigation funders" from that time were withheld on the basis of privilege.

88. Between 2015 and 2022, OpenAI was featured prominently in articles on technology-focused blogs and online news sources. A true and correct compilation of representative examples of this coverage is attached as **Exhibit 86**.

89. During the same period between 2015 and 2022, OpenAI was the subject of extensive coverage by national and regional online media outlets in the United States. A true and correct compilation of publicly available documents reflecting this coverage is attached as **Exhibit 87**.

90. In addition, from 2015 through 2022, OpenAI received press coverage in print newspapers in the United States. A true and correct collection of publicly-available documents containing examples of that press coverage is attached as **Exhibit 88**.

91. Attached hereto as **Exhibit 89** is a true and correct copy of the Declaration of Todd Price, a representative of Page Vault. In his declaration, Mr. Price attests to the authenticity and integrity of the records captured and preserved by Page Vault, which are included among the exhibits submitted in this matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge. Executed on April 9, 2025, in Los Angeles, California.

Aaron Perahia