# EXHIBIT 8

Perahia Declaration ISO
Plaintiff's Motion for
Summary Judgment

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

4                        --oOo--

5     OPENAI, a Delaware corporation,

6                    Plaintiff,

7     vs.                              Case No.
                                       4:23-cv-03918-YGR

8     OPEN ARTIFICIAL INTELLIGENCE,

      INC., a Delaware corporation;

9     and GUY RAVINE, an individual,

10                   Defendants,
      _____/

11    AND RELATED COUNTERCLAIMS.
      _____/

12

13

14

15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16

17     VIDEO-RECORDED DEPOSITION OF GREGORY BROCKMAN

18              SAN FRANCISCO, CALIFORNIA

19               TUESDAY, JANUARY 7, 2025

20

21

22

23    Reported by:

24    Anrae Wimberley, CSR No. 7778

25    Job No.  7055685

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    swear in the witness.                          09:35:40

 2                    GREGORY BROCKMAN,

 3        sworn in personally as a witness by the Certified

 4          Shorthand Reporter, testified as follows:

 5                         EXAMINATION               09:35:41

 6    BY MR. WILSON:

 7        Q.   Good morning, Mr. Brockman.

 8             Have you had your deposition taken before?

 9        A.   No.

10        Q.   So just a little bit about what we're    09:36:13

11    going to do today.

12             So we are scheduled for five hours.

13    That's five hours of testimony time.  Typically, I

14    take a break about every hour, but I'd be happy to

15    take a break earlier if you would like.         09:36:29

16             If you need to discuss something with your

17    counsel, please do so.  We can go off the record so

18    you can discuss with your counsel.

19             We're probably going to take a lunch break

20    around -- between 12:30 and 1:00.               09:36:43

21             You know, you're giving testimony under

22    oath here.  It can be used for any purpose

23    subsequently.  If you don't understand a question,

24    which unfortunately happens way too frequently no

25    matter how long I've been doing this, I can restate  09:37:07
```

Page 12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Mr. Ravine?                                                    11:28:07

2        A.   Yes.

3        Q.   Do you recall when that was?

4        A.   I believe it was -- was it March?

5             The e-mail chain would show it.  But it               11:28:15

6    would have been early 2016.

7        Q.   Okay.

8        MR. WILSON:  All right.  We'll go to a

9    different e-mail.  Let's try to nail down the

10   meeting time.                                                  11:28:39

11            Let's go to Exhibit 192, and it bears

12   Bates No. OPENAI-RAV-14200.

13            (Deposition Exhibit 192 was previously

14            marked.)

15            (Witness reviews document.)                           11:30:06

16       THE WITNESS:  Okay.

17   BY MR. WILSON:

18       Q.   Okay.  So in this e-mail from Mr. Ravine

19   to Mr. Altman where you're cc'd, it mentions -- it

20   refers to a recent meeting with you and apparently           11:30:50

21   was in December of 2015.

22            Is it possible you met with Mr. Ravine in

23   December 2015?

24       A.   Yes.

25       Q.   Do you recall where that meeting was held?          11:31:08

Page 67

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   Yes.                                                      11:31:11

2      Q.   And where was it held?

3      A.   Tesla.

4      Q.   Do you recall how long that meeting was?

5      A.   I believe 45 minutes.                                    11:31:21

6      Q.   Do you recall what was discussed?

7      A.   At a very high level, yes.

8      Q.   And what do you recall was discussed?

9      A.   I remember that Guy discussed some of his

10   ideas and wanted us to build it for him, and I said,            11:31:46

11   No, and I suggested that he could change the name,

12   we would be happy to purchase it from him.

13     Q.   Do you recall why you had asked him to

14   change the name?

15     A.   Yes.                                                      11:32:09

16     Q.   And what was the reason?

17     A.   He had not started the project, whereas we

18   had a project that we had launched, and it felt like

19   down the road it could cause confusion if he were to

20   try to launch something.                                        11:32:26

21     Q.   Did he respond to your request to change

22   the name?

23     A.   I don't remember.

24     Q.   Do you recall if he mentioned that he

25   owned the domain name Open.AI at the time of that               11:32:39

Page 68

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1           A.    Yep.                                       13:25:06

2           Q.    And then Dall-E, at -- I know there are

3   different versions of Dall-E.  At some point in time

4   you're going to say, no, that became a

5   consumer-facing product?                                13:25:14

6           A.    Yes.  Yeah, it had both.  It wasn't

7   really, it morphed.  It got additional features.  I

8   actually think that one may have started as a

9   consumer product and became a developer-focused one.

10          Q.    Okay.  All right.  All right.  So now I'm  13:25:31

11  going to take the list that your very efficient

12  counsel has compiled for us at various points in

13  time.

14          A.    Great.

15          Q.    It's a long list.                          13:25:42

16          A.    Yes.

17          Q.    And we'll go through it.  Okay.  And the

18  series of questions will be the same.  But even

19  though they'll be the same series of questions --

20  because it's tempting to rush ahead because you know  13:25:51

21  I'm going to ask the same series, but for clarity of

22  the record --

23          A.    Yep.

24          Q.    -- we just have to go through it.

25          A.    Got it.                                    13:25:57
```

Page 114

1    Q.   Okay.   A product by the name Gym, can you          13:25:59

2    describe for me what Gym is?

3         MR. SNYDER:   Can you spell it?

4         MR. WILSON:   G-y-m.

5         MR. SNYDER:   Just for the court reporter.           13:26:14

6         THE WITNESS:   So OpenAI Gym was a -- it was

7    both a hosted website where people could upload

8    their results on machine learning benchmarks and the

9    machine learning --

10              (Reporter seeks clarification.)               13:26:30

11        THE WITNESS:   -- upload their results on

12   machine learning benchmarks that we provided through

13   the OpenAI Gym open source library.

14   BY MR. WILSON:

15        Q.   And is this a development -- is this a          13:26:40

16   developer-facing product?

17        A.   Developer-facing product.   It was for

18   free, not paid.

19        Q.   Okay.   And in what way -- how would a

20   developer use this product?                              13:26:54

21        A.   They would use our open source code to

22   develop reinforcement learning algorithms, and then

23   they would upload those results to the scoreboard on

24   the website.

25        Q.   Okay.   And do you know if OpenAI Gym, was      13:27:13

Page 115

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    it advertised?                                    13:27:19

 2        A.   Yes, depending on your definition of

 3    "advertising," yes.

 4        Q.   And how was it advertised?

 5        A.   We tweeted about it, we blogged about it.  13:27:26

 6    There were many people who -- there are many

 7    articles written about it.

 8        Q.   Do you know if there was any paid

 9    advertisements?

10        A.   No paid advertisement.                    13:27:40

11        Q.   Okay.  And do you know when this product

12    was first used?

13        A.   Well, we launched it publicly, I believe,

14    in June of 2016, and that would be blog, tweet,

15    posted on GitHub, all those things.  At that point,  13:27:59

16    lots of developers started to use the system in

17    various ways.

18        Q.   Okay.  And we'll come back to this later,

19    but I know in my diminishing stack of documents I

20    have a research paper for OpenAI Gym.              13:28:13

21        A.   That's right.

22        Q.   What's the purpose of the research paper

23    in -- is there generally a purpose to -- is the --

24    let me start again.

25            Was -- do you recall if the OpenAI Gym     13:28:32
```

Page 116

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    research paper predated the launch of the app?                13:28:39

2        A.    I believe it would be concurrent.

3        Q.    And what was the purpose of releasing a

4    research paper with the app?

5        A.    So partly to the point of advertising the        13:28:55

6    product in this context.  Part of it is to -- yeah,

7    I think -- I think I would just say it's, yeah, to

8    build awareness and to help document the things that

9    we had done.

10        Q.    Okay.  In terms of -- is the OpenAI Gym        13:29:12

11    app still available?

12        A.    No.

13        Q.    And when did it get discontinued?

14        A.    So multiple pieces.  And also, sorry, can

15    I add to a previous answer?                                13:29:34

16        Q.    Sure.

17        A.    To the why we published the research

18    paper, part of that is that you get citations on the

19    paper, and so then that's how -- again, it's about

20    building awareness through the citation mechanism.        13:29:49

21            So when it was discontinued -- I actually

22    don't remember exactly when we stopped -- we put the

23    website into maintenance mode so that you couldn't

24    upload new scores but you could see the existing

25    ones -- would have been sometime maybe 2017, you        13:30:05

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    know, plus or minus.                                    13:30:07

 2            The open source code still exists and

 3    people still use that.

 4        Q.   Do you -- are you aware of any metrics

 5    related to OpenAI Gym as to how many users it had?       13:30:22

 6        A.   I don't know the specific numbers offhand,

 7    but it would definitely be on GitHub that there's

 8    different functions for following the repository,

 9    and that was, you know, thousands, possibly tens of

10    thousands.  And then users is usually quite a lot        13:30:40

11    more than that.

12        Q.   Do you know if on GitHub the followers are

13    identified or are they anonymous?

14        A.   I believe anonymous, but I'm not certain.

15        Q.   Do you know if on GitHub -- is there a way      13:30:57

16    to tell on GitHub what country the followers are

17    from?

18        A.   I'm not certain.

19        Q.   Are you aware of any percentages as to --

20    let me back -- let me strike that question and ask a     13:31:18

21    different line of questions.

22            Are followers of your artificial

23    intelligence apps, do they tend to be more in the

24    industrialized world by number, do you know?

25        A.   I'd say that we definitely have a              13:31:42
```

Page 118

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | plurality or majority in United States and then | 13:31:44 |
| 2 | there's a tail of, you know, definitely every | |
| 3 | country that, you know, has the ability to access | |
| 4 | the Internet and reach our systems, you know, will | |
| 5 | use our code in various ways.  So I'd say it's a | 13:31:57 |
| 6 | pretty broad tail with definitely a big | |
| 7 | concentration in the U.S. and other industrialized | |
| 8 | countries. | |
| 9 | Q.   And your belief that the majority is from | |
| 10 | the U.S., do you know what that's based on? | 13:32:10 |
| 11 | A.   Well, I'd say -- I would say the plurality | |
| 12 | or majority -- I wouldn't necessarily -- I don't -- | |
| 13 | I don't know specifically.  And I think that's just | |
| 14 | based on experience across the -- both projects | |
| 15 | where we do have good metrics across countries. | 13:32:21 |
| 16 | Q.   Um-hum. | |
| 17 | A.   And then you get a sense from people | |
| 18 | talking about this on Twitter, a sense of different | |
| 19 | people in the machine learning community who are | |
| 20 | talking about it, and so basically through either | 13:32:35 |
| 21 | anecdote or through just experience across many | |
| 22 | different projects, we get a sense of where our | |
| 23 | users tend to be. | |
| 24 | Q.   And this may be wrong, but is it safer to | |
| 25 | say that artificial intelligence is more prominent | 13:32:48 |

Page 119

1    in the United States than in other countries?                13:32:51

2         A.   I think that would be speculation for me

3    to answer that.

4         Q.   All right.  Thank you.

5              When you promoted OpenAI Gym, did you try       13:33:12

6    to promote it to any particular groups?

7         A.   Yes.

8         Q.   Who were the groups?

9         A.   Machine learning community would be one of

10   those.                                                    13:33:28

11        Q.   Anybody else?

12        A.   I think for OpenAI Gym, yeah, it would be

13   people developing reinforcement learning algorithms,

14   people who want to get into the field, students.

15   Like, yeah, I think that that would be the set of         13:33:43

16   segments, but machine learning community I think

17   covers kind of that as an umbrella.

18              And for students it would be specifically,

19   you know, machine learning Ph.D.s.

20        Q.   Okay.  Do you have an awareness, as we sit      13:34:00

21   here today, as to with respect to the Gym app, how

22   the brand OpenAI was attached to it?

23        A.   Yes.

24        Q.   And how was it attached to it?

25        A.   OpenAI Gym.                                     13:34:15

                                                      Page 120

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.   Was there a specific logo for OpenAI Gym?        13:34:16

2      A.   I don't recall.

3      Q.   Okay.  The next product we're going to

4  discuss is a product called Universe.

5           Is that a developer-facing app?                 13:34:33

6      A.   Yes.

7      Q.   And can you please describe for me what

8  Universe is?

9      A.   Universe was intended to be the evolution

10  of Gym, so it was a collection of reinforcement          13:34:45

11  learning environments where an agent would --

12           (Reporter seeks clarification.)

13      A.   -- reinforcement learning environments

14  where an AI could use a computer like a human, so

15  with keyboard and mouse and being able to observe a      13:34:59

16  screen.

17      Q.   Um-hum.  Do you recall whether or not

18  Universe had a research paper associated with it?

19      A.   I don't recall, but I believe no.

20      Q.   Okay.  Do you recall when Universe was        13:35:11

21  released?

22      A.   Approximately, yes.

23      Q.   And when was that?

24      A.   That would probably be December of 2016.

25      Q.   Do you recall whether or not it was           13:35:24

Page 121

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    responsible for continuing to provide updates.              13:40:03

2         Q.   And in terms of your tweets and your blog

3    and your releases, was there a target audience?

4         A.   Yes.

5         Q.   And who was the target audience?              13:40:22

6         A.   The machine learning community, once

7    again.

8         Q.   Okay.  All right.  Next product is

9    Baselines.

10        A.   Okay.              13:40:37

11        Q.   Have you heard of it?

12        A.   Yes.

13        Q.   And what is it?

14        A.   This was a high-quality implementation of

15   different reinforcement learning algorithms.              13:40:43

16        Q.   And what did -- is there a layperson's

17   term in explaining what Baseline [sic] does?

18        A.    Yeah, it was a -- it was, again, open

19   source software that people could use to try out

20   different ways to teach AIs to learn.              13:41:06

21        Q.   And just for clarification, plaintiff

22   OpenAI's products are not uniformly open source;

23   right?

24        A.   Correct.

25        Q.   Okay.  And do you recall when the launch              13:41:25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    of Baseline was?         13:41:27

2       A.   I don't remember if it was 2017 or 2018.

3    It was somewhere in there.

4       Q.   Do you recall if it was advertised?

5       A.   Yes.         13:41:39

6       Q.   And how was it advertised?

7       A.   Tweet, blog, probably with news articles,

8    open source code on GitHub.

9       Q.   Any paid advertisement?

10      A.   No.         13:41:51

11      Q.   And the target of the tweets and the

12    blogs, who was the target?

13      A.   Machine learning community.

14      Q.   Okay.  Just one second here.  I thought I

15    wrote down a note about this.      13:42:17

16       Is this still -- is Baseline still

17    actively maintained or is it in maintenance?

18      A.   I'm uncertain.  I think probably

19    maintenance, but I'm not certain.

20      Q.   Okay.  And of the first four products --  13:42:40

21    we talked to Gym, Universe, Roboschool, Baseline.

22       Do any of these four stand out as being

23    particularly popular in the machine learning

24    community?

25      A.   Gym for sure and I think Baselines was  13:42:56

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    quite successful as well.                          13:42:59

2        Q.   And why was Gym popular, do you know?

3        A.   Well, Gym -- I think for both Gym and

4    Baselines, we did a very good job of something that

5    the community really wanted.  For Gym we devised a    13:43:09

6    approach to building environments for learning that

7    is applicable in many different contexts.  So it was

8    something -- I think we just built something that

9    was very useful.  We built something people wanted,

10   and that's why it was popular.                       13:43:30

11       Q.   And I notice with a lot of these different

12   products you made the reference to going to

13   maintenance mode.

14           Do you know why a product is put into

15   maintenance mode?                                    13:43:45

16       A.   For these open source products, the

17   maintenance mode was usually because they'd reached

18   a point where either they were becoming obsolete or

19   they were complete.

20           And so for Gym I think that we sort of       13:43:57

21   reached a point that it felt stable.  For Universe,

22   that, I think -- or let's say for Roboschool I would

23   say that probably was more -- it got obsoleted.

24       Q.   And is putting a product into maintenance

25   mode, is that common in software development?        13:44:18

                                               Page 128

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   For open source software?                    13:44:23

2      Q.   Yes.

3      A.   Not unheard of.  That's something that

4   definitely happens.

5      Q.   Okay.  All right.  And I take it it's        13:44:30

6   different for paid software?

7      A.   That is much more rare.  But it happens,

8   does happen there.

9      Q.   Is that because for paid software there's

10  always an incentive to update and continue selling  13:44:49

11  it?

12     A.   I'd have to speculate on the exact

13  reasons.

14     Q.   Okay.  Now, I'm going to assume, but you

15  can correct me if I'm wrong, that GPT-1 is an early  13:44:59

16  version of the consumer-facing products, so it's not

17  what you're here to testify about?

18     A.   Well GPT-1 is the underlying model, the

19  underlying AI which powers our developer-focused API

20  in addition to what powers ChatGPT.                 13:45:24

21     Q.   So do you know when it was -- do you

22  consider GPT-1 to be developer-facing app --

23     A.   Yes.

24     Q.   -- or --

25          Okay.  Do you know when GPT-1 was           13:45:36

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   It would be in the interrogatories.          14:51:39

2      Q.   Do you know if it's in maintenance mode?

3      A.   Yes.

4      Q.   Do you know when it went into maintenance

5   mode?                                                 14:51:46

6      A.   No.

7      Q.   Do you have an estimate as to how long it

8   went into maintenance mode after its release?

9      A.   No.

10     Q.   Do you know if there were updates of Codex    14:51:56

11  before it went into maintenance mode?

12     A.   I think technically . . . so it depends

13  how you define Codex itself.  So there's the model

14  and then there's the API around it.

15     Q.   Um-hum.                                       14:52:12

16     A.   And we used -- yeah, so I think maybe

17  let's call it like a year or something, but I think

18  it again depends on exactly how you scope what Codex

19  is.

20     Q.   And in terms of the -- and was it            14:52:28

21  advertised?

22     A.   Yes.

23     Q.   And who was -- how was it advertised?

24     A.   So we did an initial launch livestream

25  that had many viewers.  I don't know if it was -- I   14:52:40

Page 167

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    think it was definitely over 100K initial viewers.        14:52:42

 2    I think that the video got couple million views

 3    within five days or something.  Like, it was

 4    popular.  I don't -- I can't stand by those specific

 5    numbers, but it's something like that.                    14:52:54

 6              And we tweeted about it, we blogged about

 7    it, we got news articles, and it was released

 8    through our APIs.

 9         Q.   And who was the -- any paid advertisement?

10         A.   No paid.                                         14:53:08

11         Q.   By the way, are you aware of any paid

12    advertisement that OpenAI has done for its brand?

13         A.   We've done sponsorships of conferences is

14    one thing we've done.

15         Q.   Do you know how many?                            14:53:19

16         A.   I don't know the exact number.

17         Q.   Do you know the value -- dollar value of

18    those sponsorships?

19         MR. SNYDER:  Okay, go ahead.

20         THE WITNESS:  Well, I don't know.                     14:53:28

21    BY MR. WILSON:

22         Q.   Other than sponsorships, are you familiar

23    with any other type of paid advertisement?

24         MR. SNYDER:  You may answer.

25         THE WITNESS:  Okay.                                   14:53:39
```

Page 168

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              I don't know, actually.                    14:53:39

 2    BY MR. WILSON:

 3        Q.   But then, like, no commercials, no . . .

 4        A.   Yeah, I don't -- I don't know.  I -- like,

 5    I do -- I believe -- I have a vague memory of         14:53:49

 6    sometimes at least testing some or that we have done

 7    them in the past.  Like, I would not be surprised if

 8    the answer was, yes, we actually have done them.

 9    And we definitely have done promotions and those

10    kinds of things.                                      14:54:05

11              But I don't know . . . yeah, I don't know

12    specifically of paid advertising outside of the

13    conference sponsorships.

14        Q.   Do you have any recollections of what

15    conferences the plaintiff has sponsored?              14:54:17

16        A.   I believe it would be something like

17    NeurIPS, ICML, basically the big machine learning

18    conferences are the types of conferences that we

19    tend to do.

20        Q.   The first one you mentioned is NeurIPS?      14:54:34

21        A.   Yes.

22        Q.   How often does that conference occur?

23        A.   I believe it's once a year.

24        Q.   So do you have an exhibit space or . . .

25        A.   I don't know specifically.  Yeah.            14:54:46
```

Page 169

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       Q.   And then what was the name of the other     14:54:48

2   conference?

3       A.   ICML.

4       Q.   And do you know what -- is ICML -- is it

5   an acronym for something?                       14:54:55

6       A.   Yeah, it's International Conference on

7   Machine Learning.

8       Q.   And is that yearly?

9       A.   That's also yearly.

10       Q.   Are these two conferences worldwide?  Are    14:55:02

11   they hosted all over the world?

12       A.   I think it -- I think it depends on the

13   conferences.  Again, yeah, this is -- this is less

14   my area of expertise, so I'm not -- I'm not sure.

15   Yeah, I think -- I think NeurIPS maybe is always    14:55:16

16   Canada.  ICML maybe moves around different

17   locations.  But, again, this is me without great

18   certainty.

19       Q.   Okay.  The next product is WebGPT.

20          Do you know what that is?             14:55:33

21       A.   Yes.

22       Q.   What is it?

23       A.   WebGPT was an early system for -- that you

24   could chat with, and it was, I believe, able to

25   browse the Internet.                     14:55:44

Page 170

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby

3   certify:

4           That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were administered an oath; that

8   a record of the proceedings was made by me using

9   machine shorthand which was thereafter transcribed

10  under my direction; that the foregoing transcript is

11  a true record of the testimony given.

12          Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript ( ) was (X) was not requested.

16          I further certify that I am neither

17  financially interested in the action nor a relative

18  or employee of any attorney of any party to this

19  action.

20          IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22  Dated:  January 16, 2025

23

24

25          ANRAE WIMBERLEY, CSR No. 7778

                                        Page 187