# EXHIBIT 9

Perahia Declaration ISO Plaintiff's Motion for Summary Judgment



# Transcript of Tom Gruber

**Date:** December 6, 2024
**Case:** OpenAI, Inc. -v- Open Artificial Intelligence, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

1   Intelligence and Mr. Ravine.                              01:57:47
2          THE VIDEOGRAPHER:  Great, thank you.  The          01:57:51
3   court reporter today is Mark Schweitzer, representing
4   Planet Depos.
5          The witness will now be sworn.
6          THE REPORTER:  Will you please raise your
7   right hand.
8
9                 TOM GRUBER, SWORN
10                                                            01:58:01
11         THE REPORTER:  Thank you very much.                01:58:01
12         Counsel?                                           01:58:04
13                                                            01:58:08
14                   EXAMINATION                              01:58:08
15  BY MR. FELDMAN:                                           01:58:08
16     Q.   Good afternoon.  Have you ever been a             01:58:09
17  witness before?                                           01:58:11
18     A.   No.                                               01:58:11
19     Q.   In a trial?                                       01:58:11
20     A.   I've never been deposed before.                   01:58:12
21     Q.   Have you ever been a witness in a trial?          01:58:14
22     A.   No.                                               01:58:16
23     Q.   And have you ever been deposed before?            01:58:16
24     A.   No.                                               01:58:19
25     Q.   And have you ever served as an expert             01:58:19

| | |
|---|---|
| 1   question.  He's not trying to trick you. | 02:26:31 |
| 2              THE WITNESS:  All right. | 02:26:34 |
| 3              MR. LIEB:  Okay?  Just listen to his | 02:26:35 |
| 4   questions and answer his questions.  His question was | 02:26:38 |
| 5   whether -- I believe was whether you think you had | 02:26:40 |
| 6   any drafts of this document. | 02:26:45 |
| 7              THE WITNESS:  Yeah, I'm sorry.  I don't | 02:26:46 |
| 8   remember whether I have any drafts. | 02:26:47 |
| 9         Q.   BY MR. FELDMAN:  Did you search for emails | 02:26:50 |
| 10  in connection with this deposition? | 02:26:52 |
| 11        A.   Yes. | 02:26:52 |
| 12        Q.   And did you find any? | 02:26:53 |
| 13        A.   I found some, yeah. | 02:26:54 |
| 14        Q.   And what did you do with them? | 02:26:55 |
| 15        A.   I sent them to my lawyer. | 02:26:56 |
| 16             MR. FELDMAN:  Do you have any? | 02:27:01 |
| 17             MR. LIEB:  We got them yesterday.  And they | 02:27:02 |
| 18  were zipped, and we couldn't unzip them, and we still | 02:27:04 |
| 19  haven't been able be to unzip them.  So we don't have | 02:27:11 |
| 20  them available for production. | 02:27:14 |
| 21             MR. FELDMAN:  I see. | 02:27:18 |
| 22        Q.   Can I ask you to look at Paragraph 7 of | 02:27:19 |
| 23  what you signed as Exhibit 62.  And it begins:  "I | 02:27:21 |
| 24  worked at Apple from 2010 to 2018."  And just read | 02:27:24 |
| 25  that to yourself, okay? | 02:27:29 |

```
1     A.   Okay.                                              02:27:47
2     Q.   What is Partnership on AI?                          02:27:49
3     A.   It is an industry consortium that was               02:27:57
4  formed by the top AI for-profit companies and is the       02:28:04
5  top non-profits of interests.  Six of each at the          02:28:08
6  time.  And I represented Apple on the board.  It's         02:28:14
7  called a Partnership on AI to benefit humanity, I          02:28:20
8  think, or for the benefit of humanity.  Something          02:28:22
9  like that.                                                 02:28:27
10    Q.   I've looked at the website.  I wasn't able         02:28:27
11 to -- you're allowed to disregard what I'm saying          02:28:30
12 now.  I'm just going to telling you something.  I          02:28:33
13 looked at the website.  I wasn't able to get a lot         02:28:35
14 out of that exercise, but that's more me than the          02:28:39
15 website.  I'm asking a few very basic questions about      02:28:45
16 it so I can get a better picture of what it is.            02:28:45
17      Do you have that in mind?                             02:28:49
18    A.   You'd like to know more about this part?           02:28:50
19    Q.   I would.  I am going to ask you a few basic        02:28:51
20 questions about it.                                        02:28:54
21    A.   Okay.                                              02:28:54
22    Q.   But I'm telling you that I'm not wasting           02:28:55
23 your time entirely.  I did look at the website.            02:28:57
24    A.   Okay.                                              02:29:00
25    Q.   Okay.  You said that there was, for                02:29:00
```

1    example, I didn't see that there were six.    02:29:03
2         A.   The founding -- the founding set, if I    02:29:05
3    remember correctly, there was six.    02:29:08
4         Q.   So am I correct --    02:29:09
5         A.   Microsoft and IBM and so on.    02:29:10
6         Q.   I'm correct there were six companies that    02:29:15
7    were in AI for profit and six non-profits in AI that    02:29:18
8    initially formed Partnership on AI?    02:29:23
9         A.   That's right.    02:29:28
10        Q.   And do you remember anything about the    02:29:28
11   names of the non-profits for -- that participated in    02:29:30
12   Partnership on AI?    02:29:36
13        A.   Yes.    02:29:36
14        Q.   Please.  Please tell me.    02:29:37
15        A.   Well, I remember that OpenAI was one of the    02:29:40
16   non-profits.    02:29:45
17        Q.   Okay.    02:29:45
18        A.   The plaintiff in this case.    02:29:46
19        Q.   Well, I don't know if it's -- yes, the    02:29:48
20   plaintiff in this case.  Okay.    02:29:50
21        A.   Because they were a non-profit back then.    02:29:54
22        Q.   And any others?    02:29:56
23        A.   I think the ACLU or someone like that.  One    02:29:57
24   of those civil society organizations was there on    02:30:01
25   that side too.    02:30:04

| | | |
|---|---|---|
| 1 | Q. Any others? | 02:30:04 |
| 2 | A. Like I said, I remember there being a | 02:30:05 |
| 3 | balance of six and six. I don't remember all the -- | 02:30:09 |
| 4 | Q. Okay. And do you remember the names of the | 02:30:11 |
| 5 | for-profit companies that participated in Partnership | 02:30:13 |
| 6 | on AI? | 02:30:16 |
| 7 | A. Yeah, it was Microsoft, Google. DeepMind | 02:30:16 |
| 8 | was a subsidiary of Google, but I don't know if they | 02:30:21 |
| 9 | counted it as a separate thing. Meta or Facebook as | 02:30:25 |
| 10 | they were called back then. And IBM. Did I miss | 02:30:31 |
| 11 | anything? That's six, yeah. | 02:30:37 |
| 12 | Q. Okay. And are you able to say what the | 02:30:40 |
| 13 | purpose of the organization was? | 02:30:43 |
| 14 | A. Yes. It was to do -- to sort of have -- | 02:30:45 |
| 15 | make white papers on policy about AI and to help make | 02:30:52 |
| 16 | ways that we could share results and have an open | 02:30:58 |
| 17 | society, open community for AI represented. But it | 02:31:01 |
| 18 | was also representing both sides, the profit and | 02:31:08 |
| 19 | non-profit sides. | 02:31:11 |
| 20 | Q. If I wanted to find out what the original | 02:31:12 |
| 21 | charter, if you will, of Partnership on AI was, where | 02:31:17 |
| 22 | would you tell me to look? | 02:31:20 |
| 23 | A. Well, you could call them up. I think they | 02:31:22 |
| 24 | still exist. | 02:31:25 |
| 25 | Q. Okay. How did it come to your attention | 02:31:25 |

| | | |
|---|---|---|
| 1 | that there was something called Partnership on AI? | 02:31:27 |
| 2 | A.    Well, I heard that it was being formed, and | 02:31:32 |
| 3 | I thought that Apple should be part of it. | 02:31:38 |
| 4 | Q.    And why did you think Apple should be part | 02:31:40 |
| 5 | of it? | 02:31:44 |
| 6 | A.    Because we did AI, and we are the company. | 02:31:44 |
| 7 | We were the biggest company at the time. | 02:31:47 |
| 8 | Q.    Okay.  Biggest company -- | 02:31:48 |
| 9 | A.    In the world, I think. | 02:31:52 |
| 10 | Q.    Was Apple in your view the biggest company | 02:31:53 |
| 11 | pursuing AI at the time as well? | 02:31:56 |
| 12 | A.    It's got a pretty large market cap, and it | 02:31:58 |
| 13 | was doing AI. | 02:32:01 |
| 14 | Q.    I'm sorry.  Thank you.  Do you have any | 02:32:02 |
| 15 | view about whether Apple was promoting, for example, | 02:32:04 |
| 16 | more resources toward the development of AI when | 02:32:09 |
| 17 | Partnership on AI was formed than any other company? | 02:32:16 |
| 18 | Is that what you're saying? | 02:32:20 |
| 19 | A.    No.  What I'm saying is obviously they are | 02:32:21 |
| 20 | a large market cap company, and they were doing AI. | 02:32:23 |
| 21 | Q.    I see. | 02:32:26 |
| 22 | A.    And they weren't doing as much investment | 02:32:27 |
| 23 | in AI as Google, for example. | 02:32:29 |
| 24 | Q.    Okay, thank you.  And do you have a view | 02:32:36 |
| 25 | about who was investing as much capital in pursuit of | 02:32:39 |

| | | |
|---|---|---|
| 1 | AI at the time Partnership on AI was formed? | 02:32:41 |
| 2 |     A.    Well, Google was clearly developing a lot. | 02:32:44 |
| 3 |     Q.    When was Partnership on AI formed?  Do you | 02:32:47 |
| 4 | know? | 02:32:50 |
| 5 |     A.    Well, I think it's around 2016, '17, that | 02:32:50 |
| 6 | era. | 02:32:56 |
| 7 |     Q.    Okay.  And am I right that the initial | 02:32:57 |
| 8 | purpose, as far as you were concerned, was to publish | 02:33:00 |
| 9 | certain materials and to share certain materials? | 02:33:03 |
| 10 |     A.    Well, it's industry and civil society | 02:33:07 |
| 11 | consortium to promote the best practices of AI and to | 02:33:11 |
| 12 | have conversations about how to govern AI, to do the | 02:33:17 |
| 13 | right thing with AI.  It was really an ethically kind | 02:33:20 |
| 14 | oriented kind of conversation. | 02:33:25 |
| 15 |     Q.    Was there any joint research done under the | 02:33:27 |
| 16 | aegis of Partnership on AI? | 02:33:31 |
| 17 |     A.    Their plan was to fund some research.  I | 02:33:35 |
| 18 | don't remember if it happened before I left Apple in | 02:33:40 |
| 19 | 2018. | 02:33:42 |
| 20 |     Q.    And was the Partnership on AI, did it | 02:33:44 |
| 21 | develop policies about how to share the results of | 02:33:53 |
| 22 | the for-profit companies' work? | 02:33:57 |
| 23 |     A.    I don't remember that policy being | 02:34:00 |
| 24 | discussed. | 02:34:02 |
| 25 |     Q.    Okay.  What did you mean -- if I understood | 02:34:06 |

|   |   |   |
|---|---|---|
| 1 | you correctly, when you said that this Partnership on | 02:34:08 |
| 2 | AI was considering how to share materials? | 02:34:11 |
| 3 | A. Well, best practices research. These kinds | 02:34:14 |
| 4 | of things. You have -- back then there was an ethos | 02:34:20 |
| 5 | in the AI community that we would make the best | 02:34:27 |
| 6 | advances in AI by sharing results in a scientific | 02:34:30 |
| 7 | way. And also there was a sense the two founders of | 02:34:35 |
| 8 | that organization had a strong ethical motivation, | 02:34:39 |
| 9 | Suleyman and Eric Horvitz, that AI was a powerful | 02:34:44 |
| 10 | technology and shouldn't be controlled by a small | 02:34:48 |
| 11 | number of corporations, and the public civil society | 02:34:51 |
| 12 | should have a voice on how AI is developed. | 02:34:56 |
| 13 | Q. You mentioned two names, I think, of | 02:34:59 |
| 14 | individuals. Could you say their full names, please. | 02:35:02 |
| 15 | A. Yeah, so Mustafa Suleyman was at the time | 02:35:03 |
| 16 | the co-founder of DeepMind, which is a subsidiary of | 02:35:06 |
| 17 | Google. He has since gone over to Microsoft. And | 02:35:09 |
| 18 | Eric Horvitz was head of AI research at Microsoft at | 02:35:15 |
| 19 | the time. | 02:35:25 |
| 20 | Q. Thank you. Would you look at Paragraph 8 | 02:35:25 |
| 21 | of your declaration, please. | 02:35:28 |
| 22 | A. Okay. | 02:35:30 |
| 23 | Q. Have you had a chance to review that? | 02:35:31 |
| 24 | A. Yes. We're still on 61, right? 62. We're | 02:35:33 |
| 25 | on 62? | 02:35:37 |

| | | |
|---|---|---|
| 1 | platform associated with Mr. Ravine? | 03:39:42 |
| 2 | A.  It came to my attention just learning about | 03:39:46 |
| 3 | this case. | 03:39:48 |
| 4 | Q.  In the last year or so? | 03:39:49 |
| 5 | A.  Last year or two, yeah. | 03:39:50 |
| 6 | Q.  Not contemporaneously, say, in 2015 or '18. | 03:39:54 |
| 7 | A.  I don't remember in '18. | 03:40:06 |
| 8 | Q.  Thank you.  After your email in 2015, were | 03:40:08 |
| 9 | you aware of activities by Mr. Ravine in connection | 03:40:21 |
| 10 | with the initiative that he says he described, that | 03:40:26 |
| 11 | you heard him describe to Mr. Page? | 03:40:31 |
| 12 | I'll ask you another question, okay?  May I | 03:40:33 |
| 13 | ask you a different question? | 03:40:37 |
| 14 | A.  Yes. | 03:40:38 |
| 15 | Q.  Do you have in mind the timeframe which | 03:40:39 |
| 16 | Mr. Ravine sent you an email in 2015? | 03:40:41 |
| 17 | A.  The timeframe? | 03:40:43 |
| 18 | Q.  Yeah, that time. | 03:40:45 |
| 19 | A.  So you're saying imagine that time. | 03:40:45 |
| 20 | Q.  Yeah, you have that in mind? | 03:40:48 |
| 21 | A.  Yes. | 03:40:50 |
| 22 | Q.  April 2015, right? | 03:40:50 |
| 23 | A.  Right.  What about it?  I'm sorry.  I'm | 03:40:52 |
| 24 | putting it in mind now. | 03:40:55 |
| 25 | Q.  I'm going to ask you a question.  And then | 03:40:57 |

| | | |
|---|---|---|
| 1 | you wrote back and said no thanks. | 03:40:59 |
| 2 | A. On Apple's behalf. | 03:41:02 |
| 3 | Q. That's right. Are you aware of anything | 03:41:02 |
| 4 | Mr. Ravine did in connection with artificial | 03:41:06 |
| 5 | intelligence from the time you said no, thank you, | 03:41:09 |
| 6 | until 2019? | 03:41:13 |
| 7 | A. Artificial intelligence? | 03:41:13 |
| 8 | Q. Yes. | 03:41:16 |
| 9 | A. Well, he has a video company, Video.io, and | 03:41:16 |
| 10 | he has a lot of AI in it. | 03:41:22 |
| 11 | Q. Thank you. Are you aware of anything he | 03:41:24 |
| 12 | did to pursue the OpenAI initiative that he described | 03:41:26 |
| 13 | to Mr. Page at a party and you in an email after you | 03:41:30 |
| 14 | said no, thank you, and until, say, 2019? | 03:41:33 |
| 15 | A. I'm not aware of any activity. | 03:41:37 |
| 16 | Q. Thank you. You are familiar with the | 03:41:39 |
| 17 | activities, Mr. Ravine's activities at Video.ia | 03:41:46 |
| 18 | generally? | 03:41:54 |
| 19 | A. Yes, Video.io. | 03:41:54 |
| 20 | Q. Sorry. Video.io. | 03:41:56 |
| 21 | A. Thank you. | 03:41:58 |
| 22 | Q. Are you an investor in Video.io? | 03:42:01 |
| 23 | A. I am. | 03:42:03 |
| 24 | Q. Can you describe the nature of the | 03:42:04 |
| 25 | investment? | 03:42:08 |

| | | |
|---|---|---|
| 1 | A. It also began as a loan which turned into | 03:42:09 |
| 2 | an equity stake. | 03:42:11 |
| 3 | Q. And are you able to say how big the equity | 03:42:12 |
| 4 | stake is in terms of percentage of the company? | 03:42:15 |
| 5 | A. I don't know the percentage of the company, | 03:42:19 |
| 6 | but it's around $300,000 of my money. | 03:42:21 |
| 7 | Q. And are you familiar generally with | 03:42:26 |
| 8 | Video.io's activities? | 03:42:28 |
| 9 | A. I was in 2019 and '20, yeah. | 03:42:34 |
| 10 | Q. How about today? | 03:42:37 |
| 11 | A. I haven't seen much of them recently. | 03:42:37 |
| 12 | Q. Is Video.io an active company today? | 03:42:40 |
| 13 | A. I believe so. | 03:42:44 |
| 14 | Q. What are they doing today? | 03:42:44 |
| 15 | A. They have IP. They have a stack of | 03:42:46 |
| 16 | software that they are trying to license. | 03:42:47 |
| 17 | Q. Is that what they were doing in 2019? | 03:42:49 |
| 18 | A. They have a service. In 2019, it's a | 03:42:54 |
| 19 | service that allows you to do the things like TikTok | 03:42:56 |
| 20 | does. | 03:43:01 |
| 21 | Q. And were there any -- is it right to say | 03:43:02 |
| 22 | users of that service? | 03:43:05 |
| 23 | A. Well, there were users of it when I first | 03:43:07 |
| 24 | heard about it. When it was called We Communicate. | 03:43:09 |
| 25 | Q. And what about today? Are there users of | 03:43:17 |

```
1   STATE OF CALIFORNIA.      )
                              )
2   COUNTY OF LOS ANGELES     )

3

4        I, Mark Schweitzer, Certified
5   Shorthand Reporter No. 10514, do hereby
6   Certify:
7        That prior to being examined, the witness
8   named in the foregoing deposition was by me duly
9   sworn to testify the truth, the whole truth, and
10  nothing but the truth;
11       That said deposition was taken down by me
12  in shorthand and thereafter reduced to print by
13  means of computer-aided transcription; and the same
14  is a true, correct, and complete transcript of said
15  proceedings.
16       I further certify that I am not interested in
17  the outcome of the action.
18       Witness my hand this 9th day of December, 2024.
19
20  _____
    MARK SCHWEITZER, CSR #10514, RPR, CRR
21  Certified Shorthand Reporter
    In and for the State of California
22
23
24
25
```