# EXHIBIT 15

# Perahia Declaration ISO Plaintiff's Motion for Summary Judgment

HIGHLY CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                 OAKLAND DIVISION
 4
 5   _____
                                     )
 6   OPENAI, INC., a Delaware        )
     corporation,                    )
 7                                   )
          Plaintiff,                 )
 8                                   ) Case No.
     vs.                             ) 4:23-cv-03918-YGR
 9                                   )
     OPEN ARTIFICIAL INTELLIGENCE,   )
10   INC., a Delaware corporation;   )
     and GUY RAVINE, an individual,  )
11                                   )
          Defendants.                )
12   _____ )
                                     )
13   AND RELATED COUNTERCLAIMS.      )
     _____ )
14
15              HIGHLY CONFIDENTIAL
16       VIDEOTAPED DEPOSITION OF SAMUEL ALTMAN
17             San Francisco, California
18            Thursday, December 12, 2024
19                    Volume I
20
21   Reported by:
     CATHERINE A. NOLASCO, RMR, CRR, BS
22   CSR No. 8239
23   Job No. 7055684
24
25   PAGES 1 - 110
```

Page 1

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: Okay. Will the court | 09:04:25 |
| 2 | reporter please swear the witness. | |
| 3 | MS. CARUSO: Just one moment, please. | |
| 4 | Sorry. | |
| 5 | To clarify, Margret Caruso is appearing | 09:04:29 |
| 6 | remotely, and we are appearing on behalf of | |
| 7 | Plaintiff, OpenAI, Inc., for Quinn Emanuel. | |
| 8 | MR. SNYDER: Plaintiff, of course. We are | |
| 9 | the Plaintiff. | |
| 10 | THE VIDEOGRAPHER: Okay. Will the court | 09:04:42 |
| 11 | reporter please swear in the witness, and then | |
| 12 | counsel may proceed. | |
| 13 | SAMUEL ALTMAN, | |
| 14 | having been administered an oath, was examined and | |
| 15 | testified as follows: | 09:04:55 |
| 16 | EXAMINATION | |
| 17 | BY MR. WILSON: | |
| 18 | Q   Mr. Altman, have you had your deposition | |
| 19 | taken before? | |
| 20 | A   No. This is my first time. | 09:04:59 |
| 21 | Q   I love the surprise. | |
| 22 | A   It's a great honor. | |
| 23 | Q   So I'll -- I'll -- I'll tell you a little | |
| 24 | bit about deposition. | |
| 25 | You understand that you're being sworn | 09:05:08 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | him, so I don't know why I would have been. | 10:49:36 |
| 2 | Q   So is it your testimony that the Plaintiff | |
| 3 | used the term -- the name "OpenAI" first? | |
| 4 | A   I don't know when your client first used | |
| 5 | it, so I don't think I can answer that question. | 10:49:57 |
| 6 | But I was not aware of any use before ours | |
| 7 | by your client. | |
| 8 | Q   So you're not ruling out the possibility | |
| 9 | that Mr. Ravine could have used the name first? | |
| 10 | MR. SNYDER:  Objection.  Calls for | 10:50:16 |
| 11 | speculation. | |
| 12 | BY MR. WILSON: | |
| 13 | Q   So you don't know if Mr. Ravine used the | |
| 14 | name first, "OpenA-" -- | |
| 15 | A   I have no awareness of Mr. Ravine before | 10:50:25 |
| 16 | he sent this email, after we launched. | |
| 17 | Q   Do you know why it was important to you | |
| 18 | that he change his name? | |
| 19 | MR. SNYDER:  Objection.  Asked and | |
| 20 | answered. | 10:50:40 |
| 21 | You may answer it again. | |
| 22 | MS. RING:  Mischaracterizes the testimony. | |
| 23 | THE WITNESS:  Yeah, that's a | |
| 24 | mischaracterization.  It was not something I spent | |
| 25 | much time thinking about. | 10:50:47 |

Page 74

| | | |
|---|---|---|
| 1 | BY MR. WILSON: | 10:50:48 |
| 2 | Q   So then Mr. Brockman responds back: | |
| 3 | "Yeah, I'm working on it.  (Asked him to do so | |
| 4 | yesterday, am planning to play a medium-term game | |
| 5 | here)." | 10:51:08 |
| 6 |        Do you see that? | |
| 7 | A   I do. | |
| 8 | Q   Did you ever have a discussion with | |
| 9 | Mr. Brockman as to what he meant by "medium-term | |
| 10 | game" here? | 10:51:14 |
| 11 | A   Not that I recall. | |
| 12 | Q   Do you recall any conversations with | |
| 13 | Mr. Brockman after this email about Mr. Ravine? | |
| 14 | A   I don't recall any specifically.  There | |
| 15 | may have been a few things that came up here and | 10:51:30 |
| 16 | there in the immediate follow-up, but then, as far | |
| 17 | as I can recall, Mr. Ravine didn't do anything with | |
| 18 | this project or the name for the intervening many | |
| 19 | years. | |
| 20 |        And then my next recollection is not until | 10:51:47 |
| 21 | it was pointed at our website many, many years | |
| 22 | later.  And, like, I believe it was about seven | |
| 23 | years later when I heard about that, which certainly | |
| 24 | doesn't cause great concern or confusion but did | |
| 25 | seem -- does seem to indicate to me that there | 10:52:09 |

```
 1    wasn't really anything going on with it or any use      10:52:12
 2    of it.  And then when it became linked to what I
 3    would describe as a somewhat unsavory image
 4    generator intentionally, in my opinion, trying to
 5    cause confusion with our name, that's when I recall    10:52:27
 6    getting animated about it, but in the intermediate
 7    period, I don't think I had any thoughts.
 8         Q    So at the time of this email, you weren't
 9    concerned that Mr. Ravine was also using the name?
10         A    I --                                          10:52:48
11              MS. CARUSO:  Objection.  Assumes facts not
12    in evidence.  Calls for speculation.
13              THE WITNESS:  I was going to object,
14    myself.
15              MR. SNYDER:  You may answer, though.          10:53:01
16              THE WITNESS:  I don't think he was using
17    the name.  I mean, he had -- he was considering a
18    project with the name.
19              He was considering -- well, that other
20    thing is in there now, but he was, like, considering   10:53:19
21    starting something if we'd help them launch his
22    collaboration platform.  He was talking to Google
23    about maybe doing it.  I don't think he ever did it,
24    to my awareness.
25    //
```

| | | |
|---|---|---|
| 1 | BY MR. WILSON: | 10:53:33 |
| 2 |     Q   So at the time of this email, you -- you | |
| 3 | were not concerned about Mr. Ravine because you did | |
| 4 | not view him as actively using the name? | |
| 5 |     MR. SNYDER:  Object- -- objection.  A, | 10:53:44 |
| 6 | lacks foundation.  B, to the extent you're | |
| 7 | characterizing his testimony, you're | |
| 8 | mischaracterizing it. | |
| 9 |     You may answer. | |
| 10 |     MS. RING:  Can you repeat the question? | 10:53:57 |
| 11 |     (Record read by the reporter as follows: | |
| 12 |         "QUESTION:  So at the time of this | |
| 13 |     email, you were not concerned about | |
| 14 |     Mr. Ravine because you did not view him as | |
| 15 |     actively using the name?") | 10:54:08 |
| 16 |     THE WITNESS:  I don't remember my exact | |
| 17 | state of mind at the time, but I can tell you what | |
| 18 | it looks like if I send an email where I'm focused | |
| 19 | on something or concerned about it, and this is very | |
| 20 | much not it. | 10:54:17 |
| 21 | BY MR. WILSON: | |
| 22 |     Q   Do you recall if, at the time of this | |
| 23 | email, you've done -- you did any investigation as | |
| 24 | to Mr. Ravine's use of the name "OpenAI"? | |
| 25 |     A   I don't recall. | 10:54:37 |

Page 77

```
 1          I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4          That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing is a true
11   record of the testimony given.
12          Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ X ] was [  ] was not requested.
16             I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any attorney or any party to this
19   action.
20          IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated:  December 24, 2024
23
24                 [signature: Catherine A. Nolasco]
                   Catherine A. Nolasco, RMR, CRR, BS
25                 CSR No. 8239
```

Page 107