# EXHIBIT 57

# Perahia Declaration ISO Plaintiff's Motion for Summary Judgment



**Chatbots**

⏱ This article is more than **6 months old**

# ChatGPT reaches 100 million users two months after launch

**Unprecedented take-up may make AI chatbot the fastest-growing consumer internet app ever, analysts say**

**Dan Milmo** *and agency*
Thu 2 Feb 2023 15.46 EST

ChatGPT, the popular artificial intelligence chatbot, has reached 100 million users just two months after launching, according to analysts.

It had about 590m visits in January from 100 million unique visitors, according to analysis by data firm Similarweb. Analysts at investment bank UBS said the rate of growth was unprecedented for a consumer app.

"In 20 years following the internet space, we cannot recall a faster ramp in a consumer internet app," UBS analysts wrote in the note, reported by Reuters.

By comparison it took TikTok about nine months after its global launch to reach 100 million users and Instagram more than two years, according to data from Sensor Tower, an app analysis firm.

ChatGPT can generate articles, essays, jokes, poetry and job applications in response to text prompts. OpenAI, a private company backed by Microsoft, made it available to the public for free in late November.

OpenAI also developed the AI-powered image generator Dall-E and is at the forefront of generative AI, or technology trained on vast amounts of text and images that can create content from a simple text prompt.

On Thursday, OpenAI announced a $20 monthly subscription, initially for users in the United States only. It would provide a more stable and faster service as well as the opportunity to try new features first, the company said.

Analysts believe the viral launch of ChatGPT will give OpenAI a first-mover advantage against other AI companies. The growing usage, while imposing substantial computing cost on OpenAI, has also provided valuable feedback to help train the chatbot's responses.

OpenAI, which is based in San Francisco, said the subscription revenue would help cover the computing cost.

OPENAI_RAV-00021167

The Guardian contacted OpenAI for comment but did not receive a reply before publication.

Last month, Microsoft announced another multibillion-dollar investment in OpenAI in the form of cash and provision of cloud computing. On Wednesday Microsoft launched a premium version of its Teams product backed by ChatGPT, offering AI-powered extras such as automatically generated meeting notes. The tool also divides recaps of meetings into sections, based on the meeting transcript.

Article count **on**

You've read **5 articles** in the last year

I hope you appreciated this article. Before you move on, I was hoping you would consider taking the step of supporting the Guardian's journalism.

From Elon Musk to Rupert Murdoch, a small number of billionaire owners have a powerful hold on so much of the information that reaches the public about what's happening in the world. The Guardian is different. We have no billionaire owner or shareholders to consider. Our journalism is produced to serve the public interest – not profit motives.

And we avoid the trap that befalls much US media – the tendency, born of a desire to please all sides, to engage in false equivalence in the name of neutrality. While fairness guides everything we do, we know there is a right and a wrong position in the fight against racism and for reproductive justice. When we report on issues like the climate crisis, we're not afraid to name who is responsible. And as a global news organization, we're able to provide a fresh, outsider perspective on US politics – one so often missing from the insular American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism because of our unique reader-supported model. That's because of people like you. Our readers keep us independent, beholden to no outside influence and accessible to everyone – whether they can afford to pay for news, or not.

**If you can, please consider supporting us just once from $1, or better yet, support us every month with a little more. Thank you.**

**Betsy Reed**
*Editor, Guardian US*



| Single | Monthly | Annual |
|---|---|---|
| $5 per month | $7 per month | Other |

Continue →    Remind me in October    VISA  mastercard  AMERICAN EXPRESS  PayPal

## More on this story


**Llama 2: why is Meta releasing open-source AI model and are there any risks?**
20 Jul 2023


**Claude 2: ChatGPT rival launches chatbot that can summarise a novel**
12 Jul 2023


**ChatGPT developer OpenAI to locate first non-US office in London**
28 Jun 2023


**Two US lawyers fined for submitting fake court citations from ChatGPT**
23 Jun 2023


**AI race is disru education firm is just the star**
3 May 2023

OPENAI_RAV-00021168

## Most viewed

OPENAI_RAV-00021169

OPENAI_RAV-00021170

Case 4:23-cv-03918-YGR    Document 235-2    Filed 04/10/25    Page 6 of 14

OPENAI_RAV-00021171

# EXHIBIT PAGE BREAK

CNBC DISRUPTOR 50

# 1. OpenAI

PUBLISHED TUE, MAY 9 2023 5:50 AM EDT UPDATED THU, MAY 11 2023 10:20 AM EDT

CNBC.com staff
@CNBC

SHARE

**In this article**

MSFT +0.62 (+0.19%)

GOOGL +0.07 (+0.05%)

Follow your favorite stocks
CREATE FREE ACCOUNT

**Founders:** Sam Altman (CEO), Greg Brockman, Ilya Sutskever, Wojciech Zaremba, John Schulman, Elon Musk
**Launched:** 2015
**Headquarters:** San Francisco
**Funding:** N/A
**Valuation:** N/A
**Key technologies:** Artificial intelligence
**Industry:** Enterprise technology
**Previous appearances on Disruptor 50 List:** 0



Persephone Kavallines

Since launching ChatGPT in November, OpenAI has quickly become a household name. Its generative AI chatbot ChatGPT can converse on almost anything and has become a viral sensation. Within a month of release, more than a million people were testing it out enthusiastically to write emails, come up with recipes, articles, school book reports, stories and everything in between.

"I do think we are deep into a new technological wave and this is, I think, the biggest one in a while," said OpenAI CEO Sam Altman in an interview last week with CNBC.

OPENAI_RAV-00021335

**VIDEO 03:34**

# OpenAI ranks as No. 1 on Disruptor 50 list with $30 billion valuation and 200 million users

OpenAI started as a nonprofit in 2015 with big-name backers such as Altman, Elon Musk, Peter Thiel, Amazon Web Services, Infosys, and YC Research pledging more than $1 billion to the venture. Microsoft ⊞ came into the picture in 2019 with a $1 billion investment. The tech giant followed up with a multi-billion-dollar investment in 2023, with some reports putting the figure as high as $10 billion. Today, OpenAI is reportedly valued at $29 billion, though the company has not shared total funding or valuation data.

Microsoft's stepped-up involvement is not only financial, it's also opened the doors to distribution. Microsoft has been integrating the technology into Bing, its search engine, as well as its Microsoft 365 bundle and Dynamics 365 sales and marketing tools.

**More coverage of the 2023 CNBC Disruptor 50**

These are the 2023 CNBC Disruptor 50 companies

How we chose the 2023 CNBC Disruptor 50

Generative AI is having its iPhone moment

Inside Wiz's rapid ascent to a $10 billion valuation

Watch: CNBC's Julia Boorstin interviews OpenAI CEO Sam Altman

OpenAI is at the heart of the race to integrate AI into everything. Soon after ChatGPT's release, Alphabet ⊞ released Bard, a competing chatbot, to early testers. Amazon has announced its first language models for developers, while Facebook parent Meta's LLaMa language model leaked online in March. Musk, who left OpenAI's board in 2018, has said he wants to start a competitor to ChatGPT, called TruthGPT.

Besides the heated competition, AI requires massive amounts of investment and computing power. The technology has also

OPENAI_RAV-00021336

spurred lawsuits about plagiarism and copyrights and raised alarms within the tech community about its capabilities to replace human work. Some commentators have argued that AI might pose a threat to humanity. Both Musk and Apple co-founder Steve Wozniak were among those who signed an open letter calling for a six-month AI research halt.

Further complicating OpenAI's outlook is its unconventional corporate structure. The company transitioned from a non-profit to what it called a capped-profit model in 2019. Under the structure, returns for the first round of investors are capped at 100x their investment. OpenAI says it expects "this multiple to be lower for future rounds."

That financial structure has brought out critics too, none more prominent than Musk, who donated the first $100 million to OpenAI but has no ownership or control, and has bashed the approach. "OpenAI was created as an open source (which is why I named it "Open" AI), non-profit company to serve as a counterweight to Google, but now it has become a closed source, maximum-profit company effectively controlled by Microsoft. Not what I intended at all," he said in a February tweet.

OPENAI_RAV-00021337

# EXHIBIT PAGE BREAK







OPENAI_RAV-00004642

www.cnet.com - Dall-E Opens Its AI Art Creation Tool to Everyone - CNET

Dall-E, a service that uses AI to turn text prompts into visual art, is now open to all comers. On Wednesday the company behind it, OpenAI, accepted everybody on the Dall-E waiting list.

Already the service was in widespread use, with 1.5 million people making more than 2 million images a day, OpenAI said in a blog post. Now others who requested access should have it granted, and anyone can sign up.

Artificial intelligence technology today generally refers to systems trained to recognize patterns in immense quantities of real-world data. The approach is revolutionizing computing, producing useful results in recognizing images, screening spam, preventing fraud and controlling self-driving cars.

Dall-E, though, brings some creative flair to the idea. Text prompts like "a painting of hipster dogs playing poker, in the style of Tomma Abts" can produce entertaining and sometimes intriguing results. It's a powerful illustration of the growing capability and utility of AI.

Though opening broader access should increase use of Dall-E, people have had alternatives, like Stable Diffusion and Midjourney.

Dall-E also could be spreading to other apps and services. OpenAI has begun working on a programming interface that could let businesses incorporate its results, it said Wednesday. That's already happening elsewhere, for example with a Stable Diffusion plugin for Adobe's Photoshop image-editing software.

Tech giants are investing deeply in AI technology. Later this week, Tesla plans to hold an AI Day event where it's expected to detail its Optimus humanoid robot and FSD technology it hopes will lead to self-driving cars.

## Trying to prevent AI image abuse

OpenAI, which says its mission is "to ensure that artificial general intelligence benefits all of humanity," emphasizes controls designed to prevent people from abusing Dall-E's capabilities. That means no sexual or violent content or attempts to create images of public figures. OpenAI has a whole system to help moderators detect problems automatically.

2 - https://www.cnet.com/tech/computing/dall-e-opens-its-ai-art-creation-tool-to-everyone/

OPENAI_RAV-00004643

www.cnet.com - Dall-E Opens Its AI Art Creation Tool to Everyone - CNET

Not all tools have those kinds of limits. That's raised hackles in some quarters. US Rep. Anna Eshoo, a Democrat representing much of Silicon Valley, called for controls on generative AI art tools after Stable Diffusion was used "to create photos of violently beaten Asian women and pornography depicting real people," she said in a Sept. 22 letter.

Stable Diffusion creator Stability AI didn't immediately respond to a request for comment.

Another illustration of the difficulty came when a Colorado man won a digital art contest with an AI work from Midjourney. Getty Images, a business that licenses imagery, banned AI-generated creations in September.

CNET — YOUR GUIDE TO A BETTER FUTURE

| | | |
|---|---|---|
| Deals | About CNET | Accessibility |
| Reviews | Press Room | |
| Best Products | Newsletters | Privacy Policy |
| Gift Guide | Licensing | Terms of Use |
| Coupons | Sitemap | Do Not Sell or Share My Personal Information |
| Videos | Careers | |
| Software Downloads | Help Center | |

US   France   Germany   Japan   Korea

© 2024 CNET, a Ziff Davis company. All rights reserved.

3 - https://www.cnet.com/tech/computing/dall-e-opens-its-ai-art-creation-tool-to-everyone/

OPENAI_RAV-00004644