QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000

Robert Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Aaron Perahia (Bar No. 304554)
aaronperahia@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Sam Stake (Bar No. 257916)
samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone: (415) 875-6600

Dylan Scher (*pro hac vice* )
dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016-7103
Telephone: (212) 849-7000

*Attorneys for Plaintiff OpenAI, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

OPENAI, INC., a Delaware corporation,

Plaintiff,

vs.

OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation, and GUY RAVINE, an individual,

Defendants.

AND RELATED COUNTERCLAIMS.

Case No. 4:23-cv-03918-YGR

The Hon. Yvonne Gonzalez Rogers

**PLAINTIFF OPENAI'S NOTICE OF ERRATA FOR SUMMARY JUDGMENT, SEPARATE STATEMENT, AND DECLARATIONS OF GREGG BROCKMAN AND AARON PERAHIA**

Date: June 17, 2025
Time: 2:00 p.m.
Place: Courtroom 1 (4th Floor)
1301 Clay St., Oakland, CA 94612

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff OpenAI, Inc. submits this Notice of Errata regarding its Motion for Summary Judgment, filed April 9, 2025:

The filed version of Plaintiff's Motion for Summary Judgment (the "Motion") and certain supporting documents included inadvertent errors that warrant correction, as detailed below.

**Motion for Summary Judgment** (Dkt. 225): Plaintiff's original Motion inadvertently contained incomplete or incorrect references to some of the supporting materials. The corrections address fact citations, including adding certain pin cites for ease of reference, add a complete attorney signature on page 3 of the sealed version of Plaintiff's Motion, correcting the identification of supporting materials on page 2 to conform to the materials submitted, and correcting typographical errors and an inadvertent misstatement. For the Court's ease of reference, a redline of Plaintiff's corrected brief is submitted herein as **Exhibit A**, which includes any and all line edits made to the Motion since Plaintiff filed the original Motion.

**Separate Statement in Support of Motion for Summary Judgment** (Dkt. 238): Plaintiff's original Separate Statement of Undisputed Material Facts in support of its Motion (the "Separate Statement") inadvertently contained some incomplete, duplicative, or otherwise incorrect references to the supporting materials. The corrections address those errors, including referencing the revised versions of the two declarations discussed below, and make limited additional corrections for clarification and accuracy.

**Declaration of Greg Brockman** (Dkt. 226): Mr. Brockman's original declaration in support of Plaintiff's Motion inadvertently omitted one of Mr. Brockman's professional titles in Paragraph 1, and due to a field formatting error, some exhibits were improperly named, even though the exhibits themselves were appropriately labeled. The corrected version addresses those errors. Even though the exhibits are unchanged, and Plaintiff will not refile them, it will provide courtesy copies of the corrected declaration with the original exhibits.

**Declaration of Aaron Perahia and Exhibits 8, 10, 13, 56, 63, 67, 78, 90** (Dkts. 233, 233-8, 233-10, 233-13, 235-1, 235-8, 235-12, 235-23): Mr. Perahia's original declaration in support of Plaintiff's Motion inadvertently attached some incomplete and erroneous exhibits and omitted

explanation in Paragraph 91. Mr. Perahia's corrected declaration will be filed with corrected Exhibit 8 (adding missing excerpts), Exhibit 10 (same), Exhibit 13 (same), Exhibit 56 (correcting omitted portion of exhibit), Exhibit 63 (same), Exhibit 67 (replacing prior exhibit with correct one), Exhibit 78 (same), and adding inadvertently omitted Exhibit 90.

DATED: April 17, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *\/s/ Margret M. Caruso*
Margret M. Caruso
Attorneys for Plaintiff OpenAI, Inc.