Docusign Envelope ID: CEF44DA5-136A-4938-B621-28FDDF383F51

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
 bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000

Robert Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Sam Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone: (415) 875-6600

Dylan Scher (*pro hac vice*)
 dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016-7103
Telephone:    (212) 849-7000

*Attorneys for Plaintiff OpenAI, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation, and GUY RAVINE, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 4:23-cv-03918-YGR <br><br> The Hon. Yvonne Gonzalez Rogers <br><br> **CORRECTED DECLARATION OF GREG BROCKMAN IN SUPPORT OF PLAINTIFF OPENAI, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date:    June 17, 2025 <br> Time:   2:00 p.m. <br> Place:  Courtroom 1 (4th Floor) <br>             1301 <br>             Oakland, California <br><br> Trial Date:          October 13, 2025 |

# DECLARATION OF GREG BROCKMAN

I, Greg Brockman, declare as follows:

1. I am the President of OpenAI OpCo, LLC and served as the President, Chairman, and Co-Founder of Plaintiff OpenAI, Inc. I submit this declaration in support of OpenAI Inc.'s Motion for Summary Judgment against Open Artificial Intelligence, Inc. and Guy Ravine. I have personal knowledge of the facts stated in this declaration, except as otherwise noted, and if called as a witness, I could and would competently testify to them.

## A. Overview

2. In 2015, I co-founded OpenAI with Sam Altman and Ilya Sutskever, among others. We announced OpenAI's founding on our website (https://openai.com/blog/introducing-openai) on December 11, 2015. Attached as **Exhibit A** is a true and correct copy of OPENAI-RAV-00003184, which is OpenAI's December 11 announcement, as preserved by the Internet Archive's Wayback Machine at https://web.archive.org/web/20151211215507/https://openai.com/blog/introducing-openai/.

3. Since its founding, OpenAI has continuously developed and deployed artificial intelligence research, models, applications, and tools using the "OpenAI" mark. OpenAI has consistently promoted its products and services using the OpenAI mark through various channels, including its website (openai.com), social media platforms like YouTube and X (formerly Twitter), participation in academic and industry conferences, hosted events, and its public code repositories on GitHub. Throughout this time, OpenAI's most effective promotional efforts were the strength of its products and services, which led to widespread publicity for OpenAI and millions of users of its products.

4. A wide array of products and services have been developed and offered using the OpenAI mark, targeting the machine learning and AI research community, as well as broader developer and consumer audiences over time. Attached as **Exhibit B** is a collection of true and correct webpage captures related to OpenAI products and services other than research on OpenAI's website and GitHub before November 15, 2022.

### B. GitHub Distribution

5. OpenAI distributed and promoted many non-research products and services on GitHub, an online platform where software developers share, collaborate on, and distribute code. Attached as **Exhibit C** is a true and correct copy of OPENAI_RAV-00021543, which reflects an archived capture of OpenAI's public GitHub repositories as of October 15, 2022, preserved by the Internet Archive's Wayback Machine at https://web.archive.org/web/20221015222049/https://github.com/orgs/openai/repositories. On GitHub, each repository represents individual OpenAI products, software, and tools.

6. Exhibit C reflects OpenAI's repositories sorted by "star" counts. According to GitHub, starring a repository is a way for users to indicate interest in or appreciation for a project, similar to bookmarking it for later reference. The star count reflects the number of repository users who have "starred" it, and the number of "stars" is often considered an indicator of a project's visibility or popularity within the GitHub community. Attached as **Exhibit D** is a true and correct printout of the GitHub page titled "Saving repositories with stars" obtained on April 9, 2025, from GitHub, available at https://docs.github.com/en/get-started/exploring-projects-on-github/saving-repositories-with-stars.

7. Exhibit C also reflects the number of "forks" each of OpenAI's repositories have. According to GitHub, "forking" a repository involves creating a personal copy of a repository, which allows a user to freely experiment with modifications or to develop changes before proposing them back to the original project. The number of forks indicates how many users have created such copies. Attached as **Exhibit E** is a true and correct printout of the GitHub page titled "Fork a repository" obtained on April 9, 2025, from GitHub, available at https://docs.github.com/en/pull-requests/collaborating-with-pull-requests/working-with-forks/fork-a-repo.

### C. Promotion Of OpenAI Goods And Services

8. One way OpenAI promoted its goods and services was through social media, including YouTube videos showcasing OpenAI research and offerings and Twitter (now X). As described further below, OpenAI also promoted its offerings through participation in industry events and community outreach, as well as through publishing research.

9. Before November 2022, OpenAI released over 80 YouTube videos, resulting in more than 15 million views and 213,000 subscribers, according to YouTube. Attached as **Exhibit F** is a true and correct copy of OPENAI-RAV-0017786, which reflects YouTube view counts and subscribers for OpenAI's YouTube videos before November 1, 2022. Attached as **Exhibit G** is a true and correct copy of OPENAI-RAV-00021801, which is an Internet Archive Wayback Machine capture of OpenAI's YouTube account as of October 5, 2022.

10. Starting in December 2015, OpenAI used its Twitter (now X) account to update followers about its research, products and services, and events. Attached as **Exhibit H** is a collection of true and correct archived captures of OpenAI's posts on Twitter, including before November 2022, available at https://x.com/OpenAI.

11. Other OpenAI operating entities other than OpenAI, Inc. that release and promote goods and services using the OpenAI mark have done so pursuant to a license agreement with OpenAI, Inc., a true and correct copy of which is OPENAI-RAV-00014184 and attached as **Exhibit I**. This document was signed at or near the time of the agreement by a person with knowledge acting in the regular course of business. It was the regular practice of OpenAI's business activity to create and preserve such a record for agreements of this nature. This document was kept and maintained by OpenAI in the regular course of its business activities.

D. **Releases of OpenAI Products and Services Before November 2022**

12. Since its founding, OpenAI has engaged in cutting-edge research across multiple domains of artificial intelligence in connection with the OpenAI mark. One of the ways OpenAI has provided research services to users is by making research papers publicly available. The publication of OpenAI research has also served to promote OpenAI goods and services, particularly among the machine learning/artificial intelligence community. Attached as **Exhibit J** is a true and correct listing of over 100 OpenAI research papers and posts that were made publicly available between December 11, 2015, and November 15, 2022, as provided in OpenAI's Supplemental Response to Interrogatory No. 1, which I verified.

13. On April 27, 2016, OpenAI released **OpenAI Gym**, a toolkit for developing and comparing reinforcement learning algorithms. OpenAI Gym was made publicly available as

1  open-source software and was distributed through OpenAI's website at gym.openai.com and
2  through GitHub. OpenAI promoted OpenAI Gym through blog posts, its website, and its GitHub
3  repository, targeting the machine learning community, also known as the AI research community.
4  *See* Exhibit B, pp. 4-8 (OpenAI Gym Beta blog post), pp. 9-13 (OpenAI Gym product page), pp.
5  14-21 (OpenAI GitHub repository); Exhibit H, p. 182 (4/27/16 OpenAI tweet, stating, "[o]ur
6  reinforcement learning toolkit, OpenAI Gym, is now in public beta: gym.openai.com."). As
7  reflected on GitHub's website, by October 15, 2022, Gym had approximately 29,105 stars and 8,073
8  forks on GitHub, demonstrating its significant adoption within the machine learning community.
9  *See* Exhibit C, at p. 3.

10  14. As one example of OpenAI's research, in June 2016, OpenAI submitted a research
11  paper I authored with my colleagues at OpenAI titled "OpenAI Gym" to arXiv, a platform frequently
12  used by the artificial intelligence community to quickly disseminate research. Attached as
13  **Exhibit K** is a true and correct copy as captured from arXiv at https://arxiv.org/abs/1606.01540.
14  Release of this research paper further promoted the OpenAI Gym toolkit.

15  15. On December 5, 2016, OpenAI released **OpenAI Universe**, a software platform for
16  measuring and training artificial intelligence across games and websites. Universe was an evolution
17  of Gym, allowing AI systems to interact with computers using keyboard and mouse inputs while
18  observing screen outputs. OpenAI made Universe publicly available as open-source software
19  through GitHub and at universe.openai.com. OpenAI promoted Universe through tweets, blog
20  posts, and GitHub, targeting the machine learning community. *See* Exhibit B, p. 22-33 (OpenAI
21  Universe blog post), pp. 34-38 (OpenAI Universe product page), pp. 39-47 (OpenAI Universe
22  GitHub repository); Exhibit H, p. 177 (12/5/16 OpenAI tweet; "We're releasing Universe, a
23  platform for measuring and training AI agents: universe.openai.com"). As reflected on GitHub's
24  website, by October 15, 2022, Universe had approximately 7,874 stars and 857 forks on GitHub,
25  reflecting substantial adoption within the machine learning community. *See* Exhibit C, at p. 4.

26  16. On May 2, 2017, OpenAI released **Roboschool**, a robot simulation environment that
27  integrated with OpenAI Gym. Roboschool provided detailed robotic simulations for AI training
28  and was an extension of the Gym platform. OpenAI made Roboschool publicly available as open-

1  source software through GitHub.  OpenAI promoted Roboschool through blog posts, tweets, and its
2  GitHub page, targeting the machine learning community.  *See* Exhibit B, pp. 48-55 (OpenAI
3  Roboschool blog post), pp. 56-61 (OpenAI Roboschool GitHub repository).  As reflected on
4  GitHub's website, by October 15, 2022, Roboschool had approximately 2,067 stars and 470 forks
5  on GitHub, demonstrating its notable adoption within the machine learning community.  *See*
6  Exhibit C, at p. 4.

7        17.  On May 24, 2017, OpenAI released **OpenAI Baselines**, a library of high-quality
8  implementations of reinforcement learning algorithms.  OpenAI made Baselines publicly available
9  as open-source software through GitHub.  OpenAI promoted Baselines through tweets, blog posts,
10 and its GitHub repository, targeting the machine learning community.  *See* Exhibit B, pp. 62-69
11 (OpenAI Baselines: DQN blog post), pp. 70-73 (OpenAI Baselines GitHub repository).  As reflected
12 on GitHub's website, by October 15, 2022, Baselines had approximately 13,116 stars and 4,414
13 forks on GitHub, demonstrating its significant adoption within the machine learning community.
14 *See* Exhibit C, at p. 3.

15       18.  On August 11, 2017, OpenAI unveiled the **OpenAI Dota Bot**, an AI system that
16 learned to play the *Dota 2* using reinforcement learning.  Dota 2 is a complex multiplayer online
17 battle arena game involving real-time strategy, teamwork, and extensive variability, presenting a
18 substantial challenge for machine learning due to its complexity and unpredictability.  On August
19 11, 2017, OpenAI unveiled its Dota Bot at *The International* 2017 tournament, defeating
20 professional player Dendi before a large live audience.  *See* Exhibit B, pp. 74-78 (OpenAI Dota 2
21 blog post), pp. 79-84 (OpenAI *The International* page).  OpenAI's YouTube video of this
22 demonstration received over 500,000 views before November 2022.  Exhibit F, at p. 1.

23       19.  On May 25, 2018, OpenAI released **OpenAI Gym Retro**, a toolkit for reinforcement
24 learning research on games.  OpenAI made Gym Retro publicly available as open-source software
25 through GitHub.  OpenAI promoted Gym Retro through its GitHub repository and blog posts,
26 targeting researchers and developers in the machine learning community.  *See* Exhibit B, p. 429
27 (OpenAI Gym Retro blog post).  As reflected on GitHub's website, by October 15, 2022, Retro had
28

1  approximately 2,757 stars and 411 forks on GitHub, demonstrating its significant adoption within
2  the machine learning community. *See* Exhibit C, at p. 4.

3      20. On June 11, 2018, OpenAI released **GPT (Generative Pre-trained Transformer)**,
4  the first generation of its generative pre-trained transformer model. OpenAI made GPT publicly
5  available through a research paper and source code. This was targeted at the machine learning
6  community. OpenAI promoted GPT through tweets, blog posts, and a research paper. *See*
7  Exhibit B, pp. 85-95 (OpenAI blog post titled "Improving Language Understanding with
8  Unsupervised Learning).

9      21. On June 25, 2018, OpenAI publicly demonstrated **OpenAI Five**, a team of five AI
10 agents that played Dota 2 against professional human teams. OpenAI Five built upon OpenAI's
11 earlier Dota Bot work and was showcased in live and streamed matches, gaining attention in both
12 the gaming and artificial intelligence communities. OpenAI Five was consistently branded as an
13 OpenAI product and was accessible to gamers online who could play against it in an Arena match.
14 OpenAI promoted Five through blog posts, tweets, and livestreamed events. *See* Exhibit B, pp. 96-
15 106 (OpenAI Five blog post), pp. 107-113 (OpenAI Five Arena Twitch pages).

16      22. On July 30, 2018, OpenAI introduced **Dactyl**, a system for training a robotic hand to
17 manipulate physical objects with dexterity. Dactyl demonstrated how reinforcement learning could
18 be applied to solve complex physical tasks. The system was branded as an OpenAI product and was
19 promoted through blog posts, social media, and a research paper, targeting the machine learning and
20 robotics research communities. *See* Exhibit B, p. 423 (OpenAI blog post titled "Learning
21 Dexterity").

22      23. On November 8, 2018, OpenAI released **OpenAI Spinning Up in Deep RL**, an
23 educational resource designed to help newcomers learn reinforcement learning. OpenAI made
24 Spinning Up publicly available through GitHub and a dedicated website. OpenAI promoted
25 Spinning Up through tweets, blog posts, GitHub, and a dedicated web page, primarily targeting
26 newcomers to the machine learning field. *See* Exhibit B, pp. 115-120 (OpenAI Spinning Up in Deep
27 RL blog post), pp. 121-126 (OpenAI Spinning Up in Deep RL documentations), pp. 127-130
28 (Spinning Up in Deep RL GitHub repository), pp. 131-140 (Spinning Up in Deep RL Workshop

1    Review).  As reflected on GitHub's website, by October 15, 2022, Spinning Up in Deep RL had
2    approximately 7,386 stars and 1,766 forks on GitHub, demonstrating its significant adoption within
3    the machine learning community.  *See* Exhibit C, at p. 4.

4    24.    On February 14, 2019, OpenAI released **GPT-2**, a significantly larger and more
5    powerful language model than the original GPT.  Due to potential misuse concerns, OpenAI released
6    GPT-2 in stages rather than all at once.  OpenAI promoted GPT-2 through its blog, social media,
7    and GitHub, and it received substantial media coverage.  GPT-2 was made available to the public
8    through GitHub as open-source software, targeting the machine learning research community.  *See*
9    Exhibit B, p. 141-151 (OpenAI GPT-2 blog post), pp. 152-158 (OpenAI GPT-2 6 month update
10   blog post), pp. 159-164 (OpenAI GPT-2: 1.5B Release blog post), pp. 165-169 (OpenAI GPT-2
11   GitHub repository).  As reflected on GitHub's website, by October 15, 2022, GPT-2 had
12   approximately 15,727 stars and 3,973 forks on GitHub, demonstrating its significant adoption within
13   the machine learning community.  *See* Exhibit C, at p. 3.

14   25.    On April 25, 2019, OpenAI released **OpenAI MuseNet**, a neural network that
15   generates multi-instrument musical compositions.  OpenAI made MuseNet available to the public
16   through a web interface where users could generate and listen to AI-composed music.  *See* Exhibit
17   B, pp. 170-178 (OpenAI MuseNet blog post). OpenAI promoted MuseNet through a Twitch concert
18   that was viewed by over 650,000 people, according to Twitch, the online live-streaming platform
19   where OpenAI held the concert.  *See* Exhibit B, pp. 179-181 (OpenAI MuseNet Twitch page).  As
20   noted on OpenAI's Twitter account, within two days of launch, over 29,000 unique individuals had
21   listened to 100,000 plays of MuseNet compositions in a 24-hour period.  *See* Exhibit H, p. 136
22   (4/27/19 OpenAI tweet, noting "[i]n the last 24 hours, we saw … 100k plays of pre-generated
23   MuseNet songs" and "29k unique MuseNet concert listeners").

24   26.    On November 21, 2019, OpenAI released **OpenAI Safety Gym**, a toolkit for
25   measuring progress toward safe reinforcement learning agents.  Safety Gym was designed to help
26   researchers develop AI systems that respect safety constraints while learning.  OpenAI made Safety
27   Gym publicly available as open-source software through GitHub.  OpenAI promoted Safety Gym
28   through blog posts and its GitHub repository, targeting AI safety researchers and the broader

1  machine learning community. *See* Exhibit B, pp. 182-189 (OpenAI Safety Gym blog post), pp. 190-
2  197 (OpenAI Safety Gym GitHub repository).

3      27.     On April 14, 2020, OpenAI released **OpenAI Microscope**, a collection of tools for
4  visualizing and understanding the inner workings of neural networks. OpenAI made Microscope
5  publicly available through an interactive website. OpenAI promoted Microscope through tweets,
6  blog posts, and its interactive website, targeting the machine learning research community.
7  Microscope allowed researchers to visualize neural network features to better understand image
8  classification models. *See* Exhibit B, p. 198-202 (OpenAI Microscope blog post), pp. 203-210
9  (OpenAI Microscope product pages).

10     28.     On April 30, 2020, OpenAI released **OpenAI Jukebox**, a generative model capable
11 of producing music and singing in various styles. OpenAI made Jukebox available as open-source
12 code through GitHub and provided an interactive explorer on its website where users could listen to
13 AI-generated songs with lyrics. OpenAI promoted Jukebox to both the machine learning
14 community and musicians through tweets, blog posts, research papers, and its interactive web
15 explorer. *See* Exhibit B, pp. 211-224 (OpenAI Jukebox blog post), pp. 225-230 (OpenAI Jukebox
16 GitHub repository). As reflected on GitHub's website, by October 15, 2022, Jukebox had
17 approximately 5,754 stars and 806 forks on GitHub, demonstrating its significant adoption within
18 the machine learning community. *See* Exhibit C, at p. 4.

19     29.     On June 11, 2020, OpenAI launched the **OpenAI API**, a platform allowing
20 developers to access and integrate OpenAI's AI models into their applications. The API initially
21 provided access to GPT-3 and was later expanded to include other models such as Codex and
22 DALL·E. The API was made available on a commercial basis through OpenAI's website. OpenAI
23 promoted the API through tweets, blog posts, and news articles, targeting developers. *See* Exhibit B,
24 pp. 231-242 (OpenAI API blog posts), pp. 243-247 (OpenAI API product page), pp. 248-253
25 (OpenAI API pricing page), pp. 254-257 (OpenAI GPT-3 blog post), pp. 258-266 (OpenAI GPT-3
26 product page), pp. 267-275 (OpenAI GPT-3 blog post). By July 2022, GPT-3 was generating an
27 average of 4.5 billion words per day, as I noted in a Twitter post on July 11, 2022 reflected in
28 OPENAI-RAV-00020606, a true and correct copy of which is attached as **Exhibit L**.

30. On June 17, 2020, OpenAI released **OpenAI Image GPT**, a model that applied GPT technology to image recognition and categorization tasks. OpenAI made Image GPT available as open-source code through GitHub. OpenAI promoted Image GPT through tweets, blog posts, open-source code, and a research paper, targeting the machine learning research community. *See* Exhibit B, pp. 276-290 (OpenAI Image GPT blog post), pp. 291-295 (OpenAI Image GPT GitHub repository). As reflected on GitHub's website, by October 15, 2022, image-gpt had approximately 1,636 stars and 264 forks on GitHub, demonstrating its significant adoption within the machine learning community. *See* Exhibit C, at p. 5.

31. On January 5, 2021, OpenAI released **OpenAI CLIP**, a model that learns visual concepts from natural language supervision. CLIP became the foundation for many image generation systems, including OpenAI's later developments. OpenAI made CLIP available as open-source code through GitHub. OpenAI promoted CLIP through tweets, blog posts, research papers, and open-source code, targeting the machine learning research community. *See* Exhibit B, pp. 296-306 (OpenAI CLIP blog post), pp. 307-313 (OpenAI CLIP GitHub repository). As reflected on GitHub's website, by October 15, 2022, CLIP had approximately 10,094 stars and 1,629 forks on GitHub, demonstrating its significant adoption within the machine learning community. *See* Exhibit C, at p. 3.

32. On January 5, 2021, OpenAI released **OpenAI DALL·E**, its first generation text-to-image generation system that creates images from textual descriptions. OpenAI made DALL·E accessible both through a consumer-facing interface and through the OpenAI API for developers. OpenAI promoted DALL·E through tweets, blog posts, and news articles, targeting both developers and the machine learning community. *See* Exhibit B, pp. 314-326 (OpenAI DALL E blog post). As reflected on GitHub's website, by October 15, 2022, DALL-E had approximately 8,741 stars and 1,651 forks on GitHub, demonstrating its significant adoption within the machine learning community. *See* Exhibit C, at p. 3.

33. On July 28, 2021, OpenAI released **OpenAI Triton**, an open-source GPU programming language for neural networks. OpenAI made Triton publicly available as open-source software through GitHub. OpenAI promoted Triton through blog posts, tweets, and its GitHub

1 repository, targeting machine learning researchers and developers. *See* Exhibit B, pp. 327-337
2 (OpenAI Triton blog post), pp. 338-341 (OpenAI Triton GitHub repository). As reflected on
3 GitHub's website, by October 15, 2022, Triton had approximately 4,267 stars and 394 forks on
4 GitHub, demonstrating its significant adoption within the machine learning community. *See*
5 Exhibit C, at p. 4.

6    34.    On August 10, 2021, OpenAI released **OpenAI Codex**, an AI model that translates natural language into code and powers GitHub Copilot. OpenAI made Codex available through the OpenAI API. OpenAI promoted Codex through tweets, blog posts, livestreams, and news articles, targeting developers. *See* Exhibit B, pp. 342-346 (OpenAI Codex blog post), pp. 347-354 (OpenAI Codex product page); Exhibit H, pp. 108-09 (8/10/21 Open AI tweets about Codex availability and demonstration). On the day of Codex's launch, OpenAI livestreamed demonstrations on YouTube, which generated over 975,000 views before November 2022, according to YouTube's viewer statistics. Exhibit F, at p. 2 (YouTube metrics).

   35.    On December 16, 2021, OpenAI released **OpenAI WebGPT**, a model designed to answer complex questions using information retrieved from the web. OpenAI promoted WebGPT through blog posts, research papers, tweets, and news articles, targeting the machine learning research community. *See* Exhibit B, pp. 355-362 (OpenAI WebGPT blog post).

   36.    On January 27, 2022, OpenAI released **OpenAI InstructGPT**, a family of models fine-tuned to follow user instructions more accurately. OpenAI made InstructGPT available to developers through the OpenAI API. OpenAI promoted InstructGPT through blog posts, tweets, and news articles, targeting developers and the machine learning community. *See* Exhibit B, pp. 363-372 (OpenAI InstructGPT blog post), pp. 373-376 (OpenAI InstructGPT GitHub repository).

   37.    On April 6, 2022, OpenAI released **OpenAI DALL·E 2**, an improved text-to-image generation model offering higher resolution and more accurate outputs than the original DALL·E. Like its predecessor, DALL·E 2 was made available through both a consumer-facing interface and the OpenAI API for developers. OpenAI promoted DALL·E 2 through tweets, blog posts, and news articles, targeting both general consumers and developers. *See* Exhibit B, pp. 377-399 (OpenAI DALL E 2 blog posts).

38. On September 28, 2022, OpenAI released **OpenAI Whisper**, an automatic speech recognition system that translates speech into text. OpenAI made Whisper publicly available as open-source software through GitHub. OpenAI promoted Whisper through tweets, blog posts, and its GitHub repository, targeting developers and the machine learning community. *See* Exhibit B, pp. 400-405 (OpenAI Whisper blog post), pp. 406-411 (OpenAI Whisper GitHub repository). As reflected on GitHub's website, by October 15, 2022, Whisper had approximately 18,804 stars and 1,412 forks on GitHub, demonstrating its significant adoption within the machine learning community. *See* Exhibit C, at p. 3.

### E. OpenAI Events Before November 2022

39. OpenAI also promoted its research and other goods and services through participation in public events under the OpenAI mark since its inception. Attached as **Exhibit M** is a true and correct collection of documents reflecting OpenAI's participation in conferences, community events, and public demonstrations before November 15, 2022. Some of the highlights of OpenAI's activities include the following.

40. **2015:** Shortly after its founding, OpenAI hosted a meetup during the NIPS 2015 conference (now known as NeurIPS, the Conference and Workshop on Neural Information Processing Systems, a leading annual machine learning and computational neuroscience conference).

41. **2016:** On January 8, 2016, OpenAI researchers hosted an "Ask Me Anything" (AMA) forum, an online question-and-answer session, receiving 371 upvotes and 298 comments, in Reddit's Machine Learning community. *See* Exhibit M, pp. 3-13. In May 2016, OpenAI participated in the International Conference on Learning Representations (ICLR), a premier gathering focused on deep learning, and hosted a meetup. *See* Exhibit H, p. 182 (5/2/16 OpenAI tweet about "hosting a meetup … at Caribe Hilton" for those "[a]round ICLR"). In June 2016, OpenAI participated in the International Conference on Machine Learning (ICML), another leading international academic conference in machine learning. *See* Exhibit H, p. 180 (6/20/16 OpenAI tweet inviting ICML attendees to "[c]ome to our OpenAI meetup"). In October 2016, OpenAI hosted a "Machine Learning Unconference" at its offices, which more than 150 AI practitioners

attended. *See* Exhibit M, pp. 15-19. In December 2016, OpenAI participated in the NeurIPS conference, presenting tutorials. *See* Exhibit M, p. 21 (NeurIPS 2016 poster), pp. 23-108 (2016 OpenAI tutorial materials); Exhibit H, p. 176 (12/6/16 OpenAI tweet on how to "[k]eep track of OpenAI talks and posters at #nips2016").

42.  **2017:** In 2017, OpenAI participated in the ICML 2017. *See* Exhibit H, p. 170 (8/11/17 OpenAI tweet about hosting a viewing party at ICML 2017).

43.  **2018:** On March 3, 2018, OpenAI hosted a hackathon at its San Francisco office that received over 500 RSVPs and hosted 100 members of the AI community. *See* Exhibit M, pp. 15-19. On April 19, 2018, OpenAI held an AMA in Reddit's Dota 2 community, which received 1,600 upvotes and 678 comments. *See* Exhibit M, pp. 126-136. On April 27, 2018, OpenAI participated in the ICLR. *See* Exhibit H, p. 162 (4/27/18 OpenAI tweet stating "OpenAI will be at ICLR2018" and promoting OpenAI's contributions). On June 4, 2018, OpenAI hosted a meetup at its San Francisco office. *See* Exhibit H, pp. 161 (6/4/18 OpenAI tweet about hosted meetup at its office). On August 5, 2018, OpenAI demonstrated OpenAI Five in a public benchmark match on Twitch, an online streaming service.

44.  **2019:** On February 2, 2019, OpenAI hosted the Spinning Up in Deep RL Workshop with approximately 90 in-person attendees and 300 more via livestream. *See* Exhibit M, pp. 113-121; Exhibit F, p. 2 (reflecting over 58,000 YouTube views of the event recording before November 2022). On April 27, 2019, OpenAI hosted the Robotics Symposium. *See* Exhibit M, pp. 15-19. In May 2019, OpenAI participated in ICLR 2019, hosting an event party and demonstrating GPT-2 at its conference booth. *See* Exhibit H, pp. 133-34 (5/9/19 OpenAI tweet about GPT-2 demo), p. 136 (4/29/19 OpenAI tweet about ICLR party). In December 2019, OpenAI participated in NeurIPS as a "Diamond" sponsor. *See* Exhibit M, pp. 138-171 (2019 conference book), pp. 173-179 (2019 sponsors).

45.  **2020:** On June 9, 2020, OpenAI announced support for NeurIPS 2020 competitions. *See* Exhibit H, p. 119 (6/9/20 OpenAI tweet about co-organizing two NeurIPS 2020 competitions); Exhibit M, pp. 181-186. In December 2020, OpenAI participated in NeurIPS with live discussions

1  and booths, and won the "Best Paper" award. *See* Exhibit M, pp. 188-198; Exhibit H, p. 115 (12/5-
2  7/20 OpenAI tweets about NeurIPS presence and Best Paper).
3       46.    **2021:** On March 5, 2021, OpenAI participated in ICLR and presented BIG-Bench
4  (Beyond the Imitation Game Benchmark), a collaborative benchmark intended to probe large
5  language models. *See* Exhibit H, p. 112 (3/5/21 OpenAI tweet announcing participation in
6  WELM/BIG-Bench). In December 2021, OpenAI participated in NeurIPS, where researchers
7  presented a tutorial on "Self-Supervised Learning." *See* Exhibit M, pp. 200-304 (OpenAI 2021
8  NeurIPS tutorial).

11      I declare under penalty of perjury of the laws of the United States of America that the
12  foregoing is true and correct.

14      Executed this 11th day of April 2025, in San Francisco, California.

16  DocuSigned by:
    *Greg Brockman*
17  7F90F2F12AA746E...
    Greg Brockman