# EXHIBIT 8

Perahia Declaration ISO
Plaintiff's Motion for
Summary Judgment

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  OAKLAND DIVISION

4                     --oOo--

5    OPENAI, a Delaware corporation,

6               Plaintiff,

7    vs.                          Case No.
                                  4:23-cv-03918-YGR

8    OPEN ARTIFICIAL INTELLIGENCE,

     INC., a Delaware corporation;

9    and GUY RAVINE, an individual,

10              Defendants,
     _____/

11   AND RELATED COUNTERCLAIMS.
     _____/

12

13

14

15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16

17   VIDEO-RECORDED DEPOSITION OF GREGORY BROCKMAN

18           SAN FRANCISCO, CALIFORNIA

19            TUESDAY, JANUARY 7, 2025

20

21

22

23   Reported by:

24   Anrae Wimberley, CSR No. 7778

25   Job No.  7055685

                                      Page 1

```
 1    swear in the witness.                              09:35:40

 2                  GREGORY BROCKMAN,

 3       sworn in personally as a witness by the Certified

 4          Shorthand Reporter, testified as follows:

 5                       EXAMINATION                     09:35:41

 6    BY MR. WILSON:

 7       Q.   Good morning, Mr. Brockman.

 8            Have you had your deposition taken before?

 9       A.   No.

10       Q.   So just a little bit about what we're      09:36:13

11    going to do today.

12            So we are scheduled for five hours.

13    That's five hours of testimony time.  Typically, I

14    take a break about every hour, but I'd be happy to

15    take a break earlier if you would like.           09:36:29

16            If you need to discuss something with your

17    counsel, please do so.  We can go off the record so

18    you can discuss with your counsel.

19            We're probably going to take a lunch break

20    around -- between 12:30 and 1:00.                  09:36:43

21            You know, you're giving testimony under

22    oath here.  It can be used for any purpose

23    subsequently.  If you don't understand a question,

24    which unfortunately happens way too frequently no

25    matter how long I've been doing this, I can restate 09:37:07
```

Page 12

```
 1    Mr. Ravine?                                        11:28:07

 2         A.   Yes.

 3         Q.   Do you recall when that was?

 4         A.   I believe it was -- was it March?

 5              The e-mail chain would show it.  But it  11:28:15

 6    would have been early 2016.

 7         Q.   Okay.

 8         MR. WILSON:  All right.  We'll go to a

 9    different e-mail.  Let's try to nail down the

10    meeting time.                                       11:28:39

11              Let's go to Exhibit 192, and it bears

12    Bates No. OPENAI-RAV-14200.

13              (Deposition Exhibit 192 was previously

14              marked.)

15              (Witness reviews document.)              11:30:06

16         THE WITNESS:  Okay.

17    BY MR. WILSON:

18         Q.   Okay.  So in this e-mail from Mr. Ravine

19    to Mr. Altman where you're cc'd, it mentions -- it

20    refers to a recent meeting with you and apparently  11:30:50

21    was in December of 2015.

22              Is it possible you met with Mr. Ravine in

23    December 2015?

24         A.   Yes.

25         Q.   Do you recall where that meeting was held?  11:31:08
```

Page 67

1        A.    Yes.                                              11:31:11

2        Q.    And where was it held?

3        A.    Tesla.

4        Q.    Do you recall how long that meeting was?

5        A.    I believe 45 minutes.                             11:31:21

6        Q.    Do you recall what was discussed?

7        A.    At a very high level, yes.

8        Q.    And what do you recall was discussed?

9        A.    I remember that Guy discussed some of his

10    ideas and wanted us to build it for him, and I said,      11:31:46

11    No, and I suggested that he could change the name,

12    we would be happy to purchase it from him.

13        Q.    Do you recall why you had asked him to

14    change the name?

15        A.    Yes.                                             11:32:09

16        Q.    And what was the reason?

17        A.    He had not started the project, whereas we

18    had a project that we had launched, and it felt like

19    down the road it could cause confusion if he were to

20    try to launch something.                                  11:32:26

21        Q.    Did he respond to your request to change

22    the name?

23        A.    I don't remember.

24        Q.    Do you recall if he mentioned that he

25    owned the domain name Open.AI at the time of that         11:32:39

Page 68

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A.    Yep.                                    13:25:06

 2        Q.    And then Dall-E, at -- I know there are

 3   different versions of Dall-E.  At some point in time

 4   you're going to say, no, that became a

 5   consumer-facing product?                           13:25:14

 6        A.    Yes.  Yeah, it had both.  It wasn't

 7   really, it morphed.  It got additional features.  I

 8   actually think that one may have started as a

 9   consumer product and became a developer-focused one.

10        Q.    Okay.  All right.  All right.  So now I'm  13:25:31

11   going to take the list that your very efficient

12   counsel has compiled for us at various points in

13   time.

14        A.    Great.

15        Q.    It's a long list.                       13:25:42

16        A.    Yes.

17        Q.    And we'll go through it.  Okay.  And the

18   series of questions will be the same.  But even

19   though they'll be the same series of questions --

20   because it's tempting to rush ahead because you know  13:25:51

21   I'm going to ask the same series, but for clarity of

22   the record --

23        A.    Yep.

24        Q.    -- we just have to go through it.

25        A.    Got it.                                 13:25:57
```

Page 114

1      Q.   Okay.  A product by the name Gym, can you      13:25:59

2   describe for me what Gym is?

3      MR. SNYDER:  Can you spell it?

4      MR. WILSON:  G-y-m.

5      MR. SNYDER:  Just for the court reporter.      13:26:14

6      THE WITNESS:  So OpenAI Gym was a -- it was

7   both a hosted website where people could upload

8   their results on machine learning benchmarks and the

9   machine learning --

10          (Reporter seeks clarification.)      13:26:30

11      THE WITNESS:  -- upload their results on

12   machine learning benchmarks that we provided through

13   the OpenAI Gym open source library.

14   BY MR. WILSON:

15      Q.   And is this a development -- is this a      13:26:40

16   developer-facing product?

17      A.   Developer-facing product.  It was for

18   free, not paid.

19      Q.   Okay.  And in what way -- how would a

20   developer use this product?      13:26:54

21      A.   They would use our open source code to

22   develop reinforcement learning algorithms, and then

23   they would upload those results to the scoreboard on

24   the website.

25      Q.   Okay.  And do you know if OpenAI Gym, was      13:27:13

Page 115

```
1    it advertised?                                    13:27:19

2        A.   Yes, depending on your definition of

3    "advertising," yes.

4        Q.   And how was it advertised?

5        A.   We tweeted about it, we blogged about it.  13:27:26

6    There were many people who -- there are many

7    articles written about it.

8        Q.   Do you know if there was any paid

9    advertisements?

10       A.   No paid advertisement.                    13:27:40

11       Q.   Okay.  And do you know when this product

12   was first used?

13       A.   Well, we launched it publicly, I believe,

14   in June of 2016, and that would be blog, tweet,

15   posted on GitHub, all those things.  At that point,  13:27:59

16   lots of developers started to use the system in

17   various ways.

18       Q.   Okay.  And we'll come back to this later,

19   but I know in my diminishing stack of documents I

20   have a research paper for OpenAI Gym.              13:28:13

21       A.   That's right.

22       Q.   What's the purpose of the research paper

23   in -- is there generally a purpose to -- is the --

24   let me start again.

25            Was -- do you recall if the OpenAI Gym    13:28:32
```

Page 116

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    research paper predated the launch of the app?                13:28:39

2         A.   I believe it would be concurrent.

3         Q.   And what was the purpose of releasing a

4    research paper with the app?

5         A.   So partly to the point of advertising the          13:28:55

6    product in this context.  Part of it is to -- yeah,

7    I think -- I think I would just say it's, yeah, to

8    build awareness and to help document the things that

9    we had done.

10        Q.   Okay.  In terms of -- is the OpenAI Gym           13:29:12

11   app still available?

12        A.   No.

13        Q.   And when did it get discontinued?

14        A.   So multiple pieces.  And also, sorry, can

15   I add to a previous answer?                                   13:29:34

16        Q.   Sure.

17        A.   To the why we published the research

18   paper, part of that is that you get citations on the

19   paper, and so then that's how -- again, it's about

20   building awareness through the citation mechanism.            13:29:49

21             So when it was discontinued -- I actually

22   don't remember exactly when we stopped -- we put the

23   website into maintenance mode so that you couldn't

24   upload new scores but you could see the existing

25   ones -- would have been sometime maybe 2017, you              13:30:05

Page 117

1    know, plus or minus.                                    13:30:07

2           The open source code still exists and

3    people still use that.

4       Q.   Do you -- are you aware of any metrics

5    related to OpenAI Gym as to how many users it had?      13:30:22

6       A.   I don't know the specific numbers offhand,

7    but it would definitely be on GitHub that there's

8    different functions for following the repository,

9    and that was, you know, thousands, possibly tens of

10   thousands.  And then users is usually quite a lot       13:30:40

11   more than that.

12      Q.   Do you know if on GitHub the followers are

13   identified or are they anonymous?

14      A.   I believe anonymous, but I'm not certain.

15      Q.   Do you know if on GitHub -- is there a way     13:30:57

16   to tell on GitHub what country the followers are

17   from?

18      A.   I'm not certain.

19      Q.   Are you aware of any percentages as to --

20   let me back -- let me strike that question and ask a    13:31:18

21   different line of questions.

22           Are followers of your artificial

23   intelligence apps, do they tend to be more in the

24   industrialized world by number, do you know?

25      A.   I'd say that we definitely have a              13:31:42

Page 118

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    plurality or majority in United States and then        13:31:44

 2    there's a tail of, you know, definitely every

 3    country that, you know, has the ability to access

 4    the Internet and reach our systems, you know, will

 5    use our code in various ways.  So I'd say it's a       13:31:57

 6    pretty broad tail with definitely a big

 7    concentration in the U.S. and other industrialized

 8    countries.

 9        Q.   And your belief that the majority is from

10    the U.S., do you know what that's based on?            13:32:10

11        A.   Well, I'd say -- I would say the plurality

12    or majority -- I wouldn't necessarily -- I don't --

13    I don't know specifically.  And I think that's just

14    based on experience across the -- both projects

15    where we do have good metrics across countries.        13:32:21

16        Q.   Um-hum.

17        A.   And then you get a sense from people

18    talking about this on Twitter, a sense of different

19    people in the machine learning community who are

20    talking about it, and so basically through either      13:32:35

21    anecdote or through just experience across many

22    different projects, we get a sense of where our

23    users tend to be.

24        Q.   And this may be wrong, but is it safer to

25    say that artificial intelligence is more prominent     13:32:48
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    in the United States than in other countries?        13:32:51

 2         A.   I think that would be speculation for me

 3    to answer that.

 4         Q.   All right.  Thank you.

 5              When you promoted OpenAI Gym, did you try   13:33:12

 6    to promote it to any particular groups?

 7         A.   Yes.

 8         Q.   Who were the groups?

 9         A.   Machine learning community would be one of

10    those.                                               13:33:28

11         Q.   Anybody else?

12         A.   I think for OpenAI Gym, yeah, it would be

13    people developing reinforcement learning algorithms,

14    people who want to get into the field, students.

15    Like, yeah, I think that that would be the set of    13:33:43

16    segments, but machine learning community I think

17    covers kind of that as an umbrella.

18              And for students it would be specifically,

19    you know, machine learning Ph.D.s.

20         Q.   Okay.  Do you have an awareness, as we sit  13:34:00

21    here today, as to with respect to the Gym app, how

22    the brand OpenAI was attached to it?

23         A.   Yes.

24         Q.   And how was it attached to it?

25         A.   OpenAI Gym.                                 13:34:15
```

                                                        Page 120

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.   Was there a specific logo for OpenAI Gym?    13:34:16

2    A.   I don't recall.

3    Q.   Okay.  The next product we're going to

4    discuss is a product called Universe.

5         Is that a developer-facing app?    13:34:33

6    A.   Yes.

7    Q.   And can you please describe for me what

8    Universe is?

9    A.   Universe was intended to be the evolution

10   of Gym, so it was a collection of reinforcement    13:34:45

11   learning environments where an agent would --

12        (Reporter seeks clarification.)

13   A.   -- reinforcement learning environments

14   where an AI could use a computer like a human, so

15   with keyboard and mouse and being able to observe a    13:34:59

16   screen.

17   Q.   Um-hum.  Do you recall whether or not

18   Universe had a research paper associated with it?

19   A.   I don't recall, but I believe no.

20   Q.   Okay.  Do you recall when Universe was    13:35:11

21   released?

22   A.   Approximately, yes.

23   Q.   And when was that?

24   A.   That would probably be December of 2016.

25   Q.   Do you recall whether or not it was    13:35:24

Page 121

1    advertised?                                              13:35:27

2        A.    Yes.

3        Q.    And how was it advertised?

4        A.    Tweet, blog, GitHub, lots of news articles

5    about it.                                                13:35:36

6        Q.    Do you know if there was any paid

7    advertisement?

8        A.    Yes.

9        Q.    And was there?

10       A.    No.                                            13:35:44

11       Q.    When you were promoting Universe on tweet,

12   blog, and GitHub, were you targeting particular

13   people?

14       A.    Particular groups or particular --

15       Q.    Yes, particular groups.                        13:36:04

16       A.    Yes.

17       Q.    And what groups were you targeting?

18       A.    Same groups as Gym, so machine learning

19   community.

20       Q.    Is Universe still available?                   13:36:18

21       A.    Yes, in maintenance mode.

22       Q.    And what do you mean by "maintenance

23   mode"?

24       A.    We have not updated it, but the code is

25   still available.                                         13:36:32

                                                  Page 122

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       Q.    And do you recall when it went into          13:36:35

2    maintenance mode?

3       A.    Not specifically.

4       Q.    Do you have an estimate?

5       A.    Probably a year or two after launch.          13:36:42

6       Q.    So probably by late 2017 or early 2018?

7       A.    Probably somewhere around there, I would

8    guess.

9       Q.    Do you have any metrics as to how many

10   people use Universe?                                   13:36:56

11      A.    I don't know them offhand, but it would be

12   similar to the metrics we would gather from Gym.

13      Q.    Okay.   The next, what I understand to be

14   developer-facing app, is Roboschool.

15            Are you familiar with that --                 13:37:23

16      A.    Yes.

17      Q.    -- app?

18            What is it?

19      A.    So Roboschool was, I believe, a collection

20   of reinforcement learning environments meant          13:37:29

21   specifically for training simulated robots.   And you

22   could make -- yeah, you could make sort of detailed

23   robotic simulations for your -- for your AI to learn

24   against.

25      Q.    And do you recall when it was launched?       13:37:46

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1      A.    Not specifically, but I think it was early    13:37:49

2    2017, my guess.

3      Q.    Was it part of or related to any previous

4    developer app?

5      A.    I believe it was a collection of Gym    13:38:06

6    environments, so it was kind of an extension of Gym.

7      Q.    And I forgot to ask this question about

8    Universe.

9          Do you know if it was branded with the

10   OpenAI brand?    13:38:18

11     A.    Yes.

12     Q.    And how was it branded?

13     A.    OpenAI Universe.

14     Q.    With respect to Roboschool, is it still

15   available?    13:38:31

16     A.    Yes.

17     Q.    And that means it's not in maintenance

18   mode?

19     A.    No.

20     Q.    Does that mean that it's being updated?    13:38:37

21     A.    No.  It isn't -- I don't believe we have

22   updated it for some time.

23     Q.    Oh, okay.  I'm sorry.  It was my fault.  I

24   misunderstood your answer.

25          Roboschool, did you advertise it?    13:38:51

Page 124

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        A.    Yes.                                            13:38:54

2        Q.    And how was it advertised?

3        A.    Blog, tweet, code on GitHub.  I believe

4    some news articles as well.

5        Q.    Any paid advertisement?                         13:39:04

6        A.    No.

7        Q.    And was Roboschool branded with OpenAI in

8    any way?

9        A.    Yes.

10        Q.    And how was it branded?                        13:39:13

11        A.    I believe this was OpenAI Roboschool.

12        Q.    Okay.  Refresh my recollection.

13              The launch date was what date for

14    Roboschool?

15        A.    I guessed it was early 2017, but we'd have    13:39:32

16    to confirm that.

17        Q.    Okay.  And I don't think I asked you, when

18    did it go into maintenance mode?

19        A.    I don't -- I don't remember.  This one may

20    have been less explicitly a specific date and just     13:39:45

21    that the maintainer stopped providing updates.  So I

22    don't know as a specific cutoff date.

23        Q.    And when you use the term "maintainer,"

24    what does -- what does that refer to?

25        A.    Just the person within OpenAI who was         13:40:00

Page 125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    responsible for continuing to provide updates.          13:40:03

2        Q.   And in terms of your tweets and your blog

3    and your releases, was there a target audience?

4        A.   Yes.

5        Q.   And who was the target audience?          13:40:22

6        A.   The machine learning community, once

7    again.

8        Q.   Okay.  All right.  Next product is

9    Baselines.

10       A.   Okay.          13:40:37

11       Q.   Have you heard of it?

12       A.   Yes.

13       Q.   And what is it?

14       A.   This was a high-quality implementation of

15   different reinforcement learning algorithms.          13:40:43

16       Q.   And what did -- is there a layperson's

17   term in explaining what Baseline [sic] does?

18       A.   Yeah, it was a -- it was, again, open

19   source software that people could use to try out

20   different ways to teach AIs to learn.          13:41:06

21       Q.   And just for clarification, plaintiff

22   OpenAI's products are not uniformly open source;

23   right?

24       A.   Correct.

25       Q.   Okay.  And do you recall when the launch          13:41:25

Page 126

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    of Baseline was?                                    13:41:27

2         A.   I don't remember if it was 2017 or 2018.

3    It was somewhere in there.

4         Q.   Do you recall if it was advertised?

5         A.   Yes.                                      13:41:39

6         Q.   And how was it advertised?

7         A.   Tweet, blog, probably with news articles,

8    open source code on GitHub.

9         Q.   Any paid advertisement?

10        A.   No.                                       13:41:51

11        Q.   And the target of the tweets and the

12   blogs, who was the target?

13        A.   Machine learning community.

14        Q.   Okay.  Just one second here.  I thought I

15   wrote down a note about this.                       13:42:17

16             Is this still -- is Baseline still

17   actively maintained or is it in maintenance?

18        A.   I'm uncertain.  I think probably

19   maintenance, but I'm not certain.

20        Q.   Okay.  And of the first four products --  13:42:40

21   we talked to Gym, Universe, Roboschool, Baseline.

22             Do any of these four stand out as being

23   particularly popular in the machine learning

24   community?

25        A.   Gym for sure and I think Baselines was    13:42:56

                                          Page 127

1    quite successful as well.                              13:42:59

2        Q.   And why was Gym popular, do you know?

3        A.   Well, Gym -- I think for both Gym and

4    Baselines, we did a very good job of something that

5    the community really wanted.  For Gym we devised a    13:43:09

6    approach to building environments for learning that

7    is applicable in many different contexts.  So it was

8    something -- I think we just built something that

9    was very useful.  We built something people wanted,

10   and that's why it was popular.                         13:43:30

11       Q.   And I notice with a lot of these different

12   products you made the reference to going to

13   maintenance mode.

14            Do you know why a product is put into

15   maintenance mode?                                      13:43:45

16       A.   For these open source products, the

17   maintenance mode was usually because they'd reached

18   a point where either they were becoming obsolete or

19   they were complete.

20            And so for Gym I think that we sort of       13:43:57

21   reached a point that it felt stable.  For Universe,

22   that, I think -- or let's say for Roboschool I would

23   say that probably was more -- it got obsoleted.

24       Q.   And is putting a product into maintenance

25   mode, is that common in software development?          13:44:18

                                                    Page 128

1      A.    For open source software?                    13:44:23

2      Q.    Yes.

3      A.    Not unheard of.  That's something that

4   definitely happens.

5      Q.    Okay.  All right.  And I take it it's        13:44:30

6   different for paid software?

7      A.    That is much more rare.  But it happens,

8   does happen there.

9      Q.    Is that because for paid software there's

10  always an incentive to update and continue selling    13:44:49

11  it?

12     A.    I'd have to speculate on the exact

13  reasons.

14     Q.    Okay.  Now, I'm going to assume, but you

15  can correct me if I'm wrong, that GPT-1 is an early    13:44:59

16  version of the consumer-facing products, so it's not

17  what you're here to testify about?

18     A.    Well GPT-1 is the underlying model, the

19  underlying AI which powers our developer-focused API

20  in addition to what powers ChatGPT.                    13:45:24

21     Q.    So do you know when it was -- do you

22  consider GPT-1 to be developer-facing app --

23     A.    Yes.

24     Q.    -- or --

25           Okay.  Do you know when GPT-1 was             13:45:36

Page 129

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    released?                                                    13:45:42

2        A.    I believe it was 2018.

3        Q.    And was GPT-1 put into maintenance mode?

4        A.    Yeah.  Yes.  GPT-1 was released -- I think

5    we did do some updates, but from the beginning, the          13:46:00

6    intention was that is more of a complete point in

7    time, here is a model rather than an ongoing

8    sequence of changes to it.  So that was a paper that

9    had open source code.

10       Q.    Okay.  And how was GPT-1 used?                      13:46:19

11       A.    GPT-1 was released as open source software

12   and a paper and we did not -- yeah, we -- I think

13   that was -- that was the use of it.

14       Q.    And what was the intention of what

15   developers would use with GPT-1?                             13:46:40

16       A.    So GPT-1 was really an initial

17   breakthrough in how you would train AI models and be

18   able to reuse them for different tasks.  So the idea

19   was we would train GPT once and then developers

20   could apply it to any sort of language task.                 13:47:01

21       Q.    Okay.  Now, this is always dangerous when

22   I try to do my own research and learn new areas.

23   But with respect to converting speech into text,

24   I've heard this phrase called "semantic interface."

25       Am I pronouncing that right?                             13:47:26

Page 130

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     A.   Semantic interface?                        13:47:29

2     Q.   Yeah, semantic interface.

3          How do you spell the first -- I'm a

4     horrible speller because I'm dyslexic, so . . .

5     A.   S-e-m-a-n-t-i-c.                            13:47:34

6     Q.   And what does that term mean?

7     A.   Semantic interface?

8     Q.   Yes.

9     A.   That means being able to interact with a

10    computer through meaning and words rather than    13:47:47

11    through structure, like clicking a button.

12    Q.   Okay.  Did GPT-1 have any elements of a

13    semantic interface?

14    A.   It had elements of it.

15    Q.   When OpenAI started in December of 2015,     13:48:05

16    were semantic interfaces readily available?

17    A.   I'm not certain.  It really depends how

18    you define that.

19    Q.   Okay.  All right.  Thank you.

20         And then GPT-1, was it advertised?           13:48:32

21    A.   Yes.

22    Q.   And how was it advertised?

23    A.   Tweet, blog, research paper, potentially

24    press articles.

25    Q.   Any paid advertisement?                       13:48:45

                                              Page 131

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       A.   No.                                        13:48:47

2       Q.   And what about the target of the tweets,

3  blogs?

4       A.   Machine learning community.

5       Q.   Okay.  Okay.  Next is Five -- oh, excuse    13:48:57

6  me.  Before we go back, before we leave GPT-1, was

7  it branded with the OpenAI brand in any way?

8       A.   I believe it was OpenAI GPT.

9       Q.   Okay.  Next --

10      MR. WILSON:  Do we need a break?        13:49:21

11      MR. SNYDER:  No, I'm just getting a drink.

12  BY MR. WILSON:

13       Q.   Next is Five?

14       A.   Um-hum.

15       Q.   Have you heard of Five?          13:49:30

16       A.   Yes.

17       Q.   And what is it?

18       A.   So OpenAI Five was a project for playing

19  the competitive video game Dota 2 --

20         (Reporter seeks clarification.)      13:49:44

21       A.   -- Dota 2, D-o-t-a and then 2.

22       Q.   So it was designed to play a game like a

23  chess program was designed to play chess?

24       A.   Yes.

25       Q.   Is getting -- is it more complicated to    13:50:08

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    design a machine to play a video game than telling a          13:50:13

2    machine how to play chess?

3          A.    Exponentially so, yes.

4          Q.    And why is that?

5          A.    Because the number of moves at each step          13:50:26

6    in chess is maybe 10 or something like that, whereas

7    for Dota it's, you know, thousands.    So there's just

8    a much broader set of things to do.

9                And it's also partially observable, so you

10   don't get to see what your enemy is up to, as             13:50:42

11   opposed to in chess where it's perfect information,

12   you can see everything.

13         Q.    Um-hum.    Was this . . . so was this a

14   demonstration product or was this a product that was

15   released to developers?                                   13:51:02

16         A.    This was a -- this one was not open

17   source.

18         Q.    Okay.

19         A.    It was -- we did produce a research paper

20   at the end.    And the goal was actually to further       13:51:15

21   reinforcement learning, so to develop new algorithms

22   and new understanding of reinforcement learning

23   technology.    And in end we produced a paper.

24                Along the way we actually produced a

25   playable Dota bot that the Dota community, so these       13:51:31

Page 133

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    gamers, played against.  So there was a bot called                13:51:35

2    OpenAI actually that people played against over the

3    Internet.

4        Q.    But this -- just to make sure I understand

5    this, at least when I read the articles about it, it                13:51:47

6    seems like this was not a product that was designed

7    as a developer app; right?

8        A.    I -- it would -- yeah, I think it would

9    not be a we produced code that a developer used

10   directly.                                                          13:52:04

11       Q.    Okay.  Would you say that there was a

12   launch of Five?

13       A.    Yes.

14       Q.    And how was it launched?

15       A.    So we -- so the very first one was -- even               13:52:14

16   before we called it Five, there was -- I just -- we

17   just called it OpenAI or OpenAI Dota bot.  This was

18   September of -- excuse me, August of 2017.

19             And so we went to The International, which

20   is the Dota 2 world championships.  You know, it's a               13:52:31

21   big tournament with, you know, tens of millions of

22   dollars in prize money.  And we played against the

23   best single player in the world 1v1 game and won

24   there, so that was our initial launch.

25       Q.    And then in terms of its advertisement,                  13:52:48

Page 134

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    how was it advertised?                                      13:52:51

2        A.    Tweet, blog, livestream.  So there we were

3    in a stadium of, you know, 20,000 people watching

4    this AI play and that was livestreamed.

5        Q.    Any paid advertisement?                           13:53:10

6        A.    No paid advertisement.

7        Q.    I know these e-sports -- these e-teams

8    have sponsors.  Any sponsors?

9        A.    No sponsors.

10       Q.    Did you try to get a sponsor?                     13:53:17

11       A.    We did not try to get a sponsor.

12       Q.    Okay.  All right.  I'm not going to ask

13   these other questions because it doesn't really seem

14   to apply to this.

15             Is Five -- do you still maintain a version        13:53:32

16   of Five to play?

17       A.    No.

18       Q.    Okay.  And do you know what the life span

19   of Five was?

20       A.    2017 -- you know, very end of 2016 but            13:53:40

21   let's say 2017 to mid-2019.

22       Q.    And was it branded OpenAI?

23       A.    Yes.

24       Q.    Okay.  Next product is Spinning Up.

25             Are you familiar with that?                       13:54:05

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 13:54:07 |
| 2 | Q. | And what is it? | |
| 3 | A. | Spinning Up was a curriculum for new | |
| 4 | machine learning beginners. | | |
| 5 | Q. | Do you recall when it was launched? | 13:54:14 |
| 6 | A. | Maybe 2018, maybe 2019. | |
| 7 | MR. SNYDER: | Off the record. | |

8        Do you know in 2018 that -- what is it,

9   the League of Legends surpassed the Super Bowl

10   e-sport viewers.                              13:54:27

11        MR. WILSON:  2018.

12        MR. SNYDER:  More people watched e-sports --

13        MR. WILSON:  I do not --

14        MR. SNYDER:  -- than the Super Bowl, just so

15   you understand the scale of this thing.       13:54:32

16        MR. WILSON:  I -- I . . .

17        MR. SNYDER:  Don't need paid advertising when

18   you've got 200 million people.

19        MR. WILSON:  I did not know that, but I'm about

20   as old as you can be and still play video games,   13:54:40

21   so . . .

22        MR. SNYDER:  More than a billion people watch

23   e-sports.

24        THE WITNESS:  Yeah, there was -- I remember

25   there was a YouTube video of the initial Dota bot   13:54:47

Page 136

| | | |
|---|---|---|
| 1 | that got like 1.5 million views or something.  So | 13:54:52 |
| 2 | there was a lot of organic pickup. | |
| 3 |     MR. WILSON:  Okay.  And we're passing the hour | |
| 4 | mark, but with your indulgence, Mr. Brockman, and | |
| 5 | with the videographer's and the court reporter's | 13:55:08 |
| 6 | indulgence and Mr. Snyder's approval, I'm going to | |
| 7 | try to push this like an hour and a half so we only | |
| 8 | have to take one more break and then after the break | |
| 9 | hopefully I can wrap up. | |
| 10 |     THE WITNESS:  Great. | 13:55:22 |
| 11 |     MR. WILSON:  An hour and 15 minutes.  So that | |
| 12 | may be after one more break we can wrap up so we | |
| 13 | don't have more breaks. | |
| 14 |     Is that okay with everybody? | |
| 15 |     MR. SNYDER:  Whatever you need. | 13:55:29 |
| 16 | BY MR. WILSON: | |
| 17 |     Q.  Okay.  I'm sorry.  We interrupted our | |
| 18 | train here on Spin [sic] Up.  And I'm sure you gave | |
| 19 | the answer.  I just don't remember. | |
| 20 |     When was it launched again? | 13:55:43 |
| 21 |     A.  I think 2018, might be 2019. | |
| 22 |     Q.  And I think you explained how it was used. | |
| 23 |     Was it advertised? | |
| 24 |     A.  It was advertised. | |
| 25 |     Q.  And what was the means of advertisement? | 13:55:57 |

Page 137

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A.    Tweet, blog, GitHub.  It was its own -- it          13:56:00

 2    had a big web page associated with it.

 3        Q.    Any paid advertisement?

 4        A.    No paid advertising.

 5        Q.    And who were the targets of these ads?              13:56:13

 6        A.    The target was newcomers to the machine

 7    learning world, people who wanted to learn how to do

 8    machine learning themselves.

 9        Q.    Were your prior products -- were your

10    prior development apps targeted for people who were          13:56:32

11    already interested in machine learning who weren't

12    new?

13        A.    Well, they're all -- I'd say the prior

14    ones were definitely more for experts or people who

15    already were in the community as opposed to people          13:56:47

16    who wanted to onboard and didn't already -- you

17    know, were just starting from scratch.

18        Q.    Do you recall why a change was made to

19    target new entries into the AI community?

20        A.    Well, I wouldn't characterize it as a              13:57:01

21    change.  I would characterize it as an expansion.

22        Q.    And do you recall why there was an

23    expansion to new people in the AI community?

24        A.    Not specifically.

25        Q.    Okay.  And is Spinning Up, is it still --          13:57:12
```

Page 138

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    did it go into maintenance mode?                          13:57:21

2         A.    I believe so.

3         Q.    Do you know when?

4         A.    I don't.

5         Q.    Okay.  The next product is GPT-2, okay.         13:57:28

6               Have you heard of it?

7         A.    Yes.

8         Q.    And what is it?

9         A.    GPT-2 was the successor to GPT-1, so it

10   was the same type of model, same type of AI, just         13:57:46

11   bigger, more data, more compute in order to train it

12   as well as an associated research --

13               (Reporter seeks clarification.)

14        A.    It was a bigger version of GPT-1.

15        Q.    And this was still -- even though this is       13:58:06

16   a forerunner to ChatGPT, it's still a

17   developer-facing app?

18        A.    This one was developer facing and

19   additionally actually policy maker focused.

20        Q.    And what do you mean by "policy maker           13:58:23

21   focused"?

22        A.    In the blog post for the GPT-2

23   announcement, we discussed that we could see the

24   trajectory of this technology was going to have both

25   upsides and downsides and thinking about that in         13:58:37

Page 139

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | advance was important. | 13:58:42 |
| 2 | Q.   Do you recall what the upsides were? | |
| 3 | A.   I don't know if we laid them out | |
| 4 | specifically. | |
| 5 | Q.   What about the downsides? | 13:58:47 |
| 6 | A.   I also don't know exactly what we laid out | |
| 7 | specifically. | |
| 8 | Q.   And was this product advertised? | |
| 9 | A.   Yes. | |
| 10 | Q.   And how was it advertised? | 13:58:57 |
| 11 | A.   Blog, tweet, open source code, paper, news | |
| 12 | articles. | |
| 13 | Q.   And any paid advertisement? | |
| 14 | A.   No. | |
| 15 | Q.   Okay.  And who was the target for GPT-2? | 13:59:08 |
| 16 | A.   Target was machine learning community and | |
| 17 | policy makers. | |
| 18 | Q.   Does the acronym GPT, does it have any | |
| 19 | significance? | |
| 20 | A.   Yes. | 13:59:23 |
| 21 | Q.   And what's the significance? | |
| 22 | A.   Well, the place it came from was | |
| 23 | generative pretrain transformer, but we have sort of | |
| 24 | used it now in contexts that are not generative | |
| 25 | pretrained transformers as well.  So it's become | 13:59:39 |

Page 140

```
 1    kind of a -- you know, GPT I think is a word that we        13:59:42

 2    have kind of used in these different contexts to

 3    refer to a class of types of products that we

 4    create.

 5         Q.   Okay.  The next product is MuseNet?               13:59:51

 6         A.   MuseNet.

 7         Q.   Yeah, MuseNet.  And it's spelled M-u-s-e

 8    and then N-e-t.

 9              Have you heard of it?

10         A.   Yes.                                              14:00:08

11         Q.   And what is it?

12         A.   This is a tool used by -- that would let

13    you make music.

14         Q.   So was this consumer facing?

15         A.   It was -- this one is not developer and          14:00:19

16    not consumer, this was really musician facing.

17         Q.   Do you know when it was released?

18         A.   Ooh.  Was this 2019, maybe?  Might be

19    2020, somewhere around there.

20         Q.   And do you know if it was advertised?            14:00:39

21         A.   Yes, advertised.

22         Q.   And how was it advertised?

23         A.   Tweet, blog, it was present on a -- on a

24    web page, there were news articles about it.

25         Q.   And who was the target?                          14:00:51
```

Page 141

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.    Target audience, it was a mix of machine    14:00:53

2    learning community and musicians.

3    Q.    Okay.   Do you recall how musicians were

4    targeted?

5    A.    I don't recall specifically.    14:01:04

6    Q.    And then this product, did it go into

7    maintenance mode?

8    A.    Yes.

9    Q.    And do you know when it did?

10    A.    Not specifically.    14:01:14

11    Q.    Okay.   Next is Safety Gym.   And Safety and

12    then capital G for Gym.

13         Have you heard of this?

14    A.    Yes.

15    Q.    What is it?    14:01:38

16    A.    This was a collection of Gym environments

17    for safety-relevant tasks for AIs.

18    Q.    And what do you mean by the term

19    "safety-relevant task"?

20    A.    So I don't remember the specific set of    14:01:53

21    tasks, but the general idea is that if you wanted to

22    test an AI's ability to misbehave in different ways

23    that you would have a safe setting in which to

24    actually test that AI.

25    Q.    And can you give me examples of what    14:02:09

Page 142

```
 1   misbehaving is?                                         14:02:12

 2        A.   If you would have an AI that would -- I

 3   don't remember the specific ones for Safety Gym, but

 4   to zoom out, the general idea is that if you want to

 5   test an AI, whether it will give you an accurate       14:02:25

 6   answer, that you can put it in an environment where

 7   you know what the correct answer is and you see what

 8   answer comes out.

 9        Q.   Um-hum.   Are -- does safety have other

10   connotations?   Was there any fear at the time of the  14:02:38

11   release of Safety Gym that people would misuse AI to

12   produce something obscene or not otherwise

13   acceptable?

14        A.   There are multiple parts to that question.

15        Q.   Okay.   Let's back up.                        14:02:59

16             At the time of the release of Safety Gym,

17   is a possible misuse of AI some sort of obscenity?

18        MR. SNYDER:   Objection to form.

19             You may answer.

20        THE WITNESS:   Yeah.   I'm not sure exactly when   14:03:19

21   it was released.

22   BY MR. WILSON:

23        Q.   Okay.   Okay.   Let's back up.   I didn't ask

24   my full standard of questions.   Maybe it's because

25   I'm getting tired because I'm not going to last as     14:03:30
```

Page 143

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | long and trying to -- | 14:03:34 |
| 2 | A.   Yeah, I know, I know. | |
| 3 | Q.   -- get to the one break. | |
| 4 | Do you recall when Safety Gym was | |
| 5 | released? | 14:03:40 |
| 6 | A.   Not specifically, but I'm guessing 2019, | |
| 7 | 2020, somewhere around there. | |
| 8 | Q.   And do you recall if Safety Gym went into | |
| 9 | maintenance mode? | |
| 10 | A.   I don't recall specifically. | 14:03:53 |
| 11 | Q.   Do you recall -- not knowing the date, but | |
| 12 | do you recall if it is in safety mode now -- | |
| 13 | A.   No. | |
| 14 | Q.   Maintenance mode.  I'm sorry, maintenance | |
| 15 | mode. | 14:04:04 |
| 16 | A.   I'm not certain. | |
| 17 | Q.   Okay.  Do you know how it was -- if it was | |
| 18 | advertised? | |
| 19 | A.   Yes. | |
| 20 | Q.   And how was it advertised? | 14:04:12 |
| 21 | A.   Tweet, blog, presumably news articles, | |
| 22 | open source code. | |
| 23 | Q.   And what were the channels -- who was the | |
| 24 | advertisement directed to? | |
| 25 | A.   Safety researchers. | 14:04:26 |

Page 144

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.   And what's your definition of a safety    14:04:28

2  researcher?

3      A.   I actually think that there's not much

4  distinction between the machine learning community

5  and safety researchers besides people who think of    14:04:39

6  themselves in that way.  So it's more of a

7  self-identification of the kinds of prongs that

8  people are interested in within the machine learning

9  community.

10      Q.   And in your mind what is a job of a safety    14:04:51

11  researcher?

12      A.   Well, I actually have a belief that safety

13  and capabilities in AI are inextricably intertwined

14  and the projects that people work on tend to be

15  almost just two different views of the same -- of    14:05:10

16  the same object, of the same elephant.

17      Q.   Um-hum.

18      A.   And so I think that the job of a machine

19  learning researcher, whether they call themselves

20  safety researcher or capability researcher, is to    14:05:20

21  advance the state of the art in a way that benefits

22  humanity.

23      Q.   And what would a safety researcher do in

24  particular?

25      A.   So I think people looking through the    14:05:36

Page 145

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    safety lens think about how can these machine -- how    14:05:39

2    can these systems fail?  How can they fail in ways

3    that are not what the operator intended, they're

4    not, you know, sort of the thing that I just

5    described.    14:05:53

6        Q.    And in terms of failure, can you give me

7    examples of unintended outputs from a machine?

8        A.    Well, I think that there's a spectrum.

9    And -- actually, I think that one thing that's also

10   very important is that I think as our understanding    14:06:11

11   of AI has progressed that we've started to realize

12   that safety is really this inextricable part of how

13   you have to deliver value, right?  If you have an AI

14   system that isn't reliable, you ask it a question

15   and it doesn't give you a correct answer, that's    14:06:29

16   both a safety failing and a usefulness failing.

17            And so a lot of the most important

18   advances in safety have come from thinking about how

19   do you make a product that is more useful to people,

20   more trustworthy, does what people expect.    14:06:41

21       Q.    Okay.  Just going to cover a few more and

22   then we'll have a break.

23            Microscope, have you heard of that?

24       A.    Yes.

25       Q.    Oh, and, you know, I forgot to ask -- I    14:06:56

Page 146

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      think I forgot to ask this with the last few.        14:06:59

 2              Spinning Up, was it branded in any way

 3      with OpenAI?

 4         A.   Yes.

 5         Q.   How so?                                       14:07:09

 6         A.   OpenAI Spinning Up.

 7         Q.   And what about MuseNet, branded in any way

 8      with OpenAI?

 9         A.   Yes.

10         Q.   How so?                                       14:07:24

11         A.   OpenAI MuseNet.

12         Q.   And Safety --

13              (Reporter seeks clarification.)

14         A.   Yes.  And then OpenAI MuseNet.

15         Q.   Okay.  And then Safety Gym, branded in any    14:07:30

16      way with OpenAI?

17         A.   Yes.

18         Q.   How so?

19         A.   OpenAI Safety Gym.

20         Q.   Okay.  All right.                             14:07:38

21              Next product is Microscope.  Are you

22      familiar with that?

23         A.   Yes.

24         Q.   And what is it?

25         A.   Microscope is a collection -- sorry, I        14:07:44
```

Page 147

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    forgot the exact details, but this was part of a          14:07:50

2    system for looking inside of neural nets for how

3    they work.

4         Q.    Do you recall when it was released?

5         A.    I want to say the 2020 time frame but plus      14:08:02

6    or minus a year.

7         Q.    Do you know if it's in maintenance mode?

8         A.    Yes.

9         Q.    Do you know when it went into maintenance

10   mode?                                                      14:08:11

11        A.    No.

12        Q.    Do you know if it was advertised?

13        A.    Yes.

14        Q.    How was it advertised?

15        A.    It was advertised tweet, blog.   It has its     14:08:19

16   own interactive website.   I believe there are news

17   articles as well.

18        Q.    Do you know who the advertisement was

19   targeted to?

20        A.    Yes.                                            14:08:30

21        Q.    Who was it?

22        A.    Machine learning community.

23        Q.    And was Microscope branded in any way with

24   OpenAI?

25        A.    Yes.                                            14:08:45

Page 148

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.    How was it branded?                              14:08:46

2      A.    OpenAI Microscope.

3      Q.    Okay.  All right.  Next one -- and I think

4    we'll take a break after this one -- is Jukebox?

5      A.    Okay.                                            14:08:55

6      Q.    Have you heard of that?

7      A.    Yes.

8      Q.    And what is it?

9      A.    Jukebox was a system for generating music.

10     Q.    Was it a consumer-facing product, then?        14:09:11

11     A.    I'm actually trying to remember how we

12   released it.  I don't recall the specific -- I don't

13   recall the specific release.  I would . . . I

14   remember we did a . . . I remember we did a concert

15   with it, so we generated a lot of music.              14:09:43

16           You know what, actually, maybe this one I

17   should fact check.  I actually don't remember the

18   details on this one.

19     Q.    Okay.  Do you recall when it was released?

20     A.    I would guess 2021.                            14:09:57

21     Q.    Okay.  Do you know if it's in maintenance

22   mode or not?

23     A.    Yes.

24     Q.    Do you know when it went into maintenance

25   mode?                                                  14:10:06

Page 149

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   No.                                              14:10:07

2      Q.   I thought I saw a paper associated with

3    Jukebox.

4           Does that ring a bell?

5      A.   It does sound correct.                          14:10:16

6      Q.   Do you know if it was advertised?

7      A.   Yes.

8      Q.   And do you know how it was advertised?

9      A.   Oh, yes.  I believe -- so this was tweet,

10   blog, paper, and I think actually -- I think I'm        14:10:29

11   remembering now.  I was wrong about this one having

12   the concert.  We did that for MuseNet, so that was

13   actually one way we advertised MuseNet was generated

14   a lot of music and played it live for -- I think we

15   had a couple hundred thousand concurrent viewers for    14:10:45

16   that one.

17          For Jukebox I believe we had a website

18   with a bunch of different generations because the

19   thing for Jukebox is that it generates lyrics, so

20   you could actually hear the AI sing.  And we had an     14:10:55

21   interactive explorer where people could see

22   different generations.  And so that was again

23   focused for the machine learning community as well

24   as for musicians.

25     Q.   And so why would you view an app that           14:11:07

                                            Page 150

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    generated music being important to the machine          14:11:14

2    learning community?

3        A.    So the purpose of Jukebox was the AI

4    advance of the model that we had had a breakthrough

5    in what AIs were capable of doing.    And that was     14:11:28

6    something that was very relevant for the machine

7    learning community.

8        Q.    Okay.

9        MR. WILSON:    I thank you very much for your

10   indulgence.    I think we've gone quite a long time.    14:11:42

11   Take a ten-minute break.

12       MR. SNYDER:    Sure.

13       THE VIDEOGRAPHER:    We're going off the record.

14   Time is 2:12.

15            (Recess taken.)                               14:11:54

16       THE VIDEOGRAPHER:    We're back on the record.

17   Time is 2:28.

18   BY MR. WILSON:

19       Q.    All right.    I think where we wrapped up

20   was Jukebox.                                           14:28:45

21            So the next one I think will take a little

22   bit longer.    It's OpenAI API.    Have you heard of

23   that?

24       A.    Yes.

25       Q.    Oh, you know what?    I have -- I'm sorry.    14:28:56

Page 151

1    I misspoke.  I have one question I can't remember if          14:28:58

2    I asked about Jukebox before the break.

3              Was it branded in any way?

4        A.    Yes.

5        Q.    And how was it branded?                              14:29:06

6        A.    OpenAI Jukebox.

7        Q.    Okay.  Now moving on to OpenAI API.  Have

8    you heard of it?

9        A.    Yes.

10       Q.    And what is it?                                      14:29:15

11       A.    It is a developer-focused platform for

12   using our AI in your own application.

13       Q.    Do you know when it was initially

14   released?

15       A.    Yes.                                                 14:29:28

16       Q.    When was that?

17       A.    2020.

18       Q.    And I think my understanding is it's still

19   available?

20       A.    Yes.                                                 14:29:37

21       Q.    And has it been updated?

22       A.    Yes.

23       Q.    How many times?

24       A.    Impossible to count but quite frequently.

25       Q.    And can you explain in layperson's terms            14:29:46

Page 152

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    how OpenAI API works?                                    14:29:49

2        A.    We create an AI model and developers are

3    available to access it from mobile applications,

4    from their own computers, from any sort of service

5    that they want to.                                       14:30:14

6            And so as an example, Snap is one of our

7    customers.   They build a AI that their users can

8    talk to and when you talk to that AI, they send a

9    request to us to ask our AI to respond.

10           We give them the response and they display       14:30:32

11   that to the user.

12       Q.    And I may not be understanding this right,

13   so you'll have to correct me.

14           So does this give Snap the capability to

15   outsource an AI function to your company?                14:30:46

16       A.    That's a good way to characterize it.

17       Q.    Now, I understand this is a paid service?

18       A.    Yes.

19       Q.    How is payment calculated?

20       A.    We --                                          14:31:05

21       MR. SNYDER:   Can I stop one second?

22           Is this outside of the scope of the

23   30(b)(6)?   Because this is going to, I guess -- this

24   is going to revenue.

25       MR. RING:   Can we go off the record?                14:31:23

Page 153

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      MR. SNYDER:  Let's go off the record, yeah.        14:31:24

2      MR. WILSON:  Sure.  Do you guys want to step

3  outside?

4      MR. SNYDER:  No.  It's okay.

5          Why don't you just take a walk for a          14:31:29

6  minute, okay?

7      THE VIDEOGRAPHER:  We're going off the record.

8  Time is 2:31.

9          (Off the record.)

10     THE VIDEOGRAPHER:  We're back on the record.       14:37:15

11  Time is 2:37.

12     MR. SNYDER:  Thank you for the accommodation.

13         So we're going to object to any questions

14  or line of questioning concerning these financial

15  matters about which you were about to inquire, both   14:37:29

16  because they're outside the scope of the 30(b)(6)

17  and outside the scope of the other topics about

18  which the parties agreed would be the parameters of

19  the witness' testimony as a fact witness.

20         You are correct that there will be a          14:37:53

21  financial witness.  What questions you can or cannot

22  ask that witness are not at issue here today at this

23  deposition.  And you -- and we can meet and confer.

24         I understand there's already been

25  discussions about those questions and the parameters  14:38:10

                                          Page 154

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | of that deposition, but let's not waste time today | 14:38:12 |
| 2 | on that.  So I'm not agreeing that questions that | |
| 3 | you wanted to ask this witness you can ask on the | |
| 4 | financial witness, you either or can't.  That will | |
| 5 | be determined in a meet and confer process, I | 14:38:23 |
| 6 | assume.  Okay? | |
| 7 | In other words, I'm not -- I'm not going | |
| 8 | to agree here today that -- | |
| 9 | MR. WILSON:  No, I'm -- | |
| 10 | MR. SNYDER:  -- because this witness isn't | 14:38:31 |
| 11 | answering the questions which you're not allowed to | |
| 12 | ask him at today's deposition.  You have the right | |
| 13 | to ask those questions at a subsequent deposition. | |
| 14 | MR. WILSON:  So with part A of your statement, | |
| 15 | Mr. Snyder, I'm fine not asking the witness about | 14:38:47 |
| 16 | the financial questions.  I do believe I have a | |
| 17 | right to ask those questions of a subsequent | |
| 18 | financial witness that I understand the deposition | |
| 19 | is going to be on the 14th.  But we don't need to | |
| 20 | waste Mr. Brockman -- | 14:39:04 |
| 21 | MR. SNYDER:  Well, again, just to be clear | |
| 22 | because I'm a stickler, whether you're willing or | |
| 23 | not, you do not have the right to ask those | |
| 24 | questions today pursuant to the agreement reached by | |
| 25 | the parties about today's deposition. | 14:39:18 |

Page 155

1        So I appreciate your statement.  But it's          14:39:20

2   not just that you are making a voluntary concession

3   to not ask these questions.  Asking those questions

4   would be outside the agreement of the parties that

5   governs today's proceeding.                             14:39:35

6        MR. WILSON:  Well, since I'm not asking them,

7   the dispute is moot, whatever -- how we characterize

8   it.

9        MR. SNYDER:  Thank you.

10       MR. WILSON:  But just to be clear, I believe my     14:39:46

11  position is, I am entitled to ask them about -- from

12  the financial witness.  But that's a fight for

13  another day.

14       MR. SNYDER:  Or not.

15       MR. WILSON:  I know your position is not --        14:39:56

16       MR. SNYDER:  Or not.  It may not be a fight.

17  Sometimes peace prevails.

18       MR. WILSON:  Sometimes.  If it always

19  prevailed, though, you and I wouldn't have a job.

20  BY MR. WILSON:                                          14:40:08

21       Q.   So going back to OpenAI API, in terms of

22  the popularity of this app, is it used -- do you

23  have any metrics as to how often it's used?

24       A.   Millions of developers now.

25       Q.   And do you have examples of the types of      14:40:30

Page 156

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    functions that it helps companies to automate?                14:40:33

2        A.    Yes.

3        Q.    Can you give me some of your favorite

4    examples of what functions a business can automate

5    using this?                                                    14:40:44

6        A.    Sure.

7              So Snap, I already mentioned, uses it for

8    their interactive AI within their app.   Some

9    companies use it for customer support.   For example,

10   Sierra is a company that builds on top of our models    14:40:56

11   and uses that for automating customer support bots

12   for a bunch of different big companies.

13             Small startups -- for example, a number of

14   Y Combinator startups use it --

15             (Reporter seeks clarification.)               14:41:14

16       A.    -- of Y Combinator startups use it for

17   writing computer code, for categorizing of different

18   types of documents.

19             Box, for example, uses it for recognizing

20   if you upload a PDF to actually be able to extract     14:41:25

21   fields from different types of documents.

22             You can use our technology to search over

23   a big database of different documents as well.   You

24   can use our system for -- there's a number of

25   writing apps built on top of us that help authors      14:41:42

Page 157

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    create better, you know, creative writing samples.        14:41:47
 2           So you can use it to -- as a small piece
 3    of an existing application within a company or you
 4    can use it to build a user-facing application.
 5        Q.   At the time of the launch, was this             14:42:00
 6    product advertised in any way?
 7        A.   Yes.
 8        Q.   How was it advertised?
 9        A.   Tweet, blog, news articles.  There was, I
10    guess -- yeah, there was an actual application that       14:42:13
11    people would use as well.
12        Q.   Was there any paid advertisement?
13        A.   No.
14        Q.   And when it was advertised, was there a
15    target for the advertisement?                             14:42:26
16        A.   Yes.
17        Q.   And who was the target?
18        A.   Developers.
19        Q.   And how is the OpenAI brand used in
20    connection with this product?                             14:42:43
21        A.   OpenAI API.
22        Q.   And what does the API stand for?
23        A.   Application programming interface.
24        Q.   Okay.  Now, forgive me if I'm wrong and
25    this is a consumer-facing product.  I didn't quite        14:43:00
```

Page 158

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    know what it was.                                          14:43:03

2            What about Image GPT?  Have you heard of

3    it?

4        A.   Yes.

5        Q.   What is it?                                       14:43:09

6        A.   It was an application of our GPT

7    technology to -- I forget if this one was -- I

8    believe this one is for recognizing images, so for

9    categorizing -- I forget the details of how this

10   specific system works, but this was an -- this was,   14:43:28

11   yeah, GPT applied to the problem of what is in an

12   image.

13       Q.   Do you know when it was released?

14       A.   It would be in the interrogatories that we

15   submitted.                                               14:43:40

16       Q.   Okay.  Do you know if it's in maintenance

17   or is it still actively maintained?

18       A.   Maintenance mode.

19       Q.   Do you know when it went into maintenance?

20       A.   No.                                              14:43:54

21       Q.   Okay.  Do you know if it was advertised?

22       A.   Yes.

23       Q.   How was it advertised?

24       A.   Tweet, blog, open source code, paper.

25       Q.   Any paid advertisement?                          14:44:06

Page 159

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A. | No. | 14:44:07 |
| 2 | | (Reporter seeks clarification.) | |
| 3 | A. | Open source code on GitHub. | |
| 4 | Q. | Any paid advertisement? | |
| 5 | A. | No. | 14:44:07 |
| 6 | Q. | And what about, who was it advertised to? | |
| 7 | A. | Machine learning community. | |
| 8 | Q. | Okay.  My list is getting to the end here. | |
| 9 | | CLIP, have you heard of CLIP? | |
| 10 | A. | Yes. | 14:44:23 |
| 11 | Q. | And what is CLIP? | |

12       A.    CLIP was a system for categorizing images.
13    And this actually became the foundation for a lot of
14    the image generation systems that were later created
15    by us and later others.                           14:44:39
16       Q.    Do you know when CLIP was released?
17       A.    Also in the interrogatories.
18       Q.    Okay.  And you have no reason to believe
19    that the interrogatory answer is inaccurate?
20       A.    No reason to believe that.              14:44:56
21       Q.    Okay.  Was CLIP advertised?
22       A.    Yes.
23       Q.    If so, how?
24       A.    Tweet, blog, presumably news articles,
25    paper, and I think open source code as well.       14:45:07

Page 160

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.    Okay.  Any paid advertisement?                    14:45:12

2    A.    No.

3    Q.    And who was the target of the advertising?

4    A.    Machine learning community.

5    Q.    Okay.  Now, you indicate -- I think you          14:45:20

6    said that some version of Dall-E was developer

7    facing, so I'm going to ask you what I understand to

8    be the first version of Dall-E.  Dall-E, just with

9    an E.

10          Do you know what it is?                          14:45:42

11    A.    Yes.

12    Q.    Was it a consumer-facing or

13    developer-facing product?

14    A.    So we released Dall-E.  I generally forget

15    whether the initial release of Dall-E was a          14:45:56

16    consumer-facing app or a developer-facing API, but

17    we ended up supporting both, so there's two

18    different ways to access the Dall-E model.

19    Q.    Okay.  And with respect to the

20    developer-facing app, how would a developer access   14:46:11

21    the model?

22    A.    Through the API.

23    Q.    And why were there two different versions?

24    A.    Of the API?

25    Q.    Yeah.                                            14:46:21

Page 161

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.    I would think of it as API is almost a      14:46:23

2    bridge, right?  It's like a connector between an

3    outside developer who wants to build an application

4    and one of our models.

5          So the initial API was built on top of      14:46:33

6    GPT-3.  Over time we expanded the set of models

7    within it and different types of models.  So GPT,

8    that whole series was very focused on language.

9    Dall-E was generating images.  These days you can do

10   image inputs, image outputs.  Like, there's a wide      14:46:50

11   variety of different ways of using the API.

12      Q.    Um-hum.  And was Dall-E advertised in any

13   way?

14      A.    Yes.

15      Q.    If so, how?      14:47:00

16      A.    Tweet, blog, news articles, and there was

17   an actual product that people could use.

18      Q.    And who was the target of the

19   advertisement?

20      A.    I'd say developers, machine learning      14:47:12

21   community.

22      Q.    And any paid advertisement?

23      A.    No.

24      Q.    Does the original Dall-E -- is it in

25   maintenance mode?      14:47:24

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        A.    Original Dall-E, yes.                          14:47:24

2        Q.    And do you know when it went into

3    maintenance mode?

4        A.    No.

5        Q.    Okay.  Do you have any estimate as to how     14:47:30

6    long after its release it went into maintenance

7    mode?

8        A.    Probably at least a year, maybe longer.

9        Q.    Okay.  The next product is Triton,

10   T-r-i-t-o-n.                                             14:47:44

11            Have you heard of that?

12       A.    Triton.

13       Q.    Triton.  I'm sorry.

14       A.    Yes.

15       Q.    What is it?                                    14:47:50

16       A.    Triton is an open source framework

17   providing kernels, so for writing software for

18   machine learning accelerators, so GPUs and similar

19   devices.

20       Q.    Okay.  And do you know when it was             14:48:07

21   released?

22       A.    It would be in the interrogatories.

23       Q.    Okay.  Do you know if it was advertised?

24       A.    Yes.

25       Q.    And how was it advertised?                     14:48:15

Page 163

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.    Tweet, blog, open source code,                    14:48:16

2    documentation.   Possibly paper, but I don't believe

3    there's a paper.

4    Q.    Any paid advertisement?

5    A.    No.                                                14:48:26

6    Q.    And you used the term "kernel."   I think I

7    know what it means, but can you explain it to me?

8    A.    It's a -- it's a technical term in this

9    particular context.   So it's for -- the way that you

10   program AI is you use a special purpose computer       14:48:43

11   which has to be programmed in a very special way,

12   and the special programs that run on these computers

13   are called kernels.

14   Q.    Okay.   Do you know if this product is in

15   maintenance mode?                                       14:49:01

16   A.    It is not in maintenance mode.

17   Q.    Do you know if there have been a lot of

18   updates?

19   A.    Yes.

20   Q.    Do you know if there's been widespread use       14:49:10

21   of this product?

22   A.    Yes.

23   Q.    And who's using it, do you know?

24   A.    I know many companies are.   You know,

25   Facebook, for example, or Meta, I guess, has a         14:49:19

Page 164

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Triton back end for their machine learning software    14:49:23

2    called PyTorch, which is used widely across the

3    industry.

4            So we know that a bunch of other

5    competitors in the industry use Triton and then many    14:49:34

6    independent developers, so there's a broad base of

7    different types of users of Triton.

8        Q.    So Triton is open source.

9            So a competitor can pick up Triton and use

10   it?    14:49:52

11       A.    Yes.

12       Q.    Is there a business reason why you're

13   making this available to potential competitors?

14       MR. SNYDER:    You can answer that one question.

15       THE WITNESS:    Well, this particular piece of    14:50:10

16   software we think can benefit lots of people through

17   it being an industry standard, and that was one of

18   our goals was to make this be something that

19   everyone was building on top of, everyone's

20   benefiting from, everyone's making it better.    14:50:24

21   BY MR. WILSON:

22       Q.    Is it -- okay, I think I understand your

23   question.    All right.    I mean your answer.    I'm

24   sorry.

25            And then I think you -- I think I already    14:50:39

Page 165

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | asked if it was advertised. | 14:50:43 |
| 2 | A.    Yes. | |
| 3 | Q.    Who was the target of the advertisement? | |
| 4 | A.    This would be machine learning community. | |
| 5 | Q.    Okay.  And how many updates has it gone | 14:50:50 |
| 6 | through? | |
| 7 | A.    Kind of countless.  Yeah, there's a lot. | |
| 8 | Q.    Okay.  Would you consider this a core | |
| 9 | product offering to the developer community? | |
| 10 | MR. SNYDER:  Okay, you can answer. | 14:51:06 |
| 11 | I'll object to the form of the question as | |
| 12 | to core; vague, ambiguous. | |
| 13 | You can answer. | |
| 14 | THE WITNESS:  Yeah, I was going to say I think | |
| 15 | it depends how you define "core," but it's very | 14:51:14 |
| 16 | important.  We use it very actively.  I interact a | |
| 17 | lot with the team who develops it. | |
| 18 | BY MR. WILSON: | |
| 19 | Q.    Okay.  The next product is Codex. | |
| 20 | C-o-d-e-x. | 14:51:27 |
| 21 | Have you heard of it? | |
| 22 | A.    Yes. | |
| 23 | Q.    What is it? | |
| 24 | A.    Codex was an AI for writing computer code. | |
| 25 | Q.    Do you know when it was released? | 14:51:37 |

Page 166

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A.    It would be in the interrogatories.          14:51:39

 2        Q.    Do you know if it's in maintenance mode?

 3        A.    Yes.

 4        Q.    Do you know when it went into maintenance

 5   mode?                                                    14:51:46

 6        A.    No.

 7        Q.    Do you have an estimate as to how long it

 8   went into maintenance mode after its release?

 9        A.    No.

10        Q.    Do you know if there were updates of Codex    14:51:56

11   before it went into maintenance mode?

12        A.    I think technically . . . so it depends

13   how you define Codex itself.  So there's the model

14   and then there's the API around it.

15        Q.    Um-hum.                                       14:52:12

16        A.    And we used -- yeah, so I think maybe

17   let's call it like a year or something, but I think

18   it again depends on exactly how you scope what Codex

19   is.

20        Q.    And in terms of the -- and was it             14:52:28

21   advertised?

22        A.    Yes.

23        Q.    And who was -- how was it advertised?

24        A.    So we did an initial launch livestream

25   that had many viewers.  I don't know if it was -- I     14:52:40
```

Page 167

1    think it was definitely over 100K initial viewers.    14:52:42

2    I think that the video got couple million views

3    within five days or something.  Like, it was

4    popular.  I don't -- I can't stand by those specific

5    numbers, but it's something like that.    14:52:54

6           And we tweeted about it, we blogged about

7    it, we got news articles, and it was released

8    through our APIs.

9        Q.   And who was the -- any paid advertisement?

10       A.   No paid.    14:53:08

11       Q.   By the way, are you aware of any paid

12   advertisement that OpenAI has done for its brand?

13       A.   We've done sponsorships of conferences is

14   one thing we've done.

15       Q.   Do you know how many?    14:53:19

16       A.   I don't know the exact number.

17       Q.   Do you know the value -- dollar value of

18   those sponsorships?

19       MR. SNYDER:  Okay, go ahead.

20       THE WITNESS:  Well, I don't know.    14:53:28

21   BY MR. WILSON:

22       Q.   Other than sponsorships, are you familiar

23   with any other type of paid advertisement?

24       MR. SNYDER:  You may answer.

25       THE WITNESS:  Okay.    14:53:39

Page 168

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                I don't know, actually.                    14:53:39

2        BY MR. WILSON:

3             Q.   But then, like, no commercials, no . . .

4             A.   Yeah, I don't -- I don't know.  I -- like,

5        I do -- I believe -- I have a vague memory of        14:53:49

6        sometimes at least testing some or that we have done

7        them in the past.  Like, I would not be surprised if

8        the answer was, yes, we actually have done them.

9        And we definitely have done promotions and those

10       kinds of things.                                     14:54:05

11               But I don't know . . . yeah, I don't know

12       specifically of paid advertising outside of the

13       conference sponsorships.

14            Q.   Do you have any recollections of what

15       conferences the plaintiff has sponsored?             14:54:17

16            A.   I believe it would be something like

17       NeurIPS, ICML, basically the big machine learning

18       conferences are the types of conferences that we

19       tend to do.

20            Q.   The first one you mentioned is NeurIPS?     14:54:34

21            A.   Yes.

22            Q.   How often does that conference occur?

23            A.   I believe it's once a year.

24            Q.   So do you have an exhibit space or . . .

25            A.   I don't know specifically.  Yeah.          14:54:46
```

                                             Page 169

```
 1        Q.   And then what was the name of the other          14:54:48

 2   conference?

 3        A.   ICML.

 4        Q.   And do you know what -- is ICML -- is it

 5   an acronym for something?                                  14:54:55

 6        A.   Yeah, it's International Conference on

 7   Machine Learning.

 8        Q.   And is that yearly?

 9        A.   That's also yearly.

10        Q.   Are these two conferences worldwide?  Are        14:55:02

11   they hosted all over the world?

12        A.    I think it -- I think it depends on the

13   conferences.  Again, yeah, this is -- this is less

14   my area of expertise, so I'm not -- I'm not sure.

15   Yeah, I think -- I think NeurIPS maybe is always          14:55:16

16   Canada.  ICML maybe moves around different

17   locations.  But, again, this is me without great

18   certainty.

19        Q.   Okay.  The next product is WebGPT.

20             Do you know what that is?                        14:55:33

21        A.   Yes.

22        Q.   What is it?

23        A.   WebGPT was an early system for -- that you

24   could chat with, and it was, I believe, able to

25   browse the Internet.                                       14:55:44
```

Page 170

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4    That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were administered an oath; that

8    a record of the proceedings was made by me using

9    machine shorthand which was thereafter transcribed

10   under my direction; that the foregoing transcript is

11   a true record of the testimony given.

12   Further, that if the foregoing pertains to

13   the original transcript of a deposition in a Federal

14   Case, before completion of the proceedings, review

15   of the transcript ( ) was (X) was not requested.

16   I further certify that I am neither

17   financially interested in the action nor a relative

18   or employee of any attorney of any party to this

19   action.

20   IN WITNESS WHEREOF, I have this date

21   subscribed my name.

22   Dated:  January 16, 2025

23

24

25   ANRAE WIMBERLEY, CSR No. 7778

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127