# EXHIBIT 10

Perahia Declaration ISO
Plaintiff's Motion for
Summary Judgment

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4   OPENAI, INC., a Deleware        ) Case No.
    corporation,                    ) 4:23-cv-03918-YGR
5                                   )
                 Plaintiff,         )
6                                   )
            vs.                     )
7                                   )
    OPEN ARTIFICIAL INTELLIGENCE,   )
8   INC., a Deleware corporation;   )
    and GUY RAVINE, an individual,  )
9                                   )
                 Defendants.        )
10                                  )

11

12         CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14            Videotaped Deposition of

15        OPEN ARTIFICIAL INTELLIGENCE, INC.

16    By and through its Designated Representative

17                  GUY RAVINE

18      And in his Individual Capacity

19           Redwood City, California

20         Tuesday, December 10, 2024

21                 9:08 a.m.

22                 --oOo--

23

24   Reported by:  Michael C. Rowell, California CSR #13494
                   NCRA Registered Diplomate Reporter
25                 NCRA Certified Realtime Captioner

```
 1          BE IT REMEMBERED, that set on Tuesday, the

 2   10th day of December, 2024, commencing at the hour of

 3   9:08 a.m. (PST) thereof, at 555 Twin Dolphin Drive, 5th

 4   Floor, Redwood City, California, before me, Michael C.

 5   Rowell, a Certified Shorthand Reporter of the State of

 6   California, there personally appeared

 7               GUY RAVINE,

 8          having been called as a witness by the

 9   Plaintiff, who, having been sworn by me to tell the

10   truth, the whole truth, and nothing but the truth, was

11   thereupon examined and testified as hereinafter set

12   forth:

13                  --oOo--                           09:08:12

14          THE VIDEOGRAPHER:  Here begins Media Number 1   09:08:12

15   in the videotaped deposition of Guy Ravine in the matter  09:08:14

16   of OpenAI, Inc. versus Open Artificial Intelligence  09:08:17

17   Inc., et al., in the United States District Court,  09:08:24

18   Northern District of California, Case Number         09:08:27

19   4:23-cv-03918-YGR.                                   09:08:35

20          Today's date is December 10th, 2024.  The time  09:08:38

21   on the video monitor is 9:08.  The videographer today is  09:08:41

22   Steven Davies, representing Planet Depos.  This       09:08:45

23   videotaped -- video deposition is taking place at 555  09:08:50

24   Twin Dolphin Drive, Redwood Shores, California.       09:08:54

25          Would counsel please voice identify themselves  09:08:59
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    36

| | | |
|---|---|---|
| 1 | challenged my registration.  And then we settled after | 09:57:14 |
| 2 | he sent me an email on -- he sent me a message on | 09:57:18 |
| 3 | LinkedIn, and he said -- he was begging that I -- that | 09:57:23 |
| 4 | it's, like, his livelihood, and I should do the right -- | 09:57:29 |
| 5 | and I said, Okay, I'll do the right thing, and I'll | 09:57:32 |
| 6 | settle with him. | 09:57:34 |
| 7 | So I only asked him to pay for the thousand | 09:57:35 |
| 8 | dollars that I owed to the lawyer, and I gave it to him | 09:57:37 |
| 9 | for free, because I wanted to do the right thing, | 09:57:40 |
| 10 | because that was his livelihood.  I didn't want to -- | 09:57:42 |
| 11 | yeah.  So... | 09:57:45 |
| 12 | Q.  Had he used the Crypto Art mark before you | 09:57:47 |
| 13 | did? | 09:57:55 |
| 14 | MR. WILSON:  Objection, calls for a legal | 09:57:56 |
| 15 | conclusion. | 09:57:57 |
| 16 | You can answer the question, if you can. | 09:57:58 |
| 17 | And -- | 09:58:02 |
| 18 | THE WITNESS:  I'm not a lawyer. | 09:58:03 |
| 19 | MR. WILSON:  Well, I'm not done. | 09:58:04 |
| 20 | THE WITNESS:  Yeah, okay. | 09:58:07 |
| 21 | MR. WILSON:  And you have to exclude from your | 09:58:07 |
| 22 | answer -- your answer, you can answer the question -- | 09:58:09 |
| 23 | THE WITNESS:  Yeah. | 09:58:14 |
| 24 | MR. WILSON:  -- to the extent that you exclude | 09:58:15 |
| 25 | any advice that you got from counsel in that action. | 09:58:17 |

1      THE WITNESS:  That would be very difficult to          09:58:21

2   answer the question, then.                                09:58:23

3   BY MS. CARUSO:                                            09:58:24

4      Q.  Is it your understanding that he claimed to        09:58:25

5   have used the Crypto Art mark before you?                 09:58:28

6      A.  I don't recall what the exact nature of his        09:58:35

7   claim was.  But it was clear he was using it at the same  09:58:39

8   time, and I just felt sorry for the guy.  So I thought    09:58:45

9   I'll give it to him.                                      09:58:48

10     Q.  Other than the instances we've talked about,       09:58:50

11  are there any other adversarial legal proceedings that    09:58:54

12  you've been involved with?                                09:58:59

13     A.  I mean, yeah, this lawsuit and the PTO letters     09:59:07

14  of protest that we filed against your client.  That was   09:59:13

15  the PTO, yeah.  I don't remember any.  Maybe there have   09:59:19

16  been, but I don't recall.                                 09:59:25

17     Q.  Other than what you have submitted in this         09:59:26

18  case and with the PTO in connection with the matters      09:59:31

19  that you've referred to, have you submitted any other     09:59:41

20  statements under oath?                                    09:59:45

21     A.  I don't remember.  I honestly don't remember.      09:59:59

22  Like, my memory doesn't work like that.  It's just -- if  10:00:03

23  you give me an instance, I might remember.  But as of     10:00:11

24  right now, I'm not -- I can't say that I remember         10:00:13

25  something specific, no.                                   10:00:15

1     Q.  With whom have you discussed this case?          10:00:17

2     A.  With my lawyers and my friends and -- who        10:00:33

3  else?  You know, various people that I know.            10:00:44

4     Q.  Who are they?                                    10:00:54

5     A.  That would be a -- a very -- if there isn't a    10:01:00

6  list, it would be difficult for me to -- it's difficult 10:01:05

7  to name these names, because I have to think.  So, can  10:01:09

8  you -- do you have a more specific question, like       10:01:15

9  specific people that I spoke to or like...              10:01:19

10         No, I'm trying, because it's like, do you want  10:01:23

11 me to list like a list of different people?             10:01:26

12    Q.  Yes.                                             10:01:30

13    A.  I talked about the case with, of course, all    10:01:30

14 the lawyers that ever worked for me.  I talked about the 10:01:35

15 case with my mom and my brother.  I talked about the    10:01:41

16 case with -- you know, friends inquired after they saw  10:01:46

17 the Bloomberg article, like -- there's a -- like, do you 10:01:54

18 want me to list all of my friends that -- that talked to 10:02:06

19 me?  It's a -- how do you answer a question that is so   10:02:09

20 exhaustive?                                             10:02:15

21    Q.  Leaving aside people who contacted you only      10:02:16

22 after the Bloomberg article, leaving aside those        10:02:20

23 friends, who else have you discussed the lawsuit with,  10:02:25

24 other than your lawyers, who've been of counsel --      10:02:29

25 counsel of record in this case, and your mother and     10:02:34

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                          44

| | | |
|---|---|---|
| 1 | acting at your direction under the attorney-work | 10:11:05 |
| 2 | product. | 10:11:08 |
| 3 | So, if you exclude that, who else? | 10:11:09 |
| 4 | THE WITNESS:  Litigation funders. | 10:11:13 |
| 5 | MR. WILSON:  No, I think that's attorney -- | 10:11:16 |
| 6 | THE WITNESS:  That's exclusive. | 10:11:16 |
| 7 | MR. WILSON:  Yeah.  That's attorney-work | 10:11:18 |
| 8 | product. | 10:11:19 |
| 9 | THE WITNESS:  Yeah. | 10:11:20 |
| 10 | BY MS. CARUSO: | 10:11:20 |
| 11 | Q.  Who is not protected by privilege? | 10:11:21 |
| 12 | MR. WILSON:  May I have the question back | 10:11:26 |
| 13 | again? | 10:11:27 |
| 14 | MS. CARUSO:  There was the question:  "Have | 10:11:33 |
| 15 | you ever sent questions to anyone about this lawsuit who | 10:11:36 |
| 16 | is not a lawyer? | 10:11:37 |
| 17 | "Answer:  Yes. | 10:11:38 |
| 18 | "Question:  Who?" | 10:11:40 |
| 19 | MR. WILSON:  All right.  You can answer | 10:11:43 |
| 20 | the "who" question? | 10:11:46 |
| 21 | THE WITNESS:  So, the litigation funders | 10:11:50 |
| 22 | that -- I'm not sure if they're lawyers or not lawyers, | 10:11:52 |
| 23 | and I don't know if I sent messages to my friends, | 10:11:56 |
| 24 | friends of mine.  I don't know -- I don't think I sent | 10:12:08 |
| 25 | messages.  I just probably talked on the phone with | 10:12:15 |

| | | |
|---|---|---|
| 1 | them. | 10:12:17 |
| 2 | Yeah, I think that's probably the -- I'm not | 10:12:29 |
| 3 | sure if there were other people, yeah. | 10:12:35 |
| 4 | Q.  When did you first communicate with litigation | 10:12:38 |
| 5 | funders? | 10:12:43 |
| 6 | A.  I don't recall.  Like, it's been a blur -- | 10:12:50 |
| 7 | THE REPORTER:  I'm sorry, you said "it's been | 10:12:50 |
| 8 | a blur"...? | 10:13:00 |
| 9 | THE WITNESS:  It's been a blur.  I'm not sure, | 10:13:00 |
| 10 | like, when was the first time I communicated with | 10:13:02 |
| 11 | litigation funders. | 10:13:04 |
| 12 | BY MS. CARUSO: | 10:13:05 |
| 13 | Q.  Was it in 2023? | 10:13:05 |
| 14 | A.  It was in 2023. | 10:13:06 |
| 15 | Q.  Was it before the lawsuit was filed? | 10:13:07 |
| 16 | A.  Yes, there was a communication before the | 10:13:11 |
| 17 | lawsuit was filed. | 10:13:12 |
| 18 | Q.  With whom was that? | 10:13:13 |
| 19 | A.  I don't quite recall.  I think it was somebody | 10:13:27 |
| 20 | that was -- a litigation funder that was referred to me | 10:13:30 |
| 21 | by -- well, that's my previous lawyer, so, I -- yeah. | 10:13:35 |
| 22 | Q.  So, before the lawsuit was filed, your | 10:13:42 |
| 23 | previous lawyers referred a litigation funder to you? | 10:13:48 |
| 24 | Is that your answer? | 10:13:52 |
| 25 | A.  I was -- I was -- you know, I -- if my memory | 10:13:54 |

| | | |
|---|---|---|
| 1 | is correct, yes, yes. | 10:14:00 |
| 2 | Q. Which previous lawyers were those? | 10:14:03 |
| 3 | A. The ones that worked on my trade -- like the | 10:14:05 |
| 4 | trademark letter of protest. I think the name of the | 10:14:10 |
| 5 | law firm is -- | 10:14:20 |
| 6 | Q. Is it the Van Winkle Firm? | 10:14:24 |
| 7 | A. Yes, that's right. | 10:14:28 |
| 8 | Q. And are -- did the litigation funders you | 10:14:28 |
| 9 | reached out to in 2023 before the lawsuit wind up | 10:14:34 |
| 10 | funding litigation? | 10:14:37 |
| 11 | MR. WILSON: I'm going to -- I'm going to | 10:14:41 |
| 12 | instruct the witness not to answer the question, because | 10:14:48 |
| 13 | I believe that invades attorney work product. | 10:14:52 |
| 14 | THE WITNESS: I cannot answer the question. | 10:14:58 |
| 15 | BY MS. CARUSO: | 10:14:59 |
| 16 | Q. Are you currently working with litigation | 10:15:07 |
| 17 | funders? Yes or no? | 10:15:09 |
| 18 | MR. WILSON: You can answer that question. | 10:15:20 |
| 19 | THE WITNESS: Yes. | 10:15:21 |
| 20 | BY MS. CARUSO: | 10:15:22 |
| 21 | Q. When did you first contact them? | 10:15:23 |
| 22 | THE WITNESS: Is this okay? | 10:15:30 |
| 23 | MR. WILSON: I'm going to -- can I have the | 10:15:32 |
| 24 | question back again? | 10:15:39 |
| 25 | /// | 10:15:41 |

| | | |
|---|---|---|
| 1 | BY MS. CARUSO: | 10:23:45 |
| 2 | Q.  When was that signed? | 10:23:46 |
| 3 | MR. WILSON:  I'm going to object -- | 10:23:47 |
| 4 | THE WITNESS:  This is a -- yeah. | 10:23:48 |
| 5 | MR. WILSON:  -- to -- what would be identified | 10:23:49 |
| 6 | on the privilege long is who's -- who the -- who any | 10:23:55 |
| 7 | document is with and when, but I believe the contents of | 10:24:00 |
| 8 | the documents are covered by the attorney work product, | 10:24:05 |
| 9 | and I'm going to instruct the witness not to answer. | 10:24:08 |
| 10 | MS. CARUSO:  The general subject matter is | 10:24:13 |
| 11 | typically identified on the privilege log as well.  Do | 10:24:15 |
| 12 | you understand by your instruction? | 10:24:23 |
| 13 | MR. WILSON:  Yes. | 10:24:25 |
| 14 | BY MS. CARUSO: | 10:24:26 |
| 15 | Q.  When did you first communicate with Richard | 10:24:27 |
| 16 | Post about funding litigation? | 10:24:30 |
| 17 | A.  I don't remember. | 10:24:34 |
| 18 | Q.  Do you remember if it was before or after the | 10:24:35 |
| 19 | lawsuit? | 10:24:37 |
| 20 | A.  I just don't remember.  Like, probably.  I'm | 10:24:51 |
| 21 | not sure.  I'm not sure. | 10:24:54 |
| 22 | Q.  Do you -- | 10:24:56 |
| 23 | A.  I speculate maybe. | 10:24:57 |
| 24 | Q.  Do you remember if it was before or after the | 10:24:58 |
| 25 | preliminary injunction motion was argued? | 10:25:02 |

| | | |
|---|---|---|
| 1 | A.  Probably before.  Probably before.  I don't | 10:25:12 |
| 2 | remember.  Like... | 10:25:16 |
| 3 | Q.  When did you first speak with Tom Gruber about | 10:25:17 |
| 4 | funding litigation? | 10:25:21 |
| 5 | A.  I think -- I think it was before. | 10:25:27 |
| 6 | Q.  Before what? | 10:25:31 |
| 7 | A.  The lawsuit, yeah.  I don't remember exactly | 10:25:33 |
| 8 | when, yeah. | 10:25:35 |
| 9 | Q.  Do you believe it was in 2023? | 10:25:37 |
| 10 | A.  I think so. | 10:25:46 |
| 11 | Q.  Did you communicate with anyone about | 10:25:47 |
| 12 | litigation funding before 2023? | 10:25:51 |
| 13 | A.  I don't remember. | 10:25:55 |
| 14 | Q.  When did you first communicate with Kevin | 10:25:56 |
| 15 | about litigation funding? | 10:26:02 |
| 16 | A.  I don't remember like when the first time was. | 10:26:06 |
| 17 | Q.  Was it before the lawsuit? | 10:26:09 |
| 18 | A.  I don't recall.  Like, it's -- if it was | 10:26:19 |
| 19 | before or after the lawsuit. | 10:26:24 |
| 20 | Q.  When did you first communicate with John | 10:26:26 |
| 21 | Waldeis about funding litigation? | 10:26:32 |
| 22 | A.  This was after the lawsuit. | 10:26:36 |
| 23 | Q.  Was it before or after the preliminary | 10:26:38 |
| 24 | injunction -- | 10:26:43 |
| 25 | A.  After. | 10:26:43 |

| | | |
|---|---|---|
| 1 | Q. -- motion? | 10:26:45 |
| 2 | A. Yes. | 10:26:46 |
| 3 | Q. After the motion -- | 10:26:47 |
| 4 | A. Yes. | 10:26:51 |
| 5 | Q. -- was argued? | 10:26:52 |
| 6 | A. Correct. | 10:26:54 |
| 7 | Q. Was it before or after the preliminary | 10:26:54 |
| 8 | injunction order issued? | 10:26:58 |
| 9 | A. After. | 10:26:59 |
| 10 | Q. Was it before or after the Ninth Circuit | 10:26:59 |
| 11 | hearing argument on the preliminary injunction? | 10:27:03 |
| 12 | A. Before. | 10:27:07 |
| 13 | MR. WILSON: Ms. Caruso, I think we have been | 10:27:11 |
| 14 | going about an hour and ten minutes. I don't mean to | 10:27:13 |
| 15 | break your rhythm, but whenever you reach a natural -- | 10:27:16 |
| 16 | MS. CARUSO: That's fine. We can take a -- | 10:27:16 |
| 17 | MR. WILSON: -- breaking point. | 10:27:19 |
| 18 | MS. CARUSO: We can take a break, and perhaps | 10:27:22 |
| 19 | the witness can refresh his recollection as to when he | 10:27:25 |
| 20 | first met with each of these litigation funders. | 10:27:29 |
| 21 | THE VIDEOGRAPHER: Are we ready to go off the | 10:27:31 |
| 22 | record? | 10:27:33 |
| 23 | MS. CARUSO: Yes. | 10:27:33 |
| 24 | THE VIDEOGRAPHER: Thank you. We are going | 10:27:34 |
| 25 | off the record. The time is 10:27. | 10:27:35 |

| | | |
|---|---|---|
| 1 | (Whereupon, a recess was taken.) | 10:27:38 |
| 2 | THE VIDEOGRAPHER:  We are back on the record. | 10:42:20 |
| 3 | The time is 10:42. | 10:42:21 |
| 4 | THE WITNESS:  So, I refreshed my recollection | 10:42:30 |
| 5 | during the break of the friends I spoke to. | 10:42:33 |
| 6 | BY MS. CARUSO: | 10:42:35 |
| 7 | Q.  Okay.  And who are they? | 10:42:36 |
| 8 | A.  Tomer Posner, Kirk McMurray.  Let's see, who | 10:42:38 |
| 9 | else?  So -- so, it's -- so, my brother, his name is | 10:43:00 |
| 10 | Sagi, and my mom, Iris.  There's Iris, and also I spoke | 10:43:17 |
| 11 | to my uncle, Amir.  I spoke to -- so, who else?  Let's | 10:43:25 |
| 12 | see. | 10:43:44 |
| 13 | So, Sasha Blumenfeld, Zoey Blumenfeld.  Let's | 10:43:52 |
| 14 | see. | 10:44:15 |
| 15 | Yeah, so, Debra Reynolds.  Who else did I | 10:44:23 |
| 16 | speak to?  Yeah, and so that's kind of like -- and there | 10:44:37 |
| 17 | are more.  If more come to me, I'll let you know. | 10:44:45 |
| 18 | Q.  When did you speak to Debra Reynolds about the | 10:44:50 |
| 19 | lawsuit? | 10:44:53 |
| 20 | A.  I think she contacted me when the lawsuit -- | 10:44:53 |
| 21 | oh, no, I think I told her about it sometime after the | 10:44:56 |
| 22 | lawsuit was filed. | 10:44:59 |
| 23 | Q.  Approximately how long after the lawsuit was | 10:45:00 |
| 24 | filed did you speak with her about it? | 10:45:04 |
| 25 | A.  I spoke to her -- yeah, I don't recall exactly | 10:45:11 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    65

| | | |
|---|---|---|
| 1 | if like "hired by" my company, myself, or hired by a | 11:02:03 |
| 2 | different... | 11:02:11 |
| 3 | During the time that I was there, I worked on | 11:02:11 |
| 4 | a bunch of different companies that I created with a | 11:02:15 |
| 5 | bunch of kids at MIT. | 11:02:17 |
| 6 | Q.  Have you ever been employed by a company that | 11:02:21 |
| 7 | you did not start yourself? | 11:02:23 |
| 8 | A.  I was paid for it, yes, not on a W-2, but on | 11:02:26 |
| 9 | contracting.  But I was the de facto chief technology | 11:02:32 |
| 10 | officer of a company, yes. | 11:02:38 |
| 11 | Q.  What company was that? | 11:02:39 |
| 12 | A.  It was called Adverplex, and I did the -- I | 11:02:40 |
| 13 | had a development team.  And I would -- we were based in | 11:02:47 |
| 14 | Boston, and I did the work as a -- we developed products | 11:02:50 |
| 15 | for the company. | 11:03:00 |
| 16 | Q.  What kind of products did you develop? | 11:03:00 |
| 17 | A.  Internet advertising-related products, | 11:03:03 |
| 18 | basically. | 11:03:07 |
| 19 | Q.  How long did you work for Adverplex? | 11:03:08 |
| 20 | A.  About -- well, about -- about a year or | 11:03:16 |
| 21 | something like that. | 11:03:29 |
| 22 | Q.  Why did you stop working for them? | 11:03:31 |
| 23 | A.  I was always working on my start-up companies, | 11:03:36 |
| 24 | and this was a way to -- it was just a way for me to | 11:03:39 |
| 25 | make extra money on the side.  And when I didn't need to | 11:03:45 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

1   make more extra money, I stopped working for them.       11:03:50

2       Q.  How big was the development team that you had    11:03:52

3   at Adverplex?                                            11:03:59

4       A.  Well, my people -- it's probably like five or    11:04:05

5   six people, something like that.                         11:04:08

6       Q.  Were they W-2 employees?                          11:04:11

7       A.  I don't remember back then what happened.        11:04:14

8   Like...                                                  11:04:16

9       Q.  But you've never been a W-2 employee of any      11:04:16

10  company, other than ones you've founded; is that        11:04:21

11  correct?                                                 11:04:24

12      A.  That's right.                                    11:04:25

13      Q.  When did you first hear of my client, OpenAI,    11:04:26

14  Inc.?                                                    11:04:43

15      A.  On December 11th, 2015.                          11:04:48

16      Q.  How did you hear of them?                        11:04:54

17      A.  One of the researchers that I discussed my       11:04:58

18  Open AI with, his name was Charles Cadieu, and he sent   11:05:04

19  me an email and asked me, Have you seen this?  And he     11:05:13

20  attached the -- your client's blog announcement or some  11:05:21

21  news article.  Yeah, I think it was the client's blog    11:05:27

22  announcement.  And I was like -- yeah, so he attached    11:05:30

23  the blog announcement and said, Have you seen this, or    11:05:36

24  like he just showed me the link, and I looked at it.     11:05:42

25          And so that's when I heard about them first.     11:05:46

1      Q.  What was your reaction to reading the blog          11:05:49

2   announcement?                                              11:05:52

3      A.  I responded to him and said, Whoa, do you know      11:05:58

4   any of these people?  I would like to talk to them.  And  11:06:06

5   internally, I was extremely surprised.  I was shocked,    11:06:16

6   basically.                                                 11:06:21

7      Q.  Was Mr. Cadieu someone who was ever one of          11:06:22

8   your employees?                                            11:06:30

9      A.  No.  He was -- well, it was one of the              11:06:33

10  researchers who I had discussed my Open AI with, and we   11:06:36

11  were collaborating on my Open AI.                          11:06:42

12     Q.  How was he collaborating on your Open AI?           11:06:45

13     A.  We were in discussions on things related to,        11:06:54

14  like, my Open AI Initiative, and he helped bring -- I     11:07:08

15  mean, the idea was that he would recruit additional       11:07:14

16  researchers to the effort, and we kept having technical   11:07:19

17  discussions about artificial intelligence and about my   11:07:24

18  Open AI and our principles or ideals.                      11:07:32

19     Q.  When you say your Open AI, that's the Open          11:07:41

20  [space] AI that you're referring to, right?                11:07:48

21     A.  Right.  I mean, it's -- it was Open AI, and we      11:07:52

22  sometimes put a space.  Sometimes there's a dot, and      11:08:04

23  sometimes there's no space, just OpenAI.                   11:08:08

24     Q.  Sometimes OpenAI with no space?  That's what       11:08:11

25  you're saying?                                             11:08:16

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    75

| | | |
|---|---|---|
| 1 | Q.  So then around -- so, at some point you turned | 11:21:05 |
| 2 | on your computer and started -- | 11:21:09 |
| 3 | A.  Right. | 11:21:11 |
| 4 | Q.  -- doing investigation. | 11:21:11 |
| 5 | So, what time do you think that was? | 11:21:13 |
| 6 | A.  I guess after I took a shower and I ate | 11:21:17 |
| 7 | something, so I imagine like 4:00 p.m., probably, 4:30, | 11:21:20 |
| 8 | and I was looking at everything.  And I was trying to | 11:21:24 |
| 9 | think was this going to -- yeah, I was -- it was very | 11:21:28 |
| 10 | strange what happened, and looking for the emails, | 11:21:33 |
| 11 | trying to think about it. | 11:21:38 |
| 12 | I was trying to investigate, and I think I | 11:21:39 |
| 13 | asked other people if they knew about -- they knew them | 11:21:43 |
| 14 | and they could connect me to them and what is it about. | 11:21:47 |
| 15 | And then -- yeah, so that's -- these are the next things | 11:21:56 |
| 16 | I did, yeah. | 11:22:01 |
| 17 | Q.  Okay.  Who did you ask if they knew them? | 11:22:03 |
| 18 | A.  Yeah, Charles Cadieu, I asked him for sure, | 11:22:13 |
| 19 | and honestly, I don't remember.  Like, I probably | 11:22:19 |
| 20 | reached out to somebody who knows Sam Altman at -- | 11:22:23 |
| 21 | through Y -- I knew people at Y Combinator.  So I just | 11:22:29 |
| 22 | don't recall, like, but by the end of the day, I think I | 11:22:31 |
| 23 | dropped all the efforts because I found their email | 11:22:34 |
| 24 | anyway, so yeah. | 11:22:37 |
| 25 | Q.  Okay.  So after you found their emails, then | 11:22:39 |

1  what did you do?  About what time was this that you          11:22:43

2  found their emails?          11:22:45

3      A.  So, I would say like 5:00 p.m., I -- I kind of          11:22:47

4  like -- I found their email.  It's just -- it's just --          11:22:52

5  you know, it's been a long time, so I don't quite          11:22:56

6  remember specifics.          11:22:59

7          I remember I was just shocked, and I ran home,          11:23:00

8  and then I contacted him.  And beyond that, it's like --          11:23:04

9  it's -- a lot of it is just speculation.  I probably did          11:23:09

10  certain things, yeah.          11:23:14

11      Q.  Do you remember doing anything else on          11:23:15

12  December 11th, other than what you've described after          11:23:18

13  finding out about my client's blog announcement?          11:23:22

14      A.  I remember sending them an email.  So -- and I          11:23:29

15  filed the trademark application, and before sending them          11:23:38

16  an email.  I do not recall exactly what happened when          11:23:44

17  I -- it was like -- this -- I think it was -- it was          11:23:48

18  Friday night.  It was Friday evening, and I freaked out          11:23:53

19  that they stole my idea.  And -- but on the other hand,          11:24:00

20  maybe, I said, we could work together, so I filed the          11:24:06

21  trademark application.          11:24:10

22          And then I sent them an email, basically.          11:24:13

23      Q.  Why did you file the trademark application?          11:24:19

24      A.  Because they were announcing that they were an          11:24:28

25  open AI nonprofit for the benefit of humanity, and it          11:24:32

| | | |
|---|---|---|
| 1 | sounded like, you know, something out of what I was | 11:24:37 |
| 2 | working -- this is exactly what -- I was an open AI.  I | 11:24:42 |
| 3 | was working for the benefit of humanity. | 11:24:47 |
| 4 | THE REPORTER:  "I was working for..."? | 11:24:47 |
| 5 | THE WITNESS:  And so it seems that they just | 11:24:53 |
| 6 | ripped a page out of everything that I was writing at | 11:24:55 |
| 7 | the time, and I was talking to everybody in Silicon | 11:24:58 |
| 8 | Valley at the time.  And they decided that they are the | 11:25:00 |
| 9 | open AI.  It was a nonprofit for the benefit of | 11:25:02 |
| 10 | humanity. | 11:25:05 |
| 11 | So, I thought this is insane.  How is it | 11:25:05 |
| 12 | possible that there's another open AI, a nonprofit for | 11:25:07 |
| 13 | the benefit of humanity, pitching what I was pitching? | 11:25:11 |
| 14 | It was like, it just didn't make any sense to me. | 11:25:14 |
| 15 | MR. WILSON:  Mr. Ravine, you need to slow down | 11:25:17 |
| 16 | for the benefit of the court reporter. | 11:25:19 |
| 17 | THE WITNESS:  Okay.  I'm sorry.  Do you need | 11:25:26 |
| 18 | me to repeat something? | 11:25:27 |
| 19 | THE REPORTER:  That's okay. | 11:25:28 |
| 20 | BY MS. CARUSO: | 11:25:29 |
| 21 | Q.  I'll repeat the question, though. | 11:25:30 |
| 22 | A.  Yeah. | 11:25:30 |
| 23 | Q.  Why did you file the trademark application? | 11:25:31 |
| 24 | A.  Because I thought they were stealing the name, | 11:25:34 |
| 25 | among other things. | 11:25:36 |

1        Q.  So, for what purpose did you want to register        11:25:39

2   a trademark?                                                  11:25:45

3        A.  To protect my brand.                                 11:25:51

4        Q.  Did you intend to sue them, if they continued        11:25:54

5   to use the name OpenAI?                                       11:26:00

6            MR. WILSON:  Vague as to time.                       11:26:11

7            You can answer the question.                         11:26:16

8            THE WITNESS:  When?                                  11:26:18

9   BY MS. CARUSO:                                                11:26:19

10       Q.  In December 2015.                                    11:26:21

11       A.  In December 2015, I reached out to them to           11:26:24

12  collaborate.                                                  11:26:27

13       Q.  You said that you filed your trademark               11:26:28

14  application to protect your brand.                            11:26:34

15           Did I hear you correctly?                            11:26:36

16       A.  Yes.                                                 11:26:37

17       Q.  What did you mean by to protect your brand?          11:26:38

18       A.  Prevent other people from infringing on my          11:26:43

19  brand.                                                        11:26:47

20       Q.  What was your understanding of how having a          11:26:48

21  registered trademark would prevent other people from         11:26:51

22  infringing on your brand?                                     11:26:54

23       A.  I honestly did not think -- I didn't have much       11:27:01

24  understanding of the concept at the time.  So, I don't        11:27:05

25  know if I can testify to that, because like -- if you         11:27:07

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    107

| | | |
|---|---|---|
| 1 | involvement, even if minimal, like, in trying to get | 12:57:02 |
| 2 | this initiative off the ground.  But there's also -- but | 12:57:06 |
| 3 | that said, we -- we had working collaboration tools. | 12:57:11 |
| 4 | So -- and there were two purposes for this; one was the | 12:57:18 |
| 5 | research; the other was collaboration tools. | 12:57:22 |
| 6 | Q.  I'm just focusing on the initiative right now. | 12:57:24 |
| 7 | A.  Yeah. | 12:57:29 |
| 8 | Q.  So, with respect to that initiative, there | 12:57:29 |
| 9 | were -- there wasn't -- you didn't have agreements with | 12:57:31 |
| 10 | anyone to be on an advisory board for the initiative, | 12:57:39 |
| 11 | right? | 12:57:43 |
| 12 | A.  There -- there weren't paper agreements. | 12:57:44 |
| 13 | Q.  Do you believe you had nonpaper agreements | 12:57:51 |
| 14 | with people to be on the advisory board of your Open | 12:57:53 |
| 15 | [space] AI initiative? | 12:58:01 |
| 16 | A.  I do believe there -- I mean, there were -- | 12:58:01 |
| 17 | so -- there were, you know, people who we -- they | 12:58:12 |
| 18 | were -- they were advising us, and there wasn't an | 12:58:19 |
| 19 | official capacity for it as an advisory.  So, yeah. | 12:58:21 |
| 20 | Q.  There was never any funding for this Open | 12:58:25 |
| 21 | [space] AI initiative? | 12:58:30 |
| 22 | A.  I provided some funding for it. | 12:58:31 |
| 23 | Q.   There was no funding, other than by you, for | 12:58:33 |
| 24 | this Open [space] AI initiative; is that correct? | 12:58:37 |
| 25 | A.  Yes. | 12:58:42 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                              108

| | | |
|---|---|---|
| 1 | Q.  What funding did you provide to the Open | 12:58:42 |
| 2 | [space] AI initiative? | 12:58:47 |
| 3 | A.  I funded anything that was necessary.  The | 12:58:50 |
| 4 | building of the collaboration tools for the research | 12:58:54 |
| 5 | initiative, I -- you know, all of the conferences, other | 12:58:57 |
| 6 | things that were related to promoting it. | 12:59:03 |
| 7 | Q.  What promotion of it existed, other than you | 12:59:07 |
| 8 | attending conferences? | 12:59:12 |
| 9 | A.  There was -- there was a brochure.  There were | 12:59:18 |
| 10 | meetings.  And -- and, yeah, attendance of conferences | 12:59:23 |
| 11 | and pitching to people in conferences, talking about it | 12:59:34 |
| 12 | in conferences. | 12:59:37 |
| 13 | Q.  When you said there was a brochure, there was | 12:59:39 |
| 14 | a brochure about the Open AI research initiative? | 12:59:42 |
| 15 | A.  There was a brochure about -- well, I -- you | 12:59:49 |
| 16 | know, so what we have left is the brochure of the AI | 12:59:55 |
| 17 | school that talks about the collaboration tools, and -- | 12:59:59 |
| 18 | and partly about the initiative. | 13:00:02 |
| 19 | If -- if there are other brochures that | 13:00:05 |
| 20 | existed, I don't -- we -- I couldn't find them in | 13:00:08 |
| 21 | discovery. | 13:00:13 |
| 22 | Q.  You don't remember there being other | 13:00:14 |
| 23 | brochures that -- | 13:00:17 |
| 24 | A.  So, there may -- | 13:00:18 |
| 25 | Q.  -- existed? | 13:00:18 |

1     A.  -- have been a printout of something that I          13:00:19

2  showed to people, but I -- you know, I'm not sure,          13:00:21

3  basically.                                                  13:00:25

4     Q.  When you spoke to people at conferences, did         13:00:25

5  you carry around a brochure about the Open [space] AI       13:00:28

6  initiative?                                                 13:00:34

7     A.  I think in most cases, I didn't, but I can't         13:00:35

8  say that we didn't have anything, basically.                13:00:39

9     Q.  Did you have any social media advertising            13:00:41

10 about the Open [space] AI initiative?                       13:00:47

11    A.  No.                                                  13:00:51

12    Q.  Did you do any promotion through Google              13:00:51

13 keyword bidding for the Open [space] AI initiative?         13:00:58

14    A.  No.                                                  13:01:05

15    Q.  Did you promote the Open [space] AI initiative       13:01:06

16 on Twitter?                                                 13:01:10

17    A.  No.                                                  13:01:13

18    Q.  Did you promote the Open [space] AI initiative       13:01:14

19 on YouTube?                                                 13:01:16

20    A.  No.                                                  13:01:24

21    Q.  Did you promote the Open [space] AI initiative       13:01:25

22 on Facebook?                                                13:01:28

23    A.  No.                                                  13:01:32

24    Q.  Did you have any any television ads for the          13:01:33

25 Open [space] AI initiative?                                 13:01:38

```
 1        Q.  Did you engage in any other kind of          13:01:41

 2   advertising or promotion of the Open [space] AI       13:01:44

 3   initiative?                                           13:01:46

 4        A.  Well, I reached out, and I spoke to the --   13:02:15

 5   basically the heads of AI in 2015 in the different big 13:02:18

 6   tech companies, basically spoke to almost all of them, 13:02:26

 7   which would have been the target market for this,     13:02:31

 8   because they were the ones who -- you know, there's -- 13:02:33

 9   if you wanted to make creators research initiative and 13:02:41

10   make change, the biggest thing you can do is convince 13:02:49

11   the heads of AI companies, and there weren't that many 13:02:52

12   back then.  So, I talked to almost all of the heads of 13:02:56

13   the big five tech companies at the time.              13:03:01

14           And so, I think that counts as a significant  13:03:03

15   promotion, because getting to those people and getting 13:03:07

16   time with them was not easy for anyone.               13:03:09

17        Q.  So, who were the big five tech companies at  13:03:12

18   that time, in your mind?                              13:03:16

19        A.  Google, Facebook, Apple, and -- and, I       13:03:19

20   guess -- Google, Facebook, Apple, and Microsoft and   13:03:31

21   Amazon.  So, I spoke to three of them.                13:03:36

22        Q.  Who was the --                               13:03:39

23        A.  Actually, I may have spoken to somebody at   13:03:41

24   Amazon too.                                           13:03:44

25        Q.  Who was the head of artificial intelligence at 13:03:45
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    111

| | | |
|---|---|---|
| 1 | Google in 2015? | 13:03:48 |
| 2 | A.  The other research at Google -- well, I spoke | 13:03:49 |
| 3 | to Larry Page, who is the CEO of Google, and I spoke | 13:03:52 |
| 4 | to -- the other research was Peter Norvig, and so I | 13:03:57 |
| 5 | spoke to him as well.  And I spoke to other researchers | 13:04:02 |
| 6 | inside Google that headed different divisions, like, | 13:04:05 |
| 7 | Alon Halevy and a bunch of other people. | 13:04:16 |
| 8 | THE REPORTER:  Can you spell that? | 13:04:18 |
| 9 | THE WITNESS:  Alon, A-l-o-n, Halevy, | 13:04:21 |
| 10 | H-a-l-e-v-y.  And there were others, but -- I mean, I | 13:04:25 |
| 11 | talked to quite a lot of people back then.  Mostly that | 13:04:27 |
| 12 | were in these companies.  And in other institutions, | 13:04:30 |
| 13 | like MIT, Stanford, et cetera. | 13:04:36 |
| 14 | Q.  Did you speak to Jeff Dean at Google? | 13:04:39 |
| 15 | A.  No, Jeff Dean at the time, I believe, was a -- | 13:04:49 |
| 16 | he had a special title of, like, distinguished engineer | 13:04:55 |
| 17 | or something like that.  I don't recall, but I spoke to | 13:04:59 |
| 18 | Peter Norvig.  But, yeah, I know Jeff Dean.  I met him | 13:05:02 |
| 19 | afterwards. | 13:05:11 |
| 20 | Q.  What do you mean afterwards? | 13:05:11 |
| 21 | A.  I met him at the conferences, different | 13:05:12 |
| 22 | conferences.  NeuRIPS is an AI conference, basically | 13:05:15 |
| 23 | (Reporter requested clarification.) | 13:05:27 |
| 24 | THE WITNESS:  NeuRIPS, N-e-u-R-I-P-S. | 13:05:27 |
| 25 | NeuRIPS. | 13:05:28 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    116

| | | |
|---|---|---|
| 1 | They were... | 13:11:31 |
| 2 | So, so, yeah, so we were building towards | 13:11:31 |
| 3 | something that -- we knew that the field was -- was | 13:11:35 |
| 4 | starting to take off, basically. | 13:11:40 |
| 5 | Q.  This is in 2022?  Or 2023? | 13:11:42 |
| 6 | A.  2022, yeah.  In 2021, like -- I already | 13:11:46 |
| 7 | started researching generative AI well before then, and | 13:11:50 |
| 8 | the -- and the technology in 2021 kind of started | 13:11:56 |
| 9 | getting okay.  In 2022, it was already like great, and | 13:11:59 |
| 10 | so everybody -- like, it was workable finally, so | 13:12:03 |
| 11 | everybody started coming up with all sorts of different | 13:12:10 |
| 12 | products. | 13:12:13 |
| 13 | Q.  I'm talking about when you had business cards | 13:12:13 |
| 14 | printed up. | 13:12:17 |
| 15 | A.  I think it's about 2022. | 13:12:18 |
| 16 | Q.  When in 2022? | 13:12:20 |
| 17 | A.  I don't remember. | 13:12:24 |
| 18 | Q.  Was it before there was an image generator | 13:12:25 |
| 19 | available at open.ai? | 13:12:33 |
| 20 | A.  I don't remember. | 13:12:37 |
| 21 | Q.  You referenced all of the AI models in your | 13:12:42 |
| 22 | answer a few moments ago. | 13:12:47 |
| 23 | What did you mean by "all of the AI models"? | 13:12:50 |
| 24 | A.  So, in 2020- -- 2020, 2021 -- well, before | 13:13:02 |
| 25 | that, like, there was a breakthrough at Google which was | 13:13:15 |

1    called a transformer, and that made it possible to do          13:13:18

2    current generative AI.                                          13:13:24

3           That technology began to mature in the year --          13:13:26

4    around the year 2021, 2022.  And I started doing some          13:13:29

5    research around 2020 on all sorts of different models          13:13:33

6    that used Transformer that were available, and -- yeah.        13:13:43

7           And so -- so, we -- so, yeah, so the -- the             13:13:52

8    industry really -- a lot of people started creating            13:13:59

9    models, AI models, that started working.  And so the           13:14:04

10   entire industry began taking off, finally, after all of        13:14:10

11   these years of what we have been waiting for AI to work.       13:14:17

12   It was working.                                                13:14:21

13       Q.  Did any of your companies create these AI              13:14:22

14   models that you're referring to, in 2020-2021?                 13:14:24

15       A.  I did research on a model that I -- I                  13:14:31

16   basically -- yeah, I could say I kind of created --            13:14:36

17   well, I took an existing model, and I did refinements to       13:14:41

18   it, and I took an open model and did refinements to it.        13:14:46

19       Q.  What models did you take?                              13:14:50

20       A.  Diffusion -- diffusion models for image                13:14:52

21   generation.  That was in 2021.                                 13:14:56

22           Previously to that, I took a text generation           13:14:59

23   model.  This was before that, 2020 or 2019.  I played         13:15:07

24   around with a lot of different things.  I worked -- I          13:15:12

25   kind of like tried to do research and figure out how to        13:15:15

| | | |
|---|---|---|
| 1 | use them. | 13:15:18 |
| 2 | Actually, as early as the first Transformer, | 13:15:18 |
| 3 | which came out in 2017, the -- by 2018, there was a | 13:15:21 |
| 4 | thing called BERT, which somebody replicated from the | 13:15:26 |
| 5 | Google paper, and so then I started kind of like working | 13:15:33 |
| 6 | there. | 13:15:35 |
| 7 | So, I mean, yeah, it was -- it was a gradual | 13:15:36 |
| 8 | kind of like evolution of the industry, so lots -- lots | 13:15:40 |
| 9 | of AI models became suddenly possible over time, | 13:15:44 |
| 10 | practical for -- for different applications. | 13:15:47 |
| 11 | Q.  The question was:  What models did you take? | 13:15:51 |
| 12 | And you identified diffusion models for image generation | 13:15:56 |
| 13 | in 2021 -- | 13:16:00 |
| 14 | A.  Yes. | 13:16:03 |
| 15 | Q.  -- is that correct? | 13:16:03 |
| 16 | A.  That's right. | 13:16:05 |
| 17 | Q.  And that's Stable Diffusion? | 13:16:06 |
| 18 | A.  No.  I was I was like working on another | 13:16:10 |
| 19 | different model that wasn't Stable Diffusion, before | 13:16:13 |
| 20 | Stable Diffusion existed.  It's called -- I think there | 13:16:18 |
| 21 | were different names.  There was Disco Diffusion and I | 13:16:19 |
| 22 | took it and I fine-tuned it and other stuff like that. | 13:16:22 |
| 23 | Q.  What did you do with the model that you | 13:16:25 |
| 24 | fine-tuned? | 13:16:27 |
| 25 | A.  Well, so I think Disco Diffusion was an image | 13:16:33 |

1  generation model in 2021, and it wasn't -- I just wanted          13:16:41

2  to make it work better, like refine the outputs of the          13:16:46

3  model.          13:16:49

4       Q.  Did you release a product of this refined          13:16:53

5  Disco Diffusion?          13:16:57

6       A.  I didn't release a product on it.  It was like          13:17:02

7  an internal tool, and later, when Stable Diffusion came          13:17:07

8  out, it was much better than the Disco Diffusion.  So,          13:17:12

9  we -- we started using it.          13:17:17

10       But there were already some things that I used          13:17:21

11  with Disco Diffusion before.  It wasn't good.  That's          13:17:25

12  the problem.  The image generation at the time wasn't --          13:17:29

13  wasn't working very well, so...          13:17:33

14       Q.  Did you release any AI models that you          13:17:35

15  created?          13:17:43

16       A.  We -- we used AI models that we refined and          13:17:48

17  that we put together in a refined way.  And so it was          13:18:00

18  mostly based on openly available models, like Stable          13:18:04

19  Diffusion, that were refined by us.          13:18:09

20       Q.  Did you release any AI models that you          13:18:17

21  created?          13:18:24

22       A.  As I said, we took an existing model, and we          13:18:28

23  refined the model, and yes, we released it to the          13:18:35

24  public, basically.  The model was an open model that the          13:18:38

25  entire community was like -- each one has their own take          13:18:41

1    on what to do with this model, how to refine it, how to          13:18:47

2    make it work, how to, like --                                    13:18:50

3         Q.  So, what models did you release?                        13:18:52

4         A.  I didn't release a model; I released a                  13:18:55

5    product.                                                         13:18:57

6         Q.  Okay.  What products did you release?                   13:18:57

7         A.  When?                                                   13:19:01

8         Q.  Any -- at any time, products based on AI                13:19:02

9    models?                                                          13:19:09

10        A.  So, the -- the 2017 collaboration tool                  13:19:12

11   "decentralized" had the ability to edit AI models' code          13:19:22

12   and run them in the browser so people could put -- input         13:19:33

13   the model and output the model.  So, the -- this is,             13:19:38

14   like, kind of like the release of a tool that allows to          13:19:46

15   run models on the browser and -- to run AI models in the         13:19:52

16   browser.                                                         13:19:58

17            And then we -- we then released an image                13:19:58

18   generator initially on Boom in the summer of 2020, and           13:20:07

19   then we released another image generator on Open AI              13:20:20

20   at -- the open.ai -- Open.ai in November 2022 -- so,             13:20:33

21   sorry, I believe it was the summer of 2022, around               13:20:39

22   August, and then there was another one.  And then there          13:20:42

23   was -- there were a bunch of other things we -- we                13:20:47

24   released later after that.                                       13:20:50

25        Q.  It's your understanding that on open.ai, there          13:20:51

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    124

| | | |
|---|---|---|
| 1 | A.  It was shared with different people, who then | 13:26:10 |
| 2 | shared it with other people, like, initially with our | 13:26:15 |
| 3 | friends. | 13:26:19 |
| 4 | Q.  How many people was it shared with? | 13:26:19 |
| 5 | A.  You're referring to the mobile application. | 13:26:22 |
| 6 | The mobile application, I don't know how many people, | 13:26:24 |
| 7 | probably like -- I can't speculate on the number of | 13:26:28 |
| 8 | people who ultimately shared it.  But we -- we have | 13:26:30 |
| 9 | records of, like, the usage of the web, for instance. | 13:26:35 |
| 10 | Q.  How many people are you aware of that used the | 13:26:39 |
| 11 | Boom app? | 13:26:44 |
| 12 | A.  That I'm personally aware?  I didn't look at | 13:26:48 |
| 13 | the logs.  I can't say, but I've used the app with at | 13:26:51 |
| 14 | least ten different people, if not more than ten, so I | 13:26:57 |
| 15 | imagine that they use the app with people.  It's like | 13:27:00 |
| 16 | video messaging and all sorts of video AI stuff.  So, I | 13:27:03 |
| 17 | think -- yeah, I mean, so I -- | 13:27:07 |
| 18 | Q.  Did you use it with anyone who wasn't one of | 13:27:10 |
| 19 | your friends or employees or contractors? | 13:27:13 |
| 20 | A.  I used it with my lawyers sometimes.  I mean, | 13:27:23 |
| 21 | how would I use a communication system without friends | 13:27:28 |
| 22 | or not with friends?  So, I don't -- probably not.  But | 13:27:31 |
| 23 | it doesn't mean that they didn't use it with their | 13:27:41 |
| 24 | friends. | 13:27:43 |
| 25 | Q.  Do you know of anyone who used it with someone | 13:27:44 |

| | | |
|---|---|---|
| 1 | who's not your friend or employee? | 13:27:49 |
| 2 | A. Yeah, probably -- like probably -- I mean, I | 13:27:52 |
| 3 | can't point to a specific person, but yeah. | 13:27:55 |
| 4 | Q. So, the question is, do you know -- | 13:27:57 |
| 5 | A. Oh, do I know. I think -- I think so. Like, | 13:28:01 |
| 6 | I -- I don't pry into people's business, so I could | 13:28:07 |
| 7 | estimate it was probably used with other people, yes. | 13:28:13 |
| 8 | Q. But you don't know for certain? | 13:28:15 |
| 9 | A. Look, I don't -- I'm not -- I don't pry into | 13:28:19 |
| 10 | people's lives, and I don't look at their | 13:28:25 |
| 11 | communications, so, I can't tell you for certain, but I | 13:28:28 |
| 12 | imagine they did, yes. | 13:28:31 |
| 13 | Q. All right. We're going to have handed to you | 13:28:33 |
| 14 | what has been marked as Exhibit 166. | 13:28:43 |
| 15 | (Whereupon, Exhibit 166 was marked for | 13:28:54 |
| 16 | identification.) | 13:29:00 |
| 17 | MR. WILSON: Thank you. | 13:29:00 |
| 18 | THE WITNESS: Oh, I did remember something | 13:29:02 |
| 19 | about this. This is the application, right? | 13:29:04 |
| 20 | BY MS. CARUSO: | 13:29:12 |
| 21 | Q. The beginning of it is the application, yes. | 13:29:12 |
| 22 | A. So -- so, I want to -- so, when I said that -- | 13:29:20 |
| 23 | when I took the screenshot, I also took it because the | 13:29:26 |
| 24 | logo didn't look good, I'm not sure actually. I think | 13:29:31 |
| 25 | that I'm just -- I'm sure that -- I'm sure that -- I'm | 13:29:34 |

| | | |
|---|---|---|
| 1 | not sure, but the reason probably was that the -- that | 13:29:39 |
| 2 | we had -- I just wanted to make sure that I point the | 13:29:45 |
| 3 | examiner to where we know we'll have something, and the | 13:29:49 |
| 4 | other thing was on a different domain. | 13:29:53 |
| 5 | It's not clear to me that it was because the | 13:29:55 |
| 6 | logo wasn't great or something like that.  So, I | 13:29:59 |
| 7 | don't -- I was kind of like trying to reconstruct my | 13:30:01 |
| 8 | thinking, but so I wasn't sure about that. | 13:30:04 |
| 9 | The second thing that I want to say is that I | 13:30:06 |
| 10 | was trying to be -- I probably tried to -- to be | 13:30:08 |
| 11 | accurate in my trademark application, because I normally | 13:30:16 |
| 12 | try to do a good job of something.  So... | 13:30:20 |
| 13 | Q.  If you look at the page that's been marked | 13:30:24 |
| 14 | 5541, at the bottom, the bottom right-hand side, do you | 13:30:34 |
| 15 | recognize this page as the first page of your | 13:30:46 |
| 16 | application to register the Open [space] AI mark? | 13:30:50 |
| 17 | MR. WILSON:  Mr. Ravine, please, have you had | 13:30:56 |
| 18 | time to review the document? | 13:30:58 |
| 19 | THE WITNESS:  No. | 13:31:00 |
| 20 | MR. WILSON:  May the witness review the | 13:31:02 |
| 21 | document before answering your question, Ms. Caruso? | 13:31:05 |
| 22 | THE WITNESS:  Are you referring to just the | 13:31:34 |
| 23 | first part of it? | 13:31:38 |
| 24 | BY MS. CARUSO: | 13:31:38 |
| 25 | Q.  Yes.  I'm referring to page 5541.  Do you see | 13:31:39 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    127

| | | |
|---|---|---|
| 1 | that?  It's -- | 13:31:41 |
| 2 | A.  Yeah, yeah, yeah. | 13:31:42 |
| 3 | Q.  Okay. | 13:31:43 |
| 4 | A.  I'm reviewing. | 13:31:43 |
| 5 | Q.  I'm not sure that you are looking at | 13:31:44 |
| 6 | page 5541. | 13:31:48 |
| 7 | A.  Yeah, no, I'm looking at the context first. | 13:31:48 |
| 8 | Q.  Okay.  All right.  And so, do you recognize | 13:31:51 |
| 9 | page 5541 as the first page of the application to | 13:31:53 |
| 10 | register Open [space] AI as a trademark? | 13:31:59 |
| 11 | A.  It looks like it.  I mean, I don't know if | 13:32:06 |
| 12 | that's the exact application, but you're making -- yeah, | 13:32:09 |
| 13 | it looks like it. | 13:32:12 |
| 14 | Q.  Okay.  And you see about almost halfway down | 13:32:14 |
| 15 | the page, there is some bolded text that says "For | 13:32:19 |
| 16 | specific filing basis, information for each item." | 13:32:24 |
| 17 | Do you see that? | 13:32:28 |
| 18 | A.  Yep. | 13:32:35 |
| 19 | Q.  Okay.  And underneath that line, it says, | 13:32:36 |
| 20 | "International class 42:  Providing a website featuring | 13:32:40 |
| 21 | technology that enables internet users to share | 13:32:47 |
| 22 | documents, images, and videos." | 13:32:50 |
| 23 | Do you see that? | 13:32:52 |
| 24 | A.  Yes. | 13:32:55 |
| 25 | Q.  Does that refresh your recollection as to how | 13:32:56 |

| | | |
|---|---|---|
| 1 | you described the goods and services for which you were | 13:33:00 |
| 2 | applying for a trademark registration? | 13:33:06 |
| 3 | A.  Probably. | 13:33:09 |
| 4 | Q.  You -- | 13:33:11 |
| 5 | A.  Yeah, I think -- I mean, yeah, I've seen this | 13:33:12 |
| 6 | before, something like this before. | 13:33:15 |
| 7 | Q.  Right.  And you understand, that is what you | 13:33:17 |
| 8 | told the trademark office you were using the Open | 13:33:21 |
| 9 | [space] AI name to do, right? | 13:33:26 |
| 10 | A.  Yes. | 13:33:28 |
| 11 | Q.  Okay.  And you filed this on December 11, | 13:33:28 |
| 12 | 2015, right? | 13:33:37 |
| 13 | A.  Yes. | 13:33:38 |
| 14 | Q.  And as of December 11, 2015, what website did | 13:33:38 |
| 15 | you offer that featured technology that enables internet | 13:33:42 |
| 16 | users to share documents, images, and videos? | 13:33:48 |
| 17 | A.  The Wiki that I described earlier. | 13:33:55 |
| 18 | Q.  Was there any other web page that you -- | 13:34:00 |
| 19 | A.  Oh, there was a discussion board. | 13:34:05 |
| 20 | Q.  What was the website address of the Wiki that | 13:34:16 |
| 21 | you believe enabled internet users to share documents, | 13:34:21 |
| 22 | images, and videos? | 13:34:26 |
| 23 | A.  I don't remember the exact web address.  It | 13:34:31 |
| 24 | could have -- I mean, it could have been most -- | 13:34:35 |
| 25 | probably on iNeed.com/Wikineering, Open AI, or something | 13:34:38 |

1    like that.  Because the original Wikineering -- I'm just          13:34:50

2    going by the original Wikineering application was there,          13:34:51

3    either --                                                         13:34:55

4              THE REPORTER:  I'm sorry, I lost you after

5    "because I'm just going by the original Wikineering

6    application was there, either"?

7              THE WITNESS:  Can you read it back to me?

8              THE REPORTER:  "I don't remember the exact web

9    address.  It could have -- I mean, it could have been

10   most -- probably on" -- and I'm pretty sure I butchered

11   the web address.  You might just --                               13:35:23

12             MS. CARUSO:  iNeed.com.                                 13:35:23

13             THE WITNESS:  Yeah, so, it was -- the original          13:35:26

14   Wikineering technology was iNeed.com/Wikineering, so it           13:35:29

15   is quite likely that it was there, and I don't recall             13:35:34

16   the -- if by that time I moved it to Wikineering at               13:35:38

17   some -- or .org at some point.                                    13:35:43

18             MR. WILSON:  And, Mr. Ravine, I would remind            13:35:47

19   you to speak slowly for the benefit of the court                  13:35:48

20   reporter.                                                         13:35:51

21             THE WITNESS:  Okay.                                     13:35:51

22             MR. WILSON:  Thank you.                                 13:35:52

23   BY MS. CARUSO:                                                    13:35:53

24      Q.  What was the web address for the discussion                13:35:53

25   board that you referenced as a website featuring                  13:35:55

| | | |
|---|---|---|
| 1 | working on something.  It exists, and we're working on | 14:41:06 |
| 2 | it.  We continue to develop it.  Any -- any initiative | 14:41:10 |
| 3 | continues to develop over time. | 14:41:13 |
| 4 | It's like Altman is now working on his | 14:41:17 |
| 5 | company, and I'm working on my company.  It doesn't mean | 14:41:20 |
| 6 | that the company doesn't exist. | 14:41:22 |
| 7 | Q.  The specimen you submitted to the PTO with | 14:41:24 |
| 8 | your application that day said "Announcement will be | 14:41:31 |
| 9 | made soon," right? | 14:41:37 |
| 10 | A.  Can I look at it? | 14:41:44 |
| 11 | Q.  Sure. | 14:41:46 |
| 12 | A.  Is this the application? | 14:41:49 |
| 13 | Q.  You can look at page 5544. | 14:41:51 |
| 14 | A.  Is there a difference between these two? | 14:42:06 |
| 15 | Okay.  What is the question? | 14:42:19 |
| 16 | Q.  The question is, the specimen you submitted to | 14:42:22 |
| 17 | the PTO with your application on December 15, '20- -- | 14:42:26 |
| 18 | excuse me, December 11, 2015, said "Announcement will be | 14:42:34 |
| 19 | made soon," right? | 14:42:39 |
| 20 | A.  Yes. | 14:42:40 |
| 21 | Q.  And what -- when did that -- the content of | 14:42:40 |
| 22 | that page, when was it first put on open.ai? | 14:42:45 |
| 23 | A.  I think it was around early April 2015. | 14:42:54 |
| 24 | Q.  And between April 2015 and December 2015, no | 14:42:59 |
| 25 | announcement had been made, correct? | 14:43:10 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    159

```
1        A.  I did talk about it at various places.  I          14:43:13
2   pitched it in a variety of conferences to a lot of          14:43:16
3   people.                                                     14:43:20
4        Q.  When you said in -- on the page of open.ai,        14:43:20
5   "Announcement will be made soon," what kind of             14:43:28
6   announcement were you referring to?                        14:43:30
7        A.  I was referring to a wider announcement.  The      14:43:30
8   initiative was already in existence.  And the wider        14:43:33
9   announcement I was referring to is, we're going to close   14:43:36
10  a bunch of money from -- from Google or some other         14:43:41
11  company.  Once that happens, we're going to make the       14:43:44
12  announcement.  But it doesn't mean that it didn't exist.   14:43:47
13       Q.  Had you -- why did you think you were going to     14:43:50
14  be able to announce soon that you had closed a bunch of    14:43:55
15  money from Google?                                         14:43:59
16       A.  Because they expressed interest in it, and        14:44:02
17  they told me to go write a business plan for -- that we    14:44:07
18  were talking about a dual initiative of the AI School      14:44:15
19  and OpenAI, and I was writing a business plan for it,      14:44:19
20  and I was supposed to put together a bunch of             14:44:23
21  researchers, which I started doing, and come back to       14:44:26
22  them, and they would fund us, ultimately.                  14:44:30
23           And when I said the announcement will be made     14:44:32
24  soon, it's because I was doing everything behind the       14:44:35
25  scenes to get funding for it.                              14:44:39
```

1    Q.  Who had signed on to be part of the AI School?      14:44:42

2    A.  Who had signed on?                                  14:44:50

3    Q.  Yeah.                                               14:44:52

4    A.  Peter Norvig and Richard Socher wanted to do       14:44:53

5  the AI school.                                            14:44:59

6        THE REPORTER:  I'm sorry.  "Peter Norvig..."?       14:44:59

7        THE WITNESS:  Richard Socher wanted to do the       14:44:59

8  AI School.                                                14:45:03

9  BY MS. CARUSO:                                            14:45:03

10   Q.  They said they were going to teach at the AI        14:45:05

11 school?                                                   14:45:07

12   A.  Yeah, they said they wanted, yeah, to be            14:45:08

13 part -- so, Peter Norvig said that Google will back it,   14:45:10

14 if I can involve Richard Socher.  And then I started --   14:45:15

15 then we started -- then I started working on the          14:45:20

16 business plan with Richard Socher, basically.  And --     14:45:23

17 yeah.                                                     14:45:28

18   Q.  And so you have emails with Richard Socher          14:45:28

19 going back and forth with your business plan?             14:45:32

20   A.  Yes.                                                14:45:33

21   Q.  Okay.  And so you didn't -- you ultimately          14:45:34

22 never did make the announcement that was referenced in    14:45:41

23 this specimen, right?                                     14:45:45

24   A.  No.  We couldn't -- we didn't get funding,          14:45:47

25 ultimately, for the Open AI initiative, but I did         14:45:50

| | | |
|---|---|---|
| 1 | announce other things, but okay. | 14:45:56 |
| 2 | Q.  You didn't announce -- did you announce | 14:45:57 |
| 3 | anything on open.ai? | 14:46:00 |
| 4 | A.  On open.ai? | 14:46:03 |
| 5 | Q.  Uh-huh. | 14:46:05 |
| 6 | A.  Wait.  I want to -- can you tell me the | 14:46:06 |
| 7 | context of the previous question. | 14:46:15 |
| 8 | THE REPORTER:  I can read above if -- | 14:46:24 |
| 9 | MS. CARUSO:  I can read it. | 14:46:27 |
| 10 | BY MS. CARUSO: | 14:46:28 |
| 11 | Q.  You didn't announce anything on open.ai. | 14:46:28 |
| 12 | On the website, open.ai, you did not make an | 14:46:33 |
| 13 | announcement? | 14:46:38 |
| 14 | A.  No.  I wanted to hear the previous question | 14:46:39 |
| 15 | and answer, because I wanted to understand the context | 14:46:42 |
| 16 | of it. | 14:46:44 |
| 17 | MR. WILSON:  Mr. Reporter, could you read back | 14:46:44 |
| 18 | for my client the previous question and answer? | 14:46:47 |
| 19 | THE REPORTER:  Yes, sir. | 14:46:47 |
| 20 | "Question:  And so you have emails with | 14:45:29 |
| 21 | Richard Socher going back and forth with your business | 14:45:30 |
| 22 | plan? | 14:45:33 |
| 23 | "Answer:  Yes. | 14:45:33 |
| 24 | "Question:  Okay.  And so you didn't -- you | 14:45:36 |
| 25 | ultimately never did make the announcement that was | 14:45:40 |

1    referenced in this specimen, right?                    14:45:42

2         "Answer:  No.  We couldn't -- we didn't get        14:45:48

3    funding, ultimately, for the AI -- Open AI initiative,  14:45:50

4    but I did announce other things, but okay.             14:45:55

5         "Question:  You didn't announce -- did you         14:45:58

6    announce anything on open.ai?                          14:46:00

7         "Answer:  On open.ai?                              14:46:03

8         "Question:  Uh-huh.                                14:46:05

9         "Answer:  Wait.  I want to..."                     14:46:06

10        THE WITNESS:  We -- I didn't announce anything     14:47:44

11   on the page Open AI, but we introduced working tools for 14:47:47

12   all of the collaboration over time on our website.     14:47:53

13   BY MS. CARUSO:                                          14:47:56

14        Q.  And you said that you made other              14:48:00

15   announcements.                                          14:48:05

16        Did I hear that correctly?                         14:48:05

17        A.  Yes.  So, in various conferences, I talked     14:48:07

18   about our collaboration tools and our initiative with   14:48:12

19   lots of people.                                         14:48:18

20        Q.  And in your view, is talking to people making  14:48:19

21   an announcement?                                        14:48:22

22        A.  Well, there were conferences that I would say, 14:48:24

23   Hey, like, go up on a stage and say, Hey, we are working 14:48:27

24   on Open AI.                                             14:48:36

25        THE REPORTER:  I'm sorry.  "Go up?"                14:48:36

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    165

```
1    paragraph on your email of December 11, 2015, you said,     14:51:47

2    "It's in development," right?                               14:51:53

3            Is that correct?                                    14:52:05

4        A.  What I was referring to, yes, it says in            14:52:09

5    development, and what I was referring to is the             14:52:12

6    development of, as I said, the deep -- the collective       14:52:17

7    engineering platform as another step on the                14:52:22

8    collaboration tools we have.                                14:52:26

9    BY MS. CARUSO:                                              14:52:29

10       Q.  And with the collaboration tools you had, were      14:52:31

11   those part of a nonprofit effort?                           14:52:33

12       A.  It was -- it was me, so there wasn't like a         14:52:38

13   corporate nonprofit.  Ultimately, I incorporated the        14:52:44

14   company, basically, and the --                              14:52:47

15       Q.  And is the company that was incorporated            14:52:48

16   registered as a nonprofit?                                  14:52:50

17       A.  Ultimately, the incorporated company was a          14:52:53

18   C Corp in 2017.                                             14:52:57

19       Q.  Was that company registered as a nonprofit?         14:53:01

20       A.  No.  The -- the idea was that we wouldn't make      14:53:05

21   money on this.  That's what I meant, like not for           14:53:10

22   profit.  I should have said, not for profit.                14:53:13

23       Q.  So, it wasn't accurate to say that it was a         14:53:15

24   nonprofit; is that right?                                   14:53:18

25       A.  It wasn't accurate to say it's a nonprofit.         14:53:20
```

| | | |
|---|---|---|
| 1 | Q.  All right. | 14:53:25 |
| 2 | A.  It wasn't incorporated as a nonprofit at that | 14:53:25 |
| 3 | moment. | 14:53:30 |
| 4 | THE COURT:  Did you say it was or it wasn't? | 14:53:34 |
| 5 | THE WITNESS:  It wasn't incorporated as a | 14:53:34 |
| 6 | nonprofit.  The idea wasn't to make money at the time, | 14:53:37 |
| 7 | so it was the better approach would have been to say | 14:53:41 |
| 8 | "not for profit." | 14:53:45 |
| 9 | BY MS. CARUSO: | 14:53:46 |
| 10 | Q.  And in this email that you sent to -- to | 14:53:47 |
| 11 | OpenAI, Inc. employees, you didn't mention that you | 14:53:52 |
| 12 | believed that you had trademark rights in Open [space] | 14:53:58 |
| 13 | AI, did you? | 14:54:04 |
| 14 | MR. WILSON:  Could you read that question | 14:54:12 |
| 15 | back?  I'm sorry. | 14:54:15 |
| 16 | THE REPORTER:  Sure thing. | 14:54:20 |
| 17 | MS. CARUSO:  I can say it again. | 14:54:21 |
| 18 | MR. WILSON:  Okay. | 14:54:22 |
| 19 | BY MS. CARUSO: | 14:54:22 |
| 20 | Q.  In this email that you sent to Sam Altman and | 14:54:22 |
| 21 | Ilya Sutskever at OpenAI, Inc., you didn't mention that | 14:54:26 |
| 22 | you believed you had trademark rights in Open [space] | 14:54:34 |
| 23 | AI, did you? | 14:54:35 |
| 24 | MR. WILSON:  Objection, calls for a legal | 14:54:35 |
| 25 | conclusion. | 14:54:37 |

| | | |
|---|---|---|
| 1 | You may answer. | 14:54:37 |
| 2 | THE WITNESS:  I didn't specifically speak of | 14:54:43 |
| 3 | any trademarks in this document. | 14:54:46 |
| 4 | BY MS. CARUSO: | 14:54:50 |
| 5 | Q.  You didn't tell them that you had applied to | 14:54:52 |
| 6 | register a trademark for Open [space] AI, did you? | 14:54:53 |
| 7 | A.  This email doesn't refer to that. | 14:54:59 |
| 8 | Q.  And at any point in time, did you tell anyone | 14:55:02 |
| 9 | at OpenAI, Inc. that you had applied to register a | 14:55:06 |
| 10 | trademark for Open [space] AI? | 14:55:16 |
| 11 | A.  Did I tell anyone? | 14:55:22 |
| 12 | Q.  At OpenAI, Inc.? | 14:55:24 |
| 13 | A.  At OpenAI?  I believe that -- | 14:55:27 |
| 14 | MR. GUSICK:  What?  I'm sorry.  Could you | 14:55:31 |
| 15 | be -- I'm not sure if it's inappropriate for me to | 14:55:36 |
| 16 | object, but I felt it was unclear as to time. | 14:55:41 |
| 17 | BY MS. CARUSO: | 14:55:46 |
| 18 | Q.  At any point in time, did you tell anyone at | 14:55:46 |
| 19 | OpenAI, Inc. that you had applied to register a | 14:55:48 |
| 20 | trademark for Open [space] AI? | 14:55:51 |
| 21 | A.  I believe that open -- your client's OpenAI | 14:55:59 |
| 22 | received a notification from the US Patent and Trademark | 14:56:06 |
| 23 | Office in -- around January 2017 that we had applied for | 14:56:12 |
| 24 | a trademark. | 14:56:21 |
| 25 | Q.  Mr. Ravine, please listen to my question -- | 14:56:24 |

1      A.  Yeah.                                            14:56:27

2      Q.  -- and answer my question.                      14:56:27

3      A.  Yeah.                                            14:56:31

4      Q.  At any point in time, did you tell anyone at     14:56:31

5  OpenAI, Inc. that you had applied to register a          14:56:35

6  trademark for Open [space] AI?                           14:56:38

7      A.  As I said, I believe at that time, they were     14:56:44

8  told through the USPTO action in January 2017.  I do not 14:56:50

9  have a specific recollection of me telling them that I   14:56:57

10 may have told them in the meeting with Greg Brockman.  I 14:57:01

11 don't recall what was fully discussed in the meeting.  I 14:57:10

12 recall some parts of the meeting.                        14:57:12

13      MS. CARUSO:  I'm going to move to strike all        14:57:14

14 nonresponsive portions of that answer.                   14:57:16

15 BY MS. CARUSO:                                           14:57:18

16     Q.  All right.  You --                               14:57:22

17     A.  But -- okay.                                     14:57:25

18     Q.  You didn't also in this email say that           14:57:27

19 Plaintiff, OpenAI, Inc., was infringing your trademark   14:57:36

20 rights, did you?                                         14:57:39

21     A.  No.  In this email, I'm investigating a          14:57:49

22 collaboration with them basically.  It's not appropriate 14:57:52

23 to tell them they're infringing on my mark when I'm      14:57:56

24 saying, Hey, let's collaborate.                          14:58:00

25     Q.  Why did you want to keep it hidden from them     14:58:01

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    184

| | | |
|---|---|---|
| 1 | A.  I -- well, their agents, for instance, are | 15:30:04 |
| 2 | different at different times, the agents that index the | 15:30:10 |
| 3 | pages. | 15:30:15 |
| 4 | Q.  And how does that lead to flaws? | 15:30:16 |
| 5 | A.  It means that their presentation of the | 15:30:19 |
| 6 | Wayback Machine is inconsistent over time. | 15:30:21 |
| 7 | Q.  What is the basis for your knowledge? | 15:30:23 |
| 8 | A.  I just learned about it. | 15:30:28 |
| 9 | Q.  When? | 15:30:30 |
| 10 | A.  When I was trying to figure out what happened | 15:30:33 |
| 11 | with the redirect. | 15:30:36 |
| 12 | Q.  How did you learn about it? | 15:30:38 |
| 13 | A.  I made some -- I -- look, this is all already | 15:30:41 |
| 14 | speculation here, because I don't know if what I'm | 15:30:47 |
| 15 | saying is true or not true.  So, I -- I used certain | 15:30:50 |
| 16 | things and that -- that maybe to believe that the | 15:30:56 |
| 17 | Wayback Machine is not an accurate representation | 15:31:02 |
| 18 | because of the way their indexing agents work. | 15:31:05 |
| 19 | Q.  How do their indexing agents work, to your | 15:31:10 |
| 20 | understanding, that potentially leads to inaccuracies? | 15:31:13 |
| 21 | A.  I don't know if I can go that deep.  I just | 15:31:18 |
| 22 | know that, as I said, that I don't believe that it is | 15:31:21 |
| 23 | consistent over time. | 15:31:23 |
| 24 | Q.  What do you mean it's not consistent over | 15:31:25 |
| 25 | time? | 15:31:28 |

| | | |
|---|---|---|
| 1 | MR. WILSON:  You know, I'm going to object to | 15:31:29 |
| 2 | this line of testimony as calling for expert testimony. | 15:31:30 |
| 3 | In fact, I think when the Wayback Machine results were | 15:31:34 |
| 4 | introduced, it was through an expert declaration of the | 15:31:36 |
| 5 | Plaintiffs. | 15:31:39 |
| 6 | But you can answer the question if you can. | 15:31:41 |
| 7 | And -- | 15:31:46 |
| 8 | THE WITNESS:  Yeah.  And -- | 15:31:47 |
| 9 | MR. WILSON:  You're also asking the witness to | 15:31:48 |
| 10 | speculate, and given the witness's answer, it lacks | 15:31:51 |
| 11 | foundation. | 15:31:55 |
| 12 | MS. CARUSO:  I am not asking the witness to | 15:32:02 |
| 13 | speculate.  The witness appears to be speculating. | 15:32:04 |
| 14 | That's a different question.  And the speaking | 15:32:07 |
| 15 | objections have really reached an intolerable point | 15:32:13 |
| 16 | right now.  We are going to be here a very long time if | 15:32:16 |
| 17 | this continues. | 15:32:18 |
| 18 | So, let me ask this question.  I'm so | 15:32:20 |
| 19 | delighted that you find that amusing.  I'm really glad. | 15:32:25 |
| 20 | (Simultaneous colloquy.) | 15:32:29 |
| 21 | MS. CARUSO:  Here we go. | 15:32:30 |
| 22 | BY MS. CARUSO: | 15:32:34 |
| 23 | Q.  You are aware that at some point in time, | 15:32:35 |
| 24 | traffic, unsecure traffic was redirecting from open.ai | 15:32:38 |
| 25 | to OpenAI.com, right? | 15:32:49 |

| | | |
|---|---|---|
| 1 | A.   Yeah.  So I am aware that it is probable that | 15:32:59 |
| 2 | some traffic, unsecure traffic, directed to OpenAI, yes, | 15:33:01 |
| 3 | OpenAI.com, yes, from open.ai. | 15:33:10 |
| 4 | Q.   Earlier, you testified that you fixed the | 15:33:12 |
| 5 | redirect problem. | 15:33:13 |
| 6 | A.   Yes. | 15:33:14 |
| 7 | Q.   Did I -- so you fixed a problem that may or | 15:33:14 |
| 8 | may not have existed? | 15:33:17 |
| 9 | A.   No, I mean -- the problem did exist, yes, and | 15:33:18 |
| 10 | we fixed it. | 15:33:23 |
| 11 | Q.   Okay.  And -- but you can't say for how long a | 15:33:24 |
| 12 | problem existed? | 15:33:26 |
| 13 | A.   So, I don't know that I can answer this | 15:33:29 |
| 14 | question without getting into -- and, actually, I -- | 15:33:34 |
| 15 | even if I did get into litigation work product, I still | 15:33:40 |
| 16 | probably wouldn't be able to answer this question. | 15:33:45 |
| 17 | Q.   In 2022, did you try to find out why unsecure | 15:33:49 |
| 18 | traffic redirected to OpenAI.com after receiving the | 15:33:56 |
| 19 | email from Sam Altman? | 15:34:01 |
| 20 | A.   Yes. | 15:34:02 |
| 21 | Q.   Did you find out the answer? | 15:34:02 |
| 22 | A.   So, we didn't quite figure out what was going | 15:34:10 |
| 23 | on when we saw it.  So, I don't think we fully got an | 15:34:14 |
| 24 | answer, and -- and we just moved on, basically, because | 15:34:19 |
| 25 | it was unsecure traffic. | 15:34:25 |

1      Q.  And you can't say one way or another when that         15:34:26

2   redirection began?                                            15:34:30

3      A.  I don't have knowledge of when.                        15:34:32

4      Q.  And after the redirection stopped, what was            15:34:34

5   displayed on open.ai, the web page?                           15:34:37

6      A.  I don't recall.  Like, it probably -- I'm not          15:34:43

7   sure.  Probably not.  We -- I don't recall what we did,       15:34:47

8   where we stopped the redirection.                             15:34:53

9      Q.  What did secured users see if they went to             15:34:55

10  open.ai?                                                      15:35:05

11     A.  When?                                                  15:35:07

12     Q.  In February of 2022.                                   15:35:09

13     A.  When in February?                                      15:35:13

14     Q.  Let's say January 2022.                                15:35:15

15     A.  Okay.  So, it depends on the browser you had.          15:35:18

16     Q.  How so?                                                15:35:23

17     A.  So, again, I don't know.  This is the realm of         15:35:26

18  speculation, but, basically, browsers prefer secure          15:35:29

19  traffic.                                                      15:35:33

20     Q.  So, what did users see on the open.ai web page         15:35:39

21  if they had secured traffic --                                15:35:53

22     A.  I think it -- it's possible that we have one           15:35:56

23  of our projects on our open.ai site or one of our            15:36:02

24  projects on our servers, we found out there was a            15:36:07

25  problem, and -- so it could be that it was directing to      15:36:10

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                          191

| | | |
|---|---|---|
| 1 | him? | 15:40:35 |
| 2 | A.  With him, with Brockman at Tesla in Palo Alto. | 15:40:35 |
| 3 | Q.  How long did you expect that meeting to last? | 15:40:39 |
| 4 | A.  How long did I expect it to last? | 15:40:43 |
| 5 | Q.  Yes. | 15:40:46 |
| 6 | A.  I don't know what my expectation was, yeah. | 15:40:48 |
| 7 | Q.  How did you get down there for the meeting? | 15:40:54 |
| 8 | A.  I drove. | 15:40:56 |
| 9 | Q.  Okay.  How long did the meeting last? | 15:40:57 |
| 10 | A.  I don't remember the exact time it lasted. | 15:41:03 |
| 11 | Q.  Do you remember anything about the time it | 15:41:06 |
| 12 | lasted? | 15:41:10 |
| 13 | A.  I mean, I -- I wasn't looking at my watch, so | 15:41:20 |
| 14 | I -- it's hard to say exactly like how long it lasted. | 15:41:23 |
| 15 | Q.  Did it last for four hours? | 15:41:29 |
| 16 | A.  It did not last for four hours. | 15:41:31 |
| 17 | Q.  Did it last for at least an hour? | 15:41:33 |
| 18 | A.  It was probably on the order of an hour, more | 15:41:35 |
| 19 | or less.  It's not clear exactly how much time. | 15:41:39 |
| 20 | Q.  Did you pay for parking in connection with | 15:41:41 |
| 21 | that meeting? | 15:41:49 |
| 22 | A.  I don't remember.  I presume I didn't, because | 15:41:50 |
| 23 | it was the Tesla employee lot, and they don't charge | 15:41:52 |
| 24 | their employees to park. | 15:41:59 |
| 25 | Q.  What did you discuss with Mr. Brockman? | 15:41:59 |

1    A.  Well, we both exchanged information about what    15:42:06

2  we were working on, and what we plan to accomplish.  And  15:42:13

3  we were considering whether we could collaborate in some  15:42:20

4  way.  That was the general gist of the -- of the          15:42:25

5  meeting.                                                  15:42:32

6    Q.  Did you leave the meeting thinking that you        15:42:32

7  wanted to collaborate with OpenAI, Inc.?                  15:42:40

8    A.  Yes.                                                15:42:46

9    Q.  Did you leave the meeting thinking that it was     15:42:49

10  likely you were going to collaborate with OpenAI, Inc.?  15:42:53

11    A.  I was optimistic that maybe Altman would be        15:42:58

12  interested in -- in -- in the idea, but not so           15:43:15

13  optimistic that Brockman would be interested in the      15:43:23

14  idea.                                                    15:43:28

15    Q.  And why is that?                                   15:43:28

16    A.  It seemed like he wasn't -- he wasn't              15:43:32

17  cooperative.                                             15:43:50

18    Q.  How so?                                            15:43:51

19    A.  How so?  I mean, he told me that -- what they      15:43:56

20  were doing, and I told them what I have been doing.      15:44:14

21  And -- and he told me to go and do the -- that they      15:44:19

22  would be focusing on internal research, and I can go and 15:44:27

23  deal with the collaboration -- online collaboration      15:44:34

24  tools.                                                   15:44:36

25       So, I think that he is like, it means that         15:44:37

| | | |
|---|---|---|
| 1 | we're going to go separate ways.  I'm going to do the | 15:44:39 |
| 2 | Open AI collaboration tools, and they're going to be the | 15:44:43 |
| 3 | OpenAI Research Institute. | 15:44:46 |
| 4 | So, that was kind of like an indication that, | 15:44:48 |
| 5 | among the other things in the meeting, that was an | 15:44:53 |
| 6 | indication that -- that he wasn't keen on collaborating. | 15:44:55 |
| 7 | So -- | 15:45:03 |
| 8 | Q.  What other things in the meeting gave you that | 15:45:04 |
| 9 | indication? | 15:45:06 |
| 10 | A.  I mean, he was generally not pleasant.  So, | 15:45:11 |
| 11 | it -- yeah. | 15:45:26 |
| 12 | Q.  What do you mean he was not pleasant? | 15:45:27 |
| 13 | A.  He -- he was technically working for something | 15:45:31 |
| 14 | that was supposed to be to the benefit of humanity, | 15:45:37 |
| 15 | and -- and I was working on something also that was | 15:45:46 |
| 16 | supposed to be for the benefit of humanity.  But it felt | 15:45:49 |
| 17 | like he saw it as sort of a start-up company that has | 15:45:53 |
| 18 | equity in it, and I was not pleased with the way he | 15:45:58 |
| 19 | characterized it, even though it had the pure principles | 15:46:05 |
| 20 | that I believed in. | 15:46:09 |
| 21 | So, yeah. | 15:46:12 |
| 22 | Q.  Is it your testimony Mr. Brockman talked about | 15:46:14 |
| 23 | equity in the -- | 15:46:21 |
| 24 | A.  No, he didn't talk about equity.  But it felt | 15:46:22 |
| 25 | like there was -- like, this was the behavior of a | 15:46:27 |

1    person who would -- who cared about just doing a          15:46:32

2    start-up company that doesn't -- and all of the other     15:46:36

3    things that they were saying, it's just kind of like --   15:46:40

4    like bullshit that they're saying.  So it just didn't     15:46:45

5    feel real.  It felt like he wasn't really in it for the   15:46:49

6    benefit of humanity.  He was in it for the benefit of     15:46:51

7    Greg Brockman.  That's kind of like what it felt like.    15:46:55

8         Q.  So, when you say he was not pleasant, was        15:46:58

9    there something about his tone you found unpleasant?      15:47:01

10        A.  It's just a general vibe.                         15:47:12

11        Q.  You can't be any more specific than that?        15:47:17

12        A.  Well, you know -- you know, he told me that --    15:47:23

13   he asked me to -- if I could sell open.ai to him, and I   15:47:29

14   thought it was insane that he asked me for that, because  15:47:34

15   it -- it just -- so, it's -- yeah.  That doesn't -- and,   15:47:40

16   you know, I -- I think the way I saw it is that I was      15:47:53

17   working for the benefit of humanity.                      15:47:57

18        He's supposedly working for the benefit of           15:48:00

19   humanity.  He has a nonprofit.  I tell him, let's work    15:48:04

20   together.  It's a nonprofit.  It's not a company, and he  15:48:07

21   starts thinking politically if it makes sense to work     15:48:10

22   together to try to weigh his political positioning in     15:48:15

23   his OpenAI.                                               15:48:21

24        And I'm thinking, this is nuts, and then he          15:48:22

25   tells me, Sell me the mark -- the -- Sell me the domain,  15:48:25

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                     196

| | | |
|---|---|---|
| 1 | told me. | 15:50:12 |
| 2 | So, I said to Sam Altman afterwards, Hey, | 15:50:12 |
| 3 | look, Sam, Greg told me that we can do those things. | 15:50:16 |
| 4 | And -- and Sam is like, Okay, let's meet out maybe in | 15:50:22 |
| 5 | two months, and I'm like, Okay, we'll follow up.  And we | 15:50:27 |
| 6 | actually never did about the collaboration between the | 15:50:32 |
| 7 | two organizations, but, you know, I made it clear that | 15:50:35 |
| 8 | it was continuing to develop the Open AI collaboration | 15:50:39 |
| 9 | tools. | 15:50:45 |
| 10 | Q.  Did -- so, it's your testimony that you told | 15:50:46 |
| 11 | him you were not going to sell him the domain name; is | 15:50:50 |
| 12 | that right? | 15:50:54 |
| 13 | A.  Yeah.  I wasn't interested in selling him. | 15:50:54 |
| 14 | Q.  And you told him that you were not going to | 15:50:58 |
| 15 | change the name of Open [space] AI; is that right? | 15:51:00 |
| 16 | A.  Well, he told me that if -- you know, I might | 15:51:08 |
| 17 | as well just sell him the domain, because the name, Open | 15:51:10 |
| 18 | AI, everybody will know about them and not about us, | 15:51:14 |
| 19 | because they just said that they had a billion dollars | 15:51:18 |
| 20 | or something.  So then -- then I might as well sell him | 15:51:20 |
| 21 | the domain, and then I said, No.  And then he said, | 15:51:23 |
| 22 | well -- then there was -- kind of like, he said, Okay, | 15:51:29 |
| 23 | you go do your collaboration tools, and then I'm going | 15:51:31 |
| 24 | to do my internal research. | 15:51:35 |
| 25 | And then I emailed Sam Altman, and I said, | 15:51:36 |

| | | |
|---|---|---|
| 1 | Hey, Sam, we're talking about this; maybe we can | 15:51:39 |
| 2 | collaborate, because we're doing these collaboration | 15:51:42 |
| 3 | tools; you're doing internal research; there will be a | 15:51:45 |
| 4 | division of labor. | 15:51:49 |
| 5 | Q.  So, you never told Mr. Brockman, "You | 15:51:49 |
| 6 | shouldn't be doing artificial intelligence research | 15:51:53 |
| 7 | using the name Open AI"? | 15:51:57 |
| 8 | A.  I didn't say that to Brockman, but I also | 15:52:02 |
| 9 | didn't give him permission to do that.  In fact, I | 15:52:06 |
| 10 | was -- was trying to still find a way for us to | 15:52:10 |
| 11 | collaborate. | 15:52:11 |
| 12 | Q.  You never told Mr. Altman that he shouldn't be | 15:52:12 |
| 13 | doing artificial intelligence research using the name | 15:52:16 |
| 14 | Open AI? | 15:52:20 |
| 15 | A.  I didn't tell it to Altman because we wanted | 15:52:27 |
| 16 | to see if there could be a potential collaboration at | 15:52:31 |
| 17 | the time. | 15:52:35 |
| 18 | Q.  And you left the meeting with Greg Brockman | 15:52:35 |
| 19 | not believing that he was genuinely interested in | 15:52:42 |
| 20 | benefiting humanity; is that -- did I understand you | 15:52:46 |
| 21 | correctly? | 15:52:49 |
| 22 | A.  Yeah. | 15:52:50 |
| 23 | Q.  Okay.  And you left the meeting with him | 15:52:51 |
| 24 | believing that OpenAI, Inc. intended to continue using | 15:52:54 |
| 25 | the name OpenAI, right? | 15:52:59 |

1     A.  I don't know if I even thought about that,          15:53:11

2  basically, back then.                                       15:53:15

3     Q.  Did you think Greg Brockman just said they're        15:53:16

4  going to continue using OpenAI and doing research, but      15:53:19

5  that's probably not true?                                   15:53:25

6     A.  What?  Say it again.  Sorry.                         15:53:33

7     Q.  So, you said you didn't believe some of what         15:53:35

8  he said.                                                    15:53:38

9         Did you believe when he said that OpenAI, Inc.       15:53:38

10  was going to proceed with doing artificial intelligence    15:53:46

11  research, did you believe him?                             15:53:50

12     A.  Well, this whole thing sounded kind of --           15:53:59

13  didn't make any sense to me, basically.  So, I don't       15:54:01

14  know if I believed them.  I was like, this is -- it just   15:54:04

15  sounds like a PR stunt, basically.  It was weird.          15:54:09

16         So, it's like -- they said they had a billion       15:54:12

17  dollars, but he says he doesn't have any money.  I'm       15:54:16

18  like -- it was weird.  It's very, very weird.              15:54:19

19         Like I offered to work with him, to volunteer       15:54:22

20  for free.  He's like, Oh, no, we can't do that.  It's      15:54:25

21  weird.  So, I don't know -- like, I don't know what I      15:54:30

22  thought about, and I thought, this is a weird situation    15:54:31

23  here.  You have this guy who's saying it's for humanity    15:54:34

24  et cetera, and the vibe doesn't feel like that, so...      15:54:39

25     Q.  Because he didn't want to work with you?            15:54:46

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    204

| | | |
|---|---|---|
| 1 | But that email is not there, so it might | 16:01:35 |
| 2 | exist, or it might not.  So it's possible that I didn't. | 16:01:38 |
| 3 | But I had the impression that there was another | 16:01:42 |
| 4 | communication a couple of months afterwards, and maybe | 16:01:44 |
| 5 | my recollection is incorrect, and I don't remember in | 16:01:47 |
| 6 | what way. | 16:01:50 |
| 7 | And it could be also -- I don't know.  It must | 16:01:51 |
| 8 | have been for email, but I don't see the emails, so | 16:01:55 |
| 9 | maybe there wasn't. | 16:01:59 |
| 10 | BY MS. CARUSO: | 16:02:00 |
| 11 | Q.  Your next communication with someone at OpenAI | 16:02:01 |
| 12 | after that email exchange with Mr. Altman was with Greg | 16:02:05 |
| 13 | Brockman; is that right? | 16:02:14 |
| 14 | A.  Well, when I sent the email to Sam Altman | 16:02:16 |
| 15 | about collaboration after the meeting with Brockman, I | 16:02:18 |
| 16 | cc'd Greg, or I sent it to both of them, and I'm not | 16:02:24 |
| 17 | sure if he responded to it afterwards.  So, that was the | 16:02:29 |
| 18 | next communication with Greg Brockman. | 16:02:33 |
| 19 | Q.  When was your next communication with Greg | 16:02:37 |
| 20 | Brockman after that? | 16:02:43 |
| 21 | A.  I don't remember.  I think it was something in | 16:02:45 |
| 22 | 2016. | 16:02:59 |
| 23 | Q.  Does the name Dave Gershgorn, is that familiar | 16:03:00 |
| 24 | to you? | 16:03:08 |
| 25 | A.  I'm not sure. | 16:03:13 |

| | | |
|---|---|---|
| 1 | Q.  Do you remember an assistant tech editor at | 16:03:13 |
| 2 | Popular Science reaching out to you who wanted to write | 16:03:19 |
| 3 | about Open AI? | 16:03:24 |
| 4 | A.  There were several, like, journalists, I | 16:03:25 |
| 5 | think, who reached out to me.  I don't remember that | 16:03:27 |
| 6 | particular person, maybe. | 16:03:32 |
| 7 | Q.  Do you remember any of the journalists who | 16:03:35 |
| 8 | reached out to you? | 16:03:38 |
| 9 | A.  I don't know.  It was 2016.  I don't remember | 16:03:41 |
| 10 | the names in 2016. | 16:03:44 |
| 11 | Q.  Do you recall if any of the journalists who | 16:03:45 |
| 12 | reached out to you thought that they were reaching out | 16:03:48 |
| 13 | to OpenAI, Inc.? | 16:03:51 |
| 14 | A.  Well, they were talking to me about my | 16:03:56 |
| 15 | initiative, and then they were talking to me about -- | 16:04:01 |
| 16 | and then they also said, oh, they heard about their | 16:04:04 |
| 17 | initiative.  So, they were talking to them -- to me also | 16:04:07 |
| 18 | about their initiative, and so I said, oh, yeah.  So, I | 16:04:10 |
| 19 | sent it to Brockman. | 16:04:13 |
| 20 | I think there was confusion sometimes, and | 16:04:15 |
| 21 | that's why I said -- I did say I go talk to Brockman or | 16:04:20 |
| 22 | something like that, because that's who I knew at | 16:04:25 |
| 23 | OpenAI, whenever there was confusion. | 16:04:27 |
| 24 | Q.  Did it concern you that there was confusion by | 16:04:30 |
| 25 | journalists? | 16:04:33 |

1    A.  I mean, yeah.  I mean, the thing that really          16:04:39

2    concerned me is that I went -- yes, but then I also        16:04:45

3    wanted to -- yeah, there was some concern.                 16:04:49

4    Q.  Why?                                                   16:04:54

5    A.  Why there was concern?  Because they are --            16:04:58

6    they were operating on the same name, and people are       16:05:05

7    confusing us.                                              16:05:09

8    Q.  And so this was in 2016, 2017?                         16:05:10

9    A.  2016.                                                  16:05:15

10   Q.  Did you consider doing anything about that            16:05:16

11   confusion, in 2016?                                        16:05:27

12   A.  Well, I -- I still, like, was thinking about           16:05:31

13   potentially collaborating with them, and so I didn't       16:05:35

14   take that off the table, and I didn't want to do           16:05:40

15   anything, basically, on it.  So, I thought, okay, let's    16:05:42

16   see what happens, and the -- and they were a nonprofit     16:05:48

17   operating supposedly by the mission statement for the      16:05:54

18   benefit of humanity.                                       16:05:58

19       Releasing open source code, that was their            16:06:01

20   mission.  They weren't really doing that, but that was     16:06:05

21   their mission, and I thought, okay, well, I guess          16:06:07

22   they're doing something good.                              16:06:11

23       So, I didn't -- it -- I was disturbed later           16:06:13

24   when they started doing something bad.  So...              16:06:19

25   Q.  When -- when you say OpenAI wasn't releasing           16:06:23

1    open source code, what are you talking about?          16:06:30

2         A.  I don't know.  Greg Brockman said that there    16:06:35

3    will be an OpenAI initiative that will be releasing open  16:06:38

4    source code when we met in person, and he said it to a    16:06:43

5    lot of people on Twitter, et cetera, so --               16:06:46

6         Q.  Are you --                                      16:06:48

7         A.  But they were -- they were releasing some open   16:06:50

8    source code in the beginning, which is good, yeah.        16:06:54

9         Q.  What kind of open source code were they          16:06:56

10   releasing in the beginning?                               16:06:59

11        A.  They released kind of like a -- I don't          16:07:00

12   remember what they did in the beginning, really.  I just  16:07:05

13   remember like the vibe shift was like -- yeah.            16:07:07

14        Q.  Did you keep up with what they were doing?       16:07:12

15   Did you notice any of their open source code releases?    16:07:15

16        A.  As far as I knew, they were a research           16:07:19

17   institute and they were writing lots of blogs, and I was  16:07:23

18   like, okay -- lots and lots of blogs.  Once in a while,   16:07:26

19   they would -- they would have a blog or something, and I  16:07:30

20   would like, okay, cool.                                   16:07:33

21            And I don't know if I even like looked at        16:07:36

22   their stuff, because it was like -- the research was      16:07:39

23   boring in the beginning, so...                            16:07:42

24        Q.  So, maybe you looked at their blogs, but maybe   16:07:44

25   you didn't because they were boring?                      16:07:49

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                214

| | | |
|---|---|---|
| 1 | A.  Yes. | 16:22:38 |
| 2 | Q.  Okay.  And it said, "Examples of specimens for | 16:22:39 |
| 3 | service include advertising and marketing materials, | 16:22:44 |
| 4 | brochures, photographs of business signage and | 16:22:49 |
| 5 | billboards, and web pages that show the mark used in the | 16:22:53 |
| 6 | actual sale, rendering or advertising of the services." | 16:22:57 |
| 7 | Do you see that? | 16:23:03 |
| 8 | A.  Yes. | 16:23:10 |
| 9 | Q.  And the specimen -- and had you read that when | 16:23:11 |
| 10 | you received this letter? | 16:23:19 |
| 11 | A.  I imagine I read -- I read it before I | 16:23:26 |
| 12 | responded.  I try to normally read what I respond to. | 16:23:29 |
| 13 | Q.  And did you try to identify a specimen that | 16:23:34 |
| 14 | would comply with one of those examples? | 16:23:38 |
| 15 | A.  Well, ultimately, yeah, so when -- you know, | 16:23:45 |
| 16 | when I got this letter, I -- I looked at the -- like, I | 16:23:55 |
| 17 | wasn't really -- I was -- at some point, I got around to | 16:24:03 |
| 18 | it, I decided to -- to respond to it, so I decided to -- | 16:24:12 |
| 19 | to then read it again and submit a specimen.  So, I did, | 16:24:20 |
| 20 | yes. | 16:24:28 |
| 21 | Q.  How did you select what specimen to submit? | 16:24:29 |
| 22 | A.  It said that it needs to be -- well, you know, | 16:24:34 |
| 23 | I -- I'm speculating.  I don't remember how, but I would | 16:24:41 |
| 24 | imagine that I read this, and then I said, okay, what | 16:24:45 |
| 25 | does it say? | 16:24:49 |

1          Well, I need a specimen that shows the --          16:24:50

2     the -- the applied for mark in commerce for each          16:24:57

3     international class of services --          16:25:06

4          THE REPORTER:  "The applied for mark in

5     commerce"...?

6          THE WITNESS:  In commerce for each

7     international class of services.

8          THE REPORTER:  "International"...?

9          THE WITNESS:  Class of services in use.          16:25:13

10          So, yeah, so upon reading this, I thought,          16:25:15

11     okay, I need to show that, you know, it's in use,          16:25:20

12     basically.  And -- yeah.          16:25:29

13     BY MS. CARUSO:          16:25:32

14          Q.  In March of 2016, what options did you have          16:25:32

15     showing Open [space] AI in use?          16:25:39

16          A.  In March 2016, so, we had the -- I didn't          16:25:49

17     respond to it in March 2016.  I don't think I read this          16:26:01

18     even in March 2016.          16:26:04

19          So, but what we had in use is -- so, this          16:26:06

20     is -- I'm not sure.  The original Wiki stopped working,          16:26:14

21     I think, around February because of a server problem,          16:26:20

22     and we were actually actively working on another thing          16:26:24

23     January, February, and so I -- and so I'm not sure what          16:26:29

24     was in use as of that date, but I know before that date,          16:26:37

25     the Wiki was in use, and around February, we -- sometime          16:26:41

1    before that, probably, we had a server issue.            16:26:48

2            So, it was -- but I don't think I got to do       16:26:55

3    this until -- until like later in 2016.  I don't think I  16:26:59

4    even saw this in March.                                   16:27:10

5        Q.  Do you think you received this sometime after     16:27:12

6    it was issued by the USPTO, some months later?            16:27:18

7        A.  I think I didn't look at it until months,         16:27:24

8    months later.  And it's not clear, like, to me, when I    16:27:33

9    got around to it, it's -- this was a very -- this was a   16:27:39

10   crazy period in my life at that time.                     16:27:43

11       Q.  How so?                                           16:27:47

12       A.  My girlfriend got really, really sick, and I      16:27:51

13   had to take care of her.  And then I had -- I was         16:27:54

14   working on Open AI and the video company, and some        16:27:59

15   shit -- oh, sorry, I shouldn't say that -- some           16:28:08

16   emergencies happened at the video company, and in the     16:28:12

17   meantime, like, she got really sick.  And we had two      16:28:15

18   small kids, and I had to take care of them.               16:28:19

19           And it was like -- it wasn't -- yeah.  So, a      16:28:21

20   lot of things were going on, and I wasn't really paying   16:28:25

21   attention to this until later.                            16:28:28

22       Q.  So, you had a lot going on, it's fair to say,     16:28:30

23   in March of 2016.                                         16:28:33

24       A.  Yeah.                                             16:28:36

25       Q.  And the Wiki was down, and the something new      16:28:37

1    wasn't up.                                                16:28:46

2        A.  So I wasn't sure when the Wiki was down, and,    16:28:47

3    actually, this is part of -- whatever I know about it,    16:28:51

4    it may be subject to a litigation work product,          16:28:54

5    basically.                                               16:28:58

6        Q.  So, you don't know anything about the actual     16:28:58

7    use that you were making of Open [space] AI in March of  16:29:01

8    2016, other than attorney work product?                  16:29:08

9            MR. WILSON:  Objection, misstates testimony.     16:29:11

10           THE WITNESS:  That's not what I'm saying.  I      16:29:13

11   didn't say that.  Sorry.                                 16:29:15

12   BY MS. CARUSO:                                           16:29:15

13       Q.  So, when you said "whatever I know about it,"    16:29:17

14   what are you referring to?                               16:29:21

15       A.  Sorry.  What I -- whatever I know about the      16:29:23

16   Wiki, whether it was operating or not, I don't recall at 16:29:33

17   the time whether I knew it was operating or not.  I know 16:29:39

18   it was operating in 2015, I know it was operating in     16:29:43

19   early 2016, and at some point, it stopped operating.     16:29:48

20           What had happened in March or -- it's like I     16:29:52

21   don't exact -- so, I can't talk to that beyond.          16:30:01

22       Q.  So other than the -- other than the Wiki, what   16:30:08

23   other -- what uses were being made in March 2016 of Open 16:30:19

24   [space] AI?                                              16:30:27

25       A.  So, I can't attest to a specific time frame,     16:30:34

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Guy Ravine, Corporate Designee & Individually
Conducted on December 10, 2024                    227

| | | |
|---|---|---|
| 1 | attachment to this letter? | 16:45:01 |
| 2 | A.  I don't remember, but I tried to do a good | 16:45:02 |
| 3 | job, so probably. | 16:45:05 |
| 4 | Q.  Okay.  And en.wikipedia.org, that's not legal | 16:45:06 |
| 5 | jargon, right? | 16:45:10 |
| 6 | A.  I understand, yes. | 16:45:11 |
| 7 | Q.  Okay.  So if you turn to page 553, you can see | 16:45:13 |
| 8 | the printout of the en.wikipedia.org page that the | 16:45:18 |
| 9 | examiner cited. | 16:45:27 |
| 10 | Do you see that? | 16:45:28 |
| 11 | MR. WILSON:  What's the page number, Counsel? | 16:45:35 |
| 12 | MS. CARUSO:  553. | 16:45:38 |
| 13 | THE WITNESS:  I didn't see that back then when | 16:45:39 |
| 14 | I looked at it, because it -- I don't know if I remember | 16:45:40 |
| 15 | seeing that, because it would have been weird.  So, no. | 16:45:43 |
| 16 | I don't know, but, look, the point is that I looked at | 16:45:48 |
| 17 | this disclaimer, and I thought Wikipedia or -- and | 16:45:51 |
| 18 | Acronym Finder shows that they are an abbreviation.  I | 16:46:00 |
| 19 | have no dispute that it is an abbreviation for | 16:46:05 |
| 20 | artificial intelligence. | 16:46:08 |
| 21 | MR. WILSON:  There's no question pending, and | 16:46:09 |
| 22 | we have been going almost an hour and a half. | 16:46:10 |
| 23 | THE WITNESS:  Yeah, so -- | 16:46:13 |
| 24 | BY MS. CARUSO: | 16:46:18 |
| 25 | Q.  Just to confirm, and then we'll go off the | 16:46:18 |

| | | |
|---|---|---|
| 1 | record, you -- it's your testimony that this information | 16:46:20 |
| 2 | you received from the trademark examining attorney, | 16:46:23 |
| 3 | citing to OpenAI, my company, my client, you did not | 16:46:29 |
| 4 | look at when you received this notice? | 16:46:35 |
| 5 | MR. WILSON:  Objection.  I think this -- | 16:46:39 |
| 6 | THE WITNESS:  I don't remember. | 16:46:42 |
| 7 | MS. CARUSO:  All right. | 16:46:42 |
| 8 | MR. WILSON:  It doesn't matter. | 16:46:42 |
| 9 | MS. CARUSO:  Let's go off the record. | 16:46:44 |
| 10 | THE VIDEOGRAPHER:  We are going off the | 16:46:46 |
| 11 | record.  The time is 4:46 p.m. | 16:46:48 |
| 12 | (Whereupon, a recess was taken.) | 16:46:51 |
| 13 | THE VIDEOGRAPHER:  We are back on the record. | 17:07:22 |
| 14 | The time is 5:07 p.m. | 17:07:23 |
| 15 | THE WITNESS:  I want to add something to the | 17:07:30 |
| 16 | record. | 17:07:32 |
| 17 | MS. CARUSO:  There's no question pending. | 17:07:33 |
| 18 | Your counsel has made clear that you all intend to leave | 17:07:35 |
| 19 | at seven hours and 30 minutes, so if they have redirect | 17:07:38 |
| 20 | for you, they can raise it at that point in time. | 17:07:42 |
| 21 | MR. WILSON:  Okay.  I guess we can proceed. | 17:07:48 |
| 22 | BY MS. CARUSO: | 17:07:56 |
| 23 | Q.  All right.  So, you did, in fact, submit a | 17:07:57 |
| 24 | substitute specimen to the PTO eventually, right? | 17:08:01 |
| 25 | A.  I'm sorry. | 17:08:10 |

1    Yes.                                                    17:08:18

2    Q.  And what did that specimen consist of?             17:08:19

3    A.  So, I was following the instructions, and it       17:08:28

4  says submit a specimen, so I submitted a specimen of     17:08:35

5  the -- a product we had in use.                          17:08:41

6    Q.  What -- what product was that?                     17:08:43

7    A.  It was the -- I think by then, like the third      17:08:47

8  iteration of the discussion board, like it -- there's a  17:08:55

9  discussion board, basically, so, yes, it was -- there    17:09:01

10 was a discussion board that allowed people to post       17:09:06

11 problems, cite code, and post solutions to them, and     17:09:13

12 vote them, and -- yeah.                                  17:09:22

13   Q.  And is the specimen that you submitted, does       17:09:26

14 it show use of that discussion board by third parties?   17:09:32

15   A.  Well, probably because, I mean, I don't know.      17:09:45

16 Like, I know that Nikita is somebody who worked for me.  17:09:49

17 So, but there are two uses to it.  One is posting, so     17:09:52

18 they're -- like, Nikita, there's another thing if I      17:10:05

19 remember.                                                17:10:09

20     Can I see it?  Do you have the specimen?             17:10:09

21   Q.  Page 5574 and 5575.                                17:10:12

22   A.  557 -- what?                                       17:10:28

23   Q.  -- 4.                                              17:10:31

24   A.  Okay.                                              17:11:05

25   Q.  So, do you understand what is on pages 5574        17:11:06

| | | |
|---|---|---|
| 1 | and 5575 to be the substitute specimen that you provided | 17:11:16 |
| 2 | to the PTO? | 17:11:20 |
| 3 | A.  It looks like it, but I mean, I'm not -- I | 17:11:25 |
| 4 | don't know if that is a specific document -- document, | 17:11:30 |
| 5 | but it looks like what was submitted based on my | 17:11:35 |
| 6 | recollection. | 17:11:37 |
| 7 | Q.  But you're the one that submitted it, right? | 17:11:38 |
| 8 | A.  Yes. | 17:11:40 |
| 9 | Q.  And this is a screenshot you took? | 17:11:40 |
| 10 | A.  If -- if this is the exact thing that I | 17:11:47 |
| 11 | submitted to the PTO, it does look like the screenshot | 17:11:50 |
| 12 | that I took, yes. | 17:11:53 |
| 13 | Q.  Okay.  All of these tabs that were open shown | 17:11:55 |
| 14 | on 5574 and 5575, those were tabs that you had open on | 17:11:58 |
| 15 | your computer when you took those screenshots? | 17:12:04 |
| 16 | A.  I think so, yes.  I mean, it -- yeah. | 17:12:14 |
| 17 | Q.  And on 5574, there is a post from Nikita. | 17:12:18 |
| 18 | Do you see that? | 17:12:26 |
| 19 | A.  Yes. | 17:12:29 |
| 20 | Q.  And that Nikita is one of your employees? | 17:12:29 |
| 21 | A.  Yes. | 17:12:35 |
| 22 | Q.  And on 5575, there is another post from | 17:12:36 |
| 23 | Nikita. | 17:12:40 |
| 24 | Do you see that? | 17:12:41 |
| 25 | A.  5575. | 17:12:42 |

1        Yes.                                                    17:12:57

2        Q.   Okay.  And that is the same Nikita who is your     17:12:58

3    employee?                                                   17:13:01

4        A.   I presume so.                                      17:13:04

5        Q.   He testified to that at his deposition, right?     17:13:07

6        A.   Yes.                                               17:13:15

7        Q.   And you have no reason to believe it's not?        17:13:15

8        A.   I believe what he says.                            17:13:16

9        Q.   Okay.  And the only post that is not from          17:13:17

10   Nikita on either of these two pages is -- it says "Rick"    17:13:21

11   next to it.                                                 17:13:30

12       Do you see that?                                        17:13:31

13       A.   Yes.                                               17:13:39

14       Q.   Do you know who Rick is?                           17:13:40

15       A.   No.                                                17:13:45

16       Q.   Did -- you don't know of anyone who was            17:13:45

17   posting on hub.open.ai at this point in time who used       17:13:53

18   Rick as a user name?                                        17:14:03

19       A.   Not that I recall, not personally.                 17:14:08

20       Q.   Do you have any friends named Rick?                17:14:10

21       A.   Yeah.                                              17:14:15

22       Q.   Do you know if any of your friends named Rick      17:14:16

23   went on your hub.open.ai web page?                          17:14:23

24       A.   I don't recall anything specific, no.              17:14:30

25       Q.   Do you have any people that you paid to work       17:14:31

```
1              I, MICHAEL C. ROWELL, a Certified Shorthand
2      Reporter of the State of California, duly authorized to
3      administer oaths, do hereby certify:
4              That the foregoing proceedings were taken
5      before me at the time and place herein set forth; that
6      any witnesses in the foregoing proceedings, prior to
7      testifying, were duly sworn; that a record of the
8      proceedings was made by me using machine shorthand which
9      was thereafter transcribed under my direction; that the
10     foregoing transcript is a true record of the testimony
11     given.
12             Further, that if the foregoing pertains to the
13     original transcript of a deposition in a Federal Case,
14     before completion of the proceedings, review of the
15     transcript was requested.
16             I further certify I am neither financially
17     interested in the action nor a relative or employee of
18     any attorney or party to this action.
19             WITNESS WHEREOF, I have this date subscribed
20     my name.
21             Dated:  December 11, 2024
22
23
24     _____
25     MICHAEL ROWELL, RDR, CRR, CSR NO. 13494
```

No. 563399

Re:  Deposition of **Guy Ravine, Corporate Designee & Individually**
Date: 12/10/2024
Case: OpenAI, Inc. -v- Open Artificial Intelligence, Inc., et al.
Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
| 61 | 10 | Change "19" to "18"; transcription error |
| 63 | 12 | Change "2022" to "2002"; transcription error |
| 120 | 18 | Change "2020" to "2022"; transcription error |
| 246 | 14 | Change "we'll" to "will"; transcription error |
| 247 | 16 | Change "we'll" to "will"; transcription error |
| 247 | 22 | Change "we'll" to "will"; transcription error |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| 1/22/25 | Guy R. |
|---------|--------|
| (Date) | (Signature) |

No. 563399

Re:    Deposition of **Guy Ravine, Corporate Designee & Individually**
        Date: 12/10/2024
        Case: OpenAI, Inc. -v- Open Artificial Intelligence, Inc., et al.
        Return to: transcripts@planetdepos.com

```
                    ACKNOWLEDGMENT OF DEPONENT


          I, Guy Ravine, Corporate Designee &

     Individually, do hereby acknowledge that I have read

     and examined the foregoing testimony, and the same is

     a true, correct and complete transcription of the

     testimony given by me and any corrections appear on

     the attached Errata sheet signed by me.


          _____        _____
                1/22/25
                 (Date)                   (Signature)
```