# EXHIBIT 13

## Perahia Declaration ISO Plaintiff's Motion for Summary Judgment

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4
 5   OPENAI, INC., a Delaware corporation,  )
                                            )
 6            Plaintiff,                     )
                                            )
 7       v.                                  ) Case No.
                                            ) 4:23-cv-03918-YGR
 8   OPEN ARTIFICIAL INTELLIGENCE,  INC., a )
     Delaware corporation; and GUY RAVINE,  )
 9   an individual,                          )
                                            )
10            Defendants.                    )
                                            )
11                                           )
     OPEN ARTIFICIAL INTELLIGENCE, INC., a  )
12   Delaware corporation; and GUY RAVINE,  )
     an individual,                          )
13                                           )
              Counterclaimants,              )
14       v.                                  )
                                            )
15   OPENAI, INC., a Delaware corporation;  )
     SAMUEL ALTMAN, an individual; and      )
16   GREGORY BROCKMAN, an individual,       )
                                            )
17            Counterclaim-Defendants.       )
                                            )
18                                           )
     AND RELATED COUNTERCLAIMS.              )
19                                           )
20
                   *** HIGHLY CONFIDENTIAL***
21
                   *** ATTORNEYS' EYES ONLY ***
22
                  DEPOSITION OF NIKITA GAER
23
                      DECEMBER 6, 2024
24
25   REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
     JOB NO. 7055662; PAGES:  1 - 282
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          Mr. Ravine, we just need you to identify

 2          yourself.

 3              MR. RAVINE:  Yeah.  My name is Guy

 4          Ravine.  I'm a named plaintiff and defendant

 5          in this lawsuit.                        08:12:51

 6              THE VIDEOGRAPHER:  Okay.  Thank you so

 7          much.

 8              Whenever you're ready, Renée.

 9

10                   NIKITA GAER,

11      called as a witness and having been first duly

12      sworn by the Certified Shorthand Reporter, was

13          examined and testified as follows:

14

15                   EXAMINATION                   08:13:21

16  BY MR. WILSON:

17      Q.  Mr. Gaer, can you tell us what the

18  appropriate pronunciation of your last name is.

19      A.  Gaer.  Gaer.

20      Q.  Okay.                                  08:13:29

21      A.  Yeah.

22      Q.  And can you tell us where you are in

23  Kazakhstan at the moment?

24      A.  I'm in a city called Uralsk.

25      Q.  And how do you -- do you know how you    08:13:41
```

                                            Page 11

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    working on artificial intelligence project was

2    2015.

3        Q.   Okay.  And what was that project?

4        A.   It was Open AI Initiative.

5        Q.   And what did you do in your first project    08:24:22

6    for the Open AI Initiative?

7        A.   I developed this website with

8    announcement, like web announcement page.

9        Q.   Do you recall when in 2015 you did that?

10       A.   I believe it was April.                      08:24:39

11       Q.   Okay.  Before you started working on the

12   website, did you have a discussion with Mr. Ravine

13   about what this website was going to do?

14       A.   Yes.

15       Q.   Do you recall anything about that           08:25:00

16   discussion now?

17       A.   Yes.

18       Q.   And what did he tell you?

19       A.   So he tell me he working on this Open AI

20   Initiative.  He kind of pitching this idea to        08:25:17

21   other people.  So he told me what he already have

22   some project, like something which already kind of

23   exists.

24           He showed me briefly the -- so it's

25   something called -- look like Wikipedia, some --      08:25:32

Page 20

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    Wikipedia-looking page, with Open AI logo on it.

2    Plus he show me, like, we have this thing.  Now we

3    going to kind of announce initiative.  So to

4    collect all -- like, basically, to start building

5    Open AI -- like open artificial intelligence.      08:25:46

6    Yeah, so basically explained me what is initiative

7    about.

8        Q.  And when in -- did he explain to you the

9    purpose of the web page?

10       A.  Yes.  So the idea is, basically, we         08:26:07

11   announce what they going to build, Open AI, like

12   open artificial intelligence initiative, so people

13   could get there so they can put their e-mail, like

14   submit e-mail.  So they interested in this

15   project, so they can -- like, interested in         08:26:24

16   contributing to open source artificial

17   intelligence.

18           So basically, idea is to build AI openly

19   and for benefit of the humanity.

20       Q.  How long did you work on the web page?      08:26:33

21           MR. SCHER:  Objection.  Vague.

22           THE WITNESS:  I think it was --

23   BY MR. WILSON:

24       Q.  Let me rephrase the question.

25           Do you recall how many -- you said you      08:26:45

Page 21

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    worked on the web page for Open AI?

2        A.  Yeah, that's right.

3        Q.  Okay.  Do you recall how many hours you

4    devoted to work on the web page?

5        A.  I think something like 60 hours.          08:27:00

6        Q.  Okay.  And this work on the web page, did

7    you get paid for it?

8        A.  Yes.

9        Q.  And did Mr. Ravine pay you through a

10   different company other than We Communicate?     08:27:23

11       A.  I don't remember exactly.  So I don't

12   remember exactly how he paid me, like, ten years

13   ago.

14       Q.  Okay.  After -- and in terms of building

15   the web page, do you recall what steps you took to   08:27:47

16   build the web page?

17       A.  I'm sorry.  I'm not sure what you mean.

18       Q.  Let me rephrase the questions.

19           Do you recall what tasks you undertook in

20   order to build the web page?                     08:28:03

21       A.  Yeah.  So basically, I had to kind of

22   write HTML code with CSS -- like, so, basically, I

23   had to -- I got the design from our designer,

24   Serge Belkin, which work with us at the time.

25           So I -- yeah, I turn this, like,         08:28:22

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1           MR. WILSON:  We've been going about an
 2      hour.  So unless there's any objection, I
 3      think it's a good time for a ten-minute
 4      break.
 5           So, Mr. Gaer, it's up to you, but        09:05:46
 6      traditionally what people do when we're on
 7      their break is they mute their feed and they
 8      turn their camera off.
 9      A.  Okay.  Thank you.
10           MR. WILSON:  So we'll be back in ten      09:05:59
11      minutes.
12           THE VIDEOGRAPHER:  Off the record at the
13      9:05 a.m.
14           (Short break taken.)
15           THE VIDEOGRAPHER:  We are on the record   09:18:26
16      at 9:17 a.m., and this is the beginning of
17      Media 2 in the deposition of Nikita Gaer.
18 BY MR. WILSON:
19      Q.  All right.  Mr. Gaer, after the third
20 collaboration tool in 2017, did you work on any     09:18:43
21 other project related to Open AI?
22      A.  Yeah.  I think -- I think so.  The next
23 kind of version of this third, which kind of was
24 actual evolution of it, was also in 2017.  But I
25 honestly don't recall when it was exactly, what     09:19:17
```

Page 49

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    was the month or, like, the period when we started

 2    work on this.  So it's kind of naturally grows out

 3    of this third iteration.  So we just, yeah, make

 4    it -- it looks better and add more functionality

 5    to this.                                      09:19:36

 6            So basically, it was, we could say,

 7    fourth iteration of collaboration tool.

 8        Q.  Okay.  Do you recall, did it have a name,

 9    or --

10        A.  We deployed it to decentralize at Open   09:19:46

11    AI.  So we called it Decentralized.

12        Q.  Do you recall why it was called

13    Decentralized?

14        A.  I mean, basically, that's kind of, I

15    think, similar thing to Open.  So it's kind of   09:20:01

16    not -- AI not controlled by central entity.  So

17    it's kind of controlled by open community.

18        Q.  Do you recall this -- another iteration

19    of the collaboration tool, do you recall how it

20    was different from the version that we discussed  09:20:24

21    just before the break?

22        A.  So it was -- basically, it use -- use the

23    third iteration as a basis.  So they used the same

24    technology.

25            So in this third iteration, we use a    09:20:36
```

Page 50

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    project called editpad [phonetic], so -- which we

2    used as a basis, as well.  So we -- we edit the

3    big part of it to make it work; so to make it

4    modern and make it work fast.  So it started to

5    work much faster after that.                    09:20:51

6            We also had a nicer design.  So

7    previously, I think I designed it myself, I mean

8    with, Guy's feedback.  So this iteration had

9    actual design, also from Serge Belkin.  So it

10   looks better.  It has more functionality than    09:21:09

11   that.  So we had a talks functionality here.  We

12   had basically discussion functionality.  You was

13   able to run the code, actually.  So they had a

14   code blocks which could run.  So it could

15   technically run the code on the models on this    09:21:26

16   project.

17           So we used the third iteration as a

18   basis, but add more stuff and improve it

19   technically and visually from the third iteration.

20       Q.  And you said you could use code in the    09:21:36

21   third generation.  So you could write computer

22   code and then have it demonstrate on this version

23   of collaboration called Decentralized?

24       A.  Yes, you could -- you could run your

25   code, you could execute it, actually and see the  09:21:55

Page 51

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    with anyone about this case?
 2              MR. CUNNINGHAM:  Same objections.
 3              MR. WILSON:  Join.
 4              MR. CUNNINGHAM:  You're really treading
 5         on work product.  How they are preparing for    12:16:04
 6         trial, it's a work product immunity.
 7              MR. SCHER:  Are you instructing him not
 8         to answer?
 9              MR. CUNNINGHAM:  I'm instructing him not
10         to answer the question.                         12:16:27
11    BY MR. SCHER:
12         Q.  Are you going to follow your counsel's
13    objection -- or instruction?
14         A.  Yes, I do.
15         Q.  Besides Mr. Ravine and lawyers associated  12:16:33
16    with Open Artificial Intelligence, Inc., or any of
17    your colleagues who conduct work for Open
18    Artificial Intelligence, Inc., have you had any
19    conversations with anyone about this case?
20         A.  I might have some conversations with,       12:16:50
21    like, my wife.  I don't know.
22         Q.  What did you discuss with your wife?
23         A.  There is a case.  I might get deposed,
24    basically.  Not sure what's going on.
25         Q.  Are you currently employed?                 12:17:21
```

Page 139

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1         A.  Yeah.  Yes.

2         Q.  Who is your employer?

3         A.  Yeah, I still work with Guy, Guy Ravine.

4         Q.  Do you have a full-time position with

5   Mr. Ravine, or are you a contractor?          12:17:43

6         A.  Yeah, it's a full-time position.  Yeah,

7   but I was on a break for a while, during the

8   autumn, but now I work again.

9         Q.  When were you on a break?

10        A.  September, October, and part of November.   12:18:03

11        Q.  September, October, of 2024?

12        A.  Yes.

13        Q.  What is your current position working for

14  Mr. Ravine?

15        A.  I don't really have a position, I think.   12:18:22

16  I'm just something like core engineer.

17        Q.  Do you work with Mr. Ravine for multiple

18  companies?

19        A.  Yes.

20        Q.  In 2024, what companies have you done     12:18:41

21  work for?

22        A.  So I think all of them is Open Artificial

23  Intelligence.

24        Q.  This year, you have exclusively worked

25  for Open Artificial Intelligence, Inc.?         12:19:03
```

Page 140

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      A.  Yes, I think so.

2      Q.  What companies did you work for in 2023?

3      A.  So I think it's the same.  It's also --

4   is mostly Open Artificial Intelligence.  I --

5   probably not exactly sure what you mean, what            12:19:34

6   company you worked on, because there is companies,

7   and there is projects.  So what do you mean by

8   "what company you works on"?

9      Q.  In 2023, did you do any work for Video

10  Inc.?                                                    12:19:50

11     A.  Okay.  Let me think.  Maybe there was --

12  there was some minor things which we -- I did on

13  Video Inc.  So, like, maybe small portion of the

14  time I fixed something in that.

15     Q.  Putting aside any work that you may have          12:20:16

16  done for this litigation, what projects have you

17  worked on in 2024 for Mr. Ravine?

18     A.  So we worked on -- we kept working on

19  image generation and Ava, I think, at the

20  beginning of the year.  Then the preliminary            12:20:47

21  injunction, after that we has to stop using the

22  mark, and we stopped working on those projects.

23  Then I think I worked on the Boom for a while and

24  then worked on this AI voice memos project.

25     Q.  So after the injunction, you worked on           12:21:18

Page 141

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    from anyone associated with this initiative;

2    correct?

3             MR. CUNNINGHAM:  Objection.  Calls for

4         speculation.

5             MR. WILSON:  Join.                    13:20:39

6             THE WITNESS:  I don't know anything about

7         it, about e-mailing -- about -- about

8         e-mailing them.

9    BY MR. SCHER:

10        Q.  You don't know if anyone was ever        13:20:47

11   e-mailed back who submitted an e-mail address to

12   this page?

13        A.  Yes.

14        Q.  Why not?

15            MR. CUNNINGHAM:  Objection.             13:21:10

16            THE WITNESS:  Sorry?

17            MR. CUNNINGHAM:  Form.

18            THE WITNESS:  Why not?

19            MR. WILSON:  Join.

20   BY MR. SCHER:                                     13:21:31

21        Q.  Do you have an answer?

22        A.  Wait.  I said, no, I didn't send any --

23   any e-mail to those people.  But you asked if

24   anyone ever send them e-mail.  I don't know.  So I

25   didn't send.                                      13:21:43

Page 164

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1          Q.  Do you see that the web page says
2      "announcement will be made soon"?
3          A.  Yes.
4          Q.  No announcement was ever made; correct?
5              MR. WILSON:  Objection.  Calls for          13:21:58
6          speculation.
7              MR. CUNNINGHAM:  Joined.
8              THE WITNESS:  So back in 2015, I think
9          there was no announcement.
10     BY MR. SCHER:                                       13:22:10
11         Q.  Was there an announcement in 2016?
12             MR. CUNNINGHAM:  Same objection.
13             MR. WILSON:  Join.
14             THE WITNESS:  No.  No.  I don't think so.
15     BY MR. SCHER:                                       13:22:21
16         Q.  There was never any announcement;
17     correct?
18             MR. CUNNINGHAM:  Same objection.
19             MR. WILSON:  Join.
20             THE WITNESS:  Yeah.  No.  So, like -- I'm    13:22:34
21         not sure what to answer on this.  Because,
22         yeah, basically -- so they -- we put
23         something on this website after --
24         afterwards.  I don't -- is it count as
25         announcement or not, like, because of here      13:22:52
```

                                                   Page 165

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          announcement?  So it had image generator
 2          here.
 3      BY MR. SCHER:
 4          Q.  When did you next put something on this
 5      website?                                        13:23:00
 6          A.  Oh, I don't remember what -- so I think
 7      most of the time it was this -- this kind of
 8      announcement page.  Maybe they put some other
 9      stuff there occasionally, but I don't recall right
10      now.                                            13:23:24
11              So basically, the things what I remember
12      for sure is what we -- on November 2022, we put
13      image generator here, but maybe they put something
14      here before that too.
15          Q.  But you can't recall that, sitting here  13:23:38
16      today; right?
17          A.  Yeah.  Yes.
18          Q.  And you are Mr. Ravine's core engineer?
19          A.  Yes.
20          Q.  How could a user have found this web     13:23:50
21      page?
22              MR. CUNNINGHAM:  Objection.  Calls for
23          speculation.
24              MR. WILSON:  Join.
25              THE WITNESS:  I don't know.              13:24:12
```

Page 166

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    BY MR. SCHER:

2        Q.  The initial collaboration tool did not

3    display Open AI anywhere; correct?

4        A.  I mean, I'm talking about the 2016

5    January, February internal -- internal thing,        13:28:50

6    yeah.  It didn't have Open AI logo on it.

7        Q.  The next project you discussed was a

8    second collaboration tool; correct?

9        A.  Yes.

10       Q.  That tool is -- was available at           13:29:11

11   hub.open.ai; correct?

12       A.  Correct.

13       Q.  And you testified that that was released

14   to the public; correct?

15       A.  Yes.                                        13:29:29

16       Q.  Do you recall when that was released to

17   the public?

18       A.  Yeah.  I think it was autumn 2016.

19       Q.  Was there any advertising or promotion

20   for hub.open.ai?                                     13:29:44

21           MR. WILSON:  Objection.  Calls for

22       speculation.

23           MR. CUNNINGHAM:  Joined.

24           THE WITNESS:  Yeah, I didn't know about

25       advertisement of this project.                  13:29:53
```

Page 171

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    BY MR. SCHER:
 2         Q.   Did you have an administrative role for
 3    hub.open.ai?
 4              MR. CUNNINGHAM:   Objection.  Vague.
 5              THE WITNESS:  Yeah, what do you mean?      13:30:06
 6    BY MR. SCHER:
 7         Q.   Were you an administrator on hub.open.ai?
 8         A.   Honestly, I don't remember.
 9         Q.   Do you recall if you ever posted on
10    hub.open.ai?                                        13:30:19
11         A.   Yes.
12         Q.   Were there any formal business plans
13    prepared for hub.open.ai?
14              MR. WILSON:  Objection.  Calls for
15         speculation.                                   13:30:37
16              MR. CUNNINGHAM:  Joined.
17              THE WITNESS:  Yeah, I don't know anything
18         about business plans related to hub.
19    BY MR. SCHER:
20         Q.   As part of your work in connection with   13:30:42
21    hub.open.ai, did you monitor or look at posts?
22         A.   No, I don't think so.
23         Q.   Did you know how many users there were
24    are of hub.open.ai?
25              MR. WILSON:  Objection.  Vague as to      13:31:06
```

Page 172

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        time.
 2            MR. CUNNINGHAM:  Join.
 3            THE WITNESS:  No, I don't know much.  I
 4        don't really, like, pay much attention to,
 5        like -- to all these things.              13:31:15
 6   BY MR. SCHER:
 7        Q.  At any point in time, did you know how
 8   many users there were of hub.open.ai?
 9        A.  No.  I don't -- I don't know.  I don't
10   remember.                                      13:31:27
11        Q.  Have you ever discussed the number of
12   users there were of hub.open.ai?
13        A.  I don't think so.
14        Q.  Do you know if hub.open.ai ever had
15   someone sign up who was not one of your colleagues  13:31:43
16   or an acquaintance of one of your colleagues?
17        A.  I'm not sure I got what you mean.  Can
18   you clarify?
19        Q.  Nobody ever signed up for hub.open.ai who
20   did not work for Mr. Ravine or know someone who   13:32:05
21   worked for Mr. Ravine; correct?
22        A.  I don't know.  I mean, I was sign up to
23   Open -- like, hub.  So I had an account there.
24        Q.  Aside from you, do you know anybody who
25   ever signed up for hub.open.ai?               13:32:26
```

Page 173

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              attached hereto.)

 2     BY MR. SCHER:

 3         Q.  Please let me know when you can access

 4     Exhibit 31, which bears the Bates No.

 5     RAVINE0002089.                              14:42:55

 6         A.  I can see it.

 7         Q.  Do you recognize this document?

 8         A.  Yes.  It looks like one of the problems

 9     from hub.open.ai.

10         Q.  This is a problem that you posted on    14:43:16

11     hub.open.ai; correct?

12         A.  Yes.

13         Q.  And the problem is titled "Deep

14     Reinforcement Algorithm Problem"; correct?

15         A.  Yes.                                 14:43:28

16         Q.  And you made this post on September 26,

17     2016?

18         A.  I don't remember, but I don't even see

19     the date.  But, I guess, yes, from the previous

20     exhibition, it follows, 26, right.  So, yes, I   14:43:46

21     think so.

22         Q.  And you see it says "September 2016" on

23     the right side of this page; correct?

24         A.  Yes.  Yes.

25         Q.  And in your post, you wrote [as read:]   14:44:00
```

Page 212

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    "Here is a proposed improvement to the current

2    deep learning reinforcement algorithm that we are

3    discussing, but it represents a problem.  Here is

4    the formulation."

5         Did I read that correctly?                    14:44:13

6         A.  Yes.

7         Q.  Then there's a box within your post, and

8    that's some code that you inserted; right?

9         A.  Yes.

10        Q.  And that code begins, "ctx = [mx.gpu"; is  14:44:25

11   that right?

12        A.  Yes.

13        Q.  And the code ends with "mod.update"?

14        A.  Yes.

15        Q.  Why did you make this post?                14:44:41

16        A.  I took a bunch of problems to kind of

17   kick start the thing, so people could see how it

18   function, could actually see the problems and

19   maybe, like, comment them.  So basically, the idea

20   was to kick start the thing when we originally     14:45:00

21   deployed.

22        Q.  So you made the post so that people who

23   saw hub.open.ai knew how to use it?

24        A.  Yes.  People could, like, basically

25   understand how it works and see -- yeah, and        14:45:23

Page 213

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    basically, maybe post solution or just watch it.

2    Like, see, like, the thread, basically, yeah.

3        Q.   Did you make this post for any other

4    reason?

5        A.   No.  No.  Just this.                    14:45:38

6        Q.   Were you looking for an answer to a

7    question?

8        A.   What?

9        Q.   Were you looking for an answer to a

10   question?                                        14:45:50

11       A.   I don't get what you mean.  What you

12   mean, looking for --

13       Q.   Were you looking for someone to help

14   solve a problem for you?

15       A.   Oh, no, no.  Not really.  So basically, I   14:46:00

16   just post some things which is relevant to the

17   idea of the project.  But in reality -- so

18   basically, someone could post it, but I am not

19   exactly looking for the -- so basically, as I said

20   already, so the idea was we want to put something   14:46:23

21   relevant to the platform so people could see how

22   it works.

23           If someone would post a solution, of

24   course, I'll be happy.  But this is what the

25   purpose of this post was, so people understand it   14:46:35

Page 214

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    and, basically, participate.

2        Q.   So this was not part of any code that you

3    were working on; correct?

4        A.   Yes.

5        Q.   Did Mr. Ravine tell you to make this        14:46:48

6    post?

7        A.   I don't think he tell me, but -- I mean,

8    probably, yeah, we kind of talked about, I think.

9            Os, yeah, I think we discuss what we --

10   we could deploy it, and we need to put something    14:47:03

11   here.

12       Q.   Did he tell you that in September of

13   2016, you needed to make some posts on

14   hub.open.ai?

15       A.   I don't remember.                            14:47:15

16       Q.   And then if you scroll down, do you see

17   that someone with the username Rick responded to

18   your problem?

19       A.   Yes.

20       Q.   Did you create the account Rick?            14:47:25

21       A.   Honestly, I don't remember who create the

22   account Rick.   It might be me, but might be

23   someone else from the team.

24           So basically, yeah, it's kind of -- so

25   it's also someone from us, I think.   But I         14:47:40

                                           Page 215

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    don't -- I don't know for sure, to be honest.  So

2    Nikita is definitely me, because it's my -- it's

3    my avatar.  So it's my, like, avatar which I use

4    still.

5            But Rick, I can't tell for sure who is        14:47:51

6    this.  But I would speculate that someone probably

7    from the team.

8            So again, to represent how -- how the

9    thing works, we post problem, we post solution, so

10   people could see and understand it.              14:48:06

11       Q.  So you don't recall if you operated the

12   account Rick but, the person who operated the

13   account Rick worked for Mr. Ravine; correct?

14           MR. WILSON:  Objection.  Misstates

15       testimony.                                    14:48:19

16           MR. CUNNINGHAM:  Joined.

17           THE WITNESS:  Yes.  I say that I

18       remember.

19   BY MR. SCHER:

20       Q.  You have no reason to believe that the    14:48:33

21   person who operated the account Rick did not work

22   for Mr. Ravine?

23           MR. CUNNINGHAM:  Objection.  Confusing.

24       Double negative.

25           MR. WILSON:  Join.                         14:48:43

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              THE WITNESS:  Again, I can't say for
 2         sure.  I could only guess, but I don't
 3         remember exactly.
 4              So in case with Nikita, I can tell
 5         exactly because it's my avatar.  So I can      14:48:53
 6         tell exactly that's my user.
 7              And Nikita is not a common name, so to
 8         have -- to, like, yeah, have a double-post
 9         here.
10              For Rick, I can't tell for sure who is    14:49:02
11         this.
12    BY MR. SCHER:
13         Q.  But you believe that Rick is likely
14    someone from your team; correct?
15              MR. WILSON:  Objection.  Misstates prior  14:49:16
16         testimony.
17              MR. CUNNINGHAM:  Join.  Objection.  Calls
18         for speculation.
19              THE WITNESS:  I don't know.
20    BY MR. SCHER:                                       14:49:28
21         Q.  Okay.  Do you see that Rick responded and
22    wrote, "The best permutation so far is" -- and
23    then included code that begins "gpus=4"?
24         A.  Yes.
25         Q.  And then below that, do you see that you   14:49:44
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1      A.  Okay.  So I try to understand what post

2    you reference.

3          So from ilkarman, on August 20th, 2016?

4      Q.  Yes.

5          Do you see that he posted the same exact      14:56:36

6    code that was posted by Nikita in Exhibit 31 that

7    begins "ctx"?

8      A.  Yeah.  I can't compare it by just a

9    glance, but I would -- yeah, I would guess it's

10   the same -- it's that's code, yeah.             14:57:01

11     Q.  Can you open Exhibit 31 to make sure.

12         MR. CUNNINGHAM:  Objection.  Compound.

13         MR. WILSON:  Join.

14         THE WITNESS:  So it's actually not

15         exactly like this.  Oh, yeah.  Okay.  Yeah,   14:57:45

16         it seems like this is the same code, yeah.

17   BY MR. SCHER:

18     Q.  Okay.  Let's go back to Exhibit 33.

19     A.  Yeah.

20     Q.  Now, if you go to the fourth page of        14:57:57

21   Exhibit 33, do you see that there is a comment

22   from the account ilkarman from August 22, 2016,

23   that begins "@antinucleon"?

24     A.  Yeah.

25     Q.  And do you see that the account posted      14:58:21

Page 223

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    the same code that Rick posted on hub.open.ai in

2    Exhibit 31?

3         A.  Yes.  It looks the similar, yeah.

4             MR. CUNNINGHAM:  Objection.  Compound.

5             MR. WILSON:  Join.                    14:58:38

6    BY MR. SCHER:

7         Q.  You did not operate the account ilkarman

8    on github.com; right?

9         A.  Yes.

10        Q.  "Yes" as in you did not operate that     14:58:51

11   account?

12        A.  Yes, correct.  I did not.

13        Q.  You do not know who operated the account

14   ilkarman on github.com?

15        A.  Yes, I don't know.                      14:59:02

16        Q.  You did not try to get in contact with

17   the account ilkarman on github.com?

18        A.  No.

19        Q.  You did not participate on this

20   conversation on github.com?                      14:59:16

21        A.  No.

22        Q.  You did not make any of these comments on

23   Exhibit 33; correct?

24        A.  I did -- yes, I did not post any on

25   GitHub.                                          14:59:32

                                              Page 224

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1        Q.  But you copied content from Exhibit 33

2    and put them on hub.open.ai; correct?

3        A.  Yes.  I copied -- as I said before,

4    basically, the idea was to be started with

5    relevant content.  So that's relevant content from      14:59:49

6    the open source.  We covered this already.

7        Q.  You did not learn anything new about the

8    code you posted on hub.open.ai, did you?

9        A.  New about what?

10       Q.  You didn't learn anything about the code       15:00:09

11   you posted on hub.open.ai from your post on

12   hub.open.ai?

13           MR. WILSON:  Objection.  Vague.

14           MR. CUNNINGHAM:  Objection --

15           THE WITNESS:  Well, I don't know.  Maybe       15:00:22

16       I -- I can't tell if I learned anything.  I

17       might have learned something from this.

18   BY MR. SCHER:

19       Q.  You were paid to make that post on

20   hub.open.ai; right?                                     15:00:28

21           MR. WILSON:  Objection --

22           THE WITNESS:  No, I wasn't paid

23       specifically to put my code.  I was paid to

24       make my job, basically.

25   ///

                                                    Page 225

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    BY MR. SCHER:

2        Q.  And making that post was part of your

3    job; right?

4        A.  Yes, kind of.  I mean, so I was -- I

5    already told -- yeah, so, like, the purpose code        15:00:52

6    to the slot -- the problem solution topics on the

7    hub.

8        Q.  You made that post to represent how

9    hub.open.ai worked; correct?

10       A.  Correct.                                          15:01:28

11           MR. SCHER:  I am going to upload

12       Exhibit 34, but I am going to be careful and

13       make sure that it has a stamp.

14           (Exhibit 34 was received and marked

15           for identification on this date and is      15:01:36

16           attached hereto.)

17   BY MR. SCHER:

18       Q.  I have introduced Exhibit 34.

19           Please let me know when you can access

20   it.                                                      15:01:40

21       A.  Yeah, I see it.

22       Q.  Do you recognize this document?

23       A.  Not really.

24       Q.  Have you seen this document before?

25       A.  No, I don't think so.  I'm not sure.  I    15:02:08

Page 226

1    don't think so.

2          Q.   Okay.   I can represent to you that this

3    is a document submitted to the U.S. Patent and

4    Trademark Office.

5              You have no reason to doubt me; correct?        15:02:22

6              MR. CUNNINGHAM:   Objection.   Lacks

7          foundation.

8              MR. WILSON:   Join.

9              THE WITNESS:   Yeah, I got no idea how --

10         how, like, documents for the -- for this        15:02:32

11         thing works, yeah.

12   BY MR. SCHER:

13         Q.   Okay.   Do you see that on page 2, there's

14   something that says "Signature section"?

15         A.   Signature?   Yes.        15:02:46

16         Q.   Do you see it says "Declaration,"

17   "Signature," and "Guy Ravine"?

18         A.   Yes.

19         Q.   Do you see it says "Date Signed," and it

20   has a date from September 27, 2016?        15:03:00

21         A.   Yes.

22         Q.   That's the day after your posts were made

23   on hub.open.ai; right?

24         A.   Yes.

25         Q.   And then do you see that lower on page 2,        15:03:16

Page  227

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    it says [as read:]   "To the Commissioner for

2    Trademarks"?

3          A.   Yeah, I see.

4          Q.   And it says, "Application serial number

5    86847151 Open AI."                                    15:03:30

6               Did I read that correctly?

7               MR. CUNNINGHAM:   Objection to the line of

8          questioning.   It lacks foundation.

9               MR. WILSON:   Join.

10              THE WITNESS:   Yeah, that's what that one    15:03:45

11         says.

12   BY MR. SCHER:

13         Q.   Okay.   Let's go to page 5 of this

14   document, which has the Bates number

15   OPENAI_RAV0005574.                                    15:03:54

16              Can you let me know when you're there.

17         A.   I'm there.

18         Q.   Do you see a screenshot on this page?

19              MR. CUNNINGHAM:   Objection.   Lacks

20         foundation.                                     15:04:14

21              MR. WILSON:   Join.

22              THE WITNESS:   I see a picture.

23   BY MR. SCHER:

24         Q.   That's the screenshot of the post that we

25   discussed on Exhibit 31; correct?                     15:04:22

                                            Page  228

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              MR. CUNNINGHAM:   Same objection.

 2              MR. WILSON:   Join.

 3              THE WITNESS:   Yes.

 4      BY MR. SCHER:

 5          Q.   It's titled "Deep Reinforcement Algorithm    15:04:33

 6      Problem?"

 7          A.   Actually, it looks like that discussion.

 8      But, yeah, it's the same problem.   Yeah.

 9          Q.   It's the same problem that is in Exhibit

10      31; correct?                                           15:04:47

11          A.   Yes.

12              MR. CUNNINGHAM:   Continuing objection.

13          It lacks foundation.

14              MR. WILSON:   Join.

15              MR. CUNNINGHAM:   Through the entire line      15:04:55

16          of questioning for this exhibit.

17      BY MR. SCHER:

18          Q.   It's a screenshot of hub.open.ai?

19          A.   Yes.

20          Q.   And do you see in the top right corner,      15:05:05

21      it says "Guy"?

22          A.   Yeah.   Yes.   It's actually dirty.   Yeah,

23      it's actually quite dirty, but I could guess it's

24      Guy.

25              MR. CUNNINGHAM:   Same objection.             15:05:31
```

Page 229

1              MR. WILSON:   Join.

2         BY MR. SCHER:

3              Q.   And if you scroll to page 6 --

4              A.   Yes.

5              Q.   -- that's a screenshot of your original        15:05:40

6         post from Exhibit 31; correct?

7                   MR. CUNNINGHAM:   Same objection.

8                   MR. WILSON:   Join.

9                   THE WITNESS:   Yeah, it looks like this

10             problem post, yeah.                                  15:05:57

11        BY MR. SCHER:

12             Q.   So pages 5 and 6 of this document are

13        screenshots of the posts depicted in Exhibit 31;

14        correct?

15                  MR. CUNNINGHAM:   Objection.   Lacks           15:06:07

16             foundation.

17                  MR. WILSON:   Join.

18                  THE WITNESS:   It looks similar, yeah.   So

19             from what I can tell, like, it looks similar

20             to this post.                                        15:06:17

21        BY MR. SCHER:

22             Q.   This is the problem that had material

23        copied from the github.com page; correct?

24                  MR. CUNNINGHAM:   Objection.   Lacks

25             foundation.                                          15:06:33

                                                    Page  230

```
1              MR. WILSON:  Join.

2              THE WITNESS:  Yes.

3    BY MR. SCHER:

4         Q.  It is the problem that you posted to

5    represent how hub.open.ai might be used?        15:06:37

6              MR. CUNNINGHAM:  Objection.  Lacks

7         foundation.

8              MR. WILSON:  Join.

9              THE WITNESS:  Yeah, basically.  To kick

10        start the platform, the project.             15:06:48

11   BY MR. SCHER:

12        Q.  When you posted on hub.open.ai, did you

13   know Mr. Ravine was going to submit screenshots of

14   your posts to the U.S. Patent and Trademark

15   Office?                                           15:07:04

16             MR. CUNNINGHAM:  Objection.  Lacks

17        foundation.

18             MR. WILSON:  Join.

19             THE WITNESS:  I don't remember, honestly,

20        but I don't think so.                        15:07:09

21        One second.

22             MR. CUNNINGHAM:  Let's pause for a second

23        because his video was blurred right there.

24        Still got quite a bit of a blur in your --

25        there.  Better.                              15:07:28
```

Page 231

1          THE WITNESS:  Yeah.  Sorry.  What are you

2       saying?

3    BY MR. SCHER:

4          Q.  Before today, did you know Mr. Ravine

5    submitted screenshots of your posts to the U.S.          15:07:38

6    Patent and Trademark Office?

7          A.  Yeah, I think I knew what we used.  At

8    some point, I knew what we used.  Hub -- hub was

9    used for trademark.

10         Q.  But did you know that Mr. Ravine          15:07:58

11   submitted posts made from your account to the U.S.

12   Patent and Trademark Office?

13         MR. WILSON:  Objection.  Asked and

14      answered.

15         MR. CUNNINGHAM:  Join.          15:08:11

16         THE WITNESS:  I'm not sure what you

17      meant.

18   BY MR. SCHER:

19         Q.  When did you learn that your posts from

20   hub.open.ai were submitted to the U.S. Patent and          15:08:24

21   Trademark Office?

22         MR. WILSON:  I object to the extent it

23      might ask for attorney work product.  If he

24      can answer the question without exposing

25      attorney work product, I don't have an          15:08:41

                                              Page 232

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        objection.

 2             MR. CUNNINGHAM:  Yeah, I'll make the

 3        objection.  I instruct the client -- witness

 4        not to divulge any substance of any

 5        attorney-client communication in any answer.   15:08:59

 6             THE WITNESS:  Yeah, I don't remember.

 7        So, like, I don't remember when it was in.

 8   BY MR. SCHER:

 9        Q.  Before 2023, you did not know that

10   screenshots of hub.open.ai were submitted to the   15:09:11

11   U.S. Patent and Trademark Office; correct?

12             MR. CUNNINGHAM:  Same objections.

13             MR. WILSON:  Join.

14             THE WITNESS:  I don't know.

15   BY MR. SCHER:                                      15:09:23

16        Q.  What was your response --

17        A.  I don't remember what year it was and

18   when exactly it was.

19             (Exhibit 35 was received and marked

20             for identification on this date and is   15:09:57

21             attached hereto.)

22   BY MR. SCHER:

23        Q.  I've just uploaded Exhibit 35.  Please

24   let me know when you can view it.

25        A.  I see it.                                 15:10:14
```

Page 233

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          MR. CUNNINGHAM:  Objection.  Compound.

2      Objection.  Lacks foundation.

3          MR. WILSON:  Join.

4          THE WITNESS:  It looks similar.

5  BY MR. SCHER:                              15:23:04

6      Q.  And the code that's posted is also the

7  same code that you posted on hub.open.ai in

8  Exhibit 37?

9          MR. CUNNINGHAM:  Same objections.

10          MR. WILSON:  Join.                 15:23:19

11          THE WITNESS:  Yes, it's also.

12  BY MR. SCHER:

13      Q.  And then if you go to the bottom of

14  page 5 of Exhibit 38.

15      A.  Yes.  5.                           15:23:37

16      Q.  Do you see a comment from August 31,

17  2016?

18      A.  Yes.

19          MR. CUNNINGHAM:  Same objections.

20          MR. WILSON:  Join.                 15:23:45

21  BY MR. SCHER:

22      Q.  And this comment has language [as read:]

23          "I should init the NDArraylter with batch

24      size..."

25          Do you see that?                   15:24:02

Page 244

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        A.  Yes.

 2            MR. CUNNINGHAM:  Objection.

 3        Mischaracterizes the evidence.

 4            MR. WILSON:  Join.

 5            THE WITNESS:  I see this, yes.          15:24:05

 6    BY MR. SCHER:

 7        Q.  Do you see that the language here is

 8    similar to the language that Rick posted on

 9    Exhibit 36?

10            MR. CUNNINGHAM:  Objection.  Compound.    15:24:20

11        Objection.  Lacks foundation.

12            THE WITNESS:  Join.

13    BY MR. SCHER:

14        Q.  And the code posted is the same, too;

15    correct?                                          15:24:30

16            MR. CUNNINGHAM:  Same objections.

17            MR. WILSON:  Join.

18            THE WITNESS:  Yes.  It's similar.

19    BY MR. SCHER:

20        Q.  You did not operate the account           15:24:36

21    zihaolucky on github.com; right?

22        A.  Right.

23        Q.  You do not know who operated the account

24    zihaolucky on github.com?

25        A.  Right.                                    15:24:54
```

                                        Page 245

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      Q.   And you never tried to get into contact

2    with that account?

3      A.   No, I didn't.

4      Q.   And you did not participate in this

5    conversation on github.com?                        15:24:59

6      A.   I didn't.

7      Q.   You didn't make these posts on

8    github.com?

9      A.   I didn't.

10      Q.   But you copied the content from those    15:25:09

11    posts and put them on hub.open.ai; right?

12          MR. CUNNINGHAM:   Objection.   Lacks

13      foundation.   Objection --

14          MR. WILSON:   Join.

15          THE WITNESS:   I missed the question.   So  15:25:22

16      what you asked?   When?   Repeat.

17    BY MR. SCHER:

18      Q.   You copied the content from these posts

19    and put them on hub.open.ai; correct?

20          MR. CUNNINGHAM:   Same objections.        15:25:33

21          MR. WILSON:   Join.

22          THE WITNESS:   Yes, I think so.

23    BY MR. SCHER:

24      Q.   The posts on hub.open.ai that we looked

25    at in Exhibits 31, 34, and 37, they were not      15:25:42

Page 246

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    conversations happening between two users that

2    were answering each other's questions; right?

3            MR. WILSON:  Objection.  Leading.

4            THE WITNESS:  Yeah.  It was, like, the

5         problems to start up -- like, basically, to      15:26:05

6         start the project.

7    BY MR. SCHER:

8         Q.  The posts weren't made by third-party

9    users; correct?

10        A.  I don't remember who is Rick, but Nikita      15:26:17

11   is me.

12        Q.  The posts were made to set an example for

13   how hub.open.ai might be used; right?

14        A.  Yes.  The idea was, yeah, to start up the

15   project.                                              15:26:43

16           MR. SCHER:  One more exhibit before the

17        break.  I'd like you to take a look at

18        Exhibit 39.

19           (Exhibit 39 was received and marked

20           for identification on this date and is      15:27:09

21           attached hereto.)

22           THE WITNESS:  Yeah, I see it.

23   BY MR. SCHER:

24        Q.  Have you seen this document before?

25        A.  I don't think so.                            15:27:25

                                            Page 247

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              Yeah, I don't -- I don't recall it.

 2        Q.   It's --

 3        A.   Yeah, that's hub.  Yeah, that's a hub.

 4   Yeah, that's a hub from mobile device.

 5        Q.   These are the hub.open.ai posts from a      15:27:44

 6   mobile device; right?

 7        A.   Yes.

 8        Q.   Did you ever do any coding regarding the

 9   hub.open.ai mobile device appearance?

10        A.   I don't remember.  But -- yeah, I don't     15:27:57

11   remember, to be honest.

12        Q.   But you, as a developer of hub.open.ai,

13   understand that there were mobile pages for

14   hub.open.ai; correct?

15        A.   Sorry.  It was -- there was no dedicated     15:28:13

16   mobile pages, but you could open website from

17   different devices.

18        Q.   Right.

19              You could visit hub.open.ai from your

20   phone?                                                15:28:28

21        A.   Yes.  I think it should work on your

22   phone.

23        Q.   And this Exhibit 39, these are

24   screenshots from a mobile device of the posts on

25   hub.open.ai that we just look at; right?              15:28:39
```

Page 248

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        it.  Yeah.

 2    BY MR. SCHER:

 3        Q.  On page 3, there is a section,

 4    Section 10, advertisements.

 5            Can you let me know when you're there.        15:50:10

 6        A.  Yes, I can see.

 7        Q.  And you see that it says, [as read]:

 8            "Company_short_name reserves the right to

 9        display advertisements on your content unless

10        you have purchased an ad-free upgrade or a        15:50:25

11        services account."

12            Do you see that?

13        A.  Yes.

14        Q.  Did anyone ever pay for an ad-free

15    upgrade?                                              15:50:36

16        A.  I don't know.

17        Q.  Did anyone ever pay for a services

18    account?

19        A.  I don't know.

20        Q.  Was there ever an option for anyone to        15:50:44

21    pay for anything on hub.open.ai?

22            MR. CUNNINGHAM:  Objection.  Calls for

23        speculation.

24            THE WITNESS:  I don't know.

25            MR. WILSON:  Join.                            15:50:55
```

                                              Page 256

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              THE WITNESS:  I don't know.
 2     BY MR. SCHER:
 3         Q.  You're the core engineer of Mr. Ravine's
 4     team; right?
 5         A.  Yes.                                    15:51:05
 6         Q.  Did you ever design anything for anyone
 7     to pay for anything on hub.open.ai?
 8         A.  I don't remember.
 9         Q.  Do you remember if there was ever an
10     option for anyone to pay for anything on any      15:51:21
11     open.ai website or subdomain?
12         A.  I don't remember.
13         Q.  So sitting here today, you cannot
14     remember if there was ever an option for anyone to
15     pay anything on an open.ai website; correct?     15:51:47
16         A.  Yeah, correct.  I can't -- I can't recall
17     anything like this.
18         Q.  Were any ads ever displayed on any
19     open.ai website or subdomain?
20              MR. CUNNINGHAM:  Objection.  Calls for   15:52:03
21         speculation.
22              MR. WILSON:  Join.
23              THE WITNESS:  I don't know.
24     BY MR. SCHER:
25         Q.  You never designed anything for an        15:52:15
```

Page 257

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   open.ai website to display ads; correct?

 2        A.  Yes.  I don't remember anything like

 3   this.

 4            MR. SCHER:  All right.  I just uploaded

 5        Exhibit 41, but I accidentally did not          15:52:44

 6        include a stamp again.  So I would ask that

 7        Veritext add one after the deposition is

 8        over.

 9            (Exhibit 41 was received and marked

10            for identification on this date and is     15:52:58

11            attached hereto.)

12   BY MR. WILSON:

13        Q.  Can you please let me know when you've

14   opened Exhibit 41.

15        A.  Yeah, I could see it.                       15:53:07

16        Q.  Do you recognize this document?

17        A.  Yes.  It looks like FAQ section from Open

18   AI app.

19        Q.  It's the FAQ section from hub.open.ai?

20        A.  Yes.                                        15:53:24

21        Q.  Did you write any of the FAQ section of

22   hub.open.ai?

23        A.  I don't remember.

24        Q.  Do you remember who wrote the FAQ section

25   of hub.open.ai?                                      15:53:37
```

Page 258

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                   *** ERRATA SHEET ***

2    NAME OF CASE:  OPENAI, INC VS. OPEN ARTIFICIAL

3    INTELLIGENCE, INC

4    DATE OF DEPOSITION:  DECEMBER 6, 2024

5    NAME OF WITNESS:  NIKITA GAER

6    Reason Codes:

7              1.  To clarify the record.

8              2.  To conform to the facts.

9              3.  To correct transcription errors.

10

11   PAGE   LINE      FROM           TO          REASON

12   ____|_____|_____|_____|_____

13   ____|_____|_____|_____|_____

14   ____|_____|_____|_____|_____

15   ____|_____|_____|_____|_____

16   ____|_____|_____|_____|_____

17   ____|_____|_____|_____|_____

18   ____|_____|_____|_____|_____

19   ____|_____|_____|_____|_____

20                         _____

21   Subscribed and sworn before me

22   This____day of_____,20__.

23

24   _____     _____

25   (Notary Public)          My Commission Expires:


                                      Page 278
```

| Page | Line | From | To | Reason |
|---|---|---|---|---|
| 32 | 24 | Actually, I **can** give you exact numbers because I | Actually, I **can't** give you exact numbers because I | 3 |
| 34 | 19 | be, like, a discussion of **some years** or some | be, like, a discussion of **something** or some | 3 |
| 40 | 16 | Let me think. So there was **Badim** -- | Let me think. So there was **Vadim** -- | 3 |
| 40 | 25 | definitely was a guy named **Badim**. | definitely was a guy named **Vadim**. | 3 |
| 41 | 2 | **Zagorschi**, that was the person who worked on some | **Zagorski**, that was the person who worked on some | 3 |
| 41 | 6 | Yeah, so -- so **Victor Zagorschi**. There | Yeah, so -- so **Victor Zagorski**. There | 3 |
| 41 | 7 | was **Badim**. There was Andrey. Yeah, I think those | was **Vadim**. There was Andrey. Yeah, I think those | 3 |
| 45 | 2 | Open AI logo on it. **They've** already called it | Open AI logo on it. **We've** already called it | 3 |
| 45 | 14 | At some point, **they** put a password -- put | At some point, **we** put a password -- put | 3 |
| 46 | 11 | Wait, wait. Sorry. Can you **identify** | Wait, wait. Sorry. Can you **clarify** | |
| 47 | 2 | A. So, I mean, after **they** put this behind a | A. So, I mean, after **we** put this behind a | |
| 47 | 19 | least one person. There was Anton **Pavlovsky** that | least one person. There was Anton **Frolovsky** that | |
| 50 | 10 | We deployed it to **decentralize at Open** | We deployed it to **decentralized.open.ai** | |
| 51 | 1 | project called **editpad** [phonetic], so -- which we | project called **etherpad** [phonetic], so -- which we | |
| 51 | 11 | that. So we had a **talks** functionality here. We | that. So we had a **tasks** functionality here. We | |
| 51 | 15 | technically run the code **on** the models on this | technically run the code **of** the models on this | |
| 54 | 21 | it's really innovative **process** for this time. And | it's really innovative **project** for this time. And | |
| 55 | 8 | I said, we use **editpad** [phonetic] project. So we | I said, we use **etherpad** [phonetic] project. So we | |
| 55 | 18 | So then was the **resign**. So we | So then was the **design**. So we | |
| 55 | 19 | implemented nice **resign** -- nice modern design, | implemented nice **design** -- nice modern design, | |
| 56 | 14 | **felt** on the rewards system, which I think was | **worked** on the rewards system, which I think was | |
| 63 | 4 | There was Peter. There was **Yunis**. There was | There was Peter. There was **Joonas**. There was | |
| 64 | 15 | A. There was also Dennis and **Yunis. Yunis** | A. There was also Dennis and **Joonas. Joonas** | |
| 67 | 1 | allows you to **think** happen, but you have to build | allows you to **things** happen, but you have to build | |
| 71 | 16 | So basically, it's a three main **thesis**. It's a | So basically, it's a three main **things**. It's a | |
| 71 | 18 | model. Second thing is API and **date** storage. And | model. Second thing is API and **data** storage. And | |
| 77 | 24 | inside, like, **books**. And basically -- yeah, it's, | inside, like, **textbox**. And basically -- yeah, it's, | |
| 90 | 15 | Diffusion. He was **selling** what's -- like, he | Diffusion. He was **saying** what's -- like, he | |
| 93 | 6 | A. So it's available on **LinkedIn** only. | A. So it's available on **internally** only. | |
| 99 | 9 | like **service-side** developer, like, who we work | like **server-side** developer, like, who we work | |
| 99 | 12 | A. It's **here**. He. | A. It's **he**. He. | |
| 100 | 13 | like, service provider called **bad grid** [ph} or | like, service provider called **ByteGrid** [ph} or | |
| 101 | 19 | A. Yeah. It's, again, relates to **bad grid**, | A. Yeah. It's, again, relates to **ByteGrid**, | |
| 145 | 18 | April -- in May **2024**. So that's how we met. | April -- in May **2014**. So that's how we met. | |
| 146 | 21 | A. Sorry. Can you **verify** what you mean? | A. Sorry. Can you **clarify** what you mean? | |
| 153 | 25 | A. I don't -- I **can** tell -- I mean, I don't | A. I don't -- I **can't** tell -- I mean, I don't | |
| 154 | 3 | think we just most likely had couple of **sessions**, | think we just most likely had couple of **issues**, | |
| 175 | 17 | remember when **they** put it behind the password. So | remember when **we** put it behind the password. So | |
| 182 | 21 | earlier today, Anton **Pavlovsky**, helped a little | earlier today, Anton **Frolovsky**, helped a little | |
| 189 | 20 | **editpad**. So I had to rewrite most of it to makes | **etherpad**. So I had to rewrite most of it to makes | |
| 190 | 5 | like, **not part** which could run the code. So lot | like, **notebook** which could run the code. So lot | |
| 194 | 23 | project which we had here initially when we **raise** | project which we had here initially when we **released** | |
| 198 | 12 | released on this **stage in Open AI**. | released on this **staging.open.ai.** | |
| 202 | 22 | it was original Boom, but then **they** put it to the | it was original Boom, but then **we** put it to the | |
| 202 | 23 | Open AI. So **they** separated it. | Open AI. So **we** separated it. | |
| 229 | 22 | A. Yeah. Yes. It's actually **dirty**. Yeah, | A. Yeah. Yes. It's actually **blurry**. Yeah, | |
| 229 | 23 | it's actually quite **dirty**, but I could guess it's | it's actually quite **blurry**, but I could guess it's | |
| 252 | 22 | A. So as I **saw** before -- so it was based on | A. So as I **said** before -- so it was based on | |
| 259 | 21 | A. I **can** tell it was designed for | A. I **can't** tell it was designed for | |
| 274 | 15 | approach. So **they** change it this way, and we | approach. So **we** change it this way, and we | |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    STATE OF CALIFORNIA      )

 2                             (      ss.

 3    COUNTY OF LOS ANGELES    )

 4

 5         I, RENEE HARRIS, do hereby certify that I

 6    am a licensed Certified Shorthand Reporter, duly

 7    qualified and certified as such by the State of

 8    California;

 9       That prior to being examined, the witness named

10    in the foregoing deposition was by me duly sworn

11    to testify to tell the truth, the whole truth, and

12    nothing but the truth;

13       That the said deposition was by me recorded

14    stenographically;

15       And the foregoing pages constitute a full,

16    true, complete and correct record of the testimony

17    given by the said witness;

18            That I am a disinterested person, not

19    being in any way interested in the outcome of said

20    action, or connected with, nor related to any of

21    the parties in said action, or to their respective

22    counsel, in any manner whatsoever.

23

24                    Renee Harris, CSR, CCR, RPR
                       CA CSR No. 14168,
25                     NJ CCR No. 30XI00241200
```

Page 280