| | |
|---|---|
| Jason H. Wilson (Bar No. 140269) | Joshua M. Masur (Bar No. 203510) |
| jwilson@willenken.com | joshua.masur@hglaw.com |
| Ashley L. Kirk (Bar No. 291012) | HALEY GUILIANO LLP |
| akirk@willenken.com | 111 North Market Street, Suite 900 |
| David S. Harris (Bar No. 255557) | San Jose, California 95113 |
| dharris@willenken.com | Telephone: (669) 213-1056 |
| Breeanna N. Brewer (Bar No. 312269) | |
| bbrewer@willenken.com | |
| Michelle K. Millard (Bar No. 298245) | |
| mmillard@willenken.com | |
| WILLENKEN LLP | |
| 707 Wilshire Blvd., Suite 4100 | |
| Los Angeles, California 90017 | |
| Telephone: (213) 955-9240 | |

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation, | Case No.: 4:23-cv-03918-YGR |
| Plaintiff, | Assigned to the Hon. Yvonne Gonzalez Rogers |
| v. | **DECLARATION OF SERGEY BELKIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual, | |
| Defendants. | |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual, | Date: June 17, 2025<br>Time: 2:00 p.m.<br>Ctrm: 1 – 4th Floor |
| Counterclaimants, | |
| v. | |
| OPENAI, INC., a Delaware corporation; SAMUEL ALTMAN, an individual; and GREGORY BROCKMAN, an individual, | |
| Counterclaim-Defendants. | |

**DECLARATION OF SERGEY BELKIN**

I, Sergey Belkin, declare as follows:

1. I have personal knowledge of the facts set forth herein, which are known by me and to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I received a Bachelor's degree with a specialty in Information Technology from Moscow Aviation University in 2006. I received a Master's degree in Program Management from the Higher School of Economics in Moscow, Russia, in 2008. I initially worked as a programmer/developer and then moved to digital design in 2008.

3. I first worked with Guy Ravine during 2013-2014 on a project called Video.io. Video.io was a company that developed a mobile video platform that offered a number of features, such as instant video playback with zero buffering, the ability to record and edit videos in segments, group video calls, and others.

4. I first saw the Open AI brand in March 2015. This was in connection with the initial collaboration tool for Open AI. Mr. Ravine asked me to design the Open AI logo and the landing page for the open.ai website. My understanding was that Open AI was a knowledge sharing platform that utilized artificial intelligence. The landing page was the entry to the platform for people who wanted to participate.

5. In September 2015, Mr. Ravine hired me to create a brochure for Open AI school. I included in the brochure a screenshot of the initial collaboration tool. Attached hereto as **Exhibit 1** is a true and correct copy of the page of the Open AI brochure that includes the screenshot I took of the collaborative tool in September 2015. The screenshot of the Open AI collaborative tool is at the center of the page.

6. In 2017, Mr. Ravine hired me to create the design for a product called Decentralized, which I understood to be a means by which people could collaborate in trying to solve problems. I understood that Decentralized was part of the Open AI brand. I created the user interface for Decentralized.

7. I was compensated for all of the work I did for Mr. Ravine, including the work I performed that was connected to Open AI.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on April 28, 2025, at Moscow, Russia.

_____
SERGEY BELKIN