| | |
|---|---|
| Jason H. Wilson (Bar No. 140269) | Joshua M. Masur (Bar No. 203510) |
| jwilson@willenken.com | joshua.masur@hglaw.com |
| Ashley L. Kirk (Bar No. 291012) | HALEY GUILIANO LLP |
| akirk@willenken.com | 111 North Market Street, Suite 900 |
| David S. Harris (Bar No. 255557) | San Jose, California 95113 |
| dharris@willenken.com | Telephone: (669) 213-1056 |
| Breeanna N. Brewer (Bar No. 312269) | |
| bbrewer@willenken.com | |
| Michelle K. Millard (Bar No. 298245) | |
| mmillard@willenken.com | |
| WILLENKEN LLP | |
| 707 Wilshire Blvd., Suite 4100 | |
| Los Angeles, California 90017 | |
| Telephone: (213) 955-9240 | |

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Defendants. | Case No.: 4:23-cv-03918-YGR<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF ERIC COLE, DPS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Counterclaimants,<br><br>v.<br><br>OPENAI, INC., a Delaware corporation; SAMUEL ALTMAN, an individual; and GREGORY BROCKMAN, an individual,<br><br>Counterclaim-Defendants. | Date: June 17, 2025<br>Time: 2:00 p.m.<br>Ctrm: 1 – 4th Floor |

Case No.: 4:23-cv-03918-YGR

DECLARATION OF ERIC COLE

**DECLARATION OF ERIC COLE, DPS**

I, Eric Cole, DPS, declare as follows:

1. I am the CEO of Secure Anchor Consulting LLC, a cybersecurity consulting firm. I have personal knowledge of the facts set forth herein, which are known by me and to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I have been retained by counsel for Defendants Open Artificial Intelligence, Inc. and Guy Ravine (jointly, "Defendants") to provide expert opinion in rebuttal to certain of the opinions proffered by Plaintiff and Counterclaim-Defendant OpenAI, Inc.'s expert Dr. Seth James Nielson. Specifically, I have been asked to provide my technical view, analysis, insights, and opinions in rebuttal to Dr. Nielson's opinion in paragraph 59 of his opening report that, had Defendants' "Initial Collaboration Tool" been operational, "data sources would be expected to exist" today.

3. Attached hereto as **Exhibit 1** is a true and correct copy of my rebuttal expert report dated February 20, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed on April 28, 2025.

_____
ERIC COLE, DPS