| | |
|---|---|
| Jason H. Wilson (Bar No. 140269) | Joshua M. Masur (Bar No. 203510) |
| jwilson@willenken.com | joshua.masur@hglaw.com |
| Ashley L. Kirk (Bar No. 291012) | HALEY GUILIANO LLP |
| akirk@willenken.com | 111 North Market Street, Suite 900 |
| David S. Harris (Bar No. 255557) | San Jose, California 95113 |
| dharris@willenken.com | Telephone:  (669) 213-1056 |
| Breeanna N. Brewer (Bar No. 312269) | |
| bbrewer@willenken.com | |
| Michelle K. Millard (Bar No. 298245) | |
| mmillard@willenken.com | |
| WILLENKEN LLP | |
| 707 Wilshire Blvd., Suite 4100 | |
| Los Angeles, California 90017 | |
| Telephone:  (213) 955-9240 | |

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation, | Case No.: 4:23-cv-03918-YGR |
| Plaintiff, | Assigned to the Hon. Yvonne Gonzalez Rogers |
| v. | **DECLARATION OF NIKITA GAER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual, | |
| Defendants. | . |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual, | Date:     June 17, 2025 |
| Counterclaimants, | Time:     2:00 p.m. |
| v. | Ctrm:     1 – 4th Floor |
| OPENAI, INC., a Delaware corporation; SAMUEL ALTMAN, an individual; and GREGORY BROCKMAN, an individual, | |
| Counterclaim-Defendants. | |

# DECLARATION OF NIKITA GAER

I, Nikita Gaer, declare as follows:

1. I have personal knowledge of the facts set forth herein, which are known by me and to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I am a software developer, and develop websites, web applications, and other related products and services. I am proficient in multiple computer code languages, including JavaScript, Java, TypeScript, Python, Swift, Objective-C, C++ and others. I received a Master's Degree in Engineering in 2009 from the Volga State University of Telecommunications and Informatics in Russia. I have worked in the computer industry for more than fifteen years.

## My Work With Guy Ravine and Open AI

3. I first began working with Guy Ravine in May 2014 and have worked with him from that time through the present. I generally worked for him 40 hours per week, although sone weeks I worked more hours and some weeks fewer hours.

4. The first project I worked with him on was called We Communicate. That project involved a video communication application, where people could record video messages and send them to others.

5. In April 2015, I started working with Mr. Ravine on an open artificial intelligence initiative. He showed me a webpage that had the Open AI logo, and had content that described artificial intelligence technology. I saw this webpage was on a domain name associated with Mr. Ravine's Wikineering project, which was a collaborative workspace for different engineering projects. It is my understanding that the project I saw on the Wikineering site in 2015 has been referred to as the "Initial Collaboration Tool" in this lawsuit.

6. The purpose of the Initial Collaboration Tool on the Wikineering site, and ultimately the Open AI technology, was to allow people to collaboratively work on artificial intelligence ("AI") projects. Mr. Ravine's vision was that, by allowing people to have access to AI technologies, no one company would control AI technology in the future.

7. I worked on creating the Open AI launch page at Open.ai with Sergey Belkin in April 2015. Mr. Belkin created the graphic design for the webpage. In May 2015, I added a sign-up form where people could sign up using their email addresses.

8. I was paid for the work I did for Mr. Ravine. Attached hereto as **Exhibit 1** are true and correct copies of certain bank records that reflect certain of the payments I received during the period 2015 to 2024 for work I did for Mr. Ravine. At least half of that work related to work I performed on the Open AI project.

9. Attached hereto as **Exhibit 2** are true and correct copies of certain of the invoices I sent to Mr. Ravine from 2016through 2024 for some of the work I did for him.

10. In total, I was paid more than $550,000 for the work I performed for Mr. Ravine's various Open AI projects from 2015 through 2024.

## Hub Collaboration Tool

11. I worked on several different projects related to Open AI in 2016. One of those projects was an upgraded collaboration tool, where people could post problems they were trying to solve and other people could post solutions. Basically, it allowed people to work together to build something. People could "chat" with each other to collaborate on the project.

12. I worked on that upgraded collaboration tool in January and February 2016. I wrote it in Node.js, which is an open source JavaScript runtime environment that can run on multiple platforms, such as Windows, Linux, macOS and others. This upgraded tool was not released publicly.

13. In the summer of 2016, I worked on the second upgrade of the collaboration tool. That version utilized an open-source tool called Discourse, which was a community-based platform in which people could form communities regarding different topics. This second upgraded collaboration tool was made available to the public at least as early as September 2016 at the subdomain hub.open.ai. Hub prominently featured the Open AI logo.

14. Hub was written in the Ruby programming language.

15. To launch discussions on the Hub tool, I copied a conversation from Github. This

conversation was posted on the tool, and accessible to the public at the time of posting. I did not create a mock up of the Hub tool, or any other re-creation, for the purposes of any trademark application filed by Mr. Ravine.

**Evolved Collaboration Tool**

16.   I started working on the third upgraded collaboration tool in December 2016, which was called the Evolved Collaboration Tool. The Evolved Collaboration Tool was an updated version of the Collaboration Tool. For example, it operated in real time, so multiple people could type in the document at the same time, and those additions or revisions could be seen by others in real time, similar to the current version of Google docs. There was also a hierarchy of documents in this iteration, so different documents could be connected in the same thread. This version of the tool also had chat room functions.

17.   The Evolved Tool was launched and available to the public in January 2017. The webpage that contained this tool displayed the "Open AI" logo. People did not need to register with the site to be able to use the tool, and could use it anonymously if they wished. Users also had the option of providing their email addresses, but that was not required. I've seen a database of the email addresses that were provided. I could tell from database records and access logs that there was a lot of use of this project.

18.   We occasionally received resumes from people who were seeking positions with the plaintiff. To attempt to address this issue, I placed a temporary redirect on the open.ai home page, which directed people to the plaintiff's website. Our subdomains, which contained our products, such as beta.open.ai, decentralized.open.ai and hub.open.ai, were not affected by the redirect and continued to remained active. After the redirect started, Mr. Ravine asked me to stop it, which I did. Unfortunately, due to a misconfiguration, although the redirect stopped with respect to secure traffic to our website, unsecured traffic continued to be re-directed to plaintiff's website. The vast majority of the traffic on our website was secured, so we did not notice this issue.

19.   This third version of the tool was functional continuously from its launch until

1  this lawsuit.  In around 2023, we put a password on the tool because people were abusing it by
2  deleting documents or taking other destructive acts.

### Decentralized Collaboration Tool

4  20.    In 2017, I began working on a project called Decentralized, which in some ways
5  was an evolution from the third version of the collaboration tool.  It was called Decentralized
6  because like the ethos of the development of the earlier collaboration tools, it allowed
7  entrepreneurs to collaborate on AI projects without the sponsorship of a large employer.

8  21.    Decentralized worked much faster than the Evolved Collaboration Tool and had a
9  nicer design.  It also had more functionality, such as a chat function, discussion boards, and the
10 ability to add comments.  We also added the ability for people to assign tasks to each other.
11 Attached hereto as **Exhibit 3** is a true and correct copy of an email chain dated August 9, 2017,
12 between me and Mr. Ravine regarding the task functionality for Decentralized.   In addition,
13 users could run code and artificial intelligence and machine learning algorithms see its execution
14 on the platform.  Sergey Belkin worked with me on the design and also on the mobile version.
15 Attached hereto as **Exhibit 4** is true and correct copy of an email chain dated September 26,
16 2017, among me, Mr. Ravine and Mr. Belkin regarding Decentralized.

17 22.    Decentralized was made available to the public in the fall of 2017.  The Open AI
18 logo was displayed in conjunction with Decentralized.  As with the third version of the
19 collaboration tool, users could participate anonymously or they could provide their name and
20 email address.

21 23.    I worked on Decentralized from 2017 to 2020, for a total of approximately 3.5
22 years. I spent thousands of hours on it during that period. It was an important project, had lots of
23 functionality and was very advanced.  It was a very innovative process for that time.

24 24.    Decentralized was publicly available until the injunction was entered in this case.

### Boom and Woahh!

26 25.    In 2020, I began working on a product called Boom, which was a video
27 communication app.  Basically, a user could record videos and send it to other individuals or

1  channels.  A number of other people worked with me on Boom, including someone who worked
2  on a mobile application, at least three people who worked on the web and server, and someone
3  who worked on a desktop application.

4      26.    In January 2022, Mr. Ravine and a woman named Rachel Kim were working on a
5  an artificial intelligence image generation project which was internally called Woahhh!.  Ms.
6  Kim was a graphic designer who worked with Mr. Ravine on a number of products, including
7  Boom, Woahhh!, Ava, Open AI tools, and chatbots.  My understanding is that Mr. Ravine had
8  started researching artificial intelligence image generation in 2021 as a precursor to this project.

9      27.    In the spring of 2022, I saw the design of the project that Mr. Ravine and Ms. Kim
10  had created.  It involved artificial intelligence in that the user would provide a prompt, and the
11  model would create an image based on the prompt.  I started working on the image generation
12  project in the summer of 2022 and worked on it until the injunction was entered in this case,
13  including after its initial release to the public.  Other people who worked on the project included
14  Ms. Kim and Mattia Iavarone.

15      28.    In creating the image generator, we used a publicly available artificial intelligence
16  model called Stable Diffusion.  Stable Diffusion is a piece of software that can be used as a
17  component for an image generation product, but it does not actually generate images itself.
18  Many pieces have to be built around it to actually generate images.  It's an important piece of the
19  project, but only one of the many pieces that are necessary for a workable artificial intelligence
20  image generator.  Among other things, we had to create the software infrastructure, create the
21  applications, had to scale the project, and had to get all of our sources to run it.  I spent about a
22  year total working on the image generator, but the initial version was publicly available on the
23  open.ai website by November 2022.

24      29.    The initial version allowed users to generate images.  Over time, we continuously
25  made improvements.  We improved the quality of the images, so they could be shown full
26  screen.  We added more functionality, for example, enabling users to share the images they
27  created with others, and to modify images created by others.  We added more controls over the
28

image generation so users could fine tune the results. We also created a kind of QR code which allowed users to make a drawing of something, take a photo with their phone, download it to the website and the image generator would create an image based on the drawing.

30. Although other image generators existed at the time, ours was publicly available, and anyone could use it without paying a subscription fee. In addition, our image generator was very fast and the quality of the images was very good, and continuously improved over time.

31. The image generator was initially made part of Boom in August 2022, but we subsequently decided to make it a separate product. It became available on the open.ai website as a standalone product in November 2022. People could use it anonymously.

### Ava

32. The next AI project I worked on for Mr. Ravine was a voice chat product called Ava. Users could press a button and speak to it, and the AI would respond verbally. We initially started it as a text chat, but then made it a voice chat. Attached hereto as **Exhibit 5** is true and correct screenshot of the webpage for Ava.

33. I started working on Ava around the end of May 2023 and it became publicly available in June. We continued working on it through the summer to improve it. I spent at least three months working on it full time. One of the improvements we made were to give Ava the capability of displaying images in her reply. Attached hereto as **Exhibit 6** is true and correct copy of the image generator with Ava.

34. We also added a presentation functionality, for example, if the user asked for a recipe, she could display the actual text of a recipe and explain the steps to create the dish. We also developed a committee functionality, which was basically a committee of experts. For example, if someone asked Ava how to play the guitar, a series of experts would appear to provide advice, such as the best guitar for a beginner, how to learn to play, etc. I'm not aware of any other voice chatbot that existed at that time or currently that had this committee functionality.

35. The Ava project was very complicated. It involved multiple types of computer

1  languages, including JavaScript, Node.js., Python, and SQL.

2      I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct, and that this declaration is executed on April 30, 2025, at Samara,
4  Russia.

                                                  NIKITA GAER