| | |
|---|---|
| Jason H. Wilson (Bar No. 140269) | Joshua M. Masur (Bar No. 203510) |
| jwilson@willenken.com | joshua.masur@hglaw.com |
| Ashley L. Kirk (Bar No. 291012) | HALEY GUILIANO LLP |
| akirk@willenken.com | 111 North Market Street, Suite 900 |
| David S. Harris (Bar No. 255557) | San Jose, California 95113 |
| dharris@willenken.com | Telephone: (669) 213-1056 |
| Breeanna N. Brewer (Bar No. 312269) | |
| bbrewer@willenken.com | |
| Michelle K. Millard (Bar No. 298245) | |
| mmillard@willenken.com | |
| WILLENKEN LLP | |
| 707 Wilshire Blvd., Suite 4100 | |
| Los Angeles, California 90017 | |
| Telephone: (213) 955-9240 | |

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation, | Case No.: 4:23-cv-03918-YGR |
| Plaintiff, | Assigned to the Hon. Yvonne Gonzalez Rogers |
| v. | **DECLARATION OF ALAN G. GOEDDE, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual, | |
| Defendants. | |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual, | Date: June 17, 2025<br>Time: 2:00 p.m.<br>Ctrm: 1 – 4th Floor |
| Counterclaimants, | |
| v. | |
| OPENAI, INC., a Delaware corporation; SAMUEL ALTMAN, an individual; and GREGORY BROCKMAN, an individual, | |
| Counterclaim-Defendants. | |

Case No.: 4:23-cv-03918-YGR
DECLARATION OF ALAN G. GOEDDE, PH.D.

## DECLARATION OF ALAN G. GOEDDE, PH.D.

I, Alan G. Goedde, Ph.D., declare as follows:

1. I am a member of the firm Freeman & Mills, Incorporated, an accounting, economics, and management consulting firm. I have personal knowledge of the facts set forth herein, which are known by me and to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I have been retained by counsel for Defendants Open Artificial Intelligence, Inc. and Guy Ravine (jointly, "Defendants") to opine on the following in this action:

> The amount of damages, if any, Plaintiff and Counterclaim-Defendant OpenAI, Inc. ("Plaintiff") and Counterclaim-Defendants Sam Altman and Gregory Brockman (hereafter, collectively referred to as "Counterclaim-Defendants") should pay Defendants if Plaintiff and Counterclaim-Defendants are found liable for the claims asserted in the Defendants' Second Amended Counterclaims to Complaint in this matter.

3. Attached hereto as **Exhibit 1** is a true and correct copy of my supplemental expert report dated April 1, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed on April 28, 2025.

_____
ALAN G. GOEDDE, PH.D.