| | |
|---|---|
| Jason H. Wilson (Bar No. 140269) | Joshua M. Masur (Bar No. 203510) |
| jwilson@willenken.com | joshua.masur@hglaw.com |
| Ashley L. Kirk (Bar No. 291012) | HALEY GUILIANO LLP |
| akirk@willenken.com | 111 North Market Street, Suite 900 |
| David S. Harris (Bar No. 255557) | San Jose, California 95113 |
| dharris@willenken.com | Telephone:  (669) 213-1056 |
| Breeanna N. Brewer (Bar No. 312269) | |
| bbrewer@willenken.com | |
| Michelle K. Millard (Bar No. 298245) | |
| mmillard@willenken.com | |

WILLENKEN LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone:  (213) 955-9240

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>    Defendants. | Case No.: 4:23-cv-03918-YGR<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF MATTIA IAVARONE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>    Counterclaimants,<br><br>v.<br><br>OPENAI, INC., a Delaware corporation; SAMUEL ALTMAN, an individual; and GREGORY BROCKMAN, an individual,<br><br>    Counterclaim-Defendants. | Date:     June 17, 2025<br>Time:    2:00 p.m.<br>Ctrm:    1 – 4th Floor |

**DECLARATION OF MATTIA IAVARONE**

I, Mattia Iavarone, declare as follows:

1. I have personal knowledge of the facts set forth herein, which are known by me and to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I am a software engineer. I received a Bachelor's degree in environmental and civil engineering in 2013 from the University of Pisa in Italy. I received a Master's degree in environmental and civil engineering in 2015 from Politecnico di Torino in Torino, Italy.

3. I first had contact with Guy Ravine in 2020. He emailed me and told me that he was looking for an Android mobile developer. He hired me in June of 2020 to do some work in connection with a company called Video.io. He asked me to take care of the Android portion of the system development kit that was called video kit, which was a set of tools that developers could use. I worked on that project for a few years, and during that time, Mr. Ravine asked me to work on other projects as well.

4. When I first started working for Mr. Ravine, I was aware that he had a project called Open AI. I was aware that one of the products that was offered by Open AI was a collaborative tool called Decentralized. I believe the URL was decentralized.open.ai. I learned about this because people who worked for the company had weekly calls in which the developers would talk about what they were doing, and the collaborative tool was discussed in those calls. I didn't work on the collaborative tool, but I tried it. The collaborative tool platform allowed multiple people to collaborate on projects, such as working on a document or develop code.

5. In 2021, Mr. Ravine asked me to work on an application called Boom. Boom was initially a video messaging application that used some of the work from the Video.io system development kit, and then it evolved to include other things as well. For a time, Boom also included an artificial intelligence image generator.

6. A number of other people also worked on Boom, including Rachel Kim who worked on the design aspect. There were several other developers, including Nikita Gaer and

Roman Lebdenko. A person whose name I believe was Mircea Birleanu worked on quality testing.

7. In 2023, I also worked on an application called AVA, which was a social media platform on which users could generate images and share them and comment on them. It also included a component involving an artificial intelligence assistant named Ava which users could talk to, and Ava would respond verbally.

8. The Ava product also had a "committee mode" in which, instead of talking to a single AI assistant, the user would talk to multiple assistants. Each assistant would have a different expertise in the subject the user was interested in. Each AI-based character would provide the user with their particular expertise on the subject and the experts combined would give the user a comprehensive response on the subject that the user had asked about. Committee mode was not available on the mobile version of Ava.

9. I worked on the mobile application aspects of Ava, which meant making Ava operational on the user's mobile devices.

10. I'm currently working for Mr. Ravine on an application called AI Voice Memos. I started working on Voice Memos in April 2024. Voice Memos is a notetaking AI-based tool that creates memos based on verbal input and uses AI to transcribe the text and summary them, so the user can access them later in written form and see different topics, perform text searches, etc.

11. I have been paid on a monthly basis for the work I did for Mr. Ravine. In 2020, I received approximately 7,000 Euros per month. The exact amount varied slightly as our agreement was in U.S. dollars. At some point, the amount changed to 9,000 Euros per month, which is the amount I am currently receiving. Attached hereto as **Exhibit 1** are true and correct copies of invoices I sent to Mr. Ravine. Some of the invoices are from a company called DeepMedia Srl, which is my company. Some of the invoices were addressed to a company called Video Inc., others were addressed to a company called Boom Inc., others were addressed to a company called Open AI, and some were addressed to Mr. Ravine. It was my understanding

1  that Mr. Ravine owned all of the companies to which I sent invoices.  All of the invoices were
2  paid.
3
4        I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct, and that this declaration is executed on April 28, 2025, at Vallo
6  Della Lucania, Italy.
7
8                                              _____
                                                 MATTIA IAVARONE
9