| | |
|---|---|
| Jason H. Wilson (Bar No. 140269)<br>jwilson@willenken.com<br>Ashley L. Kirk (Bar No. 291012)<br>akirk@willenken.com<br>David S. Harris (Bar No. 255557)<br>dharris@willenken.com<br>Breeanna N. Brewer (Bar No. 312269)<br>bbrewer@willenken.com<br>Michelle K. Millard (Bar No. 298245)<br>mmillard@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 4100<br>Los Angeles, California 90017<br>Telephone:  (213) 955-9240 | Joshua M. Masur (Bar No. 203510)<br>joshua.masur@hglaw.com<br>HALEY GUILIANO LLP<br>111 North Market Street, Suite 900<br>San Jose, California 95113<br>Telephone:  (669) 213-1056 |

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Defendants. | Case No.: 4:23-cv-03918-YGR<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF SAM MALEK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Counterclaimants,<br><br>v.<br><br>OPENAI, INC., a Delaware corporation; SAMUEL ALTMAN, an individual; and GREGORY BROCKMAN, an individual,<br><br>Counterclaim-Defendants. | Date:      June 17, 2025<br>Time:      2:00 p.m.<br>Ctrm:      1 – 4th Floor |

## DECLARATION OF SAM MALEK, PH.D.

I, Sam Malek, Ph.D., declare as follows:

1. I am a Full Professor of Software Engineering in the Informatics Department in the School of Information and Computer Sciences at the University of California, Irvine, as well as the Director of the Software Engineering and Analysis Laboratory. I have personal knowledge of the facts set forth herein, which are known by me and to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I have been retained by counsel for Defendants Open Artificial Intelligence, Inc. ("Open AI") and Guy Ravine (jointly, "Defendants") to opine on the following in this action:

   a. Opinion 1. The software products developed by Open AI provide a rich set of features and functionalities that have substantial utility, and certain elements of those products are innovative and novel, or were innovative and novel at the time of their creation.

   b. Opinion 2. The development of six software products by Open AI required significant and substantial engineering effort, spanning many years and requiring Open AI developers to write thousands of lines of custom source code.

3. Attached hereto as **Exhibit 1** is a true and correct copy of my opening expert report dated January 30, 2025.

4. In addition, I have been retained by counsel for Defendants to provide rebuttal opinions in response to the opinions that Plaintiff's expert Dr. Hod Lipson has offered in paragraph 50 of his opening report dated January 30, 2025. Attached hereto as **Exhibit 2** is a true and correct copy of my rebuttal expert report dated February 20, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed on April <u>28</u>, 2025.

_____
SAM MALEK, PH.D.