| | |
|---|---|
| Jason H. Wilson (Bar No. 140269)<br>jwilson@willenken.com<br>Ashley L. Kirk (Bar No. 291012)<br>akirk@willenken.com<br>David S. Harris (Bar No. 255557)<br>dharris@willenken.com<br>Breeanna N. Brewer (Bar No. 312269)<br>bbrewer@willenken.com<br>Michelle K. Millard (Bar No. 298245)<br>mmillard@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 4100<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240 | Joshua M. Masur (Bar No. 203510)<br>joshua.masur@hglaw.com<br>HALEY GUILIANO LLP<br>111 North Market Street, Suite 900<br>San Jose, California 95113<br>Telephone: (669) 213-1056 |

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>    Defendants.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>    Counterclaimants,<br><br>v.<br><br>OPENAI, INC., a Delaware corporation; SAMUEL ALTMAN, an individual; and GREGORY BROCKMAN, an individual,<br><br>    Counterclaim-Defendants. | Case No.: 4:23-cv-03918-YGR<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF KIRK MCMURRAY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    June 17, 2025<br>Time:    2:00 p.m.<br>Ctrm:    1 – 4th Floor |

# DECLARATION OF KIRK MCMURRAY

I, Kirk McMurray, declare as follows:

1. I am co-founder and CEO of Rekall.ai ("Rekall"), a software development company based in New York, New York. Rekall began in 2017 as product-focused machine learning start-up. Today, Rekall operates globally and has more than fifteen senior engineers and data scientists. Implementing software solutions that utilize AI is a critical part of Rekall's business. Our work at Rekall has included building platforms and applications for major partners including WorldQuant, Triple Five Group, Orangetheory Fitness, Sunnova Energy, and Apple. One can view further information about Rekall at our website: www.rekall.ai. I have personal knowledge of the facts set forth herein, which are known by me and to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. In 2000, I earned a bachelor's degree in Psychology and Cognitive Science from Georgetown University. In 2002, I began my Master's education at Harvard University. In 2004, Harvard awarded me a Master's degree in Mind, Brain, and Education. While getting my degree at Harvard, I met Guy Ravine.

3. After Mr. Ravine and I met in the early 2000s, we worked on a number of different projects over the next decade. The projects Mr. Ravine and I worked on included iNeed, a social marketplace, We, a mobile communications product, and Wikineering, a platform to enable collaborative problem solving. Mr. Ravine and I collaborated on these projects at Revolutionary Labs, an incubator of starts ups.

4. Mr. Ravine and I always envisioned that Wikineering would incorporate AI elements. Indeed, Mr. Ravine and I constantly talked about the development of AI during our decade of work together. When Mr. Ravine and I worked together actively, AI was a more specialized and narrow field than it is today, although we both anticipated it would eventually dominate the technology landscape.

5. Over time my work with Mr. Ravine diminished but we kept in touch, and I was familiar with some of Mr. Ravine's continuing work. I recall that around 2015, Mr. Ravine decided to transform our Wikineering platform into a platform that focused on collaborative

1  resolution of artificial intelligence problems.  I further recall that at that time (2015), Mr. Ravine
2  put the Open AI mark on the Wikineering webpage and domain.  I recall visiting the site and
3  seeing the Open AI mark on the Wikineering webpage and domain.
4    6. I understand that full digital copies of the 2015 Open AI platform do not exist.  As
5  someone that has worked in the technology field for the last two decades, this does not surprise
6  me.  Digital footprints can be fleeting.  That said, I can attest that the version of the Open AI
7  collaborative platform excerpted and placed at the center of the document that is attached hereto
8  as **Exhibit 1** conforms with my recollection of the version of Open AI that I saw in use in 2015.
9    7. Moreover, I recall that in 2015, Mr., Ravine was actively working on finding
10 financial support for his Open AI platform so that he could accelerate the development of his
11 platform.  Mr. Ravine has had an active interest in artificial intelligence over the two decades
12 that I have known him.  And Mr. Ravine has focused almost exclusively on AI for the last
13 decade.
14  I declare under penalty of perjury under the laws of the United States of America that the
15 foregoing is true and correct, and that this declaration is executed on April 28, 2025, at New
16 York, New York.

             *Kirk McMurray*
             KIRK MCMURRAY