Jason H. Wilson (Bar No. 140269)
jwilson@willenken.com
Ashley L. Kirk (Bar No. 291012)
akirk@willenken.com
David S. Harris (Bar No. 255557)
dharris@willenken.com
Breeanna N. Brewer (Bar No. 312269)
bbrewer@willenken.com
Michelle K. Millard (Bar No. 298245)
mmillard@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone: (213) 955-9240

Joshua M. Masur (Bar No. 203510)
joshua.masur@hglaw.com
HALEY GUILIANO LLP
111 North Market Street, Suite 900
San Jose, California 95113
Telephone: (669) 213-1056

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>　　　　Defendants.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>　　　　Counterclaimants,<br><br>v.<br><br>OPENAI, INC., a Delaware corporation; SAMUEL ALTMAN, an individual; and GREGORY BROCKMAN, an individual,<br><br>　　　　Counterclaim-Defendants. | Case No.: 4:23-cv-03918-YGR<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF BREEANNA N. BREWER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　June 17, 2025<br>Time:　　2:00 p.m.<br>Ctrm:　　1 – 4th Floor |

Case No.: 4:23-cv-03918-YGR

DECLARATION OF BREEANNA N. BREWER

**DECLARATION OF BREEANNA N. BREWER**

I, Breanna N. Brewer, declare as follows:

1.  I am an attorney duly admitted to practice before this Court and am an associate at Willenken LLP, counsel of record for Defendants Open Artificial Intelligence, Inc. and Guy Ravine ("Defendants") in the above-captioned case. I submit this declaration in support Defendants' Opposition to Plaintiff Open AI, Inc.'s ("Plaintiff") Motion for Summary Judgment against Defendants. I have personal knowledge of the matters stated below and, if called as a witness, I could and would competently testify thereto.

**Deposition Transcripts**

2.  Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Deborah Reynolds, taken on December 11, 2024.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Joel H. Steckel, taken on March 12, 2025.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of Hod Lipson, taken on Mach 12, 2025

5.  Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Nielson, taken on March 21, 2025.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition transcript of Mitzenmacher, taken on March 10, 2025.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition transcript of Scott Swain, taken on March 6, 2025.

8.  Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the deposition transcript of Rebecca McCurry, taken on December 6, 2024.

9.  Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the deposition transcript of Tom Gruber, taken on December 6, 2024

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the deposition transcript of Rachel Park, taken on December 7, 2024

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the deposition transcript of James Dyett, taken on December 10, 2024.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the deposition transcript of Gregory Brockman, taken on January 7, 2025.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the deposition transcript of Sam Altman, taken on December 12, 2024.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the deposition transcript of Janine Korovesis, taken on January 14, 2025.

### Chart of Plaintiff's Products

15. I reviewed Exhibit B to the Declarations of Greg Brockman (Dkt. Nos. 226, 243), which contains a chart that details each of Plaintiff's products and the attached backup material showing how the products were promoted and displayed, including blog posts, product pages, pricing pages, and GitHub pages. I also reviewed the Declaration of James Dyett (Dkt. No .228), which contains additional backup material related to the promotion and display of certain products, including DALL-E and ChatGPT. I then created a chart that goes through each example and indicates whether it prominently displays OpenAI. Attached hereto as **Exhibit 14** is a true and correct copy of that chart.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the Expert Report of Michael Mitzenmacher submitted on February 20, 2025.

### Expert Materials

17. Attached hereto as **Exhibit 16** is a true and correct copy of the Expert Rebuttal Report of Joel H. Steckel, Ph.D., submitted on February 20, 2025.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the Expert Rebuttal Report of Hod Lipson, Ph.D., submitted on February 20, 2025.

### Deposition Exhibits

19. Attached hereto as **Exhibit 18** is a true and correct copy of Exhibit 56 to the deposition of Rebecca McCurry, which is a printout of hub.open.ai that Ms. McCurry created in

February 2022.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Exhibit 57 to the deposition of Rebecca McCurry, which is a printout of decentralized.open.ai that Ms. McCurry created in August 2022.

21. Attached hereto as **Exhibit 20** is a true and correct copy of Exhibit 192 to the deposition of Samuel Altman, which is email correspondence between Ravine, Altman, and Brockman dated December 17, 2015.

22. Attached hereto as **Exhibit 21** is a true and correct copy of Exhibit 409 to the deposition of Joel H. Steckel, Ph.D., which is a research paper dated June 5, 2016.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Exhibit 410 to the deposition of Joel H. Steckel, Ph.D., which is a research paper dated May 27, 2016.

24. Attached hereto as **Exhibit 23** is a true and correct copy of Exhibit 1 to the deposition of Nikita Gaer, which is email correspondence among Ravine, Madlangbayan, and Belkin dated April 9, 2015.

25. Attached hereto as **Exhibit 24** is a true and correct copy of Exhibit 1 to the deposition of Rebecca McCurry, which is the amended Notice of Deposition of Corporate Representative of OpenAI, Inc.

26. Attached hereto as **Exhibit 25** is a true and correct copy of Exhibit 51 to the deposition of Rebecca McCurry, which is email correspondence between Ms. McCurry and the United States Patent and Trademark Office regarding its Nonfinal Office Action regarding the OpenAI mark.

27. Attached hereto as **Exhibit 26** is a true and correct copy of Exhibit 101 to the deposition of Rebecca McCurry, which is a Cyber Background Checks report on Guy Ravine.

28. Attached hereto as **Exhibit 27** is a true and correct copy of Exhibit 179 to the deposition of Gregory Brockman, which is email correspondence between Brockman and Altman dated October 8, 2015.

29. Attached hereto as **Exhibit 28** is a true and correct copy of Exhibit 181 to the

1  deposition of Gregory Brockman, which is email correspondence between Brockman and Altman dated November 24, 2015.

30.  Attached hereto as **Exhibit 29** is a true and correct copy of Exhibit 190 to the deposition of Samuel Altman, which is email correspondence between Brockman, Altman, and Ilya Sutskever dated December 11, 2015.

31.  Attached hereto as **Exhibit 30** is a true and correct copy of Exhibit 193 to the deposition of Samuel Altman, which is email correspondence between Brockman and Altman dated December 17, 2015.

32.  Attached hereto as **Exhibit 31** is a true and correct copy of Exhibit 195 to the deposition of Samuel Altman, which is email correspondence between Ravine and Altman dated March 4, 2022.

33.  Attached hereto as **Exhibit 32** is a true and correct copy of Exhibit 197 to the deposition of Samuel Altman, which is email correspondence between Brockman, Ilya Sutskever, Chris Clark, and Erika Reinhardt dated March 1, 2017.

34.  Attached hereto as **Exhibit 33** is a true and correct copy of Exhibit 265 to the deposition of Janine Korvesis, which is an archive.org capture of https://chatgpt.com on February 28, 2023.

35.  Attached hereto as **Exhibit 34** is a true and correct copy of Exhibit 262 to the deposition of James Dyett, which is a document titled "Worksheet: query-us_api_query-145cb42b4b40" containing data regarding Plaintiff's API users.

36.  Attached hereto as **Exhibit 35** is a true and correct copy of Exhibit 266 to the deposition of James Dyett, which is an image of the website openai.com/chatgpt/pricing.

37.  Attached hereto as **Exhibit 36** is a true and correct copy of Exhibit 270 to the deposition of James Dyett, which is an archive.org capture of https://openai.com, showing that on October 31, 2022, the OpenAI Mark did not appear on the upper lefthand corner of either the DALL-E 2 website, http://openai.com/dall-e-2/, or Plaintiff's blog, https://openai.com/blog/chatgpt

38. Attached hereto as **Exhibit 37** is a true and correct copy of Exhibit 272 to the deposition of James Dyett, which is a presentation titled "OpenAI/ChatGPT Brand Perceptions" dated October 2023.

39. Attached hereto as **Exhibit 38** is a true and correct copy of Exhibit 273 to the deposition of James Dyett, which is a presentation titled "Brand Awareness & Perceptions" dated May 2024.

40. Attached hereto as **Exhibit 39** is a true and correct copy of Exhibit 452 to the deposition of Hod Lipson, which is Google Scholar search for research papers that cite to Plaintiff's research paper about Gym.

41. Attached hereto as **Exhibit 40** is a true and correct copy of Exhibit 453 to the deposition of Hod Lipson, which is an image of the page at https://github.com/gym/stargazers.

42. Attached hereto as **Exhibit 41** is a true and correct copy of Exhibit 26 to the deposition of Nikita Gaer, which is an image of an announcement of Open AI.

43. Attached hereto as **Exhibit 42** is a true and correct copy of Exhibit 61 to the deposition of Tom Gruber, which is an email between Ravine and Gruber dated May 9, 2015.

44. Attached hereto as **Exhibit 43** is a true and correct copy of Exhibit 62 to the deposition of Tom Gruber, which is a declaration of Thomas Gruber filed in this matter at Dkt. 78.

45. Attached hereto as **Exhibit 44** is a true and correct copy of Exhibit 166 to the deposition of Guy Ravine, which is a Trademark/Service Mark Application for the Principal Register dated 12/11/2015.

46. Attached hereto as **Exhibit 45** is a true and correct copy of Exhibit 108 to the deposition of Yedam Rachel Park, which is a Wage and Tax Statement for 2020.

47. Attached hereto as **Exhibit 46** is a true and correct copy of Exhibit 109 to the deposition of Yedam Rachel Park, which is is a Wage and Tax Statement for 2021.

48. Attached hereto as **Exhibit 47** is a true and correct copy of Exhibit 110 to the deposition of Yedam Rachel Park, which is a 1099-NEC for 2021.

49. Attached hereto as **Exhibit 48** is a true and correct copy of Exhibit 111 to the deposition of Yedam Rachel Park, which is a 1099-NEC for 2022.

50. Attached hereto as **Exhibit 49** is a true and correct copy of Exhibit 112 to the deposition of Yedam Rachel Park, which is a revised a 1099-NEC for 2022.

### Discovery Responses

51. Attached hereto as **Exhibit 50** is a true and correct copy of Plaintiff's Responses to Defendant Open Artificial Intelligence, Inc.'s Interrogatories (Set One).

52. Attached hereto as **Exhibit 51** is a true and correct copy of Plaintiff's Responses to Defendant Open Artificial Intelligence, Inc.'s Requests for Admission (Set One).

### Documents Produced by Plaintiff in Discovery

53. Attached hereto as **Exhibit 52** is a true and correct copy of a document produced by Plaintiff, Bates stamped OPENAI_RAV-00000001.

54. Attached hereto as **Exhibit 53** is a true and correct copy of a document produced by Plaintiff, Bates stamped OPENAI_RAV-00000997.

55. Attached hereto as **Exhibit 54** is a true and correct copy of a document produced by Plaintiff, Bates stamped OPENAI_RAV-00001786.

56. Attached hereto as **Exhibit 55** is a true and correct copy of a document produced by Plaintiff, Bates stamped OPENAI_RAV-00001829.

57. Attached hereto as **Exhibit 56** is a true and correct copy of a document produced by Plaintiff, Bates stamped OPENAI_RAV-00002789.

58. Attached hereto as **Exhibit 57** is a true and correct copy of a document produced by Plaintiff, Bates stamped OPENAI_RAV-00003339.

59. Attached hereto as **Exhibit 58** is a true and correct copy of a document produced by Plaintiff, Bates stamped OPENAI_RAV-00022197.

### Documents Produced by Defendants in Discovery

60. Attached hereto as **Exhibit 59** is a true and correct copy of a document produced by Defendants, Bates stamped RAVINE000069.

61. Attached hereto as **Exhibit 60** is a true and correct copy of a document produced by Defendants, Bates stamped RAVINE0001844.

62. Attached hereto as **Exhibit 61** is a true and correct copy of a document produced by Defendants, Bates stamped RAVINE0030669.

63. Attached hereto as **Exhibit 62** is a true and correct copy of a document produced by Defendants, Bates stamped RAVINE0000017

64. Attached hereto as **Exhibit 63** is a true and correct copy of a document produced by Defendants, Bates stamped Ex. RAVINE0117422

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on April 30, 2025, at Los Angeles, California.

BREEANNA N. BREWER