# EXHIBIT 1

**Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4    OPENAI, INC., a Delaware
      corporation,
 5                 Plaintiff,
              vs.
 6    OPEN ARTIFICIAL INTELLIGENCE,
      INC., a Delaware corporation;    No. 4:23-cv-03918-YGR
 7    and GUY RAVINE, an individual,
                   Defendants.
 8    _____/
      OPEN ARTIFICIAL INTELLIGENCE,
 9    INC., a Delaware corporation;
      and GUY RAVINE, an individual,
10        Counterclaimants,
              vs.
11    OPENAI, INC., a Delaware
      corporation; SAMUEL ALTMAN, an
12    individual; and GREGORY
      BROCKMAN, an individual,
13        Counterclaim-Defendants.
      _____/
14    AND RELATED COUNTERCLAIMS.
      _____/
15
16       -- HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY --
17
18      VIDEO-RECORDED DEPOSITION OF DEBORAH REYNOLDS
19               Remote Zoom Proceedings
20              Point Richmond, California
21             Wednesday, December 11, 2024
22
23    REPORTED BY:
24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25    Pages 1 - 170                    Job No. 7055681

                                          Page 1
```

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4
    OPENAI, INC., a Delaware
 5  corporation,
                 Plaintiff,
 6          vs.
    OPEN ARTIFICIAL INTELLIGENCE,
 7  INC., a Delaware corporation;    No. 4:23-cv-03918-YGR
    and GUY RAVINE, an individual,
 8                 Defendants.
    _____/
 9  OPEN ARTIFICIAL INTELLIGENCE,
    INC., a Delaware corporation;
10  and GUY RAVINE, an individual,
        Counterclaimants,
11          vs.
    OPENAI, INC., a Delaware
12  corporation; SAMUEL ALTMAN, an
    individual; and GREGORY
13  BROCKMAN, an individual,
        Counterclaim-Defendants.
14  _____/
    AND RELATED COUNTERCLAIMS.
15  _____/
16
17      -- HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY --
18
19      Video-recorded deposition of DEBORAH REYNOLDS, taken
20  on behalf of Defendants and Counterclaimants, Remote Zoom
21  Proceedings from Point Richmond, California, beginning at
22  10:03 a.m. Pacific Standard Time and ending at 2:57 p.m.
23  Pacific Standard Time, on Wednesday, December 11, 2024,
24  before Leslie Rockwood Rosas, RPR, Certified Shorthand
25  Reporter No. 3462.
```

Page 2

1    APPEARANCES:

2

3    FOR OPENAI, INC.:

4         QUINN EMANUEL URQUHART & SULLIVAN LLP

5         BY: DYLAN SCHER, ESQ.

6         295 5th Avenue

7         New York, New York 10016

8         (212) 849-7000

9         dylanscher@quinnemanuel.com

10

11   FOR OPEN ARTIFICIAL INTELLIGENCE, INC., and GUY RAVINE:

12        WILLENKEN LLP

13        BY: BREEANNA N. BREWER, ESQ.

14        707 Wilshire Boulevard, Suite 4100

15        Los Angeles, California 90017

16        (213) 955-9240

17        bbrewer@willenken.com

18           -and-

19        ARLENBACH LEGAL

20        BY: SPENCER GUSICK, ESQ.

21        315 Montgomery Street, Suite 1000

22        San Francisco, California 94104

23        (415) 994-7996

24        sg@arlenbach.com

25

                                        Page  3

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE WITNESS:

 4        ERVIN COHEN & JESSUP LLP

 5        BY: KELLY W. CUNNINGHAM, ESQ.

 6        9401 Wilshire Boulevard, 12th Floor

 7        Beverly Hills, California 90212

 8        (310) 273-6333

 9        kcunningham@ecjlaw.com

10

11   Also Present:

12        Anthony Gulino, Videographer

13        Jon DiFilippo, Concierge

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                         I N D E X

 2

 3

 4     WEDNESDAY, DECEMBER 11, 2024

 5

 6     WITNESS                              EXAMINATION

 7     DEBORAH REYNOLDS

 8

 9         BY MS. BREWER                              9

10         BY MR. SCHER                             45

11

12     QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

13

14                        Page        Line

15                         53          1

16                         55          14

17                         68          4

18

19

20

21

22

23

24

25

                                            Page  5
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                    DEPOSITION EXHIBITS

2                    DEBORAH REYNOLDS

3     NUMBER          DESCRIPTION                IDENTIFIED

4     Exhibit 175     Screenshots                      124

5     Exhibit 176     Press Release                    149

6     Exhibit 177     Final Office Action              155

7     Exhibit 178     Response to Office Action        161

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      Point Richmond, California; Wednesday, December 11, 2024

2                          10:03 A.M.

3

4                       PROCEEDINGS

5           THE VIDEOGRAPHER:  Good morning, everyone.          10:02:56

6       We are going on the record at 10:03 a.m. Pacific

7    Standard Time on December 11th, 2024.

8           Please note that this deposition is being

9    conducted virtually.  Quality of recording depends on the

10   quality of camera and internet connection of              10:03:26

11   participants.  What is seen from the witness and heard on

12   screen is what will be recorded.  Audio and video

13   recording will continue to take place unless all parties

14   agree to go off the record.

15          This is Media Unit 1 of the video-recorded         10:03:42

16   deposition of Deborah Reynolds, taken by counsel for

17   Defendant and Counterclaimant, in the matter of OpenAI,

18   Inc. versus Open Artificial Intelligence, Inc., et al.,

19   filed in the United States District Court, Northern

20   District of California, Oakland Division, and the case    10:04:11

21   number is 4:23-cv-03918-YGR.

22          This deposition is being conducted remotely

23   using virtual technology.

24          My name is Anthony Gulino, representing Veritext

25   Legal Solutions, and I'm the videographer.  The court     10:04:37

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1   reporter is Leslie Rosas from the firm Veritext Legal

2   Solutions.

3           I am not related to any party in this action,

4   nor am I financially interested in the outcome.

5           If there are any objections to proceeding,          10:04:53

6   please state them at the time of your appearance.

7   Counsel will now state their appearances and affiliations

8   for the record, beginning with the noticing attorney.

9           MS. BREWER:  Good morning.  Breeanna Brewer from

10  Willenken LLP on behalf of Defendants Guy Ravine and Open   10:05:09

11  Artificial Intelligence, Inc.

12          MR. SCHER:  Dylan Scher with Quinn Emanuel

13  Urquhart & Sullivan for Plaintiff OpenAI, Inc.

14          MR. CUNNINGHAM:  And this is Kelly Cunningham of

15  Ervin Cohen & Jessup representing the witness, Deborah      10:05:26

16  Reynolds.

17          THE REPORTER:  Thank you.

18          Ms. Reynold, if you would raise your right hand,

19  please, I'll swear you in.

20          Thank you.

21          You do solemnly state and affirm that you will

22  tell the truth, the whole truth and nothing but the

23  truth?

24          THE WITNESS:  I do, yes.

25          THE REPORTER:  Thank you.                           10:05:46
```

Page 8

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            You may proceed, Counsel.

 2

 3                      EXAMINATION

 4   BY MS. BREWER:

 5        Q.  Good morning.  Can you please state and spell      10:05:49

 6   your name for the record?

 7        A.  Deborah Reynolds, D-E-B-O-R-A-H,

 8   R-E-Y-O-N-L-D-S.

 9        Q.  And for the record, where are you currently

10   located?                                                    10:06:05

11        A.  I'm in Point Richmond, California.

12        Q.  And are you represented by counsel here today?

13        A.  Yes.

14        Q.  And who is your counsel?

15        A.  Kelly Cunningham.                                  10:06:14

16        Q.  And is your counsel in the same room as you

17   today?

18        A.  No.

19        Q.  Okay.  Have you had your deposition taken

20   before, Ms. Reynolds?                                       10:06:24

21        A.  No.

22        Q.  Okay.  So I'm sure that your attorney has

23   already talked to you about some of this, but I'm just

24   going to go over a few rules and procedures, that way

25   there -- we can get through this deposition smoothly.       10:06:37
```

Page 9

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1       Q.   Congratulations.

2           And have you ever worked for Guy Ravine's

3   company Open Artificial Intelligence, Inc.?

4       A.   No.

5       Q.   So now I'd like to talk to you a little bit          10:11:18

6   about your relationship with Guy Ravine.

7           Do you recall approximately what year you met

8   Mr. Ravine?

9       A.   Yes.  We met in 2012.

10      Q.   And how did you meet Mr. Ravine?                      10:11:35

11      A.   We met at a tech event.  It was an event that

12  brought tech companies, like start-ups, and investors

13  together.  And this was -- yeah, kind of a big event

14  where you just got to hear pitches and somewhat -- you

15  know, and socialize, basically.                               10:12:00

16      Q.   And after you met Mr. Ravine in 2012, did you

17  stay in contact with him?

18      A.   Yes.

19      Q.   And did Mr. Ravine ever tell you about his

20  company called We?                                            10:12:19

21      A.   Yes.  He told me about that right away because

22  he was working on that when I met him.  And I was very

23  interested in it because it was a video app that was like

24  TikTok and, you know, Snapchat.  And there was nothing

25  like it at the time.  It was very innovative.  And it was     10:12:41

Page 14

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    very exciting.

2            And at that time, I tested the product with him

3    during 2012.  And then I invested in We Communicate, his

4    start-up for the app that he called We.

5        Q.  And did -- was the We app the origins for the          10:13:00

6    Video.io?

7        A.  No.  That would be his Wikineering project he

8    was working on and -- concurrently with his We app.

9        Q.  So in 2012 when you met Mr. Ravine, you were

10   interested in his application for a video app called We;     10:13:24

11   correct?

12       A.  Yes.

13       Q.  And did you help Mr. Ravine with getting funding

14   for his We project?

15       A.  I brought in investors, yes.                           10:13:39

16       Q.  Did Mr. Ravine ever give presentations related

17   to his company We?

18       A.  Oh, yes.

19       Q.  And how often did you talk to Mr. Ravine in

20   connection with the We project?                               10:13:59

21       A.  Boy, a lot.  I -- you know, we did a lot of

22   testing on it because we had groups that we would test

23   with and -- you know, with investors and -- and other

24   people.

25            And so yeah, I talked to him quite a bit.  I         10:14:21

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    can't tell you how many times, but it was, you know,

2    weekly.

3         Q.  And based on your weekly conversations with

4    Mr. Ravine, did you find him to be a trustworthy person?

5              MR. SCHER:  Objection to form.                   10:14:39

6              THE WITNESS:  Yes.

7         Q.  BY MS. BREWER:  And why?

8         A.  He was very transparent.  You know, there was --

9    he was just very transparent.  He would tell you exactly

10   what was going on, what was happening with the project,     10:14:56

11   where he was with programmers, challenges, successes.

12   So, you know, he -- he was very forthcoming in updates.

13            Who he was talking to and presentations -- he

14   would also share things with me to get feedback on

15   presentations.  So, you know, I never felt that he would    10:15:21

16   withhold information or ever try to tell me things or

17   tell people things that weren't accurate about what the

18   status of his projects were.

19        Q.  And do you recall Mr. Ravine ever talking about

20   artificial intelligence?                                    10:15:45

21        A.  Yes.  You know, I -- it wasn't something in the

22   beginning that he called artificial intelligence, like

23   when I met him in 2012.  But he was working on his

24   Wikineering, which was the -- I think the early -- it was

25   really the early iteration of what became Open AI.          10:16:06

                                                      Page 16

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          And I -- I would say I witnessed that over the,

2     you know, few years that he was developing that,

3     Wikineering with We.

4          Q.  So I believe you just mentioned Wikineering.  Do

5     you recall approximately when Mr. Ravine began working on          10:16:31

6     his website called Wikineering?

7          MR. SCHER:  Object to form.

8          THE WITNESS:  I have a question.  When "object

9     to form," am I supposed to not answer or can I answer?

10         MR. CUNNINGHAM:  After -- after you hear any          10:16:45

11    objection, please just go right into your answer, if you

12    can answer the question truthfully and accurately.

13         THE WITNESS:  Okay.

14         MR. CUNNINGHAM:  Yeah.

15         Q.  BY MS. BREWER:  I can rephrase the question for          10:16:57

16    you.

17         A.  Okay.  No, I understand the question.

18         I would say when I really got involved with

19    understanding his Wikineering project and being more

20    inquiring about it was in 2013.          10:17:15

21         Q.  And do you recall Mr. Ravine working on

22    Wikineering in 2014 as well?

23         A.  Yeah.  He was working on Wikineering that whole

24    time, 2013, 2014, 2015.

25         In 2015, it did shift.  And I recall that very          10:17:38

Page 17

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    specifically because at that time -- it was early 2015

2    when he did the iteration on Wikineering, and it became

3    Open AI.  Because I had investors who were asking me

4    about that because there was so much work he was doing on

5    it.  And it was launching before the We product.          10:18:06

6            So it was something that I had to actually be

7    much more involved in with that time period and address

8    questions with investors about the Open AI project that

9    he was launching.

10    Q.  Okay.  So I want to take a step back and talk          10:18:31

11    about Wikineering --

12    A.  Okay.

13    Q.  -- generally.

14    A.  Okay.

15    Q.  Do you know what the purpose of the Wikineering        10:18:37

16    project was?

17            MR. SCHER:  Object to form.

18            THE WITNESS:  Generally -- generally, it was

19    something where -- it was -- when it -- it looked like

20    the Wikipedia page.  And it was something where people     10:18:50

21    could put information.

22            And so it was -- it was based on that, but it

23    was focused on -- rather than information, it was more

24    focused on projects, services.  Things that could be

25    improved or developed.  And, you know, for, like, medical  10:19:11

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    devices or things that people might want to -- to work

2    on, share information.

3           And yeah, so that's -- that was what -- pretty

4    much his focus was on that, was just having a platform

5    for users to share information and really build projects    10:19:39

6    and services.

7       Q.  BY MS. BREWER:  So is it your understanding that

8    users could collaborate and add information to the

9    Wikineering page themselves?

10      A.  Yes.                                                  10:20:04

11          MR. SCHER:  Object to form.

12          THE WITNESS:  That was -- kind of the whole

13   purpose of that is to have that collaboration, where you

14   had multiple users being able to interact with each other

15   to build out products and services.  Or share to create    10:20:18

16   products and services.

17      Q.  BY MS. BREWER:  And I think you mentioned

18   earlier that you remember in 2015 the Wikineering website

19   shifted to Open AI.  Did I get that correct?

20      A.  Yes.                                                  10:20:38

21          MR. SCHER:  Object to form.

22          THE WITNESS:  Pretty much the -- it looked the

23   same, you know, format as kind of the -- his Wikineering

24   page, which looked, you know, somewhat similar to a

25   Wikipedia web page.                                         10:20:51

Page 19

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              And then it -- it was early in 2015.  And then

 2       it was Open AI.  And then I did see a --

 3              (Spencer Gusick enters deposition room.)

 4              THE WITNESS:  You know, I didn't interact with

 5       it a lot, but I did see, like, a wiki tool on there.  And    10:21:09

 6       the point of that was for people to put learning

 7       materials on there so that they could learn about AI.

 8              So that his idea -- I think his idea initially

 9       was like a -- kind of like a Wikipedia for AI, so that

10       people could learn about neural networks, artificial      10:21:27

11       intelligence.  Those kinds of things.

12              And that was the first time I saw it.  And at

13       that time, I had kids in college, and so I passed it on

14       to them to -- to look at.  They're all in tech now.  But,

15       you know, it was something that they were interested in,   10:21:44

16       and that was pretty exciting for them to be able to share

17       that at that time.

18          Q.  BY MS. BREWER:  And in 2015 when you saw the

19       Wikipedia -- or strike that.

20              Let me rephrase.                                     10:21:57

21              In 2015 when you saw the Wikineering website

22       shift to Open AI, did you see that the new page had an

23       Open AI logo on it?

24          A.  Oh, yes.

25              MR. SCHER:  Object to form.                          10:22:11
```

Page 20

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          THE WITNESS:  It had the Open AI logo on it.

2     And I think he also created some pages that he showed me,

3     you know, for artwork and stuff for some feedback.  But

4     that was probably a little later.

5          But yes, it definitely -- where it said          10:22:33

6     Wikipedia -- Wikineering before, it said Open AI.  And I

7     think it was, like, up in the upper left-hand corner.  It

8     looked like -- it looked like a Wikipedia page, but it

9     was Open AI at that time, where it was Wikineering before

10    that.                                                   10:22:50

11         But the -- yeah.

12       Q.  BY MS. BREWER:  And do you recall if the content

13    on the Wikineering page talked about artificial

14    intelligence?

15         MR. SCHER:  Object to form.                        10:23:05

16         THE WITNESS:  Oh, you know, one of the first

17    pages I saw was something about neural networks.  So

18    I'm -- you know, that was one of the first pages I saw.

19    So yes.  And -- and I know that because Guy would talk

20    to, you know, my step kids and my son who were interested  10:23:25

21    in this and talk about that with them.  So I didn't read

22    the pages very fully, but I interacted with them, passed

23    them on.  But I know I read about neural networks on

24    that.  And that's how I started to understand -- have an

25    understanding of artificial intelligence.               10:23:42

                                                         Page 21

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    about Mr. Ravine's work.

 2             So I just wanted to clarify.  Were you talking

 3    about investors in the We project?

 4             MR. SCHER:  Object to form.

 5             THE WITNESS:  Yes, investors in the We project.    10:25:06

 6        Q.  BY MS. BREWER:  And why were investors in the We

 7    project interested at all in Mr. Ravine's work on

 8    Wikineering?

 9        A.  Honestly, they were looking at it from the

10    standpoint about his time commitments.  They felt the We    10:25:28

11    app was being developed slower and that he was spending

12    too much time on his new project.

13        Q.  So was it your understanding that Mr. Ravine

14    spent a significant amount of time on his Open AI

15    project?                                                    10:25:52

16        A.  Yes.

17        Q.  And is it your understanding that Mr. Ravine

18    spent a significant amount of time on his Open AI project

19    in 2015?

20             MR. SCHER:  Object to form.                        10:26:04

21             THE WITNESS:  Yes.

22             Whoops.  Sorry.

23             Yes.

24        Q.  BY MS. BREWER:  And how do you know Mr. Ravine

25    was spending a significant amount of time on his Open AI    10:26:13
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    project at that time?

2            MR. SCHER:  Object to form.

3            THE WITNESS:  I keep forgetting to breathe after

4    you ask me a question.  I'll get better at that.

5            I know that because during that year, he was          10:26:30

6    having -- he had a girlfriend that -- they would, you

7    know, fall out -- in and out of being

8    boyfriend/girlfriend.  And I had rented him a room for a

9    period of time, so we had more opportunities to talk

10   about that.                                                    10:26:52

11           And, also, I had to discuss with him the time he

12   was spending on that versus the We app so that I could

13   give solid answers back to the investors.

14       Q.  BY MS. BREWER:  What period of time did you rent

15   Mr. Ravine a room?                                             10:27:10

16       A.  It was probably beginning of the year.  I

17   remember it was winter.  It was probably, maybe,

18   February.  For about three or four months.

19       Q.  And is that February 2015?

20       A.  Yes.                                                   10:27:33

21       Q.  And during the time that you rented a room to

22   Mr. Ravine around February 2015, did he talk to you about

23   his Open AI project?

24       A.  Yes.

25       Q.  And did Mr. Ravine show you his Open AI website?       10:27:52

Page 24

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          MR. SCHER:  Object to form.

2          THE WITNESS:  Yes -- sorry.

3          Yes.  And as I stated, I had to have

4    conversations with him about his time commitments.  And

5    it was intriguing -- you know, product that he was doing.    10:28:10

6          So yes, I did look at it.  I did interact with

7    it.

8      Q.  BY MS. BREWER:  Now, during the time that

9    Mr. Ravine was renting a room from you, around

10   February 2015, do you recall if Mr. Ravine ever gave any    10:28:28

11   presentations on his Open AI project?

12     A.  I remember Google was a big one.  And I know he

13   was talking to a number of other people.  At that time,

14   there was a -- people -- there were some people that were

15   interested in the We app also that he talked to the Open    10:28:58

16   AI project about.

17          So he had -- I know he had casual conversations

18   about Open AI in terms of -- I think from the standpoint

19   of collaboration.  But I know that Google, he did a --

20   you know, kind of a full-fledged presentation.             10:29:23

21          And I know there were others, but I cannot

22   recall exactly that one.  But Google was the -- the big

23   one that I remember.

24     Q.  And did Mr. Ravine show you the presentation

25   that he gave about --                                       10:29:39

                                                    Page 25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    help him with -- with -- taking a vision where people

2    weren't necessarily going to make money on it, which was

3    different than the We project, which people were

4    investing for the hopes of a -- you know, a start-up that

5    was going to be able to, you know, go public or something    10:32:06

6    like that.  That's a very different kind of perspective

7    that you take on things.

8            And, you know, he was enrolling people in a very

9    different kind of project.  You know, it was a

10   non-profit.  You know, kind of for the -- you know, it    10:32:25

11   was -- referred to it as, you know, for the good of

12   humanity kind of thing.

13           So, you know, I just interacted with him on that

14   in -- on a different level.

15       Q.  Okay.  I want to take a step back because we've    10:32:41

16   talked about the Open AI project generally and the

17   Wikineering.  And now I want to talk about the website

18   Open.AI.

19           Okay.  Do you remember when Mr. Ravine began

20   developing a website called Open.AI?    10:33:02

21           MR. SCHER:  Object to form.

22           THE WITNESS:  The way that it -- I experienced

23   it was that he had his Wikineering, and then in early

24   2015, that -- that iteration became Open.AI.  And -- and

25   it then -- you know, it was a different kind of platform,    10:33:31

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    obviously, because it was something, you know, that

2    the -- the idea changed and the -- the focus changed.

3         But it looked -- because the pages looked

4    similar, it was like a rebranding.  It looked like a

5    rebranding to me.  And that was sometime -- it was in          10:33:57

6    early -- I was getting -- well, I was getting emails from

7    investors, you know, about what was happening and status

8    updates.  And it was around March of 2015.

9         So that was the timeframe that I remember when

10   this Open AI got -- was being launched, the rebranding of     10:34:19

11   his product.

12        And to the best of my recollection, it was, you

13   know, in early 2015 and sometime in the March timeframe.

14   Q.  BY MS. BREWER:  And do you remember what the

15   first Open.AI web page looked like?  Even if it's just a      10:34:44

16   color or anything that would jog your memory.

17   A.  It really looked to me like a Wikipedia page.

18   It was just, you know, white page, and it had, you know,

19   columns on the side, just like, kind of, Wikipedia has.

20   And it had Open AI logo.  And then it had, you know, the      10:35:02

21   title and a bunch of details then about it.

22        So to me, it looked like the Wikipedia page.

23   Q.  Okay.  And do you recall a homepage for the

24   Open.AI website where users could enter their email

25   address?                                                      10:35:25

Page 28

1          MR. SCHER:  Object to form.

2          THE WITNESS:  The original one I saw was, like,

3   a blue page and -- with Open AI on it.  And I don't

4   remember the, you know, exact visuals, but it was a deep,

5   dark blue.  Kind of a -- kind of a night sky blue, you          10:35:46

6   know.  And it had Open AI on it and, you know, an

7   invitation for people to sign up.

8      Q.  BY MS. BREWER:  We've been talking about 2015.

9   Did you continue to visit Open.AI after 2015?

10     A.  I --                                                     10:36:15

11         MR. SCHER:  Object to form.

12         THE WITNESS:  I would periodically.  And,

13  really, from the standpoint of, you know, when --

14  sometimes, you know, Guy would come over for some dinners

15  with the kids in holiday times and stuff like that, and     10:36:41

16  so, you know, he would show them what he was working on

17  and things.  And so that was some of the interactions

18  that we would have.

19         And then when I would do updates with him and

20  check in with him on, you know, the We app at -- during     10:36:56

21  2015/2016, it was still being developed and working on

22  that.  And, you know, knowing somebody for that amount of

23  time, I would check in with him with -- with whatever he

24  was doing.  And, you know, he would show me some new

25  things and, you know, I would be able to see them and       10:37:13

Page 29

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   check in on them periodically.

2        Q.  BY MS. BREWER:  Approximately how many times did

3   you visit the Open.AI website between 2015 and now?

4            MR. SCHER:  Object to form.

5            THE WITNESS:  Wow.  That's somewhat hard to say,    10:37:35

6   but probably at least a couple times a year.  I probably

7   checked on it more so currently since, you know -- in

8   20 -- probably after 2021 because it's something that,

9   you know, I have more interest in.

10       Q.  BY MS. BREWER:  Do you think you visited the    10:38:21

11  Open.AI website and its subdomains at least 30 times?

12           MR. SCHER:  Object to form.

13           THE WITNESS:  Are you asking me between 2015 and

14  now, or what timeframe are you referring to?

15       Q.  BY MS. BREWER:  Let me rephrase my question to    10:38:45

16  make that clear.

17       A.  Okay.

18       Q.  Between 2015 and now, would you estimate that

19  you have visited the Open.AI website and its subdomains

20  at least 30 times?                                        10:38:56

21           MR. SCHER:  Object to form.

22           THE WITNESS:  2015 -- well, in ten years.  I

23  could say probably at least twice a year.  Possibly

24  sometimes three times a year.  So it could be up to 30

25  times from -- since 2015.                                 10:39:22

Page 30

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      Q.  BY MS. BREWER:  Now, did Mr. Ravine ever talk to

2   you about Open AI collaborative tools?

3      A.  Yes.  I know that was a big thing.  I know that

4   there were discussion boards that he had, and I saw

5   those.  And I know there were people on them, but I don't        10:39:54

6   know how many.  Because there were posts on it.  And they

7   did change over time.  I know that.  Because I looked at

8   them.

9          But I think that -- I think the collaborative

10  tools, when they became much more exciting, was -- I            10:40:12

11  think that was closer to -- it was after, kind of, the

12  discussion boards.  So maybe it was -- I think the

13  discussion boards were put in in 2015 and 2016, so it

14  would probably have to be 2017 that he started the

15  real-time editing so that, you know, he could have            10:40:37

16  collaborative tools for that.

17          And I know he was very excited about that

18  because, you know, he was looking at that for, you know,

19  people to -- that users could build code together and

20  build projects and, you know, that -- and I did see -- I       10:40:51

21  did see one web page at that time for a store --

22  automated store checkout, which I thought was pretty

23  wild.  Because people could just go into a store, pick

24  something up, and then it would automatically check them

25  out, take their payment, and they wouldn't have to do          10:41:11

Page 31

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    anything.
 2           So it was like -- sort of looked like, you know,
 3    shoplifters could even get their stuff paid for.  So, you
 4    know, it was just one of those things that seemed pretty
 5    fantastical at that time.  And I -- you know, the kids        10:41:27
 6    were playing with it.  I know they were playing with it.
 7    I know they were excited about that.  There were users.
 8    I don't know how many, though.  I can't tell you that.
 9        Q.  What do you understand collaborative tools to
10    mean?                                                         10:41:43
11           MR. SCHER:  Object to form.
12           THE WITNESS:  I will breathe more.  Sorry,
13    Dylan.
14           Collaborative tools are things where multiple
15    people can work together on a project so that they can        10:41:58
16    input.  And in this case, I'm assuming that they're going
17    to be inputting codes, ideas.  They're going to be
18    programming, that they're going to put whatever input
19    that they have into a particular project.  And they're
20    working in real time on it together.                          10:42:16
21        Q.  BY MS. BREWER:  And do you recall when you
22    first saw a collaborative board in association with
23    Mr. Ravine's Open AI?
24           MR. SCHER:  Object to form.
25           THE WITNESS:  Probably -- I think it was            10:42:42
```

Page 32

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        A.  I would say we -- I would say during that time,

 2   it was -- it could have been monthly.  There was a lot

 3   going on with -- with We and with his time commitments

 4   and his new project, you know, his Open AI thing.  And so

 5   there was a lot of stuff going on and a lot of changes.      10:45:21

 6   So it was at least monthly.

 7        Q.  And between 2015 and 2017 when you had your

 8   monthly check-ins with Mr. Ravine, would Mr. Ravine show

 9   you his Open AI website?

10             MR. SCHER:  Object to form.                         10:45:40

11             THE WITNESS:  He would, yes.  It was something

12   he was very personally committed to, and it was, you

13   know, kind of his -- I would say -- I don't know if you

14   call them anything -- like a humanitarian project, but it

15   was a passion project for him, and it was really          10:46:06

16   important for, you know, kind of a vision.

17             And it was interesting.  You know, it was very

18   interesting.  And it was kind of right on the edge of so

19   much.  And, you know, when I met him, you know, he --

20   he's -- you know, he was doing the video app, which there   10:46:26

21   was nothing like that.  He -- so there was a lot of

22   projects that -- you know, he would get ideas that were

23   very, I would say, cutting edge and, you know, kind of

24   very -- well, you know, very new and innovative.

25             So yeah, I was always interested in that.  So I    10:46:50
```

Page 34

1    would, you know, ask him about things, and he would want

2    to show me what was new because I was interested in it,

3    and he could talk to me about those things.

4        Q.  BY MS. BREWER:  And after 2017, did you continue

5    to have check-ins with Mr. Ravine?                          10:47:10

6        A.  Yeah.  You know --

7            MR. SCHER:  Object to form.

8            THE WITNESS:  Whoops.

9            Yes, I did.  Because he's still working, you

10   know, on Video.io, I still have an investment in that      10:47:22

11   company.  It's -- and yes, so I would check in with him.

12   Definitely.

13           There was another project that he was doing,

14   too, which I thought I might be able to use for my

15   business, which was the Boom project, which was part of    10:47:46

16   his Open AI.  But I would really have needed more of an

17   enterprise system for that and -- you know, the yachting

18   industry is not really into technology, so that wasn't

19   something that I could implement.  We're more into the

20   wind and waves, so --                                      10:48:08

21           But that was something that was very interesting

22   to me, too.  And I think that was probably, I don't know,

23   2021, 2022 for that.  But yeah, I kept in touch with him

24   because I always wanted updates.

25           And then I think in 2020 or 2021, there was a      10:48:36

Page 35

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1          Q.  Can you tell me what that collaborative tool

2     looked like on the website?

3               MR. SCHER:  Object to form.

4               MS. BREWER:  Let me rephrase.

5          Q.  Can you tell me what the collaborative tool on    10:51:57

6     the Open.AI website looked like in 2017?

7               MR. SCHER:  Object to form.

8               THE WITNESS:  To the best of my recollection, I

9     think it was a page that had a bunch of boxes on it that

10    you could check, that you could go into and enter into     10:52:21

11    the -- if it was projects or -- yeah, it was projects.

12              So you could go on the page, and then you could

13    enter into specific areas that were segmented by boxes.

14    And that's what I -- best I recall.

15         Q.  BY MS. BREWER:  Okay.                             10:52:51

16              MS. BREWER:  Would now be a good time to take a

17    five- to ten-minute break?

18              THE WITNESS:  Yes, that would be great.  Thank

19    you.

20              MR. CUNNINGHAM:  Make it ten minutes, if that's   10:53:02

21    okay.

22              MS. BREWER:  Okay.

23              THE VIDEOGRAPHER:  Okay.  We're going to go off

24    the record.  The time is 10:53 a.m., and this is the end

25    of Media Unit Number 1.                                    10:53:13
```

Page 38

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              (Recess.)

 2              THE VIDEOGRAPHER:  Okay.  We're going back on

 3       the record.  The time is 11:04 a.m., and it's the start

 4       of Media Unit Number 2.

 5         Q.  BY MS. BREWER:  Before the break, Ms. Reynolds,      11:04:57

 6       you talked about an application called Boom.  What is

 7       Boom?

 8         A.  It was a video messaging app where you just

 9       could send people video messages.

10         Q.  And we talked about the collaborative tools on      11:05:24

11       Open.AI that you personally witnessed.  Did you ever see

12       an image generator on the Open.AI website?

13              MR. SCHER:  Object to form.

14              THE WITNESS:  Yes, I did.

15         Q.  BY MS. BREWER:  And can you describe for me what     11:05:41

16       the image generator looked like on the Open.AI website?

17         A.  It had like -- I recall image boxes that had --

18       I just remember one that was very -- you know, that was

19       very memorable was this woman with a very long neck and

20       blonde hair.  She sort of looked like the -- Rosie the     11:06:12

21       Riveter but in modern times.

22              And just kind of surrealistic landscapes.  And I

23       think one, as I recall, was like three boxes of pictures.

24       And then there was, you know, an invitation.  I can't

25       remember the exact words of the invitation for people to   11:06:36
```

Page 39

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    create on Open EI -- I mean Open AI.  But that's what I

2    remember when I looked at it.

3        Q.  Did you ever generate any images on the Open.AI

4    image generator?

5            MR. SCHER:  Object to form.                    11:06:56

6            THE WITNESS:  Not really.  I -- again, you know,

7    some of these things I mostly shared with my kids.

8            At that point, you know, my -- my business

9    really deals with pictures of real things and real

10   people.  So, you know, I didn't have -- at that time --    11:07:16

11   you know, it's different now.  But at that time, when I

12   first looked at it, I didn't really have a reason.  I may

13   have played with it a little bit, but it wasn't something

14   that -- I think my son probably played with it more

15   because he's an illustrator kind of person, so -- but I    11:07:35

16   really didn't -- honestly, I didn't really play with it

17   that much.

18       Q.  BY MS. BREWER:  Now, do you recall at some point

19   Mr. Ravine creating a project on Open AI called Ava?

20       A.  Oh, yeah.                                          11:07:55

21           MR. SCHER:  Object to form.

22           THE WITNESS:  Sorry.  Sorry, Dylan.  I will slow

23   down.  So sorry.

24           Yes.  I remember it was a big bright pink page.

25   What was exciting about it was that at one point he had,   11:08:10

Page 40

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    like, experts, which I do a lot of research, so -- for

2    projects.

3         And it -- I think, also, it went from kind of a

4    type-in chatbox kind of thing to -- like, a

5    voice-activated app.  So yeah, it was -- that was very        11:08:31

6    cool.

7         Q.  BY MS. BREWER:  Let's take a step back.

8         When do you recall first seeing Ava on Open.AI

9    website?

10        A.  Oh, boy.                                              11:08:49

11        MR. SCHER:  Object to form.

12        THE WITNESS:  That had to be -- let's see, it's

13   2024.  Last year.  I think it was last year when I first

14   saw that.  So that would be 2023.  And -- yeah, 2023.

15   Yeah, 2023.                                                    11:09:13

16        Q.  BY MS. BREWER:  And what is your understanding

17   of what the Open AI Ava tool is?

18        A.  Well, from the way I interacted with it was

19   basically to ask it for information and get answers back.

20   And so, you know, you would type in your question or talk     11:09:40

21   in -- at some point you could talk in your question.

22   And -- and then you could also have her bring experts in,

23   and you could get an answer to things.

24        Q.  Did you consider the Open AI Ava tool to be a

25   chatbox?                                                       11:10:02

Page 41

1          MR. SCHER:  Object to form.

2          THE WITNESS:  I would guess you would call it a

3   chatbox.

4      Q.  BY MS. BREWER:  I believe that you mentioned

5   that you saw different versions of Open AI Ava.  Can you          11:10:18

6   tell me about the first version of Open AI Ava that you

7   recall seeing?

8          MR. SCHER:  Object to form.

9          THE WITNESS:  I think the -- what I just -- you

10  know, the difference for me -- from my experience from          11:10:37

11  the couple times I, you know, experienced it, is just the

12  difference, really, between, you know, typing things in

13  versus being able to talk into it.

14     Q.  BY MS. BREWER:  So the first time that you

15  experienced Open AI Ava, you typed questions into --          11:10:54

16     A.  Yes.

17     Q.  -- the box or the chat bot to respond to?

18     A.  Yes.

19         MR. SCHER:  Object to form.

20         THE WITNESS:  Whoops.          11:11:08

21     Q.  BY MS. BREWER:  And you recall a later version

22  of Open AI Ava where you could ask questions through a

23  microphone through the chat?

24     A.  Yeah.  And --

25         MR. SCHER:  Object to form.          11:11:24

Page 42

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          THE WITNESS:  Whoops.  Sorry.

2          And I think that was when I could access experts

3    also.

4      Q.  BY MS. BREWER:  Going back to the image

5    generator.                                          11:11:52

6          Do you remember seeing different versions of the

7    image generator available on the Open.AI website?

8          MR. SCHER:  Object to form.

9          THE WITNESS:  Well, I know in the early time

10   that he was working on it, which that had to be, like,    11:12:13

11   2020, 2021, somewhere around there, you know, the images

12   were kind of -- they were -- you know, it was interesting

13   more from the technological standpoint of it than the

14   actual -- what you got out of it at that point.  It was a

15   bit dropped.  You know, it was kind of like he was        11:12:45

16   experimenting with it.

17         And, you know, he'd just show me projects -- you

18   know, his progress periodically we would just, you know,

19   connect and check in.

20         I think probably in 2022 is -- I think it was       11:12:55

21   during the summer we were doing a check-in and -- on

22   stuff because he was having thefts.  Also, when, you

23   know, Video.io was -- he was talking to people to sell

24   it, so we talked more during then.  And I think then I

25   looked at his image generator at that time, and it was a   11:13:22

Page 43

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    lot more -- it was a lot better.  It was just something

2    that was -- you know, you could get more exacting images

3    out of it.

4         And I -- I think that's kind of when he launched

5    it officially, was right around the summer of 2022.          11:13:39

6    Somewhere around there.

7         Q.  BY MS. BREWER:  Between 2015 and 2023 --

8         A.  Yeah.

9         Q.  -- did you see different versions of

10   Mr. Ravine's Open AI website and collaborative tools?        11:13:54

11        MR. SCHER:  Object to form.

12        THE WITNESS:  Yeah.  You know, it went from, you

13   know, this kind of Wikipedia-looking page to, you know,

14   more of a -- you know, a -- kind of a very pretty

15   website, you know, that you would go to that had, you        11:14:20

16   know, inviting images.  Like you were entering a world.

17        And, you know, Ava was, like, a very beautiful

18   pink and -- so it was -- yeah, it was very -- yeah, it

19   went from a Wikipedia page, if you can imagine what a

20   Wikipedia page goes like -- looks like, to something that    11:14:40

21   was very engaging and very other -- I would say other

22   worldly in a certain way.

23        And he did have, you know, images that were sort

24   of robotic, you know, human robotic kind of images.

25        And so yeah, it definitely did change.  And I          11:15:00

Page 44

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          MR. CUNNINGHAM:  Same objection.

2          MS. BREWER:  Same objection.

3          THE WITNESS:  I used hair gel.

4          No, I didn't really do anything special.

5      Q.  BY MR. SCHER:  When did you first hear about          11:32:59

6  this lawsuit?

7      A.  Guy called me at the end of -- I think it was

8  2023 and let me know that he was being sued.

9      Q.  Before the end of 2023, had Guy ever spoken to

10  you about a dispute he had with Plaintiff OpenAI?          11:33:30

11          MS. BREWER:  Objection.  Vague.

12          THE WITNESS:  I don't remember hearing a

13  dispute.

14      Q.  BY MR. SCHER:  Before the end of 2023, had

15  you ever had communications with Guy Ravine about          11:33:57

16  Plaintiff OpenAI, Inc.?

17      A.  No, I knew nothing about your plaintiff's name

18  was OpenAI, actually.

19      Q.  My question wasn't about my plaintiff's name.

20          My -- my question was:  If -- before Mr. Ravine          11:34:26

21  told you about the lawsuit if he ever communicated with

22  you about my client?

23          MS. BREWER:  Objection.  Asked and answered.

24          MR. CUNNINGHAM:  Join.

25          THE WITNESS:  What does that mean?          11:34:41

                                                      Page 59

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          MS. BREWER:  Objection and asked and answered.

 2          MR. CUNNINGHAM:  Join.

 3          THE WITNESS:  He told me that he was being sued

 4     for some -- as I understood at that time, an infringement

 5     on trademark or something like that.              11:36:14

 6          Q.  BY MR. SCHER:  Did he tell you anything else?

 7          A.  Nothing that I did not know, no.

 8          Q.  Well, I don't know what you did or did not know.

 9     So what do you recall discussing with him?

10          A.  Well, what I didn't know is that ChatGPT company   11:36:49

11     was OpenAI.  I didn't know that they had -- that that was

12     their company name.  I thought that OpenAI was kind of

13     like a -- a platform that was available to everybody.  I

14     didn't know that was their company name.  So I learned

15     that.  I thought ChatGPT was their company ChatGPT.       11:37:15

16          And I knew that Guy had a trademark on that name

17     for a very long time.  And I -- and that, I guess,

18     OpenAI -- your client OpenAI wanted that trademark.  So

19     that's how I understood it at the time.

20          Q.  Did you and Mr. Ravine discuss how he would pay   11:38:01

21     for this lawsuit?

22          A.  No.

23          Q.  Have you and Mr. Ravine ever discussed how he

24     would pay for this lawsuit?

25          A.  No.                                        11:38:18
```

Page 61

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    question.

 2            THE WITNESS:  I was never sent a link to the

 3    image generator.

 4         Q.  BY MR. SCHER:  Why did you have a link to the

 5    image generator on your computer?                    11:51:22

 6            MS. BREWER:  Objection.

 7            MR. CUNNINGHAM:  Objection.  Vague.

 8            THE WITNESS:  Do I answer it?

 9            MR. CUNNINGHAM:  Yes.

10            THE WITNESS:  Because I bookmarked it a while   11:51:32

11    ago, and I would access it that way.

12         Q.  BY MR. SCHER:  When did you read the article

13    about this lawsuit?

14         A.  It was, let's see, probably -- well, I glanced

15    at it a couple weeks ago and read it, a few paragraphs.  11:52:12

16    I didn't read, really, the whole thing, I hate to tell

17    you.  Probably looked at it about a week ago.

18         Q.  Was that the first time you looked at it?

19         A.  Probably -- that was the second time I looked at

20    it, a week ago.                                       11:52:41

21         Q.  When was the first time?

22         A.  Ah, let's see.  Today's the -- the first time,

23    it was -- without looking at a calendar, I'd say probably

24    two weeks ago, maybe.  Two weeks ago, two-and-a-half

25    weeks ago.                                           11:53:03
```

Page 70

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    forgot that this lawsuit was filed in 2023.  I have

2    talked to people since -- between 2023 and now.  Yes, I

3    have talked to them between 2023 and now.

4         I keep thinking about this deposition -- looking

5    at it from the time I was deposed to now because I've          11:54:49

6    been very careful not to talk about it or talk about this

7    with anyone.

8         Q.  BY MR. SCHER:  Have you had any conversations

9    with the other investors of Video.io about the amount of

10   time Mr. Ravine has been spending on Video.io?                 11:55:07

11        A.  No.

12        Q.  And nothing about this lawsuit or its impacts?

13        A.  Nothing about the lawsuit or its impacts.

14        Q.  Do you have a financial interest in the outcome

15   of this case?                                                  11:55:28

16        A.  No.

17        Q.  Is Video.io or Video, Inc., the only company of

18   Mr. Ravine's that you have an equity interest in?

19        A.  Yes.

20        Q.  What percentage of Video, Inc., do you own?          11:55:48

21        MS. BREWER:  Objection.

22        THE WITNESS:  I'm sorry.  What was --

23        (Reporter clarification.)

24        MS. BREWER:  Objection.

25        Q.  BY MR. SCHER:  The question is:  What percentage     11:56:11

                                                        Page 72

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              THE WITNESS:  Yeah, I'm feeling harassed.

 2              No, I would not -- I would not ask for invoices

 3         or look at invoices.  I'm an investor.  I'm not a

 4         business manager of --

 5              Q.  BY MR. SCHER:  Do you look at the balance        12:14:45

 6         sheets?

 7              MR. CUNNINGHAM:  Same objections.

 8              MS. BREWER:  Same objections.

 9              And this is getting harassing.  This is not

10         relevant at all.                                         12:14:53

11              THE WITNESS:  No, I don't.

12              Q.  BY MR. SCHER:  Is it your testimony that Boom is

13         a product that was made under the corporate umbrella of

14         Open Artificial Intelligence, Inc.?

15              MS. BREWER:  Objection.  Misstates testimony,        12:15:12

16         speculation.

17              MR. CUNNINGHAM:  Joined.

18              THE WITNESS:  I understand Boom to be a project

19         that was part of the Open AI project.

20              THE CONCIERGE:  I hate to interrupt, but in the      12:15:43

21         requests for the concierge, it was only for two hours,

22         which we're over --

23              MR. SCHER:  I don't -- I'm not going to need a

24         concierge, so...

25              THE CONCIERGE:  Okay.                                12:15:55
```

Page 84

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1          Q.  And what's that called?

2          A.  It is called Pen, Paper, Fire.

3          Q.  Does any -- do you have any current income

4    coming from Mr. Ravine or his companies?

5          A.  No.                                    12:49:02

6          Q.  Aside from your investment in We Communicate,

7    which became Video Inc., do you have any contracts with

8    him?

9          A.  No.

10         Q.  You never employed him?                12:49:14

11         A.  No.

12         Q.  And you never worked for him?

13         A.  No.

14         Q.  And when you say "no," you mean you've never

15   worked for him; right?                           12:49:31

16         MS. BREWER:  Objection --

17         THE WITNESS:  No, I have never worked for him.

18   No, he has never worked for me.

19         Q.  BY MR. SCHER:  Earlier today you discussed a

20   number of projects he worked on, and I'd like to discuss   12:49:41

21   some of those with you.

22         A.  Okay.

23         Q.  So first you mentioned a project called

24   Wikineering.  Do you recall that?

25         A.  Yes.                                    12:49:51
```

Page 93

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    something that obviously he -- I knew he was doing, that

2    he shared it with me, and also at that time, as I

3    explained, it was something that I was looking at because

4    investors were asking me about it as well.

5        Q.   Mr. Ravine shared the Open.AI homepage with you;    12:51:41

6    right?

7        A.   Yeah.

8        Q.   And Mr. Ravine shared the collaboration tools

9    and any discussion board that you saw with you; right?

10       A.   Yes.   That was how I initially -- because he    12:52:05

11    would share his projects with me, yes, he would share

12    those with me as he was developing them, so yeah, he

13    would share them with me.

14       Q.   And Mr. Ravine shared the image generator with

15    you?                                                     12:52:24

16       A.   Yes.   He shared the image generator with me.

17       Q.   And Mr. Ravine shared Ava with you; right?

18       A.   As I said, as he would develop those and we

19    would talk about them, yes, he would -- when he showed me

20    them, he would share them with me.                      12:52:49

21       Q.   And he would share those with you as they were

22    in development; right?

23            MS. BREWER:   Objection.

24            THE WITNESS:   Can I talk?

25            Yes.   Yes, he would.   Over time I would see    12:53:06

Page 95

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    them.

2        Q.  BY MR. SCHER:  And he also shared Boom with you?

3        A.  Yes.

4        Q.  And Boom did not have any branding associated

5    with his Open Artificial Intelligence initiative or        12:53:24

6    company; right?

7            MS. BREWER:  Objection.

8            THE WITNESS:  Oh, I get to talk.  Sorry.  This

9    objection thing is disconcerting.

10           That was something that I understood was part of    12:53:46

11   his Open AI project.

12       Q.  BY MR. SCHER:  But on the Boom website, or any

13   application that you saw, it did not say Open, space, AI;

14   correct?

15       A.  I don't --                                          12:54:05

16           MS. BREWER:  Objection.

17           THE WITNESS:  Sorry.

18           I don't recall.  I wasn't looking for a logo.  I

19   have to say, honestly, I was looking at the application.

20       Q.  BY MR. SCHER:  Are you aware of if the              12:54:14

21   application was ever released to the public?

22           MS. BREWER:  Objection.  Vague.

23           MR. CUNNINGHAM:  Joined.

24           THE WITNESS:  I looked at it to see how I could

25   use it.  I am assuming other people -- he sent it to       12:54:37

Page 96

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1           MS. BREWER:  Objection.

2           THE WITNESS:  No, I don't know that.

3      Q.  BY MR. SCHER:  Do you know if Wikineering ever

4  had a user who was not one of Mr. Ravine's friends or one

5  of Mr. Ravine's workers?                              12:56:25

6           MS. BREWER:  Objection.

7           THE WITNESS:  Would you repeat your question,

8  please?

9      Q.  BY MR. SCHER:  Do you know if Wikineering ever

10 had a user who was not one of Mr. Ravine's friends or one  12:56:37

11 of Mr. Ravine's workers?

12     A.  I -- he had people on there that were not his

13 friends or workers.

14     Q.  Who was that?

15          MS. BREWER:  Objection.  Speculation.         12:56:54

16          THE WITNESS:  I didn't look to see who they

17 were, but there were users on that platform that were not

18 identified as friends or family -- friends or family.

19 There were users on the platform, so...

20     Q.  BY MR. SCHER:  What is your basis for saying     12:57:20

21 there were users who were not friends or family?

22     A.  Pardon me?

23     Q.  What is your basis for saying there were users

24 who were not friends or family or Mr. Ravine's workers?

25     A.  Well, I think it was the nature of the projects   12:57:33
```

Page 98

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    me that question -- I really am not quite understanding

2    what it is.  Are you asking me if all of the people on

3    Wikineering were his friends?  I'm not -- I'm a little

4    unclear on that.

5         Q.  BY MR. SCHER:  I'm asking whether you know for a          13:01:27

6    fact that there was anyone on Wikineering who was not

7    someone who worked for Mr. Ravine or somebody who was in

8    his broad circle of friends?

9              MS. BREWER:  Objection --

10             MR. CUNNINGHAM:  Objection.  Vague.                        13:01:42

11             MS. BREWER:  -- asked and answered.

12             THE WITNESS:  I would say that from looking at

13    it, that there were people on there that were not his

14    friends or workers.

15        Q.  BY MR. SCHER:  And that is an assumption that          13:02:01

16    you are making; right?

17             MR. CUNNINGHAM:  Objection.  Mischaracterizes

18    her testimony.

19             MS. BREWER:  I'll join.

20             THE WITNESS:  Yeah.  I would say that it is not          13:02:10

21    so much an assumption as the activity was not

22    something -- if, you know, I was going to look at his

23    friends and employees, that -- they would be projects

24    that they would necessarily be interested or

25    knowledgeable about or, you know, invested in to -- to          13:02:32

Page 101

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    contribute.

2         Q.  BY MR. SCHER:  Aside from drones, do you recall

3    any other projects that were discussed?

4         A.  No.  That was the -- the one that I remember the

5    most.                                              13:02:48

6         Q.  And you don't know at any point in time how many

7    users there were of Wikineering?

8         A.  No, I don't know that.

9         Q.  And then if we talk about the Open.AI homepage,

10   you recall that; right?                            13:03:08

11        A.  Yes.  The first look of that was very much like

12   the Wikineering page in terms of having that Wikipedia

13   kind of look.

14        Q.  And you don't know at any point in time how many

15   users there were of that page; right?             13:03:32

16            MS. BREWER:  Objection.

17            THE WITNESS:  No, it's -- no, I don't know how

18   many users.  It's not something that is -- I mean, I

19   don't know.  Do you look at the users of apps that you're

20   on?  I mean, I don't -- I don't know how many users there 13:03:51

21   were.  Sorry.

22        Q.  BY MR. SCHER:  For any of Mr. Ravine's projects

23   that we discussed, any collaboration tool, discussion

24   board or image generator or Ava, you do not know how many

25   users there were of any of those; correct?        13:04:11

Page 102

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    A.  I know there were users.  I -- the one I know

2    that he had quite a few was the image generator, because

3    the last time I went on that, which I don't remember the

4    date, 2023, I was surprised to see that he -- that there

5    were so many users.  There were like millions of users at    13:04:33

6    that time.

7        Q.  How did you know there were millions of users?

8        A.  That is something that we discussed.

9        Q.  That Mr. Ravine discussed with you?

10       A.  Yes.                                                  13:04:54

11       Q.  And what did he say?

12       A.  He was telling me about the number of users,

13   because that was something that he was working on for a

14   couple years and building, and he had built it up to

15   somewhere -- I think he said at that time about 3 million   13:05:11

16   users.

17       Q.  Was he proud of that?

18           MR. CUNNINGHAM:  Objection.  Calls for

19   speculation.

20           MS. BREWER:  I'll join.                              13:05:20

21           THE WITNESS:  You know, I don't know how he felt

22   about that.  It was a conversation we were having.  I

23   didn't ask him how he felt.

24       Q.  BY MR. SCHER:  So prior to the image generator,

25   for any collaboration tool or discussion board, you do     13:05:39

Page 103

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    not know how many users there were; right?

 2         A.  Prior to what?  I'm sorry.

 3         Q.  I'll step back for a second.

 4              For any collaboration tools that you discussed

 5    earlier today, you're not aware of how many users there        13:05:51

 6    were; right?

 7         A.  And the collaboration tools specifically you're

 8    talking about, just -- I just want to be clear that I'm

 9    not -- you know, that we're clear on what -- we're

10    talking about the same thing, please.  So what tools are       13:06:06

11    you referring to?

12         Q.  How many -- how many collaboration tools do you

13    recall being associated with Mr. Ravine's Open AI

14    initiative?

15         A.  Well, if you're talking about the collaboration       13:06:24

16    tools, like the discussion boards, the collaborative

17    tools, the real-time collaborative tools, the Boom, the

18    Ava, probably five, I think.  Possibly five collaboration

19    tools, I would think, that we're talking about.  Is that

20    what you're asking me, those tools?                            13:07:02

21         Q.  Well, I would separate Ava from that group, but

22    sure.  I -- and I think you could separate Boom from that

23    group.

24              But you mentioned a discussion board and then

25    collaborative tools and real-time collaborative tools.         13:07:18
```

Page 104

```
 1    that -- you know, language becomes somewhat inexact at

 2    that point.  I can say that I would say beyond a doubt in

 3    my mind, and if you want to look at that as a fact, that

 4    there were other people on that platform besides his

 5    employees.                                          13:10:14

 6        Q.  BY MR. SCHER:  Okay.  So for the discussion

 7    boards, is it your belief that there were users on the

 8    discussion boards who were not one of Mr. Ravine's

 9    friends or one of Mr. Ravine's workers?

10        A.  It is my belief that there was -- there were    13:10:41

11    posts on them and, you know, the -- there were enough

12    posts -- he didn't have a lot of employees, so it wasn't,

13    like -- you know, from all the posts that were on there,

14    it had to be more than just employees, so if you're

15    looking that, you know, it was just employees, no, it was   13:10:57

16    more than that.

17            There were posts on it.  And he would -- there

18    would be Wikis on them that people would work on, so it

19    was more than just employees.  There were actual human

20    activity.                                           13:11:15

21        Q.  How many posts were there?

22            MS. BREWER:  Objection --

23            THE WITNESS:  I don't know.  I didn't realize

24    that I would need to count those things.  It's something

25    I didn't count.  There were multiple posts and -- for   13:11:29
```

Page 107

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    multiple things, and I did not count.

2         Q.  BY MR. SCHER:  Would you say there were more

3    than ten?

4         A.  Oh, yeah, definitely.

5         Q.  Were there more than 1,000?                    13:11:40

6              MS. BREWER:  Objection.  Speculation.

7              THE WITNESS:  I can't -- I can't say that.  I

8    just didn't count.  It's not --

9         Q.  BY MR. SCHER:  And when you say there were more

10   than -- when you said there were more than ten --        13:11:53

11        A.  Well, when you'd look at a page on the

12   discussion board, you would see multiple entries and

13   multiple people, so, yes, in one page you would see more

14   than ten.

15        Q.  And what -- what discussion board was that?     13:12:10

16        A.  Actually, I don't know the number.  I don't

17   know.  I mean, there were a number of them, and I -- at

18   this point in time, I wasn't paying attention to

19   projects, exactly what they were, because I wasn't

20   working on them.  I was just looking at the platform in   13:12:28

21   general.  So there were multiple ones with multiple

22   people, is what I can say accurately.

23        Q.  How many -- okay.  How many discussion boards do

24   you remember?

25             MS. BREWER:  Objection.  Asked and answered.    13:12:44

Page 108

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    States.

2       Q.  BY MR. SCHER:  When you say "launching of it,"

3    what do you mean?

4       A.  Well, I would -- I guess the -- more of a

5    widespread availability of it, as it became more      13:19:40

6    available, more widespread.

7       Q.  Do you mean that it was placed on the internet?

8       A.  Well, it was on the internet.  I mean, all this

9    stuff's on the internet; right?

10       Q.  Are you aware of whether --      13:19:54

11       A.  Everything we've talked about has been on the

12    internet.

13       Q.  Are you aware of whether there was any

14    advertising or promotion of any of these products?

15          MS. BREWER:  Objection.  Speculation.      13:20:06

16          THE WITNESS:  Promotion?  Yes.  Advertising?

17    Are you talking about paid advertising?

18       Q.  BY MR. SCHER:  I am referring to paid

19    advertising.

20       A.  I wouldn't know if he paid for any advertising.    13:20:23

21       Q.  Are you aware of any promotion that Mr. Ravine

22    did of his Open AI initiative in 2016?

23          MS. BREWER:  Objection.  Speculation.

24          THE WITNESS:  Promotion in terms of sending it

25    out to people, yes, he did that.  He sent it out to      13:20:45

Page 113

1    people.  He put it on networks, social networks --

2        Q.  BY MR. SCHER:  What social networks did he put

3    it on?

4        A.  -- (inaudible) promotion.

5            MR. CUNNINGHAM:  Objection.  Calls for          13:21:00

6    speculation.

7            MS. BREWER:  I'll join.

8            THE WITNESS:  Yeah, I can't say specifically at

9    that time what networks were used, because they've

10   changed, and some of these networks -- the social       13:21:09

11   networks that were around in 2015/2016 aren't even around

12   anymore, so I can't specifically say how that was done.

13       Q.  BY MR. SCHER:  And you said he sent it out.

14   What did he send out?

15           MS. BREWER:  Objection.  Speculation.           13:21:24

16           THE WITNESS:  I can answer?

17           MR. CUNNINGHAM:  Yes.

18           THE WITNESS:  He would send out information to

19   people to share to get users on the site.

20       Q.  BY MR. SCHER:  What information?                13:21:45

21           MS. BREWER:  Objection.  Speculation.

22           THE WITNESS:  What the site was, how to use it.

23       Q.  BY MR. SCHER:  How many people did he send it

24   to?

25       A.  I can't answer that specifically.  I can say    13:22:00

                                                    Page 114

1    we're talking about?  I'd like you to be specific in

2    terms of what collaboration tools you're talking about so

3    I don't have any misunderstanding, because there were a

4    lot of products that Guy had.

5        Q.  BY MR. SCHER:  Sure, Ms. Reynolds.                    13:23:24

6            Well, you're the one who has the memory from

7    2016, so why don't you tell me all of the projects that

8    were available for Mr. Ravine in 2016.

9            MS. BREWER:  Objection.  Speculation.

10           MR. CUNNINGHAM:  Joined.                              13:23:37

11           THE WITNESS:  Okay.  2016 he had his discussion

12   boards, which there were posts on.  He had his Open AI

13   network.  He was still working on the We Communicate app.

14   There were things going on with that.  And so for 2016,

15   those were the main projects that I was aware of.          13:24:10

16       Q.  BY MR. SCHER:  And what do you mean by "Open AI

17   network"?

18       A.  What I'm talking about is what he launched from

19   his -- that was the offshoot of his Wikineering work that

20   he called and branded and trademarked as Open AI.          13:24:25

21       Q.  And do you remember where that was available?

22       A.  I don't understand that question.  Where it was

23   available, like -- it was on the internet.

24       Q.  How could someone find it on the internet?

25           MS. BREWER:  Objection.  Vague, calls for           13:25:01

                                                         Page 116

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    speculation.

2            MR. CUNNINGHAM:  Joined.

3            THE WITNESS:  So, I'm sorry, I didn't hear the

4    first part of that question.

5        Q.  BY MR. SCHER:  I'll ask it a different way.        13:25:10

6            How would you get to that website in 2016?

7        A.  Well, I had a link to it, an earmarked link to

8    it, so I would get to it -- I -- you know, I was in the

9    process of the -- I kept track of it along the time.

10           So if I was an engineering type or somebody who    13:25:31

11   was interested in, you know, AI, I probably would find it

12   through internet searches, through referrals, through

13   message boards, who knows.  There's a lot of ways that

14   people find things, so -- there's a myriad of ways that

15   people find things on -- that are on the internet.        13:25:59

16       Q.  Is it your testimony that you could find

17   Mr. Ravine's Open.AI website through Google?

18           MS. BREWER:  Objection.

19           THE WITNESS:  Is it my testimony that I could --

20   that somebody could find it through Google?  Well, I was    13:26:17

21   on Google and I found it, so yes, I suppose they could.

22       Q.  BY MR. SCHER:  And when was that?

23           MS. BREWER:  Objection.  Vague.

24           THE WITNESS:  Well, we were talking about 2016;

25   right?                                                     13:26:34

                                                     Page 117

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          THE VIDEOGRAPHER:  All right.

2          MR. CUNNINGHAM:  Thank you, everyone.  Sorry for

3    leaving quickly.

4          THE VIDEOGRAPHER:  We are off the record at

5    2:57 p.m. Pacific Standard Time.  This concludes today's       14:57:09

6    testimony given by Deborah Reynolds.  The total number of

7    media units used was four and will be retained by

8    Veritext Legal Solutions.

9          (Time Noted:  2:57 p.m.)

10                        --oOo--

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 165

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1        I declare under the penalty of perjury under the

2   laws of the State of California that the foregoing is

3   true and correct.

4        Executed on _____, 2024, at

5   _____, _____.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 166

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    STATE OF CALIFORNIA     ) ss:

2    COUNTY OF MARIN          )

3

4         I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do

5    hereby certify:

6         That the foregoing deposition testimony was

7    taken before me at the time and place therein set forth

8    and at which time the witness was administered the oath;

9         That testimony of the witness and all objections

10   made by counsel at the time of the examination were

11   recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16        I further certify that I am neither counsel for

17   any party to said action, nor am I related to any party

18   to said action, nor am I in any way interested in the

19   outcome thereof.

20        IN WITNESS WHEREOF, I have subscribed my name

21   this 24th day of December, 2024.

22

23

24

25        LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462

Page 167

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    Kelly Cunningham

2    kcunningham@ecjlaw.com

3                                    December 24, 2024

4    RE: Openai, Inc v. Open Artificial Intelligence, Inc., et al.

5    12/11/2024, Deborah Reynolds, (#7055681).

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20       Contact Veritext when the sealed original is required.

21   __ Waiving the CA Code of Civil Procedure per Stipulation of

22       Counsel - Original transcript to be released for signature

23       as determined at the deposition.

24   __ Signature Waived - Reading & Signature was waived at the

25       time of the deposition.