# EXHIBIT 8

**Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**



# Transcript of Tom Gruber

**Date:** December 6, 2024
**Case:** OpenAI, Inc. -v- Open Artificial Intelligence, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

**WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY**

```
1                 UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3

4    OPENAI, INC., a Delaware          )
     corporation,                      )
5                                      )
                       Plaintiff,      )
6                                      ) CASE NO.
        vs.                            ) 4:23-CV-03918-YGR
7                                      )
     OPEN ARTIFICIAL INTELLIGENCE,     )
8    INC., a Delaware corporation;     )
     and GUY RAVINE, an individual,    )
9                                      )
                       Defendants.     )
10   _____ )

11

12

13

14

15              VIDEOTAPED DEPOSITION OF

16                    TOM GRUBER

17              FRIDAY, DECEMBER 6, 2024

18                LOS ANGELES, CALIFORNIA

19

20

21

22

23

24   PAGES 1 - 142

25   REPORTED BY MARK SCHWEITZER
     CSR #10514, RPR, CRR
```

```
 1              Videotaped Deposition of
 2                   Tom Gruber
 3
 4              Witness Location:
 5              Los Angeles, California
 6
 7
 8
 9
10         Pursuant to Notice, before Mark Schweitzer,
11   Registered Professional Reporter, Certified Realtime
12   Reporter, and Certified Shorthand Reporter No. 10514,
13   in and for the State of California.
14
15
16
17
18
19
20
21
22
23
24
25
```

Transcript of Tom Gruber
Conducted on December 6, 2024 3

```
 1              A P P E A R A N C E S
 2

 3    For the Plaintiff:

 4         QUINN EMANUEL URQUHART & SULLIVAN, LLP
           By:  Robert Feldman, Esq.
 5         555 Twin Dolphin Drive, 5th Floor
           Redwood Shores, California 94065-2139
 6         650-801-5000
           robertfeldman@quinnemanuel.com
 7

 8
      For the Witness:
 9
           ERVIN COHEN & JESSUP, LLP
10         By: Michael C. Lieb, Esq.
           9401 Wilshire Boulevard, 12th Floor
11         Beverly Hills, CA 90212
           310-281-6338
12         mlieb@ecjlaw.com

13
      For the Defendants:
14
           WILLENKEN, LLP
15         By:  Jason Haruo Wilson, Esq.
           707 Wilshire Boulevard, Suite 3850
16         Los Angeles, CA 90017-3540
           213-955-9240
17         jwilson@willenken.com

18
      Outside Corporate Counsel for
19    Defendant Guy Ravine:

20         ARLENBACH LEGAL, INC.
           By: Spencer Mark Gusick, Esq.
21         315 Montgomery Street, Suite 1000
           San Francisco, CA 94104
22         415-994-7996
           sg@arlenbach.com
23

24
      Videographer:   Nache Buie
25
```

```
1                    I N D E X
2
3                  December 6, 2024
4  WITNESS:                                    PAGE
5  TOM GRUBER, SWORN
6  EXAMINATION BY MR. FELDMAN:                    7
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   P R O C E E D I N G S
 2                    * * * * *                                      01:56:27
 3           THE VIDEOGRAPHER:  Here begins Media No. 1               01:56:27
 4   in the videotaped deposition of Tom Gruber in the                01:56:29
 5   matter of OpenAI, Inc., versus Open Artificial                   01:56:33
 6   Intelligence, Inc., et al., the United States                    01:56:39
 7   District Court for the Northern District of                      01:56:40
 8   California, Case No. 4:23-CV-03918-YGR.                          01:56:43
 9           Today's date is December 6, 2024, and the                01:56:50
10   time on the video monitor is 1:56 p.m. Pacific                   01:56:55
11   Standard Time.                                                   01:57:00
12           The videographer today is Nache Buie,                    01:57:00
13   representing Planet Depos.  This video deposition is             01:57:03
14   taking place at 9401 Wilshire Boulevard, Beverly                 01:57:06
15   Hills, California.                                               01:57:10
16           Would counsel please voice identify                      01:57:11
17   themselves and state whom they represent.                        01:57:15
18           MR. LIEB:  Michael Lieb, representing the                01:57:23
19   witness, Mr. Gruber.                                             01:57:24
20           MR. FELDMAN:  Bob Feldman for the                        01:57:27
21   plaintiff.                                                       01:57:29
22           MR. WILSON:  Jason Wilson for the defendant              01:57:30
23   and counterdefendants.  Counterplaintiffs.  Sorry.               01:57:34
24           MR. GUSICK:  Spencer Gusick, and I am the                01:57:40
25   outside general counsel for Open Artificial                      01:57:43
```

| | | |
|---|---|---|
| 1 | Intelligence and Mr. Ravine. | 01:57:47 |
| 2 |     THE VIDEOGRAPHER:  Great, thank you.  The | 01:57:51 |
| 3 | court reporter today is Mark Schweitzer, representing | |
| 4 | Planet Depos. | |
| 5 |     The witness will now be sworn. | |
| 6 |     THE REPORTER:  Will you please raise your | |
| 7 | right hand. | |
| 8 | | |
| 9 |               TOM GRUBER, SWORN | |
| 10 | | 01:58:01 |
| 11 |     THE REPORTER:  Thank you very much. | 01:58:01 |
| 12 |     Counsel? | 01:58:04 |
| 13 | | 01:58:08 |
| 14 |                EXAMINATION | 01:58:08 |
| 15 | BY MR. FELDMAN: | 01:58:08 |
| 16 |   Q.   Good afternoon.  Have you ever been a | 01:58:09 |
| 17 | witness before? | 01:58:11 |
| 18 |   A.   No. | 01:58:11 |
| 19 |   Q.   In a trial? | 01:58:11 |
| 20 |   A.   I've never been deposed before. | 01:58:12 |
| 21 |   Q.   Have you ever been a witness in a trial? | 01:58:14 |
| 22 |   A.   No. | 01:58:16 |
| 23 |   Q.   And have you ever been deposed before? | 01:58:16 |
| 24 |   A.   No. | 01:58:19 |
| 25 |   Q.   And have you ever served as an expert | 01:58:19 |

1       Do you see that?  02:14:00
2     A.  Yes.  02:14:00
3     Q.  Do you have any recollection of having met  02:14:01
4  Guy Ravine prior to Larry Page's party at TED?  02:14:05
5     A.  I remember meeting him at Larry Page's  02:14:11
6  party.  02:14:13
7     Q.  Do you have any recollection of having met  02:14:13
8  him prior to that?  02:14:15
9     A.  I don't remember having met him.  I don't  02:14:16
10 remember either way.  It doesn't stand out in my  02:14:18
11 mind.  But I do remember meeting him at that party.  02:14:21
12    Q.  Thank you.  I guess, if you don't mind my  02:14:23
13 persisting, can you say that you met him prior to  02:14:26
14 that?  02:14:28
15    A.  No.  I mean, that's 10-something years old.  02:14:30
16 I mean, I don't remember exactly the first moment I  02:14:33
17 met him.  I know he's a person in AI, and I may have  02:14:35
18 run into him at a conference.  02:14:40
19    Q.  So it's correct that you have no  02:14:42
20 recollection of meeting him prior to --  02:14:43
21    A.  I don't remember.  02:14:48
22    Q.  -- Larry Page's party at TED, but it's  02:14:49
23 possible.  You just don't remember?  02:14:53
24    A.  I don't remember having met him before  02:14:54
25 then.  I do remember having met him there.  02:14:56

| | | |
|---|---|---|
| 1 | met him at any time after Larry Page's party at TED | 02:16:12 |
| 2 | in 2015? | 02:16:16 |
| 3 |     A.  Do I have a recollection of having met with | 02:16:18 |
| 4 | him physically? | 02:16:21 |
| 5 |     Q.  Yes. | 02:16:22 |
| 6 |     A.  Yes. | 02:16:22 |
| 7 |     Q.  Other than at events? | 02:16:22 |
| 8 |     A.  Yes. | 02:16:24 |
| 9 |     Q.  When? | 02:16:24 |
| 10 |     A.  Well, during COVID we met. | 02:16:25 |
| 11 |     Q.  Okay. | 02:16:28 |
| 12 |     A.  We went somewhere.  I member us talking | 02:16:30 |
| 13 | about masks. | 02:16:34 |
| 14 |     Q.  Okay.  Any other occasions? | 02:16:38 |
| 15 |     A.  Wow, this is -- there's a lot of times we | 02:16:40 |
| 16 | could have met.  I don't remember.  I didn't take | 02:16:42 |
| 17 | notes. | 02:16:44 |
| 18 |     Q.  Okay. | 02:16:44 |
| 19 |     A.  Sorry. | 02:16:45 |
| 20 |     Q.  That's fine.  Thank you.  So as it stands | 02:16:45 |
| 21 | now, you have no specific recollection of having met | 02:16:48 |
| 22 | Mr. Ravine subsequent to Larry Page's party at TED, | 02:16:51 |
| 23 | but it's possible that you did? | 02:16:55 |
| 24 |     A.  I've talked with him several -- many, many | 02:16:56 |
| 25 | times.  And I didn't make notes every time I talked | 02:17:00 |

| | | |
|---|---|---|
| 1 | because it wasn't important to make notes of those | 02:17:02 |
| 2 | things.  So yes, he's not a stranger. | 02:17:06 |
| 3 |     Q.   Okay.  Thank you.  I'm just asking if it's | 02:17:09 |
| 4 | possible for you to identify any occasions where you | 02:17:12 |
| 5 | met with him after the party at TED? | 02:17:15 |
| 6 |     A.   I can identify, I remember meeting him in | 02:17:22 |
| 7 | the lobby of a hotel at one of the TEDs.  I don't | 02:17:25 |
| 8 | remember which one.  And I remember -- and we got | 02:17:29 |
| 9 | together either just before COVID or after COVID, and | 02:17:33 |
| 10 | then we did a bunch of work together in 2019 and '20. | 02:17:36 |
| 11 |     Q.   Okay.  What work did you do in 2019 and | 02:17:40 |
| 12 | '20? | 02:17:44 |
| 13 |     A.   I was helping him with his company video, | 02:17:45 |
| 14 | Incorporated, or Video dot IO. | 02:17:50 |
| 15 |     Q.   And was the work that you did for Video.io | 02:17:58 |
| 16 | in 2019 or '20? | 02:18:02 |
| 17 |     A.   The question is was it in those years? | 02:18:05 |
| 18 |     Q.   Yes. | 02:18:07 |
| 19 |     A.   Yes, having reviewed my emails, that is it | 02:18:08 |
| 20 | may have been more dates than that. | 02:18:10 |
| 21 |     Q.   Do you have any recollection of having | 02:18:12 |
| 22 | helped Mr. Ravine with Video.io after 2020? | 02:18:14 |
| 23 |     A.   Well, I've been helping him, introducing | 02:18:21 |
| 24 | him to funders for that project.  And I tried to | 02:18:26 |
| 25 | introduce him to acquiring companies. | 02:18:29 |

```
 1              I see the one I labeled as 62.                  02:35:38
 2       Q.    You're looking at Exhibit 62, which is your      02:35:42
 3   declaration, dated March 26th, and you're looking at       02:35:44
 4   Paragraph 8, which begins on March 19th.                   02:35:49
 5       A.    Yes.                                             02:35:52
 6       Q.    And have you had a chance to review that?        02:35:52
 7       A.    Yes.                                             02:35:55
 8       Q.    Okay.  Am I correct that you said under          02:35:55
 9   oath that you saw Guy Ravine proposing OpenAI to           02:35:58
10   Google CEO Larry Page?                                     02:36:09
11       A.    I did.                                           02:36:08
12       Q.    Where was that?                                  02:36:10
13       A.    A party at TED.                                  02:36:11
14       Q.    Where was the party at TED?                      02:36:12
15       A.    In some hotel.                                   02:36:14
16       Q.    Okay.                                            02:36:17
17       A.    In Vancouver.                                    02:36:18
18       Q.    Thank you.  Am I correct that you saw Guy        02:36:20
19   Ravine proposing OpenAI to Larry Page at a party in        02:36:24
20   2015?                                                      02:36:29
21       A.    Um-hm.                                           02:36:30
22             MR. LIEB:  You have to answer verbally.          02:36:32
23             THE WITNESS:  So yeah, March 19, 2015.           02:36:34
24       Q.    BY MR. FELDMAN:  And that was at a hotel in      02:36:39
25   Vancouver?                                                 02:36:43
```

| | | |
|---|---|---|
| 1 | A. Yes, TED is at a conference center in | 02:36:44 |
| 2 | Vancouver, and they have parties like that at hotel | 02:36:46 |
| 3 | rooms, hotel things, conference centers. | 02:36:49 |
| 4 | Q. How many people were at the party at the | 02:36:52 |
| 5 | hotel in Vancouver at TED in 2015? | 02:36:56 |
| 6 | A. I don't know. Less than 50. More than 10. | 02:37:00 |
| 7 | Something like that. | 02:37:04 |
| 8 | Q. And how did it come that you were invited | 02:37:06 |
| 9 | to the party? | 02:37:09 |
| 10 | A. I got an email from Larry Page. | 02:37:09 |
| 11 | Q. And how long did -- did Guy Ravine propose | 02:37:13 |
| 12 | OpenAI to Larry Page in your presence? | 02:37:22 |
| 13 | A. How many minutes? | 02:37:25 |
| 14 | Q. Yes. | 02:37:27 |
| 15 | A. I don't know. At least long enough for a | 02:37:28 |
| 16 | few words to be exchanged. The three of us were | 02:37:33 |
| 17 | standing there: Larry Page, Guy Ravine, Tom Gruber | 02:37:36 |
| 18 | standing next to each other talking about this idea | 02:37:41 |
| 19 | of OpenAI. | 02:37:43 |
| 20 | Q. How long was that conversation? | 02:37:43 |
| 21 | A. I don't know. A few minutes. | 02:37:45 |
| 22 | Q. More or less than five? | 02:37:46 |
| 23 | A. Roughly five, maybe. I don't know exactly. | 02:37:48 |
| 24 | Could be ten. Yeah. How am I gonna know? I didn't | 02:37:50 |
| 25 | have a stopwatch. | 02:37:59 |

| | | |
|---|---|---|
| 1 | you wrote back and said no thanks. | 03:40:59 |
| 2 |     A.   On Apple's behalf. | 03:41:02 |
| 3 |     Q.   That's right.  Are you aware of anything | 03:41:02 |
| 4 | Mr. Ravine did in connection with artificial | 03:41:06 |
| 5 | intelligence from the time you said no, thank you, | 03:41:09 |
| 6 | until 2019? | 03:41:13 |
| 7 |     A.   Artificial intelligence? | 03:41:13 |
| 8 |     Q.   Yes. | 03:41:16 |
| 9 |     A.   Well, he has a video company, Video.io, and | 03:41:16 |
| 10 | he has a lot of AI in it. | 03:41:22 |
| 11 |     Q.   Thank you.  Are you aware of anything he | 03:41:24 |
| 12 | did to pursue the OpenAI initiative that he described | 03:41:26 |
| 13 | to Mr. Page at a party and you in an email after you | 03:41:30 |
| 14 | said no, thank you, and until, say, 2019? | 03:41:33 |
| 15 |     A.   I'm not aware of any activity. | 03:41:37 |
| 16 |     Q.   Thank you.  You are familiar with the | 03:41:39 |
| 17 | activities, Mr. Ravine's activities at Video.ia | 03:41:46 |
| 18 | generally? | 03:41:54 |
| 19 |     A.   Yes, Video.io. | 03:41:54 |
| 20 |     Q.   Sorry.  Video.io. | 03:41:56 |
| 21 |     A.   Thank you. | 03:41:58 |
| 22 |     Q.   Are you an investor in Video.io? | 03:42:01 |
| 23 |     A.   I am. | 03:42:03 |
| 24 |     Q.   Can you describe the nature of the | 03:42:04 |
| 25 | investment? | 03:42:08 |

```
1    to narrow it, I will.  Okay?                              03:44:31
2         A.   Okay.  I'll ask a clarifying.                   03:44:33
3         Q.   Sure.  You've discussed this case with          03:44:35
4    Mr. Ravine, right?                                        03:44:37
5         A.   Yes.                                            03:44:38
6         Q.   That's not such a hard question.  And           03:44:38
7    you've discussed it with some lawyers, right?             03:44:41
8         A.   I've discussed it with some lawyers.            03:44:42
9         Q.   And you've discussed it with some funders.      03:44:46
10        A.   Yes.                                            03:44:48
11        Q.   Other than those three groups, have you         03:44:48
12   discussed this case with anyone else?                     03:44:53
13        A.   Lawyers, funders.  I've discussed the           03:44:58
14   existence of the case but no details of the case          03:45:04
15   with, say, casual friends.  That's public                 03:45:07
16   information.                                              03:45:11
17        Q.   Okay.  Do you know Mr. Altman?                  03:45:11
18        A.   I've met him before.                            03:45:15
19        Q.   Where have you met him?                         03:45:16
20        A.   I met him at a party run by Reid Hoffman        03:45:17
21   once.                                                     03:45:22
22        Q.   And have you met him on any other occasion      03:45:24
23   other than at a party?                                    03:45:27
24        A.   I've seen him at events.  I'm not on            03:45:28
25   friendly terms.  I don't know him as a friend.            03:45:33
```

| | | |
|---|---|---|
| 1 | Q. Do you know Mr. Brockman? | 03:45:34 |
| 2 | A. I think I met Brockman through the | 03:45:36 |
| 3 | partnership in AI at one point, I think. | 03:45:40 |
| 4 | Q. Do you have a recollection of having done | 03:45:43 |
| 5 | so, or you just think you did? | 03:45:45 |
| 6 | A. I think I did. I'm pretty sure I met him | 03:45:47 |
| 7 | through that. I think I know who he is, certainly. | 03:45:49 |
| 8 | Again, we're not friends. | 03:45:52 |
| 9 | Q. Are you enemies? | 03:45:55 |
| 10 | A. No. | 03:45:56 |
| 11 | Q. I'm going to ask you a number of questions | 03:45:56 |
| 12 | in a moment about your other activities. So I don't | 03:46:02 |
| 13 | know how to characterize them. Okay? | 03:46:06 |
| 14 | A. Okay. | 03:46:08 |
| 15 | Q. If I mischaracterize them, you may correct | 03:46:09 |
| 16 | me. | 03:46:13 |
| 17 | A. Okay. | 03:46:13 |
| 18 | Q. Do any of the other companies that you are | 03:46:13 |
| 19 | associated with, whether as an advisor or an | 03:46:18 |
| 20 | investor, compete with the plaintiff in this case, | 03:46:23 |
| 21 | my client? | 03:46:24 |
| 22 | A. Compete with OpenAI? Let's see. I can't | 03:46:26 |
| 23 | think of any company that I advise that competes with | 03:46:46 |
| 24 | OpenAI, no. Some of them use open OpenAI but don't | 03:46:50 |
| 25 | compete with them. | 03:46:55 |

Transcript of Tom Gruber
Conducted on December 6, 2024                                    140

```
1   more than an NFL quarterback.  And the companies are,        05:12:53
2   as you know, your clients, has had a lot of employees        05:12:58
3   that have left to form competing companies.                  05:13:02
4         Q.   And why have they done that?                      05:13:09
5         A.   I just read the newspapers.  They say to          05:13:10
6   the public.  They are not pleased with the secret use        05:13:14
7   of the technology and the governance of it.                  05:13:18
8         Q.   Okay.  Great.  Has anyone left OpenAI for         05:13:25
9   reasons related to compensation?                             05:13:29
10        A.   I don't know that.                                05:13:31
11             MR. FELDMAN:  Okay.  Okay.  Thank you very        05:13:39
12  much.  I appreciate your time.  I look forward to            05:13:40
13  reading the documents that I wasn't given today.             05:13:42
14             MR. LIEB:  No questions.                          05:13:45
15             MR. FELDMAN:  All right.  Thank you.              05:13:47
16             THE VIDEOGRAPHER:  I'll read us off.              05:13:48
17  Please stand by.                                             05:13:51
18             Here ends today's deposition.  We're going        05:13:53
19  off the record.  The time is 5:13 p.m.                       05:13:54
20                                                               05:13:58
21             (Proceedings concluded at 5:13 p.m.)              05:13:59
22
23
24
25
```

```
1    STATE OF CALIFORNIA.      )
                               )
2    COUNTY OF LOS ANGELES     )

3

4         I, Mark Schweitzer, Certified

5    Shorthand Reporter No. 10514, do hereby

6    Certify:

7         That prior to being examined, the witness

8    named in the foregoing deposition was by me duly

9    sworn to testify the truth, the whole truth, and

10   nothing but the truth;

11        That said deposition was taken down by me

12   in shorthand and thereafter reduced to print by

13   means of computer-aided transcription; and the same

14   is a true, correct, and complete transcript of said

15   proceedings.

16        I further certify that I am not interested in

17   the outcome of the action.

18        Witness my hand this 9th day of December, 2024.

19        [signature: Mark Schweitzer]

20   _____
     MARK SCHWEITZER, CSR #10514, RPR, CRR
21   Certified Shorthand Reporter
     In and for the State of California
22

23

24

25
```

```
1      DECLARATION UNDER PENALTY OF PERJURY
2
3           I, Tom Gruber, do hereby certify under
4    penalty of perjury that I have read the foregoing
5    transcript of my deposition taken Thursday, June 6,
6    2024; that I have made such corrections as appear
7    noted on the Deposition Errata Page attached hereto
8    and signed by me; that my testimony as contained
9    herein, as corrected, is true and correct.
10
11          Dated this _____ day of _____, 2024,
12   at _____,_____.
13
14
15   _____
16           Tom Gruber
```