# EXHIBIT 29

**Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**

Message
| | |
|---|---|
| **From:** | guy@open.ai [guyravine@gmail.com] |
| **Sent:** | 12/11/2015 9:12:12 PM |
| **To:** | ilyasu@google.com; sam@ycombinator.com |
| **Subject:** | Open.AI collective engineering AI initiative + OpenAI? |

Hi Ilya and Sam,

We've been working on an initiative called https://protect-us.mimecast.com/s/_A76CJ6EQ4Fq4LKnUzefle?domain=open.ai to build a collective engineering platform to enable researchers from around the world to collectively engineer deep learning algorithms together through a fast collective iterative process using a number of new tools and principles. It's in development and is also a non-profit.

The initiative has the same goals as yours, which are the accelerate the arrival of general AI through an open effort.

We think the way research is done today is grossly inefficient, and a platform for collective engineering designed for AI like the one we have been developing could dramatically accelerate progress in the field through a better application of collective intelligence to the problem

We also believe that by applying collective intelligence to refine and simplify deep learning teaching materials in an iterative process through this platform, a lot more people would get involved in improving AI.

I've spent several years thinking about the problem of how to apply collective intelligence to large scale engineering projects, and in particular to AI, in an effective way. The conclusions were a number of key principles towards this end. My team has built a collective engineering platform called Wikineering (wiki engineering, https://protect-us.mimecast.com/s/uf6yCNk70lh0n5j6IzhGSu?domain=wikineering.org), and then I decided that it would make most sense to focus on AI, so we started working on the foundations for https://protect-us.mimecast.com/s/_A76CJ6EQ4Fq4LKnUzefle?domain=open.ai.

I've been working with Peter Norvig, Richard Socher and others to push a proposal for an AI School within Alphabet. The AI School would be a physical space that would teach its students as well as people online how to improve deep learning algorithms. In the proposal we are working on, the idea is that the AI School would also develop and maintain the https://protect-us.mimecast.com/s/_A76CJ6EQ4Fq4LKnUzefle?domain=open.ai platform, and improve its teaching materials in an iterative process on https://protect-us.mimecast.com/s/_A76CJ6EQ4Fq4LKnUzefle?domain=open.ai.

Before we go the Alphabet route (and we are not clear yet whether Larry will approve it being funded), I think it would make sense for us to meet and see if we could team up because we are working towards the same goals. This is bigger than us and I think it could benefit from working together. By the way, Nick Bostrom has also been advising us on the evolution of open AI.

Guy

Guy Ravine
guy@open.ai
(415) 515-7234

Exhibit

190

Altman

12/12/2024   C.A.N.