# EXHIBIT 30

**Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**

| | |
|---|---|
| From: | Greg Brockman [gdb@gregbrockman.com] |
| on behalf of | Greg Brockman <gdb@gregbrockman.com> [gdb@gregbrockman.com] |
| Sent: | 12/17/2015 6:08:01 PM |
| To: | Sam Altman [sam@ycombinator.com] |
| Subject: | Re: Open.AI Follow up |

Yeah, I'm working on it. (Asked him to do so yesterday, and planning on playing a medium-term game here.)

- gdb

On Thu, Dec 17, 2015 at 8:58 AM, Sam Altman <sam@ycombinator.com> wrote:
> any chance you can get them to change their name?
>
> On Thu, Dec 17, 2015 at 12:35 AM, Greg Brockman <gdb@gregbrockman.com>
> wrote:
>>
>> (Pretty meh. I mostly want them to change their name.)
>>
>>
>> ---------- Forwarded message ----------
>> From: Guy Ravine <guyravine@gmail.com>
>> Date: Wednesday, December 16, 2015
>> Subject: Open.AI Follow up
>> To: Sam Altman <sam@ycombinator.com>
>> Cc: Greg Brockman <gdb@gregbrockman.com>
>>
>>
>> Hi Sam,
>>
>> I met with Greg today and we discussed the Open.AI collective engineering
>> platform to allow everyone in academia to collaborate on AI algorithms in a
>> faster iterative environment.
>>
>> Greg thinks our goals are aligned, but said the OpenAI lab is focused on
>> internal research. So he suggested that my group would start Open.AI as a
>> separate effort.
>>
>> Would you care to meet and see if you'd be able to help us launch the
>> Open.AI AI collaboration platform? I believe it could accelerate progress in
>> AI research by a factor of 2x or more by reducing iteration times when
>> improving deep learning algorithms, and involving the open community in AI
>> research.
>>
>> Guy
>>
>> Open.AI
>> guy@open.ai
>> (415) 515-7234
>>
>>
>> --
>> Sent from mobile
>
>

Exhibit
193
Altman
12/12/2024   C.A.N.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          OPENAI-RAV-00014287