# EXHIBIT 32

**Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**

# Re: G Ravine

**From: Chris Clark <chris@ycr.org>**  Wed, Mar 1, 2017 at 1:49 PM PST (GMT-08:00)
To: Greg Brockman <gdb@openai.com>; Erika Reinhardt <erika@openai.com>
Cc: Ilya Sutskever <ilyasu@openai.com>

Ok good to know. Thanks!

On Wed, Mar 1, 2017 at 1:43 PM Greg Brockman <gdb@openai.com> wrote:
> Yes I've met him. He's a bit weird. Had been trying to make open.ai into a thing. May be willing to give up on open.ai now though.
>
> On Wed, Mar 1, 2017 at 1:42 PM Erika Reinhardt <erika@openai.com> wrote:
>> No, but I have 1 mutual connection on LinkedIn if you want me to reach out to him
>>
>> On Wed, Mar 1, 2017 at 1:40 PM, Chris Clark <chris@ycr.org> wrote:
>>> Have any of you heard of Guy Ravine? See www.open.ai
>>>
>>> He filed for a trademark right before OpenAI formed. The USPTO referenced his filing while reviewing ours, so I'm wondering if anyone knows or has heard of him. He's supposedly in San Francisco.
>>>
>>> Chris
>>>
>>> --
>>> Sent from mobile

Exhibit 197 Altman 12/12/2024  C.A.N.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OPENAI_RAV-00017869