# EXHIBIT 53

**Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**

# EXHIBIT X

OPENAI_RAV-00000997






Google

open ai

Sign in

Login | Playground | News | Videos | Chat | Com gpt | Chatbot | Images | Tool

All filters | Tools | SafeSearch

About 1,510,000,000 results (0.30 seconds)

Did you mean: ***openai***

OpenAI
https://openai.com

## OpenAI

Creating safe AGI that benefits all of humanity.

### ChatGPT

ChatGPT is an AI-powered language model developed by ...

### Introducing ChatGPT

We've trained a model called ChatGPT which interacts in a ...

### About

OpenAI is an AI research and deployment company. Our ...

### Playground

Explore resources, tutorials, API docs, and dynamic examples to ...

More results from openai.com »

## People also ask

- What is OpenAI for?
- Is OpenAI made by Elon?
- Is it legal to use OpenAI?
- Can I use OpenAI for free?

Feedback

open.ai
https://open.ai

## Open AI

Feed My Generations. the interaction of abundance, lightness, ice and color, an installation in the nyc moma. © **Open AI** TM 2014 - 2023 Terms of Use.

https://twitter.com/OpenAI

## OpenAI (@OpenAI) · Twitter

OpenAI

# OpenAI

Artificial intelligence company

openai.com

OpenAI is an American artificial intelligence research laboratory consisting of the non-profit OpenAI, Inc. and its for-profit subsidiary corporation OpenAI, L.P. registered in Delaware. Wikipedia

**CTO:** Mira Murati

**Founded:** December 11, 2015

### Profiles

Twitter | Facebook | LinkedIn | SoundClo

### People also search for

Khan Academy | freeCodeCa... | Code.org | Musk Foundatior

Claim this knowledge panel

Feedb

DALL·E 3 🤝 ChatGPT

Our new text-to-image model, DALL·E 3, can translate nuanced requests into extremely detailed and accurate images.

Coming soon to ChatGPT Plus & Enterprise, which can help you craft amazing prompts to bring your ideas to life:

openai.com/dall-e-3

We're inviting domain experts from a variety of fields to join the OpenAI Red Teaming Network. Apply to collaborate with us to improve the safety of our models:

openai.com/blog/red-tea…

Twitter · 2 days ago   Twitter · 2 days ago   Twitter · 3 days ago

## ▶ Videos 

 **Open AI Founder on Artificial Intelligence's Future ...**
YouTube · Bloomberg Originals
1 week ago

 **Leveraging Azure OpenAI Service in the Power Platform**
YouTube · Microsoft Power Platform
21 hours ago

 **Famous authors sue Open AI company over book copyright ...**
YouTube · Good Morning America
1 day ago

Feedback

View all →

 **Axios**
https://www.axios.com › Technology

### Open AI debuts next version of its image generation tool
2 days ago — **Open AI** debuts next version of its image generation tool · DALL E 3 is designed to reject requests that ask for an image in the style of living ...

 **Wired**
https://www.wired.com › Business › OpenAI

### OpenAI's Dall-E 3 Is an Art Generator Powered by ChatGPT
2 days ago — **OpenAI** has announced Dall-E 3, its latest AI art tool. It uses **OpenAI's** smash-hit chatbot, ChatGPT, to help create more complex and ...

 **Reuters**
https://www.reuters.com › technology › openai-unveils-d...

### OpenAI unveils Dall-E 3, latest version of its text-to-image tool
2 days ago — **OpenAI** on Wednesday unveiled Dall-E 3, the latest version of its text-to-image tool that uses its wildly popular AI chatbot ChatGPT to help ...

 **Wikipedia**
https://en.wikipedia.org › wiki › OpenAI

### OpenAI

OPENAI_RAV-00000999

9/22/23, 7:14 PM
Case 1:23-cv-03918-YGR    Document 36-1    open ai - Google Search
Case 3:23-cv-03929-JD    Filed 09/29/23    Page 5 of 10
Page 4 of 8

**OpenAI** is an American artificial intelligence (AI) research laboratory consisting of the non-profit **OpenAI**, Inc. and its for-profit subsidiary corporation ...

### Related searches

| | |
|---|---|
| 🔍 open ai **login** | 🔍 open **ai.com gpt** |
| 🔍 **open.ai playground** | 🔍 open **ai.com chat gpt login** |
| 🔍 **open.ai chat** | 🔍 **chatgpt** |
| 🔍 **open.ai chatbot** | 🔍 open ai **elon musk** |

More results ∨



Google

openai

Sign in

News | Login | Playground | Chat | Images | Videos | Gpt-3 | Chatbot | Free

All filters | Tools | SafeSearch

About 250,000,000 results (0.32 seconds)

OpenAI
https://openai.com

## OpenAI

Creating safe AGI that benefits all of humanity.

### ChatGPT
ChatGPT is an AI-powered language model developed by ...

### Introducing ChatGPT
We've trained a model called ChatGPT which interacts in a ...

### About
OpenAI is an AI research and deployment company. Our ...

### Careers
OpenAI Residency is a six-month program which offers a pathway ...

More results from openai.com »

## People also ask

Did Google own OpenAI?

Can I use OpenAI for free?

Is OpenAI owned by Bill Gates?

How do I access Dall E 3?

Feedback

## OpenAI

Artificial intelligence company

openai.com

OpenAI is an American artificial intelligence research laboratory consisting of the non-profit OpenAI, Inc. and its for-profit subsidiary corporation OpenAI, L.P. registered in Delaware. Wikipedia

**CTO:** Mira Murati

**Founded:** December 11, 2015

### Profiles

Twitter | LinkedIn | Facebook | SoundClo

### People also search for

Khan Academy | freeCodeCa... | Code.org | Musk Foundatior

Claim this knowledge panel

Feedb

https://twitter.com/OpenAI

## OpenAI (@OpenAI) · Twitter

DALL·E 3 🧡 ChatGPT

Twitter · 2 days ago

Our new text-to-image model, DALL·E 3, can translate nuanced requests into extremely detailed and accurate images.

Coming soon to ChatGPT Plus & Enterprise, which can help you craft amazing prompts to bring your ideas to life:

openai.com/dall-e-3

Twitter · 2 days ago

We're inviting domain experts from a variety of fields to join the OpenAI Red Teaming Network. Apply to collaborate with us to improve the safety of our models:

openai.com/blog/red-tea...

Twitter · 3 days ago

OPENAI_RAV-00001001

9/22/23, 7:15 PM    openai - Google Search
Case 1:23-cv-03918-YGR   Document 1-5   Filed 09/19/23   Page 6 of 8
Case 4:23-cv-03918-YGR-RD   Document 205-121   Filed 05/01/25   Page 7 of 10

      



**AP** AP News

**'Game of Thrones' creator and other authors sue ChatGPT-maker OpenAI for copyright...**

1 day ago

**The New York Times**

**Franzen, Grisham and Other Prominent Authors Sue OpenAI**

2 days ago



**CNBC**

**John Grisham, George R.R. Martin and other prominent authors sue OpenAI**

2 days ago



**C** CNET

**George R.R. Martin and Other Authors Sue ChatGPT-Maker OpenAI**

1 day ago

**V Vulture**

**George R.R. Martin Among 17 Authors Suing Over ChatGPT**

20 hours ago



### Also in the news

**The Washington Post**

**New AI tools from Google, OpenAI launch before they are fully ready**

12 hours ago

**The New York Times**

**ChatGPT Can Now Generate Images, Too**

2 days ago

More news →

### Perspectives

**Jessica Levinson**
MSNBC News



**Why famous authors' lawsuit against OpenAI and ChatGPT matters**

This week, the Authors Guild sued OpenAI for allegedly violating the Copyright Act of 1976. The authors allege th...

6 hours ago

**Valerie**
Medium



**Open Interpreter — A Fantastic Tool That Will Allow AI To Run Code On Your Computer**

Being a programmer in this day and age is amazing. Even if you are a solopreneur or a...

6 hours ago

**Jiadong Chen**
Medium



**Developing Generative AI Solutions, Enhancing Security, and Managing Costs**

Embarking on the journey to develop a generative AI solution isn't just about...

17 hours ago

 **Wikipedia**
https://en.wikipedia.org › wiki › OpenAI

### OpenAI

**OpenAI** is an American artificial intelligence (AI) research laboratory consisting of the non-profit **OpenAI**, Inc. and its for-profit subsidiary corporation ...

OPENAI_RAV-00001002















    

Google

Sign in

OpenAI

May 28, 2023 — **OpenAI** is an AI research and deployment company dedicated to ensuring that general-purpose artificial intelligence benefits all of humanity.

GitHub
https://github.com › openai

## OpenAI

Evals is a framework for evaluating LLMs and LLM systems, and an open-source registry of benchmarks. Python 11.9k 2.3k · **openai**-python Public.

MIT Technology Review
https://www.technologyreview.com › 2020/02/17 › ai-...

## The messy, secretive reality behind OpenAI's bid to save ...

Feb 17, 2020 — Every year, **OpenAI's** employees vote on when they believe artificial general intelligence, or AGI, will finally arrive.

## Related searches

| | |
|---|---|
| openai **playground** | openai **chatbot** |
| openai **login** | openai **free** |
| openai **chat** | openai **chatgpt login** |
| openai **gpt-3** | **chat.openai.com login** |

Twitter
https://twitter.com › OpenAI

## OpenAI

Our mission is to ensure that artificial general intelligence—AI systems that are generally smarter than humans—benefits all of humanity.

YouTube
https://www.youtube.com › @OpenAI

## OpenAI

**OpenAI's** mission is to ensure that artificial general intelligence benefits all of humanity. Subscribe.

TechTarget
https://www.techtarget.com › searchenterpriseai › OpenAI

## What is OpenAI? Definition and History ...

**OpenAI** is a private research laboratory that aims to develop and direct artificial intelligence (AI) in ways that benefit humanity as a whole.

Wired
https://www.wired.com › Backchannel › Cover Story

## What OpenAI Really Wants

Sep 5, 2023 — It was founded as a purely nonprofit research operation, but today most of its employees technically work for a profit-making entity that is ...

Wired
https://www.wired.com › Business › OpenAI

Google

Sign in

Microsoft Azure
https://azure.microsoft.com › products › ai-services

## Azure OpenAI Service – Advanced Language Models

Azure **OpenAI** Service offers industry-leading coding and language AI models that you can fine-tune to your specific needs for a variety of use cases.

YouTube
https://www.youtube.com › openai

## OpenAI

**OpenAI's** mission is to ensure that artificial general intelligence benefits all of humanity.Learn more: https://**openai**.com.

Reuters
https://www.reuters.com › technology › openai-unveils-d...

## OpenAI unveils Dall-E 3, latest version of its text-to-image tool

2 days ago — **OpenAI** on Wednesday unveiled Dall-E 3, the latest version of its text-to-image tool that uses its wildly popular AI chatbot ChatGPT to help ...

TechCrunch
https://techcrunch.com › 2023/09/20 › openai-unveils...

## OpenAI unveils DALL-E 3, allows artists to opt out of training

2 days ago — **OpenAI** today unveiled an upgraded version of its text-to-image tool, DALL-E, that uses ChatGPT — **OpenAI's** viral AI chatbot — to take some of ...

CNET
https://www.cnet.com › Tech › Services & Software

## OpenAI Brings ChatGPT and Dall-E Together for Next-Gen ...

1 day ago — **OpenAI** said the tool will be integrated into its generative AI chatbot ChatGPT, and you'll be able to create and adjust generated images with ...

Crunchbase
https://www.crunchbase.com › organization › openai

## OpenAI - Crunchbase Company Profile & Funding

**OpenAI** is an AI research and deployment company that conducts research and implements machine learning. The research organization is dedicated to advancing ...

The Verge
https://www.theverge.com › openai-dalle-third-version...

## OpenAI releases third version of DALL-E

2 days ago — **OpenAI**, possibly to avoid lawsuits, will also allow artists to opt their art out of future versions of text-to-image AI models. Creators can ...

Washington Post
https://www.washingtonpost.com › 2023/09/22 › new-...

## New AI tools from Google, OpenAI launch before they are ...

12 hours ago — A flood of new AI products just arrived — whether we're ready or not. Google, Microsoft, Amazon and **OpenAI** are in an arms race to push out new ...

open.ai
https://open.ai

## Open AI

a majestic waterfall under a bright rainbow, surrounded by lush green vegetation. © **Open AI** TM 2014 - 2023 Terms of Use.

The New York Times
https://www.nytimes.com › 2023/09/20 › books › author...

## Franzen, Grisham and Other Prominent Authors Sue OpenAI

3 days ago — A group of prominent novelists, including John Grisham, Jonathan Franzen and Elin

**Open AI debuts next version of its image generation tool**
2 days ago — **Open AI** debuts next version of its image generation tool · DALL E 3 is designed to reject requests that ask for an image in the style of living ...

 Google Play
https://play.google.com › store › apps › dev

### Android Apps by OpenAI on Google Play
**OpenAI** is an AI research and deployment company. Our mission is to ensure that artificial general intelligence benefits all of humanity. More by **OpenAI**.

 npm.js
https://www.npmjs.com › package › openai

### openai
Client library for the **OpenAI** API. Latest version: 4.10.0, last published: a day ago. Start using **openai** in your project by running `npm i **openai**`.

 Reddit
https://www.reddit.com › OpenAI

### OpenAI
r/**OpenAI**: **OpenAI** is an AI research and deployment company. **OpenAI's** mission is to ensure that artificial general intelligence benefits all of ...

OpenAI Startup Fund
https://openai.fund

### OpenAI Startup Fund
Investing in startups with big ideas about AI.

More results