# EXHIBIT 54

**Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**




# About OpenAI

OpenAI is a non-profit artificial intelligence research company. Our goal is to advance digital intelligence in the way that is most likely to benefit humanity as a whole, unconstrained by a need to generate financial return.

In the short term, we're building on recent advances in AI research and working towards the next set of breakthroughs.



## Hiring

We're slowly building a tight-knit team and thoughtful, open culture. We believe that unreasonably great results can come from a small group working in concert. We seek to broadcast our work to the world, whether as papers, blog posts, code, open-source projects, talks, or tutorials.

We're hiring research engineers and scientists (both intern and full-time) based in San Francisco. For the foreseeable future, the group is focused on deep learning research. We're looking for people who have excelled as part of a research group or technical team previously, but we're flexible on the details — great research comes from mixing a variety of backgrounds and viewpoints.

Please feel free to apply if you're interested. Even if we don't have availability for you today, it'll be good to be in touch for the future.

## Sponsors

The following individuals and companies are sponsoring OpenAI.

| | | | |
|---|---|---|---|
| Sam Altman | Greg Brockman | Reid Hoffman | Jessica Livingston |
| Elon Musk | Peter Thiel | | |

OPENAI_RAV-00001786

About OpenAI - web.archive.org

  

## Product Access

The following companies have donated access to their products.

      

## Acknowledgements

Jad Limcaco for site design. Parakeet for wordmark design.