# EXHIBIT 55

**Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**

| | |
|---|---|
| **From:** | Greg Brockman[gdb@gregbrockman.com] |
| **Sent:** | Sat 12/12/2015 10:33:02 PM (UTC) |
| **To:** | guy@open.ai[guyravine@gmail.com] |
| **Bcc:** | all-archive@openai.com[all-archive@openai.com]; joschu@openai.com[joschu@openai.com] |
| **Subject:** | Re: Open.AI collective engineering AI initiative + OpenAI? |

(Sam, Ilya -> BCC)

Hi Guy,

I'd be happy to chat. It looks like you're around the Bay Area — when would be a good time to meet up in SF?

- gdb


On Sat, Dec 12, 2015 at 1:46 PM, Sam Altman <sam@ycombinator.com> wrote:
> Hi Guy--
>
> Adding Greg here too.
>
> Best,
> Sam
>
> On Fri, Dec 11, 2015 at 9:12 PM, guy@open.ai <guyravine@gmail.com> wrote:
>>
>> Hi Ilya and Sam,
>>
>> We've been working on an initiative called Open.AI to build a collective
>> engineering platform to enable researchers from around the world to
>> collectively engineer deep learning algorithms together through a fast
>> collective iterative process using a number of new tools and principles.
>> It's in development and is also a non-profit.
>>
>> The initiative has the same goals as yours, which are the accelerate the
>> arrival of general AI through an open effort.
>>
>> We think the way research is done today is grossly inefficient, and a
>> platform for collective engineering designed for AI like the one we have
>> been developing could dramatically accelerate progress in the field through
>> a better application of collective intelligence to the problem
>>
>> We also believe that by applying collective intelligence to refine and
>> simplify deep learning teaching materials in an iterative process through
>> this platform, a lot more people would get involved in improving AI.
>>
>> I've spent several years thinking about the problem of how to apply
>> collective intelligence to large scale engineering projects, and in
>> particular to AI, in an effective way. The conclusions were a number of key
>> principles towards this end. My team has built a collective engineering
>> platform called Wikineering (wiki engineering, www.wikineering.org), and
>> then I decided that it would make most sense to focus on AI, so we started
>> working on the foundations for Open.AI.

&gt;&gt;
&gt;&gt; I've been working with Peter Norvig, Richard Socher and others to push a
&gt;&gt; proposal for an AI School within Alphabet. The AI School would be a physical
&gt;&gt; space that would teach its students as well as people online how to improve
&gt;&gt; deep learning algorithms. In the proposal we are working on, the idea is
&gt;&gt; that the AI School would also develop and maintain the Open.AI platform, and
&gt;&gt; improve its teaching materials in an iterative process on Open.AI.
&gt;&gt;
&gt;&gt; Before we go the Alphabet route (and we are not clear yet whether Larry
&gt;&gt; will approve it being funded), I think it would make sense for us to meet
&gt;&gt; and see if we could team up because we are working towards the same goals.
&gt;&gt; This is bigger than us and I think it could benefit from working together.
&gt;&gt; By the way, Nick Bostrom has also been advising us on the evolution of open
&gt;&gt; AI.
&gt;&gt;
&gt;&gt; Guy
&gt;&gt;
&gt;&gt; Guy Ravine
&gt;&gt; guy@open.ai
&gt;&gt; (415) 515-7234
&gt;
&gt;

OPENAI_RAV-00001830