# EXHIBIT 56

**Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**

| | |
|---|---|
| Document title: | API platform \| OpenAI |
| Capture URL: | https://openai.com/api/ |
| Page loaded at (UTC): | Wed, 17 Jul 2024 11:51:07 GMT |
| Capture timestamp (UTC): | Wed, 17 Jul 2024 11:52:22 GMT |
| Capture tool: | 10.48.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 10 |
| Capture ID: | hzphzM2HBHKAgWDgzSi4p7 |
| User: | quinn-general |

OPENAI_RAV-00002789



Research     Products     Safety     Company

# The most powerful platform for building AI products

Build and scale AI experiences powered
by industry-leading models and tools.

Start building ↗     View API pricing ›



Klarna.        Harvey.        oscar        ◈ SUPERHUMAN        salesforce

Paradigm        WiX        🏛 Government of Iceland        WHOOP`        ⅡⅠ Ironclad

# Flagship models



| GPT-4o | GPT-3.5 Turbo |
|---|---|
| Our fastest and most affordable flagship model | Our fast, inexpensive model for simple tasks |
| ✓ Text and vision | ✓ Text only |
| ✓ 128k context length | ✓ 16k context length |
| ✓ Input: $5 \| Output: $15 per 1M tokens | ✓ Input: $0.50 \| Output: $1.50 per 1M tokens |
| Learn more | Learn more |

Document title: API platform | OpenAI
Capture URL: https://openai.com/api/
Capture timestamp (UTC): Wed, 17 Jul 2024 11:52:22 GMT
Page 1 of 9
OPENAI_RAV-00002790

✓ Input: $5 | Output: $15 per 1M tokens                    ✓ Input: $0.50 | Output: $1.50 per 1M tokens

Learn more                                                  Learn more

# Access the power of our models with APIs

Chat Completions API          Assistants API          Batch API

## Chat Completions API

Get access to our most powerful models with a few lines of code.

Learn more >



```
1  completion = client.chat.completions.create (
2      model="gpt-4o",
3      messages=[
4          {"role": "user", "content": "write a haiku about ai"}
5      ]
6  )

1  Silent circuits hum,
2  Echoes of thought, code woven—
3  Dreams in silicon.
```

# Build AI-native experiences with our tools and capabilities



OPENAI_RAV-00002791



## Knowledge retrieval

Give the model access to your data for intelligent retrieval in your AI applications.

Learn more >



## Code interpreter

Get models to run code iteratively to solve challenging code and math problems, and generate charts.

Learn more >



OPENAI_RAV-00002792

## Function calling

Instruct the model to intelligently interact with your codebase and APIs using custom functions.

Learn more ›

```python
from openai import OpenAI
client = OpenAI()
assistant = client.beta.assistants.create(
    instructions=(
        "You are a weather bot. Use the provided "
        "functions to get weather data.",
    ),
    model="gpt-4o",
    tools=[
        {
            "type": "function",
            "function": {
                "name":"get_current_temperature",
                "description": (
                    "Get the current temperature for a "
                    "specified location.",
                ),
            },
        },
        {
            "type": "function",
            "function": {
                "name":"get_rain_probability",
                "description": (
                    "Get the probability of rain for a "
                    "specified location."
                ),
            },
        }
    ]
)
```



## Vision

Get the model to understand and answer questions about images using vision capabilities.

Learn more ›

```bash
curl -s https://api.openai.com/v1/chat/completions \
  -H "Content-Type: application/json" \
  -H "Authorization: Bearer $OPENAI_API_KEY" \
  -d '{
    "model": "gpt-4o",
    "messages": [
      {
        "role": "system",
```

Document title: API platform | OpenAI
Capture URL: https://openai.com/api/
Capture timestamp (UTC): Wed, 17 Jul 2024 11:52:22 GMT

OPENAI_RAV-00002793



## JSON Mode

Guarantee JSON outputs from the model when you enable JSON mode.

Learn more >



## Streaming

Display model outputs in real-time as they are generated.

Learn more >

# Customize models for your needs

Fine-tuning API     Custom model program

Document title: API platform | OpenAI
Capture URL: https://openai.com/api/
Capture timestamp (UTC): Wed, 17 Jul 2024 11:52:22 GMT

OPENAI_RAV-00002794

# Customize models for your needs

Fine-tuning API    Custom model program



## Fine-tuning

Customize a model's existing knowledge and behavior for a specific task via supervised fine-tuning.

Learn more >

# See what you can build in Playground

Explore our models and APIs in Playground without writing a single line of code.

Start exploring



Document title: API platform | OpenAI
Capture URL: https://openai.com/api/
Capture timestamp (UTC): Wed, 17 Jul 2024 11:52:22 GMT

OPENAI_RAV-00002795



# Trusted by the world's most innovative organizations

Our customers are leading the way with AI-powered customer service, knowledge management, recommendation engines, audio translation, content generation, and more.

Story

oscar

Oscar brings AI to health insurance, reducing costs and improving patient care

Story

Harvey.

Harvey partners with OpenAI to build a custom-trained model for legal professionals.

Superhuman

SUPERHUMAN

Superhuman introduces a new era of email with OpenAI.

Healthify

Healthif
OpenAI
lives wit

# Enterprise-grade features for operating at scale

# Enterprise-grade features
# for operating at scale

## Security and data privacy

✓ No training on your data

✓ Zero data retention policy by request

✓ Business Associate Agreements (BAA) for HIPAA compliance

✓ SOC 2 Type 2 compliance

✓ Single sign-on (SSO) and multi-factor authentication (MFA)

✓ Data encryption at rest (AES-256) and in transit (TLS 1.2+)

✓ Private Link to securely connect your Azure instances

## Administrative controls

✓ Scope user roles and API keys to individual projects

✓ Role-based access controls

✓ Limit access to specific models within each project

✓ Set billing and usage restrictions to avoid overages

✓ View granular usage activity by project

## Access to OpenAI expertise

✓ Dedicated account team and prioritized support

✓ Guidance on AI deployment and best practices from solutions architects

✓ Opportunity to collaborate with researchers on building custom AI models

# Three million developers build with OpenAI

Sign up for a developer account ↗    Talk to our team ›

| Our research | ChatGPT | Safety overview | Company | Terms & policies |
|---|---|---|---|---|
| Overview | For Everyone | Safety overview | About us | Terms of use |

Document title: API platform | OpenAI
Capture URL: https://openai.com/api/
Capture timestamp (UTC): Wed, 17 Jul 2024 11:52:22 GMT

OPENAI_RAV-00002797

✓ Private Link to securely connect your
Azure instances

# Three million developers build with OpenAI

Sign up for a developer account ↗     Talk to our team >

| Our research | ChatGPT | Safety overview | Company | Terms & policies |
|---|---|---|---|---|
| Overview | For Everyone | Safety overview | About us | Terms of use |
| Index | For Teams | Safety standards | News | Privacy policy |
| | For Enterprises | | Our Charter | Brand guidelines |
| Latest advancements | ChatGPT login ↗ | Teams | Security | Other policies |
| GPT-4 | Download | Safety Systems | Residency | |
| DALL·E 3 | | Preparedness | Careers | |
| Sora | API | Superalignment | | |
| | Platform overview | | | |
| | Pricing | | | |
| | Documentation ↗ | | | |
| | API login ↗ | | | |
| | Explore more | | | |
| | OpenAI for business | | | |
| | Stories | | | |

OpenAI © 2015–2024

OPENAI_RAV-00002798