1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Robert P. Feldman (Bar No. 69602)
    bobfeldman@quinnemanuel.com
3  Margret M. Caruso (Bar No. 243473)
    margretcaruso@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
5  Telephone:     (650) 801-5000

6  Robert M. Schwartz (Bar No. 117166)
    robertschwartz@quinnemanuel.com
7  Aaron H. Perahia (Bar No. 304554)
    aaronperahia@quinnemanuel.com
8  865 S. Figueroa St., 10th Fl.
   Los Angeles, California 90017-2543
9  Telephone:     (213) 443-3000

10 Sam S. Stake (Bar No. 257916)
    samstake@quinnemanuel.com
11 50 California Street, 22nd Floor
   San Francisco, California 94111-4624
12 Telephone:     (415) 875-6600

13 Dylan I. Scher (*pro hac vice*)
    dylanscher@quinnemanuel.com
14 295 Madison Avenue
   New York, NY 10016
15 Telephone:     (212) 849-7000

16 *Attorneys for OpenAI, Inc.*

17

18            **UNITED STATES DISTRICT COURT**

19            **NORTHERN DISTRICT OF CALIFORNIA**

20

21 OPENAI, INC., a Delaware corporation,        Case No. 4:23-CV-03918-YGR

              Plaintiff,                         Assigned to Hon. Yvonne Gonzalez Rogers
22
        vs.                                      **DECLARATION OF MICHAEL TRINH**
23                                               **IN SUPPORT OF PLAINTIFF OPENAI,**
   OPEN ARTIFICIAL INTELLIGENCE, INC.,           **INC.'S SEALING STATEMENT**
24 a Delaware corporation; and GUY RAVINE, an
   individual,                                   Date:     May 7, 2025
25
              Defendants.
26

27

28

## DECLARATION OF MICHAEL TRINH

I, Michael Trinh, declare as follows:

1.     I am Associate General Counsel at OpenAI, Inc. ("OpenAI").  I submit this declaration in support of OpenAI's Motion to Seal dated May 7, 2025.  I understand that Defendants Open Artificial Intelligence, Inc. and Guy Ravine (together, "Defendants"), in connection with their Opposition to OpenAI's Motion for Summary Judgment (Dkt. 248), referred to and filed certain documents that OpenAI designated under the Stipulated Protective Order in this action (Dkt. 98).  I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2.     In my role as OpenAI's Associate General Counsel, I am familiar with OpenAI's business practices to take affirmative steps to protect and maintain the confidentiality of documents that OpenAI considers competitively sensitive. These documents are kept confidential because their disclosure could harm OpenAI's competitive position.

3.     The following documents that Defendants filed include OpenAI's competitively sensitive information that OpenAI seeks to keep confidential:

    a.   The highlighted portions on pages 1:9-10, 8-10, 11:28, 12 of Dkt. 264-1 (Defendants' opposition to Plaintiff's motion for summary judgment) contain highly confidential material.  This material is based on OpenAI's highly confidential, competitively sensitive market research.

    b.   The highlighted portions on pages 3-5, 17, 20 of Dkt. 264-2 (Defendants' responsive separate statement in opposition to Plaintiff's motion for summary judgment) contain highly confidential material.  This material is based on OpenAI's highly confidential, competitively sensitive user metric data, market research, and financial data.

    c.   The highlighted portions on pages 2:3-6, 3 of Dkt. 264-3 (Defendants' proposed order) contain highly confidential material.  This material is based on OpenAI's highly confidential, competitively sensitive market research.

    d.   The highlighted portions on pages 3:15-16, 3:24-25, 5:13-27, 6, 7:1-24, 8:3-17, 10:5-20 of Dkt. 264-4 (Declaration of Larry Chiagouris) contain highly confidential

material.  This material is based on OpenAI's highly confidential, competitively sensitive market research.

    e.  Dkt. 264-5 and 264-6 (Exhibits 1 and 2 to the Declaration of Larry Chiagouris) contain highly confidential material.  This material is based on OpenAI's highly confidential, competitively sensitive market research.

    f.  Dkt. 264-7 (Exhibit 1 to the Declaration of Alan Goedde ) contains highly confidential material.  This material is based on OpenAI's highly confidential, competitively sensitive financial data.

    g.  The highlighted portions on pages 149-154 of Dkt. 264-8 (Exhibit 2 to the Declaration of Breeanna Brewer) contain highly confidential material.  This material is based on OpenAI's highly confidential, competitively sensitive market research.

    h.  The highlighted portions on pages 53-55, 57-58, 61-62, 146-150, 153, 156-157 of Dkt. 264-9 (Exhibit 10 to the Declaration of Breeanna Brewer) contain highly confidential material.  This material is based on OpenAI's highly confidential, competitively sensitive user metric data.

    i.  The highlighted portions on pages 9-19 of Dkt. 264-12 (Exhibit 16 to the Declaration of Breeanna Brewer) contain highly confidential material.  This material is based on OpenAI's highly confidential, competitively sensitive market research.

    j.  Dkt. 264-15 (Exhibit 34 to the Declaration of Breeanna Brewer) contains highly confidential material.  This material is based on OpenAI's highly confidential, competitively sensitive user metric data.

    k.  Dkt. 264-16 and 264-17 (Exhibits 37-38 to the Declaration of Breeanna Brewer) contain highly confidential material.  This material is based on OpenAI's highly confidential, competitively sensitive market research.

4.  Public disclosure of the aforementioned information would allow OpenAI's competitors or potential competitors to access non-public information, such as insights into our financial performance trends or user metric data trends, to their advantage and cause competitive harm to OpenAI.

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3         Executed on May 7, 2025, at San Francisco, California.

4

5                                                         Michael Trinh

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28