| | |
|---|---|
| Jason H. Wilson (Bar No. 140269)<br>jwilson@willenken.com<br>Ashley L. Kirk (Bar No. 291012)<br>akirk@willenken.com<br>David S. Harris (Bar No. 255557)<br>dharris@willenken.com<br>Breeanna N. Brewer (Bar No. 312269)<br>bbrewer@willenken.com<br>Michelle K. Millard (Bar No. 298245)<br>mmillard@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 4100<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240 | Joshua M. Masur (Bar No. 203510)<br>joshua.masur@hglaw.com<br>HALEY GUILIANO LLP<br>111 North Market Street, Suite 900<br>San Jose, California 95113<br>Telephone: (669) 213-1056 |

Attorneys for Defendants and Counterclaimants
OPEN ARTIFICIAL INTELLIGENCE, INC.
and GUY RAVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>    Defendants.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>    Counterclaimants,<br><br>v.<br><br>OPENAI, INC., a Delaware corporation; SAMUEL ALTMAN, an individual; and GREGORY BROCKMAN, an individual,<br><br>    Counterclaim-Defendants. | Case No.: 4:23-cv-03918-YGR<br><br>Assigned to the Hon. Yvonne Gonzalez Rogers<br><br>**CORRECTED EXHIBIT TO THE DECLARATION OF SAM MALEK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    June 17, 2025<br>Time:   2:00 p.m.<br>Ctrm:   1 – 4th Floor |