# EXHIBIT 1

**Malek Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

OPENAI, INC., a Delaware corporation

    *Plaintiff,*

v.

OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual

    *Defendant.*

Civil Action No. 4:23-cv-03918-YGR

## <u>OPENING EXPERT REPORT OF SAM MALEK, Ph.D.</u>

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

## Table of Contents

1.    INTRODUCTION ................................................................................................... 4

  1.1.    Qualifications ................................................................................................... 4

  1.2.    Materials Considered ......................................................................................... 9

  1.3.    Compensation ................................................................................................... 9

2.    TECHNOLOGY BACKGROUND ........................................................................... 9

  2.1.    Application Programming Interface (API) ............................................................ 9

  2.2.    Open-Source Software ..................................................................................... 11

  2.3.    API and Open-Source Software Usage .............................................................. 12

3.    OPINIONS ............................................................................................................ 13

  3.1.    Initial Collaboration Tool .................................................................................. 13

    3.1.1.    Features and Functions ............................................................................ 13

    3.1.2.    Utility and Innovation .............................................................................. 15

    3.1.3.    Development Effort ................................................................................. 16

  3.2.    Hub ................................................................................................................ 16

    3.2.1.    Features and Functions ............................................................................ 16

    3.2.1.    Utility and Innovation .............................................................................. 18

    3.2.3.    Development Effort ................................................................................. 19

  3.3.    Beta ............................................................................................................... 21

    3.3.1.    Features and Functions ............................................................................ 21

    3.3.2.    Utility and Innovation .............................................................................. 31

    3.3.3.    Development Effort ................................................................................. 32

  3.4.    Decentralized .................................................................................................. 34

    3.4.1.    Features and Functions ............................................................................ 34

    3.4.2.    Utility and Innovation .............................................................................. 43

    3.4.3.    Development Effort ................................................................................. 45

  3.5.    Image Generator .............................................................................................. 47

    3.5.1.    Features and Functions ............................................................................ 47

    3.5.2.    Utility and Innovation .............................................................................. 62

    3.5.3.    Development Effort ................................................................................. 63

  3.6.    Ava ................................................................................................................ 68

    3.6.1.    Features and Functions ............................................................................ 68

    3.6.2.    Utility and Innovation .............................................................................. 76

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

3.6.3.    Development Effort ............................................................................. 78

APPENDIX A ............................................................................................. 82

EXHIBIT 1 ................................................................................................. 95

EXHIBIT 2 ................................................................................................. 99

## 1.     INTRODUCTION

1.     My name is Sam Malek. I have been engaged by Willenken LLP, counsel for Defendants Open Artificial Intelligence, Inc. and Guy Ravine in the above-captioned matter. I was asked to opine about the utility and innovativeness of, and the engineering efforts that produced, six software products developed by Open Artificial Intelligence, Inc., namely (1) initial collaboration tool, (2) Hub, (3) Beta, (4) Decentralized, (5) image generator, and (6) Ava. Throughout this report I will use "Open AI," with space between Open and AI to refer to the Defendant Open Artificial Intelligence, Inc., and use "OpenAI,' with no space between Open and AI to refer to the Plaintiff Open AI, Inc.

2.     Based on my review of the materials in this case, and my knowledge, training and experience, the opinions I have formulated are summarized as follows:

3.     **Opinion 1.** The software products developed by Open AI provide a rich set of features and functionalities that have substantial utility, and certain elements of those products are innovative and novel, or were innovative and novel at the time of their creation.

4.     **Opinion 2.** The development of six software products by Open AI required significant and substantial engineering effort, spanning many years and requiring Open AI developers to write thousands of lines of custom source code.

5.     In the remainder of this report, I will describe in detail the bases for these opinions.

### 1.1.     Qualifications

6.     In formulating my opinions, I have relied on my knowledge, training, and experience in the relevant field, which I will summarize briefly. A more detailed summary of my background, experience, and publications is set forth in my curriculum vitae (CV), which is attached as **Exhibit 2** to this report.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7.      I have more than 25 years of experience in the general area of computer and software technology in a variety of roles, including as a software engineer, software architect, and programmer at a variety of companies, as well as a researcher and professor at several universities.

8.      I am currently a Full Professor of Software Engineering with tenure in the Informatics Department within the School of Information and Computer Sciences at the University of California, Irvine.  I am also the Director of the Software Engineering and Analysis Laboratory ("SEAL").  My general research interests are in the field of automated software engineering, and to date my focus has spanned the areas of software analysis and testing, mobile computing, architecture and design, software dependability and security.  Many of the automated software engineering techniques developed in my lab employ artificial intelligence (AI) and machine learning (ML).

9.      I received my Ph.D. and M.S. degrees in Computer Science from the University of Southern California and my B.S. degree in Information and Computer Science from the University of California, Irvine.  I have received numerous awards for my research contributions, including the Test of Time Award from the Association for Computing Machinery Special Interest Group on Software Engineering (2020), National Science Foundation CAREER award (2013), GMU Emerging Researcher/Scholar/Creator award (2013), and the GMU Computer Science Department Outstanding Faculty Research Award (2011).

10.      I have authored over 130 peer-reviewed research publications, which are set forth in **Exhibit 2**.  These publications have been highly cited (approximately 11,654 times according to scholar.google.com). I have received numerous research grants from a variety of organizations, including the National Science Foundation (NSF), Federal Bureau of Investigation (FBI), Air Force Office of Scientific Research, Department of Homeland Security (DHS), National Security

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Agency (NSA), Defense Advanced Research Projects Agency (DARPA), Office of the Director of National Intelligence, and Army Research Office among others.  Software systems and results produced in my research lab have been adopted for use by various organizations in both private (e.g., Boeing, Bosch) and public (e.g., NASA, DHS, FBI) organizations.

11.     I also have several years of experience as a software engineer, software architect, and programmer at a variety of companies, namely the Boeing Company, PricewaterhouseCoopers Consulting (later acquired by International Business Machines ("IBM") Corporation), FieldCentrix, and Neural Computing Systems Lab.  During my tenure in the industry, I gained professional experience in the design, development, and management of largescale software engineering efforts. Among the software systems that I designed and developed were commercial ecommerce and enterprise software systems.

12.     I have taught software engineering and computer science courses on a regular basis at the B.S., M.S., and Ph.D. levels at the universities where I have been employed.  I have been a frequent speaker at scientific conferences, symposia, workshops, and gatherings of software engineering academics and professionals.  I have served as chair, committee member, and reviewer for numerous software engineering journals, magazines, and conferences.  I have served on the editorial board of the ACM Transactions on Software Engineering and Methodology, the IEEE Transactions on Software Engineering, the ACM Transactions on Autonomous and Adaptive Systems, the Springer Journal of Automated Software Engineering, and the Springer Journal of Computing.  I am a member of the Association for Computing Machinery (ACM), ACM Special Interest Group on Software Engineering (SIGSOFT), and the Institute of Electrical and Electronics Engineers (IEEE).  I have testified at trial and deposition as an expert witness in numerous cases in the past five years, which are also set forth in **Exhibit 2**.

6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

13.    My experience is highly relevant to the technologies at issue in this case and their application here.  As set forth above, during my tenure in industry, I contributed to the design and development of several large-scale commercial-grade software systems. I used AI and ML techniques in the design of several such systems. In the late 1990s, while I was working at the Neural Computing Systems Labs, I contributed to the development of several AI techniques for detection of obfuscated objects in satellite-captured images as part of a military-sponsored project. In the 2005-2007 timeframe, at the Boeing Corporation, I was part of the software engineering team that developed some of the early iterations of unmanned aerial vehicles, nowadays commonly referred to as drones. The drones incorporate substantial artificial intelligence techniques in their navigation and flight control software. In addition to my professional experience, as part of my research at the university over the past 20 years, I have conducted original research and published peer-reviewed manuscripts related to open-source development, artificial intelligence, and machine learning.  An example of my work in studying open-source development is a paper published in 2015 in the Working Conference on Mining Software Repositories, where I conducted an empirical study involving 7 open-source projects to understand the role of software architecture in their success. A substantial body of my prior work has developed AI or ML-based techniques for advancing software engineering. I provide a few examples here. In a paper titled "Lightweight, ObfuscationResilient Detection and Family Identification of Android Malware," published in the ACM Transactions on Software Engineering and Methodology in 2018, I described a tool called RevealDroid that statically extracts information from Android apps to train several types of machine learning models to distinguish between malware and benign apps.  RevealDroid was adopted and used by the Department of Homeland Security in their Software Assurance Marketplace platform for vetting software products used in the government.  My work in this area

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

was sponsored by more than $2 million in research funding from the Department of Homeland Security, the National Security Agency, the Office of Director of National Intelligence, Defense Advanced Research Projects Agency, and the Federal Bureau of Investigation. In another work, published in 2021 in the ACM Joint Meeting on European Software Engineering Conference and Symposium on the Foundations of Software Engineering, I developed a deep learning technique for generating labels for icons/images in Android apps. The ability to automatically generate labels for icons/images is important for blind users that rely on screen readers to interact with software applications, since screen readers announce the labels associated with icons/images to assist blind users with navigating user interfaces of applications. In another very recent work, accepted for publication in the IEEE/ACM International Conference on Software Engineering in 2025, I developed a large language model-based solution for automatically generating accessibility rest reports from recorded user transcripts. I am the principal investigator on a $1.2 million grant from the National Science Foundation to develop ML-based techniques for automated detection and repair of software accessibility issues.

14.     As part of the courses that I regularly teach at the University at both undergraduate and graduate levels, I cover topics that are directly related to the technologies at issue in this case including software development, open-source paradigms and practices, artificial intelligence, and machine learning. As associate editor of several journals and committee member of many conferences, I regularly evaluate the novelty of article submissions related to the technologies at issue in this case (e.g., software development, collaboration tools, open-source paradigms and practices, artificial intelligence, machine learning) for publication in these venues.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## 1.2.    Materials Considered

15.     I have considered information from various sources in forming my opinions. I have drawn on my decades of experience as a software engineer, researcher, and educator. A complete listing of the specific documents that I have relied upon in producing this report is provided as **Exhibit 1** to this report. I also incorporate by reference into Exhibit 2 any materials listed or cited in this report.

## 1.3.    Compensation

16.     I am being compensated at my standard rate in the amount of $750 per hour for my services in this matter.  No part of my compensation is dependent on my opinions or on the outcome of this proceeding. I have no financial interest, beneficial or otherwise, in any of the parties or in the outcome of this litigation.

## 2.    TECHNOLOGY BACKGROUND

## 2.1.    Application Programming Interface (API)

17.     An application programming interface, or API, is a set of protocols, routines, and tools that allow different software applications to communicate with each other.[1] APIs define how different components of a software system should interact, enabling developers to integrate existing functionality into new applications without having to "reinvent the wheel" each time.

18.     APIs can be thought of as a contract between two applications, outlining the types of requests and data exchanges that can be made between them.[2] For example, a weather app on your smartphone likely uses an API to retrieve current weather data from a meteorological service.

---

[1] https://www.redhat.com/en/topics/api/what-are-application-programming-interfaces
[2] https://www.mulesoft.com/resources/api/what-is-an-api

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

The API specifies exactly how the app should request the data and in what format the weather service will provide it.

19.    There are several different types of APIs, including:

20.    Web APIs: These are the most common type of API encountered by typical users. Web APIs allow applications to communicate over the internet using standard web protocols. Popular examples include the Twitter API for accessing tweet data or the Google Maps API for embedding maps in websites.[3]

21.    Local APIs: These APIs enable communication between software components on a single device or local network. Operating system APIs that allow applications to interact with hardware fall into this category.[4]

22.    Library APIs: Programming language libraries often have APIs that define how developers can use their pre-built functions and classes in their own code.[5]

23.    The key difference between web APIs and local APIs is their scope and method of access. Web APIs are designed for remote access over the internet and often use protocols like HTTP. Local APIs, on the other hand, are accessed directly within a device or local network and may use more direct communication methods.

24.    Modern software systems are increasingly built using APIs. Most mobile and web applications consist of two high-level components: frontend and backend. The frontend (aka, client software) corresponds to software that is running on a mobile device or the web application that is running in the browser on the user's computer. The backend (aka, server software) corresponds to software running on remote computers. The frontend calls the services provided by the software

---

[3] https://www.ibm.com/cloud/learn/api
[4] https://www.postman.com/what-is-an-api/
[5] https://www.mulesoft.com/resources/api/what-is-an-api

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

running on the backend, for instance, to obtain information for display on the screen. Similarly, the frontend may need to call the backend services for processing or storing certain data on the backend databases. API is the interface that allows the frontend to communicate with the backend. As shown in the following figure:[6]



25.    An example of a backend service may be a machine learning model. Because servers tend to have more computational resources than mobile devices and end-user desktops, very often machine learning models are deployed on servers that can then be accessed through an API. This allows an application running on a mobile or desktop computer to be able to call machine learning models that are available through an API over the internet.

## 2.2.    Open-Source Software

26.    Open-source software represents a paradigm in software development and distribution wherein the source code—the fundamental instructions that comprise a computer program—is made freely available for examination, modification, and redistribution.[7] This model

---

[6] https://www.infoq.com/articles/api-first-integration/
[7] https://opensource.org/osd/

stands in contrast to proprietary software, where the source code is typically kept confidential and under the strict control of its creators.

27.    Numerous widely-utilized software applications and systems are products of the open-source model. Examples include the Mozilla Firefox web browser, the Android mobile operating system, and various distributions of the Linux operating system.

## 2.3.    API and Open-Source Software Usage

28.    Modern software development has become increasingly reliant on the utilization of APIs and open-source software. Most software products rely on several, sometimes even dozens of existing third-party APIs and open-source software products in their implementation.

29.    APIs have become ubiquitous in contemporary software development. According to a 2020 survey, 90% of developers use APIs in the development of their software.[8] 69% use third-party APIs, while 20% use internal or private APIs. The proliferation of web services and cloud computing has further accelerated API adoption, enabling developers to leverage powerful functionalities without the need to build everything from scratch. For instance, integrating payment processing, geolocation services, or social media features into applications has become a matter of utilizing well-documented APIs rather than developing these complex systems independently.

30.    Concurrently, the adoption of open-source software in modern development practices has grown exponentially. A 2024 report found that 96% of 1,067 commercial codebases across 17 industries contained open-source components.[9] This widespread use spans across industries and application types, from web and mobile applications to enterprise software and embedded systems.

---

[8] https://nordicapis.com/apis-have-taken-over-software-development/
[9] https://www.blackduck.com/resources/analyst-reports/open-source-security-risk-analysis/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

3.      **OPINIONS**

3.1.    **Initial Collaboration Tool**

3.1.1.  **Features and Functions**

31.     The first collaboration tool from Open AI was a wikipedia-type of platform dedicated to AI-related topics. I understand this collaboration tool used to be known as Wikineering and that in this litigation it is sometimes referred to as the "initial collaboration tool." I was provided with a demo installation of the initial collaboration tool.[10] I understand the initial collaboration tool was available for use in March 2015.[11] It was implemented as a customized installation of MediaWiki, which is an open-source wiki software product for creating and managing collaborative websites and knowledge bases.[12] Among others, a popular website called Wikipedia runs on top of MediaWiki.[13] The initial collaboration tool featured the Open AI branding prominently at the top-left side of the screen.

32.     The following screenshot shows the page that is available in the demo version.

---

[10] http://35.247.22.183:8088/
[11] Interview with Guy Ravine.
[12] https://www.mediawiki.org/wiki/MediaWiki
[13] https://www.wikipedia.org/

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



33.    I used the features and functions available on the demo installation. In addition to providing the ability for users to contribute to the creation of content on the wiki pages, it provides a discussion forum, as shown here:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



34.      The initial collaboration tool allows for users to share text, images, and documents. I understand a MediaWiki extension, called EmbedVideo, has existed since 2010, which allows a user to directly embed and share videos.[14]

### 3.1.2.  Utility and Innovation

35.      The initial collaboration tool provided a central environment for AI researchers to share learning materials, exchange knowledge, and learn from one another. Its discussion feature enabled researchers to communicate effectively and coordinate their activities. While there were numerous wiki pages available at the time Open AI embarked on this initiative—including general platforms like Wikipedia—I am not aware of any dedicated wiki specifically designed for AI researchers to openly share learning materials and collaboratively develop AI content in the 2015 timeframe. There are popular wiki pages focused on specific domains of interest. For example,

---

[14] https://github.com/Wikia/mediawiki-extensions-EmbedVideo

wikis like OpenStreetMap[15] (for mapping enthusiasts), Appropedia[16] (for sustainability), and RationalWiki[17] (for rational thinking) have garnered significant followings. Open AI's initial collaboration tool has a similar utility as these specialized wiki pages. It aims to foster a community of users to organize knowledge and share insights to further advance the field of AI.

### 3.1.3.  Development Effort

36.    Although the initial collaboration tool was built on top of the open-source MediaWiki, there was a certain amount of non-trivial effort involved in installing, configuring, and customizing the MediaWiki. The MediaWiki describes the steps involved in installing and configuring it.[18] Among others, it requires the installation and configuration of a web server hosting the MediaWiki implementation, and setup and configuration of a database holding the content. Beyond that, Open AI undertook certain customizations, e.g., configuring MediaWiki to display the "Open AI" branding prominently in the top-left corner

### 3.2.   Hub

### 3.2.1.  Features and Functions

37.    Hub was OpenAI's second iteration of a collaborative environment for the AI research community. Hub is built on top of Discourse, which is an open-source discussion platform.[19] It was released in September 2016.[20] I used and examined a demo version of the product that was made available for me.[21]

---

[15] https://wiki.openstreetmap.org/
[16] https://www.appropedia.org/Welcome_to_Appropedia
[17] https://rationalwiki.org/wiki/Main_Page
[18] https://www.mediawiki.org/wiki/Manual:Installing_MediaWiki
[19] https://www.discourse.org/about
[20] Interview with Guy Ravine and Nikita Gaer
[21] http://104.198.247.53:3000/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

38.    As shown in the following screenshot, Hub provides the ability for AI researchers to engage in discussions to collaboratively solve problems. It has features for posting a problem or a discussion topic, responding to the problems or discussion topics, upvoting or downvoting solutions/responses, and sharing a discussion via email, Twitter, or Facebook. Since Hub is based on Discourse, it also provides the ability for users to share text, images, videos, and documents.[22]



---

[22] https://meta.discourse.org/t/discourse-version-1-6/36402; https://meta.discourse.org/t/understanding-uploads-images-and-attachments/275735

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



39.     The demo installation of Hub appeared to align with its source code. In my analysis of Hub and review of its source code, I did not identify any features in the demo application that differed from what was implemented in its source code.

### 3.2.1.  Utility and Innovation

40.     Conceptually, Hub has the same overall objective as the initial collaboration tool, i.e., to provide a central environment for AI researchers to share learning materials, exchange knowledge, and learn from one another. As a wiki, the initial collaboration tool puts more emphasis on the collaborative creation of content, and less so on facilitating interactive discussion among researchers. On the other hand, since Hub is built on top of Discourse, which is an online

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

chat/discussion platform, its focus is on facilitating engagement, interaction and exchange of ideas among researchers. Unlike the initial collaboration tool, Hub provides a rich set of features for posting questions, answering questions, and upvoting and downvoting posts. The voting feature allows the community to weigh in on the best solutions for solving AI problems. I am not aware of a similar open discussion platform dedicated to the topic of AI around the 2016 timeframe. While there were existing discussion platforms available in the 2016 timeframe—including general platforms like Stack Overflow[23]—I am not aware of any dedicated discussion platform specifically designed for AI researchers. There are popular discussion platforms focused on specific domains of interest. For example, freeCodeCamp forum[24] (for learning to code), Arduino forum[25] (for Arduino hardware and software), and Rails[26] (for Ruby on Rails programming language) have garnered significant followings. Open AI's Hub has a similar utility as these specialized discussion forums. It aims to provide a centralized platform for AI enthusiasts and researchers to discuss the challenging AI problems and collaboratively develop new solutions to those problems.

### 3.2.3.  Development Effort

41.    From the Git repository[27] for Hub, I found that Open AI has extensively customized the open-source implementation of Discourse. Git is a version management software commonly used in industry for tracking changes to source code. In the Git nomenclature, a *commit* is a change to source code. The first commit in this repository was on May 24, 2016, while the last commit

---

[23] https://stackoverflow.com/
[24] https://forum.freecodecamp.org
[25] https://forum.arduino.cc
[26] https://discuss.rubyonrails.org
[27] RAVINE0114487 (discourse.zip)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

was on July 26, 2016. I understand Open AI contends Hub was released on September 26, 2016.[28] That comports with the development effort occurring prior to that in the summer of 2016. The repository indicates a total of 40 commits by a user named "gaer," which I understand is the username of Nikita Gaer.[29]

42.    In my review of the changes to the open-source implementation of Discourse, I found them to be largely non-trivial changes affecting the user interface (UI) and user experience (UX) aspects of the system. From the Git repository, I determined that Nikita Gaer added a total of 4,885 lines and deleted 2,327 lines, resulting in a total of 7,212 changed lines in the source code files.

43.    I understand Open AI contends it took approximately 2 man-months and 320 hours of labor to develop Hub.[30] A common approach to measuring developer productivity is in terms of lines of code written per day. According to prior studies, average developer productivity can range between 10 to 125 lines of code per day.[31] The reason for this range is that developer productivity can depend on the type of programming language used in development, and the size of a software project, among others.[32] Assuming 22 work days per month, one would expect the development of between 440 to 5,500 lines of source code during a two man-months effort. As I mentioned earlier, Open AI added 4,885 lines of code to Discourse's implementation. Based on my extensive experiences in software development and my review of the available record in this

---

[28] Nikita Gaer Deposition Transcript, 171:16-18; Interview with Guy Ravine and Nikita Gaer
[29] Interview with Nikita Gaer
[30] Interview with Nikita Gaer and Guy Ravine
[31] https://successfulsoftware.net/2017/02/10/how-much-code-can-a-coder-code/; Jones, Capers and Bonsignour, Olivier. The Economics of Software Quality. Addison Wesley. 2011; McConnel, Steve. Software Estimation: Demystifying the Black Art. Microsoft Press. 1st edition. 2006.
[32] In projects consisting of more than 10 million lines of code, developer productivity can be as low as 1.5 to 25 lines of code per day. I do not believe this range is applicable to systems in this case.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

case, including the git commit history, the changes to the code, and the size of changed code, I find that Open AI's estimate is reasonable.

### 3.3.    Beta

### 3.3.1.    Features and Functions

44.    Beta[33] is Open AI's third iteration of a collaborative environment for the AI research community that is based on Etherpad. Etherpad is an open-source, real-time collaborative text editor that allows multiple users to edit a document simultaneously while seeing each other's changes instantly.[34] It provides features akin to Google Docs. As I explain further below, Beta was a custom rebuild of the Etherpad open-source project by Open AI. Beta was first released in January 2017.[35]

45.    I analyzed a demo installation of Beta.[36] I reviewed the source code of Beta.[37] Beta provides the ability for a user to create a hierarchy of related documents. It further provides a real-time collaboration functionality, where users can edit the documents together at the same time and see each other's edits. It maintains a history of changes for each document, with the ability to revert back. It provides a rich text editor with different formatting options and content types (tables, images, videos, embedded media). It allows users to chat with each other as they were collaboratively editing/reviewing documents. It provides an authentication system for users, which allows users to create accounts and authenticate themselves with the system. This in turn allows for maintaining privacy by controlling access to individual documents. Users without a write

---

[33]  I am informed that Beta has also sometimes been referred to as the "Evolved Collaboration Tool" or merely as "Evolved." I use the name Beta in this report because the application was located at beta.open.ai.

[34]  https://etherpad.org/

[35]  Interview with Guy Ravine and Nikita Gaer

[36]  http://34.135.128.145:3001

[37]  RAVINE0114514; /openai-server_export/opt/etherpad/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

permission can suggest edits to a document, which can then be reviewed by the document owners and either accepted or rejected. Beta provides the ability for users to upload and share text, images, and documents. It also allows users to embed videos from other platforms (e.g., Youtube, Vimeo).

46. The following screenshots demonstrate some of Beta's key features. I created several pads on the demo site to illustrate its functions and capabilities. A pad in Beta is a document or page. The homepage provides an overview of AI, including a bulleted list of its various subfields. I then created several exemplary pads corresponding to various topics. One unique feature of Beta that stands out is its support for the creation of a hierarchical structure among pads (documents). The hierarchical pads are conveniently linked together through hyperlinks, allowing the reader to naturally explore various related topics. The menu on the left shows all of the available pages in one space, making it convenient for users to navigate.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



47.    Another noteworthy and useful aspect of Beta is the manner in which the hierarchical nature of pads are displayed to users. That is, as a user clicks on various hyperlinks and navigates to new pages, the screen is updated to show the sequence of pads previously visited to arrive at the current pad (as shown in the screenshot below). Another interesting and useful feature in Beta is its chat feature. Beta has a chat feature available within each pad (as shown in the screenshot below). Importantly, each chat is tied to a particular pad, allowing users to discuss topics specific to each pad, which sets it apart from many other chat solutions at the time.



48.    When a user navigates to a different pad, the user interface is updated to show the prior pads visited by the user. For instance, as shown in the following screenshot, once I navigated from the Unsupervised Learning pad to the Reinforcement Learning pad, the Unsupervised Learning tab is still visible at the top but to the right of the currently selected tab.



49.    A noteworthy feature in Beta is its fine-grained access control at the pad-level. Beta allows the owner (creator) of a pad to set a pad to be either public or private, and further to set the permissions for the read and edit access, as shown in the screenshot below.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



50.     Beta allows multiple users to simultaneously edit pads and leave comments for each other, and the system instantaneously synchronizes any change to the pad such that all users are looking at the latest version of the pad at all times. The following screenshots shows how an anonymous user may make changes to a public pad, as well as leave comments, and have those reflected in other pads.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



51.    In addition to leaving comments, users can also suggest edits. The following screenshot shows an example of this feature. A similar feature exists when a public pad only allows the owner or authorized user to edit the pad; in this case, other users can suggest edits that are then reviewed by authorized user/owner prior to inclusion in the pad.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



52.    Beta allows for various forms of content to be included in its pads, including text, images, documents, and videos. The following screenshots shows an example of a Youtube video that I embedded in the pad.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

53.    The demo installation of Beta appeared to align with its source code. In my analysis of Beta and review of its source code, I did not identify any features in the demo application that differed from what was implemented in its source code.

### 3.3.2. Utility and Innovation

54.    Beta incorporated a number of useful and novel features for the 2017 timeframe. For example, Beta provided an innovative hierarchical structure of real-time editable documents with deep links, allowing a user to quickly navigate various pages.[38] It provided a rich model of tracking suggested edits based on its permission system.[39] The best alternative solution around the time was Google Doc, which allowed users to create and collaborate on a document in real time, but it did not allow users to create a hierarchy of real-time editable documents. A user-created hierarchy of real-time editable documents enables collaboration on large bodies of information rather than a single document at a time. As another example, Beta provided fine-grain access control for managing access to documents individually.[40] While Etherpad provided real-time editing capabilities for a document, it did not provide the full set of features available in Beta, e.g., the ability to structure documents in a hierarchy, and manage access per document. Products such as Notion introduced the ability to create a hierarchy of documents in a real-time collaborative setting after or around the same time as Open AI's development and release of Beta.[41] This further confirms my opinion that in the 2017 timeframe Beta was rather innovative. I am not aware of a

---

[38] RAVINE0114514, e.g., /openai-server_export/opt/etherpad/plugins/ep_open/api/controllers/pads.js (lines 600-720), /openai-server_export/opt/etherpad/plugins/ep_open/static/js/components/pads/PadsHierarchy.react.js, /openai-server_export/opt/etherpad/plugins/ep_open/static/js/components/pads/Pad.react.js
[39] RAVINE0114514, e.g., /openai-server_export/opt/etherpad/plugins/ep_open/api/controllers/pads.js (lines 320-490), /openai-server_export/opt/etherpad/plugins/ep_open/static/js/components/pads/PadEditsModal.react.js
[40] RAVINE0114514, e.g., /openai-server_export/opt/etherpad/plugins/ep_open/common/access.js, /openai-server_export/opt/etherpad/plugins/ep_open/static/js/components/pads/PadPrivacyModal.react.js
[41] https://www.notion.com/; https://www.producthunt.com/products/notion#notion-1-0-web-mac-app

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

collaboration environment with the same set of features around the 2017 timeframe that catered to AI researchers.

### 3.3.3.  Development Effort

55.     I compared the source code of Etherpad from September 30, 2016[42], which I understand is the version of Etherpad that Open AI used in the implementation of Beta.[43] I removed certain files and folders from the Open AI implementation, including the third party modules, as well as certain log and auto generated files that did not correspond to code written by Open AI.[44] I then used a tool called Beyond Compare[45] to determine the added, deleted, and modified code between the Etherpad open-source implementation and the Open AI customized implementation. I configured Beyond Compare to ignore the minor differences. I found 323 files were the same, 200 files were newly added, and 28 files were modified. A detailed report from the tool is attached as **Appendix A**, where purple indicates files that were newly added and red indicates files that were modified. This indicates a substantial development effort in realizing Beta. Out of 551 files comprising Beta's implementation, 228 were either newly added or modified by Open AI, accounting for 41% of the files.

56.     The majority of the newly added files are in the "plugins" folder.[46] This is reasonable, because Etherpad provides a plugin architecture, which allows developers to extend both the client and server functionality of Etherpad. I used a tool called cloc[47] to compute the

---

[42] https://github.com/ether/etherpad-lite/tree/428e0cdbc2ed72fdd65af94b48fe5025d9e2050a
[43] Interview with Nikita Gaer; RAVINE0114514
[44] RAVINE0114514 at /openai-server_export/opt/etherpad/node_modules; /openai-server_export/opt/etherpad/plugins/ep_open/node_modules; /openai-server_export/opt/etherpad/src/node_modules; files under /openai-server_export/opt/etherpad/var; log files under /openai-server_export/opt/etherpad/
[45] https://www.scootersoftware.com/
[46] RAVINE0114514 at /openai-server_export/opt/etherpad/plugins
[47] https://github.com/AlDanial/cloc

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

number of lines of code in the plugins folder, which contains only new files, not existing in the Etherpad's open-source implementation:

```
-------------------------------------------------------------------
Language                    files        blank       comment       code
-------------------------------------------------------------------
JavaScript                     77         1417          1202        5684
SCSS                           32          358           205        3130
CSS                             7           21            12        1852
SVG                             2            0             0        1175
JSON                           11            2             0         416
XML                             1            0             0         141
Markdown                        3           30             0         113
EJS                             7            4             0          34
HTML                            1            0             0          15
INI                             1            3             0          13
Text                            1            0             0           1
-------------------------------------------------------------------
SUM:                          143         1835          1419       12574
-------------------------------------------------------------------
```

57.    I understand Open AI contends the development of Beta occurred between October 2016 and Jan 2017, and that it involved approximately 4 man-months or 640 hours of labor to develop it.[48] Assuming a developer productivity range of 10 to 125 lines of code per day and 22 day work days per month, one would expect between 880 to 11,000 lines of source code to be developed in 4 months. The plugin folder alone contains 12,574 written lines of which 5,684 lines are JavaScript code. In addition, there were additional changes to the source code, including new lines of code, in other parts of the code base as shown in **Appendix A** that are not reflected in these numbers. Based on my experiences in software development and my review of the material in this case, including the source code and its size, I find Open AI's estimate to be reasonable.

58.    My analysis of the effort involved in developing Beta does not account for ideation, research, concept design, or other such activities that may have been undertaken by other OpenAI personnel. Based on my review of the features, functionalities, and innovative aspects of Beta, I would expect that a meaningful amount of effort—beyond just coding—would have been required.

---

[48] Interview with Guy Ravine and Nikita Gaer

### 3.4.    Decentralized

#### 3.4.1.    Features and Functions

59.    The next iteration of Open AI's collaboration tool is called Decentralized. It is essentially a complete rewrite of Beta, which results in almost the entirety of the Etherpad implementation being removed from the Decentralized code base.[49] Decentralized was first released in October 2017.

60.    I was provided access to a demo installation of Decentralized.[50] I also reviewed the source code of Decentralized.[51] Based on my analysis, it provides practically all of the features already present in Beta, but in a more professional and efficient manner, resulting in a faster and generally more sleek system. It further introduces a number of additional features.

61.    One major difference between Decentralized and Beta is the notion of *company*, which essentially represents a project. Unlike Beta, in Decentralized users can create multiple companies, where each company forms the root of a hierarchical tree of documents. This allows for the system to scale and support collaboration on a variety of topics/projects.

62.    The user interface of Decentralized is completely different from Beta. It includes a new text editor, as well as new toolbars and components, and drag and drop capabilities. Similar to Beta, it provides the ability to comment on different parts of a text document, but it also allows users to reply to comments. The interface provides an improved highlighting mechanism to indicate different users' edits and suggested edits. The access control system is improved to include support for permissions and invitations. It also includes a more sophisticated change tracking feature.

---

[49] Nikita Depo Transcript 49:19-51:19
[50] http://34.135.128.145:3002/
[51] RAVINE0114512 at /decentralized-open-server_export/usr/src/app

63.     Decentralized introduces the ability to create discussion boards. Users can reply, comment, and upvote other users' messages. Decentralized also has a task system, which allows users to create tasks for each project and within documents. Tasks can then be assigned to and accepted by users. Tasks can have a certain category and deadline. Users have the ability to comment on tasks. Tasks can be searched. I understand Open AI also worked on a reward system for tasks, although it was never fully deployed for non-technical reasons.[52] It included a special crypto token for the reward system.[53] Open AI developed a smart contract and integrated it with the application.[54]

64.     An important and rather novel feature for a collaboration platform is Open AI's integration of Jupyter Notebook, allowing Decentralized to run code, including machine learning code. Jupyter Notebook is an open-source web application that allows the creation and sharing of documents containing live code, equations, visualizations, and narrative text.[55] By integrating Jupyter Notebook into the Decentralized platform, Open AI allows users to not only share text, documents, images, and videos, but to also share and run code on its platform. It also allows Open AI to visualize, for instance by creating various types of graphs from the outputs generated by code, and save the visualizations and outputs directly in the document. In my opinion, these features set Decentralized apart from other collaborative knowledge management environments, such as Notion.

---

[52] RAVINE0114512; Interview with Guy Ravine and Nikita Gaer
[53] RAVINE0114512; Interview with Guy Ravine and Nikita Gaer
[54] RAVINE0114512; Interview with Guy Ravine and Nikita Gaer
[55] https://jupyter.org/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

65.     The following screenshots show the overall feature and functionalities of Decentralized. The first screen a user sees is the homepage of Decentralized, which has a list of available companies (projects).



66.     I used Decentralized's features to create a new company called "Artificial Intelligence (AI)," as shown below. I then proceeded to create a similar set of documents and content as those I had created in my experiments with Beta.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



67.    The following screenshot shows an example source code snippet that I included in my project to execute. This source code is written in Python. It computes certain statistical tests for an open-source data set and eventually runs a machine learning algorithm known as Polynomial Linear Regression.

37

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



68.     I then created a task for someone to create another example for Stepwise Regression, which is another type of machine learning algorithm, as shown in the following screenshots. In the process, I had to set various parameters for the task, such as a deadline, category, and reward associated with the task.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

69.     I then created a comment and a discussion on the Supervised Learning document, as shown in the following screenshots. As shown, unlike in Beta, in Decentralized users are able to respond to other user comments. Moreover, the discussion feature allows users to click on the topic of discussion and navigate to a separate page for a more involved conversation. In fact, the newly created discussion shows as a separate page under the navigation bar in the left menu.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



70.    Decentralized allows for sharing and distribution of various types of content, including text, documents, images, and videos. The following screenshot shows the steps I went through to upload a video to the root document in my project.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



71.     The demo installation of Decentralized appeared to align with its source code. In my analysis of Decentralized and review of its source code, I did not identify any features in the demo application that differed from what was implemented in its source code.

### 3.4.2.  Utility and Innovation

72.     As I explained earlier, Decentralized provided a comprehensive system with many features that allowed contributors to collaborate on building AI projects together. It inherited practically all of Beta's innovative features, such as the ability to create hierarchical structures of documents that are synced in real time. It also introduced several additional innovative features. Notably, through the integration of Jupyter Notebook, it allowed people to code collaboratively, execute their code, and visualize the results (outputs) in real time.[56] Decentralized was also

---

[56] RAVINE0114512, e.g., /decentralized-open-server_export/usr/src/app/api/controllers/notebooks.js, /decentralized-open-server_export/usr/src/app/src/scenes/Company/scenes/Notebook; RAVINE0114491

implemented with particular attention to scale and speed, e.g., enabling fast, real-time communication.[57] Decentralized implements Blockchain-based smart contracts on the Ethereum blockchain using Solidity (a language used for creation of smart contracts for the Ethereum blockchain) to provide token rewards for completing tasks in a blockchain-verified manner.[58] I am not aware of any other collaboration environment in the 2017 timeframe that offered the features mentioned above, particularly within the domain of AI.

73.     I have been informed[59] Open AI's initial collaboration tool was first released in March 2015, followed by Open AI's Hub in September 2016, Open AI's Beta in January 2017, and Open AI's Decentralized in October 2017.[60] Assuming this timeline is correct and based on my review of available information online, it appears that Open AI's release of an online application predates Plaintiff OpenAI's release of an online application by several years. Plaintiff OpenAI announced the upcoming release of the OpenAI API on June 11, 2020,[61] with the actual release of API occurring around November 18, 2021,[62] and the release of OpenAI ChatGPT occurring on November 30th, 2022.[63] Similarly, it appears that Open AI's release of an online application capable of running AI programs (e.g., machine learning, deep learning) predates Plaintiff OpenAI's release of an online application capable of running AI programs by several years. Open AI's Decentralized was capable of running AI programs online in October 2017.

---

[57] RAVINE0114512, e.g., /decentralized-open-server_export/usr/src/app/api/index.js (lines 94 - 244), /decentralized-open-server_export/usr/src/app/config/actions.json, /decentralized-open-server_export/usr/src/app/src/utils/API.js, /decentralized-open-server_export/usr/src/app/src/utils/socket.js
[58] RAVINE0114512, e.g., /decentralized-open-server_export/usr/src/app/api/ethereum, /decentralized-open-server_export/usr/src/app/src/scenes/Tasks
[59] Interview with Guy Ravine and Nikita Gaer
[60] I have not been asked to render an opinion about the release dates of Open AI tools. I have been informed a forensic expert will provide opinions regarding the release dates of Open AI products.
[61] https://web.archive.org/web/20200612101102/https://openai.com/blog/openai-api/
[62] https://openai.com/index/api-no-waitlist/
[63] https://openai.com/index/chatgpt/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Based on my review of available information online, Plaintiff's OpenAI was first capable of running AI programs online with the release of its API around November 18, 2021.[64]

### 3.4.3. Development Effort

74.     To understand the effort involved in creating Decentralized, I used cloc to count the lines of source code that implement Decentralized. However, prior to doing so, I removed certain files and folders that did not appear to have been written by Open AI.[65] I removed the following files and folders of code:

- /usr/src/app/build
- /usr/src/app/node_modules
- /usr/src/app/node.err.log
- /usr/src/app/node.out.log
- /usr/src/app/package-lock.json
- /usr/src/app/supervisord.log
- /usr/src/app/supervisor.pid
- /usr/src/app/src/utils/easysync
- /usr/src/app/scenes/Company/scenes/Editor/ace/ace.js
- /usr/src/app/scenes/Company/scenes/Editor/ace/browser.js
- /usr/src/app/scenes/Company/scenes/Editor/ace/changesettracker.js
- /usr/src/app/scenes/Company/scenes/Editor/ace/colorutils.js
- /usr/src/app/scenes/Company/scenes/Editor/ace/contentcollector.js
- /usr/src/app/scenes/Company/scenes/Editor/ace/cssmanager.js
- /usr/src/app/scenes/Company/scenes/Editor/ace/domline.js
- /usr/src/app/scenes/Company/scenes/Editor/ace/helpers.js
- /usr/src/app/scenes/Company/scenes/Editor/ace/linestylefilter.js
- /usr/src/app/scenes/Company/scenes/Editor/ace/observer.js
- /usr/src/app/scenes/Company/scenes/Editor/ace/skiplist.js
- /usr/src/app/scenes/Company/scenes/Editor/ace/undomodule.js

75.     The output from cloc showing the size of code written by Open AI to implement Decentralized is shown below:

---

[64] https://openai.com/index/api-no-waitlist/
[65] Review of source code; Interview with Nikita Gaer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
-----------------------------------------------------------------------
Language                    files          blank        comment          code
-----------------------------------------------------------------------
JavaScript                   181           2896           1446          19241
SCSS                          66           1015            256           5267
JSON                          12             18              0           1180
SVG                           44              0              0            179
Solidity                       3             30             62            123
Bourne Shell                   4             25              2             83
Markdown                       1             16              0             51
HTML                           1              0              0             15
Dockerfile                     1              8              4             13
INI                            1              3              0             13
-----------------------------------------------------------------------
SUM:                         314           4011           1770          26165
-----------------------------------------------------------------------
```

76.     The amount of code developed by Open AI in the implementation of Decentralized is substantially larger than that of Beta. The great majority of the product is built from scratch with minimal dependencies on existing open-source software. It shows a significant implementation effort.

77.     I understand Open AI contends Nikita Gaer spent approximately 20 man-months or 3,200 hours of labor and another developer by the name of Piotr Zalewa spent approximately 3 months or 480 labor hours to develop Decentralized.[66] That is a total of 23 man-months or 3,680 hours. Assuming 22 work days per month and developer productivity range of 10 to 125 lines of code per day, one would expect between 5,060 to 63,250 lines of source code for 23 man-months. As shown earlier, Open AI wrote 26,165 lines of which 19,241 are JavaScript lines of code, which is within that range. Based on my experiences in software development and my review of the material in this case, including the source code and its size, I find Open AI's estimate to be reasonable.

78.     My analysis of the effort involved in developing Decentralized does not account for ideation, research, concept design, or other such activities that may have been undertaken by

---

[66] Nikita depo transcript 53:14-54:7, 56:24-57:3; Interview with Guy Ravine and Nikita Gaer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

other OpenAI employees. Based on my review of the features, functionalities, and innovative elements of Decentralized, I would expect that a meaningful amount of effort—beyond just coding—would have been required.

### 3.5.    Image Generator

#### 3.5.1.  Features and Functions

79.    I understand the first Open AI product with the ability to generate images from textual descriptions provided by users was Boom. Its image generation functionality was first released in August 2022.[67] I examined a demo installation of Boom.[68] I also reviewed a collection of videos about Boom.[69] This application provides several features including the ability to generate images using AI, share those images with collaborators or friends over social media, and record and share videos. The following screenshot from the demo application of Boom shows the screen where the user is able to provide a prompt describing the image that should be generated.

---

[67] Interview with Guy Ravine
[68] http://34.135.128.145:3009/; the demo application is no longer fully functional.
[69] RAVINE0114489

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



80.     Although the image generation feature of the demo installation was not functional, I was able to develop a good understanding of Boom's features and functions from several video demonstrations.[70] An innovative component of Boom is the ability for users to simply take a photo of any image or even a hand-drawn image, and use that as the basis for AI-assisted image generation. Users can first use their phones to scan a QR code to load the Boom web app, and then use their mobile device to take a photo of a drawing as an input for image generation:

---

[70] RAVINE0114489

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



81.    The photo is then entered into Boom, where Boom's AI tools can be used to generate various images by clicking on the Variations button, as shown here:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

49

82.    After clicking on the Variations button in the prior screen, users are brought to a new screen where they are able to provide a prompt, such as "a orange dragon flying around a blue castle," to improve the provided image with the creativity of AI. After doing so, Boom generates the following set of images:



83.    Users can then share the generated images by sending them to their social network:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



84.    Boom users can see the images generated by others in their social media feed, and possibly improve on those images and share them back with the community, resulting in a collaborative approach to creative design:



85.     Boom users are able to engage with one another through the recording and sharing of videos, as they discuss their enthusiasm, criticism, or ways to further improve the generated images:



86.     While I did not have access to the source code of Boom, I was provided with gitlog reports for Boom API and Boom Web.[71] A gitlog report contains the log for a git server, which is a version tracking system for source code. I understand the source code of Boom was stored in two git repositories: boom-api and boom-web.[72] The two gitlog files correspond to those two repositories. In the gitlog files I am able to see certain information about how the source code of Boom was developed. Among others, I am able to see the names of developers making the changes to source code, dates of those changes, and the developer provided comments describing the purpose for each change. From the boom-api.gitlog, I determined that the first commit was on

---

[71] RAVINE0114569 (boom-api.gitlog); RAVINE0114570 (boom-web.gitlog)
[72] Interview with Nikita Gaer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

August 19, 2022 and the last commit was Nov 17, 2022. From the boom-web.gitlog, I determined that the first commit was on August 19, 2022 and the last commit was on Nov 15, 2022.  I understand Open AI contends the initial design and development for Boom started around spring of 2022 as part of a project called "Whoahhh!."[73] Its image generation features were implemented over a two months period in summer of 2022,[74] and released in August of 2022.[75] The gitlog reports appear to be consistent with those timelines, albeit showing additional development occurring after its release in August.

87.    Based on my review of the two gitlog reports, I have determined Boom was using a machine learning model called Stable Diffusion[76] to implement its image generation feature. Stable Diffusion is an open-source  text-to-image generation model. Notably, there are several git comments that indicate this:

```
commit c18a7079af1152d56c219405b5615a90d2fa5094
Author: Nikita Gaer <gaer.nikita@gmail.com>
Date:   Mon Sep 12 19:11:27 2022 +0400

    New host of stable diffusion service
```

```
commit c7012394606b0ab35c6db9bcfa0e8a55361b0867
Author: Nikita Gaer <gaer.nikita@gmail.com>
Date:   Sun Aug 21 20:45:16 2022 +0400

    [api] New stable diffusion IP
```

```
commit eeadc603ec8a5542d3efcb2c0939dd20f259297f
Author: Nikita Gaer <gaer.nikita@gmail.com>
Date:   Fri Aug 19 21:12:33 2022 +0400

    [api] Relay image generation request to dev instance with stable diffusion
```

---

[73] Nikita Gaer Depo Transcript 60:25-61-17

[74] Nikita Gaer Depo Transcript 69:17-24

[75] Interview with Guy Ravine and Nikita Gaer

[76] https://github.com/CompVis/stable-diffusion

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
commit 4f4d4237c6316a6f2c24b56d1da6fb1c41802c2e
Author: Nikita Gaer <gaer.nikita@gmail.com>
Date:   Fri Aug 19 18:19:24 2022 +0400

    Integration with dev stable diffusion server
```

88.    I understand Open AI transitioned to use an implementation of Stable Diffusion that could be deployed on Google TPU (Tensor Processing Units), called Stable Diffusion JAX, and developed numerous features for improving performance, scalability and storage of generated images on Google cloud servers to realize Boom's image generation capabilities.[77]

89.    After the initial release of the image generator functionality in Boom, Open AI continued its development and release of image generation capabilities under the Open AI brand.

90.    I was provided with a demo version of the Open AI image generator that was released in November 2022.[78] The demo application's image generation feature was not functional. A screenshot of it is shown here:

---

[77] Interview with Nikita Gaer and Guy Ravine; RAVINE0114569 (boom-api.gitlog), e.g., "[api] Update of image generation server url (TPU)"; https://github.com/patil-suraj/stable-diffusion-jax
[78] http://34.135.128.145:3007/; Interview with Nikita Gaer and Guy Ravine

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



91.    I was also provided with a demo version of the Open AI image generator that was released in December 2022.[79] This demo application's image generation feature was also not functional. A screenshot of it is shown here:

---

[79] http://34.135.128.145:3008/; Interview with Guy Ravine and Nikita Gaer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



92.    I was provided with the final version of Open AI image generator that was released in September 2023.[80] This demo application's image generation feature was functional. The application provides a continuous feed of generated images, as shown here:

[80] http://34.135.128.145:3005/; Interview with Guy Ravine and Nikita Gaer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



93.     I used the application to generate an image with the prompt: "butterfly in a mountainous region". As I was typing the prompt, the system made several suggestions for alternative prompts, e.g., "butterfly in a mountainous region in black and white cinematic close up", as shown here:

57

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



94.    On the right-hand side of the generated image, the tool provides the ability to share the generated image with social networking apps like Facebook and Twitter (now called "X"). When any of the links are clicked, a new screen opens allowing the user to share the image with their social network, as shown here:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

95.     The image generator also provides the ability to report inappropriate content, as shown here:



96.     Open AI developed iOS and Android mobile apps that allowed users to generate images using their phone. I reviewed certain screenshots of these mobile apps[81], as shown here:

---

[81] RAVINE0114490

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY




Android: _____    iOS: _____

97.    The demo installations, videos, and screenshots of the image generator appeared to align with their source code repositories. In my analysis of the image generator and review of its source code, I did not identify any features in the demo applications, videos, and screenshots that differed from what was implemented in its source code.

### 3.5.2.  Utility and Innovation

98.    OpenAI's image generator includes several innovative features, one of which is the ability for users to upload a photo of a drawing or an existing image and use it as input for initial image generation. This feature is particularly useful because it allows users to start with real-world objects or hand-drawn sketches, bridging the gap between physical and digital creativity. In the 2022 timeframe, the integration of several features like image generation through AI, a social media-like feed for sharing the generated images, collaborative tools for iteratively improving the generated images, and multi-level filtering capabilities to report and remove inappropriate images

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

within a single product was innovative. In addition, from a performance standpoint, the system was implemented to be scalable, such that it was able to handle many simultaneous requests running on TPU nodes.[82] Open AI combined usage of multiple state-of-the-art models in an innovative fashion to create visually appealing images, e.g., for improving the image quality it used CodeFormer and SwinIR, and for efficiently generating images from text it used Stable Diffusion (for use on GPUs) and Stable Diffusion JAX (for use on TPUs).[83]

### 3.5.3.  Development Effort

99.     I was provided access to a gitlab account for Open AI products.[84] Open AI's image generator consists of several components, stored in different repositories, including open-ai-stable, open-ai-api, open-ai-services, open-ai-android, open-ai-ios. Among these, open-ai-stable contains only source code that is specific to the image generator, while the other repositories contain source code that is used by both the image generator and Ava (which is an application discussed below). I investigated each of these repositories separately.

100.     The open-ai-stable repository contains 470 commits, starting with the initial commit on Nov 16, 2022 to the last commit on January 18, 2024. I downloaded the last deployed version of source code[85] and used cloc to calculate the total lines of source code in this project:

---

[82] https://gitlab.com/openai-org/open-ai-services/-/tree/84ac9bd3734d16e7d50d9a1bea273854093188ec at /tpu-controller/app.js, /tpu-controller/setup.sh; https://gitlab.com/openai-org/open-ai-api/-/tree/4573e6da4cdbfea86661473ae9ce59c828dd4107 at /api/lib/image.ts

[83] https://gitlab.com/openai-org/open-ai-services/-/tree/84ac9bd3734d16e7d50d9a1bea273854093188ec at /upscaler/code_former.py, /upscaler/swinir.py, /stable-diffusion/stable_diffusion.py, /stable-diffusion-jax/stable_diffusion.py; https://arxiv.org/abs/2206.11253; https://github.com/JingyunLiang/SwinIR; https://arxiv.org/abs/2108.10257; https://github.com/patil-suraj/stable-diffusion-jax; https://github.com/CompVis/stable-diffusion

[84] https://gitlab.com/openai-org

[85] https://gitlab.com/openai-org/open-ai-stable/-/tree/74a36131d4c62d4f314c66b8009026db53d596bb; Interview with Nikita Gaer

```
-------------------------------------------------------------------------------
Language                     files          blank        comment           code
-------------------------------------------------------------------------------
Svelte                          26            622             40           4708
TypeScript                      31            244             28           2241
SVG                             31              0              0            169
JSON                             4              0              0            132
SCSS                             2             15              1             99
JavaScript                       3              7              3             47
Markdown                         1             14              0             24
Dockerfile                       1             10              2             14
HTML                             1              0              0             14
INI                              1              2              0             12
YAML                             1              1              0              6
Text                             1              0              0              3
-------------------------------------------------------------------------------
SUM:                           103            915             74           7469
-------------------------------------------------------------------------------
```

101.    The open-ai-api repository contains 235 commits starting from initial commit on June 1, 2023 to the last commit on January 28, 2025. I downloaded the last deployed version of the source code[86] and used cloc to calculate the total lines of source code in this project:

```
-------------------------------------------------------------------------------
Language                     files          blank        comment           code
-------------------------------------------------------------------------------
TypeScript                      60            733            236           5329
HCL                              8            125             24            671
SQL                              7             66             78            268
Prisma Schema                    1             27              4            225
JSON                             4              0              0            177
YAML                             3              6              1            132
INI                              1              2              0             12
Dockerfile                       1              9             12             11
JavaScript                       1              0              1             11
Bourne Shell                     1              2              2              7
Markdown                         1              1              0              1
TOML                             1              0              2              1
-------------------------------------------------------------------------------
SUM:                            89            971            360           6845
-------------------------------------------------------------------------------
```

102.    In counting the lines of source code for open-ai-services, I removed certain code that was not written by Open AI. Specifically, I removed /upscaler/CodeFormer and /upscaler/SwinIR folders, because they correspond to open-source code for two research

---

[86] https://gitlab.com/openai-org/open-ai-api/-/tree/4573e6da4cdbfea86661473ae9ce59c828dd4107; Interview with Nikita Gaer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

publications.[87] The open-ai-services repository contains 7 commits across 2 branches from November 10, 2023 to March 18, 2024. I understand the first image generator was in Boom, which was in a separate repository with more commits.[88] I downloaded the last deployed version of source code[89] and used cloc to calculate the total lines of source code in this project:

```
--------------------------------------------------------------------------------
Language                     files          blank        comment           code
--------------------------------------------------------------------------------
Python                          18            373             45           1563
JavaScript                       1             41             14            217
Bourne Shell                    10             75             20            213
Dockerfile                       4             36              4             68
Markdown                         2             12              0             46
Text                             2              0              0             34
INI                              1              2              0             12
--------------------------------------------------------------------------------
SUM:                            38            539             83           2153
--------------------------------------------------------------------------------
```

103.    The open-ai-android repository contains 5 commits with the initial commit on August 14, 2023 to the last commit on November 16, 2023. I downloaded the last deployed version of source code[90] and used cloc to calculate the total lines of source code in this project:

---

[87] https://arxiv.org/abs/2206.11253; https://github.com/JingyunLiang/SwinIR; https://arxiv.org/abs/2108.10257

[88] Interview with Nikita Gaer

[89] https://gitlab.com/openai-org/open-ai-services/-/tree/84ac9bd3734d16e7d50d9a1bea273854093188ec; Interview with Nikita Gaer

[90] https://gitlab.com/openai-org/open-ai-android/-/tree/d2b43f34dbfdc5814663c7d0a0fb69fac8c91d92; Interview with Nikita Gaer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
-------------------------------------------------------------------------------
Language                    files         blank         comment          code
-------------------------------------------------------------------------------
Kotlin                         83           787             570          7069
XML                            64             5              27          1129
C/C++ Header                    3            93              87           289
C++                             3            57              52           272
Gradle                          4            19               1           142
Bourne Shell                    1            23              36           126
DOS Batch                       1            21               2            66
TOML                            1             4               0            48
JSON                            1             0               0            46
CMake                           1             4              26            10
Properties                      2             0              20             9
ProGuard                        1             3              18             0
-------------------------------------------------------------------------------
SUM:                          165          1016             839          9206
-------------------------------------------------------------------------------
```

104.    The open-ai-ios repository contains 12 commits with the initial commit on June 20, 2023 to the last commit on November 22, 2023. I downloaded the last deployed version of source code[91] and used cloc to calculate the total lines of source code in this project:

```
-------------------------------------------------------------------------------
Language                    files         blank         comment          code
-------------------------------------------------------------------------------
Swift                         137          1895            2255         10422
JSON                           62             0               0          1308
XML                             8             0               0           159
SVG                             4             0               0            35
-------------------------------------------------------------------------------
SUM:                          211          1895            2255         11924
-------------------------------------------------------------------------------
```

105.    I understand Open AI contends that the development of image generator occurred from August 2022 to March 2024.[92] My review of the git commit histories and Boom git reports corroborates Open AI's development timelines. I understand Open AI has continued the development of certain features, but has not released a new version publicly.[93]

---

[91] https://gitlab.com/openai-org/open-ai-ios/-/tree/8c9556efdcb4a68f44f265ef14616c0ab7ead3ad; Interview with Nikita Gaer
[92] Interview with Nikita Gaer and Guy Ravine
[93] Interview with Nikita Gaer and Guy Ravine

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

106.    I understand Open AI contends Nikita Gaer spent approximately 12 man-months or 2,000 hours of labor and Mattia Lavarone spent approximately 4 man-months or 640 hours to develop the image generator.[94] Therefore, according to Open AI, its engineers spent approximately 16 man-months or 2,560 hours of labor to develop the image generator. Assuming a developer productivity range of 10 to 125 lines of code per day and 22 work days per month, one would expect between 3,520 to 44,000 lines of source code to be developed for 16 man-months of effort. As I showed earlier, the open-ai-stable repository alone contains 7,469 lines of which 6,949 are Svelte and TypeScript code. While the source code in open-ai-stable repository is exclusively used in the image generator, the source code in other mentioned repositories is also used by the image generator. Therefore, the actual lines of code written by Open AI for the image generator is likely substantially higher. The other four repositories contain a total of 30,128 lines of which 24,600 is source code written in TypeScript, JavaScript, Python, Kotlin, and Swift. Therefore, the image generator contains a minimum of 6,949 lines of code and a maximum of 31,549 lines of code, both of which fall within the expected range. Based on my experience in software development and my review of the available record in this case—including the Git commit history, source code, and its size—I believe OpenAI's estimate of the effort involved in developing the image generator is reasonable.

107.    My analysis of the effort involved in developing the image generator does not account for ideation, research, concept design, or other such activities that may have been undertaken by other Open AI personnel. Based on my review of the features, functionalities, and innovative elements of the image generator, I would expect that a meaningful amount of effort—beyond just coding—would have been required.

---

[94] Interview with Nikita Gaer and Guy Ravine

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### 3.6.    Ava

### 3.6.1.    Features and Functions

108.    Open AI's Chatbot is a product that allows a user to communicate with an AI assistant. Open AI's Chatbot was initially realized in May 2023 and was purely a text-based chat system, meaning users would use their keyboard to chat with the system.[95]I examined a demo installation of Open AI's Chatbot.[96]

109.    An innovative aspect of Open AI's Chatbot is a feature that allows users to chat with different assistant personalities, such as Donald Trump, Elon Musk, or Kanye West.[97] It allows the user to select their desired personality from a drop down list. It also maintains the user's chat history. The following screenshots show Open AI's Chatbot.



---

[95] Gaer Deposition Transcript, 76:22-77:25; Interview with Nikita Gaer and Guy Ravine.

[96] https://34.135.128.145:3006/

[97] Id.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



110.    Around June 2023, Open AI released Ava, which allows users to chat with the AI

assistant via voice.[98] Ava provides several different innovative modes of communication. In the

default mode, users need to press a button to talk to Ava after which Ava replies back. In the audio-

only mode, the app automatically detects when the user starts talking and Ava responds as soon as

the user pauses. In the presentation mode, Ava's response is a combination of speech, text, bullet

lists, and images. In the demo application, because Ava's image server was taken down after the

injunction order, Ava was not able to create actual images and slides in the presentation mode.[99]

The following screenshots show different modes of voice chat in Ava.

---

[98] Nikita Gaer Deposition Transcript 78:1-79-6; Interview with Nikita Gaer and Guy Ravine.

[99] Interview with Guy Ravine

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Default mode (hold a button to talk)



Audio-only mode

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

70



Presentation mode



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

71

111.    Another innovative feature in Ava is its committee feature, which was completed in the following months. I am not aware of any other chatbot having this feature, even as of now. In this mode, a user is able to talk to a group of AI assistants, where each AI assistant is an expert in a certain topic. In response to a user question, Ava determines the set of experts needed to assist the user, and then guides the conversation among the experts to provide the user with answers from different perspectives. The following screenshots show this feature, which is referred to as "experimental" in Ava's user interface.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



112.    As I mentioned earlier, Open AI developed iOS and Android mobile apps that included support for using the image generator and Ava. I reviewed certain screenshots of these mobile apps[100], as shown below.

Android version of Ava

---

[100] RAVINE0114490

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



iOS version of Ava

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

74



113.    Open AI also created a product that included both the image generator and Ava. I was provided access to a demo installation of this application as well.[101]  This application has features and functionalities of both the image generator and Ava, as described earlier in my report. A screenshot of this product is below.

114.    The demo installations, videos, and screenshots of Ava appeared to align with their source code. In my analysis of Ava and review of its source code repositories, I did not identify any features in the demo installations, videos, and screenshots that differed from what was implemented in its source code.

---

[101] https://34.135.128.145:3004/

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



### 3.6.2. Utility and Innovation

115.    Ava has several innovative features. First, I understand Open AI contends it was first released in June 2023.[102] I am not aware of similar AI chat bots supporting voice around that time. Second, in my opinion, Ava's committee mode of interaction was, and still is, innovative as of today. The committee feature provides a multi-agent interactive system, which enables users to have a dialog with a variety of agent experts.[103] This in turn allows the user to get answers to their questions from multiple perspectives. I find that feature to be quite useful. Beyond that, in my review of Ava's source code, I found several interesting optimizations to minimize response delays

---

[102] Interview with Guy Ravine and Nikita Gaer

[103] https://gitlab.com/openai-org/open-ai-web/-/tree/ece3a7847166af8cb62cd67ae2c63389f3236bd7, e.g., /src/routes/chats/AudioOnly/Experimental.svelte, /src/routes/chats/AudioOnly/MultiBackground.svelte; https://gitlab.com/openai-org/open-ai-api/-/tree/4573e6da4cdbfea86661473ae9ce59c828dd4107, e.g., /api/lib/message.ts (lines 241 - 376, 597 - 645), /api/lib/assistant.ts

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

and to allow natural sounding conversations, e.g., asynchronous processing of conversations in chunks.[104] Ava combines a variety of techniques and services in a unique way to create a rather sophisticated product. Whisper JAX[105] is used to translate user voice to text running on TPUs nodes on Google cloud.[106] Claude web API is used to send the user speech in text along with prompts.[107] Claude is a popular Large Language Model service.[108] Once the response from Claude is sent back, Eleven Labs[109] is used to transform the text to voice for playback to the user.[110] The text is processed in chunks to make the system run as fast as possible.

116.     I have been informed[111] Open AI's initial release of Ava with voice chat capability was in June 2023.[112] Assuming this is correct, Ravine's release of an online AI voice chat predates Plaintiff OpenAI release of ChatGPT Voice by several months. Plaintiff OpenAI began rolling out its ChatGPT Voice on September 25, 2023,[113] and made it available publicly to all users on November 21, 2023.[114]

---

[104] https://gitlab.com/openai-org/open-ai-api/-/tree/4573e6da4cdbfea86661473ae9ce59c828dd4107, e.g., /api/lib/message.ts (lines 241 - 376), /api/lib/asr.ts (where automated speech recognition service listens to message broker for registration messages from ASR workers. Each worker has a type, "v3-8" or "v4-8", which represents an actual type of TPU where workers are run); https://gitlab.com/openai-org/open-ai-web/-/tree/ece3a7847166af8cb62cd67ae2c63389f3236bd7, e.g., /whisper-jax/app.py (line 13) /src/routes/chats/MessagePlayer.ts, /src/lib/utils/sentence.ts.

[105] https://github.com/sanchit-gandhi/whisper-jax

[106] https://gitlab.com/openai-org/open-ai-services/-/tree/84ac9bd3734d16e7d50d9a1bea273854093188ec, e.g.,

[107] https://gitlab.com/openai-org/open-ai-api/-/tree/4573e6da4cdbfea86661473ae9ce59c828dd4107, e.g., /api/lib/message.ts (line 263)

[108] https://claude.ai/

[109] https://elevenlabs.io/

[110] https://gitlab.com/openai-org/open-ai-api/-/tree/4573e6da4cdbfea86661473ae9ce59c828dd4107, e.g., /api/config/env.ts (lines 74-79), /api/controllers/audio.ts (lines 52-133)

[111] Interview with Guy Ravine and Nikita Gaer

[112] I have not been asked to render an opinion about the release dates of Open AI tools. I have been informed a forensic expert will provide opinions regarding the release dates of Open AI products.

[113] https://openai.com/index/chatgpt-can-now-see-hear-and-speak/

[114] https://web.archive.org/web/20231130064904/https://help.openai.com/en/articles/6825453-chatgpt-release-notes

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### 3.6.3. Development Effort

117.    I downloaded Ava's source code from Open AI's gitlab account.[115] Similar to the image generator, Ava consists of several components, stored in different repositories, including open-ai-web, open-ai-api, open-ai-services, open-ai-android, open-ai-ios. Among these, open-ai-web contains only source code that is specific to Ava, while the other repositories contain source code that is used by both the image generator and Ava. I previously discussed my analysis of the open-ai-api, open-ai-services, and open-ai-android, and open-ai-ios. I additionally analyzed the open-ai-web repository.

118.    The open-ai-web repository contains 112 commits, starting with the initial commit on July 7, 2023 to the last commit on November 20, 2024. I understand that Ava's implementation was initially in open-ai-stable repository prior to July 7, 2023.[116] I downloaded the last deployed version of source code[117] and used cloc to calculate the total lines of source code in this project:

| Language | files | blank | comment | code |
|---|---|---|---|---|
| Svelte | 48 | 1166 | 92 | 8668 |
| TypeScript | 38 | 417 | 318 | 3343 |
| SVG | 41 | 0 | 0 | 190 |
| JSON | 4 | 0 | 0 | 129 |
| SCSS | 2 | 15 | 1 | 100 |
| JavaScript | 3 | 7 | 3 | 47 |
| YAML | 3 | 3 | 5 | 42 |
| Markdown | 1 | 14 | 0 | 24 |
| Dockerfile | 1 | 12 | 2 | 17 |
| HTML | 1 | 0 | 0 | 14 |
| INI | 1 | 2 | 0 | 12 |
| Text | 1 | 0 | 0 | 3 |
| SUM: | 144 | 1636 | 421 | 12589 |

---

[115] https://gitlab.com/openai-org

[116] Interview with Nikita Gaer

[117] https://gitlab.com/openai-org/open-ai-web/-/tree/ece3a7847166af8cb62cd67ae2c63389f3236bd7; Interview with Nikita Gaer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

119.    I understand Open AI contends the development of Ava occurred from May 2023 to March 2024. My review of the git commit history corroborates Open AI's development timelines. I understand Open AI has continued the development of certain features, but has not released a new version publicly.[118]

120.    I understand Open AI contends Nikita Gaer spent approximately 4 man-months or 640 hours of labor and Mattia Lavarone spent approximately 3.5 months or 560 hours of labor to develop Ava.[119] Therefore, in total Open AI contends its developers spent 7.5 months or 1,200 hours of labor developing Ava. Assuming a developer productivity range of 10 to 125 lines of code per day and 22 work days per month, one would expect between 1,650 to 20,625 lines of source code to be developed for 7.5 man-months of effort. As I showed earlier, for open-ai-web repository alone Open AI wrote 12,589 lines of which 12,011 lines are Svelte and TypeScript code. While the source code in open-ai-web repository is exclusively used in Ava, the source code in other mentioned repositories is also used by Ava. Therefore, the actual number of lines of code written by Open AI for Ava is likely substantially higher. The other four repositories contain a total of 30,128 lines of which 24,600 is source code written in TypeScript, JavaScript, Python, Kotlin, and Swift. Therefore, Ava contains a minimum of 12,011 lines of code and a maximum of 36,611 lines of code. The minimum is within the expected range, while the maximum is outside the range, indicating that Open AI has potentially underestimated the effort that has gone into the development of Ava. Based on my experiences in software development and my review of the available record in this case—including the Git commit history, source code, and its size—I

---

[118] Interview with Nikita Gaer and Guy Ravine
[119] Interview with Nikita Gaer and Guy Ravine

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

believe Open AI's estimate of the effort involved in developing Ava is either reasonable or an underestimation of the actual effort.

121.    My analysis of the effort involved in developing Ava does not account for ideation, research, concept design, or other such activities that may have been undertaken by other OpenAI employees. Based on my review of the features, functionalities, and innovative elements of Ava, I would expect that a meaningful amount of effort—beyond just coding—would have been required.

122.    Open AI also created a web-based version of a product that was an integration of Ava and image generator. I expect the majority of the effort involved in the development of this product to be associated with the development effort of developing each product individually, which I have already discussed earlier in my report.

123.    This report contains a complete statement of all opinions that I currently intend to express and the bases therefore. However, my work on this matter is ongoing, and I reserve the right to modify or supplement my opinions in rebuttal, in deposition, or at any other time in the event that I become aware of additional facts, deposition testimony, documents, information or contentions of the parties or witnesses, including in any initial or rebuttal report submitted by or on behalf of another party or any trial testimony offered on another party's behalf.

124.    I declare under penalty of perjury on this 30th day of January, 2025, that the foregoing is true and correct.

Sam Malek, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# APPENDIX A

(Beyond Compare Output)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1:24:25 6 45.40 PM           Folder Compare           Page 1

Mode: All
Ignoring Unimportant
Left base folder : /...Expert Witness/OpenAI Inc. v. Open Artifical Intelligence et al /Analysis Beta
? Diff/etherpad-lite-428e0cdbc2ed72fdd65af94b4f3fe5025d9e2050a
Right base folder : /Users/smalek/Documents/Expert Witness/OpenAI Inc. v. Open Artifical Intelligence et al /Analysis/Beta Diff/etherpad

| Name | Size | Modified | | Name | Size | Modified |
|---|---|---|---|---|---|---|
| 🗁 bin | | | | 🗁 bin | | |
| 　🗁 deb- src | | | | 　🗁 deb- src | | |
| 　　🗁 DEBIAN | | | | 　　🗁 DEBIAN | | |
| 　　　control | 208 | 9/30/16, 3:49:20 PM | = | 　　　control | 208 | 1/8/17, 8:09:54 AM |
| 　　　postinst | 312 | 9/30/16, 3:49:20 PM | = | 　　　postinst | 312 | 1/8/17, 8:09:54 AM |
| 　　　preinst | 578 | 9/30/16, 3:49:20 PM | = | 　　　preinst | 578 | 1/8/17, 8:09:54 AM |
| 　　　prerm | 65 | 9/30/16, 3:49:20 PM | = | 　　　prerm | 65 | 1/8/17, 8:09:54 AM |
| 　　🗁 sysroot | | | | 　　🗁 sysroot | | |
| 　　　🗁 etc | | | | 　　　🗁 etc | | |
| 　　　　🗁 init | | | | 　　　　🗁 init | | |
| 　　　　　🗁 mnt | | | | 　　　　　🗁 mnt | | |
| 　　　　　　etherpad.con | 810 | 9/30/16, 3:49:20 PM | = | 　　　　　　etherpad.con | 810 | 1/8/17, 8:09:54 AM |
| 　🗁 doc | | | | 　🗁 doc | | |
| 　🗁 node_modules | | | | 　🗁 node_modules | | |
| 　　🗁 .bin | | | | 　　🗁 .bin | | |
| 　　　marked | 20 | 9/30/16, 3:49:20 PM | = | 　　　marked | 20 | 1/8/17, 8:09:54 AM |
| 　　🗁 marked | | | | 　　🗁 marked | | |
| 　　　🗁 bin | | | | 　　　🗁 bin | | |
| 　　　　marked | 1,909 | 9/30/16, 3:49:20 PM | = | 　　　　marked | 1,909 | 1/8/17, 8:09:54 AM |
| 　　　🗁 lib | | | | 　　　🗁 lib | | |
| 　　　　marked.js | 13,467 | 9/30/16, 3:49:20 PM | = | 　　　　marked.js | 13,467 | 1/8/17, 8:09:54 AM |
| 　　　🗁 man | | | | 　　　🗁 man | | |
| 　　　　marked.1 | 927 | 9/30/16, 3:49:20 PM | = | 　　　　marked.1 | 927 | 1/8/17, 8:09:54 AM |
| 　　　.npmignore | 12 | 9/30/16, 3:49:20 PM | = | 　　　.npmignore | 12 | 1/8/17, 8:09:54 AM |
| 　　　index.js | 42 | 9/30/16, 3:49:20 PM | = | 　　　index.js | 42 | 1/8/17, 8:09:54 AM |
| 　　　LICENSE | 1,096 | 9/30/16, 3:49:20 PM | = | 　　　LICENSE | 1,096 | 1/8/17, 8:09:54 AM |
| 　　　Makefile | 133 | 9/30/16, 3:49:20 PM | = | 　　　Makefile | 133 | 1/8/17, 8:09:54 AM |
| 　　　package.json | 482 | 9/30/16, 3:49:20 PM | = | 　　　package.json | 482 | 1/8/17, 8:09:54 AM |
| 　　　README.md | 3,216 | 9/30/16, 3:49:20 PM | = | 　　　README.md | 3,216 | 1/8/17, 8:09:54 AM |
| 　generate.js | 3,698 | 9/30/16, 3:49:20 PM | = | 　generate.js | 3,698 | 1/8/17, 8:09:54 AM |
| 　html.js | 4,851 | 9/30/16, 3:49:20 PM | = | 　html.js | 4,851 | 1/8/17, 8:09:54 AM |
| 　json.js | 16,553 | 9/30/16, 3:49:20 PM | = | 　json.js | 16,553 | 1/8/17, 8:09:54 AM |
| 　LICENSE | 1,096 | 9/30/16, 3:49:20 PM | = | 　LICENSE | 1,096 | 1/8/17, 8:09:54 AM |
| 　package.json | 362 | 9/30/16, 3:49:20 PM | = | 　package.json | 362 | 1/8/17, 8:09:54 AM |
| 　README.md | 1,806 | 9/30/16, 3:49:20 PM | = | 　README.md | 1,806 | 1/8/17, 8:09:54 AM |
| backendTests.sh | 88 | 9/30/16, 3:49:20 PM | = | backendTests.sh | 88 | 1/8/17, 8:09:54 AM |
| buildDebian.sh | 1,034 | 9/30/16, 3:49:20 PM | = | buildDebian.sh | 1,034 | 1/8/17, 8:09:54 AM |
| buildForWindows.sh | 1,712 | 9/30/16, 3:49:20 PM | = | buildForWindows.sh | 1,712 | 1/8/17, 8:09:54 AM |
| | | | | buildPluginsHtml.sh | 1,726 | 1/8/17, 8:09:54 AM |
| checkPad.js | 3,469 | 9/30/16, 3:49:20 PM | = | checkPad.js | 3,469 | 1/8/17, 8:09:54 AM |
| cleanRun.sh | 916 | 9/30/16, 3:49:20 PM | = | cleanRun.sh | 916 | 1/8/17, 8:09:54 AM |
| convert.js | 13,316 | 9/30/16, 3:49:20 PM | = | convert.js | 13,316 | 1/8/17, 8:09:54 AM |
| convertSettings.json.templat | 159 | 9/30/16, 3:49:20 PM | = | convertSettings.json.templat | 159 | 1/8/17, 8:09:54 AM |
| debugRun.sh | 661 | 9/30/16, 3:49:20 PM | = | debugRun.sh | 661 | 1/8/17, 8:09:54 AM |
| deletePad.js | 1,258 | 9/30/16, 3:49:20 PM | = | deletePad.js | 1,258 | 1/8/17, 8:09:54 AM |
| dirty_db_cleaner.py | 1,394 | 9/30/16, 3:49:20 PM | = | dirty_db_cleaner.py | 1,394 | 1/8/17, 8:09:54 AM |
| extractPadData.js | 2,698 | 9/30/16, 3:49:20 PM | = | extractPadData.js | 2,698 | 1/8/17, 8:09:54 AM |
| importSqlFile.js | 2,957 | 9/30/16, 3:49:20 PM | = | importSqlFile.js | 2,957 | 1/8/17, 8:09:54 AM |
| | | | ≠ | installDeps.sh | 3,350 | 1/8/17, 8:09:54 AM |
| installOnWindows.bat | 1,017 | 9/30/16, 3:49:20 PM | = | installOnWindows.bat | 1,017 | 1/8/17, 8:09:54 AM |
| migrateDirtyDBtoRealDB.js | 1,679 | 9/30/16, 3:49:20 PM | = | migrateDirtyDBtoRealDB.js | 1,679 | 1/8/17, 8:09:54 AM |
| rebuildPad.js | 4,461 | 9/30/16, 3:49:20 PM | = | rebuildPad.js | 4,461 | 1/8/17, 8:09:54 AM |
| repairPad.js | 2,294 | 9/30/16, 3:49:20 PM | = | repairPad.js | 2,294 | 1/8/17, 8:09:54 AM |
| run.sh | 871 | 9/30/16, 3:49:20 PM | = | run.sh | 871 | 1/8/17, 8:09:54 AM |
| safeRun.sh | 1,672 | 9/30/16, 3:49:20 PM | = | safeRun.sh | 1,672 | 1/8/17, 8:09:54 AM |
| | | | | saveImagesToHD.js | 1,612 | 1/8/17, 8:09:54 AM |
| updatePlugins.sh | 552 | 9/30/16, 3:49:20 PM | = | updatePlugins.sh | 552 | 1/8/17, 8:09:54 AM |

Compare It! Compare v1.9.6

83

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1/24/25 6:45:40 PM                              Folder Compare                                   Page 2

Mode : All
Ignoring Unimportant
Left base folder   : ..\Expert Witness\OpenAI Inc. v. Open Artifical Intelligence et al\Analysis\Beta
? Diff/etherpad-lite-428e0cdbc2ed72fdd65af94b48fe5625d9e2050a
Right base folder: /Users/smalek/Documents/Expert Witness/OpenAI Inc. v. Open Artifical Intelligence et al /Analysis/Beta/Diff/etherpad

| Name | Size | Modified |   | Name | Size | Modified |
|------|------|----------|---|------|------|----------|
| 📁 doc |  |  |  | 📁 doc |  |  |
| 📁 api |  |  |  | 📁 api |  |  |
| api.md | 220 | 9/30/16, 3:49:20 PM | = ≡ | api.md | 220 | 1/8/17, 8:09:54 AM |
| changeset_library.md | 5,249 | 9/30/16, 3:49:20 PM | ≡ | changeset_library.md | 5,249 | 1/8/17, 8:09:54 AM |
| editbar.md | 870 | 9/30/16, 3:49:20 PM | ≡ | editbar.md | 870 | 1/8/17, 8:09:54 AM |
| editorinfo.md | 4,001 | 9/30/16, 3:49:20 PM | ≡ | editorinfo.md | 4,001 | 1/8/17, 8:09:54 AM |
| embed_parameters.md | 1,037 | 9/30/16, 3:49:20 PM | ≡ | embed_parameters.md | 1,037 | 1/8/17, 8:09:54 AM |
| hooks_client-side.md | 14,548 | 9/30/16, 3:49:20 PM | ≡ | hooks_client-side.md | 14,548 | 1/8/17, 8:09:54 AM |
| hooks_overview.md | 803 | 9/30/16, 3:49:20 PM | ≡ | hooks_overview.md | 803 | 1/8/17, 8:09:54 AM |
| hooks_server-side.md | 12,064 | 9/30/16, 3:49:20 PM | ≡ | hooks_server-side.md | 12,064 | 1/8/17, 8:09:54 AM |
| http_api.md | 19,224 | 9/30/16, 3:49:20 PM | = ≡ | http_api.md | 19,224 | 1/8/17, 8:09:54 AM |
| pluginfw.md | 605 | 9/30/16, 3:49:20 PM | ≡ | pluginfw.md | 605 | 1/8/17, 8:09:54 AM |
| toolbar.md | 1,264 | 9/30/16, 3:49:20 PM | ≡ | toolbar.md | 1,264 | 1/8/17, 8:09:54 AM |
| 📁 assets |  |  |  | 📁 assets |  |  |
| style.css | 607 | 9/30/16, 3:49:20 PM | = ≡ | style.css | 607 | 1/8/17, 8:09:54 AM |
| 📁 easysync |  |  |  | 📁 easysync |  |  |
| easysync-full-description | 129,342 | 9/30/16, 3:49:20 PM | ≡ | easysync-full-description | 129,342 | 1/8/17, 8:09:54 AM |
| easysync-full-description | 14,433 | 9/30/16, 3:49:20 PM | ≡ | easysync-full-description | 14,433 | 1/8/17, 8:09:54 AM |
| easysync-notes.pdf | 87,447 | 9/30/16, 3:49:20 PM | ≡ | easysync-notes.pdf | 87,447 | 1/8/17, 8:09:54 AM |
| easysync-notes.tex | 6,942 | 9/30/16, 3:49:20 PM | ≡ | easysync-notes.tex | 6,942 | 1/8/17, 8:09:54 AM |
| easysync-notes.txt | 5,793 | 9/30/16, 3:49:20 PM | ≡ | easysync-notes.txt | 5,793 | 1/8/17, 8:09:54 AM |
| README | 177 | 9/30/16, 3:49:20 PM | ≡ | README | 177 | 1/8/17, 8:09:54 AM |
| custom_static.md | 547 | 9/30/16, 3:49:20 PM | = ≡ | custom_static.md | 547 | 1/8/17, 8:09:54 AM |
| database.md | 2,042 | 9/30/16, 3:49:20 PM | ≡ | database.md | 2,042 | 1/8/17, 8:09:54 AM |
| documentation.md | 580 | 9/30/16, 3:49:20 PM | = ≡ | documentation.md | 580 | 1/8/17, 8:09:54 AM |
| index.md | 135 | 9/30/16, 3:49:20 PM | ≡ | index.md | 135 | 1/8/17, 8:09:54 AM |
| localization.md | 3,639 | 9/30/16, 3:49:20 PM | ≡ | localization.md | 3,639 | 1/8/17, 8:09:54 AM |
| plugins.md | 6,929 | 9/30/16, 3:49:20 PM | ≡ | plugins.md | 6,929 | 1/8/17, 8:09:54 AM |
| stats.md | 632 | 9/30/16, 3:49:20 PM | ≡ | stats.md | 632 | 1/8/17, 8:09:54 AM |
| template.html | 489 | 9/30/16, 3:49:20 PM | ≡ | template.html | 489 | 1/8/17, 8:09:54 AM |
|  |  |  |  | 📁 plugins |  |  |
|  |  |  |  | 📁 ep_author_neat |  |  |
|  |  |  |  | 📁 static |  |  |
|  |  |  |  | 📁 js |  |  |
|  |  |  |  | index.js | 9,090 | 1/8/17, 8:09:54 AM |
|  |  |  |  | ep_initialize.ed | 4 | 1/8/17, 7:03:20 AM |
|  |  |  |  | npmignore | 28 | 1/8/17, 8:09:54 AM |
|  |  |  |  | ep.json | 118 | 1/8/17, 8:09:54 AM |
|  |  |  |  | package.json | 2,546 | 1/8/17, 8:09:54 AM |
|  |  |  |  | README.md | 324 | 1/8/17, 8:09:54 AM |
|  |  |  |  | thumbnail.png | 164,115 | 1/8/17, 8:09:54 AM |
|  |  |  |  | 📁 ep_copy_paste_images |  |  |
|  |  |  |  | 📁 static |  |  |
|  |  |  |  | 📁 css |  |  |
|  |  |  |  | ace.css | 747 | 1/8/17, 8:09:54 AM |
|  |  |  |  | 📁 js |  |  |
|  |  |  |  | index.js | 8,614 | 1/8/17, 8:09:54 AM |
|  |  |  |  | 📁 templates |  |  |
|  |  |  |  | modals.ejs | 166 | 1/8/17, 8:09:54 AM |
|  |  |  |  | ep_initialize.ed | 4 | 1/6/17, 7:03:20 AM |
|  |  |  |  | npmignore | 28 | 1/8/17, 8:09:54 AM |
|  |  |  |  | ep.json | 1,074 | 1/8/17, 8:09:54 AM |
|  |  |  |  | index.js | 647 | 1/8/17, 8:09:54 AM |
|  |  |  |  | package.json | 1,945 | 1/8/17, 8:09:54 AM |
|  |  |  |  | README.md | 5,005 | 1/8/17, 8:09:54 AM |
|  |  |  |  | 📁 ep_cristo_restore_revision |  |  |
|  |  |  |  | 📁 static |  |  |
|  |  |  |  | 📁 css |  |  |
|  |  |  |  | cristo.css | 2,188 | 1/26/17, 7:23:12 AM |

Beyond Compare v4.1.5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

84

1/24/25 6:45:40 PM　　　　　　　　　　Folder Compare　　　　　　　　　　　　　　Page 0

Mode: All

Ignoring Unimportant

Left base folder: …\Expert Witness\OpenAI Inc. v. Open Artifical Intelligence et al\Analysis Beta

? Diff:etherpad-lite-428e0cdbc2ed72fdd65af94b48fe5025d9e2059a

Right base folder: \Users\smalek\Documents\Expert Witness\OpenAI Inc. v. Open Artifical Intelligence et al\Analysis Beta Diff:etherpad

| Name | Size | Modified | | Name | Size | Modified |
|------|------|----------|---|------|------|----------|
| | | | | ▸📁 font-awesome | | |
| | | | | ▾📁 css | | |
| | | | | └ font-awesom… | 26,651 | 1/11/17, 1:58:31 PM |
| | | | | └ font-awesom… | 21,984 | 1/11/17, 1:58:31 PM |
| | | | | └📁 fonts | | |
| | | | | └ font-awesom… | 90,006 | 1/11/17, 1:58:31 PM |
| | | | | └ fontawesom… | 282,092 | 1/11/17, 1:58:31 PM |
| | | | | └ font-awesom… | 112,160 | 1/11/17, 1:58:31 PM |
| | | | | └ font-awesom… | 65,452 | 1/11/17, 1:58:31 PM |
| | | | | └ FontAwesom… | 85,908 | 1/11/17, 1:58:31 PM |
| | | | | ▾📁 js | | |
| | | | | └ timeslider.js | 742 | 1/8/17, 8:09:54 AM |
| | | | | ▾📁 libs | | |
| | | | | └ jquery.111.1.min | 95,786 | 1/11/17, 1:58:31 PM |
| | | | | └ underscore.min | 12,440 | 1/11/17, 1:58:31 PM |
| | | | | ▾📁 templates | | |
| | | | | └ editorbuttons.ejs | 195 | 1/8/17, 8:09:54 AM |
| | | | | └ scripts.ejs | 186 | 1/11/17, 1:58:31 PM |
| | | | | └ ep_initialized | 4 | 3/6/17, 7:93:20 AM |
| | | | | └ ep.json | 417 | 1/11/17, 1:58:31 PM |
| | | | | └ index.js | 1,637 | 1/11/17, 1:58:31 PM |
| | | | | └ package.json | 1,637 | 1/8/17, 8:09:54 AM |
| | | | | └ README.md | 302 | 1/8/17, 8:09:54 AM |
| | | | | ▾📁 ep_links | | |
| | | | | ▾📁 static | | |
| | | | | ▾📁 css | | |
| | | | | └ ace.css | 14 | 1/8/17, 8:09:54 AM |
| | | | | └ main.css | 939 | 1/8/17, 8:09:54 AM |
| | | | | ▾📁 js | | |
| | | | | └ hooks.js | 1,624 | 1/8/17, 8:09:54 AM |
| | | | | └ main.js | 941 | 1/8/17, 8:09:54 AM |
| | | | | ▾📁 templates | | |
| | | | | └ editbar.buttons.ejs | 338 | 1/8/17, 8:09:54 AM |
| | | | | └ modals.ejs | 679 | 1/8/17, 8:09:54 AM |
| | | | | └ scripts.ejs | 67 | 1/2/17, 8:09:54 AM |
| | | | | └ styles.ejs | 94 | 1/8/17, 8:09:54 AM |
| | | | | └ ep_initialized | 4 | 3/6/17, 7:03:20 AM |
| | | | | └ ep.json | 601 | 1/8/17, 8:09:54 AM |
| | | | | └ hooks.js | 1,060 | 1/8/17, 8:09:54 AM |
| | | | | └ package.json | 196 | 1/8/17, 8:09:54 AM |
| | | | | ▾📁 ep_open | | |
| | | | | ▾📁 api | | |
| | | | | ▾📁 common | | |
| | | | | └ access.js | 1,404 | 1/8/17, 8:09:54 AM |
| | | | | └ helpers.js | 4,841 | 1/11/17, 1:58:31 PM |
| | | | | └ redis.js | 490 | 1/11/17, 1:58:31 PM |
| | | | | └ socketio.js | 325 | 1/8/17, 8:09:54 AM |
| | | | | ▾📁 controllers | | |
| | | | | └ oauth.js | 3,896 | 1/8/17, 8:10:08 AM |
| | | | | └ pads.js | 19,429 | 1/12/17, 9:29:26 AM |
| | | | | └ profile.js | 2,622 | 1/8/17, 8:09:54 AM |
| | | | | └ tokens.js | 2,851 | 1/8/17, 8:09:54 AM |
| | | | | └ users.js | 1,403 | 1/9/17, 10:46:12 AM |
| | | | | ▾📁 migrations | | |
| | | | | └ 20160201012... | 1,077 | 1/8/17, 8:09:54 AM |
| | | | | └ 20160201233... | 651 | 1/8/17, 8:09:54 AM |
| | | | | └ 20160202150... | 501 | 1/8/17, 8:09:54 AM |
| | | | | └ 20161206010... | 1,070 | 1/8/17, 8:09:54 AM |
| | | | | └ 20161214215... | 962 | 1/8/17, 8:09:54 AM |
| | | | | └ 20161215102... | 268 | 1/8/17, 8:09:54 AM |
| | | | | └ 20161222262... | 589 | 1/8/17, 8:09:54 AM |
| | | | | └ 20161222191... | 692 | 1/8/17, 8:09:54 AM |
| | | | | └ 20161227230... | 693 | 1/8/17, 8:09:54 AM |
| | | | | ▾📁 models | | |

Beyond Compare v4.4.5

1/24/25 6:45:40 PM         Folder Compare         Page 4

Mode: All

Ignoring Unimportant

Left base folder : ...Expert Witness\OpenAI Inc. v. Open Artifical Intelligence et al\Analysis\Beta

? Diff\etherpad-lite-428e0cdbc2ed72dd65afa94b48fe5025d9e2050a

Right base folder : Users\smalek\Documents\Expert Witness\OpenAI Inc. v. Open Artifical Intelligence et al\Analysis\Beta\Diff\etherpad

| Name | Size | Modified | | Name | Size | Modified |
|------|------|----------|---|------|------|----------|
| | | | | base.js | 1,243 | 1/8/17, 8:09:54 AM |
| | | | | edit.js | 827 | 1/8/17, 8:09:54 AM |
| | | | | pad.js | 1,344 | 1/8/17, 8:09:54 AM |
| | | | | permission.js | 786 | 1/8/17, 8:09:54 AM |
| | | | | sequelize.js | 1,901 | 1/11/17, 1:58:51 PM |
| | | | | token.js | 671 | 1/8/17, 2:09:54 AM |
| | | | | user.js | 2,729 | 1/8/17, 8:09:54 AM |
| | | | | index.js | 1,587 | 1/8/17, 8:09:54 AM |
| | | | config | | | |
| | | | | constants.js | 187 | 1/8/17, 8:09:54 AM |
| | | | | ini.json | 124 | 1/8/17, 8:10:08 AM |
| | | | | index.js | 226 | 1/8/17, 8:09:54 AM |
| | | | static | | | |
| | | | | css | | | |
| | | | | style.css | 164,735 | 1/26/17, 7:27:50 AM |
| | | | | fonts | | | |
| | | | | fontawesome-we | 70,807 | 1/8/17, 8:09:54 AM |
| | | | | fontawesome-we | 366,616 | 1/8/17, 8:09:54 AM |
| | | | | fontawesome-we | 142,072 | 1/8/17, 8:09:54 AM |
| | | | | fontawesome-we | 83,588 | 1/8/17, 8:09:54 AM |
| | | | | fontawesome-we | 66,624 | 1/8/17, 8:09:54 AM |
| | | | | FontAwesome.ot | 109,688 | 1/8/17, 8:09:54 AM |
| | | | | images | | | |
| | | | | default-avatar.p | 4,008 | 1/8/17, 8:09:54 AM |
| | | | | favicon.ico | 5,430 | 1/8/17, 8:09:54 AM |
| | | | | favicon.png | 1,926 | 1/8/17, 8:10:08 AM |
| | | | | github.png | 2,820 | 1/8/17, 8:09:54 AM |
| | | | | github@2x.png | 6,328 | 1/8/17, 8:09:54 AM |
| | | | | google.png | 5,605 | 1/8/17, 8:09:54 AM |
| | | | | google@2x.png | 10,526 | 1/8/17, 8:09:54 AM |
| | | | | logo-big.png | 2,171 | 1/8/17, 8:10:08 AM |
| | | | | logo-big@2x.png | 4,471 | 1/8/17, 8:10:08 AM |
| | | | | logo-single.png | 962 | 1/8/17, 8:09:54 AM |
| | | | | logo-single@2x. | 1,962 | 1/8/17, 8:09:54 AM |
| | | | | logo.png | 1,155 | 1/8/17, 8:10:08 AM |
| | | | | logo@2x.png | 2,422 | 1/8/17, 8:10:08 AM |
| | | | | js | | | |
| | | | | actions | | | |
| | | | | common.js | 367 | 1/8/17, 8:09:54 AM |
| | | | | errors.js | 467 | 1/8/17, 8:09:54 AM |
| | | | | pads.js | 7,648 | 1/24/17, 6:04:00 AM |
| | | | | user.js | 1,441 | 1/8/17, 8:09:54 AM |
| | | | | users.js | 836 | 1/8/17, 8:09:54 AM |
| | | | | components | | | |
| | | | | common | | | |
| | | | | Avatar.re | 1,119 | 1/8/17, 8:09:54 AM |
| | | | | Checkbo | 686 | 1/8/17, 8:09:54 AM |
| | | | | Editable | 1,461 | 1/8/17, 2:09:54 AM |
| | | | | LinkButt | 360 | 1/8/17, 8:09:54 AM |
| | | | | Paginati | 2,398 | 1/12/17, 9:29:36 AM |
| | | | | Spinner. | 634 | 1/8/17, 8:09:54 AM |
| | | | | pads | | | |
| | | | | Pad.reac | 16,339 | 1/26/17, 7:27:12 AM |
| | | | | PadEdito | 5,519 | 1/8/17, 8:09:54 AM |
| | | | | PadLinkP | 3,816 | 1/8/17, 6:10:08 AM |
| | | | | PadPriva | 8,084 | 1/12/17, 9:29:36 AM |
| | | | | PadsHeac | 11,146 | 1/12/17, 9:29:36 AM |
| | | | | PadsSea | 592 | 1/8/17, 8:09:54 AM |
| | | | | PadsSea | 2,664 | 1/9/17, 10:46:32 AM |
| | | | | user | | | |
| | | | | Prefere.re | 3,606 | 1/8/17, 8:09:54 AM |
| | | | | ProfilePa | 1,929 | 1/8/17, 8:09:54 AM |
| | | | | Signin.re | 2,191 | 1/8/17, 8:09:54 AM |
| | | | | Signup.r | 1,660 | 1/8/17, 8:09:54 AM |

Beyond Compare v4.4.6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1:24:25 6:45:40 PM                           Folder Compare                                Page 5
Mode: All
Ignoring Unimportant
Left base folder : -  Expert Witness\OpenAI Inc. v. Open Artifical Intelligence et al.\Analysis\Beta
? Diff.etherpad-lite-428e0cdbc2ed72fdd65af94b486e5025d9e2050a
Right base folder : /users/smalex/Documents Expert Witness\OpenAI Inc. v. Open Artifical Intelligence et al.\Analysis\Beta Diff.etherpad

| Name | Size | Modified | | Name | Size | Modified |
|------|------|----------|--|------|------|----------|
| | | | | App react js | 2,229 | 1/8/17, 8:10:08 AM |
| | | | | Base react js | 908 | 1/8/17, 8:09:54 AM |
| | | | | Header react | 1,522 | 1/8/17, 8:09:54 AM |
| | | | | Modal react | 1,380 | 1/8/17, 8:09:54 AM |
| | | | | Notifications | 763 | 1/8/17, 8:09:54 AM |
| | | | | config | | |
| | | | | index js | 53 | 1/26/17, 2:27:54 AM |
| | | | | store | | |
| | | | | index js | 1,645 | 1/12/17, 0:29:36 AM |
| | | | | utils | | |
| | | | | helpers js | 2,667 | 1/9/17, 10:46:32 AM |
| | | | | messages js | 1,545 | 1/8/17, 8:09:54 AM |
| | | | | request js | 2,112 | 1/9/17, 10:46:32 AM |
| | | | | socket js | 829 | 1/8/17, 8:09:54 AM |
| | | | | app js | 1,379 | 1/8/17, 8:09:54 AM |
| | | | | bundle js | 803,939 | 1/26/17, 3:26:26 AM |
| | | | | index js | 1,741 | 1/26/17, 2:23:42 AM |
| | | | | tasks js | 773 | 1/26/17, 2:23:12 AM |
| | | | | sass | | |
| | | | | components | | |
| | | | | avatar scss | 704 | 1/8/17, 8:09:54 AM |
| | | | | content scss | 437 | 1/8/17, 8:09:54 AM |
| | | | | editable scss | 281 | 1/8/17, 8:09:54 AM |
| | | | | edits scss | 357 | 1/8/17, 8:09:54 AM |
| | | | | form scss | 2,147 | 1/9/17, 10:46:32 AM |
| | | | | general scss | 467 | 1/8/17, 8:09:54 AM |
| | | | | header scss | 1,431 | 1/8/17, 8:10:08 AM |
| | | | | layout scss | 620 | 1/8/17, 8:09:54 AM |
| | | | | modal scss | 866 | 1/8/17, 8:09:54 AM |
| | | | | notification | 1,646 | 1/8/17, 8:09:54 AM |
| | | | | pad scss | 8,261 | 1/26/17, 2:23:12 AM |
| | | | | pagination | 631 | 1/8/17, 8:09:54 AM |
| | | | | section scss | 1,526 | 1/8/17, 8:09:54 AM |
| | | | | ui scss | 1,930 | 1/12/17, 0:29:36 AM |
| | | | | user list sc | 126 | 1/9/17, 10:46:32 AM |
| | | | | vendors | | |
| | | | | font awes | | |
| | | | | animate | 215 | 1/8/17, 8:09:54 AM |
| | | | | border sc | 692 | 1/8/17, 8:09:54 AM |
| | | | | core sc | 459 | 1/8/17, 8:09:54 AM |
| | | | | fixed sc | 120 | 1/8/17, 8:09:54 AM |
| | | | | icons sc | 44,552 | 1/8/17, 8:09:54 AM |
| | | | | larger sc | 126 | 1/8/17, 8:09:54 AM |
| | | | | list scss | 378 | 1/8/17, 8:09:54 AM |
| | | | | mixins s | 948 | 1/8/17, 8:09:54 AM |
| | | | | path sc | 783 | 1/8/17, 8:09:54 AM |
| | | | | rotated | 672 | 1/8/17, 8:09:54 AM |
| | | | | stacked | 462 | 1/8/17, 8:09:54 AM |
| | | | | variables | 19,850 | 1/8/17, 8:09:54 AM |
| | | | | font awe | 405 | 1/8/17, 8:09:54 AM |
| | | | | react selec | 660 | 1/8/17, 8:09:54 AM |
| | | | | mixins scss | 1,143 | 1/8/17, 8:09:54 AM |
| | | | | normalize scss | 7,744 | 1/8/17, 8:09:54 AM |
| | | | | style scss | 860 | 1/9/17, 10:46:32 AM |
| | | | | babelrc | 131 | 1/8/17, 8:09:54 AM |
| | | | | by_store | 6,348 | 1/24/25, 6:32:00 PM |
| | | | | editorconfig | 236 | 1/8/17, 8:09:54 AM |
| | | | | env-undefined | 8 | 1/6/17, 7:02:26 AM |
| | | | | eslintrc | 280 | 1/8/17, 8:09:54 AM |
| | | | | gitignore | 87 | 1/8/17, 8:09:54 AM |
| | | | | jscsrc | 794 | 1/8/17, 8:09:54 AM |
| | | | | jshintrc | 638 | 1/8/17, 8:09:54 AM |
| | | | | sequelizerc | 624 | 1/8/17, 8:09:54 AM |
| | | | | rp json | 903 | 1/26/17, 2:23:12 AM |

Beyond Compare v4.4.0

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1/24/25 6:45:40 PM                                    Folder Compare                                                Page 6

Mode: All
Ignoring Unimportant
Left base folder : ...-Expert Witness-OpenAI Inc. v. Open Artifical Intelligence et al-Analysis-Beta
  7-Diff/etherpad-lite-428e0cdbc2ed72fdd65af04b48fe5025d9e2050a
Right base folder : /Users/smalek/Documents-Expert Witness-OpenAI Inc. v. Open Artifical Intelligence et al-Analysis Beta Diff/etherpad

| Name | Size | Modified | | Name | Size | Modified |
|---|---|---|---|---|---|---|
| | | | | graphic.js | 2,829 | 1/8/17, 8:09:54 AM |
| | | | | hooks.js | 4,369 | 1/26/17, 7:23:12 AM |
| | | | | index.html | 456 | 1/8/17, 8:10:08 AM |
| | | | | package.json | 2,309 | 1/11/17, 3:58:31 PM |
| 🗁 src | | | | 🗁 src | | |
| ▸🗁 locales | | | | 🗁 locales | | |
| af.json | 2,554 | 9/30/16, 3:49:20 PM | ≡ | af.json | 2,554 | 1/8/17, 8:09:54 AM |
| ar.json | 9,787 | 9/30/16, 3:49:20 PM | ≡ | ar.json | 9,787 | 1/8/17, 8:09:54 AM |
| ast.json | 8,132 | 9/30/16, 3:49:20 PM | ≡ | ast.json | 8,132 | 1/8/17, 8:09:54 AM |
| awa.json | 3,841 | 9/30/16, 3:49:20 PM | ≡ | awa.json | 3,841 | 1/8/17, 8:09:54 AM |
| az.json | 8,369 | 9/30/16, 3:49:20 PM | ≡ | az.json | 8,369 | 1/8/17, 8:09:54 AM |
| azb.json | 6,464 | 9/30/16, 3:49:20 PM | ≡ | azb.json | 6,464 | 1/8/17, 8:09:54 AM |
| bcc.json | 9,488 | 9/30/16, 3:49:20 PM | ≡ | bcc.json | 9,488 | 1/8/17, 8:09:54 AM |
| be-tarask.json | 11,336 | 9/30/16, 3:49:20 PM | ≡ | be-tarask.json | 11,336 | 1/8/17, 8:09:54 AM |
| bgn.json | 4,366 | 9/30/16, 3:49:20 PM | ≡ | bgn.json | 4,366 | 1/8/17, 8:09:54 AM |
| bn.json | 8,595 | 9/30/16, 3:49:20 PM | ≡ | bn.json | 8,595 | 1/8/17, 8:09:54 AM |
| br.json | 8,306 | 9/30/16, 3:49:20 PM | ≡ | br.json | 8,306 | 1/8/17, 8:09:54 AM |
| ca.json | 8,351 | 9/30/16, 3:49:20 PM | ≡ | ca.json | 8,351 | 1/8/17, 8:09:54 AM |
| cs.json | 8,131 | 9/30/16, 3:49:20 PM | ≡ | cs.json | 8,131 | 1/8/17, 8:09:54 AM |
| da.json | 7,481 | 9/30/16, 3:49:20 PM | ≡ | da.json | 7,481 | 1/8/17, 8:09:54 AM |
| de.json | 8,763 | 9/30/16, 3:49:20 PM | ≡ | de.json | 8,763 | 1/8/17, 8:09:54 AM |
| diq.json | 8,144 | 9/30/16, 3:49:20 PM | ≡ | diq.json | 8,144 | 1/8/17, 8:09:54 AM |
| dsb.json | 7,778 | 9/30/16, 3:49:20 PM | ≡ | dsb.json | 7,778 | 1/8/17, 8:09:54 AM |
| dty.json | 13,296 | 9/30/16, 3:49:20 PM | ≡ | dty.json | 13,296 | 1/8/17, 8:09:54 AM |
| el.json | 11,990 | 9/30/16, 3:49:20 PM | ≡ | el.json | 11,990 | 1/8/17, 8:09:54 AM |
| en-gb.json | 7,710 | 9/30/16, 3:49:20 PM | ≡ | en-gb.json | 7,710 | 1/8/17, 8:09:54 AM |
| en.json | 8,582 | 9/30/16, 3:49:20 PM | ≡ | en.json | 8,582 | 1/8/17, 8:09:54 AM |
| eo.json | 7,981 | 9/30/16, 3:49:20 PM | ≡ | eo.json | 7,981 | 1/8/17, 8:09:54 AM |
| es.json | 8,173 | 9/30/16, 3:49:20 PM | ≡ | es.json | 8,173 | 1/8/17, 8:09:54 AM |
| et.json | 7,120 | 9/30/16, 3:49:20 PM | ≡ | et.json | 7,120 | 1/8/17, 8:09:54 AM |
| eu.json | 7,225 | 9/30/16, 3:49:20 PM | ≡ | eu.json | 7,225 | 1/8/17, 8:09:54 AM |
| fa.json | 10,475 | 9/30/16, 3:49:20 PM | ≡ | fa.json | 10,475 | 1/8/17, 8:09:54 AM |
| fi.json | 8,250 | 9/30/16, 3:49:20 PM | ≡ | fi.json | 8,250 | 1/8/17, 8:09:54 AM |
| fo.json | 5,212 | 9/30/16, 3:49:20 PM | ≡ | fo.json | 5,212 | 1/8/17, 8:09:54 AM |
| fr.json | 8,798 | 9/30/16, 3:49:20 PM | ≡ | fr.json | 8,798 | 1/8/17, 8:09:54 AM |
| gl.json | 8,277 | 9/30/16, 3:49:20 PM | ≡ | gl.json | 8,277 | 1/8/17, 8:09:54 AM |
| gu.json | 3,365 | 9/30/16, 3:49:20 PM | ≡ | gu.json | 3,365 | 1/8/17, 8:09:54 AM |
| he.json | 9,032 | 9/30/16, 3:49:20 PM | ≡ | he.json | 9,032 | 1/8/17, 8:09:54 AM |
| hrx.json | 7,967 | 9/30/16, 3:49:20 PM | ≡ | hrx.json | 7,967 | 1/8/17, 8:09:54 AM |
| hsb.json | 8,401 | 9/30/16, 3:49:20 PM | ≡ | hsb.json | 8,401 | 1/8/17, 8:09:54 AM |
| hu.json | 8,521 | 9/30/16, 3:49:20 PM | ≡ | hu.json | 8,521 | 1/8/17, 8:09:54 AM |
| ia.json | 8,235 | 9/30/16, 3:49:20 PM | ≡ | ia.json | 8,235 | 1/8/17, 8:09:54 AM |
| is.json | 8,410 | 9/30/16, 3:49:20 PM | ≡ | is.json | 8,410 | 1/8/17, 8:09:54 AM |
| it.json | 8,397 | 9/30/16, 3:49:20 PM | ≡ | it.json | 8,397 | 1/8/17, 8:09:54 AM |
| ja.json | 9,337 | 9/30/16, 3:49:20 PM | ≡ | ja.json | 9,337 | 1/8/17, 8:09:54 AM |
| km.json | 7,715 | 9/30/16, 3:49:20 PM | ≡ | km.json | 7,715 | 1/8/17, 8:09:54 AM |
| ko.json | 8,618 | 9/30/16, 3:49:20 PM | ≡ | ko.json | 8,618 | 1/8/17, 8:09:54 AM |
| ksh.json | 8,817 | 9/30/16, 3:49:20 PM | ≡ | ksh.json | 8,817 | 1/8/17, 8:09:54 AM |
| ku-latn.json | 3,526 | 9/30/16, 3:49:20 PM | ≡ | ku-latn.json | 3,526 | 1/8/17, 8:09:54 AM |
| lb.json | 3,490 | 9/30/16, 3:49:20 PM | ≡ | lb.json | 3,490 | 1/8/17, 8:09:54 AM |
| lki.json | 10,672 | 9/30/16, 3:49:20 PM | ≡ | lki.json | 10,672 | 1/8/17, 8:09:54 AM |
| lrc.json | 3,818 | 9/30/16, 3:49:20 PM | ≡ | lrc.json | 3,818 | 1/8/17, 8:09:54 AM |
| lt.json | 8,387 | 9/30/16, 3:49:20 PM | ≡ | lt.json | 8,387 | 1/8/17, 8:09:54 AM |
| lv.json | 4,185 | 9/30/16, 3:49:20 PM | ≡ | lv.json | 4,185 | 1/8/17, 8:09:54 AM |

Beyond Compare v4.4.x

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Mode: All
Ignoring Unimportant
Left base folder : ...Expert Witness/OpenAI Inc. v. Open Artifical Intelligence et al./Analysis Beta
? Diff etherpad-lite-428e0cdbc2ed72fdd65af94b48fe5025d9e2050a
Right base folder : /Users/smaler/Documents Expert Witness/OpenAI Inc. v. Open Artifical Intelligence et al./Analysis Beta Diff/etherpad

| Name | Size | Modified | | Name | Size | Modified |
|---|---|---|---|---|---|---|
| map-bms.json | 6,542 | 9/30/16, 3:49:20 PM | = | map-bms.json | 6,542 | 1/8/17, 8:09:54 AM |
| mk.json | 11,094 | 9/30/16, 3:49:20 PM | = | mk.json | 11,094 | 1/8/17, 8:09:54 AM |
| ml.json | 15,778 | 9/30/16, 3:49:20 PM | = | ml.json | 15,778 | 1/8/17, 8:09:54 AM |
| mo.json | 4,846 | 9/30/16, 3:49:20 PM | = | mo.json | 4,846 | 1/8/17, 8:09:54 AM |
| mr.json | 3,050 | 9/30/16, 3:49:20 PM | = | mr.json | 3,050 | 1/8/17, 8:09:54 AM |
| ms.json | 8,037 | 9/30/16, 3:49:20 PM | = | ms.json | 8,037 | 1/8/17, 8:09:54 AM |
| nap.json | 6,327 | 9/30/16, 3:49:20 PM | = | nap.json | 6,327 | 1/8/17, 8:09:54 AM |
| nb.json | 8,001 | 9/30/16, 3:49:20 PM | = | nb.json | 8,001 | 1/8/17, 8:09:54 AM |
| nds.json | 7,048 | 9/30/16, 3:49:20 PM | = | nds.json | 7,048 | 1/8/17, 8:09:54 AM |
| ne.json | 8,167 | 9/30/16, 3:49:20 PM | = | ne.json | 8,167 | 1/8/17, 8:09:54 AM |
| nl.json | 8,165 | 9/30/16, 3:49:20 PM | = | nl.json | 8,165 | 1/8/17, 8:09:54 AM |
| nn.json | 6,396 | 9/30/16, 3:49:20 PM | = | nn.json | 6,396 | 1/8/17, 8:09:54 AM |
| oc.json | 8,342 | 9/30/16, 3:49:20 PM | = | oc.json | 8,342 | 1/8/17, 8:09:54 AM |
| olo.json | 2,248 | 9/30/16, 3:49:20 PM | = | olo.json | 2,248 | 1/8/17, 8:09:54 AM |
| os.json | 8,555 | 9/30/16, 3:49:20 PM | = | os.json | 8,555 | 1/8/17, 8:09:54 AM |
| pa.json | 13,035 | 9/30/16, 3:49:20 PM | = | pa.json | 13,035 | 1/8/17, 8:09:54 AM |
| pl.json | 8,395 | 9/30/16, 3:49:20 PM | = | pl.json | 8,395 | 1/8/17, 8:09:54 AM |
| ps.json | 4,285 | 9/30/16, 3:49:20 PM | = | ps.json | 4,285 | 1/8/17, 8:09:54 AM |
| pt-br.json | 8,395 | 9/30/16, 3:49:20 PM | = | pt-br.json | 8,205 | 1/8/17, 8:09:54 AM |
| pt.json | 5,772 | 9/30/16, 3:49:20 PM | = | pt.json | 5,772 | 1/8/17, 8:09:54 AM |
| qqq.json | 15,860 | 9/30/16, 3:49:20 PM | = | qqq.json | 15,860 | 1/8/17, 8:09:54 AM |
| ro.json | 4,608 | 9/30/16, 3:49:20 PM | = | ro.json | 4,608 | 1/8/17, 8:09:54 AM |
| ru.json | 11,334 | 9/30/16, 3:49:20 PM | = | ru.json | 11,334 | 1/8/17, 8:09:54 AM |
| sco.json | 7,029 | 9/30/16, 3:49:20 PM | = | sco.json | 7,029 | 1/8/17, 8:09:54 AM |
| sd.json | 5,003 | 9/30/16, 3:49:20 PM | = | sd.json | 5,003 | 1/8/17, 8:09:54 AM |
| shn.json | 14,665 | 9/30/16, 3:49:20 PM | = | shn.json | 14,665 | 1/8/17, 8:09:54 AM |
| sk.json | 7,666 | 9/30/16, 3:49:20 PM | = | sk.json | 7,666 | 1/8/17, 8:09:54 AM |
| sl.json | 8,441 | 9/30/16, 3:49:20 PM | = | sl.json | 8,441 | 1/8/17, 8:09:54 AM |
| sq.json | 8,487 | 9/30/16, 3:49:20 PM | = | sq.json | 8,487 | 1/8/17, 8:09:54 AM |
| sr-ec.json | 10,782 | 9/30/16, 3:49:20 PM | = | sr-ec.json | 10,782 | 1/8/17, 8:09:54 AM |
| sv.json | 8,168 | 9/30/16, 3:49:20 PM | = | sv.json | 8,168 | 1/8/17, 8:09:54 AM |
| te.json | 8,262 | 9/30/16, 3:49:20 PM | = | te.json | 8,262 | 1/8/17, 8:09:54 AM |
| tr.json | 8,458 | 9/30/16, 3:49:20 PM | = | tr.json | 8,458 | 1/8/17, 8:09:54 AM |
| uk.json | 11,341 | 9/30/16, 3:49:20 PM | = | uk.json | 11,341 | 1/8/17, 8:09:54 AM |
| vi.json | 8,357 | 9/30/16, 3:49:20 PM | = | vi.json | 8,357 | 1/8/17, 8:09:54 AM |
| zh-hans.json | 7,599 | 9/30/16, 3:49:20 PM | = | zh-hans.json | 7,599 | 1/8/17, 8:09:54 AM |
| zh-hant.json | 7,433 | 9/30/16, 3:49:20 PM | = | zh-hant.json | 7,433 | 1/8/17, 8:09:54 AM |
| node | | | | node | | |
| db | | | | db | | |
| API.js | 32,016 | 9/30/16, 3:49:20 PM | = | API.js | 32,016 | 1/8/17, 8:09:54 AM |
| AuthorManager.js | | | ≠ | AuthorManager.js | | |
| DB.js | 1,618 | 9/30/16, 3:49:20 PM | = | DB.js | 1,618 | 1/8/17, 8:09:54 AM |
| GroupManager.js | 8,572 | 9/30/16, 3:49:20 PM | = | GroupManager.js | 8,572 | 1/8/17, 8:09:54 AM |
| Pad.js | 19,980 | 9/30/16, 3:49:20 PM | = | Pad.js | 19,980 | 1/8/17, 8:09:54 AM |
| PadManager.js | 5,952 | 9/30/16, 3:49:20 PM | = | PadManager.js | 5,952 | 1/8/17, 8:09:54 AM |
| ReadOnlyManager.js | 2,630 | 9/30/16, 3:49:20 PM | = | ReadOnlyManager.js | 2,630 | 1/8/17, 8:09:54 AM |
| SecurityManager.js | | | ≠ | SecurityManager.js | | |
| SessionManager.js | 9,947 | 9/30/16, 3:49:20 PM | = | SessionManager.js | 9,947 | 1/8/17, 8:09:54 AM |
| SessionStore.js | 2,156 | 9/30/16, 3:49:20 PM | = | SessionStore.js | 2,156 | 1/8/17, 8:09:54 AM |
| eejs | | | | eejs | | |
| examples | | | | examples | | |
| bar.ejs | 119 | 9/30/16, 3:49:20 PM | = | bar.ejs | 119 | 1/8/17, 8:09:54 AM |
| foo.ejs | 123 | 9/30/16, 3:49:20 PM | = | foo.ejs | 123 | 1/8/17, 8:09:54 AM |
| index.js | 3,537 | 9/30/16, 3:49:20 PM | = | index.js | 3,537 | 1/8/17, 8:09:54 AM |

Beyond Compare v4.x

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1/24/25 6:45:40 PM             Folder Compare             Page 8

Mode: All
Ignoring Unimportant
Left base folder : /…Expert Witness/OpenAI Inc. v. Open Artifical Intelligence et al./Analysis/Beta
?.Diff.etherpad-lite-428e0cdbc2ed72fdd65af94b48fe5025d9e2050a
Right base folder : /users/smalex/Documents/Expert Witness/OpenAI Inc. v. Open Artifical Intelligence et al./Analysis/Beta Diff.etherpad

| Name | Size | Modified | | Name | Size | Modified |
|---|---|---|---|---|---|---|
| ▽ 🗀 handler | | | | ▽ 🗀 handler | | |
| APIHandler.js | 25,559 | 9/30/16, 3:49:20 PM | ▪ | APIHandler.js | 25,559 | 1/8/17, 8:09:54 AM |
| ExportHandler.js | 5,829 | 9/30/16, 3:49:20 PM | ▪ | ExportHandler.js | 5,829 | 1/8/17, 8:09:54 AM |
| ImportHandler.js | 9,667 | 9/30/16, 3:49:20 PM | ▪ | ImportHandler.js | 9,667 | 1/8/17, 8:09:54 AM |
| | | | | PadMessageHandler.js | | |
| SocketIORouter.js | 5,587 | 9/30/16, 3:49:20 PM | ▪ | SocketIORouter.js | 5,587 | 1/8/17, 8:09:54 AM |
| ▽ 🗀 hooks | | | | ▽ 🗀 hooks | | |
| ▽ 🗀 express | | | | ▽ 🗀 express | | |
| admin.js | 325 | 9/30/16, 3:49:20 PM | ▪ | admin.js | 325 | 1/8/17, 8:09:54 AM |
| adminplugins.js | 4,956 | 9/30/16, 3:49:20 PM | ▪ | adminplugins.js | 4,956 | 1/8/17, 8:09:54 AM |
| adminsettings.js | 1,768 | 9/30/16, 3:49:20 PM | ▪ | adminsettings.js | 1,768 | 1/8/17, 8:09:54 AM |
| apicalls.js | 2,605 | 9/30/16, 3:49:20 PM | ▪ | apicalls.js | 2,605 | 1/8/17, 8:09:54 AM |
| errorhandling.js | 1,423 | 9/30/16, 3:49:20 PM | ▪ | errorhandling.js | 1,423 | 1/8/17, 8:09:54 AM |
| importexport.js | 1,309 | 9/30/16, 3:49:20 PM | ▪ | importexport.js | 1,309 | 1/8/17, 8:09:54 AM |
| padreadonly.js | 1,531 | 9/30/16, 3:49:20 PM | ▪ | padreadonly.js | 1,531 | 1/8/17, 8:09:54 AM |
| padurlsanitize.js | 1,166 | 9/30/16, 3:49:20 PM | ▪ | padurlsanitize.js | 1,166 | 1/8/17, 8:09:54 AM |
| socketio.js | 2,659 | 9/30/16, 3:49:20 PM | ▪ | socketio.js | 2,659 | 1/8/17, 8:09:54 AM |
| specialpages.js | 2,660 | 9/30/16, 3:49:20 PM | ▪ | specialpages.js | 2,660 | 1/8/17, 8:09:54 AM |
| static.js | 2,233 | 9/30/16, 3:49:20 PM | ▪ | static.js | 2,233 | 1/8/17, 8:09:54 AM |
| swagger.js | 13,258 | 9/30/16, 3:49:20 PM | ▪ | swagger.js | 13,258 | 1/8/17, 8:09:54 AM |
| tests.js | 2,955 | 9/30/16, 3:49:20 PM | ▪ | tests.js | 2,955 | 1/8/17, 8:09:54 AM |
| webaccess.js | 5,026 | 9/30/16, 3:49:20 PM | ▪ | webaccess.js | 5,026 | 1/8/17, 8:09:54 AM |
| express.js | 2,656 | 9/30/16, 3:49:20 PM | ▪ | express.js | 2,656 | 1/8/17, 8:09:54 AM |
| i18n.js | 3,369 | 9/30/16, 3:49:20 PM | ▪ | i18n.js | 3,369 | 1/8/17, 8:09:54 AM |
| ▽ 🗀 utils | | | | ▽ 🗀 utils | | |
| Abiword.js | 4,292 | 9/30/16, 3:49:20 PM | ▪ | Abiword.js | 4,292 | 1/8/17, 8:09:54 AM |
| caching_middleware.js | 6,129 | 9/30/16, 3:49:20 PM | ▪ | caching_middleware.js | 6,129 | 1/8/17, 8:09:54 AM |
| Cli.js | 1,019 | 9/30/16, 3:49:20 PM | ▪ | Cli.js | 1,019 | 1/8/17, 8:09:54 AM |
| customError.js | 434 | 9/30/16, 3:49:20 PM | ▪ | customError.js | 434 | 1/8/17, 8:09:54 AM |
| ExportEtherpad.js | 2,296 | 9/30/16, 3:49:20 PM | ▪ | ExportEtherpad.js | 2,296 | 1/8/17, 8:09:54 AM |
| ExportHelper.js | 2,316 | 9/30/16, 3:49:20 PM | ▪ | ExportHelper.js | 2,316 | 1/8/17, 8:09:54 AM |
| ExportHtml.js | 16,683 | 9/30/16, 3:49:20 PM | ▪ | ExportHtml.js | 16,683 | 1/8/17, 8:09:54 AM |
| ExportTxt.js | 7,749 | 9/30/16, 3:49:20 PM | ▪ | ExportTxt.js | 7,749 | 1/8/17, 8:09:54 AM |
| ImportEtherpad.js | 2,062 | 9/30/16, 3:49:20 PM | ▪ | ImportEtherpad.js | 2,062 | 1/8/17, 8:09:54 AM |
| ImportHtml.js | 3,138 | 9/30/16, 3:49:20 PM | ▪ | ImportHtml.js | 3,138 | 1/8/17, 8:09:54 AM |
| LibreOffice.js | 2,899 | 9/30/16, 3:49:20 PM | ▪ | LibreOffice.js | 2,899 | 1/8/17, 8:09:54 AM |
| Minify.js | 13,087 | 9/30/16, 3:49:20 PM | ▪ | Minify.js | 13,087 | 1/8/17, 8:09:54 AM |
| padDiff.js | 16,310 | 9/30/16, 3:49:20 PM | ▪ | padDiff.js | 16,310 | 1/8/17, 8:09:54 AM |
| path_exists.js | 260 | 9/30/16, 3:49:20 PM | ▪ | path_exists.js | 260 | 1/8/17, 8:09:54 AM |
| randomstring.js | 275 | 9/30/16, 3:49:20 PM | ▪ | randomstring.js | 275 | 1/8/17, 8:09:54 AM |
| RemoteAddress.js | 28 | 9/30/16, 3:49:20 PM | ▪ | RemoteAddress.js | 28 | 1/8/17, 8:09:54 AM |
| | | | | Settings.js | | |
| tar.json | 1,528 | 9/30/16, 3:49:20 PM | ▪ | tar.json | 1,528 | 1/8/17, 8:09:54 AM |
| TidyHtml.js | 1,231 | 9/30/16, 3:49:20 PM | ▪ | TidyHtml.js | 1,231 | 1/8/17, 8:09:54 AM |
| toolbar.js | 6,622 | 9/30/16, 3:49:20 PM | ▪ | toolbar.js | 6,622 | 1/8/17, 8:09:54 AM |
| easysync_tests.js | 32,413 | 9/30/16, 3:49:20 PM | ▪ | easysync_tests.js | 32,413 | 1/8/17, 8:09:54 AM |
| padaccess.js | 531 | 9/30/16, 3:49:20 PM | ▪ | padaccess.js | 531 | 1/8/17, 8:09:54 AM |
| README.md | 401 | 9/30/16, 3:49:20 PM | ▪ | README.md | 401 | 1/8/17, 8:09:54 AM |
| server.js | 2,221 | 9/30/16, 3:49:20 PM | ▪ | server.js | 2,221 | 1/8/17, 8:09:54 AM |
| stats.js | 81 | 9/30/16, 3:49:20 PM | ▪ | stats.js | 81 | 1/8/17, 8:09:54 AM |
| ▽ 🗀 static | | | | ▽ 🗀 static | | |
| ▽ 🗀 css | | | | ▽ 🗀 css | | |
| admin.css | 4,712 | 9/30/16, 3:49:20 PM | ▪ | admin.css | 4,712 | 1/8/17, 8:09:54 AM |

Beyond Compare v4.4.0

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1/24/25 6:45:40 PM         Folder Compare         Page 9

Mode: All

Ignoring Unimportant

Left base folder : ...Expert Witness\OpenAI Inc. v. Open Artifical Intelligence et al.\Analysis\Beta

? Diff\etherpad-lite-428e0cdbc2ed77dd65af4b48fe5025d9e2090a

Right base folder : Users\smaiek\Documents\Expert Witness\OpenAI Inc. v. Open Artifical Intelligence et al.\Analysis\Beta Diff\etherpad

| Name | Size | Modified | | Name | Size | Modified |
|------|------|----------|---|------|------|----------|
| | | | ⚟ | | | |
| ▱ custom | | | ⚟ | ▱ custom | | |
| gitignore | 26 | 9/30/16, 3:49:20 PM | ▤ | gitignore | 26 | 1/8/17, 8:09:54 AM |
| css.template | 239 | 9/30/16, 3:49:20 PM | ▤ | css.template | 239 | 1/8/17, 8:09:54 AM |
| | | | | index.css | 239 | 1/26/17, 7:28:53 AM |
| | | | | index.js | 189 | 1/26/17, 7:28:53 AM |
| js.template | 189 | 9/30/16, 3:49:20 PM | ▤ | js.template | 189 | 1/8/17, 8:09:54 AM |
| | | | | pad.css | 239 | 1/26/17, 7:28:53 AM |
| | | | | pad.js | 189 | 1/26/17, 7:28:53 AM |
| | | | | timeslider.css | 239 | 1/26/17, 7:28:53 AM |
| | | | | timeslider.js | 189 | 1/26/17, 7:28:53 AM |
| ▱ font | | | ⚟ | ▱ font | | |
| | | | | | 9,094 | 1/8/17, 8:09:54 AM |
| | | | ⚟ | | 24,215 | 1/8/17, 8:09:54 AM |
| fontawesome-etherpad | 28,947 | 9/30/16, 3:49:20 PM | ▤ | fontawesome-etherpad | 30,042 | 1/8/17, 8:09:54 AM |
| | | | ⚟ | | 26,000 | 1/8/17, 8:09:54 AM |
| | | | | fontawesome-etherpad | 18,504 | 1/8/17, 8:09:54 AM |
| opendyslexic.otf | 48,076 | 9/30/16, 3:49:20 PM | ▤ | opendyslexic.otf | 48,076 | 1/8/17, 8:09:54 AM |
| ▱ js | | | ⚟ | ▱ js | | |
| ▱ admin | | | | ▱ admin | | |
| jquery.autosize.js | 5,714 | 9/30/16, 3:49:20 PM | ▤ | jquery.autosize.js | 5,714 | 1/8/17, 8:09:54 AM |
| minify.json.js | 1,862 | 9/30/16, 3:49:20 PM | ▤ | minify.json.js | 1,862 | 1/8/17, 8:09:54 AM |
| plugins.js | 8,559 | 9/30/16, 3:49:20 PM | ▤ | plugins.js | 8,559 | 1/8/17, 8:09:54 AM |
| settings.js | 2,439 | 9/30/16, 3:49:20 PM | ▤ | settings.js | 2,439 | 1/8/17, 8:09:54 AM |
| ▱ pluginfw | | | | ▱ pluginfw | | |
| client_plugins.js | 1,963 | 9/30/16, 3:49:20 PM | ▤ | client_plugins.js | 1,963 | 1/8/17, 8:09:54 AM |
| | | | ⚟ | | 1,564 | 1/8/17, 8:09:54 AM |
| installer.js | 3,144 | 9/30/16, 3:49:20 PM | ▤ | installer.js | 3,144 | 1/8/17, 8:09:54 AM |
| | | | ⚟ | | 6,471 | 1/8/17, 8:09:54 AM |
| | | | ⚟ | | 9,500 | 1/8/17, 8:09:54 AM |
| shared.js | 1,665 | 9/30/16, 3:49:20 PM | ▤ | shared.js | 1,665 | 1/8/17, 8:09:54 AM |
| tsort.js | 2,463 | 9/30/16, 3:49:20 PM | ▤ | tsort.js | 2,463 | 1/8/17, 8:09:54 AM |
| | | | ⚟ | | 19,226 | 1/8/17, 8:09:54 AM |
| ace2_common.js | 2,504 | 9/30/16, 3:49:20 PM | ▤ | ace2_common.js | 2,504 | 1/8/17, 8:09:54 AM |
| | | | ⚟ | | 168,740 | 1/8/17, 8:09:54 AM |
| AttributeManager.js | 13,491 | 9/30/16, 3:49:20 PM | ▤ | AttributeManager.js | 13,491 | 1/8/17, 8:09:54 AM |
| AttributePool.js | 2,821 | 9/30/16, 3:49:20 PM | ▤ | AttributePool.js | 2,821 | 1/8/17, 8:09:54 AM |
| broadcast.js | 19,293 | 9/30/16, 3:49:20 PM | ▤ | broadcast.js | 19,293 | 1/8/17, 8:09:54 AM |
| broadcast_revisions | 4,066 | 9/30/16, 3:49:20 PM | ▤ | broadcast_revisions | 4,066 | 1/8/17, 8:09:54 AM |
| broadcast_slider.js | 15,786 | 9/30/16, 3:49:20 PM | ▤ | broadcast_slider.js | 15,786 | 1/8/17, 8:09:54 AM |
| browser.js | 9,206 | 9/30/16, 3:49:20 PM | ▤ | browser.js | 9,206 | 1/8/17, 8:09:54 AM |
| Changeset.js | 66,591 | 9/30/16, 3:49:20 PM | ▤ | Changeset.js | 66,591 | 1/8/17, 8:09:54 AM |
| | | | ⚟ | | 9,301 | 1/8/17, 8:09:54 AM |
| ChangesetUtils.js | 1,714 | 9/30/16, 3:49:20 PM | ▤ | ChangesetUtils.js | 1,714 | 1/8/17, 8:09:54 AM |
| | | | ⚟ | | 9,234 | 1/8/17, 8:09:54 AM |
| | | | ⚟ | | 16,798 | 1/8/17, 8:09:54 AM |
| colorutils.js | 3,997 | 9/30/16, 3:49:20 PM | ▤ | colorutils.js | 3,997 | 1/8/17, 8:09:54 AM |
| contentcollector.js | 22,469 | 9/30/16, 3:49:20 PM | ▤ | contentcollector.js | 22,469 | 1/8/17, 8:09:54 AM |
| cssmanager.js | 2,867 | 9/30/16, 3:49:20 PM | ▤ | cssmanager.js | 2,867 | 1/8/17, 8:09:54 AM |
| domline.js | 8,437 | 9/30/16, 3:49:20 PM | ▤ | domline.js | 8,437 | 1/8/17, 8:09:54 AM |
| excanvas.js | 11,363 | 9/30/16, 3:49:20 PM | ▤ | excanvas.js | 11,363 | 1/8/17, 8:09:54 AM |
| farbtastic.js | 15,947 | 9/30/16, 3:49:20 PM | ▤ | farbtastic.js | 15,947 | 1/8/17, 8:09:54 AM |
| gritter.js | 11,186 | 9/30/16, 3:49:20 PM | ▤ | gritter.js | 11,186 | 1/8/17, 8:09:54 AM |
| html10n.js | 26,173 | 9/30/16, 3:49:20 PM | ▤ | html10n.js | 26,173 | 1/8/17, 8:09:54 AM |

Beyond Compare v4.4.6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1:24:25 6:45:40 PM         Folder Compare         Page 10
Mode: All
Ignoring Unimportant
Left base folder : Expert Witness\OpenAI Inc. v. Open Artifical Intelligence et al.\Analysis Beta
? Diff:etherpad-lite-428e0cdbc2ed72fdd65af94b48fe5025d9e2050a
Right base folder : Users\smalek\Documents\Expert Witness\OpenAI Inc. v. Open Artifical Intelligence et al.\Analysis Beta Diff:etherpad

| Name | | Size | Modified | | | Name | | Size | Modified |
|---|---|---|---|---|---|---|---|---|---|
| | jquery.js | 268,381 | 9/30/16, 3:49:20 PM | = | | | jquery.js | 268,381 | 1/8/17, 8:09:54 AM |
| | json2.js | 16,681 | 9/30/16, 3:49:20 PM | = | | | json2.js | 16,681 | 1/8/17, 8:09:54 AM |
| | l10n.js | 464 | 9/30/16, 3:49:20 PM | = | | | l10n.js | 464 | 1/8/17, 8:09:54 AM |
| | linestylefilter.js | 10,455 | 9/30/16, 3:49:20 PM | = | | | linestylefilter.js | 10,455 | 1/8/17, 8:09:54 AM |
| | | | | ≠ | | | | | 1/8/17, 8:09:54 AM |
| | pad_connectionstat | 2,200 | 9/30/16, 3:49:20 PM | = | | | pad_connectionstatu | 2,200 | 1/8/17, 8:09:54 AM |
| | pad_cookie.js | 3,358 | 9/30/16, 3:49:20 PM | = | | | pad_cookie.js | 3,358 | 1/8/17, 8:09:54 AM |
| | | | | ≠ | | | | | 1/8/17, 8:09:54 AM |
| | pad_editor.js | 8,432 | 9/30/16, 3:49:20 PM | = | | | pad_editor.js | 8,432 | 1/8/17, 8:09:54 AM |
| | pad_impexp.js | 7,298 | 9/30/16, 3:49:20 PM | = | | | pad_impexp.js | 7,298 | 1/8/17, 8:09:54 AM |
| | | | | ≠ | | | | | 1/8/17, 8:09:54 AM |
| | | | | ≠ | | | | | 1/8/17, 8:09:54 AM |
| | | | | ≠ | | | pad_userlist.js | 35,727 | 1/8/17, 10:16:51 AM |
| | pad_utils.js | 14,608 | 9/30/16, 3:49:20 PM | = | | | pad_utils.js | 14,608 | 1/8/17, 8:09:54 AM |
| | | | | | | | plugins.min.js | 91,640 | 1/26/17, 7:28:53 AM |
| | rjquery.js | 167 | 9/30/16, 3:49:20 PM | = | | | rjquery.js | 167 | 1/8/17, 8:09:54 AM |
| | security.js | 626 | 9/30/16, 3:49:20 PM | = | | | security.js | 626 | 1/8/17, 8:09:54 AM |
| | skiplist.js | 12,303 | 9/30/16, 3:49:20 PM | = | | | skiplist.js | 12,303 | 1/8/17, 8:09:54 AM |
| | timeslider.js | 6,416 | 9/30/16, 3:49:20 PM | = | | | timeslider.js | 6,416 | 1/8/17, 8:09:54 AM |
| | underscore.js | 40 | 9/30/16, 3:49:20 PM | = | | | underscore.js | 40 | 1/8/17, 8:09:54 AM |
| | undomodule.js | 9,177 | 9/30/16, 3:49:20 PM | = | | | undomodule.js | 9,177 | 1/8/17, 8:09:54 AM |
| | favicon.ico | 4,286 | 9/30/16, 3:49:20 PM | = | | | favicon.ico | 4,286 | 1/8/17, 8:09:54 AM |
| | robots.txt | 46 | 9/30/16, 3:49:20 PM | = | | | robots.txt | 46 | 1/8/17, 8:09:54 AM |
| | tests.html | 5,420 | 9/30/16, 3:49:20 PM | = | | | tests.html | 5,420 | 1/8/17, 8:09:54 AM |
| templates | | | | | | templates | | | |
| | admin | | | | | | admin | | | |
| | index.html | 846 | 9/30/16, 3:49:20 PM | = | | | index.html | 846 | 1/8/17, 8:09:54 AM |
| | plugins-info.html | 1,488 | 9/30/16, 3:49:20 PM | = | | | plugins-info.html | 1,488 | 1/8/17, 8:09:54 AM |
| | plugins.html | 4,282 | 9/30/16, 3:49:20 PM | = | | | plugins.html | 4,282 | 1/8/17, 8:09:54 AM |
| | settings.html | 2,012 | 9/30/16, 3:49:20 PM | = | | | settings.html | 2,012 | 1/8/17, 8:09:54 AM |
| export_html.html | | 6,970 | 9/30/16, 3:49:20 PM | = | | export_html.html | | 6,970 | 1/8/17, 8:09:54 AM |
| index.html | | 7,928 | 9/30/16, 3:49:20 PM | = | | index.html | | 7,928 | 1/8/17, 8:09:54 AM |
| javascript.html | | 3,776 | 9/30/16, 3:49:20 PM | = | | javascript.html | | 3,776 | 1/8/17, 8:09:54 AM |
| | | | | ≠ | | | | | 1/8/17, 8:09:54 AM |
| timeslider.html | | 12,059 | 9/30/16, 3:49:20 PM | = | | timeslider.html | | 12,059 | 1/8/17, 8:09:54 AM |
| | | | | | | _ds_Store | | 6,148 | 1/24/25, 6:32:55 PM |
| | | | | | | ep_installed | | 4 | 3/6/17, 7:03:20 AM |
| ep.json | | 2,400 | 9/30/16, 3:49:20 PM | = | | ep.json | | 2,400 | 1/8/17, 8:09:54 AM |
| etherpad_icon.svg | | 4,246 | 9/30/16, 3:49:20 PM | = | | etherpad_icon.svg | | 4,246 | 1/8/17, 8:09:54 AM |
| package.json | | 2,961 | 9/30/16, 3:49:20 PM | = | | package.json | | 2,961 | 1/8/17, 8:09:54 AM |
| README.md | | 66 | 9/30/16, 3:49:20 PM | = | | README.md | | 66 | 1/8/17, 8:09:54 AM |
| web.config | | 1,209 | 9/30/16, 3:49:20 PM | = | | web.config | | 1,209 | 1/8/17, 8:09:54 AM |
| tests | | | | | | tests | | | |
| | backend | | | | | | backend | | | |
| | specs | | | | | | specs | | | |
| | api | | | | | | api | | | |
| | chat.js | 3,473 | 9/30/16, 3:49:20 PM | = | | | chat.js | 3,473 | 1/8/17, 8:09:54 AM |
| | pad.js | 20,471 | 9/30/16, 3:49:20 PM | = | | | pad.js | 20,471 | 1/8/17, 8:09:54 AM |
| | sessionsAndGrou | 11,921 | 9/30/16, 3:49:20 PM | = | | | sessionsAndGrou | 11,921 | 1/8/17, 8:09:54 AM |
| | tidy.js | 1,872 | 9/30/16, 3:49:20 PM | = | | | tidy.js | 1,872 | 1/8/17, 8:09:54 AM |
| | loadSettings.js | 501 | 9/30/16, 3:49:20 PM | = | | | loadSettings.js | 501 | 1/8/17, 8:09:54 AM |
| | frontend | | | | | | frontend | | | |
| | lib | | | | | | lib | | | |
| | expect.js | 35,473 | 9/30/16, 3:49:20 PM | = | | | expect.js | 35,473 | 1/8/17, 8:09:54 AM |
| | jquery.iframe.js | 1,017 | 9/30/16, 3:49:20 PM | = | | | jquery.iframe.js | 1,017 | 1/8/17, 8:09:54 AM |

Beyond Compare v4.4.6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1/24/25 8:45:40 PM         Folder Compare         Page 11

Mode  All
Ignoring Unimportant
Left base folder: ...  Expert Witness OpenAI Inc. v. Open Artifical Intelligence et al. Analysis Beta
? Diff etherpad-lite-426e0cdbc2ed72fdd65af64b48fe5025d9e2050a
Right base folder: Users\smalek\Documents\Expert Witness\OpenAI Inc. v. Open Artifical Intelligence et al.\Analysis Beta Diff\etherpad

| Name | Size | Modified | | | | Name | Size | Modified |
|---|---|---|---|---|---|---|---|---|
| mocha.js | 96,490 | 9/30/16, 3:49:20 PM | ● | = | | mocha.js | 96,490 | 1/8/17, 8:09:54 AM |
| sendkeys.js | 19,266 | 9/30/16, 3:49:20 PM | | = | | sendkeys.js | 19,266 | 1/8/17, 8:09:54 AM |
| underscore.js | 40,966 | 9/30/16, 3:49:20 PM | | = | | underscore.js | 40,966 | 1/8/17, 8:09:54 AM |
| ▷ specs | | | | | | ▷ specs | | |
| alphabet.js | 858 | 9/30/16, 3:49:20 PM | | = | | alphabet.js | 858 | 1/8/17, 8:09:54 AM |
| bold.js | 2,140 | 9/30/16, 3:49:20 PM | | = | | bold.js | 2,140 | 1/8/17, 8:09:54 AM |
| caret.js | 12,702 | 9/30/16, 3:49:20 PM | | = | | caret.js | 12,702 | 1/8/17, 8:09:54 AM |
| change_user_name.j | 2,480 | 9/30/16, 3:49:20 PM | | = | | change_user_name.j | 2,480 | 1/8/17, 8:09:54 AM |
| chat.js | 4,980 | 9/30/16, 3:49:20 PM | | = | | chat.js | 4,980 | 1/8/17, 8:09:54 AM |
| chat_load_messages | 2,670 | 9/30/16, 3:49:20 PM | | = | | chat_load_messages | 2,670 | 1/8/17, 8:09:54 AM |
| clear_authorship_col | 2,030 | 9/30/16, 3:49:20 PM | | = | | clear_authorship_col | 2,030 | 1/8/17, 8:09:54 AM |
| delete.js | 1,321 | 9/30/16, 3:49:20 PM | | = | | delete.js | 1,321 | 1/8/17, 8:09:54 AM |
| drag_and_drop.js | 5,463 | 9/30/16, 3:49:20 PM | | = | | drag_and_drop.js | 5,463 | 1/8/17, 8:09:54 AM |
| embed_value.js | 3,993 | 9/30/16, 3:49:20 PM | | = | | embed_value.js | 3,993 | 1/8/17, 8:09:54 AM |
| enter.js | 1,274 | 9/30/16, 3:49:20 PM | | = | | enter.js | 1,274 | 1/8/17, 8:09:54 AM |
| font_type.js | 982 | 9/30/16, 3:49:20 PM | | = | | font_type.js | 982 | 1/8/17, 8:09:54 AM |
| helper.js | 6,242 | 9/30/16, 3:49:20 PM | | = | | helper.js | 6,242 | 1/8/17, 8:09:54 AM |
| importexport.js | 16,364 | 9/30/16, 3:49:20 PM | | = | | importexport.js | 16,364 | 1/8/17, 8:09:54 AM |
| importindents.js | 6,967 | 9/30/16, 3:49:20 PM | | = | | importindents.js | 6,967 | 1/8/17, 8:09:54 AM |
| indentation.js | 11,565 | 9/30/16, 3:49:20 PM | | = | | indentation.js | 11,565 | 1/8/17, 8:09:54 AM |
| italic.js | 2,169 | 9/30/16, 3:49:20 PM | | = | | italic.js | 2,169 | 1/8/17, 8:09:54 AM |
| language.js | 3,938 | 9/30/16, 3:49:20 PM | | = | | language.js | 3,938 | 1/8/17, 8:09:54 AM |
| ordered_list.js | 1,717 | 9/30/16, 3:49:20 PM | | = | | ordered_list.js | 1,717 | 1/8/17, 8:09:54 AM |
| redo.js | 2,677 | 9/30/16, 3:49:20 PM | | = | | redo.js | 2,677 | 1/8/17, 8:09:54 AM |
| responsiveness.js | 3,139 | 9/30/16, 3:49:20 PM | | = | | responsiveness.js | 3,139 | 1/8/17, 8:09:54 AM |
| strikethrough.js | 1,325 | 9/30/16, 3:49:20 PM | | = | | strikethrough.js | 1,325 | 1/8/17, 8:09:54 AM |
| timeslider.js | 1,667 | 9/30/16, 3:49:20 PM | | = | | timeslider.js | 1,667 | 1/8/17, 8:09:54 AM |
| timeslider_labels.js | 2,173 | 9/30/16, 3:49:20 PM | | = | | timeslider_labels.js | 2,173 | 1/8/17, 8:09:54 AM |
| timeslider_revisions | 6,335 | 9/30/16, 3:49:20 PM | | = | | timeslider_revisions | 6,335 | 1/8/17, 8:09:54 AM |
| undo.js | 2,266 | 9/30/16, 3:49:20 PM | | = | | undo.js | 2,266 | 1/8/17, 8:09:54 AM |
| unordered_list.js | 1,033 | 9/30/16, 3:49:20 PM | | = | | unordered_list.js | 1,033 | 1/8/17, 8:09:54 AM |
| urls_become_clickat | 2,430 | 9/30/16, 3:49:20 PM | | = | | urls_become_clickat | 2,430 | 1/8/17, 8:09:54 AM |
| ▷ travis | | | | | | ▷ travis | | |
| gitignore | 38 | 9/30/16, 3:49:20 PM | | = | | gitignore | 38 | 1/8/17, 8:09:54 AM |
| remote_runner.js | 3,170 | 9/30/16, 3:49:20 PM | | = | | remote_runner.js | 3,170 | 1/8/17, 8:09:54 AM |
| runner.sh | 230 | 9/30/16, 3:49:20 PM | | = | | runner.sh | 230 | 1/8/17, 8:09:54 AM |
| sauce_tunnel.sh | 489 | 9/30/16, 3:49:20 PM | | = | | sauce_tunnel.sh | 489 | 1/8/17, 8:09:54 AM |
| helper.js | 6,594 | 9/30/16, 3:49:20 PM | | = | | helper.js | 6,594 | 1/8/17, 8:09:54 AM |
| index.html | 731 | 9/30/16, 3:49:20 PM | | = | | index.html | 731 | 1/8/17, 8:09:54 AM |
| runner.css | 3,308 | 9/30/16, 3:49:20 PM | | = | | runner.css | 3,308 | 1/8/17, 8:09:54 AM |
| runner.js | 5,608 | 9/30/16, 3:49:20 PM | | = | | runner.js | 5,608 | 1/8/17, 8:09:54 AM |
| README.md | 174 | 9/30/16, 3:49:20 PM | | = | | README.md | 174 | 1/8/17, 8:09:54 AM |
| ▷ var | | | | | | ▷ var | | |
| gitignore | 20 | 9/30/16, 3:49:20 PM | | = | | gitignore | 20 | 1/8/17, 8:09:54 AM |
| | | | | | | dockerignore | 41 | 1/8/17, 8:09:54 AM |
| | | | | | | DS_Store | 6,148 | 1/24/25, 6:36:40 PM |
| .travis.yml | 740 | 9/30/16, 3:49:20 PM | | = | | .travis.yml | 740 | 1/8/17, 8:09:54 AM |
| | | | | | | APIKEY.txt | 64 | 1/6/17, 7:07:20 PM |
| CHANGELOG.md | 21,008 | 9/30/16, 3:49:20 PM | | | | CHANGELOG.md | 21,008 | 1/8/17, 8:09:54 AM |
| CONTRIBUTING.md | 6,360 | 9/30/16, 3:49:20 PM | | | | CONTRIBUTING.md | 5,360 | 1/8/17, 8:09:54 AM |
| | | | | | | credentials.json | 614 | 1/11/17, 1:59:06 PM |
| | | | | | | docker.sh | 1,252 | 1/24/17, 6:04:01 AM |
| | | | | | | Dockerfile | 672 | 1/11/17, 5:08:35 PM |
| LICENSE | 11,353 | 9/30/16, 3:49:20 PM | | = | | LICENSE | 11,353 | 1/8/17, 8:09:54 AM |

Beyond Compare v4.6x

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1/24/25 8:45:40 PM    Folder Compare    Page 12

Mode: All

Ignoring Unimportant

Left base folder : .../Expert Witness/OpenAI Inc. v. Open Artifical Intelligence et al /Analysis/Beta

? Diff etherpad-lite-428e0cdbc2ed72fdd65af94b48fe5025d9e2050a

Right base folder : Users/smalek/Documents/Expert Witness/OpenAI Inc. v. Open Artifical Intelligence et al /Analysis/Beta Diff/etherpad/

| Name | Size | Modified | | | Name | Size | Modified |
|---|---|---|---|---|---|---|---|
| Makefile | 632 | 9/30/16, 3:49:20 PM | ▪ | | Makefile | 632 | 1/8/17, 8:09:54 AM |
| | | | ≠ | | README.md | 2,792 | 3/4/17, 7:28:12 AM |
| | | | | | SESSIONKEY.txt | 64 | 3/6/17, 7:03:17 AM |
| | | | | | settings.json | 1,606 | 3/9/17, 10:44:32 AM |
| settings.json template | 7,300 | 9/30/16, 3:49:20 PM | ▤ | | settings.json template | 7,300 | 1/8/17, 8:09:54 AM |
| start.bat | 49 | 9/30/16, 3:49:20 PM | ▤ | | start.bat | 49 | 1/8/17, 8:09:54 AM |
| | | | | | supervisor.conf | 493 | 1/8/17, 8:09:54 AM |
| | | | | | supervisord.log | 35,510 | 4/9/24, 12:09:11 PM |
| | | | | | supervisord.pid | 6 | 4/9/24, 12:09:09 PM |

Beyond Compare v4.4.x

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# EXHIBIT 1

## (Materials Considered)

- Complaint, 8/4/2023
- Plaintiff OpenAI, Inc.'s Notice of Motion and Motion for a Preliminary Injunction
- Defendants Open Artificial Intelligence, Inc. and Guy Ravine's Notice of Motion and Motion to Alter and Amend a Judgment Pursuant to Fed. R. CIV. P. 59(e), or in the Alternative, For Relief from a Judgment or Order Pursuant to Fed. R. CIV. P. 60(b)
- Declaration of J. Luke Tenery in Support of Defendants Open Artificial Intelligence, Inc. and Guy Ravine's Notice of Motion and Motion to Alter or Amend Judgement Pursuant to FED. R. CIV. P. 59(e), or in the Alternative, for Relief from a Judgment or Order Pursuant to FED. R. CIV. P. 60(b)
- Defendant's Open Artificial Intelligence, Inc. and Guy Ravine's Second Amended Counterclaims to Complaint
- Deposition Transcript of Guy Ravine, 12/10/2024
- Deposition Transcript of Mattia Iavarone, 12/09/2024
- Deposition Transcript of Nikita Gaer, 12/05/2024
- Deposition Transcript of Rachel Park, 12/07/2024
- In addition to all documents listed here, I hereby incorporate by reference any documents or materials cited in the body of my report.

| | | | |
|---|---|---|---|
| RAVINE0114554 | RAVINE0036096 | RAVINE0114569 | RAVINE0005807 |
| RAVINE0114555 | RAVINE0036331 | RAVINE0114570 | RAVINE0005808 |
| RAVINE0114556 | RAVINE0036453 | RAVINE0114459 | RAVINE0005809 |
| RAVINE0114557 | RAVINE0036690 | RAVINE0114460 | RAVINE0005810 |
| RAVINE0114558 | RAVINE0036823 | RAVINE0114461 | RAVINE0005811 |
| RAVINE0114559 | RAVINE0036833 | RAVINE0114462 | RAVINE0005812 |
| RAVINE0114560 | RAVINE0037184 | RAVINE0114463 | RAVINE0005813 |
| RAVINE0114561 | RAVINE0037721 | RAVINE0114464 | RAVINE0005814 |
| RAVINE0114562 | RAVINE0037944 | RAVINE0114465 | RAVINE0005815 |
| RAVINE0114563 | RAVINE0038279 | RAVINE0114466 | RAVINE0005816 |
| RAVINE0114564 | RAVINE0038286 | RAVINE0114467 | RAVINE0005817 |
| RAVINE0114565 | RAVINE0038703 | RAVINE0114468 | RAVINE0016736 |
| RAVINE0114566 | RAVINE0038725 | RAVINE0114469 | RAVINE0016737 |
| RAVINE0114567 | RAVINE0038841 | RAVINE0114470 | RAVINE0016739 |
| RAVINE0114568 | RAVINE0038950 | RAVINE0114471 | RAVINE0016960 |
| RAVINE0114308 | RAVINE0038971 | RAVINE0114472 | RAVINE0017100 |
| RAVINE0114312 | RAVINE0038977 | RAVINE0114473 | RAVINE0019970 |
| RAVINE0114314 | RAVINE0039068 | RAVINE0114474 | RAVINE0020964 |
| RAVINE0114316 | RAVINE0039319 | RAVINE0114475 | RAVINE0021021 |
| RAVINE0114318 | RAVINE0039344 | RAVINE0114476 | RAVINE0021024 |
| RAVINE0114329 | RAVINE0083689 | RAVINE0114477 | RAVINE0021025 |
| RAVINE0114334 | RAVINE0095718 | RAVINE0114478 | RAVINE0021026 |
| RAVINE0114336 | RAVINE0101708 | RAVINE0114479 | RAVINE0022058 |
| RAVINE0114338 | RAVINE0114455 | RAVINE0114480 | RAVINE0022065 |
| RAVINE0114340 | RAVINE0114210 | RAVINE0114481 | RAVINE0025473 |
| RAVINE0114342 | RAVINE0114216 | RAVINE0114482 | RAVINE0025493 |
| RAVINE0114344 | RAVINE0114220 | RAVINE0114483 | RAVINE0025494 |
| RAVINE0114346 | RAVINE0114226 | RAVINE0114484 | RAVINE0025495 |
| RAVINE0114348 | RAVINE0114232 | RAVINE0114485 | RAVINE0025496 |
| RAVINE0114350 | RAVINE0114239 | RAVINE0114486 | RAVINE0025497 |
| RAVINE0114352 | RAVINE0114245 | RAVINE0114487 | RAVINE0025498 |
| RAVINE0114354 | RAVINE0114251 | RAVINE0114488 | RAVINE0025499 |
| RAVINE0114356 | RAVINE0114257 | RAVINE0114489 | RAVINE0025500 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| RAVINE0114358 | RAVINE0114263 | RAVINE0113995 | RAVINE0025501 |
| RAVINE0114360 | RAVINE0114269 | RAVINE0113997 | RAVINE0025502 |
| RAVINE0114364 | RAVINE0114275 | RAVINE0113999 | RAVINE0025503 |
| RAVINE0114366 | RAVINE0114281 | RAVINE0114001 | RAVINE0025504 |
| RAVINE0114372 | RAVINE0114287 | RAVINE0114003 | RAVINE0025505 |
| RAVINE0114376 | RAVINE0114293 | RAVINE0114005 | RAVINE0029387 |
| RAVINE0114380 | RAVINE0114297 | RAVINE0114007 | RAVINE0029402 |
| RAVINE0114384 | RAVINE0114301 | RAVINE0114009 | RAVINE0029841 |
| RAVINE0114386 | RAVINE0114017 | RAVINE0114013 | RAVINE0031740 |
| RAVINE0114392 | RAVINE0114019 | RAVINE0036081 | RAVINE0031744 |
| RAVINE0114394 | RAVINE0114021 | RAVINE0036087 | RAVINE0031745 |
| RAVINE0114399 | RAVINE0114024 | RAVINE0114490 | RAVINE0031746 |
| RAVINE0114401 | RAVINE0114027 | RAVINE0114491 | RAVINE0031747 |
| RAVINE0114403 | RAVINE0114030 | RAVINE0114492 | RAVINE0031748 |
| RAVINE0114409 | RAVINE0114033 | RAVINE0114493 | RAVINE0031749 |
| RAVINE0114411 | RAVINE0114036 | RAVINE0114494 | RAVINE0031750 |
| RAVINE0114413 | RAVINE0114039 | RAVINE0114495 | RAVINE0031751 |
| RAVINE0114415 | RAVINE0114042 | RAVINE0114496 | RAVINE0031752 |
| RAVINE0114419 | RAVINE0114045 | RAVINE0114497 | RAVINE0031753 |
| RAVINE0114421 | RAVINE0114048 | RAVINE0114498 | RAVINE0031754 |
| RAVINE0114424 | RAVINE0114051 | RAVINE0114499 | RAVINE0031755 |
| RAVINE0114426 | RAVINE0114054 | RAVINE0114500 | RAVINE0031756 |
| RAVINE0114428 | RAVINE0114057 | RAVINE0114501 | RAVINE0031757 |
| RAVINE0114430 | RAVINE0114059 | RAVINE0114502 | RAVINE0031955 |
| RAVINE0114432 | RAVINE0114062 | RAVINE0114503 | RAVINE0031956 |
| RAVINE0114434 | RAVINE0114066 | RAVINE0114504 | RAVINE0031957 |
| RAVINE0114436 | RAVINE0114070 | RAVINE0114505 | RAVINE0031958 |
| RAVINE0114438 | RAVINE0114074 | RAVINE0114506 | RAVINE0031959 |
| RAVINE0114440 | RAVINE0114078 | RAVINE0114507 | RAVINE0031960 |
| RAVINE0114442 | RAVINE0114082 | RAVINE0114508 | RAVINE0031961 |
| RAVINE0051705 | RAVINE0114086 | RAVINE0114509 | RAVINE0031962 |
| RAVINE0051907 | RAVINE0114090 | RAVINE0114510 | RAVINE0031963 |
| RAVINE0052068 | RAVINE0114094 | RAVINE0114511 | RAVINE0031964 |
| RAVINE0061552 | RAVINE0114098 | RAVINE0114512 | RAVINE0031965 |
| RAVINE0081729 | RAVINE0114102 | RAVINE0114513 | RAVINE0031966 |
| RAVINE0039487 | RAVINE0114106 | RAVINE0114514 | RAVINE0032090 |
| RAVINE0039530 | RAVINE0114110 | RAVINE0114515 | RAVINE0032097 |
| RAVINE0050319 | RAVINE0114114 | RAVINE0114516 | RAVINE0032103 |
| RAVINE0050362 | RAVINE0114118 | RAVINE0114517 | RAVINE0032110 |
| RAVINE0050436 | RAVINE0114122 | RAVINE0000183 | RAVINE0032127 |
| RAVINE0050525 | RAVINE0114126 | RAVINE0000245 | RAVINE0032293 |
| RAVINE0050532 | RAVINE0114130 | RAVINE0000246 | RAVINE0032306 |
| RAVINE0050583 | RAVINE0114134 | RAVINE0000387 | RAVINE0032319 |
| RAVINE0050589 | RAVINE0114138 | RAVINE0000395 | RAVINE0032339 |
| RAVINE0050597 | RAVINE0114140 | RAVINE0000399 | RAVINE0032354 |
| RAVINE0050639 | RAVINE0114143 | RAVINE0000751 | RAVINE0032361 |
| RAVINE0050686 | RAVINE0114146 | RAVINE0000752 | RAVINE0032370 |
| RAVINE0050699 | RAVINE0114149 | RAVINE0000881 | RAVINE0032380 |
| RAVINE0050722 | RAVINE0114152 | RAVINE0001013 | RAVINE0032381 |
| RAVINE0050738 | RAVINE0114155 | RAVINE0001176 | RAVINE0032389 |
| RAVINE0050750 | RAVINE0114158 | RAVINE0001478 | RAVINE0034362 |
| RAVINE0050767 | RAVINE0114160 | RAVINE0001544 | RAVINE0035271 |
| RAVINE0050789 | RAVINE0114162 | RAVINE0001546 | RAVINE0035280 |
| RAVINE0050802 | RAVINE0114164 | RAVINE0001678 | RAVINE0035326 |
| RAVINE0050815 | RAVINE0114166 | RAVINE0001679 | RAVINE0035947 |

96

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| RAVINE0050824 | RAVINE0114168 | RAVINE0001680 | RAVINE0036084 |
| RAVINE0050832 | RAVINE0114170 | RAVINE0002031 | RAVINE0036091 |
| RAVINE0050843 | RAVINE0114172 | RAVINE0002035 | RAVINE0036094 |
| RAVINE0051654 | RAVINE0114174 | RAVINE0002036 | RAVINE0036099 |
| RAVINE0051687 | RAVINE0114176 | RAVINE0002037 | RAVINE0036334 |
| RAVINE0031970 | RAVINE0114178 | RAVINE0002065 | RAVINE0036456 |
| RAVINE0032094 | RAVINE0114182 | RAVINE0002070 | RAVINE0036693 |
| RAVINE0032100 | RAVINE0114184 | RAVINE0002071 | RAVINE0036694 |
| RAVINE0032107 | RAVINE0114186 | RAVINE0002072 | RAVINE0036826 |
| RAVINE0032120 | RAVINE0114194 | RAVINE0002073 | RAVINE0036836 |
| RAVINE0032142 | RAVINE0114202 | RAVINE0002075 | RAVINE0037378 |
| RAVINE0032301 | RAVINE0113891 | RAVINE0002076 | RAVINE0037727 |
| RAVINE0032315 | RAVINE0113893 | RAVINE0002077 | RAVINE0037947 |
| RAVINE0032332 | RAVINE0113895 | RAVINE0002078 | RAVINE0038282 |
| RAVINE0032351 | RAVINE0113897 | RAVINE0002079 | RAVINE0038700 |
| RAVINE0032358 | RAVINE0113899 | RAVINE0002080 | RAVINE0038721 |
| RAVINE0032368 | RAVINE0113901 | RAVINE0002081 | RAVINE0038837 |
| RAVINE0032376 | RAVINE0113903 | RAVINE0002082 | RAVINE0038946 |
| RAVINE0032386 | RAVINE0113905 | RAVINE0002083 | RAVINE0038968 |
| RAVINE0032419 | RAVINE0113907 | RAVINE0002084 | RAVINE0038974 |
| RAVINE0034368 | RAVINE0113909 | RAVINE0002085 | RAVINE0039064 |
| RAVINE0035277 | RAVINE0113911 | RAVINE0002086 | RAVINE0039315 |
| RAVINE0035300 | RAVINE0113913 | RAVINE0002088 | RAVINE0039322 |
| RAVINE0035460 | RAVINE0113915 | RAVINE0002089 | RAVINE0039469 |
| RAVINE0110964 | RAVINE0113917 | RAVINE0002090 | RAVINE0039490 |
| RAVINE0112537 | RAVINE0113919 | RAVINE0002091 | RAVINE0050280 |
| RAVINE0112554 | RAVINE0113921 | RAVINE0002092 | RAVINE0050321 |
| RAVINE0113159 | RAVINE0113923 | RAVINE0002093 | RAVINE0050367 |
| RAVINE0113722 | RAVINE0113925 | RAVINE0002094 | RAVINE0050439 |
| RAVINE0113830 | RAVINE0113927 | RAVINE0002095 | RAVINE0050528 |
| RAVINE0113832 | RAVINE0113931 | RAVINE0002096 | RAVINE0050535 |
| RAVINE0113835 | RAVINE0113933 | RAVINE0002097 | RAVINE0050586 |
| RAVINE0113838 | RAVINE0113936 | RAVINE0002098 | RAVINE0050634 |
| RAVINE0113841 | RAVINE0113939 | RAVINE0002099 | RAVINE0050682 |
| RAVINE0113844 | RAVINE0113942 | RAVINE0002119 | RAVINE0050690 |
| RAVINE0113847 | RAVINE0113945 | RAVINE0002281 | RAVINE0050707 |
| RAVINE0113850 | RAVINE0113947 | RAVINE0002303 | RAVINE0050729 |
| RAVINE0113853 | RAVINE0113949 | RAVINE0002313 | RAVINE0050741 |
| RAVINE0113856 | RAVINE0113951 | RAVINE0002341 | RAVINE0050753 |
| RAVINE0113858 | RAVINE0113954 | RAVINE0002342 | RAVINE0050776 |
| RAVINE0113860 | RAVINE0113956 | RAVINE0002343 | RAVINE0050792 |
| RAVINE0113862 | RAVINE0113959 | RAVINE0004028 | RAVINE0050805 |
| RAVINE0113864 | RAVINE0113961 | RAVINE0004031 | RAVINE0050818 |
| RAVINE0113866 | RAVINE0113963 | RAVINE0004033 | RAVINE0050827 |
| RAVINE0113868 | RAVINE0113966 | RAVINE0004491 | RAVINE0050835 |
| RAVINE0113870 | RAVINE0113968 | RAVINE0004492 | RAVINE0051643 |
| RAVINE0113872 | RAVINE0113970 | RAVINE0004535 | RAVINE0051674 |
| RAVINE0113874 | RAVINE0113972 | RAVINE0004537 | RAVINE0051694 |
| RAVINE0113876 | RAVINE0113974 | RAVINE0004549 | RAVINE0051710 |
| RAVINE0113878 | RAVINE0113976 | RAVINE0004560 | RAVINE0051711 |
| RAVINE0113880 | RAVINE0113980 | RAVINE0005802 | RAVINE0051712 |
| RAVINE0113882 | RAVINE0113983 | RAVINE0005803 | RAVINE0052040 |
| RAVINE0113884 | RAVINE0113985 | RAVINE0005804 | RAVINE0112503 |
| RAVINE0113887 | RAVINE0113991 | RAVINE0005805 | RAVINE0112540 |
| RAVINE0113889 | RAVINE0113993 | RAVINE0005806 | RAVINE0113133 |

97

| | | | |
|---|---|---|---|
| RAVINE0016736 | | | |
| RAVINE0025494 | | | |
| RAVINE0025495 | | | |
| RAVINE0025496 | | | |
| RAVINE0025497 | | | |
| RAVINE0025498 | | | |
| RAVINE0025499 | | | |
| RAVINE0025500 | | | |
| RAVINE0025501 | | | |
| RAVINE0025502 | | | |
| RAVINE0025503 | | | |
| RAVINE0031955 | | | |
| RAVINE0031956 | | | |
| RAVINE0031957 | | | |
| RAVINE0031958 | | | |
| RAVINE0031959 | | | |
| RAVINE0031960 | | | |
| RAVINE0031961 | | | |
| RAVINE0031962 | | | |
| RAVINE0031963 | | | |
| RAVINE0031964 | | | |
| RAVINE0031965 | | | |
| RAVINE0113829 | | | |
| RAVINE0114305 | | | |
| RAVINE0114306 | | | |
| RAVINE0114307 | | | |
| RAVINE0114448 | | | |
| RAVINE0114449 | | | |
| RAVINE0114450 | | | |
| RAVINE0114451 | | | |
| RAVINE0114452 | | | |
| RAVINE0114453 | | | |
| RAVINE0114454 | | | |
| RAVINE0114457 | | | |
| RAVINE0114458 | | | |

98

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**EXHIBIT 2**

**(Sam Malek Curriculum Vitae)**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Malek Curriculum Vitae                                              January 22, 2025

# SAM MALEK

*Professor*
Department of Informatics
Donald Bren School of Information and Computer Sciences
University of California, Irvine

Interdisciplinary Science and Engineering Building (ISEB), Room 2446
Irvine, California 92697-3440

+1 (949) 357-3501 (Phone)
malek@uci.edu (Email)
http://www.ics.uci.edu/~malek/ (WWW)

## TABLE OF CONTENTS

| | | |
|---|---|---|
| 1 | EDUCATION | 2 |
| 2 | EMPLOYMENT HISTORY | 2 |
| 3 | HONORS, AWARDS, AND STATISTICS | 3 |
| 4 | RESEARCH GRANTS, GIFTS, AND CONTRACTS | 4 |
| 5 | PUBLICATIONS | 8 |
| 6 | TEACHING | 19 |
| 7 | SUPERVISED STUDENTS AND RESEARCHERS | 20 |
| 8 | FORMAL PRESENTATIONS | 24 |
| 9 | PROFESSIONAL SERVICE | 27 |
| 10 | UNIVERSITY SERVICE | 36 |
| 11 | PROFESSIONAL ASSOCIATIONS | 37 |
| 12 | CONSULTING | 37 |
| 13 | LITIGATION CONSULTING | 38 |

January 22, 2025

# 1   EDUCATION

**Doctor of Philosophy**        Computer Science                August 2007
University of Southern California
Dissertation: *A User-Centric Approach for Improving a Distributed Software System's Deployment Architecture*

**Master of Science**           Computer Science                May 2004
University of Southern California
Emphasis on Software Engineering

**Bachelor of Science**         Information and Computer Science    December 2000
University of California, Irvine

# 2   EMPLOYMENT HISTORY

July 2019 − present        Professor
                           Department of Informatics
                           Donald Bren School of Information and Computer Sciences
                           University of California, Irvine

August 2007 − present      Director
                           Software Engineering and Analysis Laboratory
                           University of California, Irvine
                           (August 2007 − June 2015 at George Mason University)

October 2013 − present     President
                           Cyberonix Inc.

April 2014 − January 2023  Board of Director
                           Quandary Peak Research Inc.

July 2018 − July 2022      Director
                           Institute for Software Research
                           University of California, Irvine
                           (July 2015 − June 2018 Faculty Member)

July 2015 − June 2019      Associate Professor
                           Department of Informatics
                           Donald Bren School of Information and Computer Sciences
                           University of California, Irvine

August 2013 − June 2015    Associate Professor
                           Computer Science Department
                           Volgenau School of Engineering
                           George Mason University

August 2007 − June 2015    Faculty Member
                           C4I Center
                           George Mason University

Malek Curriculum Vitae                                                                January 22, 2025

| | |
|---|---|
| August 2007 – July 2013 | Assistant Professor<br>Computer Science Department<br>Volgenau School of Engineering<br>George Mason University |
| January 2003 – May 2007 | Graduate Research Assistant<br>Computer Science Department<br>University of Southern California |
| April 2005 – May 2007 | Software Architect<br>Boeing Corporation<br>Huntington Beach, CA |
| December 2000 – May 2002 | Software Engineer<br>PriceWaterhouseCoopers Consulting (IBM Global Business Services), Los Angeles, CA |
| August 1999 – Nov. 2000 | Software Engineer<br>FieldCentrix, Irvine, CA |
| May 1998 – September 1999 | Software Engineer<br>Neural Computing Systems Labs, Irvine, CA |

## 3   HONORS, AWARDS, AND STATISTICS

- H-index: 53
  (scholar.google.com)
- Citations: 11,659
  (scholar.google.com)
- Test of Time Award          2020
  18th ACM SIGSOFT International Symposium on the Foundations of Software Engineering
- Mason Emerging Researcher/Scholar/Creator Award          2013
  George Mason University
- NSF CAREER Award          2013
- Outstanding Faculty Research Award          2011
  Computer Science Department, George Mason University
- DARPA Computer Science Study Group          2011 – 2014
  Selective early career award given annually to 12 academic panelists
- ACM Doctoral Dissertation Competition finalist          2007
  Nominated by the University of Southern California
- Outstanding Graduate Student Researcher Award          2005
  Computer Science Department, University of Southern California
- USC Viterbi School of Engineering Doctoral Fellow          2004 – 2008
- Magna Cum Laude  2000

- Cody Thorne Memorial Scholarship Award  1998
  Awarded annually to the youngest and highest scholastic student of the year
- Dean's Honor List   1997 − 2000

# 4   RESEARCH GRANTS, GIFTS, AND CONTRACTS

G30.   UCI, Academic Senate Council on Research, Computing and Libraries (CORCL) Award
"User Studies for Validating Automatically Detected Software Accessibility Issues"
Duration: 4/14/2023 − 6/30/2023
Investigator: Sam Malek (PI)
Award Amount: $2,758

G29.   National Science Foundation
"Automated Software Engineering Techniques for Improving the Accessibility of Software"
Duration: 10/1/2022 − 9/30/2026
Investigator: Sam Malek (PI), Iftekhar Ahmed (Co-PI), and Stacy Branham (Co-PI)
Award Amount: $1,200,000

G28.   UCI, Academic Senate Council on Research, Computing and Libraries (CORCL) Award
"Learning Neural Network Embedding of Apps for Foundational Advances in Software
Engineering"
Duration: 3/18/2022 − 6/30/2022
Investigators: Sam Malek (PI)
Award Amount: $2,785

G27.   National Science Foundation
"A General Framework for Automated Test Transfer"
Duration: 10/1/2021 − 9/30/2025
Investigators: Sam Malek (PI at UCI), Alessandro Orso (Lead PI at Georgia Tech), and Nenad
Medvidovic (PI at USC)
Award Amount: $1,200,000

G26.   US Department of Education, Graduate Assistance in Areas of National Need Program
(GAANN)
"Graduate Fellowships in Cybersecurity at the University of California, Irvine"
Duration: 10/1/2021 − 6/30/2024
Investigators: Sam Malek (PI)
Award Amount: $1,141,425

G25.   UCI, School of Information and Computer Sciences Research Award
"SAHARA: Software Analysis for Hardware Acceleration with Reconfigurable Architectures"
Duration: 7/1/2021 − 6/30/2022
Investigators: Joshua Garcia (PI), Sang-Woo Jun (Co-PI), Alberto Krone-Martins (Co-PI),
Aparna Chandramowlishwaran (Co-PI), Sam Malek (Co-PI), Crista Lopes (Co-PI), Jim Bullock
(Co-PI)
Award Amount: $75,000

G24.   National Science Foundation

"Research Experiences for Undergraduates (REU) Supplement for Constructing a Community-Wide Software Architecture Infrastructure"
Duration: 6/1/2021 – 8/31/2022
Investigators: Sam Malek (PI) and Joshua Garcia (Co-PI)
Award Amount: $17,400

G23.    UCI, Academic Senate Council on Research, Computing and Libraries (CORCL) Award
"Mobile Devices for Evaluating Accessibility of Mobile Apps through User Studies"
Duration: 3/15/2021 – 6/30/2021
Investigators: Sam Malek (PI)
Award Amount: $6,990

G22.    UCI, School of Information and Computer Sciences Research Award
"Toward Stemming Accessibility Issues in Software"
Duration: 7/1/2020 – 6/30/2021
Investigators: Sam Malek (PI), Iftekhar Ahmed (Co-PI), Stacy Branham (Co-PI)
Award Amount: $75,000

G21.    Google
"Mining Architectural Information to Stem Technical Debt"
Duration: 10/3/2019 – 10/2/2020
Investigators: Sam Malek (PI)
Award Amount: $42,500

G20.    National Science Foundation (NSF)
"Constructing a Community-Wide Software Architecture Infrastructure"
Duration: 9/1/2018 – 8/31/2022
Investigators: Sam Malek (PI at UCI), Joshua Garcia (Co-PI at UCI), Nenad Medvidovic (Lead PI at USC), Mehdi Mirakhorli (PI at RIT), Rick Kazman (PI at UH), Yuanfang Cai (PI at Drexel), and Lu Xiao (PI at Stevens)
Award Amount: $1,660,000

G19.    Federal Bureau of Investigation (FBI)
"Analysis of Android Application Packages for Security-Relevant Properties"
Duration: 9/26/2016 – 9/25/2017
Investigators: Sam Malek (PI)
Award Amount: $118,964

G18.    National Science Foundation (NSF)
"Planning and Prototyping a Community-Wide Software Architecture Instrument"
Duration: 8/1/2016 – 7/31/2018
Investigators: Sam Malek (PI at UCI), Joshua Garcia (Co-PI at UCI), Nenad Medvidovic (Lead PI at USC), and Mehdi Mirakhorli (PI at RIT)
Award Amount: $130,000

G17.    National Science Foundation (NSF)
"Efficient Formal Analysis of Evolving Software Systems"
Duration: 7/1/2016 – 6/30/2020
Investigators: Sam Malek (PI), Hamid Bagheri (Co-PI)
Award Amount: $499,170

G16.    Air Force Office of Scientific Research (AFOSR)
"RASS: Resilient Autonomic Software Systems"
Duration: 10/15/2015 – 10/14/2018
Investigators: Sam Malek (PI at UCI), Daniel A. Menasce (Lead PI at GMU), Hassan Gomaa (Co-PI at GMU)
Award Amount: $1,016,641

G15.    Department of Homeland Security (DHS)
"Tools for Automated Detection and Assessment of Security Vulnerabilities in Mobile Applications"
Duration: 6/1/2014 – 5/31/2017
Investigator: Sam Malek (Sole PI)
Award Amount: $500,000

G14.    National Security Agency (NSA)
"Compositional Analysis of Android Apps for Security Vulnerabilities"
Duration: 9/5/2014 – 4/24/2015
Investigator: Sam Malek (Sole PI)
Award Amount: $200,000

G13.    National Security Agency (NSA)
"Science of Secure Frameworks"
Duration: 1/1/2014 – 12/31/2016
Investigators: Sam Malek (PI at UCI), William Scherlis (Lead PI at CMU) and colleagues at CMU
UCI Award Amount: $195,000

G12.    Defense Advanced Research Projects Agency (DARPA)
"Testing Privacy-Preserving Distributed Systems on DETERLab"
Duration: 11/1/2013 – 2/28/2015
Investigators: Sam Malek (PI at GMU), Nenad Medvidovic (Lead PI at USC), and Yuriy Brun (PI at UMass)
Award Amount: $300,000
GMU Award Amount: $84,000

G11.    Office of the Director of National Intelligence (ODNI)
"Automated Approach for Detection and Mitigation of Security Vulnerabilities in Mobile Applications"
Duration: 7/8/2013 – 7/7/2016
Investigator: Sam Malek (Sole PI)
Award Amount: $359,372

G10.    Intelligence Advanced Research Projects Activity (IARPA)
"sTile: Private Computing in the Open"
Duration: 9/27/2013 – 9/26/2014
Investigators: Sam Malek (PI at GMU), Nenad Medvidovic (Lead PI at USC), and Yuriy Brun (PI at UMass)
Award Amount: $300,000
GMU Award Amount: $84,000

G9.     National Science Foundation (NSF)

"CAREER: A Mining-Based Approach for Consistent and Timely Adaptation of Component-Based Software"
Duration: 2/1/2013 – 1/31/2019
Investigator: Sam Malek (Sole PI)
Award Amount: $451,481

G8.    Army Research Office (ARO)
"Architecture-Based Self-Securing Systems"
Duration: 10/1/2012 – 9/30/2015
Investigators: Sam Malek (PI at GMU), William Scherlis (Lead PI at CMU) and colleagues at CMU
GMU Award Amount: $200,000

G7.    Federal Bureau of Investigation (FBI)
"Automated Security Testing and Analysis of Android Applications"
Duration: 9/12/2012 – 9/11/2014
Investigator: Sam Malek (Sole PI)
Award Amount: $90,000

G6.    Defense Advanced Research Projects Agency (DARPA)
"Engineering Highly Adaptive Resilient Software Systems"
Duration: 4/25/2011 – 5/31/2016
Investigator: Sam Malek (Sole PI)
Award Amount: $949,065

G5.    National Science Foundation (NSF)
"Mining the Execution History of a Software System to Infer the Best Time for its Adaptation"
Duration: 2/1/2012 – 1/31/2014
Investigator: Sam Malek (Sole PI)
Award Amount: $80,000

G4.    Science Applications International Corporation (SAIC)
"COTS Very Small Computing Platforms - Tactical"
Duration: 1/1/2010 – 6/30/2011
Investigator: Sam Malek (Sole PI)
Award Amount: $224,470

G3.    Science Applications International Corporation (SAIC)
"COTS Very Small Computing Platforms - Security"
Duration: 1/1/2010 – 6/30/2011
Investigator: Sam Malek (Sole PI)
Award Amount: $99,415

G2.    National Science Foundation (NSF)
"SASSY: Self-Architecting Software Systems"
Duration: 06/15/2008 – 06/1/2011
Investigators: Sam Malek (Co-PI at GMU), Daniel A. Menasce (PI at GMU), Hassan Gomaa (Co-PI at GMU), and Joao P. Sousa (Co-PI at GMU)
Award Amount: $479,996

G1.   US Army Topographic Engineering Center
      Duration: 12/20/2006 – 12/20/2010
      Investigators: Sam Malek (Co-PI at GMU), Michael Hieb (PI at GMU), and Mark Pullen (Co-PI
      at GMU)
      Award Amount: $133,187

# 5   PUBLICATIONS

## 5.1   JOURNAL ARTICLES

J26.   Negar Ghorbani, Tarandeep Singh, Joshua Garcia, and Sam Malek. "Darcy: Automatic
       Architectural Inconsistency Resolution in Java." Accepted to appear, *IEEE Transactions on
       Software Engineering (TSE)*.

J25.   Sejin Jung, Junbeom Yoo, and Sam Malek. "A Systematic Co-engineering of Safety and Security
       Analysis in Requirements Engineering Process." *Elsevier International Journal of Critical
       Infrastructure Protection*, Vol 43, December 2023.

J24.   Negar Ghorbani, Reyhaneh Jabbarvand, Navid Salehnamadi, Joshua Garcia, and Sam Malek.
       "DeltaDroid: Dynamic Delivery Testing in Android." *ACM Transactions on Software Engineering
       and Methodology (TOSEM)*, Vol. 32, No. 4, May 2023.

J23.   Jun-Wei Lin, Navid Salehnamadi, and Sam Malek. "ROUTE: Roads Not Taken in UI Testing."
       *ACM Transactions on Software Engineering and Methodology (TOSEM)*, Vol. 32, No. 3, April
       2023.

J22.   Joshua Garcia, Ehsan Kouroshfar, Negar Ghorbani, and Sam Malek. "Forecasting Architectural
       Decay from Evolutionary History." *IEEE Transactions on Software Engineering (TSE)*, Vol. 48,
       No. 7, July 2022.

J21.   Hamid Bagheri, Jianghao Wang, Jarod Aerts, Negar Ghorbani, and Sam Malek. "Flair: Efficient
       Analysis of Android Inter-Component Vulnerabilities in Response to Incremental Changes."
       *Springer Journal of Empirical Software Engineering (EMSE)*, Vol. 26, No. 54, April 2021.

J20.   Mahmoud Hammad, Hamid Bagheri, and Sam Malek. "DelDroid: An Automated Approach for
       Determination and Enforcement of Least-Privilege Architecture in Android." *Journal of Systems
       and Software (JSS)*, Special Section on Architecting Autonomous and Smart Systems. Vol 149,
       March 2019.

J19.   Joshua Garcia, Mahmoud Hammad, and Sam Malek. "Lightweight, Obfuscation-Resilient
       Detection and Family Identification of Android Malware." *ACM Transactions on Software
       Engineering and Methodology (TOSEM)*, Vol. 26, No. 3, January 2018. (Journal First)

J18.   Hamid Bagheri, Eunsuk Kang, Sam Malek, and Daniel Jackson. "A Formal Approach for Detection
       of Security Flaws in the Android Permission System." *Springer Journal on Formal Aspects of
       Computing*, Pages 1-20, November 2017.

J17.   Alireza Sadeghi, Hamid Bagheri, Joshua Garcia, and Sam Malek. "A Taxonomy and Qualitative
       Comparison of Program Analysis Techniques for Security Assessment of Android Software." *IEEE
       Transactions on Software Engineering (TSE)*, Vol. 43, No. 6, June 2017. (Journal First)

J16.   Alireza Sadeghi, Naeem Esfahani, and Sam Malek. "Ensuring the Consistency of Adaptation
       through Inter- and Intra-Component Dependency Analysis." *ACM Transactions on Software
       Engineering and Methodology (TOSEM)*, Vol. 26, No. 1, May 2017. (Journal First)

Malek Curriculum Vitae                                                            January 22, 2025

J15.  Hamid Bagheri, Joshua Garcia, Alireza Sadeghi, Sam Malek, and Nenad Medvidovic. "Software Architectural Principles in Contemporary Mobile Software: from Conception to Practice." *Journal of Systems and Software (JSS)*, Vol. 119, Pages 31-44, September 2016.

J14.  Naeem Esfahani, Eric Yuan, Kyle R. Canavera, and Sam Malek. "Inferring Software Component Interaction Dependencies for Adaptation Support." *ACM Transactions on Autonomous and Adaptive Systems (TAAS)*, Vol. 10, No. 4, February 2016.

J13.  Hamid Bagheri, Alireza Sadeghi, Joshua Garcia, and Sam Malek. "COVERT: Compositional Analysis of Android Inter-App Permission Leakage." *IEEE Transactions on Software Engineering (TSE),* Vol. 41, No. 9, September 2015.

J12.  Eric Yuan, Naeem Esfahani, and Sam Malek. "A Systematic Survey of Self-Protecting Software Systems." *ACM Transactions on Autonomous and Adaptive Systems (TAAS)*, Vol. 8, No. 4, January 2014.

J11.  Deshan Cooray, Ehsan Kouroshfar, Sam Malek, and Roshanak Roshandel. "Proactive Adaptation for Improving the Reliability of Mission-Critical, Embedded, and Mobile Software." *IEEE Transactions on Software Engineering (TSE)*, Vol. 39, No. 12, December 2013.

J10.  Naeem Esfahani, Ahmed Elkhodary, and Sam Malek. "A Learning-Based Framework for Engineering Feature-Oriented Self-Adaptive Software Systems." *IEEE Transactions on Software Engineering (TSE)*, Vol. 39, No. 11, November 2013.

J9.  Chris A. Mattmann, Nenad Medvidovic, Sam Malek, George Edwards, and Somo Banerjee. "A Middleware Platform for Providing Mobile and Embedded Computing Instruction to Software Engineering Students." *IEEE Transactions on Education*, Vol. 55, No. 3, pages 425-435, August 2012.

J8.  Naeem Esfahani, and Sam Malek. "Utilizing Architectural Styles to Enhance the Adaptation Support of Middleware Platforms." *Journal of Information and Software Technology (IST)*, Vol. 54, No. 7, pages 786-801, July 2012.

J7.  Danny Weyns, Sam Malek, and Jesper Andersson. "FORMS: Unifying Reference Model for Formal Specification of Distributed Self-Adaptive Systems." *ACM Transactions on Autonomous and Adaptive Systems (TAAS) – Special Issue on Formal Methods for Pervasive, Self-Aware and Context-Aware Systems*, Vol. 7, No. 1, pages 1-61, April 2012.

J6.  Sam Malek, Nenad Medvidovic, and Marija Mikic-Rakic. "Improving a Distributed Software System's Quality of Service via Redeployment." *IEEE Transactions on Software Engineering (TSE)*, Vol. 38, No. 1, pages 73-100, January/February 2012.

J5.  Danny A. Menasce, Hassan Gomaa, Sam Malek, and Joao Pedro Sousa. "SASSY: A Framework for Self-Architecting Service Oriented Systems." *IEEE Software,* Vol. 28, No. 6, pages 78-85, November/December 2011.

J4.  Sam Malek, Harshini Ramnath Krishnan, and Jayalakshmi Srinivasan. "Enhancing Middleware Support for Architecture-Based Development through Compositional Weaving of Styles." *Journal of Systems and Software (JSS)*, Vol. 83, No. 12, pages 2513-2527, December 2010.

J3.  Sam Malek, George Edwards, Yuriy Brun, Hossein Tajalli, Joshua Garcia, Ivo Krka, Nenad Medvidovic, Marija Mikic-Rakic, Gaurav Sukhatme. "An Architecture-Driven Software Mobility Framework." *Journal of Systems and Software (JSS)*, special issue on Software Architecture and Mobility, Vol. 83, No. 6, pages 972-989, June 2010.

J2.  Sam Malek, Marija Mikic-Rakic, and Nenad Medvidovic. "A Style-Aware Architectural Middleware for Resource-Constrained, Distributed Systems." *IEEE Transactions on Software Engineering (TSE)*, Vol. 31, No. 3, pages 256-272, March 2005.

J1.   Nenad Medvidovic, Marija Mikic-Rakic, Nikunj Mehta, and Sam Malek. "Software Architectural Support for Handheld Computing." *IEEE Computer – Special Issue on Handheld Computing,* Vol. 36, No. 9, pages 66-73, September 2003.

## 5.2   CONFERENCE PUBLICATIONS

C98.   Mahan Tafreshipour, Anmol Deshpande, Forough Mehralian, Iftekhar Ahmed, and Sam Malek. "Ma11y: A Mutation Framework for Web Accessibility Testing." In *proceedings of the 33rd ACM SIGSOFT International Symposium on Software Testing and Analysis (ISSTA 2024)*, Vienna, Austria, September 2024.

C97.   Ziyao He, Syed Fatiul Huq, and Sam Malek. ""I tend to view ads almost like a pestilence": On the Accessibility Implications of Mobile Ads for Blind Users." In *proceedings of the 46th IEEE/ACM International Conference on Software Engineering (ICSE 2024)*, Lisbon, Portugal, April 2024. (22% acceptance rate)

C96.   Pooja Naresh Bhatia, and Sam Malek. "A Historical Review of Web Accessibility Using WAVE." In *proceedings of 5th Workshop on Gender Equality, Diversity, and Inclusion in Software Engineering (GE 2024)*, Lisbon, Portugal, April 2024.

C95.   Syed Fatiul Huq, Abdulaziz Alshayban, Ziayo He, and Sam Malek. "#AllyDev: Understanding Contemporary Software Accessibility Practices from Twitter Conversations." In *proceedings of the ACM CHI Conference on Human Factors in Computing Systems (CHI 2023)*, Hamburg, Germany, April 2023. (28% acceptance rate)

C94.   Navid Salehnamadi, Ziyao He, and Sam Malek. "Assistive-Technology Aided Manual Accessibility Testing in Mobile Apps, Powered by Record-and-Replay." In *proceedings of the ACM CHI Conference on Human Factors in Computing Systems (CHI 2023)*, Hamburg, Germany, April 2023. (28% acceptance rate)

C93.   Abdulaziz Alshayban, and Sam Malek. "AccessiText: Automated Detection of Text Accessibility Issues in Android Apps." In *proceeding of the 30th ACM Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2022)*, Singapore, November 2022. (22% acceptance rate)

C92.   Forough Mehralian, Navid Salehnamadi, Syed Fatiul Huq, and Sam Malek. "Too Much Accessibility is Harmful! Automated Detection and Analysis of Overly Accessible Elements in Mobile Apps." In *proceedings of the 37th IEEE/ACM International Conference on Automated Software Engineering (ASE 2022)*, Michigan, United States, October 2022. (21% acceptance rate)

C91.   Navid Salehnamadi, Forough Mehralian, and Sam Malek. "Groundhog: An Automated Accessibility Crawler for Mobile Apps." In *proceedings of the 37th IEEE/ACM International Conference on Automated Software Engineering (ASE 2022)*, Michigan, United States, October 2022. (21% acceptance rate)

C90.   Jun-Wei Lin and Sam Malek. "GUI Test Transfer from Web to Android." In *proceedings of the 15th IEEE International Conference on Software Testing, Verification and Validation (ICST 2022)*, Virtual Event, April 2022. (26% acceptance rate)

C89.   Mahmoud Hammad, Ibrahim Abueisa, and Sam Malek. "Tool-Assisted Componentization of Java Applications." In *proceedings of the 19th IEEE International Conference on Software Architecture (ICSA 2022)*, Honolulu, Hawaii, March 2022. (20% acceptance rate)

C88.   Faraz YazdaniBanafsheDaragh and Sam Malek. "Deep GUI: Black-box GUI Input Generation with Deep Learning." In *proceedings of the IEEE/ACM Automated Software Engineering Conference (ASE 2021)*, Melbourne, Australia, November 2021. (27% acceptance rate)

C87.    Forough Mehralian, Navid Salehnamadi, and Sam Malek. "Data-Driven Accessibility Repair Revisited: On the Effectiveness of Generating Labels for Icons in Android Apps." In *proceedings of the ACM Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2021)*, Athens, Greece, August 2021. (24% acceptance rate)

C86.    Navid Salehnamadi, Abdulaziz Alshayban, Jun-Wei Lin, Iftekhar Ahmed, Stacy Branham, and Sam Malek. "Latte: Use-Case Assistive-Service Driven Automated Accessibility Testing Framework for Android." In *proceedings of the ACM Conference on Human Factors in Computing System (CHI 2021)*, Yokohama, Japan, May 2021. (26% acceptance rate)

C85.    Joshua Garcia, Mehdi Mirakhorli, Lu Xiao, Yutong Zhao, Ibrahim Mujhid, Khoi Pham, Ahmet Okutan, Sam Malek, Rick Kazman, Yuanfang Cai, and Nenad Medvidovic. "Constructing a Shared Infrastructure for Software Architecture Analysis and Maintenance." In *proceedings of the IEEE International Conference on Software Architecture (ICSA 2021)*, Stuttgart, Germany, March 2021. (28% acceptance rate)

C84.    Navid Salehnamadi, Abdulaziz Alshayban, Iftekhar Ahmed, and Sam Malek. "ER Catcher: A Static Analysis Framework for Accurate and Scalable Even-Race Detection in Android." In *proceedings of the 35th IEEE/ACM International Conference on Automated Software Engineering (ASE 2020)*, Melbourne, Australia, September 2020. (22% acceptance rate)

C83.    Jun-Wei Lin, Navid Salehnamadi, and Sam Malek. "Test Automation in Open-Source Android Apps: A Large-Scale Empirical Study." In *proceedings of the 35th IEEE/ACM International Conference on Automated Software Engineering (ASE 2020)*, Melbourne, Australia, September 2020. (22% acceptance rate)

C82.    Reyhaneh Jabbarvand, Forough Mehralian, and Sam Malek. "Automated Construction of Energy Test Oracle for Android." In *proceeding of the ACM joint meeting of the European Software Engineering Conference and ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2020)*, Sacramento, CA, November 2020. (28% acceptance rate)

C81.    Navid Salehnamadi, Abdulaziz Alshayban, Iftekhar Ahmed, and Sam Malek. "A Benchmark for Event-Race Analysis in Android Apps." In *proceedings of the 18th ACM International Conference on Mobile Systems, Applications, and Services (MobiSys 2020)*, *Poster track*, Toronto, Canada, June 2020.

C80.    Abdulaziz Alshayban, Iftekhar Ahmed, and Sam Malek. "Accessibility Issues in Android Apps: State of Affairs, Sentiments, and Ways Forward." In *proceedings of the 42nd International Conference on Software Engineering (ICSE 2020)*, Seoul, South Korea, May 2020. (22% acceptance rate)

C79.    Jun-Wei Lin, Reyhaneh Jabbarvand, and Sam Malek. "Test Transfer Across Mobile Apps Through Semantic Mapping." In p*roceedings of the 34th International Conference on Automated Software Engineering (ASE 2019)*, San Diego, USA, November 2019. (21% acceptance rate)

C78.    Reyhaneh Jabbarvand, Jun-Wei Lin, and Sam Malek. "Search-Based Energy Testing of Android." In *proceedings of the 41st International Conference on Software Engineering (ICSE 2019)*, Montreal, Canada, May 2019. (21% acceptance rate)

C77.    Negar Ghorbani, Joshua Garcia, and Sam Malek. "Detection and Repair of Architectural Inconsistences in Java." In *proceedings of the 41st International Conference on Software Engineering (ICSE 2019)*, Montreal, Canada, May 2019. (21% acceptance rate)

C76.    Mahmoud Hammad, Joshua Garcia, and Sam Malek. "SALMA: Self-Protection of Android Systems from Inter-Component Communication Attacks." In *proceedings of the 33rd IEEE/ACM International Conference on Automated Software Engineering (ASE 2018)*, Montpellier, France, September 2018. (19% acceptance rate)

C75.    Hamid Bagheri, Jianghao Wang, Jarod Aerts, and Sam Malek. "Efficient, Evolutionary Security Analysis of Interacting Android Apps." In *proceedings of the 34th IEEE International Conference on Software Maintenance and Evolution (ICSME 2018)*, Madrid, Spain, September 2018. (25% acceptance rate - best paper nominee)

C74.    Alireza Sadeghi, Reyhaneh Jabbarvand, Negar Ghorbani, Hamid Bagheri, and Sam Malek. "A Temporal Permission Analysis and Enforcement Framework for Android." In *proceedings of the 40th International Conference of Software Engineering (ICSE 2018)*, Gothenburg, Sweden, May 2018. (21% acceptance rate).

C73.    Jun-Wei Lin, Reyhaneh Jabbarvand, Joshua Garcia, and Sam Malek. "Nemo: Multi-Criteria Test-Suite Minimization with Integer Nonlinear Programming." In *proceedings of the 40th International Conference of Software Engineering (ICSE 2018), Gothenburg, Sweden, May 2018. (21% acceptance rate).*

C72.    Mahmoud Hammad, Joshua Garcia, and Sam Malek. "A Large-Scale Empirical Study on the Effects of Code Obfuscations on Android Apps and Anti-Malware Products." In *proceedings of the 40th International Conference of Software Engineering (ICSE 2018), Gothenburg, Sweden, May 2018. (21% acceptance rate).*

C71.    Joshua Garcia, Mahmoud Hammad, Negar Ghorbani, and Sam Malek. "Automatic Generation of Inter-Component Communication Exploits for Android Applications." In *proceedings of the 11th Joint Meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2017)*, Paderborn, Germany, September 2017. (24% acceptance rate)

C70.    Alireza Sadeghi, Reyhaneh Jabbarvand, and Sam Malek. "PATDroid: Permission-Aware GUI Testing of Android." In *proceedings of the 11th Joint Meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2017)*, Paderborn, Germany, September 2017. (24% acceptance rate)

C69.    Reyhaneh Jabbarvand and Sam Malek. "μDroid: An Energy-Aware Mutation Testing Framework for Android." In *proceedings of the 11th Joint Meeting of the European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2017)*, Paderborn, Germany, September 2017. (24% acceptance rate)

C68.    Alireza Sadeghi, Naeem Esfahani and Sam Malek. "Mining Mobile App Markets for Prioritization of Security Assessment Effort." In *proceedings of the 2nd International Workshop on App Market Analytics*, Paderborn, Germany, September 2017.

C67.    Mahmoud Hammad, Hamid Bagheri, and Sam Malek. "DELDroid: Determination and Enforcement of Least-Privilege Architecture in Android." In *proceedings of the IEEE International Conference on Software Architecture (ICSA 2017)*, Gothenburg, Sweden, April 2017. (22% acceptance rate – best paper nominee)

C66.    Hamid Bagheri and Sam Malek. "Titanium: Efficient Analysis of Evolving Alloy Specifications." In *proceedings of the 24th ACM SIGSOFT International Symposium on the Foundations of Software Engineering (FSE 2016)*, Seattle, WA, November 2016. (27% acceptance rate)

C65.    Bradley Schmerl, Jeff Gennari, Alireza Sadeghi, Hamid Bagheri, Sam Malek, Javier Camara, and David Garlan. "Architecture Modeling and Analysis of Security in Android Systems." In *proceedings of the 10th European Conference on Software Architecture (ECSA 2016)*, Istanbul, Turkey, September 2016. (14% acceptance rate for full papers)

C64.    Reyhaneh Jabbarvand, Alireza Sadeghi, Hamid Bagheri, and Sam Malek. "Energy-Aware Test-Suite Minimization for Android Apps." In *proceedings of the International Symposium on Software Testing and Analysis (ISSTA 2016)*, Saarbrücken, Germany, July 2016. (25% acceptance rate)

C63.    Hamid Bagheri, Alireza Sadeghi, Reyhaneh Jabbarvand Behrouz, and Sam Malek. "Practical, Formal Synthesis and Autonomic Enforcement of Security Policies for Android." In *proceedings of the 46th Annual IEEE/IFIP International Conference on Dependable Systems and Networks (DSN 2016)*, Toulouse, France, June 2016. (20% acceptance rate)

C62.    Nariman Mirzaei, Joshua Garcia, Hamid Bagheri, Alireza Sadeghi, and Sam Malek. "Reducing Combinatorics in GUI Testing of Android Applications." In *proceedings of the 38th International Conference on Software Engineering (ICSE 2016)*, Austin, TX, May 2016. (19% acceptance rate)

C61.    Eric Yuan and Sam Malek. "Mining Software Component Interactions to Detect Security Threats at the Architectural Level." In *proceedings of the 13th Working IEEE/IFIP Conference on Software Architecture (WICSA 2016)*, Venice, Italy, April 2016. (20% acceptance rate)

C60.    Nariman Mirzaei, Hamid Bagheri, Riyadh Mahmood, and Sam Malek. "SIG-Droid: Automated System Input Generation for Android Applications." In *proceedings of the 26th IEEE International Symposium on Software Reliability Engineering (ISSRE 2015)*, Gaithersburg, MD, November 2015. (19% acceptance rate)

C59.    Hamid Bagheri, Eunsuk Kang, Sam Malek, and Daniel Jackson. "Detection of Design Flaws in Android Permission Protocol through Bounded Verification." In *proceedings of the 20th International Symposium on Formal Methods (FM 2015)*, Oslo, Norway, June 2015. (26% acceptance rate – best paper nominee)

C58.    Ehsan Kouroshfar, Mehdi Mirakhorli, Hamid Bagheri, Lu Xiao, Sam Malek, and Yuanfang Cai. "A Study on the Role of Software Architecture in the Evolution and Quality of Software." In *proceedings of the 12th Working Conference on Mining Software Repositories (MSR 2015)*, Florence, Italy, May 2015. (30% acceptance rate)

C57.    Reyhaneh Jabbarvand, Alireza Sadeghi, Joshua Garcia, Sam Malek, and Paul Ammann. "EcoDroid: An Approach for Energy-Based Ranking of Android Apps." In *proceedings of the 4th International Workshop on Green and Sustainable Software (GREENS 2015)*, Florence, Italy, May 2015.

C56.    Alireza Sadeghi, Hamid Bagheri, and Sam Malek. "Analysis of Android Inter-App Security Vulnerabilities Using COVERT." In *proceedings of the 37th International Conference on Software Engineering (ICSE 2015), Demonstrations Track*, Florence, Italy, May 2015.

C55.    Riyadh Mahmood, Nariman Mirzaei, and Sam Malek. "EvoDroid: Segmented Evolutionary Testing of Android Apps." In *proceedings of the 22nd ACM SIGSOFT International Symposium on the Foundations of Software Engineering (FSE 2014)*, Hong Kong, China, November 2014. (22% acceptance rate)

C54.    Sam Malek, Hamid Bagheri, and Alireza Sadeghi." Automated Detection and Mitigation of Inter-Application Security Vulnerabilities in Android." In *proceedings of the 2nd International Workshop on Software Development Lifecycle for Mobile (DeMobile 2014)*. Hong Kong, China, November 2014.

C53.    Eric Yuan, Naeem Esfahani, and Sam Malek. "Automated Mining of Software Component Interactions for Self-Adaptation." In *proceedings of the 9th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2014)*, Hyderabad, India, June 2014. (19% acceptance rate – best paper nominee)

C52.    Alireza Sadeghi, Naeem Esfahani, and Sam Malek. "Mining the Categorized Software Repositories to Improve the Analysis of Security Vulnerabilities." In *proceedings of the 17th International Conference on Fundamental Approaches to Software Engineering (FASE 2014)*, Grenoble, France, April 2014. (22% acceptance rate)

C51.    Eric Yuan, Sam Malek, Bradley Schmerl, David Garlan, and Jeff Gennari. "Architecture-Based Self-Protecting Software Systems." In *proceedings of the 9th International ACM SIGSOFT Conference on Quality of Software Architectures (QoSA 2013)*, Vancouver, Canada, June 2013.

C50.    Naeem Esfahani, Sam Malek, Kaveh Razavi. "GuideArch: Guiding the Exploration of Architectural Solution Space under Uncertainty." In *proceedings of the 35th International Conference on Software Engineering (ICSE 2013)*, San Francisco, California, May 2013. (18% acceptance rate)

C49.    Kyle R. Canavera, Naeem Esfahani, and Sam Malek. "Mining the Execution History of a Software System to Infer the Best Time for its Adaptation." In *proceedings of the 20th ACM SIGSOFT International Symposium on the Foundations of Software Engineering (FSE 2012)*, Cary, North Carolina, November 2012. (17% acceptance rate)

C48.    Naeem Esfahani, Kaveh Razavi, Sam Malek. "Dealing with Uncertainty in Early Software Architecture." In *proceedings of the 20th ACM SIGSOFT International Symposium on the Foundations of Software Engineering (FSE 2012)*, New Ideas and Emerging Results track, Cary, North Carolina, November 2012. (20% acceptance rate)

C47.    Nariman Mirzaei, Sam Malek, Corina S. Păsăreanu, Naeem Esfahani, Riyadh Mahmood. "Testing Android Apps through Symbolic Execution." In *proceedings of the Java Pathfinder Workshop (JPF 2012)*, Cary, North Carolina, November 2012.

C46.    Riyadh Mahmood, Naeem Esfahani, Thabet Kacem, Nariman Mirzaei, Sam Malek, and Angelos Stavrou. "A Whitebox Approach for Automated Security Testing of Android Applications on the Cloud." In *proceedings of the 7th International Workshop on Automation of Software Test (AST 2012)*, Zurich, Switzerland, June 2012.

C45.    Sam Malek, Naeem Esfahani, Thabet Kacem, Riyadh Mahmood, Nariman Mirzaei, and Angelos Stavrou. "A Framework for Automated Security Testing of Android Applications on the Cloud." In *proceedings of the 6th International Conference on Software Security and Reliability (SERE 2012)*, Washington, District of Columbia, June 2012.

C44.    Eric Yuan, and Sam Malek. "A Taxonomy and Survey of Self-Protecting Software Systems." In *proceedings of the 7th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2012)*, Zurich, Switzerland, June 2012. (30% acceptance rate – best paper nominee)

C43.    Danny Weyns, M. Usman Iftikhar, Sam Malek, and Jesper Andersson. "Claims and Supporting Evidence for Self-Adaptive Systems – A Literature Study." In *proceedings of the 7th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2012)*, Zurich, Switzerland, June 2012. (30% acceptance rate)

C42.    Naeem Esfahani, Ehsan Kouroshfar, and Sam Malek. "Taming Uncertainty in Self-Adaptive Software." In *proceedings of the 8th joint meeting of the European Software Engineering Conference and ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2011)*, Szeged, Hungary, September 2011. (16% acceptance rate)

C41.    Pieter Vromant, Danny Weyns, Sam Malek, and Jesper Andersson. "On Interacting Control Loops in Self-Adaptive Systems." In *proceedings of the 6th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2011)*, Honolulu, Hawaii, May 2011. (27% acceptance rate)

C40.    Ahmed Elkhodary, Naeem Esfahani, and Sam Malek. "FUSION: A Framework for Engineering Self-Tuning Self-Adaptive Software Systems." In *proceedings of the 18th ACM SIGSOFT International Symposium on the Foundations of Software Engineering (FSE 2010)*, Santa Fe, New Mexico, November 2010. (20% acceptance rate)

C39.    Deshan Cooray, Sam Malek, Roshanak Roshandel, and David Kilgore. "RESISTing Reliability Degradation through Proactive Reconfiguration." In *proceedings of the 25th IEEE/ACM International Conference on Automated Software Engineering (ASE 2010)*, Antwerp, Belgium, September 2010. (17% acceptance rate)

C38.    Naeem Esfahani, and Sam Malek. "Utilizing Architectural Styles to Enhance Adaptation Support in Middleware Platforms." In *proceedings of the 4th European Conference on Software Architectures (ECSA 2010)*, Copenhagen, Denmark, August 2010.

C37.    Deshan Cooray, Sam Malek, and Roshanak Roshandel. "Context-Driven Optimization of Mobile Service-Oriented Systems for Improving their Resilience." In *proceedings of the IEEE International Workshop on Engineering Mobile Service-Oriented Systems (EMSOS 2010)*, Miami, FL, July 2010.

C36.    Danny Weyns, Sam Malek, and Jesper Andersson. "FORMS: A Formal Reference Model for Self-Adaptation." In *proceedings of the 7th IEEE International Conference on Autonomic Computing (ICAC 2010)*, Washington, DC, June 2010. (25% acceptance rate)

C35.    Daniel A. Menasce, Joao Pedro Sousa, Sam Malek, and Hassan Gomaa. "QoS Architectural Patterns for Self-Architecting Software Systems." In *proceedings of the 7th IEEE International Conference on Autonomic Computing (ICAC 2010)*, Washington, DC, June 2010. (25% acceptance rate)

C34.    Naeem Esfahani, and Sam Malek. "Social Computing Networks: A New Paradigm for Engineering Pervasive Software Systems." In *proceedings of the 32nd International Conference on Software Engineering (ICSE 2010),* New Ideas and Emerging Results Track, Cape Town, South Africa, May 2010. (25% acceptance rate)

C33.    Danny Weyns, Sam Malek, and Jesper Andersson. "On Decentralized Self-Adaptation: Lessons from the Trenches and Challenges for the Future." In *proceedings of the ICSE workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2010)*, Cape Town, South Africa, May 2010.

C32.    Joao Pedro Sousa, Zeynep Zengin, and Sam Malek. "Towards Multi-Design of Situated Service-Oriented Systems." In proceedings of the ICSE workshop on Principles of Engineering Service Oriented Systems (PESOS 2010), Cape Town, South Africa, May 2010.

C31.    Hassan Gomaa, Koji Hashimoto, Minseong Kim, Sam Malek, and Daniel A. Menasce. "Software Adaptation Patterns for Service-Oriented Architectures." In *proceedings of the 25th ACM Symposium on Applied Computing (SAC 2010), Dependable and Adaptive Distributed Systems (DADS) track*, Sierre, Switzerland, March 2010. (30% acceptance rate)

C30.    Daniel A. Menasce, John M. Ewing, Hassan Gomaa, Sam Malek, and Joao P. Sousa. "A Framework for Utility-Based Service Oriented Design in SASSY." In *proceedings of the Joint WOSP/SIPEW International Conference on Performance Engineering (WOSP/SIPEW 2010)*, San Jose, California, January 2010. (25% acceptance rate)

C29.    Ahmed Elkhodary, Sam Malek, and Naeem Esfahani. "On the Role of Features in Analyzing the Architecture of Self-Adaptive Software Systems." In *proceedings of the 4th International Workshop on Models at Runtime (MRT 2009)*, Denver, Colorado, October 2009. (20% acceptance rate for full papers)

C28.   Naeem Esfahani, Sam Malek, Joao Pedro Sousa, Hassan Gomaa, and Daniel A. Menasce. "A Modeling Language for Activity-Oriented Composition of Service-Oriented Software Systems." In *proceedings of the ACM/IEEE 12th International Conference on Model Driven Engineering Languages and Systems (MODELS 2009)*, Denver, Colorado, October 2009. (16% acceptance rate)

C27.   Chiyoung Seo, George Edwards, Daniel Popescu, Sam Malek, and Nenad Medvidovic. "A Framework for Estimating the Energy Consumption Induced by a Distributed System's Architectural Style." In *proceedings of the ESEC/FSE workshop on Specification and Verification of Component-Based Systems (SAVCBS 2009)*, Amsterdam, Netherlands, August 2009.

C26.   Sam Malek, Roshanak Roshandel, David Kilgore, and Ibrahim Elhag. "Improving the Reliability of Mobile Software Systems through Continuous Analysis and Proactive Reconfiguration." In *proceedings of the International Conference on Software Engineering (ICSE 2009)*, New Ideas and Emerging Results Track, Vancouver, Canada, May 2009. (17% acceptance rate)

C25.   Jesper Anderson, Rogerio de Lemos, Sam Malek, and Danny Weyns. "Reflecting on Self-Adaptive Software Systems." In *proceedings of the ICSE 2009 Workshop on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2009)*, Vancouver, Canada, May 2009.

C24.   Sam Malek, Naeem Esfahani, Danny Menasce, Joao Sousa, and Hassan Gomaa. "Self-Architecting Software Systems (SASSY) from QoS-Annotated Activity Models." In *proceedings of the ICSE 2009 Workshop on Principles of Engineering Service-Oriented Systems (PESOS 2009)*, Vancouver, Canada, May 2009. (23% acceptance rate)

C23.   Chiyoung Seo, Sam Malek, and Nenad Medvidovic. "Component-Level Energy Consumption Estimation for Distributed Java-Based Software Systems." In *proceedings of the 11th International Symposium on Component Based Software Engineering (CBSE 2008)*, Karlsruhe, Germany, October 2008.

C22.   Sam Malek. "Dealing with the Crosscutting Structure of Software Architectural Styles." In *proceedings of the 32nd Annual IEEE International Computer Software and Applications Conference (COMPSAC 2008)*, Turku, Finland, July 2008. (20% acceptance rate)

C21.   Marija Mikic-Rakic, Sam Malek, and Nenad Medvidovic. "Architecture-Driven Software Mobility in Support of QoS Requirements." In *proceedings of the International Workshop on Software Architectures and Mobility (SAM 2008)*, Leipzig, Germany, May 2008.

C20.   Roshanak Roshandel, and Sam Malek. "Refining Reliability Estimation of Mobile Software Systems." In *proceedings of the International Workshop on Software Architectures and Mobility (SAM 2008)*, Leipzig, Germany, May 2008.

C19.   Chiyoung Seo, Sam Malek, and Nenad Medvidovic. "Estimating the Energy Consumption in Pervasive Java-Based Systems." In *proceedings of the 6th IEEE International Conference on Pervasive Computing and Communications (PerCom 2008)*, Hong Kong, March 2008.

C18.   Sam Malek. "Effective Realization of Software Architectural Styles with Aspects." In *proceedings of the 7th Working IEEE/IFIP Conference on Software Architecture (WICSA 2008)*, Vancouver, BC, Canada, February 2008.

C17.   Chiyoung Seo, George Edwards, Sam Malek, and Nenad Medvidovic. "A Framework for Estimating the Impact of a Distributed Software System's Architectural Style on its Energy Consumption." In *proceedings of the 7th Working IEEE/IFIP Conference on Software Architecture (WICSA 2008)*, Vancouver, BC, Canada, February 2008.

C16.   George Edwards, Chiyoung Seo, Daniel Popescu, Sam Malek, and Nenad Medvidovic. "Self-* Software Architectures and Component Middleware in Pervasive Environments." In *proceedings*

*of the 5th International Workshop on Middleware for Pervasive and Ad-Hoc Computing (MPAC 2007)*, Newport Beach, California, November 2007.

C15. Chiyoung Seo, Sam Malek, and Nenad Medvidovic. "An Energy Consumption Framework for Distributed Java-Based Systems." In *proceedings of the 22nd IEEE/ACM International Conference on Automated Software Engineering (ASE 2007)*, Atlanta, Georgia, November 2007.

C14. Nenad Medvidovic, and Sam Malek. "Software Deployment Architecture and Quality-of-Service in Pervasive Environments." In *proceedings of the International Workshop on the Engineering of Software Services for Pervasive Environments (ESSPE 2007)*, Dubrovnik, Croatia, September 2007.

C13. Sam Malek, Chiyoung Seo, Sharmila Ravula, Brad Petrus, and Nenad Medvidovic. "Reconceptualizing a Family of Heterogeneous Embedded Systems via Explicit Architectural Support." In *proceedings of the 29th International Conference on Software Engineering (ICSE 2007)*, Minneapolis, Minnesota, May 2007. (25% acceptance rate)

C12. Chiyoung Seo, Sam Malek, George Edwards, Nenad Medvidovic, Brad Petrus, and Sharmila Ravula. "Exploring the Role of Software Architecture in Dynamic and Fault Tolerant Pervasive Systems." In *proceedings of the Workshop on Software Engineering of Pervasive Computing Applications, Systems and Environments (SEPCASE 07)*, Minneapolis, Minnesota, May 2007.

C11. George Edwards, Sam Malek, and Nenad Medvidovic. "Scenario-Driven Dynamic Analysis of Distributed Architectures." In *proceedings of the 10th International Conference on Fundamental Approaches to Software Engineering (FASE 2007),* Braga, Portugal, March 2007. (15% acceptance rate)

C10. Sam Malek, Chiyoung Seo, and Nenad Medvidovic. "Tailoring an Architectural Middleware Platform to a Heterogeneous Embedded Environment." In *proceedings of the 6th International Workshop on Software Engineering and Middleware (SEM 2006)*, Portland, Oregon, November 2006.

C9. Sam Malek. "A User-Centric Framework for Improving a Distributed Software System's Deployment Architecture." In *proceedings of the doctoral track at the 14th ACM SIGSOFT Symposium on Foundation of Software Engineering (FSE 2006)*, Portland, Oregon, November 2006.

C8. Sam Malek, Chiyoung Seo, Sharmila Ravula, Brad Petrus, and Nenad Medvidovic. "Providing Middleware-Level Facilities to Support Architecture-Based Development of Software Systems in Pervasive Environments." In *proceedings of the 4th International Workshop on Middleware for Pervasive and Ad-Hoc Computing (MPAC 2006)*, Melbourne, Australia, November 2006.

C7. Sam Malek, Marija Mikic-Rakic, and Nenad Medvidovic. "A Decentralized Redeployment Algorithm for Improving the Availability of Distributed Systems." In *proceedings of the 3rd International Conference on Component Deployment (CD 2005)*, Grenoble, France, November 2005.

C6. Marija Mikic-Rakic, Sam Malek, and Nenad Medvidovic. "Improving Availability in Large, Distributed, Component-Based Systems via Redeployment." In *proceedings of the 3rd International Conference on Component Deployment (CD 2005)*, Grenoble, France, November 2005.

C5. Christian Mattmann, Sam Malek, Nels Beckman, Marija Mikic-Rakic, Nenad Medvidovic, and Daniel Crichton. "GLIDE: A Grid-based Lightweight Infrastructure for Data-intensive Environments." In *proceedings of the European Grid Conference (EGC 2005)*, Amsterdam, Netherlands, February 2005.

C4. Sam Malek, Marija Mikic-Rakic, Nenad Medvidovic. "An Extensible Framework for Autonomic Analysis and Improvement of Distributed Deployment Architectures." In *proceedings of the ACM SISGSOFT Workshop on Self-Managed Systems (WOSS 2004)*, Newport Beach, California, October 2004.

C3. Marija Mikic-Rakic, Sam Malek, Nels Beckman, and Nenad Medvidovic. "A Tailorable Environment for Assessing the Quality of Deployment Architectures in Highly Distributed Settings." In *proceedings of the 2nd International Conference on Component Deployment (CD 2004)*, Edinburgh, Scotland, May 2004.

C2. Marija Mikic-Rakic, Sam Malek, Nels Beckman, and Nenad Medvidovic. "Improving Availability of Distributed Event-Based Systems via Run-Time Monitoring and Analysis." In *proceedings of the Twin Workshop on Architecting Dependable Systems (WADS 2004)*, Edinburgh, UK, May 2004, and Florence, Italy, June 2004.

C1. Nenad Medvidovic, Sam Malek, and Marija Mikic-Rakic. "Software Architectures and Embedded Systems." In *proceedings of the Monterey Workshop on Software Engineering for Embedded Systems*, Chicago, Illinois, September 24-26, 2003.

## 5.3   BOOK CHAPTERS

B9. Sam Malek, Hamid Bagheri, Joshua Garcia, and Alireza Sadeghi. "Security and Software Engineering." In *Handbook of Software Engineering*, Editors Kyo Chul Kang, Richard Taylor, and Sungdeok Cha, Springer, 1st edition, 2019.

B8. Danny Weyns, Nelly Bencomo, Radu Calinescu, Javier Camara, Carlo Ghezzi, Vincenzo Grassi, Larse Grunske, Paola Inverardi, Jean-Marc Jezequel, Sam Malek, Raffaela Mirandola, Marco Mori, Giordano Tamburrelli. "Perpetual Assurances for Self-Adaptive Systems." In *Software Engineering for Self-Adaptive Systems 3*, Editors R. de Lemos, D. Garlan, C. Ghezzi, and H. Giese, Lecture Notes in Computer Science, Springer, 2017.

B7. Sam Malek, Kyle Canavera, and Naeem Esfahani. "Automated Inference Techniques to Assist with the Construction of Self-Adaptive Software." In *Managing Trade-offs in Adaptable Software Architectures.* Editors I. Mistrik, N. Ali, J. Grundy, R. Kazman, and B. Schmerl. Elsevier, 2016.

B6. Naeem Esfahani, and Sam Malek. "Uncertainty in Self-Adaptive Software Systems." In *Software Engineering for Self-Adaptive Systems 2*, Editors R. de Lemos, H. Giese, H. Müller, and M. Shaw. Lecture Notes in Computer Science Hot Topics, Springer, 2013.

B5. Danny Weyns, Bradley Schmerl, Vincenzo Grassi, Sam Malek, Raffaela Mirandola, Christian Prehofer, Jochen Wuttke, Jesper Andersson, Holger Giese, and Karl Goschka. "On Patterns for Decentralized Control in Self-Adaptive Systems." In *Software Engineering for Self-Adaptive Systems 2*, Editors R. de Lemos, H. Giese, H. Müller, and M. Shaw. Lecture Notes in Computer Science Hot Topics, Springer, 2012.

B4. Rogerio de Lemos, Holger Giese, Hausi Muller, Mary Shaw, Jesper Andersson, Luciano Baresi, Basil Becker, Nelly Bencomo, Yuriy Brun, Bojan Cikic, Ron Desmarais, Schahram Dustdar, Gregor Engels, Kurt Geihs, Karl M. Goeschka, Alessandra Gorla, Vincenzo Grassi, Poala Inverardi, Gabor Karsai, Jeff Kramer, Marin Litoiu, Antonia Lopes, Jeff Magee, Sam Malek, Serge Mankovskii, Raffaela Mirandola, John Mylopoulos, Oscar Nierstrasz, Mauro Pezze, Christian Prehofer, Wilhelm Schafer, Wilhelm Schlichting, Bradley Schmerl, Dennis B. Smith, Joao P. Sousa, Gabriel Tamura, Ladan Tahvildari, Norha M. Villegas, Thomas Vogel, Danny Weyns, Kenny Wong, Jochen Wuttke. "Software Engineering for Self-Adaptive Systems: A second Research Roadmap." In *Software Engineering for Self-Adaptive Systems 2,* Editors R. de Lemos, H. Giese, H. Müller, and M. Shaw. Lecture Notes in Computer Science Hot Topics, Springer, 2012.

B3.  Jesper Andersson, Rogerio de Lemos, Sam Malek, and Danny Weyns. "Modeling Dimensions of Self-Adaptive Software Systems." In *Software Engineering for Self-Adaptive Systems,* Editors B. H. C. Cheng, R. de Lemos, H. Giese, P. Inverardi, and J. Magee, Lecture Notes in Computer Science Hot Topics, Springer, 2009.

B2.  Betty H. C. Cheng, Rogério de Lemos, Holger Giese, Paola Inverardi, Jeff Magee, Jesper Andersson, Basil Becker, Nelly Bencomo, Yuriy Brun, Bojan Cukic, Giovanna Di Marzo Serugendo, Schahram Dustdar, Anthony Finkelstein, Cristina Gacek, Kurt Geihs, Vincenzo Grassi, Gabor Karsai, Holger M. Kienle, Jeff Kramer, Marin Litoiu, Sam Malek, Raffaela Mirandola, Hausi A. Müller, Sooyong Park, Mary Shaw, Matthias Tichy, Massimo Tivoli, Danny Weyns, Jon Whittle. "Software Engineering for Self-Adaptive Systems: A Research Roadmap." In *Software Engineering for Self-Adaptive Systems*, Editors B. H. C. Cheng, R. de Lemos, H. Giese, P. Inverardi, and J. Magee, Lecture Notes in Computer Science, Springer, 2009.

B1.  Sam Malek, Nels Beckman, Marija Mikic-Rakic, and Nenad Medvidovic. "A Framework for Ensuring and Improving Dependability in Highly Distributed Systems." In *Architecting Dependable Systems III*, Editors R. de Lemos, C. Gacek, and A. Romanowski, Springer Verlag, October 2005.

## 5.4   EDITED BOOKS AND JOURNALS

E2.  Danny Weyns, Sam Malek, Jesper Andersson, and Bradley Schmerl. "Introduction to the Special Issue on the State of the Art in Engineering Self-Adaptive Software Systems." Journal of Systems and Software (JSS), Vol. 85, No. 12, pages 2675-2677, December 2012.

E1.  Danny Weyns, Sam Malek, Rogerio de Lemos, and Jesper Andersson, eds. "Self-Organizing Architectures." *Lecture Notes in Computer Science (LNCS)*, Springer Verlag, Vol. 6090, 300 pages, September 2009. ISBN: 978-3-642-14411-0

## 5.5   DISSERTATION

- Sam Malek. "A User-Centric Approach for Improving a Distributed Software System's Deployment Architecture." PhD thesis. Computer Science Department, University of Southern California, 2007.

# 6   TEACHING

## 6.1   UNIVERSITY OF CALIFORNIA, IRVINE

- **INF 117 – Projects in Software System Design**
  Terms: Fall 2020, Fall 2021, Fall 2022
  Upper-division undergraduate course for several majors within ICS

- **INF 124 / CompSci 137 – Internet Applications Engineering**
  Terms: Spring 2016, Spring 2017, Spring 2018, Spring 2019, Spring 2021, Spring 2022
  Upper-division undergraduate course for several majors within ICS

- **SWE 221 – Software Architecture**
  Terms: Fall 2016, Fall 2017, Fall 2018, Fall 2019, Fall 2022
  Graduate-level core course for Software Engineering M.S. and Ph.D. students

- **SWE 264P – Distributed Software Architecture**
  Terms: Winter 2020, Winter 2021, Winter 2022, Winter 2023
  Graduate-level core course for Software Engineering MSWE student

- **INF 291S – Literature Survey in Software Engineering**
  Terms: Fall 2017, Spring 2018, Fall 2018, Spring 2019, Fall 2019, Spring 2020
  Graduate-level seminar course for Software Engineering M.S. and Ph.D. students

- **SWE 295 – Mobile Software Engineering**
  Terms: Winter 2023
  Graduate-level elective course for Software Engineering M.S. and Ph.D. students

## 6.2    GEORGE MASON UNIVERSITY

- **SWE 699 / CS 795 / IT 821 – Software Architecture Research Issues**
  Terms taught: Spring 2010
  Graduate-level elective course for M.S. and Ph.D. level students

- **SWE 699 / CS 795 / IT 821 – Service-Oriented Architecture**
  Terms taught: Spring 2009, Fall 2011
  Graduate-level elective course for M.S. and Ph.D. level students

- **SWE 622 – Distributed Software Engineering**
  Terms taught: Fall 2007, Spring 2008, Fall 2008, Fall 2009, Spring 2010, Spring 2011, Fall 2011, Spring 2012, Fall 2012, Spring 2013, Fall 2013, Spring 2014
  Graduate-level core course for the M.S. degree in Software Engineering

- **SWE 443 – Software Architectures**
  Terms taught: Spring 2013
  Upper-division undergraduate course for BS CS and BS ACS majors

## 6.3    UNIVERSITY OF SOUTHERN CALIFORNIA

- **CS 589 – Software Engineering for Embedded Systems**
  Teaching Assistant, Fall 2003; Guest Lecturer, Fall 2004-2006

- **CS 377 – Introduction to Software Engineering**
  Guest Lecturer, Fall 2006

# 7    SUPERVISED STUDENTS AND RESEARCHERS

## 7.1    POSTDOCTORAL ASSOCIATES

### ALUMNI

- Joshua Garcia
  July 2014 – June 2018
  First employment: Assistant Professor, University of California Irvine

- Hamid Bagheri
  September 2013 – August 2016
  First employment: Assistant Professor, University of Nebraska Lincoln
- Yonghee Shin
  August 2012 – May 2013
  First employment: Folio Investing

## 7.2 DOCTORAL DISSERTATION COMMITTEE CHAIR

### CURRENT

- Forough Mehralian
  Status: advanced to candidacy
- Syed Fatiul Huq
  Status: started in Fall 2021
- Ziyao He
  Status: started in Fall 2023
- Moumita Asad
  Status: started in Fall 2023
- Congyu Luo
  Status: started in Fall 2023

### ALUMNI

- Abdulaziz Alshayban
  Graduation date: March 2023
  Dissertation title: Automated Detection and Repair of Text Accessibility Issues
  First employment: Assistant Professor, King Saud University
- Navid Salehnamadi
  Graduation date: December 2022
  Dissertation title: Automated Assistive-Service Driven Accessibility Testing for Mobile Applications
  First employment: Senior Machine Learning Engineer, Tesla
- Negar Ghorbani
  Graduation date: August 2022
  Dissertation title: Validation and Verification of Modular Constructs in Software Applications
  First employment: Research Scientist, Meta
- Jun-Wei Lin
  Graduation date: August 2021
  Dissertation title: Advancing Automated Software Testing Through Test Reuse
  First employment: Software Engineer, MGM Resort International
- Reyhaneh Jabbarvand
  Graduation date: June 2020
  Dissertation title: Advancing Energy Testing of Android Applications
  First employment: Assistant Professor, University of Illinois Urbana-Champaign
- Mahmoud Hammad
  Graduation date: August 2018
  Dissertation title: Self-Protection of Android Systems from Inter-Component Communication Attacks
  First employment: Assistant Professor, Jordan University of Science and Technology

- Alireza Sadeghi
  Graduation date: December 2017
  Dissertation title: Efficient Permission-Aware Analysis of Android Apps
  First employment: Google Inc.
- Nariman Mirzaei
  Graduation date: August 2016
  Dissertation title: Automated Input Generation Techniques for Testing Android Applications
  First employment: Videology
- Ehsan Kouroshfar
  Graduation date: May 2016
  Dissertation title: An Empirical Study of the Interplay Between Architecture and Software Quality Using Evolutionary History of Software
  First employment: Appian Corporation
- Eric Yuan
  Graduation date: May 2016
  Dissertation title: Architecture-Based Self-Protecting Software Systems
  First employment: Aerospace Corporation
- Riyadh Mahmood
  Graduation date: May 2015
  Dissertation title: An Evolutionary Approach for System Testing of Android Applications
  First employment: Harris Corporation
- Naeem Esfahani
  Graduation date: August 2014
  Dissertation title: Management of Uncertainty in Self-Adaptive Software
  First employment: Google Inc.
- Ahmed Elkhodary
  Graduation date: December 2011
  Dissertation title: A Learning-Based Approach for Engineering Feature-Oriented Self-Adaptive Software Systems
  First employment: U.S. Securities and Exchange Commission

## 7.3   MASTERS DISSERTATION COMMITTEE CHAIR

### CURRENT

- Rafed Muhammad Yasir
- Yicheng Zhang

### ALUMNI

- Ziyao He
  Graduation date: June 2023
  Dissertation title: Enhancing Manual Accessibility Testing in Mobile Apps through Synergistic Integration of Assistive Technology and Record-and-Replay Techniques
- Pooja Naresh Bhatia
  Graduation date: June 2023
  Dissertation title: A Historical Review of Web Accessibility Using Wave

- Faraz Yazdani
  Graduation date: August 2020
  Dissertation title: Deep-GUI: Towards Platform-Independent UI Input Generation with Deep Reinforcement Learning
- Deshan A. Cooray
  Graduation date: August 2010
  Dissertation title: Resisting Reliability Degradation through Proactive Reconfiguration
  First employment: Verisign Inc.

## 7.4 Doctoral Advancement and Dissertation Committee Member

| | | | |
|---|---|---|---|
| Yuqi Huai | Advisor: Joshua Garcia | UCI | 2022 |
| Yasaman Razeghi | Advisor: Sameer Singh | UCI | 2022 |
| Andrew Truelove | Advisor: Iftekhar Ahmed | UCI | 2021 |
| Jiri Gesi | Advisor: Iftekhar Ahmed | UCI | 2021, 2023 |
| Arda Unal | Advisor: Joshua Garcia | UCI | 2021, 2022 |
| Zhihao Yao | Advisor: Ardalan Amir Sani | UCI | 2020 |
| Farnaz Behrang | Advisor: Alessandro Orso | Georgia Tech | 2020 |
| Farima Farmahinifarahani | Advisor: Cristina Lopes | UCI | 2019, 2022 |
| Sumaya Almanee | Advisor: Joshua Garcia | UCI | 2019, 2022 |
| Seyed Mohammad Seyed Talebi | Advisor: Ardalan Amir Sani | UCI | 2019 |
| Yingtong Liu | Advisor: Ardalan Amir Sani | UCI | 2019 |
| Julian Lettner | Advisor: Michael Franz | UCI | 2018 |
| Vaibhav Saini | Advisor: Cristina Lopes | UCI | 2018 |
| Di Yang | Advisor: Cristina Lopes | UCI | 2019 |
| Rohan Achar | Advisor: Cristina Lopes | UCI | 2019, 2020 |
| Yang Feng | Advisor: James Jones | UCI | 2019 |
| Alexios Voulimeneas | Advisor: Michael Franz | UCI | 2018 |
| Gabriel Moreno | Advisor: David Garlan | CMU | 2017 |
| Hsin-Chung Chen | Advisor: Pai Chou | UCI | 2016 |
| Jing Guan | Advisor: Jeff Offutt | GMU | 2015 |
| John D. Mcdowall | Advisor: Larry Kerschberg | GMU | 2014 |
| Quyen L. Nguyen | Advisor: Arun Sood | GMU | 2014 |
| Nan Li | Advisor: Jeff Offutt | GMU | 2014 |
| Ahmed Abu Jbara | Advisor: Alexander Levis | GMU | 2013 |
| Antti Evesti | Advisor: Jukka Riekki | U. of Oulu | 2013 |
| Sander van der Burg | Advisor: Eelco Visser | Delft U. | 2013 |
| Zhaohui Wang | Advisor: Angelos Stavrou | GMU | 2012 |
| Julie Street, 2011 | Advisor: Hassan Gomaa | GMU | 2011 |
| Mohammad Abu-Matar | Advisor: Hassan Gomaa | GMU | 2011 |

## 7.5   MASTERS DISSERTATION COMMITTEE MEMBER

- Canyang Shi                    Advisor: Joshua Garcia            UCI            2022
- Aaron Matthews                 Advisor: Joshua Garcia            UCI            2021
- Xiaochen Yu                    Advisor: Cristina Lopes           UCI            2021
- Shrijith Venkatramana          Advisor: Cristina Lopes           UCI            2021
- Thomas Kwak                    Advisor: Andre van der Hoek       UCI            2017
- Andrea Renika Souza            Advisor: Cristina Lopes           UCI            2016
- Xiang Shen                     Advisor: Joao Sousa               GMU            2013
- Muhammad Faraz Rafi            Advisor: Alexander Levis          GMU            2010
- Koji Hashimoto                 Advisor: Hassan Gomaa             GMU            2010

# 8   FORMAL PRESENTATIONS

P58.   Invited talk — *Emerging Software Engineering Techniques for Stemming Software Accessibility Issues,* Monash University, Software Systems and Cybersecurity Seminars, June 2023.

P57.   Invited talk — *Software Analysis and Testing Techniques for Mobile Applications*, Nippon Telegraph and Telephone, April 2022.

P56.   *Invited talk — Test of Time Award: FUSION: a Framework for Engineering Self-Tuning Self-Adaptive Software Systems*, 27th ACM Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE), Sacramento, CA, November 2020.

P55.   *Invited talk — The Threat in Your Pocket: Trends, Challenges, and Solutions in Mobile Application Security*, ACM OC Chapter, Irvine, CA, May 2020.

P54.   *Invited talk — Mining Architectural Information to Stem Technical Debt,* Google, Venice, CA, June 2019.

P53.   *Invited talk — Mobile Application Security*. CPRI-ISR IoT Security Symposium, Irvine, CA, May 2019.

P52.   *Invited talk — Testing and Analysis Techniques for Improving the Quality of Android Apps.* Google, Mountain View, CA, March 2019.

P51.   *Keynote — The Threat in Your Pocket: Trends, Challenges, and Solutions in Mobile Application Security*. 25th Australasian Software Engineering Conference (ASWEC) and Australasian Software Week (ASW), November 2018.

P50.   *Advancing Energy Testing of Android Apps.* Futurewei Academia Test Forum. Dallas, TX, September 2018.

P49.   *Missteps in Framework Design: Consequences and Solutions.* Institute for Software Research Forum, UC Irvine, June 2018.

P48.   *Mining Mobile App Markets for Prioritization of Security Assessment Effort.* International Workshop on App Market Analytics (WAMA 2017), Paderborn, Germany, September 2017.

P47.   *Tools for Automated Detection and Assessment of Security Vulnerabilities in Mobile Applications.* Department of Homeland Security's Cyber Security Division R&D Showcase and Technical Workshop, Washington DC, July 2017.

P46.    *Keynote — Android Security from a Software Architectural Perspective*. IEEE International Conference on Software Architecture (ICSA 2017), Gothenburg, Sweden, April 2017.

P45.    *Energy-Aware Test-Suite Minimization for Android Apps.* International Symposium on Software Testing and Analysis (ISSTA 2016), Saarbrücken, Germany, July 2016.

P44.    *Mobile App Security: Detection and Family Identification of the Malice in your Pocket*. Institute for Software Research Forum, UC Irvine, May 2016.

P43.    *Detection and Family Identification of Android Malware.* Department of Homeland Security's Cyber Security Division R&D Showcase and Technical Workshop, Washington, DC, February 2016.

P42.    *SIG-Droid: Automated System Input Generation for Android Applications.* 26th IEEE International Symposium on Software Reliability Engineering (ISSRE 2015), Gaithersburg, MD, November 2015.

P41.    *Detection and Family Identification of Android Malware.* NII Shonan Meeting – Mobile App Store Analytics, Kanagawa, Japan, October 2015.

P40.    *Automated Detection of Android Inter-Application Vulnerabilities*. DHS SWAMP/SQA PI meeting, Atlanta, May 2015.

P39.    *A Tool for Automated Detection of Inter-Application Security Vulnerabilities in Android*. National Security Agency, College Park, Maryland, March 2015.

P38.    *Automated Analysis and Testing of Mobile Software.* University of California Irvine. Computer Science Department. March 2015.

P37.    *Automated Analysis and Testing of Mobile Software.* University of Southern California. Computer Science Department. February 2015.

P36.    *Automated Analysis and Testing of Mobile Software.* College of William and Mary. Computer Science Department. February 2015.

P35.    *Automated Analysis and Testing of Mobile Software*. George Mason University. Computer Science Department. February 2015.

P34.    *Invited Talk — Automated Detection and Mitigation of Inter-Application Security Vulnerabilities in Android*. 2nd International Workshop on Software Development Lifecycle for Mobile. Hong Kong, China, November 2014.

P33.    *Automated Mining of Software Component Interactions for Self-Adaptation.* 9th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2014). Hyderabad, India, June 2014.

P32.    *Keynote — Toward the Making of Software that Learns to Manage Itself.* 27th Brazilian Symposium on Software Engineering (SBES 2013), Brasilia, Brazil, October 2013.

P31.    *Invited Speaker — Automated Security Testing of Mobile Applications*. FedMobileCamp hosted by NGA/InnoVision, Reston, VA, August 2013.

P30.    *Invited Talk — A Framework for Improving a Distributed Software System's Deployment Architecture*. Delft University of Technology, Delft, Netherlands, June 2013.

P29.    *Keynote — The Secret Sauce for Succeeding in your PhD Research and Beyond.* 35th International Conference on Software Engineering (ICSE 2013), Doctoral Symposium track, San Francisco, CA, May 2013.

P28.    *Automated Security Testing and Analysis of Smartphone Applications.* National Security Agency, George Mason University, Fairfax, VA, August 2012

P27.    *Automated Security Testing of Android Applications for the Military App Store*. DARPA Computer Science Study Panel, Arlington, VA, April 2012

P26.    *Invited Talk — Guided Exploration of the Architectural Solution Space in the Face of Uncertainty.* Lockheed Martin Architects Workshop, Littleton, Colorado, August 2011

P25.    *Taming Uncertainty in Self-Adaptive Software.* 8th joint meeting of the European Software Engineering Conference and ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2011), Szeged, Hungary, September 2011

P24.    *Invited Talk — Engineering Self-Adaptive Software Systems.* Virginia Polytechnic Institute and State University, Falls Church, VA, February 2011

P23.    *Invited Talk — Engineering Self-Adaptive Software Systems.* Sharif University, Tehran, Iran, December 2010

P22.    *FUSION: A Framework for Engineering Self-Tuning Self-Adaptive Software Systems.* 18th ACM SIGSOFT International Symposium on the Foundations of Software Engineering (FSE 2010), Santa Fe, NM, November 2010

P21.    *Reliability Degradation through Proactive Reconfiguration.* 25th IEEE/ACM International Conference on Automated Software Engineering (ASE 2010), Antwerp, Belgium, September 2010

P20.    *Utilizing Architectural Styles to Enhance Adaptation Support in Middleware Platforms.* 4th European Conference on Software Architectures (ECSA 2010), Copenhagen, Denmark, August 2010

P19.    *Context-Driven Optimization of Mobile Service-Oriented Systems for Improving their Resilience.* IEEE International Workshop on Engineering Mobile Service-Oriented Systems (EMSOS 2010), Miami, FL, July 2010

P18.    *Social Computing Networks: A New Paradigm for Engineering Pervasive Software Systems.* 32nd International Conference on Software Engineering (ICSE 2010), New Ideas and Emerging Results Track, Cape Town, South Africa, May 2010

P17.    *Self-Architecting Software Systems (SASSY) from QoS-Annotated Activity Models.* International Workshop on Principles of Engineering Service Oriented Systems (PESOS 2009), Vancouver, Canada, May 2009

P16.    *Component-Level Energy Consumption Estimation for Distributed Java-Based Software Systems.* International Symposium on Component Based Software Engineering (CBSE 2008), Karlsruhe, Germany, October 2008

P15.    *Dealing with the Crosscutting Structure of Software Architectural Styles.* IEEE International Computer Software and Applications Conference (COMPSAC), Turku, Finland, July 2008

P14.    *Architecture-Driven Software Mobility in Support of QoS Requirements.* International Workshop on Software Architectures and Mobility (SAM), Leipzig, Germany, May 2008

P13.    *Effective Realization of Software Architectural Styles with Aspects.* Working IEEE/IFIP Conference on Software Architecture (WICSA 2008), Vancouver, BC, Canada, February 2008

P12.    *A Framework for Estimating the Impact of a Distributed Software System's Architectural Style on its Energy Consumption.* Working IEEE/IFIP Conference on Software Architecture (WICSA 2008), Vancouver, BC, Canada, February 2008

P11.    *Architecture-Driven Software Mobility in Support of QoS Requirements.* Dagstuhl Seminar 08031 on Software Engineering for Self-Adaptive Systems, Saarbrucken, Germany, January 2008

P10.    *Reconceptualizing a Family of Heterogeneous Embedded Systems via Explicit Architectural Support.* International Conference on Software Engineering (ICSE 2007), Minneapolis, Minnesota, May 2007

Malek Curriculum Vitae                                                                    January 22, 2025

P9.    *A User-Centric Framework for Improving a Distributed Software System's Deployment Architecture.* Doctoral track of the Symposium on Foundations of Software Engineering (FSE 2006), Portland, Oregon, November 2006

P8.    *Tailoring an Architectural Middleware Platform to a Heterogeneous Embedded Environment.* International Workshop on Software Engineering and Middleware (SEM 2006), Portland, Oregon, November 2006

P7.    *A Decentralized Redeployment Algorithm for Improving the Availability of Distributed Systems.* International Conference on Component Deployment (CD 2005), Grenoble, France, November 2005

P6.    *Improving Availability in Large, Distributed, Component-Based Systems via Redeployment.* International Conference on Component Deployment (CD 2005), Grenoble, France, November 2005

P5.    *A User-Centric Approach for Improving a Distributed Software System's Deployment Architecture.* USC Center for Software Engineering Annual Research Review, Los Angeles, California, March 2005

P4.    *An Extensible Framework for Autonomic Analysis and Improvement of Distributed Deployment Architectures.* ACM SISGSOFT Workshop on Self-Managed Systems (WOSS 2004), Newport Beach, California, October 2004

P3.    *A Tailorable Environment for Assessing the Quality of Deployment Architectures in Highly Distributed Settings.* Second International Conference on Component Deployment (CD 2004), Edinburgh, Scotland, May 2004

P2.    *Improving Availability of Distributed Event-Based Systems via Run-Time Monitoring and Analysis.* Workshop on Architecting Dependable Systems (WADS 2004) held in conjunction with the International Conference on Software Engineering (ICSE 2004), Edinburgh, Scotland, May 2004

P1.    *Improving System Availability in Distributed Environments.* USC Center for Software Engineering Annual Research Review, Los Angeles, CA, March 2004

# 9   PROFESSIONAL SERVICE

## 9.1   EDITORIAL BOARDS AND STEERING COMMITTEES

E6.    Associate Editor, ACM Transactions on Software Engineering and Methodology (March 2018 – present)

E5.    Associate Editor, ACM Transactions on Autonomous and Adaptive Systems (Nov 2017 – present)

E4.    Associate Editor, Springer Computing Journal (February 2011 – present)

E3.    Member, Steering Committee, IEEE International Conference on Software Architecture (April 2019 – May 2022)

E2.    Member, Steering Committee, International Symposium on Software Engineering for Adaptive and Self-Managing Systems (June 2015 – May 2019)

E1.    Associate Editor, IEEE Transactions on Software Engineering (February 2014 – February 2018)

## 9.2   CONFERENCE AND WORKSHOP ORGANIZATION

O32.   Co-Organizer, 6th International Workshop on Advances in Mobile App Analysis (A-Mobile 2023), Kirchberg, Luxembourg, September 2023

O31.   Workshop Co-Chair, International Conference on Software Engineering (ICSE 2023), Melbourne, Australia, May 2023

O30.   Co-Organizer, 5th International Workshop on Advances in Mobile App Analysis (A-Mobile 2022), Ann Arbor, Michigan, October 2022

O29.   Sponsorship Co-Chair, International Conference on Software Engineering (ICSE 2022), Pittsburgh, PA, May 2022

O28.   Co-Organizer, 4th International Workshop on Advances in Mobile App Analysis (A-Mobile 2021), Melbourne, Australia, November 2021

O27.   Co-Organizer, 3rd International Workshop on Advances in Mobile App Analysis (A-Mobile 2020), Melbourne, Australia, September 2020

O26.   Technical Briefings Co-Chair, 42nd International Conference on Software Engineering (ICSE 2020), Seoul, South Korea, May 2020

O25.   Program Co-Chair, IEEE International Conference on Software Architecture (ICSA 2020), Salvador, Brazil, March 2020

O24.   Co-Organizer, 2nd International Workshop on Advances in Mobile App Analysis (A-Mobile 2019), San Diego, CA, November 2019

O23.   Co-Organizer, 2nd International Workshop on Establishing a Community-Wide Infrastructure for Architecture-Based Software Engineering (ECASE 2019), Montreal, Canada, May 2019

O22.   Co-Organizer, International Workshop on Advances in Mobile App Analysis (A-Mobile 2018), Montpellier, France, September 2018

O21.   Program Co-Chair, 5th IEEE/ACM International Conference on Mobile Software Engineering and Systems (MobileSoft 2018), Visions Track, Gothenburg, Sweden, May 2018

O20.   Co-Organizer, NSF Sponsored Workshop on Infrastructures and Instruments for Software Architecture (REINFORCE), Urbana-Champaign, Illinois, October 2017

O19.   Program Co-Chair, 11th IEEE International Conference on Self-Adaptive and Self-Organizing Systems (SASO 2017), Tucson, Arizona, September 2017

O18.   Awards Chair, 39th International Conference on Software Engineering (ICSE 2016), Buenos Aires, Argentina, May 2017

O17.   Program Co-Chair, International Workshop on Establishing the Community-Wide Infrastructure for Architecture-Based Software Engineering (ECASE 2017), Buenos Aires, Argentina, May 2017

O16.   Program Chair, 11th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2016), Austin, Texas, May 2016

O15.   Tutorial Co-Chair, 10th Joint Meeting of European Software Engineering Conference and the ACM SIGSOFT Symposium on the Foundations of Software Engineering (ESEC/FSE 2015), Bergamo, Italy, August 2015

O14.   Proceedings Chair, 22nd International Symposium on the Foundations of Software Engineering (FSE 2014), Hong Kong, China, November 2014

O13. Tutorial Chair, 11th Working IEEE/IFIP Conference on Software Architecture (WICSA 2014), Sydney, Australia, April 2014

O12. Program Chair, 4th ACM SIGSOFT International Symposium on Architecting Critical Systems (ISARCS 2013), Vancouver, Canada, June 2013

O11. Internet Chair, 35th International Conference on Software Engineering (ICSE 2013), San Francisco, California, May 2013

O10. Publicity Chair, 6th IEEE International Conference on Self-Adaptive and Self-Organizing Systems (SASO 2012), Lyon, France, September 2012

O9. Workshop Chair, Joint 10th Working IEEE/IFIP Conference on Software Architecture (WICSA 2012) and 6th European Conference on Software Architecture (ECSA 2012), Helsinki, Finland, August 2012

O8. Publicity Chair, 5th International Conference on Self-Adaptive and Self-Organizing Systems (SASO 2011), Ann Arbor, Michigan, October 3-7 2011

O7. Posters Chair, 33rd International Conference on Software Engineering (ICSE 2011), Honolulu, Hawaii, May 21-28, 2011

O6. Co-editor, special issue of the Journal of Systems and Software on "State of the Art in Self-Adaptive Software Systems", tentative publication date of December 2011

O5. North America Regional Editor, International Journal of Software Architecture, 2010-2014

O4. Co-Organizer, ICAC International Workshop on Self-Organizing Architectures (SOAR 2010), Cambridge, UK, June 7, 2010

O3. Co-editor, "Self-Organizing Architectures", Lecture Notes in Computer Science, Springer Verlag, vol. 6090, 300 pages, September 2009, ISBN: 978-3-642-14411-0

O2. Co-Organizer, WICSA/ECSA International Workshop on Self-Organizing Architectures (SOAR 2009), Cambridge, UK, Sep 14, 2009

O1. GMU Software Engineering Seminar Series, 2007- 2015 http://cs.gmu.edu/~smalek/seminar.html

## 9.3   PROGRAM COMMITTEE AND PANEL MEMBERSHIP

S122. Program Committee Member, 46th International Conference on Software Engineering (ICSE 2014), Lisbon, Portugal, April 2024.

S121. Program Committee Member, 22nd ACM Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2023), San Francisco, CA, November 2023.

S120. Program Committee Member, 38th IEEE/ACM International Conference on Automated Software Engineering (ASE 2023), Kirchberg, Luxembourg, September 2023.

S119. Program Committee Member, 10th International Conference on Mobile Software Engineering and Systems (MobileSoft 2023), Melbourne, Australia, May 2023

S118. Program Committee Member, 20th IEEE International Conference on Software Architecture (ICSA 2023), L'aquila, Italy, March 2023.

S117. Program Committee Member, 21st ACM Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2022), Singapore, November 2022

S116.   Panelist, National Science Foundation, Computing and Communication Foundations, November 2022.

S115.   Program Committee Member, 37th IEEE/ACM International Conference on Automated Software Engineering (ASE 2022), Ann Arbor, Michigan, October 2022

S114.   Program Committee Member, 44th International Conference on Software Engineering, Doctoral Symposium (ICSE-DS 2022), Pittsburgh, PA, May 2022

S113.   Program Committee Member, 17th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2022), Pittsburgh, PA, May 2022

S112.   Program Committee Member, 19th IEEE International Conference on Software Architecture (ICSA 2022), Honolulu, Hawaii, March 2022

S111.   Program Committee Member, ACM Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2021), Athens, Greece, August 2021

S110.   Program Committee Member, International Conference on Software Engineering Journal First track (ICSE-JF 2021), , Madrid, Spain, May 2021

S109.   Program Committee Member, 8th IEEE/ACM International Conference on Mobile Software Engineering and Systems (MOBILESOFT 2021), Madrid, Spain, May 2021

S108.   Panelist, National Science Foundation, May 2021

S107.   Program Committee Member, 4th International Workshop on User Interface Test Automation and Testing Techniques for Event-Based Software (INTUITESTBEDS 2021), Porto de Galinha, Brazil, April 2021

S106.   Program Committee Member, 18th IEEE International Conference on Software Architecture (ICSA 2021), Stuttgart, Germany, March 2021

S105.   Program Committee Member, Language and Tools for Next Generation Testing Workshop (LANGETI 2020), Sacramento, CA, November 2020

S104.   Program Committee Member, 11th International Workshop on Automated Software Testing (A-Test 2020), Sacramento, CA, November 2020

S103.   Program Committee Member, 15th European Conference on Software Architecture (ECSA 2020), L'Aquila, Italy, September 2020

S102.   Editor-in-Chief ACM Transactions on Autonomous and Adaptive Systems Search Committee Member, September 2020

S101.   Program Committee Member, 3rd International Conference on Science of Cyber Security (SciSec 2020), Shanghai, China, August 2020

S100.   Program Committee Member, 42nd ACM/IEEE International Conference on Software Engineering (ICSE 2020), Seoul, South Korea, May 2020

S99.    Program Committee Member, 3rd International Workshop on User Interface Test Automation and Testing Techniques for Event-Based Software (INTUITESTBEDS 2020), Porto, Portugal, March 2020

S98.    Program Committee Member, 2nd International Workshop on Software Security from Design to Deployment (SEAD 2019), San Diego, CA, November 2019

S97.    Program Committee Member, 14th European Conference on Software Architecture (ECSA 2019), Paris, France, September 2019

S96.    Program Committee Member, 10th International Workshop on Automated Software Testing (A-Test 2019), Tallinn, Estonia, August 2019

S95.    Program Committee Member, 2nd International Conference on Science of Cyber Security (SciSec 2019), Nanjing, China, August 2019

S94.    Program Committee Member, 41st ACM/IEEE International Conference on Software Engineering (ICSE 2019), Montreal, Canada, May 2019

S93.    Program Committee Member, 6th IEEE/ACM International Conference on Mobile Software Engineering and Systems (MOBILESOFT 2019), Montreal, Canada, May 2019

S92.    Program Committee Member, 14th Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2019), Doctoral Track, Montreal, Canada, May 2019

S91.    Program Committee Member, 1st International Workshop on Self-Protecting Systems (SPS 2019), Umea, Sweden, April 2019

S90.    Program Committee Member, 2nd International Workshop on User Interface Test Automation and Testing Techniques for Event-Based Software (INTUITESTBEDS 2019), Xi'an, China, April 2019

S89.    Program Committee Member, IEEE International Conference on Software Architecture (ICSA 2019), Hamburg, Germany, March 2019.

S88.    Program Committee Member, 26th ACM Joint European Software Engineering Conference and Symposium on the Foundations of Software Engineering (ESEC/FSE 2018), Lake Buena Vista, Florida, November 2018

S87.    Program Committee Member, 1st International Workshop on Architectural Knowledge for Self-Adaptive Systems (AKSAS 2018), Madrid, Spain, September 2018

S86.    Program Committee Member, 12th Workshop on Distributed Software Development, Software Ecosystems and Systems-of-Systems (WDES 2018), Madrid, Spain, September 2018

S85.    Program Committee Member, 12th IEEE International Conference on Adaptive and Self-Organizing Systems (SASO 2018), Trento, Italy, September 2018

S84.    Program Committee Member, 12th European Conference on Software Architecture (ECSA 2018), Madrid, Spain, September 2018

S83.    Program Committee Member, 12th Workshop on Distributed Software Development, Software Ecosystems and Systems-of-Systems (WDES 2018), Madrid, Spain, September 2018

S82.    Program Committee Member, 1st International Workshop on Architecture Knowledge for Self-Adaptive Systems (AKSAS 2018), Madrid, Spain, September 2018

S81.    Program Committee Member, 4th International Workshop on User-Interface Test Automation and 8th International Workshop on Testing Techniques for Event-based Software (INTUITESTBEDS 2018), Amsterdam, Netherlands, July 2018

S80.    Program Committee Member, 40th International Conference on Software Engineering (ICSE 2018), Demonstrations Track, Gothenburg, Sweden, May 2018

S79.    Program Committee Member, 40th International Conference on Software Engineering (ICSE 2018), Software Engineering in Society Track, Gothenburg, Sweden, May 2018

S78.    Program Committee Member, 5th IEEE/ACM International Conference on Mobile Software Engineering and Systems (MOBILESOFT 2018), Gothenburg, Sweden, May 2018

S77.    Program Committee Member, 13th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2018), Gothenburg, Sweden, May 2018

S76.    Program Committee Member, 1st International Workshop on Security Awareness from Design to Deployment (SEAD 2018), Gothenburg, Sweden, May 2018

S75.    Program Committee Member, IEEE International Conference on Software Architecture (ICSA 2018), Seattle, USA, April 2018

S74.    Program Committee Member, 11th European Conference on Software Architecture (ECSA 2017), Canterbury, UK, September 2017

S73.    Program Committee Member, 2nd Workshop on Engineering Collective Adaptive Systems (eCAS 2017), Tucson, Arizona, September 2017

S72.    Search Committee Member, Editor in Chief Search Committee for the ACM Transactions on Autonomous and Adaptive Systems, January 2017-June 2017

S71.    Program Committee Member, 4th IEEE/ACM International Conference on Mobile Software Engineering and Systems (MOBILESOFT 2017), Buenos Aires, Argentina, May 2017

S70.    Program Committee Member, 39th International Conference on Software Engineering (ICSE 2017), Buenos Aires, Argentina, May 2017

S69.    Program Committee Member, Joint 5th International Workshop on Software Engineering for Systems-of-Systems and 11th Workshop on Distributed Software Development, Software Ecosystems and Systems-of-Systems (SESOS/WDES 2017), Buenos Aires, Argentina, May 2017

S68.    Program Committee Member, 12th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2017), Buenos Aires, Argentina, May 2017

S67.    Program Committee Member, International Conference on Software Architecture (ICSA 2017), Gothenburg, Sweden, April 2017

S66.    Program Committee Member, International Workshop on App Market Analytics (WAMA 2016), Seattle, WA, November 2016

S65.    NSF Panel Member, Computing and Communication Foundations, Arlington, VA, September 2016

S64.    Program Committee Member, 10th International Conference on Self-Adaptive and Self-Organizing Systems (SASO 2016), Augsburg, Germany, September 2016

S63.    Program Committee Member, 10th European Conference on Software Architecture (ECSA 2016), Istanbul, Turkey, September 2016

S62.    Program Committee Member, 13th IEEE International Conference on Autonomic Computing (ICAC 2016), Wurzburg, Germany, July 2016

S61.    Program Committee Member, 38th International Conference on Software Engineering (ICSE 2016), Workshop Proposals, Austin, Texas, May 2016

S60.    Program Committee Member, IEEE/ACM International Conference on Mobile Software Engineering and Systems (MOBILESoft 2016), Doctoral Symposium, Austin, Texas, May 2016

S59.    Program Committee Member, International Workshop on Bringing Architecture Design Thinking into Developers' Daily Activities (BRIDGE 2016), Austin, Texas, May 2016

S58.    Program Committee Member, 4th International Workshop on Software Engineering for System-of-Systems (SESoS 2016), Austin, Texas, May 2016

S57.   Program Committee Member, Symposium and Bootcamp on the Science of Security (HotSoS 2016), Pittsburgh, PA, April 2016

S56.   Program Committee Member, 13th Working IEEE/IFIP Conference on Software Architecture (WICSA 2016) and 10th Federated Conference Series on Component-Based Software Engineering and Software Architecture (CompArch 2016), Venice, Italy, April 2016

S55.   Program Committee Member, 3rd International Workshop on Software Development Lifecycle for Mobile (DeMobile 2015), Bergamo, Italy, August 2015

S54.   Program Committee Member, 9th European Conference on Software Architecture (ECSA 2015), Dubrovnik, Croatia, September 2015

S53.   Program Committee Member, 9th IEEE International Conference on Self-Adaptive and Self-Organizing Systems (SASO 2015), Cambridge, MA, September 2015

S52.   Program Committee Member, 19th International Software Product Line Conference (SPLC 2015): New Directions in Systems and Software Product Line Engineering, Nashville, TN, July 2015

S51.   Program Committee Member, Symposium and Bootcamp on the Science of Security (HotSoS 2015), Urbana-Champaign, IL, April 2015

S50.   Program Committee Member, 37th International Conference on Software Engineering (ICSE 2015), Florence, Italy, May 2015

S49.   NSF Panel Member, Computing and Communication Foundations, Arlington, VA, May 2015.

S48.   Program Committee Member, 12th Working IEEE/IFIP Conference on Software Architecture (WICSA 2015), Montreal, Canada, May 2015

S47.   Program Committee Member, 10th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2015), Florence, Italy, May 2015

S46.   Program Committee Member, 9th International Workshop on Models at Runtime (MRT 2014), Valencia, Spain, September 2014

S45.   Program Committee Member, 5th Testing Techniques and Experimentation Benchmarks for Event-Driven Software (TESTBEDS 2014), Vasteras, Sweden, September 2014

S44.   Program Committee Member, 8th European Conference on Software Architecture (ECSA 2014), Vienna, Austria, August 2014

S43.   Program Committee Member, IEEE 2nd International Workshop on Engineering Mobile Service Oriented Systems (EMSOS 2014), Anchorage, AL, June 2014

S42.   Program Committee Member, 4th International Workshop on the Twin Peaks of Requirements and Architecture (TwinPeaks 2014), Hyderabad, India, June 2014

S41.   Program Committee Member, 2nd International Workshop on the Engineering of Mobile-Enabled Systems (MOBS 2014), Hyderabad, India, June 2014

S40.   Program Committee Member, 36th International Conference on Software Engineering (ICSE 2014), Hyderabad, India, June 2014

S39.   Program committee Member, 9th International Symposium on Software Engineering for Adaptive and Self-Managing Systems (SEAMS 2014), Hyderabad, India, June 2014

S38.   Program Committee Member, 11th Working IEEE/IFIP Conference on Software Architecture (WICSA 2014), Sydney, Australia, April 2014

S37.    Program Committee Member, Workshop on Architecting Mobile-Enabled Systems (AMeS 2014), Sydney, Australia, April 2014

S36.    Program Committee Member, Coordination Models, Languages and Applications track, 29th ACM Symposium on Applied Computing (SAC 2014), Gyeongju, Korea, March 2014

S35.    NSF Panel Member, Secure and Trustworthy Computing, Arlington, VA, March 2014

S34.    Panelist, American Association for the Advancement of Science (AAAS), Maine Technology Institute Development Loan Program, August 2013

S33.    Program Committee Member, 7th IEEE International Conference on Self-Adaptive and Self-Organizing Systems (SASO 2013), Philadelphia, USA, September 2013

S32.    Program Committee Member, International Workshop on Software Engineering for Systems-of-Systems (SESoS 2013), Montpellier, France, July 2013

S31.    Program Committee Member, 7th European Conference on Software Architecture (ECSA 2013), Montpellier, France, July 2013

S30.    Program Committee Member, 3rd International Workshop on the Twin Peaks of Requirements and Architecture (TwinPeaks 2013), Rio de Janeiro, Brazil, July 2013

S29.    Program Committee Member, International Workshop on the Engineering of Mobile-Enabled Systems (MOBS 2013), San Francisco, CA, May 2013

S28.    Program Committee Member, 4th International Workshop on Software Engineering for Sensor Network Applications (SESENA 2013), San Francisco, CA, May 2013

S27.    Program Committee Member, 2nd International Workshop on the Twin Peaks of Requirements and Architecture (TwinPeaks 2013), San Francisco, CA, May 2013

S26.    NSF Panel Member, Computing and Communication Foundations, Arlington, VA, January 2013

S25.    Program Committee Member, Coordination Models, Languages and Applications track, 28th ACM Symposium on Applied Computing (SAC 2013), Coimbra, Portugal, January 2013

S24.    Program Committee Member, 1st International Workshop on the Twin Peaks of Requirements and Architecture (TwinPeaks 2012), Chicago, Illinois, September 2012

S23.    Program Committee Member, 1st International Workshop on Adaptive Service Ecosystems: Nature and Socially Inspired Solutions (ASENSIS 2012), Lyon, France, September 2012

S22.    Program Committee Member, 20th International Symposium on the Foundations of Software Engineering (FSE 2012), New Ideas and Emerging Results Track, Research Triangle Park, North Carolina, November 2012

S21.    Program Committee Member, 6th IEEE International Conference on Self-Adaptive and Self-Organizing Systems (SASO 2012), Lyon, France, September 2012

S20.    Program Committee Member, Joint 10th Working IEEE/IFIP Conference on Software Architecture (WICSA 2012) and 6th European Conference on Software Architecture (ECSA 2012), Helsinki, Finland, August 2012

S19.    Program Committee Member, Workshop on Architectures and Platforms for Knowledge Discovery from Data, Helsinki, Finland, August 2012

S18.    Program Committee Member, 15th International ACM SIGSOFT Symposium on Component Based Software Engineering (CBSE 2012), Bertinoro, Italy, June 2012

S17.    Program Committee Member, 2nd Workshop on Developing Tools as Plug-ins (TOPI 2012), Zurich, Switzerland, June 2012

S16.    Program Committee Member, 34th International Conference on Software Engineering (ICSE 2012), New Ideas and Emerging Results Track, Zurich, Switzerland, June 2012

S15.    Program Committee Member, 5th International Conference on Self-Adaptive and Self-Organizing Systems (SASO 2011), Ann Arbor, Michigan, October 3-7 2011

S14.    Program Committee Member, 25th Brazilian Symposium on Software Engineering (SBES), São Paulo, Brazil, September 26-30 2011

S13.    NSF Panel Member, Computer Networks and Systems core, Arlington, VA, March 2011

S12.    Program Committee Member, 5th European Conference on Software Architecture (ECSA 2010), Essen, Germany, September 13-16 2011

S11.    Program Committee Member, 33rd International Conference on Software Engineering (ICSE 2011), ACM Student Research Competition, Honolulu, Hawaii, May 21-28 2011

S10.    Program Committee Member, 1st International Workshop on Engineering Mobile Service Oriented Systems (EMSOS), Miami, Florida, July 5 2010

S9.     Program Committee Member, 4th European Conference on Software Architecture (ECSA 2010), Copenhagen, Denmark, August 23-26, 2010

S8.     Program Committee Member, 33rd International Conference on Software Engineering (ICSE 2011), Technical/Research Track, Honolulu, Hawaii, May 21-28, 2011

S7.     Program Committee Member, 3rd IEEE International Conference on Self-Adaptive and Self-Organizing Systems (SASO 2009), San Francisco, CA, September 14-18, 2009

S6.     NSF Panel Member, Cyber Physical Systems, Arlington, VA, May 2009

S5.     Program Committee Member, International Workshop on Software Architectures and Mobility (SAM 2009), Vancouver, Canada, May 2009

S4.     Program Committee Member, Special Session on Software Architecture for Pervasive Systems (SAPS), 34th Euromicro Conference in Parma, Italy, September 3-5, 2008

S3.     Program Committee Member, International Conference on Software Engineering Research and Practice (SERP'06), Las Vegas, Nevada, June 2006

S2.     Program Committee Member, ISR Graduate Student Research Symposium, Irvine, California, June 2005

S1.     Program Committee Member, 39th Hawaiian International Conference on System Sciences, Kauai, Hawaii, January 2006

## 9.4    REFEREE AND REVIEWER SERVICE

R22.    Journal of Computer Security, 2014

R21.    Elsevier Journal of Pervasive and Mobile Computing, 2014

R20.    Journal of Computer Science and Technology, 2012

R19.    ACM Transactions on Autonomous and Adaptive Systems, 2010, 2013, 2014, 2015, 2018, 2019, 2023

R18.    International Journal of Software and Systems Modeling, 2010

R17.    Journal of Empirical Software Engineering, 2010

R16.    IEEE Computer, 2009

R15.    Journal of Systems and Software, 2009, 2010, 2011, 2012

R14.    ACM Transactions on Software Engineering and Methodology, 2008, 2011, 2012, 2013, 2017

R13.    European Journal of Information Systems, 2008

R12.    Enterprise Information Systems, 2008

R11.    ACM Computing Surveys, 2007, 2008, 2009

R10.    International Software Technology Journal, 2007, 2010, 2016

R9.    IEEE Transactions on Software Engineering, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014

R8.    IET Software, 2007, 2008, 2009

R7.    IEEE Software, 2006, 2007, 2008, 2018

R6.    International Working Conference on Software Architecture, outside reviewer, 2007

R5.    International Working Conference on Component Deployment, outside reviewer, 2005

R4.    International Workshop on Software Engineering and Middleware, outside reviewer, 2005

R3.    International Symposium on Component-based Software Engineering, outside reviewer, 2004 - 2006

R2.    Twin Workshops on Architecting Dependable Systems (WADS), outside reviewer, May 2004

R1.    ACM SISGSOFT Workshop on Self-Managed Systems (WOSS), outside reviewer, October 2004

## 10  UNIVERSITY SERVICE

U21.    Director, Graduate Assistance in Areas of National Need Fellowship, UCI, 2021-2025

U20    Bren Chair Hiring Committee, Informatics Department, UCI, 2022-2023

U19    MSWE Steering/Admissions Committee, School of Information and Computer Sciences, 2021-2023

U18    Distinctions and Awards Committee, School of Information and Computer Sciences, 2021-2023

U17    Member, Lecturer Review Board, School of Information and Computer Sciences, UCI, 2020-2021

U16.    Chair, Software Engineering Steering Committee, School of Information and Computer Sciences, UCI, 2019-2020

U15.    Health Informatics Recruitment Committee, 2019-2020

U14.    Member, Executive Committee, School of Information and Computer Sciences, UCI
2018 − 2019

U13.    Chair, Software Engineering Steering Committee, School of Information and Computer Sciences, UCI
2018 − 2019

U12.  Chair, Cybersecurity Recruitment Committee, School of Information and Computer Sciences, UCI
2017-2018

U11.  Member, Software Engineering Recruitment Committee, Informatics Department, UCI
2017-2018

U10.  Chair, Software Engineering Admissions Committee, Informatics Department, UCI
2017 − 2018, 2022-2023

U9.   Member, Software Engineering Steering Committee, School of Information and Computer Sciences, UCI
2017 − 2018

U8.   Member, Executive Committee, School of Information and Computer Sciences, UCI
2017 − 2018

U7.   Chair, Software Engineering Steering Committee, School of Information and Computer Sciences, UCI
2015 − 2017, 2019-2020

U6.   Member, Graduate Admissions and Recruitment Day Committee, Informatics Department, UCI
2015 − 2017

U5.   Member, Development and Fundraising Committee, Informatics Department, UCI
2015 − 2017

U4.   Member, Faculty Recruitment, Computer Science Department, GMU
2013, 2015

U3.   Member, PhD Admission, Computer Science Department, GMU
2012 − 2015

U2.   Chair, Software Engineering Seminar Series, Computer Science Department, GMU
2008 − 2015

U1.   Member, MS-SWE Admissions & Policy, Computer Science Department, GMU
2007 − 2015

# 11  PROFESSIONAL ASSOCIATIONS

- Association for Computing Machinery (ACM)
- ACM Special Interest Group on Software Engineering (SIGSOFT)
- Institute of Electrical and Electronics Engineers (IEEE)

# 12  CONSULTING

- March 2011 − May 2016      Institute for Defense Analyses
- June 2013 − January 2024    Quandary Peak Research

## 13  LITIGATION CONSULTING

**L83.**  **OpenAI, Inc. v. Open Artificial Intelligence, et al.**
Retaining Party: Open Artificial Intelligence, et al.
Venue: Northern District of California
Case No.: 23-cv-03918-YGR
Counsel: Willenken LLP
Nature of suit: Intellectual Property – Trademark
January 2025 – present

**L82.**  **Trama et al. v. RELX PLC et al.**
Retaining Party: Trama et al. on behalf of class
Venue: Central District of California
Case No.: 2:24-cv-03174-DSF-E
Counsel: Susman Godfrey LLP
Nature of suit: Class Action
November 2024 – present

**L81.**  **IN RE GEICO Customer Data Breach Litigation**
Retaining party: GEICO
Venue: Easter District of New York
Case No.: 1:21-cv-02210-KAM-SJB
Counsel: Rivkin Radler
Nature of suit: Class Action
October 2024 – present

**L80.**  **Keyless Licensing, LLC v. Samsung Electronics America, Inc. et al.**
Retaining party: Keyless Licensing, LLC
Venue: Eastern District of Texas, Marshall Division
Case No.: 2:24-cv-00464-JRG
Counsel: Kramer Alberti Lim & Tonkovich LLP
Nature of suit: Intellectual Property – Patent
October 2024 – present

**L79.**  **Entri LLC v. GoDaddy.com LLC**
Retaining party: Entri LLC
Venue: Eastern District of Virginia, Alexandria Division
Case No.: 1:24-cv-0069-AJT-WEF
Counsel: McGuireWoods LLP
Nature of suit: Antitrust; Breach of Contract; Computer Fraud and Abuse
September 2024 – present

**L78.**  **Roku Inc v. VideoLabs Inc**
Retaining party: VideoLabs Inc.
Venue: USPTO Patent Trial and Appeal Board
Case No.: IPR2024-01023, IPR2024-01024, IPR2024-01025, IPR2024-01026
Counsel: Bunsow De Morry LLP
Nature of suit: Intellectual Property – Patent
August 2024 – December 2024

**L77.**  **RightQuestion, LLC v. AT&T Corporation, et al.**
Retaining party: Right Question, LLC
Venue: Eastern District of Texas, Marshall Division
Case No.: 2:24-cv-00094-JRG

Counsel: Kramer Alberti Lim & Tonkovich LLP
Nature of suit: Intellectual Property – Patent
June 2024 – present

**L76.    RightQuestion, LLC v. Verizon Business Network Services LLC et al.**
Retaining party: Right Question, LLC
Venue: Eastern District of Texas
Case No.: 2:24-cv-00091-JRG
Counsel: Kramer Alberti Lim & Tonkovich LLP
Nature of suit: Intellectual Property – Patent
June 2024 – present

**L75.    People v. David Hott**
Retaining party: People
Venue: Superior Court of California, County of San Diego
Case No.: SCD291916
Counsel: San Diego County District Attorney
Nature of suit: Criminal
May 2024 – July 2024

**L74.    Hyper Hippo Entertainment Ltd. v. Redcell Games General Partnership et al.**
Retaining party: Hyper Hippo Entertainment Ltd.
Venue: Supreme Court of British Columbia, Vancouver Registry
Case No.: S217364
Counsel: Lawson Lundell LLP
Nature of suit: Intellectual Property – Trade Secret
May 2024 – present

**L73.    303 Software, Inc. v. Find Solace, Inc.**
Retaining party: Find Solace, Inc.
Venue: District Court of Colorado, Denver
Case No.: 2023CV30245
Counsel: Jason Kelly PLLC
Nature of suit: Breach of Contract, Fraud
April 2024 – September 2024

**L72.    Visa Inc. v. Cortex MCP, Inc.**
Retaining party: Cortex MCP, Inc.
Venue: USPTO Patent Trial and Appeal Board
Case No.: IPR2024-00486
Counsel: Armond Wilson LLP
Nature of suit: Intellectual Property – Patent
Deposition testimony on December 12, 2024
March 2024 – present

**L71.    WAPP Tech Limited Partnership and WAPP Tech Corp v. JP Morgan Chase Bank, N.A.**
Retaining party: WAPP Tech Limited Partnership, et al.
Venue: Easter District of Texas, Sherman Division
Case No.: 4:23-cv-1137
Counsel: Heim, Payne & Chorush, LLP
Nature of suit: Intellectual Property – Patent
January 2024  – December 2024

**L70.** **BMG Rights Management (US), LLC, UMG Recordings, Inc, Capital Records, LLC, Concord Music Group, Inc., and Concord Bicycle Assets, LLC v. Altice USA, Inc, and CSC Holdings, LLC**
Retaining party: BMG Rights Management (US), LLC, et al.
Venue: Eastern District of Texas, Marshall Division
Case No.: 2:22-CV-471-JRG
Counsel: Steptoe LLP
Nature of suit: Intellectual Property – Copyright
January 2024 – June 2024

**L69.** **Immersion Corporation v. Valve Corporation**
Retaining party: Valve Corporation
Venue: Western District of Washington
Case No.: 2:23-CV-00712
Counsel: Kwun Bhansali Lazarus LLP
Nature of suit: Intellectual Property – Patent
December 2023 – present

**L68.** **Metarail, Inc. v. Google LLC**
Retaining party: Metarail, Inc
Venue: District of Delaware
Case No.: 23-1116-GBW
Counsel: Bunsow De Mory LLP
Nature of suit: Intellectual Property – Patent
December 2023 – present

**L67.** **David Irvin et al. v. Cabeela's LLC and BPS Direct LLC**
Retaining party: David Irvin et al.
Venue: Eastern District of Pennsylvania
Case No.: 2:23-CV-04008
Counsel: Bursor & Fisher, P.A.
Nature of suit: Class Action
December 2023 – present

**L66.** **Benjamin Strusowski et al. v. The Nemours Foundation**
Retaining party: Strusowski
Venue: Eastern District of Pennsylvania
Case No.: 2:23-CV-00537
Counsel: Bursor & Fisher, P.A.
Nature of suit: Class Action
December 2023 – present

**L65.** **Anonymous Media Research Holdings, LLC v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.**
Retaining party: Anonymous Media Research Holdings, LLC
Venue: Eastern District of Texas, Marshall Division
Case No.: 2:23-CV-439
Counsel: Ahmad, Zavitsanos & Mensing, PLLC
Nature of suit: Intellectual Property – Patent
November 2023 – present

**L64.** **Anonymous Media Research Holdings, LLC v. Roku, Inc.**
Retaining party: Anonymous Media Research Holdings, LLC
Venue: Western District of Texas, Austin Division

Case No.: 1:23-cv-01143
Counsel: Ahmad, Zavitsanos & Mensing, PLLC
Nature of suit: Intellectual Property – Patent
November 2023 – present

**L63.    Kytch, Inc. v. Jonathan Tyler Gamble, TFGroup, LLC, and Taylor Commercial Foodservice, LLC DBA Taylor Company**
Retaining party: Kytch, Inc.
Venue: Superior Court of the State of California, The County of Alameda
Case No.: RG21099155
Counsel: Meier Watkins Phillips Pusch LLP; Irell & Manella
Nature of suit: Intellectual Property –Trade Secret
September 2023 – March 2024

**L62.    Emerging Automotive LLC v. Kia Corporation et al.**
Retaining party: Emerging Automotive LLC
Venue: Eastern District of Texas, Marshall Division
Case No.: 2:23-CV-00437
Counsel: Bunsow De Morry LLP
Nature of suit: Intellectual Property – Patent
September 2023 – present

**L61.    Emerging Automotive LLC v. Toyota Motor North America Inc. et al.**
Retaining party: Emerging Automotive LLC
Venue: Eastern District of Texas, Marshall Division
Case No.: 2:23-CV-00434
Counsel: Bunsow De Morry LLP
Nature of suit: Intellectual Property – Patent
September 2023 – present

**L60.    Beijing Meishe Network Technology Co., Ltd. v. TikTok Inc., TikTok Pte. Ltd., ByteDance Ltd. and ByteDance Inc.**
Retaining party: Beijing Meishe Network Technology Co. Ltd.
Venue: Western District of Texas, Waco Division
Case No.: 6:21-CV-00504-ADA-DTG
Counsel: Cherian LLP
Nature of suit: Intellectual Property – Trade Secret
September 2023 – present

**L59.    Grey Wall Software LLC and Veoci Inc. v. Aerosimple LLC, Visweswara Rao Viswanadha a/k/a Visweswara Viswanadha Rao a/k/a Vishu Rao**
Retaining Party: Aerosimple LLC and Vishu Rao
Venue: District of Connecticut
Case No.: 3:22-cv-00203-VLB
Counsel: Halloran & Sage LLP
Nature of suit: Intellectual Property –Trade Secret
June 2023 – present

**L58.    RoadSync, Inc. v. Relay Payments, Inc. Spener Barkoff, and James Ryan Droege**
Retaining party: RoadSync, Inc.
Venue: Northern District of Georgia, Atlanta Division
Case No.: 1:21-cv-03420-MLB
Counsel: Councill, Gunnemann & Chally, LLC
Nature of suit: Intellectual Property –Trade Secret

January 22, 2025

Deposition testimony on February 16, 2024
June 2023 – present

**L57.** **Todd Wooten et al. v. Ron Donaire, Jeff Pescatello, John Williams, and Delplaya Media;**
**Delplaya Media Inc. v. Todd Wooten, Maureen Wooten, and VRTCAL Markets**
Retaining party: Todd Wooten
Venue: Superior Court of the State of California, County of Santa Barbara
Case No.: 22CV01147
Counsel: Foley Bezek Behle & Curtis, LLP
Nature of suit: Intellectual Property –Trade Secret
June 2023 – March 2024

**L56.** **Attentive Mobile, Inc. v. 317 Labs, Inc. d/b/a Emotive; Stodge Inc. d/b/a Postscript**
Retaining party: Attentive Mobile, Inc.
Venue: District of Delaware
Case No.: 1:22-cv-01163-CJB; 1:23-cv-087-CJB
Counsel: King and Spalding
Nature of suit: Intellectual Property – Patent
May 2023 – present

**L55.** **Teresa E. Mendez Villegas, et al. v. Duarte Nursery, Inc.**
Retaining party: Duarte Nursery, Inc.
Venue: Superior Court of California, County of Stanislaus
Case No.: 2014212
Counsel: Brunn and Flynn
Nature of suit: Class Action
April 2023 – July 2023

**L54.** **Alarm.com v. Vivint, Inc.**
Retaining Party: Alarm.com
Venue: Eastern District of Texas; and American Arbitration Association
Case No.: 2:23-cv-00004-JRG-RSP; AAA No. 01-22-0004-5525
Counsel: Cravath, Swaine & Moore LLP
Nature of suit: Intellectual Property – Patent
March 2023 – January 2024

**L53.** **Matter of Position Mobile Ltd SEZC**
Retaining Party: Technology Investment Consortium, LLC
Venue: Grand Court of the Cayman Islands
Case No.: FSD 79 OF 2022 (DDJ)
Counsel: Dinner Martin Attorneys t/a Dentons
Nature of suit: Breach of Contract; Intellectual Property – Trade Secret
February 2023 – present

**L52.** **Vector Flow, Inc. v. HID Global Corp.**
Retaining Party: HID Global Corp.
Venue: USPTO Patent Trial and Appeal Board
Case No.: IPR2023-00353
Counsel: Morgan, Lewis & Bockius LLP
Nature of suit: Intellectual Property – Patent
February 2023 – July 2023

**L51.** **Wildseed Mobile LLC v. Google LLC et al.**
Retaining party: Wildseed Mobile LLC

Venue: Norther District of California; USPTO Patent Trial and Appeal Board
Case No.: 3:22-cv-04928
Inter Partes Review No.: IPR2023-00247; IPR2023-00248
Counsel: Kramer Day Alberti Lim Tonkovich & Belloli LLP
Nature of suit: Intellectual Property – Patent
Deposition testimony on October 31, 2023, and November 2, 2023
January 2023 – present

**L50.    Datanet LLC v. Dropbox Inc.**
Retaining party: Datanet LLC
Venue: Western District of Texas
Case No.: 6:22-cv-01142-OLG
Counsel: Messner Reeves LLP
Nature of suit: Intellectual Property – Patent
December 2022 – present

**L49.    Datanet LLC v. Microsoft Corporation**
Retaining party: Datanet LLC
Venue: Western District of Washington
Case No.: 2:22-cv-01545-TL
Counsel: Messner Reeves LLP
Nature of suit: Intellectual Property – Patent
December 2022 – present

**L48.    Austin Recht et al. v. TikTok Inc. (f/k/a Musical.ly, Inc.); ByteDance Inc.; Beijing Douyin Information Service Co. Ltd. a/k/a ByteDance Technology Co. Ltd.; and Douyin Ltd. a/k/a ByteDance Ltd.**
Retaining party: Austin Recht et al.
Venue: Central District of California
Case No.: 2:22-cv-8613
Counsel: Baron and Budd, P.C.
Nature of suit: Class Action
December 2022 – present

**L47.    The Receivership Estate of AudienceScience Inc. et al v. Google LLC et al.**
Retaining party: The Receivership Estate of AudienceScience et al
Venue: Northern District of California
Case No.: 5:22-cv-04756-EJD
Counsel: Kramer Day Alberti Lim Tonkovich & Belloli LLP
Nature of suit: Intellectual Property – Patent
October 2022 – May 2024

**L46.    Dairy, LLC v. Milk Moovement, Inc.**
Retaining party: Dairy, LLC
Venue: Eastern District of California
Case No.: 2:21-cv-02233-WBS-AC
Counsel: Willkie Farr & Gallagher LLP
Nature of suit: Intellectual Property – Trade Secret
October 2022 – January 2024

**L45.    Webroot Inc. and Open Text Inc. v. Forcepoint LLC; AO Kaspersky Lab; Crowdstrike Inc. and Crowdstrike Holdings Inc.; Sophos Ltd; and Trend Micro Inc.**
Retaining party: Webroot, Inc. and Open Text, Inc.
Venue: Western District of Texas, Waco Division; USPTO Patent Trial and Appeal Board

Case No.: 22-cv- 00342, 22-cv-00243; No. 22-cv-00241; 22-cv-00240; 22-cv-00239
Counsel: King & Spalding; Sprinkle IP Law Group
Nature of suit: Intellectual Property – Patent
Deposition testimony on December 1, 2022
October 2022 – March 2024

**L44.    Ascension Data & Analytics LLC v. Pairprep, Inc. et al.**
Retaining party: Pairprep, Inc.
Venue: American Arbitration Association
Case No.: 01-20-0019-3241
Counsel: Kwun Bhansali Lazarus LLP
Nature of suit: Intellectual Property – Trade Secret
Deposition testimony on October 27, 2022
Arbitration testimony on December 7, 2022
July 2022 – December 2022

**L43.    GoTV Streaming LLC v. Netflix**
Retaining party: GoTV Streaming LLC
Venue: Central District of California
Case No.: 2-22-CV-07556
Counsel: Alavi & Anaipakos PPLC
Nature of suit: Intellectual Property – Patent
Deposition testimony on July 6, 2023
Trial testimony on October 18, 2023
June 2022 – October 2023

**L42.    Broadband iTV, Inc. v. Comcast Corporation; Comcast Cable Communications, LLC; NBCUniversal Media, LLC; Charter Communications, Inc., Charter Communications Operating, LLC, Charter Communications Holding Company, LLC; Spectrum Management Holding Company, LLC; Altice USA, Inc.; CSC Holding, LLC; Cablevision Systems Corp**
Retaining party: Broadband iTV
Venue: International Trade Commission
Case No.: 337-TA-1315
Counsel: Kramer Day Alberti Lim Tonkovich & Belloli LLP
Nature of suit: Intellectual Property – Patent
June 2022 – October 2022

**L41.    Palmetto Solar, LLC v. Dvinci Energy, Inc. and Walid Halty**
Retaining party: Dvinci Energy, Inc. and Walid Halty
Venue: Court of Chancery of the State of Delaware
Case No.: Confidential Filing
Counsel: Ray and Counsel, P.C.; The Williams Law Firm, P.A.
Nature of suit: Intellectual Property – Trade Secret
April 2022 – May 2022

**L40.    Daedalus Blue, LLC v. Microsoft Corporation**
Retaining party: Daedalus Blue, LLC
Venue: Western District of Texas, Waco Division
Case No.: 6:20-CV-01152-ADA
Counsel: Bunsow De Mory LLP
Nature of suit: Intellectual Property – Patent
January 2022 – October 2022

**L39.    Morton v. Henry County 911 Emergency Communications, Harris Systems USA, et al.**
Retaining party: Harris Systems USA
Venue: Circuit Court of Henry County, Missouri
Case No.: 19CA-CC00256
Counsel: Patton & Ryan LLC
Nature of suit: Personal Injury
Deposition testimony on October 21, 2021
October 2021 – November 2021

**L38.    Wapp Tech Limited Partnership and Wapp Tech Corp. v. Bank of America, N.A.; and Wells Fargo Bank, N.A.**
Retaining party: Wapp Tech Limited Partnership and Wapp Tech Corp
Venue: Eastern District of Texas, Sherman Division
Case No.: 4:21-cv-00670-ALM; 4:21-cv-00671-ALM
Counsel: Heim Payne & Chorush, LLP; Ahmad, Zavitsanos & Mensing PC
Nature of suit: Intellectual Property – Patent
August 2021 – November 2022

**L37.    Daedalus Blue, LLC v. MicroStrategy Incorporated**
Retaining party: Daedalus Blue, LLC
Venue: Eastern District of Virginia, Norfolk Division
Case No.: 20-cv-00551-RCY-RJK
Counsel: Bunsow De Mory LLP
Nature of suit: Intellectual Property – Patent
Deposition testimony on September 1 and 2, 2022
July 2021 – January 2024

**L36.    Scorpcast, LLC dba HaulStars v. MG Freesites Ltd**
Retaining party: Scorpcast, LLC dba HaulStars
Venue: Eastern District of Texas, Marshall Division
Case No.: 2:20-CV-00193-JRG-RSP
Counsel: Williams Simons & Landis PLLC
Nature of suit: Intellectual Property – Patent
April 2021 – August 2021

**L35.    Express Mobile Inc. vs. Slack Technologies Inc.; Salesforce.com Inc.; Facebook Inc.; and eBay Inc.**
Retaining party:  Express Mobile Inc.
Venue: Western District of Texas, Waco Division; USPTO Patent Trial and Appeal Board
Case No.: 3:21-cv-02001-RS; 3:20-cv-08461-WHO; 6:20-cv-00803-ADA; 6:20-cv-802-ADA
Inter Partes Review No: IPR2021-01224, IPR2021-01226
Counsel: Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP
Nature of suit: Intellectual Property – Patent
Deposition testimony on April 26, 2022
April 2021 – November 2022

**L34.    AudioEye Inc. v. Accessibe Ltd.**
Retaining party: AudioEye
Venue: Western District of Texas, Waco Division; USPTO Patent Trial and Appeal Board
Case No.: 6:20-cv-00997-ADA
Inter Partes Review No: IPR2021-00797
Counsel: Knobbe Martens
Nature of suit: Intellectual Property – Patent

Deposition testimony on April 26, 2022
March 2021 – September 2022

**L33.**  **United Services Automobile Association v. PNC Bank N.A.**
Retaining party: United Services Automobile Association
Venue: Eastern District of Texas, Marshal Division; USPTO Patent Trial and Appeal Board
Case No.: 2:20-CV-00319-JRG
Inter Partes Review No: IPR2021-01248, IPR, IPR2021-01163
Counsel: Irell & Manella LLP
Nature of suit: Intellectual Property – Patent
Deposition testimony on January 13, 2022 and March 18, 2022
Trial testimony on September 15, 2022
March 2021 – September 2022

**L32.**  **Global eTicket Exchange Ltd. v. Ticketmaster L.L.C., and Live Nation Worldwide, Inc.**
Retaining party: Global eTicket Exchange
Venue: Western District of Texas, Waco Division
Case No.: 6:21-cv-00399
Counsel: Leichtman Law PLLC
Nature of suit: Intellectual Property – Patent
Deposition testimony on January 26, 2023 and February 2, 2023
Trial testimony on May 2, 2023
February 2021 – May 2023

**L31.**  **HEALTHeSTATE LLC v. The United States, ASM Research**
Retaining party: The United States
Venue: The United States Court of Federal Claims
Case No.: 18-034
Counsel: United States Department of Justice
Nature of suit: Intellectual Property – Copyright
February 2021 – January 2022

**L30.**  **RE FormsNet LLC v. Glide Labs Inc.**
Retaining party:  Glide Labs Inc.
Venue: Superior Court of the State of California, County of San Francisco
Case No.: CGC-21-588988
Counsel: Keker, Van Nest & Peters LLP
Nature of suit: Intellectual Property – Trade Secret
January 2021 – February 2021

**L29.**  **Monode Marking Products, Inc. V. Columbia Marking Tools, Inc.**
Retaining party: Monode Marking Products
Venue: Northern District of Ohio, Eastern Division
Case No.: 1:18-cv-16
Counsel: McDonald Hopkins
Nature of suit: Intellectual Property – Patent
Deposition testimony on February 22, 2021
January 2021 – June 2021

**L28.**  **HOV Services Inc. v. ASG Technologies Group Inc.**
Retaining party: HOV Services Inc.
Venue: Southern District of New York
Case No.: 1:18-cv-09780-PKC
Counsel: Tarter Krinsky & Drogin LLP

Nature of suit: Breach of Contract, Software License, and Copyright
Deposition testimony on July 30, 2021
October 2020 – January 2024

**L27.**   **Wapp Tech Limited Partnership and Wapp Tech Corp v. Seattle Spinco, Inc., et al.**
**Wapp Tech Limited Partnership and Wapp Tech Corp v. Wells Fargo**
**Wapp Tech Limited Partnership and Wapp Tech Corp v. Bank of America**
Retaining party: Wapp Tech Limited Partnership and Wapp Tech Corp
Venue: Eastern District of Texas, Sherman Division
Case No.: 4:18-cv-00469-ALM; 4:18-cv-00501-ALM; 4:18-cv-00519-ALM
Counsel: Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP
Nature of suit: Intellectual Property – Patent
Deposition testimony on January 5, 2021 and February 19, 2021
Trial testimony on March 2, 2021 and March 5, 2021
October 2020 – March 2021

**L26.**   **The Hertz Corporation v. Accenture LLP**
Retaining party: Accenture LLP
Venue: Southern District of New York
Case No.: 1:19-cv-03508-WHP
Counsel: Wiggin and Dana LLP
Nature of suit: Breach of Contract
March 2020 – May 2020

**L25.**   **Ameranth v. Pizza Hut, Inc., et al.**
Retaining party: Ameranth
Venue: Southern District of California
Case No.: 3:11-cv-01810 DMS (WVG)
Counsel: Caldarelli Hejmanowski Page & Leer LLP, Fabiano Law Firm, P.C., Osborne Law LLC, and Watts Law Offices
Nature of suit: Intellectual Property – Patent
Deposition testimony on April 23, 2018, April 25, 2018, May 14, 2018, May 21, 2018, June 29, 2018, August 31, 2018, September 4, 2018, September 11, 2018, and September 17, 2018
January 2018 – October 2019

**L24.**   **IPA Technologies, Inc. v. ZTE (USA), Inc.**
Retaining party: ZTE
Venue: Southern District of California
Case No.: 17-cv-01858-BAS-JLB
Counsel: Brinks Gilson & Lione
Nature of suit: Intellectual Property – Patent
December 2017 – March 2018

**L23.**   **Financial Information Technologies Inc. v. IControl Systems, USA, LLC**
Retaining party: IControl Systems
Venue: Middle District of Florida, Tampa Division
Case No: 8:17-cv-190-T-23MAP
Counsel: Rocke McLean Sbar
Nature of suit: Intellectual Property – Trade Secret
Deposition testimony on January 18, 2018
Trial testimony on February 28, 2020
September 2017 – March 2020

**L22.** **Ford Motor Company v. Versata Software, Inc., F/K/A Trilogy Software, Inc.**
Retaining party: Versata Software, Inc., F/K/A Trilogy Software, Inc.
Venue: Eastern District of Michigan, Southern Division
Case No: 15-10628-MFL-EAS (consolidated with 15-11624-MFL-EAS)
Counsel: Winston and Strawn LLP; Ahmad, Zavitsanos, Anaipakos, Alavi, and Mensing P.C.
Nature of suit: Intellectual Property – Patent and Trade Secret
Deposition testimony on December 20 and 21, 2017, and Nov 9, 2018
Trial testimony on October 12, 13, and 14, 2022
February 2017 – October 2022

**L21.** **Financial Information Technologies Inc. v. Mark Lopez**
Retaining party: Mark Lopez
Venue: Middle District of Florida, Tampa Division
Case No: 8:15-cv-02784-JSM-AEP
Counsel: Rocke McLean Sbar
Nature of suit: Intellectual Property – Trade Secret
Deposition testimony on March 18, 2017
January 2017 – September 2017

**L20.** **Alexander Yershov v. Gannett Satellite Information Network, Inc. d/b/a USA Today**
Retaining party: Gannett Satellite Information Network
Venue: District of Massachusetts
Case No: 1:14-cv-13112
Counsel: ZwillGen PLLC
Nature of suit: Class Action
January 2017 – March 2017

**L19.** **Chrome Systems Inc. v. Internet Brands Inc., Autodata Solutions Inc., et al.**
Retaining party: Chrome Systems Inc.
Venue: Judicial Arbitration and Mediation Services, Inc.
Case No: 1340012931
Counsel: Wachtell, Lipton, Rosen & Katz
Nature of suit: Intellectual Property – Software License
Deposition testimony on September 7, 2016
Arbitration testimony on September 16, 2016
June 2016 – October 2016

**L18.** **TiVo Inc. v. Samsung Electronics Co., Ltd., et al.**
Retaining party: TiVo Inc.
Venue: Eastern District of Texas
Case No: 2:15-cv-1503
Counsel: Irell & Manella LLP
Nature of suit: Intellectual Property – Patent
April 2016 – December 2016

**L17.** **Lenovo Adware Litigation**
Retaining party: Lenovo
Venue: Northern District of California, San Jose Division
Case No: 5:15-md-02624-RMW
Counsel: K&L Gates
Nature of suit: Class Action
April 2016 – July 2018

**L16.** **Ericsson Inc., et al. v TCL Communication Technology Holdings, LTD, et al.**
Retaining party: TCL
Venue: Eastern District of Texas; USPTO Patent Trial and Appeal Board
Case No: 2:15-cv-11
Inter Partes Review No: IPR2015-01605
Counsel: Sheppard Mullin Richter & Hampton LLP; Morgan, Lewis, and Bockius LLP
Nature of suit: Intellectual Property − Patent
Deposition testimony on February 1, 2016; April 14, 2016; August 29, 2016; October 6, 2017
Trial testimony on December 6, 2017
March 2015 − December 2017

**L15.** **STAR CO Ranger Digital, LLC v. Microsoft Corporation, et al.**
Retaining party: Microsoft Corporation
Venue: Eastern District of Texas, Marshall Division
Case No: 2:14-cv-00793
Counsel:  Klarquist Sparkman, LLP
Nature of suit: Intellectual Property − Patent
March 2015 − May 2015

**L14.** **YYZ, LLC v. Hewlett-Packard Company**
Retaining party: Hewlett-Packard Company
Venue: District of Delaware
Case No: 1:13-cv-00136-SLR
Counsel: Kenyon and Kenyon
Nature of suit: Intellectual Property − Patent
December 2014 − February 2015

**L13.** **Data Engine Technologies LLC v. International Business Machines Corporation**
Retaining party: Data Engine Technologies
Venue: Eastern District of Texas, Tyler Division
Case No: 6:13-cv-00858-LED
Counsel: Ahmad, Zavitsanos, Anaipakos, Alavi, and Mensing P.C.
Nature of suit: Intellectual Property − Patent
Deposition testimony on November 23 and 24, 2015
February 2014 − December 2015

**L12.** **Rockstar Consortium US LP and Netstar Technologies LLC v Google Inc.**
Retaining party: Google Inc.
Venue: Eastern District of Texas, Marshall Division
Case No: 2:13-cv-00893-JRG-RSP
Counsel: Quinn Emanuel Urquhart & Sullivan LLP
Nature of suit: Intellectual Property − Patent
October 2014 − February 2015

**L11.** **Optimum Content Protection LLC v. Microsoft Corporation**
Retaining party: Optimum Content Protection
Venue: Eastern District of Texas, Tyler Division
Case No: 6:13-cv-00741-KNM
Counsel: Ahmad, Zavitsanos, Anaipakos, Alavi, and Mensing P.C.
Nature of suit: Intellectual Property − Patent
November 2014 − December 2014

**L10.** **Alarm.com Inc. v. iControl Networks Inc.**
Retaining party: Alarm.com Inc.

Venue: USPTO Patent Trial and Appeal Board
Patent Interference No: 106,001 (HHB)
Counsel: Fish and Richardson P.C.
Nature of suit: Intellectual Property – Patent
June 2014 – October 2014

**L9.**   **Thought Inc. v. Oracle Corporation**
Retaining party: Thought Inc.
Venue: USPTO Patent Trial and Appeal Board
Inter Partes Review No: IPR2014-00117, IPR2014-00118, IPR2014-00119
Counsel: Sughrue Mion PLLC
Nature of suit: Intellectual Property – Patent
Deposition testimony on August 25 and 26, 2014
May 2014 – October 2014

**L8.**   **Steve Morsa v. Facebook, Inc.**
Retaining party: Steve Morsa
Venue: Federal District Court, Central District of California
Case No: 14-00161-JLS-JPR
Counsel: Bragalone Conroy PC
Nature of suit: Intellectual Property – Patent
April 2014 – December 2014

**L7.**   **United States of America v Alexander Rousseau**
Retaining party: United States of America
Venue: Southern District of Florida
Case No: 14-20243-KMM(s)
Counsel: U.S. Department of Justice
Nature of suit: Criminal
Trial testimony on July 15, 2014
June 2014 – July 2014

**L6.**   **Clori Isaac v. Geo. Mijilem & Company Inc. DBA SVM L.P., ConocoPhillips, et al.**
Retaining party: Clori Isaac
Venue: Superior Court of California, County of Los Angeles
Case No: BC477305
Counsel: Selman Breitman LLP
Nature of suit: Class Action
April 2014 – June 2014

**L5.**   **Miants, LLC, et al. v. Kevin Lasser, et al.**
Retaining party: Miants LLC.
Venue: State of Michigan, Oakland County Circuit Court
Case No: 2013-133695-CK
Counsel: Mantese, Honigman, Rossman & Williamson, P.C.
Nature of suit: Intellectual Property
April 2014 – June 2014

**L4.**   **Motorola Mobility Inc. v. Apple Inc.**
Retaining party: Motorola Mobility Inc.
Venue: U.S. District Court for the Southern District of Florida
Case No: 1:12-cv-20271-RNS
Counsel: Quinn Emanuel Urquhart & Sullivan LLP

Nature of suit: Intellectual Property – Patent
December 2013 – May 2014

**L3.    iControl Networks Inc. v. Alarm.com Inc., et al.**
Retaining party: Alarm.com Inc.
Venue: U.S. District Court for the Eastern District of Virginia
Case No: 13-834 (LMB/IDD) (E.D. Va.)
Counsel: Cravath, Swaine & Moore LLP
Nature of suit: Intellectual Property – Patent
Deposition testimony on December 13, 2013
September 2013 – December 2013

**L2.    United States ex rel. Hooper v. Lockheed Martin Corporation**
Retaining party: United States ex rel. Hooper
Venue: U.S. District Court for the Central District of California
Case No: 2:08-cv-00561BRO(PJWx)
Counsel: The Cullen Law Firm PLLC
Nature of suit: False Claims Act
August 2013 – January 2014

**L1.    Lotchinbek Samatov, Jakhongir Samatov, and SSD Software Solutions v. AirShowBuzz**
Retaining party: Lotchinbek Samatov, Jakhongir Samatov, and SSD Software Solutions
Venue: Superior Court of California for the County of Los Angeles Central District
Case No: BC488092
Counsel: Michelman & Robinson LLP
Nature of suit: Breach of Contract
June 2013 – August 2013