# EXHIBIT 56

**Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**

| | |
|---|---|
| Document title: | API platform | OpenAI |
| Capture URL: | https://openai.com/api/ |
| Page loaded at (UTC): | Wed, 17 Jul 2024 11:51:07 GMT |
| Capture timestamp (UTC): | Wed, 17 Jul 2024 11:52:22 GMT |
| Capture tool: | 10.48.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 10 |
| Capture ID: | hzphzM2HBHKAgWDgzSi4p7 |
| User: | quinn-general |

PDF REFERENCE #:     2LKVRpqo7HGhqDwffDUcxG

OPENAI_RAV-00002789





✓ Input: $5 | Output: $15 per 1M tokens

Learn more

✓ Input: $0.50 | Output: $1.50 per 1M tokens

Learn more

# Access the power of our models with APIs

**Chat Completions API**   Assistants API   Batch API

## Chat Completions API

Get access to our most powerful models with a few lines of code.

Learn more >



# Build AI-native experiences with our tools and capabilities



### Knowledge retrieval

Give the model access to your data for intelligent retrieval in your AI applications.

Learn more >





### Code interpreter

Get models to run code iteratively to solve challenging code and math problems, and generate charts.

Learn more >



### Function calling

Instruct the model to intelligently interact with your codebase and APIs using custom functions.

Learn more >



### Vision

Get the model to understand and answer questions about images using vision capabilities.

Learn more >



### JSON Mode

Guarantee JSON outputs from the model when you enable JSON mode.

Learn more >



### Streaming

Display model outputs in real-time as they are generated.

Learn more >

## Customize models for your needs

Fine-tuning API    Custom model program

## Customize models for your needs

Fine-tuning API    Custom model program



### Fine-tuning

Customize a model's existing knowledge and behavior for a specific task via supervised fine-tuning.

Learn more >

## See what you can build in Playground

Explore our models and APIs in Playground without writing a single line of code.

Start exploring







# Enterprise-grade features for operating at scale

### Security and data privacy

- ✓ No training on your data
- ✓ Zero data retention policy by request
- ✓ Business Associate Agreements (BAA) for HIPAA compliance
- ✓ SOC 2 Type 2 compliance
- ✓ Single sign-on (SSO) and multi-factor authentication (MFA)
- ✓ Data encryption at rest (AES-256) and in transit (TLS 1.2+)
- ✓ Private Link to securely connect your Azure instances

### Administrative controls

- ✓ Scope user roles and API keys to individual projects
- ✓ Role-based access controls
- ✓ Limit access to specific models within each project
- ✓ Set billing and usage restrictions to avoid overages
- ✓ View granular usage activity by project

### Access to OpenAI expertise

- ✓ Dedicated account team and prioritized support
- ✓ Guidance on AI deployment and best practices from solutions architects
- ✓ Opportunity to collaborate with researchers on building custom AI models

## Three million developers build with OpenAI

Sign up for a developer account ↗    Talk to our team >

| Our research | ChatGPT | Safety overview | Company | Terms & policies |
|---|---|---|---|---|
| Overview | For Everyone | Safety overview | About us | Terms of use |

Document title: API platform | OpenAI
Capture URL: https://openai.com/api/
Capture timestamp (UTC): Wed, 17 Jul 2024 11:52:22 GMT

Page 8 of 9

OPENAI_RAV-00002797

✓ Private Link to securely connect your Azure instances

# Three million developers build with OpenAI

Sign up for a developer account ↗    Talk to our team ›

| Our research | ChatGPT | Safety overview | Company | Terms & policies |
|---|---|---|---|---|
| Overview | For Everyone | Safety overview | About us | Terms of use |
| Index | For Teams | Safety standards | News | Privacy policy |
| | For Enterprises | | Our Charter | Brand guidelines |
| Latest advancements | ChatGPT login ↗ | Teams | Security | Other policies |
| GPT-4 | Download | Safety Systems | Residency | |
| DALL·E 3 | | Preparedness | Careers | |
| Sora | API | Superalignment | | |
| | Platform overview | | | |
| | Pricing | | | |
| | Documentation ↗ | | | |
| | API login ↗ | | | |
| | Explore more | | | |
| | OpenAI for business | | | |
| | Stories | | | |

OpenAI © 2015–2024     

Document title: API platform | OpenAI
Capture URL: https://openai.com/api/
Capture timestamp (UTC): Wed, 17 Jul 2024 11:52:22 GMT

Page 9 of 9

OPENAI_RAV-00002798