# EXHIBIT 57

## Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment

PageVault

| | |
|---|---|
| Document title: | Customizing GPT-3 for Your Application |
| Capture URL: | https://web.archive.org/web/20220131122443/https://openai.com/blog/customized-gpt-3/ |
| Page loaded at (UTC): | Mon, 15 Jul 2024 14:35:56 GMT |
| Capture timestamp (UTC): | Mon, 15 Jul 2024 14:35:58 GMT |
| Capture tool: | 2.60.0 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 8 |
| Capture ID: | ddESd4oV4kTTgCcvfWF6sb |
| User: | automation@page-vaul |

PDF REFERENCE #: vJvUQjygSAfeNQxUci4ZwL



API RESEARCH BLOG ABOUT

# Customizing GPT-3 for Your Application

Fine-tune with a single command.

December 14, 2021
5 minute read

Developers can now fine-tune GPT-3 on their own data, creating a custom version tailored to their application. Customizing makes GPT-3 reliable for a wider variety of use cases and makes running the model cheaper and faster.

You can use an existing dataset of virtually any shape and size, or incrementally add data based on user feedback. With fine-tuning, one API customer was able to increase correct outputs from 83% to 95%. By adding new data from their product each week, another reduced error rates by 50%.

To get started, just run a single command in the OpenAI command line tool with a file you provide. Your custom version will start training and then be available immediately in our API.

READ DOCUMENTATION

---

Last year we trained GPT-3 and made it available in our API. With only a few examples, GPT-3 can perform a wide variety of natural language tasks, a concept called few-shot learning or prompt design. Customizing GPT-3 can yield even better results because you can provide many more examples than what's possible with prompt design.

**You can customize GPT-3 for your application with one command and use it immediately in our API:**

```
openai api fine_tunes.create -t <train_file>
```

See how ↓

It takes less than 100 examples to start seeing the benefits of fine-tuning GPT-3 and performance continues to improve as you add more data. In research published last

Document title: Customizing GPT-3 for Your Application
Capture URL: https://web.archive.org/web/20220131122443/https://openai.com/blog/customized-gpt-3/
Capture timestamp (UTC): Mon, 15 Jul 2024 14:35:58 GMT
Estimated post date: 01/31/2022 12:24:43 PM
Page 1 of 7
OPENAI_RAV-00003340

See how ↓ Case 4:23-cv-03918-YGR Document 278-24 Filed 05/07/25 Page 4 of 9

It takes less than 100 examples to start seeing the benefits of fine-tuning GPT-3 and performance continues to improve as you add more data. In research published last June, we showed how fine-tuning with less than 100 examples can improve GPT-3's performance on certain tasks. We've also found that each doubling of the number of examples tends to improve quality linearly.

With one of our most challenging research datasets, Grade School Math problems, fine-tuning GPT-3 improves accuracy by 2 to 4x over what's possible with prompt design.

Performance of Customized GPT-3 vs Prompt Design
Accuracy
80%
60%
40%
20%
0%
Curie
Davinci
Prompt Design
Customized GPT-3

Two sizes of GPT-3 models, Curie and Davinci, were fine-tuned on 8,000 examples from one of our most challenging research datasets, Grade School Math problems. We compare the models' ability to solve problems when 10 completions are created.

Customizing GPT-3 improves the reliability of output, offering more consistent results that you can count on for production use-cases. One customer found that customizing GPT-3 reduced the frequency of unreliable outputs from 17% to 5%. Since custom versions of GPT-3 are tailored to your application, the prompt can be much shorter, reducing costs and improving latency.

Whether text generation, summarization, classification, or any other natural language task GPT-3 is capable of performing, customizing GPT-3 will improve performance

Document title: Customizing GPT-3 for Your Application
Capture URL: https://web.archive.org/web/20220131122443/https://openai.com/blog/customized-gpt-3/
Capture timestamp (UTC): Mon, 15 Jul 2024 14:35:58 GMT
Estimated post date: 01/31/2022 12:24:43 PM
Page 2 of 7
OPENAI_RAV-00003341

INTERNET ARCHIVE WayBackMachine https://openai.com/blog/customized-gpt-3/ Go 52 captures 31 Jan 2022 - 18 Mar 2024 DEC JAN MAR 31 2021 2022 2023 About this capture

Whether text generation, summarization, classification, or any other natural language task GPT-3 is capable of performing, customizing GPT-3 will improve performance.

## Apps Powered by Customized Versions of GPT-3

TAX SAVINGS
$1,315
Gas fill ups
Advertising
Software expenses
Contractors
Uber
Business transport
CREDIT CARD
Credit card - 1625
Originally appeared as UBR* PENDING.UBER.COM SAN FRANCISCOCA on your bank statement

**Keeper Tax** helps independent contractors and freelancers with their taxes. After a customer links their financial accounts, Keeper Tax uses various models to extract text and classify transactions. Using the classified data, Keeper Tax identifies easy-to-miss tax write-offs and helps customers file their taxes directly from the app. By customizing GPT-3, Keeper Tax is able to continuously improve results. Once a week, Keeper Tax adds around 500 new training examples to fine-tune their model, which is leading to about a 1% accuracy improvement each week, increasing accuracy from 85% to 93%.

Reports
By Viable
SUBSCRIBED
SHARE
EDIT
Top Feedback
NPS
Android
iOS
Enterprise Onboarding
Complaints
Compliments
Requests
Questions
Trends
Top Topics
Positive Topics
Weekly Report
Feedback Analysis
Over the last 7 days we've analyzed 5,679 pieces of feedback.

Document title: Customizing GPT-3 for Your Application
Capture URL: https://web.archive.org/web/20220131122443/https://openai.com/blog/customized-gpt-3/
Capture timestamp (UTC): Mon, 15 Jul 2024 14:35:58 GMT
Estimated post date: 01/31/2022 12:24:43 PM
Page 3 of 7
OPENAI_RAV-00003342



iOS
Enterprise Onboarding
Complaints
Compliments
Requests
Questions
Trends
Top Topics
Positive Topics
Negative Topics
Frustrating Topics
Delightful Topics
Confusing Topics
Weekly Report
Feedback Analysis
Over the last 7 days we've analyzed 5,679 pieces of feedback.
Top Complaints
Users are not happy with the new update. They say that the old app was much better, and that the new app is not as good as the old one, or as user-friendly. They also find the website hard to use.
App Isn't Working
The app isn't working. Users are frustrated that the app is not working, and describe it
156 complaints (30%)

**Viable** helps companies get insights from their customer feedback. By customizing GPT-3, Viable is able to transform massive amounts of unstructured data into readable natural language reports, highlighting top customer complaints, compliments, requests, and questions. Customizing GPT-3 has increased the reliability of Viable's reports. By using a customized version of GPT-3, accuracy in summarizing customer feedback has improved from 66% to 90%. The result is tangible, intuitive information that customers need to inform their product decisions.

Untitled
Text
Preview
Create session
Introduction
Introduction
to conscious learning
Successful learing requires the coordination of multiple cognitive processes that involve different networks in the brain. To coordinate these processes, an individual needs to be able to monitor and regulate their own learning. The ability to monitor and regulate learning changes over the life span and can be improved through interventions.
Auto generated question
What does successful learning require?
CHOOSE THE CORRECT ANSWER
Coordination of multiple cognitive processes that involve different networks in the brain
Correct
Agenda item 2

**Sana Labs** is a global leader in the development and application of AI to learning. The Sana learning platform powers personalized learning experiences for businesses by leveraging the latest ML breakthroughs to tailor the content for each individual. By customizing GPT-3 with their data, Sana's question and content generation went from grammatically correct but general responses to highly accurate outputs. This yielded a 60% improvement, enabling fundamentally more personalized and effective experiences for their learners.

Document title: Customizing GPT-3 for Your Application
Capture URL: https://web.archive.org/web/20220131122443/https://openai.com/blog/customized-gpt-3/
Capture timestamp (UTC): Mon, 15 Jul 2024 14:35:58 GMT
Estimated post date: 01/31/2022 12:24:43 PM
Page 4 of 7
OPENAI_RAV-00003343

a 60% improvement, enabling fundamentally more personalized and effective experiences for their learners.

Elicit
How effective is flossing?
Flossing is effective in reducing interproximal caries risk.
Clear unstarred
Download as CSV
All years
Flossing is beneficial to your health if done correctly and after brushing.
Flossing is a safe and effective oral hygiene measure for reducing plaque, inflammation and bleeding over time.
Flossing is a useful tool in reducing interproximal bleeding.
Flossing is effective in preventing dental caries.
Show more like starred

**Elicit** is an AI research assistant that helps people directly answer research questions using findings from academic papers. The tool finds the most relevant abstracts from a large corpus of research papers, then applies a customized version of GPT-3 to generate the claim (if any) that the paper makes about the question. A custom version of GPT-3 outperformed prompt design across three important measures: results were easier to understand (a 24% improvement), more accurate (a 17% improvement), and better overall (a 33% improvement).

All API customers can customize GPT-3 today. Sign-up and get started with the fine-tuning documentation.

## How to customize GPT-3 for your application

### Set up

Install the openai python-based client from your terminal:

```
pip install --upgrade openai
```

Set your API key as an environment variable:

```
export OPENAI_API_KEY=<api_key>
```

Document title: Customizing GPT-3 for Your Application
Capture URL: https://web.archive.org/web/20220131122443/https://openai.com/blog/customized-gpt-3/
Capture timestamp (UTC): Mon, 15 Jul 2024 14:35:58 GMT
Estimated post date: 01/31/2022 12:24:43 PM
Page 5 of 7
OPENAI_RAV-00003344

```
pip install --upgrade openai
```

Set your API key as an environment variable:

```
export OPENAI_API_KEY=<api_key>
```

#### Train a custom model

Fine-tune the Ada model on a demo dataset for translating help messages from Spanish to English.

```
openai api fine_tunes.create -m ada --n_epochs 2 \
    -t https://cdn.openai.com/API/train-demo.jsonl
```

#### Use the custom model

Ask your customized model for a translation.

```
openai api completions.create -m <model_ID> \
  --max-tokens 30 --temperature 0 --stop "###" \
  -p $'Conecte la PS3 y vaya a Configuración>Configuraciones de Red,
seleccione la red y escriba sus credenciales.\nEnglish translation:'
```

Authors
Rachel Lim, Michael Wu & Luke Miller

Filed Under
API, Announcements

OpenAI

Document title: Customizing GPT-3 for Your Application
Capture URL: https://web.archive.org/web/20220131122443/https://openai.com/blog/customized-gpt-3/
Capture timestamp (UTC): Mon, 15 Jul 2024 14:35:58 GMT
Estimated post date: 01/31/2022 12:24:43 PM

Page 6 of 7
OPENAI_RAV-00003345

```
openai api completions.create -m <model_ID> \
  --max-tokens 30 --temperature 0 --stop "###" \
  -p $'Conecte la PS3 y vaya a Configuración>Configuraciones de Red,
seleccione la red y escriba sus credenciales.\nEnglish translation:'
```

Authors
Rachel Lim, Michael Wu & Luke Miller

Filed Under
API, Announcements

OpenAI

**FEATURED**
OpenAI Codex
Startup Fund
Multimodal Neurons
DALL·E
CLIP

**API**
Overview
Pricing
Examples
Docs
Terms & Policies
Status
Log in

**BLOG**
Index
Research
Announcements
Events
Milestones

**INFORMATION**
About
Research
Publications
Charter
Timeline
Newsroom
Careers

OpenAI © 2015–2022 Privacy Policy Terms of Use

Document title: Customizing GPT-3 for Your Application
Capture URL: https://web.archive.org/web/20220131122443/https://openai.com/blog/customized-gpt-3/
Capture timestamp (UTC): Mon, 15 Jul 2024 14:35:58 GMT
Estimated post date: 01/31/2022 12:24:43 PM
Page 7 of 7
OPENAI_RAV-00003346