# EXHIBIT 58

**Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**

## Re: G Ravine

**From: Greg Brockman <gdb@openai.com>**  Wed, Mar 1, 2017 at 1:43 PM PST (GMT-08:00)
To: Chris Clark <chris@ycr.org>; Erika Reinhardt <erika@openai.com>
Cc: Ilya Sutskever <ilyasu@openai.com>

Yes I've met him. He's a bit weird. Had been trying to make open.ai into a thing. May be willing to give up on open.ai now though.

On Wed, Mar 1, 2017 at 1:42 PM Erika Reinhardt <erika@openai.com> wrote:
> No, but I have 1 mutual connection on LinkedIn if you want me to reach out to him

> On Wed, Mar 1, 2017 at 1:40 PM, Chris Clark <chris@ycr.org> wrote:
>> Have any of you heard of Guy Ravine? See www.open.ai
>>
>> He filed for a trademark right before OpenAI formed. The USPTO referenced his filing while reviewing ours, so I'm wondering if anyone knows or has heard of him. He's supposedly in San Francisco.
>>
>> Chris

--
Sent from mobile

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    OPENAI-RAV-00022197