# EXHIBIT 64

**Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment**

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable YVONNE GONZALEZ ROGERS, Judge

| | |
|---|---|
| OPENAI, INC., a Delaware corporation, | **Prefiling Conference** |
| Plaintiff, | |
| vs. | NO. C 23-03918YGR |
| OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation, and GUY RAVINE, an individual, | Pages 1 - 47 |
| Defendants. | Oakland, California<br>Friday, March 21, 2025 |
| AND RELATED COUNTERCLAIMS, | |

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

APPEARANCES:

For Plaintiff:        Quinn, Emanuel, Urquhart & Sullivan
                      555 Twin Dolphin Drive, Suite 560
                      Redwood Shores, California  94065
                   BY: ROBERT P. FELDMAN,
                      MARGRET M. CARUSO,
                      PAULINA SLAGTER, ATTORNEY

For Defendant:        Willenken LLP
                      707 Wilshire Boulevard, Suite 3850
                      Los Angeles, California  90017
                   BY: JASON H. WILSON, ATTORNEY AT LAW

              (Appearances continued next page)

Reported By:          Raynee H. Mercado, CSR No. 8258

    Proceedings reported by electronic/mechanical stenography; transcript produced by computer-aided transcription.

**RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228**

**A P P E A R A N C E S (CONT'D.)**

For Defendant:        Greenberg Traurig LLP
                      1840 Century Park East, Suite 1900
                      Los Angeles, California  90067
                 BY:  BREANNA N. BREWER, ATTORNEY AT LAW

                      Haley Guiliano LLP
                      111 North Market Street, Suite 900
                      San Jose, California  940063
                 BY:  JOSHUA M. MASUR, ATTORNEY AT LAW


                          --o0o--

```
 1    Friday, March 21, 2025                           9:58 a.m.
 2                     P R O C E E D I N G S
 3                            --oOo--
 4
 5         THE CLERK:  Good morning, everyone.  Calling the
 6    civil matter 23-CV-3918-YGR, OpenAI, Incorporated versus Open
 7    Artificial Intelligence, Incorporated, et al.
 8         Parties, please step forward, state your appearances for
 9    the record starting with the plaintiffs.
10         Lecterns, please.
11         MR. FELDMAN:  May it please the Court.  Robert
12    Feldman for the plaintiff.  With me is Margret Caruso and
13    Paulina Slagter.
14         If I may, Margret Caruso has had the day-to-day on this
15    case, done most of the depositions.  Ms. Slagter is new to the
16    firm, new to the case.  She will argue one motion or aspect
17    this morning.  Ms. Caruso will handle most of them.  And I
18    will handle three.
19         THE COURT:  Okay.  Thank you.
20         MR. WILSON:  Jason Wilson of Willenken, LLP, behalf
21    of the defendants and cross-complainants.  And with me from my
22    office is Breanna Brewer.  And she may insist [sic] me on one
23    point on one issue.
24         And then also with me, Your Honor, is Joshua Masur, who
25    will handle our motion for partial summary judgment, if we may
```

| | |
|---|---|
| 1 | **MR. FELDMAN:** Okay. Great. Thank you. |
| 2 | **THE COURT:** I mean if -- |
| 3 | **MR. FELDMAN:** That's fine, got it. |
| 4 | **THE COURT:** If you put them in the letter, that's |
| 5 | fine.  I didn't -- I was concerned primarily with how this was |
| 6 | going to be structured. |
| 7 | **MR. FELDMAN:** Got it. |
| 8 | **THE COURT:** -- given all of the various overlapping |
| 9 | claims. |
| 10 | **MR. FELDMAN:** I understand, I think, and Ms. Caruso |
| 11 | certainly understands and I'm satisfied.  Thank you. |
| 12 | **THE COURT:** So -- |
| 13 | **MR. FELDMAN:** Thank you. |
| 14 | **THE COURT:** -- it's your motion.  It's -- you know, |
| 15 | what I saw on the defense side was they wanted to bring a |
| 16 | motion on this injunctive relief piece.  And that's -- that's |
| 17 | what I think needs to wait.  We need to wait on that because, |
| 18 | one, it could be moot right now.  I don't know. |
| 19 | ==But I'd like to get all of this cleaned up in terms of the== |
| 20 | ==substantive claims before I start talking about remedies.== |
| 21 | **MR. FELDMAN:** No problem.  Thank you. |
| 22 | **MR. WILSON:** Thank you, Your Honor. |
| 23 | **THE COURT:** Any other questions? |
| 24 | **MR. FELDMAN:** No, thank you, Your Honor. |
| 25 | **MR. WILSON:** No, Your Honor. |

THE COURT: All right. Have a good spring. We'll stand in recess. We're adjourned.

MR. WILSON: Thank you.

THE CLERK: Court is adjourned.

(Proceedings were concluded at 11:08 A.M.)

--o0o--

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_____

Raynee H. Mercado, CSR, RMR, CRR, FCRR, CCRR

Monday, March 24, 2025