# EXHIBIT 66

## Brewer Declaration ISO Defendants' Opposition to Plaintiff's Motion for Summary Judgment

**FILED UNDER SEAL**