# Exhibit B

## Scher Declaration ISO Plaintiff's Motion for Summary Judgment

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4                       --oOo--
 5   OPENAI, a Delaware corporation,
 6              Plaintiff,
 7   vs.                              Case No.
                                      4:23-cv-03918-YGR
 8   OPEN ARTIFICIAL INTELLIGENCE,
     INC., a Delaware corporation;
 9   and GUY RAVINE, an individual,
10              Defendants,
     _____/
11   AND RELATED COUNTERCLAIMS.
     _____/
12
13
14
15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16
17      VIDEO-RECORDED DEPOSITION OF GREGORY BROCKMAN
18              SAN FRANCISCO, CALIFORNIA
19                TUESDAY, JANUARY 7, 2025
20
21
22
23   Reported by:
24   Anrae Wimberley, CSR No. 7778
25   Job No.  7055685
```

Page 1

```
 1        Q.   Who is Chris Clark?                          11:58:21
 2        A.   I believe he was our COO at the time.
 3        Q.   Okay.  And why does he have a ycr.org
 4   e-mail address as opposed to an openai.com e-mail
 5   address?                                               11:58:40
 6        A.   I actually don't know why he used the
 7   ycr.org e-mail address in this context.
 8        Q.   And apparently, Mr. Clark is contacting
 9   you because the plaintiff was in the process of
10   trying to get a trademark, and the USPTO mentioned     11:59:03
11   Mr. Ravine?
12        A.   All I have is what's written here.
13        Q.   Okay.  Between this e-mail and the meeting
14   with Mr. Ravine in December of 2015, have you
15   heard -- did you hear of anything else relating to     11:59:30
16   Mr. Ravine?
17        A.   Besides the e-mail trail?
18        Q.   Um-hum.
19        A.   Not to my knowledge.
20        Q.   Okay.  And it says you met him.  He says,    11:59:40
21   "He's a bit weird."
22             What was your reason for thinking
23   Mr. Ravine was weird?
24        A.   What I said earlier.
25        Q.   And what was it -- well, weird -- you        12:00:05
```

Page 86

```
 1    would agree with me that weird is a little bit            12:00:11

 2    different adjective than talks big?

 3         A.   Not in the sense that I meant it here.

 4         Q.   Okay.  So when you used the term "weird"

 5    here, was this -- you were trying to convey the same      12:00:25

 6    impressions that we discussed earlier today?

 7         A.   The same impressions we discussed earlier.

 8         Q.   Okay.  After you received this e-mail from

 9    Mr. Clark, did you do anything to check on -- not

10    check with Mr. Ravine personally but to check on          12:00:41

11    Mr. Ravine's activities?

12         A.   I believe I visited Open.AI.

13         Q.   And do you recall what you saw?

14         A.   I believe it was the same thing that had

15    been there before, but I don't recall specifically.       12:00:58

16         Q.   Okay.  Did you assign anyone to check up

17    on Mr. Ravine's activities after obtaining this

18    e-mail from Mr. Clark?

19         A.   I don't believe so.

20         Q.   Do you recall if at the time when you           12:01:21

21    received this e-mail whether or not you were

22    concerned about Mr. Ravine's activities in the

23    trademark office?

24         A.   Can you clarify the question?

25         Q.   Let me withdraw the question and give you       12:01:47
```

| | | |
|---|---|---|
| 1 | a new question.  Hopefully, it will be a better | 12:01:51 |
| 2 | question, but there's no guarantees. | |
| 3 | At the time that you received this e-mail | |
| 4 | in March of 2017, were you aware that plaintiff, | |
| 5 | OpenAI, was seeking a trademark in the name OpenAI? | 12:02:19 |
| 6 | A.   I don't recall specifically. | |
| 7 | Q.   Do you have any recollection as we sit | |
| 8 | here today as to the outcome of this OpenAI -- the | |
| 9 | efforts of plaintiff, OpenAI, to obtain a trademark | |
| 10 | in 2017? | 12:02:47 |
| 11 | A.   I actually don't know. | |
| 12 | Q.   Was it important to you at the time that | |
| 13 | plaintiff, OpenAI, obtain a trademark? | |
| 14 | MS. CARUSO:  Objection; vague. | |
| 15 | MR. SNYDER:  Objection -- sorry. | 12:03:02 |
| 16 | You may answer. | |
| 17 | THE WITNESS:  What was the objection? | |
| 18 | MR. SNYDER:  She said, "vague," and I said, | |
| 19 | "Objection." | |
| 20 | THE WITNESS:  Okay. | 12:03:10 |
| 21 | Could you clarify the question? | |
| 22 | BY MR. WILSON: | |
| 23 | Q.   Do you recall if at the time in 2017 it | |
| 24 | was important to you that plaintiff, OpenAI, obtain | |
| 25 | trademark rights to the name OpenAI? | 12:03:30 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS:  To my knowledge the root cause | 15:09:13 |
| 2 | has always been Elon. | |
| 3 | BY MR. WILSON: | |
| 4 | Q.   Have you personally participated in those | |
| 5 | discussions? | 15:09:19 |
| 6 | A.   Yes. | |
| 7 | Q.   Who else has participated in those | |
| 8 | discussions? | |
| 9 | A.   Sam.  I'm sure others, but I don't recall | |
| 10 | specifically. | 15:09:29 |
| 11 | MR. WILSON:  I think at this point, I'm at the | |
| 12 | end of my prepared questions.  I'm going to caucus | |
| 13 | with my colleagues for about five minutes. | |
| 14 | THE WITNESS:  All right. | |
| 15 | MR. WILSON:  Take a break, caucus with my | 15:09:56 |
| 16 | colleagues for five minutes to see if I have | |
| 17 | anything further. | |
| 18 | MR. SNYDER:  Okay. | |
| 19 | THE VIDEOGRAPHER:  We're going off the record. | |
| 20 | Time is 3:10. | 15:10:04 |
| 21 | (Recess taken.) | |
| 22 | THE VIDEOGRAPHER:  We're back on the record. | |
| 23 | Time is 3:36. | |
| 24 | MR. SNYDER:  Thank you.  Good afternoon, | |
| 25 | Mr. Brockman. | 15:36:36 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          MR. WILSON:  Oh, I didn't formally pass the        15:36:38
 2   witness.
 3          I have no further questions at this time.
 4   I pass the witness.
 5          MR. SNYDER:  Thank you.                            15:36:49
 6                       EXAMINATION
 7   BY MR. SNYDER:
 8      Q.  Okay, Mr. Brockman, I just have two or
 9   three questions.  The first relates to the dates
10   of -- that certain products were released.  Do            15:36:59
11   you --
12          (Reporter seeks clarification.)
13      Q.  -- date that the Gym, G-y-m, product was
14   released.
15          Do you recall being asked questions by             15:37:14
16   counsel about that subject?
17      A.  Yes.
18      Q.  And in your testimony do you recall
19   explaining that Gym, to your recollection, was
20   released in June of 2016?                                 15:37:24
21      A.  Yes.
22      Q.  Okay.  I want to show you what we have
23   marked, sir, as as Exhibit 202.
24          (Deposition Exhibit 202 was marked.)
25   BY MR. SNYDER:                                            15:37:39
```

Page 183

| | | |
|---|---|---|
| 1 | Q. And it is a document entitled "OpenAI Gym | 15:37:39 |
| 2 | Beta," B-e-t-a, OpenAI -- Bates stamped OPENAI_RAV- | |
| 3 | 3039. And I'm going to direct your attention, | |
| 4 | Mr. Brockman, to the first full page. And if you | |
| 5 | can read that. And you see the date? | 15:38:02 |
| 6 | A. I do. | |
| 7 | Q. And what is the date? | |
| 8 | A. April 27th of 2016. | |
| 9 | Q. And what is this document? | |
| 10 | A. This is the OpenAI Gym blog. | 15:38:10 |
| 11 | Q. How, if at all, does this document impact | |
| 12 | your testimony you gave earlier that Gym was first | |
| 13 | released in June of 2016? | |
| 14 | A. It was April, not June, of 2016. | |
| 15 | Q. And how do we know that? | 15:38:24 |
| 16 | A. Because of the date written on this | |
| 17 | document. | |
| 18 | Q. Thank you. Next question relates to | |
| 19 | counsel's questions about dot-AI domains. | |
| 20 | Do you remember that was a line of | 15:38:38 |
| 21 | questioning? | |
| 22 | A. Yes. | |
| 23 | Q. And you testified on page 45, lines 7 | |
| 24 | through -- 45 to lines 21 on the draft transcript as | |
| 25 | follows: | 15:38:58 |

Page 184