# Steckel Declaration ISO Plaintiff's Motion for Summary Judgment

# FILED UNDER SEAL