QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
 bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000

Robert Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000

Sam Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:  (415) 875-6600

Dylan Scher (*pro hac vice*)
 dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016-7103
Telephone:    (212) 849-7000

*Attorneys for Plaintiff OpenAI, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>           vs.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation, and GUY RAVINE, an individual,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:23-cv-03918-YGR<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>**PLAINTIFF OPENAI'S NOTICE OF ERRATA REGARDING REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      June 17, 2025<br>Time:     2:00 p.m.<br>Place:    Courtroom 1 (4th Floor)<br>             1301 Clay St., Oakland, CA 94612 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff OpenAI, Inc. submits this Notice of Errata regarding its Reply in Support of Motion for Summary Judgment, filed May 14, 2025:

Certain supporting documents to Plaintiff's Reply in Support of Motion for Summary Judgment (the "Reply") included inadvertent errors that warrant correction, as detailed below.

**<u>Response to Defendants' Statement of Additional Material Facts</u>** (Dkt. 284): Plaintiff's Response to Defendants' Statement of Additional Material Facts ("RAF") inadvertently contained incomplete or otherwise incorrect references to supporting materials.

First, in response to Defendants' Fact 90, Plaintiff cited "Scher Dec. Ex. 13 (Gaer Tr.) at 164:6-13." The correct citation is "Perahia Dec. Ex. 13 (Gaer Tr.) at 164:6-13."

Second, in response to Defendants' Fact 92, Plaintiff referenced "Brewer Decl. Ex. 43 ¶ 48." The correct reference is "Brewer Decl. Ex. 43 ¶¶ 7-8."

Third, in response to Defendants' Fact 107, Plaintiff cited "(*see id.* Ex. Q (Dkt. 46-3), Ex. R (Dkt. 46) ¶ 5." The correct citation is "(*see id.* Ex. R (Dkt. 46-3), Ex. Q (Dkt. 46) ¶ 5."

The corrections address those errors for clarification and accuracy.

**<u>Scher Declaration, Exhibit O</u>** (Dkt. 286-3): The version filed under seal of Exhibit O to the Declaration of Dylan I. Scher in Support of Motion for Summary Judgment ("Scher Declaration") inadvertently included a slipsheet labeling the exhibit as "Exhibit N." The underlying document is correct and corresponds to Exhibit O. Plaintiff has refiled the sealed exhibit with the correct slipsheet.

DATED: May 21, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Margret M. Caruso*
Margret M. Caruso
Attorneys for Plaintiff OpenAI, Inc.