# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 8, 2025 | **Time:** 2 hours 40 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 23-cv-3918-YGR | **Case Name:** OpenAI, Inc. v. Open Artificial Intelligence, Inc. et al | |

**Attorney for Plaintiff:** Jason H. Wilson, Laura L. Chapman, Breeanna Nicole Brewer, and Chante Westmoreland

**Attorney for Defendant:** Robert P. Feldman, Margret Mary Caruso, Andrew Mason Mather, Dylan I Scher, and Aaron H Perahia

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Court Reporter:** Lee-Anne Shortridge

## PROCEEDINGS

Motion for Summary Judgment/Motion to Strike – held.

The Court heard argument on the parties' motions; trademark cancellation, federal trademark infringement, common law trademark claim, cited case law, and are taken in submission.

Written order to issue.