QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert P. Feldman (Bar No. 69602)
    bobfeldman@quinnemanuel.com
  Margret M. Caruso (Bar No. 243473)
    margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000

  Robert M. Schwartz (Bar No. 117166)
    robertschwartz@quinnemanuel.com
  Aaron H. Perahia (Bar No. 304554)
    aaronperahia@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000

  Sam S. Stake (Bar No. 257916)
    samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:     (415) 875-6600

  Dylan I. Scher (*pro hac vice*)
    dylanscher@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone:  (212) 849-7000

*Attorneys for OpenAI, Inc.*

VERSO LAW GROUP LLP
GREGORY S. GILCHRIST (Cal. Bar. No. 111536)
RYAN BRICKER (Cal. Bar No. 269100)
SOPHY J. TABANDEH (Cal. Bar No. 287583)
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
Telephone: (415) 534-0495
Email: greg.gilchrist@versolaw.com
          ryan.bricker@versolaw.com
          sophy.tabandeh@versolaw.com

*Attorneys for Defendants*
*Open Artificial Intelligence, Inc.*
*and Guy Ravine*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation, and GUY RAVINE, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 4:23-cv-03918-YGR<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION RE COURT ORDER (DKT. 338) RE PARTIES' OMNIBUS SEALING STATEMENT (DKT. 322)** |

# INTRODUCTION

Pursuant to the Court's Standing Order in Civil Cases, Rule 12 ("Procedures After Court Issues Sealing Orders") and Civil Local Rules 79-5, Plaintiff OpenAI, Inc. ("Plaintiff") and Defendants Open Artificial Intelligence, Inc. and Guy Ravine ("Defendants") jointly file this stipulation concerning documents for which the Court ordered changes to redactions or sealing in its August 7, 2025 Order (Dkt. 338) regarding the parties' omnibus sealing stipulation with regard to Plaintiff's Motion for Summary Judgment (Dkt. 322).

All modified documents are attached as Exhibits 1-13, and a chart which identifies the docket entries to which each modified document corresponds is below.

Plaintiff and Defendants also acknowledge that pursuant to the Standing Order, the court clerk shall unseal the documents for which the Court denied sealing (*e.g.*, Dkt. 236-4, Dkt. 286-4).

## CHART OF MODIFIED DOCUMENTS

| | Document | Court Order (Dkt. 322) | Modifications | Portion Remaining Under Seal |
|---|---|---|---|---|
| 1 | **Memorandum in Support of Plaintiff's Motion for Summary Judgment**<br><br>**Corrected Memorandum in Support of Plaintiff's Motion for Summary Judgment**<br><br>(Dkt. 322-38, originally Dkt. 236-2 and Dkt. 245) | "Document W: The information redacted on page 32 related to OpenAI's 'billions' in investment in research and development should not be redacted. That information is in the public domain" | Removed redactions on page 32 referencing "billions." | Highlighted pp. 12, 32, 33.<br><br>Contains OpenAI's highly confidential, competitively sensitive financial and user metric data. Dkt. 322 at 5. |
| 2 | **Defendants' Responsive Separate Statement** (Dkt. 322-42, originally Dkt. 264-2) | "Document AA: The information redacted on page 16, fact 76, lines 22–22.5, should not be redacted because that OpenAI spent 'billions' on research and development is in the public domain." | Removed redactions from fact 76 referencing "billions." | Highlighted pp. 3-4, 17.<br><br>Contains OpenAI's highly confidential, competitively sensitive financial data and user metric data. Dkt. 322 at 6. |

| | Document | Court Order (Dkt. 322) | Modifications | Portion Remaining Under Seal |
|---|---|---|---|---|
| 3 | **Defendants' Corrected Responsive Separate Statement** (Dkt. 322-43, originally Dkt. 279-3) | "Document BB: Same order as Document AA." | Removed redactions from fact 76 referencing "billions." | Highlighted pp. 3-4, 16-17.<br><br>Contains OpenAI's highly confidential, competitively sensitive financial data and user metric data. Dkt. 322 at 6. |
| 4 | **Plaintiff's Separate Statement** (Dkt. 236-3) | "Plaintiff's Separate Statement (Dkt. 236-3): The information redacted on page 13, fact 76 related to OpenAI's spend on research and development should not be redacted. That OpenAI spent 'billions' is in the public domain." | Removed redactions from fact 76 referencing "billions." | Highlighted pp. 4, 13-14.<br><br>Contains OpenAI's highly confidential, competitively sensitive financial data and user metric data. Dkt. 322 at 8. |
| 5 | **Plaintiff's Corrected Separate Statement** (Dkt. 245-1) | "Plaintiff's Corrected Separate Statement (Dkt. 245-1): Same as above." | Removed redactions from fact 76 referencing "billions." | Highlighted pp. 5, 14-15.<br><br>Contains OpenAI's highly confidential, competitively sensitive financial data and user metric data. Dkt. 322 at 9. |
| 6 | **Declaration of Janine Korovesis** (Dkt. 236-9) | "Declaration of Janine Korovesis (Dkt. 236-9): The material redacted on page 3, line 5 should not be redacted because, as explained above, OpenAI's vague resource and development investment in the 'billions' is in the public domain." | Removed redactions on page 3, line 5 referencing "billions." | Highlighted pp. 2-4.<br><br>Contains OpenAI's highly confidential, competitively sensitive financial data. Dkt. 322 at 9. |
| 7 | **Exhibit B to the Declaration of Janine Korovesis** (Dkt. 236-11) | "Exhibit B to the Declaration of Janine Korovesis (Dkt. 236-11): Information related to marketing spend before 2022 should not be sealed. OpenAI did not explain | No sealing of pre-2022 information. | Redacted numbers for 2022 and 2023 (pp. 1-3).<br><br>Contains OpenAI's highly confidential, competitively |

| | Document | Court Order (Dkt. 322) | Modifications | Portion Remaining Under Seal |
|---|---|---|---|---|
| | | how that marketing spend data—which more than three years old—is competitively sensitive." | | sensitive financial data. Dkt. 322 at 9. |
| 8 | **Exhibit E to the Declaration of James Dyett** (Dkt. 236-5) | "Exhibits E, P, Q and R to the Declaration of James Dyett (Dkt. 236): Information related to U.S. users of OpenAI's products, before 2022, should not be sealed. OpenAI did not explain how divulging stale U.S. user data is competitively sensitive." | No sealing of pre-2022 information. | Redacted numbers and information for 2022 and 2023 (pp. 1-2).<br><br>Contains OpenAI's highly confidential, competitively sensitive financial data and user metric data. Dkt. 322 at 9. |
| 9 | **Exhibit P to the Declaration of James Dyett** (Dkt. 236-6) | See above. | No sealing of pre-2022 information. | Redacted numbers and information for 2022 and 2023 (p. 1).<br><br>Contains OpenAI's highly confidential, competitively sensitive financial data and user metric data. Dkt. 322 at 9-10. |
| 10 | **Exhibit Q to the Declaration of James Dyett** (Dkt. 236-7) | See above. | No sealing of pre-2022 information. | Redacted numbers and information for 2023 (p. 2).<br><br>Contains OpenAI's highly confidential, competitively sensitive financial data and user metric data. Dkt. 322 at 10. |
| 11 | **Exhibit R to the Declaration of James Dyett** (Dkt. 236-8) | See above. | No sealing of pre-2022 information. | Redacted numbers and information for 2023 (pp. 2-5).<br><br>Contains OpenAI's highly confidential, competitively sensitive financial data and user metric data. Dkt. 322 at 10. |

| | Document | Court Order (Dkt. 322) | Modifications | Portion Remaining Under Seal |
|---|---|---|---|---|
| 12 | **Exhibit 10 to the Declaration of Breeanna Brewer** (Dkt. 264-9) | "Exhibit 10 to the Declaration of Breeanna Brewer (Dkt. 264-9): Pages 53–55, 57, and 58 of the Dyett deposition transcript should not be redacted. Those pages do not contain competitively sensitive information." | Removed redactions on pages 53-55, 57-58. | Highlighted pp. 61-62, 146-150, 153, 156-157. <br><br> Contains OpenAI's highly confidential, competitively sensitive user metric data. Dkt. 322 at 11. |
| 13 | **Exhibit N to the Declaration of Dylan Scher** (Dkt. 286-2) | "Exhibit N to the Declaration of Dylan Scher (Dkt. 286-2): The fact that Ravine secured third-party litigation funding from Gruber was already made public. (Dkt. No. 177.) Exhibit N is a promissory note, not an investment agreement capable of causing competitive harm (like Exhibit O, which Defendants may seal). Defendants must file this agreement but may redact personally identifying information (i.e. home addresses)" | No sealing of any information beyond personally identifying information. | Redacted home and electronic mail addresses (p. 7 / RAVINE0114661) <br><br> Contains PII |

DATED:  August 21, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By     */s/ Margret M. Caruso*
   Margret M. Caruso
   Attorneys for OpenAI, Inc.

DATED:  August 21, 2025

VERSO LAW GROUP LLP


By     */s/ Ryan Bricker*
   Ryan Bricker
   Attorneys for Open Artificial Intelligence, Inc. and Guy Ravine

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, the filer of this document, attests that all signatories have concurred in the filing of this document.

DATED: August 21, 2025

By   */s/ Margret M. Caruso*
      Margret M. Caruso
      Attorneys for Plaintiff OpenAI, Inc.