GREGORY S. GILCHRIST (Cal. Bar. No. 111536)
RYAN BRICKER (Cal. Bar No. 269100)
SOPHY J. TABANDEH (Cal. Bar No. 287583)
VERSO LAW GROUP LLP
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
Telephone: (415) 534-0495
Email: greg.gilchrist@versolaw.com
        ryan.bricker@versolaw.com
        sophy.tabandeh@versolaw.com

Attorneys for Defendants/Counterclaimants
Open Artificial Intelligence, Inc. and Guy Ravine

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

OPENAI, INC.,

      Plaintiff,

      v.

OPEN ARTIFICIAL INTELLIGENCE, INC.
AND GUY RAVINE,

      Defendants,

AND RELATED COUNTERCLAIMS.

Case No.: 4:23-cv-03918-YGR

**NOTICE OF APPEAL**

      Please take notice that Defendants/Counterclaimants Open Artificial Intelligence, Inc. and Guy Ravine ("Appellants") appeal to the United States Court of Appeals for the Ninth Circuit from: (1) the final judgment entered on July 31, 2025 in favor of Plaintiff/Counterdefendant OpenAI, Inc. ("Appellee") (Dkt. 336; attached as Exhibit 1) pursuant to an order granting summary judgment (Dkt. 326; attached as Exhibit 2); and (2) the order entered on February 6, 2025 granting Appellee's Motion to Dismiss Appellants' Second Amended Counterclaims against the individual counterclaim-defendants, Samuel Altman and Gregory Brockman (Dkt. 191; attached as Exhibit 3).

      Appellants have contemporaneously paid the appeal and appellate docket fees and attach their Representation Statement as Exhibit 4.

1   Dated:  August 29, 2025                      Respectfully submitted,

2                                               VERSO LAW GROUP LLP

3

4                                               By: */s/ Gregory S. Gilchrist*
                                                Gregory S. Gilchrist
5                                               Ryan Bricker
                                                Sophy J. Tabandeh
6
7                                               Attorneys for Defendants/Counterclaimants
                                                Open Artificial Intelligence, Inc. and Guy Ravine
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28